UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :
                             :  Docket No.: CR 06-334-1
     vs.                     :
                             :    Washington, D.C.
HAJI BAGCHO,                 :   9:37 a.m., Tuesday
                             :   February 21, 2012
          Defendant.         :
                             :
_____X


REPORTER'S OFFICIAL TRANSCRIPT OF JURY TRIAL
VOLUME 1
BEFORE THE HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT JUDGE (AND A JURY)


APPEARANCES:

  For the Government:    MATTHEW R. STIGLITZ, ESQ.
                         MARLON COBAR, ESQ.
                         U.S. Department of Justice
                         1400 New York Avenue, NW
                         8th Floor
                         Washington, DC 20530
                         (202) 305-3646


  For the Defendant:     SHAWN F. MOORE, ESQ.
                         MICHELLE M. PETERSON, ESQ.
                         Federal Public Defender
                         625 Indiana Avenue, NW
                         Suite 550
                         Washington, DC 20004
                         (202) 208-7500, Ext. 102



  Court Reporter:        CHANTAL M. GENEUS, RPR, CRR
                         Certified Realtime Reporter
                         Registered Professional Reporter
                         United States District Court
                         333 Constitution Avenue, NW
                         Washington, DC 20001



Proceedings reported by machine shorthand. Transcript
produced by computer-aided transcription.

```
 1              A P P E A R A N C E S (Continued)

 2

 3

 4   Also Present:        BARRY RHODES, Paralegal

 5                        JEFFREY J. HIGGINS, DEA Agent

 6                        NAIM SAIDI, Pashto Interpreter

 7                        MIRWAIS HAMIDY, Pashto Interpreter

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I   N   D   E   X

2

3                                                              PAGE

4       VOIR DIRE:                                             15

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   P R O C E E D I N G S
 2               (Whereupon, at 9:37 a.m. the proceedings
 3               commenced, and the following ensued:)
 4               THE COURTROOM DEPUTY:  This is Criminal Case
 5     06-334-1, United States of America versus Haji Bagcho.
 6               I'm going to ask that counsel please
 7     identify themselves for the record.
 8               MR. STIGLITZ:  Good morning, Your Honor.
 9     Matthew Stiglitz, along with Marlon Cobar, on behalf
10     of the United States.
11               THE COURT:  Good morning.
12               MR. COBAR:  Good morning.
13               THE COURT:  Don't run away, Mr. Stiglitz.
14     You have a preliminary matter, correct?
15               MR. STIGLITZ:  Very quickly.
16               MS. PETERSON:  Michelle Peterson and Shawn
17     Moore on behalf of Mr. Bagcho, who is present.
18               THE COURT:  Good morning.
19               One question I do have.  We need two seats
20     for alternates.  They will just be picked by seat
21     number.
22               Mr. Stiglitz, what do you want?
23               MR. STIGLITZ:  3.
24               MS. PETERSON:  5.
25               THE COURT:  3 and 5 will be our alternates,
```

1    in that order.

2            How long will you be taking for opening?  I

3    know that we won't have them today.

4            We are bringing in how many, Gwen?  Forty?

5            THE COURTROOM DEPUTY:  We have forty people.

6    And I'm going to seat them twenty on one side and

7    twenty on the other.

8            THE COURT:  So we'll do the twenty in the

9    morning.  Since the voir dire is rather lengthy, I

10   thought it would be easier.  And the twenty will come

11   back right after lunch, and then we'll know by about

12   3, 3:30 how many more we'll need.

13           And how long do you anticipate your opening?

14           MR. STIGLITZ:  Approximately thirty minutes,

15   Your Honor.

16           MR. MOORE:  Fifteen to twenty, Your Honor.

17           THE COURT:  Okay.  Fine.

18           Yes, Mr. Stiglitz, you had a matter?

19           MR. STIGLITZ:  Briefly, Your Honor.

20           Your Honor, on Friday of last week -- or

21   Thursday and Friday, we engaged in some discussions

22   with counsel concerning a possible resolution of this

23   matter.  We extended a formal offer on Friday.  My

24   understanding is Mr. Moore met at length with his

25   client on Saturday morning, who has rejected that

```
1    offer.
2              For our comfort level, just for any
3    potential 2255 reasons, we wanted to put that on the
4    record.  I don't know if you want -- if you're more
5    comfortable putting the terms on the record, just so
6    Mr. Bagcho --
7              THE COURT:  I want to know -- it's
8    important.  The Court of Appeals really requires that
9    we make sure that the defendant understands the
10   alternatives, what would be offered by virtue of a
11   plea versus what the consequences are of going to
12   trial, so that we know that he has been properly
13   informed.  I know that counsel for the defense are
14   more than competent, but the Court of Appeals likes
15   this.
16             MR. STIGLITZ:  Yes.
17             THE COURT:  I think I'm the one that they
18   made the law in, so -- anyway.
19             Go ahead, Mr. Stiglitz.  The plea offer is
20   what?
21             MR. STIGLITZ:  The basic offer was, if you
22   pled guilty to Count I, which was the conspiracy
23   charge, the government would dismiss the remaining
24   counts at sentencing.  We would also agree to -- in
25   some back and forth with counsel, he asked us, and we
```

1    agreed, that we would agree to dismiss the case

2    against his son, Sucha Gul, as well.

3            The parties agreed -- obviously, this would

4    be subject to the Court's agreement, but we were going

5    to seek a fixed sentence of ten years, with the

6    approval of the Court.

7            THE COURT:  So 11(c)(1)(C)?

8            MR. STIGLITZ:  Yes.

9            THE COURT:  Count I carries what?

10           MR. STIGLITZ:  It carries a mandatory

11   minimum of ten years and a maximum life imprisonment,

12   as do Counts II and III.

13           Count IV, which is the narco-terrorism

14   charge, carries a mandatory minimum of twenty years

15   and a maximum of life imprisonment.

16           THE COURT:  So it is fair to say, under this

17   plea, if the Court accepted the 11(c)(1)(C), it's a

18   ten-year, the plea?  If he goes to trial and gets

19   convicted of Count IV, it's a mandatory minimum of

20   twenty years.  That means the Court has no discretion

21   to go below that.

22           If he were not convicted of Count IV, but of

23   any of the other three counts, it's a mandatory

24   minimum of ten, up to life.

25           And what would be the Guidelines?  Do you

1  have any idea?

2        MR. STIGLITZ:  Well, just doing the mental

3  calculations, I think if the Court were to find -- if

4  he were convicted of those charges, suffice it to say

5  there would be evidence on the record that the Court

6  could find that the defendant was a leader, so that

7  would be an additional four points.

8        Well, at the very least, we are dealing with

9  more than 150 kilograms of heroin, so that's a level

10  thirty-eight to begin with, plus four for leadership.

11  We believe the evidence will support an additional two

12  points for a firearm, so that's forty-four.  So I

13  think we're looking, quite frankly, at 360 to life.

14        THE COURT:  Whether it be forty-two or -- so

15  under the Guidelines, which are advisory, if convicted

16  of all counts, it's basically 360 to life under the

17  Guidelines.  But at a minimum, if Count IV -- if he is

18  convicted of narco-terrorism, it's a twenty-year

19  sentence, mandatory minimum?

20        MR. STIGLITZ:  Correct.

21        THE COURT:  Does Mr. Bagcho have any

22  questions about the plea offer or the possible

23  Guideline range if convicted of the charges?

24        MR. MOORE:  Your Honor, I don't believe I

25  spent a considerable amount of time talking to him on

1    Saturday.  I explained to him that --

2              THE COURT:  I'm sorry.  Did I understand

3    you?  How did you start your sentence?

4              I understood it the same way the court

5    reporter did.

6              Did you spend a considerable time or you

7    didn't?

8              MR. MOORE:  No.  I spent a considerable

9    amount of time.

10             THE COURT:  We both heard you to say, I

11   don't believe I spent a considerable --

12             MR. MOORE:  No.  No.  I spent a considerable

13   amount of time talking to him on Saturday, and I told

14   him -- spelled out the plea offer.  I also told him

15   that if he was convicted, particularly given his age,

16   that it meant that he would do the rest of his life in

17   prison, even if he was not convicted on the

18   narco-terrorism count.

19             I also did relate to him that I thought if I

20   offered to the government, as part of the arrangement,

21   that they dismiss the case against his son, that I

22   thought I could get that as part of the plea agreement

23   as well.

24             And --

25             THE COURT:  I take it that Mr. Stiglitz did

1  agree to that?  Or not?

2          MR. STIGLITZ:  Yes.  In a prior iteration of

3  plea discussions, we had offered that.  In speaking

4  with Mr. Moore, he had asked me if that was still

5  available, and I said that if his client was -- if

6  that was something that would help the plea agreement

7  move along, then I believe that we would be able to

8  make that same offer.

9          MR. MOORE:  Correct, Your Honor.  And

10  Mr. Bagcho rejected the offer.

11          THE COURT:  All right.  That's his right.

12  It's his decision.

13          But I just warn you, sir, that you can't

14  come back later on and say, well, by the way, you

15  didn't tell me what my options were.

16          You understand your options, sir?

17          THE DEFENDANT:  (Through the interpreter)

18  Yes, I understand.

19          THE COURT:  And you prefer to go to trial?

20          THE DEFENDANT:  Yes.

21          THE COURT:  Fine.  Okay.

22          Mr. Stiglitz, is there anything else that we

23  need to cover before we bring in the jury?

24          They'll be brought in according to the

25  numbers.  The lowest will be here (indicating).

1            Do you have a list yet, Gwen?

2            THE COURTROOM DEPUTY:  Yes.

3            MR. STIGLITZ:  No, I don't believe we have

4    any other preliminary matters.

5            THE COURT:  Just for the record, I have sent

6    out a voir dire.  The government asked for a couple of

7    things, defendant asked for a couple of things.  I

8    ruled on them.

9            Basically, the government's question, I

10   think the only disagreement turned out to have to do

11   with informants, and I gave the traditional

12   instruction.

13           So you all now have a voir dire that has

14   about forty-nine questions, and those are the numbers

15   we'll use for them to fill out the three-by-five

16   cards.

17           Any questions about the voir dire?

18           MR. STIGLITZ:  No questions, Your Honor.

19           THE COURT:  You have the newest one?

20           MS. PETERSON:  Yes.

21           MR. MOORE:  Yes, Your Honor.

22           THE COURT:  That's what we'll be using.

23           Okay.  These are the forty people we have

24   for today?

25           THE COURTROOM DEPUTY:  Yes, Judge.  Those

1   are the forty.

2           THE COURT:  Do you have a couple, Gwen?  Do

3   you have two extra over there?  And do we have --

4           Are you all set with the names and --

5           (Discussion held off the record.)

6           THE COURT:  Mr. Stiglitz, is three weeks

7   realistic?

8           MR. STIGLITZ:  I believe so.  At the outset.

9   Hopefully, we can get it done a little sooner.

10          THE COURT:  There was some discussion in

11  something that I read about stipulations, having to do

12  with handwriting and something else.  Where do you

13  stand on those?

14          MR. STIGLITZ:  At this point in time, we

15  don't intend on calling witnesses along those lines.

16  There's still some discussion concerning the chemists

17  and the stipulations regarding the chemical analysis.

18  Mr. Moore was still pondering that.  So we haven't --

19          THE COURT:  Okay.

20          MR. MOORE:  That's right.  And I owe

21  Mr. Stiglitz an apology.  In discussing the

22  considerable amount of -- spending a considerable

23  amount of time discussing the plea offer on Saturday;

24  once we were done with that, I didn't run by the

25  chemist stipulation with him.  But I will do that

1    today.

2              THE COURT:  Okay.  That's fine.

3              I take it -- I'll take a short break.  Gwen,

4    you'll let me know when you get everybody seated.

5              THE COURTROOM DEPUTY:  I certainly will,

6    Judge.

7              (Whereupon, at 9:48 a.m. a recess was taken

8              and at 9:59 a.m., the prospective jury

9              entered the courtroom and the following

10              ensued:)

11              MR. MOORE:  Your Honor, could we approach,

12    please?

13              THE COURT:  Excuse us.

14              (Counsel approached the bench and the

15              following ensued:)

16              MR. MOORE:  We're doing this on the fly, and

17    we may have to submit something later, but

18    Miss Peterson and I looked at the panel, and it

19    appears that the panel is significantly -- I haven't

20    done a count, but it seems to be significantly lacking

21    black jurors, among other things.

22              It is one of the more homogeneous panels

23    that I have seen since I practiced here.  As I say, I

24    haven't had a chance to do a count, but just looking

25    at the panel when they came in, it seemed to be

1   somewhat lopsided.

2          MS. PETERSON:  I'm not sure if it's the same

3   pool we already noted from the last two cases that

4   have just been seated this week or not.

5          THE COURT:  These were specially chosen,

6   right?  My understanding is, from Judge Hogan's

7   clerk -- courtroom clerk -- that a special panel was

8   requested.  So actually, this is unusual, because

9   generally, people have excuses getting out, and the

10  people with particular excuses would tend to be little

11  more educated than less educated, but I don't know.

12         MS. PETERSON:  We may want to make a record

13  at some point about how the special pool was selected.

14  We can do it at a break if the Court wishes.

15         THE COURT:  We can also see, as we go --

16  this is only half the panel, don't forget.  So I don't

17  know that there's anything we can do about it at the

18  moment.

19         I have no idea.  I don't know.  How did --

20         MR. MOORE:  I think, if we do file an

21  objection, there may be a timing issue as to when we

22  have to do it.  But on a break, or whenever we get a

23  chance, we'll talk to our appellate people.

24         THE COURT:  Okay.  Thank you.

25         (Counsel returned to the trial tables and

1              the proceedings resumed in open court.)

2              THE COURT:  Have we called the case, Gwen?

3              THE COURTROOM DEPUTY:  This is Criminal Case

4    06-334-1, *United States of America versus Haji Bagcho*.

5              Would counsel please identify yourselves for

6    the record.

7              MR. STIGLITZ:  Good morning, Your Honor.

8              Matthew Stiglitz, along with Marlon Cobar,

9    on behalf of the United States.

10             MR. COBAR:  Good morning, Your Honor.

11             THE COURT:  Good morning.

12             MR. MOORE:  May it please the Court, Judge,

13   Shawn Moore and Michelle Peterson on behalf of

14   Mr. Bagcho, who is here.

15             THE COURT:  Now, at this point if we would

16   swear the panel, please.

17             THE COURTROOM DEPUTY:  Yes.

18             Would the prospective jury panel please rise

19   and raise your right hand.

20             (Whereupon, the prospective jury was sworn.)

21             THE COURT:  Ladies and gentlemen of the

22   jury, I am Judge Ellen Segal Huvelle, and you have

23   been called to the courtroom today for possible

24   selection as a juror in the case of *United States*

25   *versus Haji Bagcho*.  This is Criminal Action Number

1  06-CR-334.

2           The defendant is charged here with one count

3  of conspiring to violate the narcotics law of the

4  United States in violation of Title 21 of the United

5  States Code, Section 963; two counts of knowingly and

6  intentionally distributing narcotics, in violation of

7  the narcotics law of the United States, Title 21 of

8  the U.S. Code, Section 959; and one count of knowingly

9  and intentionally distributing or possessing with

10  intent to distribute narcotics, and providing anything

11  of pecuniary value to a person or organization that

12  has engaged in or engages in terrorism or terrorist

13  activity in violation of 21 U.S.C., Section 960(a).

14           Now, ladies and gentlemen, the process of

15  jury selection is called voir dire.  And its object is

16  to select twelve jurors and two alternates who have no

17  prior knowledge about this case and no bias towards

18  either side.  In short, our goal is to select a jury

19  that will reach a verdict based solely on the evidence

20  presented in the courtroom and the law as I instruct

21  you.

22           Now, during the process of voir dire, you

23  will be introduced to all of the participants in the

24  trial, and I will ask you a series of questions.

25           If you have a yes answer to any of my

1    questions, if you would kindly mark down the question

2    number on your three-by-five card.  Everybody has a

3    pencil and a card.

4              It does not matter whether you circle the

5    number, cross it out or use some other method to mark

6    the number.  In any case, you will only mark a

7    question number if you answered yes to it.  And I will

8    give you the question number before any question.  If

9    you have a yes answer to that, just write down the

10   question number.

11             After I finish asking the general questions,

12   we will start with everybody on my right side.  And

13   what we're trying to do today is minimize your wasted

14   time sitting here.  We intend to cover all of the

15   potential jurors on the right side this morning.  We

16   will excuse the people on the left side and ask you to

17   come back right after lunch.

18             So please, those on the left, we will cover

19   your answers here at the bench this afternoon.  We

20   need you -- we'll tell you when you can leave, but

21   please pay attention to what seat you're in now so

22   when you come back this afternoon after lunch, you all

23   just sit exactly where you are now.

24             If, for any reason, you have trouble hearing

25   the question, just raise your hand and I can repeat

1    it.

2           Now, again, I'm going to ask you a series of

3    questions.  And you're to write on the top of your

4    card your juror number.  That's the last three digits

5    of your juror badge number.

6           Now, first, I'd like to ask you just some

7    preliminary questions.

8           The first question -- this is Number 1:  As

9    you can tell, this is a criminal case.  The defendant

10   has been charged in what's called an indictment.  An

11   indictment is just a formal way of informing a

12   defendant about the nature of the charges against him.

13   You are not to consider the indictment as any

14   indication of guilt.

15          In a criminal trial, under our system, every

16   defendant is presumed to be innocent, and this

17   presumption remains with him throughout the trial

18   unless and until he is proven guilty by the government

19   beyond a reasonable doubt.

20          The burden of proving a defendant guilty

21   beyond a reasonable doubt rests solely with the

22   government, and that burden never shifts throughout

23   the trial.  A defendant need not prove his innocence

24   or produce any evidence or testify at trial.  These

25   are the principles of law that will govern this trial.

1          Is there, for any reason, anyone here who

2   feels they could not or would not follow these

3   principles of law if selected as a juror?  If so,

4   please write down Number 1.

5          Now, Number 2.  After hearing all the

6   evidence, the lawyers' arguments, and my instructions,

7   if you are then persuaded by the trial itself that the

8   defendant is guilty of the charge or charges beyond a

9   reasonable doubt, it will be your duty to vote guilty.

10  Is there any reason here that anyone will not be able

11  to or won't -- will refuse to carry out this duty?  If

12  so, please write down Number 2.

13         The third question.  On the other hand, if,

14  after hearing all the evidence, the lawyers'

15  arguments, and my instructions, you have a reasonable

16  doubt about defendant's guilt, then you must vote not

17  guilty.  Is there anyone here who will refuse to, or

18  be unable to follow this instruction and carry out

19  this duty?  If so, please write down Number 3.

20         Now, the fourth question.  As I said a

21  moment ago, this is a criminal case.  The defendant is

22  presumed to be innocent, and that presumption would

23  remain with him throughout the trial unless and until

24  he is proven beyond guilty a reasonable doubt.  It is

25  always the government's burden to prove the defendant

1    guilty beyond a reasonable doubt, and that burden

2    never shifts.  As a result, a defendant has no

3    obligation to put on a defense or to testify.

4              Is there anyone here who would view a

5    defendant's decision not to testify or put on a

6    defense to be an admission of guilt?  If so, you write

7    down Number 4.

8              Again, that question is:  Is there anyone

9    here who would view a defendant's decision not to

10   testify or not to put on a defense as an admission of

11   guilt?  If so, please write down 4.

12             Number 5.  Do you have any feelings about

13   people of different races, genders, nationality, or

14   religion that you feel would affect your ability to be

15   fair and impartial?  If so, you write down Number 5.

16             Number 6 is:  To reach a verdict, every

17   juror must agree on the verdict.  That is, a verdict

18   must be unanimous.  During jury deliberations, you

19   must consider the opinions and points of view of your

20   fellow jurors.  In the final analysis, however, you

21   must follow your own conscience and be personally

22   satisfied with the verdict.

23             Do you think you will have any difficulty

24   expressing your own opinions and thoughts about the

25   case to your fellow jurors during deliberations?  If

1    so, please write down 6.

2              Now, Number 7.  We have estimated that this

3    case will take approximately three weeks.  That's a

4    generous estimate, but I can't tell you how long jury

5    deliberations might last, so we err on the side of

6    being generous.  But I am confident we will finish the

7    testimony within three weeks.

8              Now, there are a couple of days we are going

9    to break early.  And the 28th of February, for

10   instance, we're not sitting in the afternoon, and this

11   Friday, we're not sitting in the afternoon.  We

12   generally sit from about 9:30 to 4:30.  We take a

13   luncheon break of one hour or one hour and a quarter

14   and two breaks, one in the morning and one in the

15   afternoon.

16             Everyone here has a civic duty to serve as a

17   juror.  We cannot run the courts, and the criminal

18   system cannot survive without you.  I cannot excuse

19   anybody for hardship unless it is a substantial

20   hardship.  For instance, if you have health reasons

21   that you cannot sit as a juror, if you are taking

22   medication that causes you to fall asleep, if you have

23   any religious or moral or ethical convictions that

24   would preclude you from sitting as a juror, or any

25   other substantial hardship, please write down Number

1    7.

2              Number 8.  I'd like to know if anyone here

3    has any problems hearing me, problems with eyesight,

4    or problems reading, speaking or understanding

5    English.  If so, write down Number 8.

6              Number 9.  Is there anyone here with any

7    religious, moral, social, political, philosophical or

8    any other beliefs that would interfere with your

9    ability to sit on this jury, or is there any reason

10   you feel you could not do so and return a fair and

11   impartial verdict based solely on the evidence?

12             Number 9.  Basically, is there any reason

13   whatsoever you feel you could not be a fair and

14   impartial juror here?  That's Number 9.

15             Number 10.  I would like to know whether

16   anyone here has previously sat on a criminal jury

17   before.  When I say "criminal jury," I mean one that

18   the United States has brought a criminal case against

19   a defendant or some other local or state entity.  Not

20   a civil case, not a dispute -- a private dispute

21   between parties.  If anyone has ever sat on a criminal

22   jury before, write down Number 10.

23             Number 11.  I would like to know whether

24   anybody here has sat on a grand jury.  A grand jury is

25   different than a petit jury.  Grand jury's job is to

1    return indictments, to consider the evidence presented

2    only by the government.  If you've ever served on a

3    criminal grand jury before, please write 11.

4            Now, ladies and gentlemen, I'm going to get

5    down to some specific questions.  The defendant in

6    this case, Haji Bagcho, is charged with four counts of

7    violating United States narcotics laws.  Count I of

8    the indictment, as I told you a minute ago, alleges

9    that from around 2005 through May 15, 2009, the

10   defendant and others conspired with others to violate

11   the narcotics laws of the United States by agreeing to

12   distribute one kilogram or more of a mixture or

13   substance containing a detectable amount of heroin,

14   intending that the substance would be imported into

15   the United States.

16           Count II alleges that on or about September

17   25, 2006, defendant distributed one kilogram or more

18   of a mixture or substance containing a detectable

19   amount of heroin, intending that substance would be

20   imported into the United States.

21           Count III of the indictment alleges that on

22   or about May 21, 2008, defendant distributed one

23   kilogram or more of a mixture or substance containing

24   a detectable amount of heroin intending that substance

25   would be imported into the United States.

1          Count IV alleges that on or about 2007

2    through May 15, 2009, defendant distributed or

3    possessed with intent to distribute one kilogram or

4    more of a mixture or substance containing a detectable

5    amount of heroin, and provided something of value --

6    of pecuniary value to a person or organization that

7    has engaged in or engages in terrorist activity or

8    terrorism.

9          The defendant denies these charges and

10   maintains his innocence.

11         Question 12.  Do you have any prior

12   knowledge about the facts of this case?  Have you

13   heard anything about it, read anything about it, know

14   anything about it, or do you know or have you ever

15   heard of the defendant, Haji Bagcho, who is also known

16   as Haji Bagh Chagul or Haji Bagchagul?

17         Is that correct?

18         Mr. Bagcho is seated to my left at counsel

19   table.  If anyone knows anything about this matter or

20   the defendant, kindly write down 12.

21         13.  During the trial you might hear about

22   events that occurred in Afghanistan, which is a

23   country located in south and central Asia.

24   Specifically, the events related to this trial

25   primarily took place in Nangarhar Province, an area of

1  Afghanistan that borders Pakistan.

2          Is anyone here familiar with Afghanistan or

3  Nangarhar Province?

4          Counsel, everyone is familiar with

5  Afghanistan.  Do you mean more than a passing

6  reference?  I think we should define that.

7          If anybody has any professional -- or has

8  ever traveled there, has any business or family

9  members located in Afghanistan, or -- and that would

10 include the Nangarhar Province, which, again, is on

11 the border with Pakistan.

12         Is that how you pronounce it, Ms. Peterson?

13         MS. PETERSON:  Nangarhar.

14         THE COURT:  It's not the Kandahar, right?

15 It's Nangarhar.

16         Okay.  I'm sorry.  Nangarhar Province.

17 That's Question 13.

18         If you are not sure, just write down the

19 number and we'll take it up, but I don't -- obviously,

20 many, many people here have read about Afghanistan in

21 the last ten or twenty years.

22         14.  Does anyone speak, read, or understand

23 Pashto or Dari languages?  They are both spoken in

24 Afghanistan.  That's 14.

25         15.  Have you or any close family member or

close personal friend ever traveled to, lived in, or

worked, either in a civilian or military capacity, in

Afghanistan or Pakistan?

Now, we're talking about your immediate

family, parents, children, significant other, not your

first or second cousin.  So close family members, your

immediate family, close personal friend.  This really

is -- overlaps with the question I just asked you.

But Number 15:  Have you, any close family

member or close personal friend ever traveled to,

lived or worked, either in a civilian or military

capacity, in Afghanistan or Pakistan?  If so, write

down 15.

16.  Have you or any close family member or

close personal friend ever traveled to or lived in or

worked, in either a civilian or military capacity, in

an Islamic country?  If so, write 16.

Islamic country -- the Middle East.  I would

be loathe to try to define exactly which ones are

Islamic, but if you traveled in the Middle East, you

would know.

Question 17.  The United States is

represented by Matthew Stiglitz and Marlon Cobar, who

are seated right in front of you, really, if they will

just stand up.  They are Department of Justice trial

1    attorneys.  They are going to be assisted here by a

2    paralegal, Barry Rhodes and Special Agent Jeffrey J.

3    Higgins of the United States Drug Enforcement, DEA.

4            Does anyone here know any of these gentlemen

5    who just stood up?

6            Are you Mr. Higgins or Mr. Rhodes?

7            MR. HIGGINS:  I'm Mr. Higgins.

8            THE COURT:  Or the last one that may be

9    coming in and out is Barry Rhodes?

10           MR. COBAR:  That is correct, Your Honor.

11           THE COURT:  He was here a minute ago.

12           If you know any of these gentlemen, write

13   down question 17.

14           The defense here is represented by Shawn

15   Moore and Michelle Peterson, who are Federal Public

16   Defenders.  If any of you know Mr. Moore or

17   Miss Peterson in any capacity, please write down 18.

18   They are standing in front of you at the moment.

19           Number 19.  Does anybody here know me or

20   anyone else in the courtroom, and including anyone who

21   is here today for jury duty?  Look around and see

22   whether you know anybody, or you know anybody who is

23   seated in this courtroom.  If so, kindly write down

24   number 19.

25           You can stand up and look around if you'd

1    like.

2            And, Mr. Stiglitz, in Question 20, could you

3    slowly list your witnesses, both for the purposes of

4    the jury and court reporter.

5            Do you have a mic?  Can you be heard down

6    there?

7            We're going to list to you the witnesses.

8            If you give us a little description, that

9    would help.

10           If so, if you know anybody, please write

11   down Number 20.

12           MR. STIGLITZ:  Good morning. At this trial,

13   the government may call some or all of the following

14   witnesses:

15           Number one, as you have already been

16   introduced, DEA Special Agent Jeffrey Higgins -- DEA

17   being the Drug Enforcement Administration.  He's

18   currently assigned to their office in Chantilly,

19   Virginia.

20           Special Agent Tucker Cowles, also with the

21   DEA, currently assigned to the office in Tampa,

22   Florida.

23           THE COURT:  Last name again?

24           MR. STIGLITZ:  Cowles, C-O-W-L-E-S.

25           Special Agent Greg Brittain,

1    B-R-I-T-T-A-I-N.  He's also with the DEA and currently

2    assigned to the office in Lima, Peru.

3            DEA Special Agent Dick Mah, spelled M-A-H.

4    He's currently assigned to the DEA office in Hong

5    Kong.

6            DEA Special Agent Lance Lehnhoff,

7    L-E-H-N-H-O-F-F, currently assigned to the DEA office

8    in Miami.

9            Special Agent David Keiken, spelled

10   K-E-I-K-E-N.  He's a DEA agent currently located in

11   Colorado Springs, Colorado.

12           DEA Special Agent Nick Macri, M-A-C-R-I,

13   currently assigned to the office in Chantilly,

14   Virginia.

15           DEA Intelligence Analyst Trovena Rock,

16   R-O-C-K, currently assigned to the office in

17   Chantilly, Virginia.

18           Then we have specifically Afghan

19   individuals.  First one is named Farid, F-A-R-I-D.

20   He's from the area of Jalalabad, which is in Nangarhar

21   Province, Afghanistan.

22           Another individual named Qari, Q-A-R-I, from

23   the Nangarhar Province, also in Afghanistan.

24           Then we have several Afghan police officers.

25   First, Captain Yaseen, Y-A-S-E-E-N, with the Afghan

```
 1    National Police.
 2              Commander Shaheen, S-H-A-H-E-E-N, also with
 3    the Afghanistan National Police.
 4              And then Captain Javid, J-A-V-I-D, with the
 5    Afghan National Police.
 6              We also have two foreign service nationals.
 7    These are Afghan nationals who work with the U.S.
 8    Embassy in Afghanistan.  One is named Jan Zaeb,
 9    Z-A-E-B, and the other one is known as Qais, Q-A-I-S.
10              Then we have a forensic chemist by the name
11    of Robert Thompson, with a P.  He's with the DEA, and
12    he's located at the Special Testing Research
13    Laboratory in Dulles, Virginia.
14              We have a former DEA chemist by the name of
15    Heidi Wojno, spelled W-O-J-N-O.  She is formerly with
16    the DEA and is currently in the private sector in
17    Lancaster, Pennsylvania.
18              Then lastly, we have retired DEA Special
19    Agent Edward Follis, F-O-L-L-I-S.  He's currently
20    residing in the Dallas area in Texas.
21              That's it, Your Honor.  Thank you.
22              THE COURT:  All right.  Anything further?
23    Okay.
24              Ladies and gentlemen, does anybody need that
25    list repeated?
```

1          Okay.  Everybody all right?  If you have a

2   yes answer -- that is, you recognize or think you

3   might know any these people -- kindly write down 20.

4          Now, Question 21, ladies and gentlemen.  As

5   you can tell, we have several law enforcement officers

6   who are going to testify here, many from the DEA and

7   some from Afghanistan.

8          I will instruct you that their testimony is

9   to be evaluated just as any other evidence in the

10  case.  In evaluating a law enforcement officer's

11  credibility, you should use the same guidelines that

12  you apply to the testimony of any witness.  That is,

13  you should not give any greater or lesser weight to

14  the testimony -- or credibility to the testimony of a

15  witness merely because he or she is a law enforcement

16  officer.

17         Is there anyone here who feels that they

18  would have difficulty following that instruction of

19  law?  That is, to treat law enforcement testimony just

20  like any other ones.  You listen to it, you decide

21  whether they are telling the truth or not.

22         If you think that you would not be able to

23  follow these instructions of law, please write down

24  21.

25         Number 22.  I would like to know whether

1    you, any close family member, or immediate family

2    members, or close friends are now or have ever been

3    employed by a law enforcement agency.  That is broadly

4    defined to include any state or local police

5    department, whether here or outside the District,

6    special police officers, Capitol Police, prosecutor's

7    office, attorney -- U.S. Attorney's Office, District

8    of Columbia Attorney General's Office, Department of

9    Justice, correctional officer, Bureau of Prisons,

10   Marshal Service, sheriff's department, Internal

11   Revenue, DEA, Secret Service, Customs, Bureau of

12   Alcohol, Tobacco and Firearms, probation or parole.

13             Yes?

14             PROSPECTIVE JUROR:  Immediate family member,

15   you said?

16             THE COURT:  Again, your parents, your

17   children, significant other.

18             If you have anybody in that category --

19   yourselves, members of your immediate family, or close

20   personal friends -- that were previously employed by

21   law enforcement or presently employed by law

22   enforcement, write 22.

23             Any other questions?

24             (No response.)

25             THE COURT:  23.  Have you or a close family

member or close personal friend worked in the State

Department, DEA, FBI, or other government

investigatory body involved in the investigation of

terrorism?  I assume that would also include Homeland

Security, FBI, DEA, State Department, or any other

Department of Defense unit that investigates

terrorism -- then write down 23.

24.  Have you, a close family member, or

close personal friend ever been employed by the United

States District Court for the District of Columbia,

District of Columbia Superior Court, or any other

court system whether here or outside?  That's 24.

Number 25.  I don't write these questions.

That's why they sound so repetitive.

25.  Do you or a family member or close

personal friend have an employment application pending

at a prosecutor's office, a law enforcement agency, or

public defender's office?  That's an application

pending with any kind of law enforcement, public

defender, or prosecutor's office.  That's 25.

26.  Have you, a close family member or

close personal friend ever been employed by a criminal

defense lawyer or been involved in any way in the

investigation or defense of a criminal case?  If yes,

put down 26.

```
1           27.  Is there anybody here who has such

2    feelings or beliefs about prosecutors or defense

3    lawyers that they think it would affect their ability

4    to be fair and impartial?  If so, write down 27.

5           28.  Are you a lawyer or have you ever

6    studied law in law school or had any type of legal

7    training, such as a paralegal?  If so, you write down

8    28.

9           29.  Have you or a family -- close personal

10   friend or family member --

11          No.  I'm sorry.  Strike that.

12          29.  Have you or a close family member ever

13   served in the armed forces, including the reserves,

14   National Guard, or ROTC?  If so, write down 29.

15          30.  Have you ever participated in a crime

16   prevention group, such as a neighborhood watch

17   organization, Mothers Against Drunk Driving, orange

18   hat group, or any other group within the last five

19   years?  If so, write down 30.

20          Number 31.  Have you, a close family member,

21   or close personal friend ever been the victim of or a

22   witness to a crime or been arrested, charged with a

23   crime or found guilty of a crime or gone to jail?

24          Again, we want to know whether you, a close

25   family member, or close personal friend have ever been
```

1   the victim or a witness to a crime, been arrested,

2   charged or found guilty of a crime or gone to jail

3   because of a criminal offense.  If so, please write

4   down 31.

5          32.  We'd like to know whether you, a family

6   member, a close friend has ever testified in a court

7   or before a grand jury as a witness to a crime.  So if

8   you've ever had to testify, either before a grand jury

9   or in a court proceeding as a witness in a criminal

10  case, please write down 32.

11         33.  Have you, a member of your close

12  family, or a close personal friend ever been treated

13  by the government or in a police -- I'm sorry -- by

14  the government or the police in a manner you felt was

15  unfair?  If so, write down 33.

16         Now, Number 34.  Have you, a member of your

17  immediate family or a close friend ever had an

18  experience with a criminal justice system or with the

19  police or any person associated with the United States

20  Attorney's Office or the court that so affected you

21  that it would be difficult for you to be fair and

22  impartial in this case?  If so, write down 34.

23         Now, as you can tell from the evidence here,

24  it's expected that the evidence will relate to the

25  possession and distribution of a controlled substance;

```
 1    that is, heroin.  Do any of you have such strong
 2    feelings concerning a person's alleged possession or
 3    distribution of narcotics which -- that would make it
 4    difficult for you to be fair and impartial in this
 5    case?
 6              Obviously, this case is not a forum on what
 7    you think about our drug laws.  The only question is
 8    whether you think you could give the defendant a fair
 9    and impartial trial despite the charges.
10              36.  Do you have a relationship with someone
11    whose life has been hurt in some way by heroin use?
12    If so, write down 36.
13              37.  This case involves alleged conduct and
14    an investigation that occurred in Afghanistan.  Do you
15    have any feelings or opinions concerning the United
16    States' involvement in Afghanistan that you think
17    would affect your ability to be fair and impartial to
18    both sides here?  If so, that's 37.
19              38.  Have you, an immediate family member,
20    or close friend served in or been injured or killed
21    while serving in a combat zone in Iraq, Afghanistan,
22    or elsewhere in the Middle East?  If so, write down
23    38.
24              39.  Do you have views about Muslims that
25    have changed as a result of the United States wars in
```

1    Iraq and Afghanistan?  If so, write down 39.

2              Number 40.  Do you have views about

3    Afghanistan that have changed as a result of the

4    United States war there?  If so, write down 40.

5              41.  Have you, an immediate family member,

6    or close personal friend had any personal experience

7    with acts of terrorism?  If so, write down 41.

8              42.  Do you believe that defendants accused

9    of participating in terrorist activities against the

10   United States should be given less protection than

11   other criminal defendants under the law?  If so, write

12   down 42.

13             43.  The defendant is not a citizen of the

14   United States, but he is entitled to the same rights

15   and considerations here in court as any citizen of the

16   United States.  Is there anyone here who would have

17   difficulty accepting or applying this principle of

18   law?  That's 43.

19             44.  The government is alleging that the

20   defendant intended to assist a terrorist organization.

21             And, Mr. Stiglitz, should we not define who

22   that is here?

23             MR. STIGLITZ:  The organization, Your Honor?

24             THE COURT:  Yes.

25             MR. STIGLITZ:  That would be the Taliban,

1    Your Honor.

2              THE COURT:  I think -- the defendant is

3    alleged -- the government is alleging the defendant

4    intended to assist the Taliban to commit acts of

5    violence against the United States forces in

6    Afghanistan.  Is there anybody here who would have

7    difficulty being a fair and impartial juror in a trial

8    where you will hear evidence about terrorism and

9    terrorism organizations; that is the Taliban?  That's

10   question 44 if you have a yes answer.

11             45.  Do you believe -- and this is a yes, if

12   you believe.  Do you believe that Islam endorses

13   violence to a greater extent than other major

14   religion?  If you do hold that belief, write down 45.

15             46.  Do you have any feelings about Islam or

16   those who are Muslim that would cause you to be

17   unable -- would cause you to be unable to sit as a

18   fair and impartial juror in this case?  If so, if yes,

19   write down 46.

20             47.  Are you a regular viewer of police

21   dramas on television such as *CSI*, *NCIS*, or *Law and*

22   *Order*?

23             I guess we changed the nature of the

24   questions here.

25             If yes, write down 47.

1           Okay.  And 48.  During this trial, you will

2    hear testimony of individuals who are paid informants

3    of the government.  They had an arrangement with the

4    government to help the government in exchange for

5    money.  I will instruct you that this is a recognized

6    means of detecting criminal conduct, and the

7    government is permitted to call such persons as

8    witnesses.

9           I will also instruct you that when an

10   informant testifies, his testimony should be

11   considered with caution, and that you should consider

12   whether the benefit this person receives from the

13   government has motivated him to testify falsely

14   against the defendant.

15          Is there anyone here who would be unable to

16   follow these instructions regarding an informant?  If

17   so, write down 48.

18          49.  Is there anyone here who is familiar

19   with or has followed the trials of other defendants in

20   the United States who were accused of terrorism

21   against the United States?  That isn't precisely the

22   charge here.  I should make that clear.

23          49.  Are you familiar with or have you

24   followed the trials of other defendants in the United

25   States who were accused of terrorism against the

 1    United States?  If so, write down 49.

 2              Any further questions, Mr. Stiglitz or

 3    defense counsel?

 4              MR. STIGLITZ:  No, Your Honor.

 5              MS. PETERSON:  No, Your Honor.

 6              THE COURT:  Any questions for the jurors

 7    before we start going one by one?

 8              We have twenty on the right?

 9              THE COURTROOM DEPUTY:  We have twenty on the

10    right and twenty on the left.

11              THE COURT:  Excuse me, counsel.

12              (Discussion held off the record.)

13              THE COURT:  Ladies and gentlemen to my left,

14    if you would kindly leave your cards on your seat.

15    We're going to collect them as you leave.

16              You're not to discuss this case with anyone.

17    Instead of having you sit here all morning, we're

18    going to ask that you please come back and retake

19    these same seats at 1:30.  Please be patient with us.

20    We can't predict exactly when we're going to finish,

21    but I would say we'll be ready to resume shortly

22    thereafter.

23              We will begin by questioning the people --

24              Gwen, would you like them to sit in the jury

25    room or sit out there?

1                    (Discussion held off the record.)

2                    THE COURT:  Ladies and gentlemen on my left,

3       we thank you very much.  We'll see you back here in

4       this same courtroom, same seat.  Kindly leave your

5       yellow card sitting on the bench, and one of the

6       clerks will collect it.

7                    (Discussion held off the record.)

8                    THE COURT:  Counsel, we're area going to

9       have the jurors sit in the jury room and come in one

10      by one, so they'll sit up there.

11                   Have a nice lunch, for those who are

12      leaving.  See you at 1:30.

13                   (Whereupon, some of the prospective jurors

14                   left the courtroom and the following ensued

15                   at the bench:)

16                   THE COURT:  We're going to have one lawyer

17      per juror, and I'm going to write down the race.  If

18      there's any close call, I'll ask you.  It's hard to

19      tell sometimes.  And I'll read off the numbers that

20      they answer.

21                   I have some people -- I have some people who

22      wrote a lot, so I'll try to -- if you want to see it,

23      let me know and we'll pass it out.  I have a couple of

24      them already that have things to say.

25                   Okay.  As they leave, you bring up motions

1     for cause.  Otherwise, you waive it.

2               MS. PETERSON:  Your Honor, I would note that

3     we did a quick check.  It looks to me there are

4     twenty-six Caucasians, two others, and, obviously,

5     whether you subtract from thirty-eight and look at

6     that -- I think it's twelve African Americans, right?

7               Yes.

8               THE COURT:  We'll see where we are.  Okay.

9               (Counsel returned to the trial tables and

10              the proceedings resumed in open court.)

11              THE COURT:  Can I just ask Juror 0858 to

12    come up to the witness stand, please, and the other

13    jurors -- other juror will wait.

14              Do you have a chair out there?

15              (Discussion held off the record.)

16              (Prospective Juror 0858 took the witness

17              stand.)

18              THE COURT:  Good morning.

19              PROSPECTIVE JUROR:  Good morning.

20              THE COURT:  Okay.  Good morning.

21              You answered only one question, Number 7,

22    which had to do with the hardship.  Do you want to

23    tell us a little bit about what you had in mind?

24              PROSPECTIVE JUROR:  I don't know if you

25    consider it extreme, but it's child care issues.

1        THE COURT:  Okay.  And meaning what?

2        PROSPECTIVE JUROR:  Dropping off and picking

3  up children at school and supervising them after

4  school.

5        THE COURT:  Okay.  What time -- what time do

6  they get out of school?

7        PROSPECTIVE JUROR:  3:15.

8        THE COURT:  There's nobody to cover until

9  4:30 or 5?

10        PROSPECTIVE JUROR:  Correct.

11        THE COURT:  So if you were chosen -- how old

12  are your children?

13        PROSPECTIVE JUROR:  The youngest is second

14  grade, eight years old.

15        THE COURT:  And you are the one who picks

16  them up and drops them off every day?

17        PROSPECTIVE JUROR:  Correct.

18        THE COURT:  Did you tell the jury office

19  this before?

20        PROSPECTIVE JUROR:  No.

21        THE COURT:  You didn't?  They didn't send

22  you out a questionnaire about hardship?

23        PROSPECTIVE JUROR:  No.  They did send it

24  out.  I wasn't sure how to define that, so I thought I

25  should come.

```
1              THE COURT:  I guess the way I would define
2      it, if you are not there to pick them up, these
3      children are too young to be unattended, and you're
4      telling me there would be nobody?
5              PROSPECTIVE JUROR:  Well, again, I don't
6      know how you define "extreme."  I would ask friends
7      over a two-week, three-week period.
8              THE COURT:  Well, that's the question,
9      whether or not that's a -- it could be more.  There
10     would be two afternoons we're not sitting.
11             But the parties want your full attention,
12     obviously, and I don't know whether you've had this --
13     had to cover before for any period of time, for two or
14     three weeks.
15             PROSPECTIVE JUROR:  Not for that length, no.
16             THE COURT:  And there's no relative who
17     would step in for you?
18             PROSPECTIVE JUROR:  No.
19             THE COURT:  Counsel, any questions?
20             MR. MOORE:  I'm sorry, ma'am.  I couldn't
21     hear you initially, because -- with the interpreter.
22             How old are the kids?
23             PROSPECTIVE JUROR:  The youngest is eight.
24             MR. MOORE:  And they are in -- they are in
25     child care after school is out; that's basically it?
```

1          PROSPECTIVE JUROR:  No, they're not in child

2    care.  I pick them up and bring them home and

3    supervise homework.

4          MR. MOORE:  I see.  I'm sorry.  Okay.  Thank

5    you.

6          THE COURT:  Anything else?  Mr. Stiglitz?

7          MR. STIGLITZ:  No, Your Honor.

8          THE COURT:  All right.

9          We will -- you're excused at this time.  And

10   you'll check in with the jury office and they'll tell

11   you what -- this afternoon, I think, they are going to

12   have people call in, and they'll let you know what to

13   do.

14         PROSPECTIVE JUROR:  Okay.

15         THE COURT:  Can you wait one second?  I'm

16   just checking.

17         Should I be telling people to check in with

18   the jury office this afternoon?

19         THE COURTROOM DEPUTY:  Yes.

20         THE COURT:  What time?

21         THE COURTROOM DEPUTY:  Any time after 4:30.

22         THE COURT:  Call in after 4:30 and they'll

23   let you know.

24         Okay.  Thank you very much.  Have a good

25   day.

1          (Prospective Juror 0858 left the courtroom.)

2          THE COURTROOM DEPUTY:  Next is Juror 0782.

3          One second, please, Gwen.  One second.

4          Mr. Stiglitz?

5          MR. STIGLITZ:  Court's indulgence one

6    moment.

7          THE COURT:  Yes.

8          (Pause.)

9          MR. MOORE:  Judge, you want our positions on

10   this juror at this point?

11         THE COURT:  Yes.

12         MR. MOORE:  The defense does not object to

13   her being stricken.  With no one else to pick the kids

14   up, according to what she says, I don't object.

15         MR. STIGLITZ:  We don't object, Your Honor.

16         THE COURT:  Okay.  She'll be excused.

17         MR. STIGLITZ:  Although, if I may make a

18   suggestion -- and perhaps we should've suggested

19   this -- if we get -- if we get another juror like that

20   with a, perhaps, less than dire excuse, I would

21   suggest maybe we start putting them at the back of the

22   line rather than excusing them outright.

23         THE COURT:  Well, we'll see.  I think that

24   we'd have trouble with this juror.

25         MR. STIGLITZ:  I agree.

1          THE COURT:  She's not even close.

2          Okay.  The next juror answered 10, 11, and

3    32.

4          (Prospective Juror 0782 took the witness

5          stand.)

6          THE COURT:  This is Juror 0782.

7          Good morning.  How are you?

8          PROSPECTIVE JUROR:  Good morning.  Fine.

9    Thank you.

10          THE COURT:  You've been in a criminal case

11    as a juror and a grand jury; is that correct?

12          PROSPECTIVE JUROR:  Yes, that's correct.

13          THE COURT:  I don't want to know the

14    verdict, but what kind of criminal case was it?

15          PROSPECTIVE JUROR:  It was a case involving

16    mortgage fraud.

17          THE COURT:  Here or across the street or

18    somewhere else?

19          PROSPECTIVE JUROR:  It was here.

20          THE COURT:  And how long ago?

21          PROSPECTIVE JUROR:  Let's see.  That must

22    have been about five years ago.

23          THE COURT:  And did you also sit as a grand

24    juror in this court or across the street?

25          PROSPECTIVE JUROR:  Across the street, yes.

1         THE COURT:  Do you know the difference?  The

2    grand jury only has to decide whether there's probable

3    cause; they are only hearing the evidence from one

4    side.

5         PROSPECTIVE JUROR:  Yes, I understand that.

6         THE COURT:  Here, the burden of proof is

7    much higher, beyond a reasonable doubt.

8         PROSPECTIVE JUROR:  Yes.

9         THE COURT:  You also said somebody had

10   been -- had testified as a witness to a crime, either

11   in court or in a grand jury.  Can you tell us about

12   that?

13        PROSPECTIVE JUROR:  Actually, I was a

14   passenger in a bus that was a traffic accident, in

15   which the bus driver caused an accident, so I was

16   called as a witness.

17        THE COURT:  And do you think you can be fair

18   and impartial to both sides here?

19        PROSPECTIVE JUROR:  Yes.

20        THE COURT:  Let's see.  Are you currently

21   working?

22        PROSPECTIVE JUROR:  Ah, yes.  I have a

23   part-time job.

24        THE COURT:  And what does that mean?  I

25   mean, I know what a part-time job is.  What's the job?

```
1              PROSPECTIVE JUROR:  Well, it's a retail --
2     in the retail industry.  But I have flexibility.  I
3     don't have to be there every day.
4              THE COURT:  Does that mean that -- when you
5     say "retail," you're selling or someone else?
6              PROSPECTIVE JUROR:  I'm selling clothing at
7     a department store.
8              THE COURT:  Questions, Mr. Stiglitz?
9              MR. STIGLITZ:  Do you want us at the podium,
10    Your Honor, or at counsel table for these?  Do you
11    want us at the podium asking questions?
12             THE COURT:  You can remain seated if you
13    want.
14             MR. STIGLITZ:  Ma'am, good morning.
15             PROSPECTIVE JUROR:  Good morning.
16             MR. STIGLITZ:  In your description -- and
17    you have to pardon us, because the descriptions that
18    we get of each of the jurors are pretty bare bones.
19             PROSPECTIVE JUROR:  Okay.
20             MR. STIGLITZ:  With respect to yours, it's
21    listed that you are a -- it says "counsel."  And it
22    says "self-employed."  Can you --
23             THE COURT:  Half the time these are wrong,
24    by the way.
25             MR. STIGLITZ:  That's why we're checking.
```

1    It says "counsel."  I'm not sure if it's a counselor

2    or an attorney.

3                PROSPECTIVE JUROR:  No, it's not an

4    attorney.  I'm a -- I guess you could call it a

5    contemplative coach.  It's sort of counseling --

6    spiritual, psycho-spiritual counseling.

7                MR. STIGLITZ:  Okay.  Can you explain that a

8    little bit, like what that involves?

9                PROSPECTIVE JUROR:  Well, I help people deal

10   with issues involving their lives, involving suffering

11   and helping them, guiding them.

12               THE COURT:  Are you associated with a

13   particular church?

14               PROSPECTIVE JUROR:  No.  This is not

15   associated with any religious organization.

16               THE COURT:  It's like a life coach?

17               PROSPECTIVE JUROR:  It's like a life coach,

18   yes.

19               MR. STIGLITZ:  How long have you been doing

20   this?

21               PROSPECTIVE JUROR:  About ten years.

22               MR. STIGLITZ:  Did that involve any sort of

23   training or education?

24               PROSPECTIVE JUROR:  Yes.  I've been ongoing,

25   studying this about fifteen years.

1              MR. STIGLITZ:  Is there, like, an official

2    name for that type of education or degree?

3              PROSPECTIVE JUROR:  It's not through any

4    kind of university.  It's private.  We study with

5    people that are, you know, teaching this.  It's not

6    formalized.  It's pretty much -- it's -- there are

7    various people in this field, and you kind of learn

8    from an individual teacher.

9              MR. STIGLITZ:  Okay.  And are there -- is

10   there like a type of problem that people tend to come

11   to you for assistance with?

12             PROSPECTIVE JUROR:  Um, maybe things like

13   depression.

14             MR. STIGLITZ:  Have you ever worked with

15   people who have been involved in the criminal justice

16   system?

17             PROSPECTIVE JUROR:  No.

18             MR. STIGLITZ:  That's it for us, Your Honor.

19   Thank you.

20             THE COURT:  I'm sorry.  Who is it?

21             MR. MOORE:  I'll do it.

22             Ma'am, let me change the subject just a

23   second, initially.  I think you said you were a juror

24   in a mortgage fraud case?

25             PROSPECTIVE JUROR:  Yes.

```
1           MR. MOORE:  And that was over here?

2           PROSPECTIVE JUROR:  Yes.

3           MR. MOORE:  Without telling us what the

4  verdict was, was the jury able to reach a verdict in

5  that case?

6           PROSPECTIVE JUROR:  Yes, we were.

7           MR. MOORE:  All right.  And after -- was

8  there anything about that trial that left a sour taste

9  in your mouth, or anything about any aspect of the

10 proceedings?

11          PROSPECTIVE JUROR:  Ah, no.

12          MR. MOORE:  And did you speak to any of the

13 lawyers after the verdict was rendered?

14          PROSPECTIVE JUROR:  No.

15          MR. MOORE:  Okay, ma'am.

16          You indicated, I believe, that now you do,

17 part-time, some retail sales.  Can you give us a

18 little bit more of your employment history?

19          PROSPECTIVE JUROR:  I've been a financial

20 analyst for most of my life.  I've worked for large

21 mortgage companies, like Fannie Mae and Freddie Mac.

22 I worked for a bank for many years, and I'm sort of --

23 right now, I'm semi retired, I guess you can say.  I'm

24 still working, but part-time.

25          MR. MOORE:  Okay.  And with respect to the
```

1    psycho-spiritual counseling that you mentioned, that

2    Mr. Stiglitz asked you about, can you tell us a little

3    bit about how people would contact you if they are in

4    need of assistance?  How does the system work?

5                PROSPECTIVE JUROR:  It's all word of mouth.

6                MR. MOORE:  Okay.  Is there kind of a group

7    that you're associated with that you may bounce ideas

8    off of or share thoughts with?

9                PROSPECTIVE JUROR:  Yes.

10                MR. MOORE:  How many people in that

11    particular group?

12                PROSPECTIVE JUROR:  Maybe ten, twelve

13    people.

14                MR. MOORE:  Are there any formal names that

15    y'all call yourselves at all?

16                PROSPECTIVE JUROR:  Actually, not really,

17    no.  There's no formal -- it's not a formal group.

18                MR. MOORE:  Okay.  And if somebody needs

19    counseling, would they come to your house, or does

20    anyone have an office --

21                PROSPECTIVE JUROR:  Yes.

22                MR. MOORE:  -- and you would have a session

23    at that --

24                PROSPECTIVE JUROR:  No.  They would come to

25    my house.

1          MR. MOORE:  Is it ever the case that you may

2     refer people to somebody, a professional -- I don't

3     mean to denigrate what you're doing, but refer people

4     to a professional with a degree to handle that kind of

5     thing?

6          PROSPECTIVE JUROR:  I do that.  Yes, I have

7     friends to -- I'm not dealing with clinical

8     situations, so if there's anything that involves that,

9     I have people to refer, yes.

10          MR. MOORE:  Okay.  And just, finally, in

11     terms of the training, was this something that you did

12     over the internet in terms of picking up training, or

13     how did you --

14          PROSPECTIVE JUROR:  No.  No.

15          MR. MOORE:  How did you train --

16          PROSPECTIVE JUROR:  I attended pretty

17     intense seminars three times a year that would last a

18     week to two weeks.

19          MR. MOORE:  Who would sponsor them?

20          PROSPECTIVE JUROR:  There's something called

21     the Leela Foundation.

22          MR. MOORE:  L-E-L-A?

23          PROSPECTIVE JUROR:  L-E-E-L-A.

24          MR. MOORE:  L-E-E-L-A.  Okay.

25          THE COURT:  Anything else, Mr. Moore?

1           MR. MOORE:  No, Your Honor.

2           THE COURT:  Okay.  Thank you very much.  I

3   would ask -- you're free to go.  Please do not discuss

4   the case.  Please call in the jury office after 4.

5           PROSPECTIVE JUROR:  Okay.

6           THE COURT:  Is that right?

7           THE COURTROOM DEPUTY:  After 4:30.

8           THE COURT:  Please call in after 4:30 and

9   there will be a recording to tell you what to do next.

10          Thank you.

11          (Prospective Juror 0782 left the courtroom.)

12          THE COURT:  Next one has 11, 29, 31 for

13   their answers.

14          MS. PETERSON:  Before that, Your Honor, it

15   appears that if we want to challenge the way the jury

16   office has sent the panel, based on the racial make-up

17   that ended up here, we have to do that prior to the

18   process of -- the voir dire process beginning.  I

19   believe we did so by raising the issue at the bench.

20          I would ask the Court to grant us permission

21   to follow up with a more -- to complete the jury voir

22   dire process, but to still file our motion to

23   channel -- to challenge the jury selection process,

24   how they sent us a pool, on the grounds that it ended

25   up with a racially not diverse panel -- a not

1    representative panel.

2              I think the Jury Selection Service Act has

3    been violated, and we'll be challenging it on those

4    grounds.

5              It's my understanding from our appellate

6    attorneys that the Court of Appeals is quite adamant

7    that that challenge has to come before the voir dire

8    process begins.  I would simply like to say I believe

9    we did start that process, and if the Court grants us

10   permission to supplement that, I think we could

11   continue.

12             THE COURT:  I think the state of affairs at

13   the moment, I wouldn't have anything to rule on other

14   than bare bones numbers, and I've only seen half the

15   panel.

16             MS. PETERSON:  The suggestion of the Court

17   of Appeals is we're supposed to continue this, put on

18   witnesses from the jury office as to how they selected

19   the pool and have a full evidentiary hearing before

20   proceeding with the voir dire process.

21             THE COURT:  I, for one, don't find that to

22   be useful.

23             MS. PETERSON:  I think as long as we

24   requested, and the Court says the Court will not do

25   it, we will have preserved our issue.

1          THE COURT:  The key thing would be what the

2     jury looks like, it seems to me.  But I don't think we

3     can stop this process and have half the citizens of

4     the District who have come here for jury service wait

5     until we have the jury office come in here to testify

6     about how they did this.

7          I got the agreement -- all I know is that I

8     got the agreement of counsel to let them get rid of

9     people with hardships, which are generally pretty

10    straightforward on those kind of issues.  And that's

11    all I know.

12         MS. PETERSON:  I think the issue --

13         THE COURT:  Yes, I know.  Your question is

14    how they bring the jurors in.

15         MS. PETERSON:  Right.  And whether or not

16    these are all people who have been excused for

17    hardships in the past, and that's why we've gotten --

18    I don't know.

19         THE COURT:  Shouldn't be.  This is -- unless

20    something -- it's my understanding that Judge Hogan's

21    clerk put in for a special jury pool, so these people

22    would have been summoned specially.  How they come up

23    with that, I don't know.

24         MS. PETERSON:  I believe the case that this

25    was raised in most recently by our office is *Defries*,

```
 1   D-E-F-R-I-E-S.  I don't have the citation, but if
 2   someone wants to take a look at that...
 3           But we would be asking to raise this issue.
 4           THE COURT:  All right.  Well, let us
 5   proceed.  I'm sure Mr. Stiglitz wants to read it, too.
 6   We'll take a look at it.
 7           Let's bring in the next person.  As I said,
 8   11, 29, 31.
 9           THE COURTROOM DEPUTY:  Juror Number 0848.
10           (Prospective Juror 0848 took the witness
11           stand.)
12           THE COURT:  Good morning.  How are you?
13           PROSPECTIVE JUROR:  All right.  Good
14   morning.
15           THE COURT:  You answered that you sat on a
16   grand jury before?
17           PROSPECTIVE JUROR:  Yes, a long time ago.
18           THE COURT:  A grand jury.  Now, you
19   understand that this is a petit jury.  The burden of
20   proof is much higher on the government, beyond a
21   reasonable doubt.  In the grand jury, it's just
22   probable cause, and you just hear from one side.
23           You can -- will keep that straight if you're
24   chosen, please?
25           PROSPECTIVE JUROR:  Okay.
```

1          THE COURT:  Then you also told us that you

2     have a family member -- or you have served in the

3     armed forces?

4          PROSPECTIVE JUROR:  Yes.  Two daughters,

5     reserve.

6          THE COURT:  Reserve?  In what?

7          PROSPECTIVE JUROR:  Army.

8          THE COURT:  Which reserve?

9          PROSPECTIVE JUROR:  Army.

10          THE COURT:  Sorry.  Which part of the armed

11     services?

12          PROSPECTIVE JUROR:  Army.  I'm sorry.

13          THE COURT:  Did they ever get called up to

14     go someplace?

15          PROSPECTIVE JUROR:  No.

16          THE COURT:  Okay.  Are they out of the

17     reserves now?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Would that in any way affect

20     your ability to be fair and impartial here?

21          PROSPECTIVE JUROR:  No.

22          THE COURT:  The next question was somebody

23     in your family, you or a close personal friend has

24     been a victim or witness to a crime, been arrested,

25     charged, or found guilty of one?

1          PROSPECTIVE JUROR:  Yes.  My -- we -- my

2    brother.

3          THE COURT:  Yeah.  All right.  Go ahead.

4          I'm sorry.  What happened to your brother?

5          PROSPECTIVE JUROR:  He was arrested for

6    distributing drugs.

7          THE COURT:  Do you know what happened to his

8    case?

9          PROSPECTIVE JUROR:  He went to jail for six

10   years.

11         THE COURT:  Okay.  Here or somewhere else?

12         PROSPECTIVE JUROR:  In Philadelphia --

13   Pennsylvania.

14         THE COURT:  Do you think he was treated

15   unfairly by the government or the police?

16         PROSPECTIVE JUROR:  I don't know.

17         THE COURT:  Okay.  And you could be fair and

18   impartial to both sides?

19         PROSPECTIVE JUROR:  Yes.

20         THE COURT:  Okay.  Mr. Moore or

21   Miss Peterson?  Those are the only three questions.

22         MR. MOORE:  Ma'am, in the little information

23   that we got I think it indicates that you are retired?

24         PROSPECTIVE JUROR:  Yes.

25         MR. MOORE:  Could you tell us a little bit

1    about your employment history?

2              PROSPECTIVE JUROR:  I worked for DC Public

3    Head Start for thirty-one years, and I retired in

4    2002.

5              MR. MOORE:  With respect to your brother's

6    case, did you go to his -- any of the court

7    proceedings there at all?

8              PROSPECTIVE JUROR:  No.

9              MR. MOORE:  Do you know what kind of drug it

10   was that he supposedly was involved with?

11             PROSPECTIVE JUROR:  No.

12             MR. MOORE:  I think that's all I have, Your

13   Honor.

14             MR. STIGLITZ:  Good morning, ma'am.

15             PROSPECTIVE JUROR:  Good morning.

16             MR. STIGLITZ:  The grand jury service you

17   had, was that in federal court here, or was that in

18   Superior Court --

19             PROSPECTIVE JUROR:  Superior Court.

20             MR. STIGLITZ:  -- across the street?

21             About how long ago was that?

22             PROSPECTIVE JUROR:  Twenty years ago.

23             MR. STIGLITZ:  And the -- you work with, you

24   said, Head Start, the Head Start program?

25             PROSPECTIVE JUROR:  DCPS Head Start, pre-K.

```
1              MR. STIGLITZ:  Were you a teacher?

2              PROSPECTIVE JUROR:  Assistant.

3              MR. STIGLITZ:  That was for, you said, more

4    than thirty years?

5              PROSPECTIVE JUROR:  About thirty-one, -two.

6              MR. STIGLITZ:  Was that with the Head Start

7    program the entire time?

8              PROSPECTIVE JUROR:  Yes.

9              MR. STIGLITZ:  Your brother's case, were you

10   particularly close to this brother?

11             PROSPECTIVE JUROR:  Yes.

12             MR. STIGLITZ:  Had he -- just trying to get

13   a sense for the nature of this case.  Had you been

14   aware of any problems that he had with drugs prior to

15   his involvement in the court system?

16             PROSPECTIVE JUROR:  No.

17             MR. STIGLITZ:  Okay.  Did that come as a

18   surprise to you?

19             PROSPECTIVE JUROR:  Yes.

20             MR. STIGLITZ:  Did he or anybody else in the

21   family ever discuss the nature of that case or what it

22   was about?

23             PROSPECTIVE JUROR:  No.

24             MR. STIGLITZ:  Is he out of jail?

25             PROSPECTIVE JUROR:  Yes, he is.
```

1          MR. STIGLITZ:  How long ago did this happen?

2          PROSPECTIVE JUROR:  He served six years.

3          MR. STIGLITZ:  Are we talking twenty years

4  ago, or was this just recently?

5          PROSPECTIVE JUROR:  Maybe like ten.

6          MR. STIGLITZ:  So he got out of jail about

7  ten years ago?

8          PROSPECTIVE JUROR:  No.  He just got out.

9  He served six years and just got out about two, three

10  weeks ago.

11          MR. STIGLITZ:  Oh, really.  Okay.  Has he

12  discussed at all what -- has anybody asked him, what

13  was that all about?

14          PROSPECTIVE JUROR:  No.  I haven't visited

15  him yet, but I plan to.

16          MR. STIGLITZ:  Your two daughters, were

17  they -- you said they were in the Army Reserve.  Was

18  that here in Washington?

19          PROSPECTIVE JUROR:  Yes.

20          MR. STIGLITZ:  How long were they each in

21  the reserves?

22          PROSPECTIVE JUROR:  Oh, wow.  One was a

23  short time, but she got sick.  But the other one, a

24  couple of years.  It wasn't long.  A couple of years.

25          MR. STIGLITZ:  All right.  Thank you.

1           THE COURT:  Thank you.  You are free to go

2     now.  Please call the jury office at 4:30 this

3     afternoon.  Do not discuss the case with anyone.

4           Have a nice day.

5           PROSPECTIVE JUROR:  Call at 4:30?

6           THE COURTROOM DEPUTY:  Yes.

7           PROSPECTIVE JUROR:  Thank you.

8           (Prospective Juror 0848 left the courtroom.)

9           THE COURT:  Next juror is 7 and 29.  0043

10    [sic].

11          THE COURTROOM DEPUTY:  0443.

12          (Prospective Juror 0443 took the witness

13          stand.)

14          THE COURT:  Good morning, sir.

15          PROSPECTIVE JUROR:  Good morning.

16          THE COURT:  Two questions.  You said you

17    might have a hardship.  What did you have in mind?

18          PROSPECTIVE JUROR:  Well, last Thursday my

19    sister was diagnosed with a brain tumor called a

20    meningioma, which is an operable tumor.  And she's

21    supposed to be operated on on Tuesday next week,

22    and -- because I have an expertise in that area, and

23    she is my sister, I thought I might go to New York for

24    a few days and help out.

25          THE COURT:  How long do you think you would

1    go?

2              PROSPECTIVE JUROR:  Two to three days.

3              THE COURT:  You also said somebody had been

4    involved in the armed forces, reserves, National

5    Guard.

6              PROSPECTIVE JUROR:  Well, my father served

7    in the Navy during World War II.

8              THE COURT:  So the surgery is the 28th.  I

9    We're not sitting in the afternoon of the 28th.  I

10   guess it would sort of -- it's hard to find jurors,

11   and I just wonder what -- if you are up there for

12   Tuesday, whether that would be sufficient.

13             You say it's operable?

14             PROSPECTIVE JUROR:  It's an operable tumor.

15   It's just at the surface of the skull.  She will be in

16   the hospital for three days.

17             THE COURT:  How do you come out on this?

18   It's hard for me to evaluate the necessity of being

19   gone.

20             PROSPECTIVE JUROR:  You know, it's my only

21   sister, but I prefer to be able to go and see her.

22             THE COURT:  Uh-huh.  But if you went

23   Tuesday, would that be okay?  Or that's not enough

24   time?

25             PROSPECTIVE JUROR:  And come back on

1    Wednesday morning?  I could try to do that, but, you

2    know, I would prefer to come back -- you know, spend

3    two days up there, if I could.

4              THE COURT:  All right.  And tell me, what's

5    your field?  You work for NIH, I take it?

6              PROSPECTIVE JUROR:  My expertise is in

7    medical imaging and tissue physics.

8              THE COURT:  And what do you do for them,

9    research?

10             PROSPECTIVE JUROR:  I develop MRI systems

11   for looking at the brain, primarily white matter in

12   the brain.

13             THE COURT:  How old is your sister?

14             PROSPECTIVE JUROR:  She's fifty-seven.

15             THE COURT:  Okay.

16             Mr. Stiglitz, do you have questions?

17             MR. STIGLITZ:  No questions.

18             MR. MOORE:  None, Your Honor.

19             THE COURT:  Okay.  Sir, you are free to go

20   now.  Don't discuss the case and call into the jury

21   office at 4:30 this afternoon and they'll tell you how

22   to proceed.  Okay?

23             PROSPECTIVE JUROR:  Thank you.

24             THE COURT:  Thank you.

25             THE COURTROOM DEPUTY:  Next juror, 0818.

```
1              MR. MOORE:  Just a second.

2              THE COURT:  One second.

3              (Prospective Juror 0443 left the courtroom.)

4              MR. MOORE:  I just wanted to, anyway,

5    suggest bottom of the list for that gentleman, Your

6    Honor.

7              THE COURT:  I'm not convinced one way or the

8    other at the moment.  I think we could -- that's the

9    Tuesday that we have to break in with.  So worse comes

10   to worse, he could take -- we can break for a day.

11   I'm not gonna excuse him up front.  So we'll decide

12   what to do at the end.  Just remind me.

13             MS. PETERSON:  Your Honor, I did want to --

14   I think, of course, the law clerk had sent out an

15   e-mail about the 28th and Friday.  I didn't respond

16   because the 28th was my issue.  I was expecting

17   someone else to respond on Friday.

18             I don't think any counsel have a problem on

19   Friday afternoon.

20             THE COURT:  The 2nd?

21             MS. PETERSON:  The 2nd.

22             THE COURT:  I didn't think so either.

23             MS. PETERSON:  I'm not sure where that one

24   came from.  The 28th is definitely a problem, but the

25   2nd is not.
```

1          THE COURT:  The 2nd was only because

2    Mr. Moore and I have a 12:00, so we're going to take a

3    long lunch.  You have a sentencing at 12:30, and I

4    have another matter at 12 on the 2nd.  So as far as

5    I'm concerned, we can sit most of the day on the 2nd.

6          MR. MOORE:  Actually, I think Jones -- I got

7    an e-mail from the prosecutor about moving that --

8    that date anyway, so I don't think that sentencing

9    will go that day.

10          THE COURT:  That's fine.  But I have -- the

11    other Jones is walking in at noon.  Having gone to the

12    Supreme Court, he's now traveling back here.

13          So the 2nd we're going to have

14    interruptions.  I just learned that I need to be at a

15    funeral on Friday this week in the afternoon.  A

16    friend passed away over the weekend.  So the 24th in

17    the afternoon, after lunch, we'll break.  But that's

18    my problem, and I'm sure that's what the law clerk had

19    in mind.

20          0818.  It says 3, 1, 47.  And let me just

21    read into the record what the person wrote.

22          If there's a yes on Question 31, but my case

23    was wrongly charged because the breathing machine was

24    wrong."

25          Okay.  That's all I can tell you.

```
1                THE COURTROOM DEPUTY:  0818.

2                THE COURT:  3, 1, and 47.

3                (Prospective Juror 0818 took the witness

4                stand.)

5                THE COURT:  Good morning.  How are you?

6                PROSPECTIVE JUROR:  Good morning.

7                THE COURT:  Okay.  I have a couple of

8     questions to follow up, if I may.

9                You said that -- I take it this is in

10    response to Question 1 about being a victim, a witness

11    to a crime, or charged with, arrested.

12               Were you charged with some offense?

13               PROSPECTIVE JUROR:  Yeah.  I thought it was

14    a different number, but I had a DUI.

15               THE COURT:  Uh-huh.  And what happened to

16    it?

17               PROSPECTIVE JUROR:  Well, I went to jail for

18    what, five days, but it was only four days.  But then

19    I got the letter later on.  They had the wrong

20    calibrating machine, so I did all that and --

21               THE COURT:  Where did this happen?

22               PROSPECTIVE JUROR:  DC.

23               THE COURT:  DC?  Do you have any ill-will

24    towards the police or the government?

25               PROSPECTIVE JUROR:  Oh, no.  No.
```

1           THE COURT:  That's nice of you.

2           PROSPECTIVE JUROR:  I learned a lesson.

3   That's fine.

4           THE COURT:  You did?

5           PROSPECTIVE JUROR:  Yep.

6           THE COURT:  Okay.  How long ago was this?

7           PROSPECTIVE JUROR:  I want to say, like,

8   five years, four or five years ago.

9           THE COURT:  Okay.  But -- so you do or do

10  not have a conviction for DWI?

11          PROSPECTIVE JUROR:  I guess I do.  I think I

12  do.

13          THE COURT:  I don't know.  I mean, it may

14  not have --

15          PROSPECTIVE JUROR:  Well, I'm a property

16  manager, and I went to go get my, you know,

17  fingerprints done for clearance, and it didn't come

18  up.

19          THE COURT:  Yeah.  I wouldn't offer any

20  advice one way or another, but it may be when they

21  wrote that letter -- I don't know.

22          And then your Number 47, you watch what?

23          PROSPECTIVE JUROR:  *CSI*.

24          THE COURT:  Oh, yeah?  I'm sure you realize

25  that's just fiction?

1          PROSPECTIVE JUROR:  Yes, of course.

2          THE COURT:  Things just don't work that way

3    in the real world of police enforcement.

4          Okay.  You say you're a property manager.

5    Who do you work for?

6          PROSPECTIVE JUROR:  It's called Blake Real

7    Estate.

8          THE COURT:  And are they here in DC?

9          PROSPECTIVE JUROR:  Yes.

10          THE COURT:  What kind of real estate do

11    you --

12          PROSPECTIVE JUROR:  Well, it's commercial,

13    but my tenants are Department of Justice, Secret

14    Service, and CACI, legal support.

15          THE COURT:  CACI is out in Virginia.

16          PROSPECTIVE JUROR:  Their main office is in

17    Virginia, yes.

18          THE COURT:  And your association with these

19    entities -- when you say, "Department of Justice,"

20    what building -- you're not talking about the one on

21    Pennsylvania Avenue?

22          PROSPECTIVE JUROR:  No.  1100 L Street.

23    They have six floors with us.

24          THE COURT:  Would that affect you in any

25    what in terms of your ability --

```
1              PROSPECTIVE JUROR:  No.  They are my tenant.
2   I don't know -- I handle their, you know, collecting
3   of rent and cleaning and that kind of thing.
4              THE COURT:  Okay.
5              Mr. Moore or Miss Peterson?
6              MR. MOORE:  Ma'am, prior -- any prior
7   employment you can tell us about, other than the
8   property management?
9              PROSPECTIVE JUROR:  I've pretty much been in
10  property management my whole life.  Back in 1992, '93,
11  I worked for the school board, and it was
12  Mechanicsville, Maryland, so Charles County, I guess.
13  I was like an office manager for them.
14             And other than that, since 1991, I've been
15  in property management.
16             MR. MOORE:  Okay.  On your DUI -- I don't
17  want to pry too much, but on your DUI, can you tell us
18  why you wound up getting sentenced to jail?  Is there
19  any particular reason?
20             PROSPECTIVE JUROR:  Yes.  Because I blew
21  high.  It was a mandatory.
22             MR. MOORE:  I see.  That was here in the
23  District?
24             PROSPECTIVE JUROR:  Yes.
25             MR. MOORE:  When they sent you the letter
```

1    about the calibration, did you just feel it would be

2    futile to try to challenge the conviction, or you just

3    wanted to put it past you?

4               PROSPECTIVE JUROR:  I had already done the

5    time, I had already done everything.  Like I said, I

6    learned my lesson.  I called my attorney, and I would

7    have had to have paid a lot of money to try to -- to

8    do anything.

9               But I got a letter from DC and my attorney,

10   telling me about this situation.  So he wrote a

11   letter.  I don't know whatever happened to it.  I

12   never followed up.  I feel like what happened was --

13   was right, and I don't drink anymore.

14               MR. MOORE:  All right.  Thank you.

15               PROSPECTIVE JUROR:  Sure.

16               MR. MOORE:  He gets to ask you some.

17               PROSPECTIVE JUROR:  Okay.

18               THE COURT:  Okay.  Mr. Stiglitz.

19               MR. STIGLITZ:  No questions.  Sorry.

20               THE COURT:  Okay.  You're free to go.

21   Please call the jury office.  Do not discuss the case.

22   Call them at 4:30 today.  They'll tell you what to do

23   next.  Okay?

24               PROSPECTIVE JUROR:  Okay.  Thank you.

25               (Prospective Juror 0818 left the courtroom.)

1          THE COURT:  What's the next juror?

2          THE COURTROOM DEPUTY:  Next juror is 0583.

3          THE COURT:  Before the juror comes in, I

4    think I should read, because it's a lot of questions.

5          Number 9 -- I'm quoting:  "The extensive

6    work and study experience in Iraq, Yemen, Syria,

7    Jordan, Egypt, et cetera, including close contact with

8    soldiers/U.S. intelligence, knowledge of Islamic drug

9    trail through U.S." -- I'm not sure -- "Wahhabist,

10   W-A-H-H-A-B-I-S-T, networks in metropolitan area."

11         13.  I assume this is languages:  "Dari,

12   Pashto -- Pashto, no," it says; "Arabic, yes."  So

13   "Dari, Pashto, no; Arabic, yes."

14         15:  "Significant other deploying to

15   Afghanistan."

16         16:  "I live worked in Iraq, both as

17   government contractor and civilian for two years."

18         22:  "Significant other, U.S. Army now,

19   defense contractor."

20         He's listed 23, 41, 44, 46.  It says "Islam,

21   Wahhabist, Salafis."

22         MR. STIGLITZ:  These are all different --

23         THE COURT:  Yes, tribes.  But is it

24   S-A-L-A-F-I-S, Salafis?

25         And then 49.

1              So this juror -- a lot of questions.

2              Okay.  We'll bring in 0583.

3              One second, Gwen.

4              Are these groups familiar to you or your

5    defendant in the sense -- is he associated with

6    Wahhabists or Salafis?

7              MR. STIGLITZ:  Just to make it clear, these

8    are sort of different branches of Islam, so I have no

9    idea what the defendant subscribes to.

10             THE COURT:  Right.

11             MS. PETERSON:  Nor do I, Your Honor.

12             MR. STIGLITZ:  From my basic knowledge of

13   Afghanistan, I don't believe it's as big an influence

14   in Afghanistan as it is in, for example, Iraq or Saudi

15   Arabia.

16             THE COURT:  What 46 says, which is of some

17   significance, is:  "Islam, no.  Wahhabist, Salafis,

18   yes."

19             Miss Peterson, is this a group that your

20   client has anything to do with -- either of these

21   groups?

22             MS. PETERSON:  Your Honor, I don't think

23   there's going to be any testimony or any evidence that

24   he has anything to do with any of these groups, so I

25   don't think that that's a concern.  We'll see how she

```
 1   answers the questions here in court and make our call
 2   at that point.
 3              THE COURT:  All right.  This is 0583.  It's
 4   a she?  Yes.  Okay.
 5              (Prospective Juror 0583 took the witness
 6              stand.)
 7              THE COURT:  Good morning.  How are you.
 8              PROSPECTIVE JUROR:  Good.  How are you?
 9              THE COURT:  Good.  Now, you've answered many
10   questions.  I'm not -- do you speak Arabic, but not
11   Dari?
12              PROSPECTIVE JUROR:  Dari, no.
13              THE COURT:  And how did you learn Arabic?
14              PROSPECTIVE JUROR:  I did a fellowship after
15   college in Kuwait.  I studied Arabic in Atlanta and
16   Hong Kong, and then I went to the American University
17   of Beirut Arabic program, and then the Sana Institute
18   for Arabic Language in Yemen.  And then I lived in
19   Iraq for two years.
20              THE COURT:  What were you doing in Iraq?
21              PROSPECTIVE JUROR:  I was a spokesman for
22   Save the Children three weeks after Baghdad fell.  I
23   helped some Iraqi friends start a contracting company
24   with the U.S. Army as their primary -- primary donor,
25   or funder, and I trained journalists to cover the
```

1    elections in Iraq and Northern Iraq and -- prior to

2    2005.

3              THE COURT:  Save the Children is an

4    organization that people contribute to to provide

5    yearly support for a child?

6              PROSPECTIVE JUROR:  Yeah.  And then for --

7              THE COURT:  Is that the one in Rhode Island

8    or the other one?

9              PROSPECTIVE JUROR:  It's in Westport,

10    Connecticut.

11              And then the one in Northern Iraq, which I

12    worked for, the Institute For War and Peace Reporting.

13    It's a journalist non-profit called the Institute For

14    War and Peace Reporting.  It's DFID funded.

15              THE COURT:  And your significant other is

16    now a defense contractor, has worked with the U.S.

17    Army?

18              PROSPECTIVE JUROR:  Yeah.  In a field that

19    is significant to this case.

20              THE COURT:  Okay.  Do you have any knowledge

21    about this case?  Do you know anything about it?  Ever

22    hear anything about it?

23              PROSPECTIVE JUROR:  This particular case, I

24    do not think so.

25              THE COURT:  You've talked about the

 1   Wahhabists.  And tell me who the Salafis are.

 2              PROSPECTIVE JUROR:  The Salafis, it's a --

 3   an extremist --

 4              THE COURT:  -- group somewhere?

 5              Where, in Afghanistan or in Pakistan?

 6              PROSPECTIVE JUROR:  I think that they

 7   started in Egypt and they spread.  The Wahhabis and

 8   Salafis often intersect.  Most of my time in the

 9   Middle East was with a professor of political science,

10   with a specialist in Islamic history.

11              THE COURT:  Okay.  Now, there's nothing here

12   in this case that has anything to do with either of

13   those groups, and I'm just --

14              PROSPECTIVE JUROR:  Well, the Taliban has a

15   connection to the Salafis, so --

16              THE COURT:  Okay.  I should say the

17   defendant has no connection, then.  I don't know.

18              When you say that about the Taliban, their

19   connection is in what sense?  They are --

20              PROSPECTIVE JUROR:  I think they looked to

21   one of the spiritual leaders of the Salafis as one of

22   their leaders.

23              MR. MOORE:  Judge, I'm sorry.  She was kind

24   of facing away from the mic.

25              PROSPECTIVE JUROR:  Oh, I'm sorry.

```
1              MR. MOORE:  I couldn't hear her.

2              THE COURT:  The Taliban looks to one of the

3    spiritual leaders of the Salafis as one of their

4    leaders.

5              Is that what you said?

6              PROSPECTIVE JUROR:  Yes.  One of their --

7    I'm not an Islamic expert, but -- the leader's name is

8    Said --

9              THE COURT:  Say it again.  You better spell

10   it.

11             PROSPECTIVE JUROR:  Said Kutb, K-U-T-B.

12             THE COURT:  Said?

13             PROSPECTIVE JUROR:  Said.

14             THE COURT:  S-A-I-D?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Okay.  And you also wrote down

17   23, 41, 44.  Let's go back a minute.

18             Have you, a family member, or close friend

19   had any personal experience with acts of terrorism?

20             What did you have in mind?

21             PROSPECTIVE JUROR:  Well, I lived in Iraq

22   and ran a contracting company, so I certainly had

23   employees who were in contact with terrorism, lots of

24   car bombings, for example.  I'm an amateur -- I'm a

25   journalist by trade, and so I -- when those things
```

1   happened, I tended to cover them.

2           THE COURT:  And you were freelance or

3   covering for someone?

4           PROSPECTIVE JUROR:  Freelance.  I work for a

5   *Wall Street Journal* business publication, but because

6   I was there, I was often consulted by people like, you

7   know, journalists in the area.  So I was a press

8   secretary for Save the Children.  I was their press

9   spokesperson.

10          THE COURT:  I see.  And we asked about

11  following trials of defendants who are accused of

12  terrorism against the United States.  Do you have

13  specific ones in mind that you actually followed or --

14          PROSPECTIVE JUROR:  Ah, I would have to

15  think more about that.

16          THE COURT:  Okay.  I mean, you read the

17  news?

18          PROSPECTIVE JUROR:  I read the news, yes.

19          THE COURT:  You also said -- would you have

20  difficulty being fair or impartial in a trial where

21  you're going to hear evidence about terrorism and

22  terrorism organizations?

23          I think for that, out of an abundance of

24  caution, Mr. Stiglitz, I'm going to use the

25  connection -- the charge here is that money -- you can

1    correct me if I'm wrong, either of you -- money

2    derived from heroin distribution, allegedly intended

3    for the United States, was used to pay Taliban forces.

4              MR. STIGLITZ:  That's the gist, yes.

5              THE COURT:  It has to be knowing or

6    intentionally provided something of pecuniary value to

7    an organization, and in this instance, it's the

8    Taliban.  There is no allegation that the defendant is

9    a member of the Taliban, as far as I know, or of any

10   of these other groups.

11             So do you feel that, given the facts --

12             He's a Pashtun.  He's from Afghanistan.

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  -- as I've described, and you

15   heard the charges, can you be a fair and impartial

16   juror in this case?

17             PROSPECTIVE JUROR:  I don't believe I can

18   because my significant other works in a field that is

19   tracking terrorism money, so --

20             THE COURT:  He works for a contractor who

21   works for the government?

22             PROSPECTIVE JUROR:  Mm-hmm.

23             THE COURT:  And so you think you know about

24   this very -- that particular count has a certain --

25   you know more than you think you could put aside --

1          PROSPECTIVE JUROR:  I think I'm biased,

2    particularly.

3          THE COURT:  Against?

4          PROSPECTIVE JUROR:  People who are moving

5    terrorism money around the region.

6          THE COURT:  Okay.  Yeah.  I don't know

7    whether that's a sort of fair characteristic --

8          PROSPECTIVE JUROR:  Yeah, I know.

9          THE COURT:  -- of the facts here.

10          PROSPECTIVE JUROR:  I know.

11          THE COURT:  But I don't know enough about

12    what your significant other does.  I mean, is it sort

13    of similar to what the Treasury Department does, to

14    try to figure out where the money comes and goes?

15          PROSPECTIVE JUROR:  Yeah.  It has something

16    to do with that.

17          THE COURT:  Does counsel have any questions?

18          MR. MOORE:  No.

19          MR. STIGLITZ:  Just a couple, Your Honor.

20          THE COURT:  All right.

21          PROSPECTIVE JUROR:  Okay.

22          MR. STIGLITZ:  Your significant other -- I

23    want to make sure I understand.  Your significant

24    other is a contractor doing work for a government

25    entity which is focused on, I guess, threat finance,

1    basically?

2              PROSPECTIVE JUROR:  I think that's an aspect

3    of it, yes.

4              THE COURT:  I'm sorry.  What did you call

5    it?

6              MR. STIGLITZ:  Threat -- well, terrorist

7    finance.

8              THE COURT:  Not drug finance.  Terrorist

9    finance.  Okay.

10             MR. STIGLITZ:  Now, whoever ends up sitting

11   as a juror in this case will get an instruction that

12   they're not to talk about the case with anybody, at

13   least during the pendency of the case.  So presumably,

14   you will not be talking to your significant other

15   about this case.

16             PROSPECTIVE JUROR:  No.

17             THE COURT:  Can you -- the mere fact that

18   this person is focused on this type of work -- can you

19   explain a little bit more of how you feel that would

20   impact your ability to be fair and impartial?

21             PROSPECTIVE JUROR:  You know, I think it's

22   more my own experience, having been in Yemen and Iraq,

23   and met people who were not your average -- people who

24   are involved in the game, as it were, the terrorism

25   game, as opposed to just normal human beings, normal

1    Muslims.  You end up meeting people who have an

2    extremist nature, and I think that impacts you,

3    particularly if you work with people who later blow

4    up.  That tends to bias you a little bit.

5              MR. STIGLITZ:  Fair enough.  I will tell you

6    in this particular case there will not be any evidence

7    of specific acts of terrorism or, you know, IEDs or

8    anything of that nature --

9              PROSPECTIVE JUROR:  No.

10             MR. STIGLITZ:  -- specifically.  If that is

11   the case, would that affect your -- well, would that

12   affect your belief concerning whether you can be fair

13   and impartial?

14             PROSPECTIVE JUROR:  I think that I have

15   pretty strong views about that region and that area,

16   and what's going on.  I think I know a little too

17   much -- than your average citizen does.

18             MR. STIGLITZ:  Okay.  Thank you.

19             THE COURT:  You certainly know more than

20   your average citizen, no matter how you cut it.

21             All right.  Anything further?

22             MR. MOORE:  No, Your Honor.

23             THE COURT:  Thank you very much.  You are

24   free to go at this time.  Call in at 4:30 to -- from

25   the jury office.  They'll tell you what's next.

1          PROSPECTIVE JUROR:  Thank you so much.

2          (Prospective Juror 0583 left the courtroom.)

3          MR. MOORE:  Move for cause, Your Honor.

4          THE COURT:  Is there any -- Mr. Stiglitz?

5          MR. STIGLITZ:  No objection on that.

6          THE COURT:  Okay.  She'll be excused.

7          Okay.  Next person writes before -- another

8  essay.

9          13.  "My agency, Office of Foreign Asset

10  Control, designates individuals for inter alia" -- no

11  less -- "support for terrorism groups, narcotic

12  trafficking, or other issues.  I'm not generally

13  familiar with these issues and Afghanistan."

14          22 -- that's 13.  22.  "I was a DOJ trial

15  attorney for seven-plus years, but in the civil

16  division.  There, I was on the terrorism task force."

17          23.  "I wrote at Treasury's Office of

18  Foreign Asset" -- oh, "I work" -- I guess he works

19  there now -- "at Treasury's Office of Foreign Asset

20  Control."

21          28 is a yes.  He's a lawyer.  Okay.

22          49.  He followed terrorist trials

23  professionally.  So there's yes.

24          MR. MOORE:  Can I just add something, Your

25  Honor?

1            Certainly not as sophisticated as that, but

2    this woman lives two streets around the corner from

3    me, and when my dog walks me, oftentimes, I walk down

4    that street.  So I would disclose to the government

5    that there's a chance I could run across her.

6            THE COURT:  Which person are we talking now,

7    the one that's coming in or the one --

8            MR. MOORE:  The one who lives on ████████.

9    I think she has an address at ████████.

10            THE COURT:  Strike the address, please.

11            What are you doing?  0426, you're talking

12    about?

13            MR. MOORE:  Yes, 0462.

14            THE COURT:  You walk the dog the other way.

15            Have you talked to her?

16            MR. MOORE:  I didn't recognize her.  The dog

17    walks me.

18            THE COURT:  But you have to have your eyes

19    open when you walk the dog.

20            All right.  I guess it's a her.  Sorry.

21            THE COURTROOM DEPUTY:  0462.

22            (Prospective Juror 0462 took the witness

23            stand.)

24            THE COURT:  Good morning.  How are you?

25            You work at the Office of Foreign Asset

```
 1   Control.  You are a lawyer by training?
 2              PROSPECTIVE JUROR:  Yes.  I am doing that
 3   presently, a lawyer.
 4              THE COURT:  What do you presently do --
 5   you're at Treasury?
 6              PROSPECTIVE JUROR:  I'm at Treasury, and I
 7   presently run the Treasury Department Office of
 8   Foreign Asset Control Licensing Division.
 9              THE COURT:  Okay.  So the Licensing Division
10   are the people that are giving licenses to people who
11   are providing --
12              PROSPECTIVE JUROR:  Right.  Anyone who wants
13   to do something that's otherwise in violation of U.S.
14   sanctions will apply to us for a license.
15              THE COURT:  Okay.  So sanctions -- you're
16   dealing with the sanctions program, such as Iran.
17              PROSPECTIVE JUROR:  Iran, Cuba, terrorism,
18   weapons of mass destruction, Zimbabwe -- about twenty
19   different programs.
20              THE COURT:  Have you had any direct dealings
21   with Afghanistan?
22              PROSPECTIVE JUROR:  Not direct dealings.
23   I've never gone to Afghanistan.
24              THE COURT:  How about Pakistan?
25              PROSPECTIVE JUROR:  No, never gone to
```

1    Pakistan.

2                THE COURT:  Okay.  Now, let me make sure I

3    get the allegations here correctly.  There is no claim

4    that defendant is involved in any way with the

5    terrorist activities.  The claim is that he provided

6    money to a terrorist organization; that money had been

7    derived -- this is the allegation -- from drug

8    trafficking, from Afghanistan, and money was paid to

9    the Taliban.

10               Do you think that, given what you know and

11   about -- you talked about terrorism task forces and

12   the Office of Foreign Asset Control -- do you think

13   you can be fair and impartial in this case --

14               PROSPECTIVE JUROR:  Yes.

15               THE COURT:  I'm sorry -- and listen to the

16   evidence and decide the case on the evidence?

17               PROSPECTIVE JUROR:  Yes.

18               THE COURT:  Do you have any -- you say that

19   you professionally kept track of or paid attention to

20   some of the terrorist trials.  I'm not sure what you

21   had in mind when you answered that one, 49.

22               PROSPECTIVE JUROR:  Sure.  When I was --

23   when I was at the Department of Justice, I represented

24   the Office of Foreign Assets Control, and I defended

25   the designations of certain charities, especially here

1    in the United States, like the Holy Land Foundation,

2    Al-Haramain Islamic International Foundation,

3    Islamic-American Relief Agency.

4              So those were cases -- and the Global Relief

5    Foundation.  Those were cases I worked on at the

6    Department of Justice, and some of the principals

7    later on in some of the cases were indicted or pled

8    out or something.  So I would follow those cases

9    professionally.

10             THE COURT:  Okay.  They're mainly cases of

11   people -- organizations that got designated, and they

12   challenged the designation.  The designation came

13   through the State Department, though.

14             PROSPECTIVE JUROR:  Actually, those were

15   Treasury designations.

16             THE COURT:  Okay.  Have you had any

17   firsthand experience researching or analyzing the

18   Taliban?

19             PROSPECTIVE JUROR:  No.

20             THE COURT:  Okay.  And before you -- have

21   you ever done criminal work other than to the extent

22   this overlaps, but you were in the Civil Division at

23   DOJ?

24             PROSPECTIVE JUROR:  Right.  No, I was never

25   a prosecutor.

```
1              THE COURT:  28.  Okay.  So you're a lawyer.
2    And what did you do before you went into DOJ?
3              PROSPECTIVE JUROR:  I worked at a law firm
4    in town for two years, Hogan & Hartson, now Hogan
5    Lovells.  And then I was in the Federal Programs
6    Branch in the Department of Justice for about seven
7    years before going over to the Office of Foreign
8    Assets Control.
9              THE COURT:  How long have you been at this
10   office?
11             PROSPECTIVE JUROR:  I've been there for four
12   years now.
13             THE COURT:  And before that, you were at
14   Federal Programs for --
15             PROSPECTIVE JUROR:  Seven years.
16             THE COURT:  And at Federal Programs, you did
17   not -- is that where you defended the designations, so
18   to speak?
19             PROSPECTIVE JUROR:  That's right.
20             THE COURT:  Okay.  All right.
21             Mr. Moore?
22             MR. MOORE:  Miss Peterson is going to do
23   this juror, Your Honor.
24             THE COURT:  Miss Peterson.  Okay.
25             MS. PETERSON:  Good morning.
```

1          PROSPECTIVE JUROR:  Good morning.

2          MS. PETERSON:  You said you were working at

3    Federal Programs for about seven years, right?

4          PROSPECTIVE JUROR:  Okay.

5          MS. PETERSON:  And it was there that you

6    were working on the cases that involved Holy Land?

7          PROSPECTIVE JUROR:  Yes.  I -- yes.  And

8    when I was at the Office of Foreign Assets Control

9    later, I did testify in a criminal proceeding in the

10   Holy Land Foundation in Dallas, and that was a

11   criminal case.  But I was representing the Treasury's

12   Office of Foreign Assets Control.

13         MS. PETERSON:  So you actually testified as

14   a witness in that criminal case?

15         PROSPECTIVE JUROR:  I did.

16         MS. PETERSON:  And I take it you met with

17   the attorneys for the government at that point as

18   well?

19         PROSPECTIVE JUROR:  Yes.

20         MS. PETERSON:  That was from the U.S.

21   Attorney's Office in Dallas and Main Justice, right?

22         PROSPECTIVE JUROR:  That's right.

23         MS. PETERSON:  And you helped -- worked with

24   them on the case that they were prosecuting?

25         PROSPECTIVE JUROR:  Yes.

1          MS. PETERSON:  And I take it --

2          THE COURT:  I'm sorry.  Go back.

3          They were criminal cases against these

4    organizations, or they were cases in which the

5    organization challenges the designation?

6          PROSPECTIVE JUROR:  This happened to be a

7    criminal case.  So just to be clear, when I was a

8    principal attorney, I was working on civil cases of

9    challenging their designations.  But this was when I'm

10   no longer an attorney, I'm now part of the agency that

11   made the designation, and the prosecution called me as

12   a witness on a minor matter.

13         MS. PETERSON:  Okay.  And what was -- but

14   you met with the prosecution team there and helped

15   prepare for the trial in Dallas?

16         PROSPECTIVE JUROR:  Yes.  Again, it was a

17   hearing incident to the main trial, and it was on a

18   collateral matter.

19         MS. PETERSON:  Do you recall what the

20   collateral matter was?

21         PROSPECTIVE JUROR:  Yes.  It had to do with

22   whether or not Holy Land Foundation was represented by

23   an attorney in the second trial, in which it was, you

24   know -- the terrorism charges were brought up against

25   it.  It had to do with the fact -- whether or not the

1    defense law firm had applied for a license from the

2    Office of Foreign Assets Control, which was why I was

3    testifying.

4              MS. PETERSON:  Did you -- did you remain in

5    Dallas and follow that trial?

6              PROSPECTIVE JUROR:  I was only there for

7    that hearing, so I was there for about two days -- two

8    days.  This happened after the -- after the

9    convictions of the second trial, so I wasn't there for

10   the first trial.  I followed it through the news

11   previously.

12             MS. PETERSON:  Did you follow what happened

13   after the convictions in that trial?

14             PROSPECTIVE JUROR:  Yes.

15             MS. PETERSON:  Did you form any views about

16   what occurred -- about what happened after that

17   conviction?

18             PROSPECTIVE JUROR:  Um, I mean, to a certain

19   extent, yes, but through my professional -- in a

20   professional capacity.

21             MS. PETERSON:  Do you think that what

22   transpired in that trial and the result of convictions

23   and then the post -- the post conviction issues that

24   arose would have any impact on your ability to be fair

25   and impartial in this case?

1          PROSPECTIVE JUROR:  No.

2          MS. PETERSON:  How about -- I take it you

3     developed a pretty good, close relationship with the

4     attorneys who were working on that case in Dallas; is

5     that right?

6          PROSPECTIVE JUROR:  Yes.

7          MS. PETERSON:  Including the -- an attorney

8     from Federal Programs, who continued to work there,

9     right?

10          PROSPECTIVE JUROR:  That's right.

11          MS. PETERSON:  Did you know her fairly well?

12          PROSPECTIVE JUROR:  I know her well.

13          MS. PETERSON:  Would you say that you would

14     talk about the issues that would be relevant to the

15     connection of money and drug trafficking and

16     terrorism?

17          PROSPECTIVE JUROR:  I don't think that we've

18     ever spoken on those issues in particular, but I -- in

19     general -- in general, I have spoken about the issue

20     of terrorist financing with that attorney.

21          MS. PETERSON:  And do you -- have you formed

22     views on the use of money from the drug trade and how

23     it -- whether it gets into the hands of terrorists

24     organizations?

25          PROSPECTIVE JUROR:  I don't have any

1    particular views.  I'm aware that it can be a

2    connection, in some cases.

3                    THE COURT:  Okay.  Let's move on.

4                    We have Mr. Stiglitz.

5                    MS. PETERSON:  I think that's it, Your

6    Honor.

7                    THE COURT:  Okay.

8                    MR. STIGLITZ:  No questions.

9                    THE COURT:  Okay.  All right.  Thank you

10   very much.  You are excused at this time.  Could you

11   call into the juror office at 4:30, please.

12                   PROSPECTIVE JUROR:  Sure.  Thank you.

13                   THE COURT:  Thanks.  And do not discuss the

14   case with anyone.

15                   PROSPECTIVE JUROR:  Okay.

16                   (Prospective Juror 0462 left the courtroom.)

17                   THE COURT:  We're moving to the second row

18   now.  0412 is the next juror number, and it's 11 and

19   36.

20                   We have to move a little faster, so I am

21   going to start cutting people off.  Okay?

22                   Let's go.  11 and 36.  We've got a lot of

23   people sitting there.

24                   THE COURTROOM DEPUTY:  0412.

25                   (Prospective Juror 0412 took the witness

```
 1                    stand.)
 2              THE COURT:  Good morning.  How are you, sir?
 3   You are 0412?
 4              PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  You have served on a grand jury
 6   before?
 7              PROSPECTIVE JUROR:  That's true.  Yes.
 8              THE COURT:  Where was that?
 9              PROSPECTIVE JUROR:  Here in DC.
10              THE COURT:  And was it across the street or
11   here?
12              PROSPECTIVE JUROR:  Across the street.
13              THE COURT:  And the second question you
14   answered was 36.  Do you have a relationship with
15   someone whose life has been hurt by heroin use?
16              PROSPECTIVE JUROR:  Yes.  I have a friend,
17   when I lived in Omaha, who -- I first met him when he
18   was sixteen, and he was like a little brother to me,
19   and then in his twenties developed a problem with
20   drugs, including heroin.  At one point, he quit, and I
21   was living here in DC, and he moved to Richmond, and
22   we'd reconnected and were friends again.
23              And he wanted to enlist, but had to clear up
24   a number of outstanding misdemeanors and so forth in
25   the State of Nebraska.  So I've given him money, quite
```

1    a bit over time, but the last time I had contact with

2    him, I had loaned him several thousand dollars to go

3    and address that so he could enlist.  I thought it

4    would be good for him.  And then he disappeared, and I

5    found out that he'd gone into heroin again, so...

6              THE COURT:  Do you know what's happened to

7    him in the recent past?

8              PROSPECTIVE JUROR:  I don't.

9              THE COURT:  Do you think in any way that's

10   going to spill over to affect your ability to be fair

11   and impartial here?

12             PROSPECTIVE JUROR:  I don't think so.

13             THE COURT:  I mean, you don't -- you

14   understand the facts here are separate and apart; you

15   judge whether the government proves its case beyond a

16   reasonable doubt?

17             PROSPECTIVE JUROR:  That's correct.

18             THE COURT:  And it says here you do

19   information technology for a company?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  What do you do?

22             PROSPECTIVE JUROR:  I'm a product manager,

23   so my responsibility is to work with the market and

24   focus groups to define what and how we're going to

25   continue to develop our product.

```
1              THE COURT:  What's your product?

2              PROSPECTIVE JUROR:  I work for a company

3    called Blackboard.  It's educational technology, and I

4    work specifically on a product for corporate training.

5              THE COURT:  For corporate training?

6              PROSPECTIVE JUROR:  That's correct.

7              THE COURT:  Does that mean it's sort of like

8    a PowerPoint, or what does it mean, Blackboard?

9              PROSPECTIVE JUROR:  So it's --

10             THE COURT:  You can test things and things

11   come out on the board?  Sorry for my lack of

12   sophistication.

13             PROSPECTIVE JUROR:  No.  It's web-based, so

14   you can read content, take tests, interact with other

15   people that are learning and learn from those

16   experiences, and the instructor can monitor all of

17   those activities online.

18             THE COURT:  But this is corporate training?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Interesting.  Okay.

21             Government?

22             MR. STIGLITZ:  No questions.

23             THE COURT:  Thank you.  Mr. Moore?

24             MR. MOORE:  Briefly.

25             When you -- you served on a grand jury.
```

1    That was federal or Superior Court?

2              PROSPECTIVE JUROR:  Superior.  It was all

3    District cases, District of Columbia, local.

4              MR. MOORE:  Okay.  Were there many drug

5    cases that you heard for purposes of finding

6    probable -- indicting or probable cause?

7              PROSPECTIVE JUROR:  A few.  I was working

8    with the grand jury that was primarily dealing with

9    domestic disputes, but we did hear some drug-related

10   cases.

11             MR. MOORE:  With respect to your friend's

12   heroin use, would that color in way the way, you know,

13   how you feel about sitting on the jury in this case,

14   if you were chosen?  In other words, thinking

15   carefully, would it affect your ability, do you think,

16   in this case to be fair?

17             PROSPECTIVE JUROR:  I don't believe so,

18   because I really can delineate the difference between

19   sort of the social and economic structures and policy

20   and everything that leads to these events happening,

21   and then the personal choice of the people involved

22   who form an addiction.  I think I can differentiate

23   that.

24             THE COURT:  More importantly, can you

25   differentiate this case from your friend's

```
1    experience --
2               PROSPECTIVE JUROR:  Yes.  I think so.
3               THE COURT:  -- and limit yourself to
4    deciding the facts here, and not have his situation
5    affect your ability to judge the facts?
6               PROSPECTIVE JUROR:  I don't believe it would
7    influence me.
8               MR. MOORE:  Thank you.  Nothing else.
9               THE COURT:  You're free to go.  You
10   shouldn't discuss the case.  Please call the jury
11   office at 4:30 and they'll tell you what's next.
12              PROSPECTIVE JUROR:  Okay.  Thank you very
13   much, Your Honor.
14              THE COURT:  Okay.  Thanks.
15              (Prospective Juror 0412 left the courtroom.)
16              THE COURT:  Okay.  Next juror is 0712.  The
17   numbers are 7, 9, 11, 15, 16, 21, 22, 28, 31, 38, and
18   44.
19              MR. STIGLITZ:  That's it?
20              THE COURTROOM DEPUTY:  Juror 0712.
21              (Prospective Juror 0712 took the witness
22              stand.)
23              THE COURT:  Good morning.  How are you?
24              PROSPECTIVE JUROR:  Fine, thank you.
25              THE COURT:  You work?
```

1                    PROSPECTIVE JUROR:  Yes.

2                    THE COURT:  What do you do?

3                    PROSPECTIVE JUROR:  I work for LexisNexis.

4                    THE COURT:  We've heard of that.

5                    PROSPECTIVE JUROR:  I'm sure.  I work,

6       actually, with -- directly with federal law

7       enforcement agencies.

8                    THE COURT:  Okay.  You indicate a couple of

9       different ways that you thought you'd have trouble

10      being fair and impartial.  Why don't you tell us why.

11                   PROSPECTIVE JUROR:  Well, first of all, I do

12      work with federal law enforcement agencies, and as

13      much as I would try to be fair, I mean, I think those

14      relationships would, in the back of my mind, make it

15      very hard to be fair and impartial.

16                   My husband is also in federal law

17      enforcement.

18                   THE COURT:  What does your husband do?

19                   PROSPECTIVE JUROR:  He's a sergeant with

20      Capitol Police.

21                   THE COURT:  And you also indicated -- let's

22      see -- well, you've been on a jury before -- no.  A

23      grand jury.

24                   PROSPECTIVE JUROR:  Yeah.  In the DC court,

25      the DC grand jury, not federal.

1              THE COURT:  But you said that you have

2    difficulty being fair and impartial in a trial where

3    you will hear evidence about terrorism or terrorist

4    organizations.

5              I mean, there is no allegation here that the

6    defendant is a member of the Taliban or committed

7    violent or terrorist acts -- I should say terrorist

8    acts.  The allegation is that he was responsible for

9    distributing heroin that was intended for the United

10   States, and that monies from that sale -- from those

11   sales were paid to the Taliban in Afghanistan.

12             Do you think that you would not be able to

13   judge this case fairly and limit yourself to the

14   evidence?

15             PROSPECTIVE JUROR:  Um, I -- I -- I mean, I

16   would try.  I think -- it's hard to tell.  I mean,

17   my -- my best friend's husband has served a couple of

18   tours; one in Afghanistan, one in Iraq in the most

19   recent war, and just hearing, you know, their

20   stories -- obviously, I wasn't there, so I don't know

21   any of it.  I just think it might be hard.

22             But I do understand there's no allegation

23   that that gentleman is a member or carrying out any

24   acts.

25             THE COURT:  You said that the immediate

1    friend, family member is in law enforcement.  Is there

2    anybody besides your husband, who is with the Capitol

3    Police?

4              PROSPECTIVE JUROR:  My husband's uncle.

5              THE COURT:  What is your husband's position

6    with the Capitol Police?

7              PROSPECTIVE JUROR:  He's a sergeant.

8              THE COURT:  And you said that you have --

9    you might have difficulty following the Court's

10   instruction about not giving greater credibility or

11   credence to a witness just because they are a law

12   enforcement officer.  Is that just because you've got

13   so many connections or --

14             PROSPECTIVE JUROR:  Yeah.  I would, of

15   course, try, but I think it would be hard to separate

16   the two.

17             THE COURT:  And you also said a hardship?

18             PROSPECTIVE JUROR:  Yeah.  I'm not sure if

19   it actually qualifies as a hardship, but between the

20   time when we sent in the questionnaire and now, I've

21   had some changes at work that I have, in the middle of

22   March, meeting -- like a four-day meeting that I

23   absolutely cannot miss.

24             THE COURT:  When is the middle of March?

25             PROSPECTIVE JUROR:  It starts March 11th.

1           THE COURT:  We'll be finished.  I think

2      there's no problem about that.

3           Then it says -- do you have any religious,

4      moral, ethical, philosophical, or other beliefs which

5      would interfere with your ability to be fair and

6      impartial?

7           PROSPECTIVE JUROR:  I don't think I meant to

8      mark that.  Sorry.

9           THE COURT:  Okay.  So Number 9 -- you went

10     from 7, which was hardship, then 9 says do you have

11     any religious, moral -- and you think that was marked

12     incorrectly?

13          PROSPECTIVE JUROR:  Yeah.  There was a lot.

14          THE COURT:  And then:  Have you served on a

15     grand jury?  We discussed that.

16          Who's worked or Travelled in Afghanistan?

17     Was this your friend's husband?

18          PROSPECTIVE JUROR:  Yes.

19          THE COURT:  Have you talked to him a lot

20     about his experiences there?

21          PROSPECTIVE JUROR:  Yes.

22          THE COURT:  Does he live around here or

23     someplace else?

24          PROSPECTIVE JUROR:  They live outside of

25     Baltimore.

```
1              THE COURT:  What was his capacity?  What was
2    he doing over there?  Was he for the Army or --
3              PROSPECTIVE JUROR:  Yeah.  He was with
4    the -- I can't remember which branch.  I think it's
5    the Army.  He does -- his job is classified, so he
6    can, obviously, only tell me certain unclassified
7    things.
8              THE COURT:  Was that the same person, when
9    you answered 16, a family member or close friend who's
10   traveled or worked in a civilian or military
11   capacity --
12             PROSPECTIVE JUROR:  Yeah, same person.
13             THE COURT:  -- in an Islamic country?
14             Okay.
15             Well, the main thing, I would ask, again --
16   I think, you know, the Court will instruct that you're
17   supposed to listen to witnesses, no matter where they
18   come from or who they are, and use your common
19   sense -- do they strike you as being believable, not
20   believable? -- the same way you judge any witness.
21   There are law enforcement people who don't always tell
22   the truth, too.  Are you able to follow that
23   instruction, or do you think you have too great an
24   institutional bias, so to speak, if I may use those
25   terms?
```

1          PROSPECTIVE JUROR:  I would try, but I do

2    think it would be hard, just with my personal

3    relationships with people, and my professional

4    relationships with people.  I think it would be

5    difficult, but I would try.

6          THE COURT:  But you're just -- your

7    professional -- with federal law enforcement, you're

8    providing LexisNexis.  You're not providing military

9    training or something, right?

10          PROSPECTIVE JUROR:  No.  No, not training.

11   Just training on -- the product that I work with isn't

12   actually the legal research.  It's an investigative

13   tool.

14          THE COURT:  Who do you deal with?

15          PROSPECTIVE JUROR:  DEA, DOJ, Secret

16   Service, FBI, DHS.

17          THE COURT:  What do you do vis-a-vis these

18   organizations?  What's your job?

19          PROSPECTIVE JUROR:  I'm on the sales team.

20   We do training and work with the departments to help

21   utilize our systems the best for their mission.

22          THE COURT:  Can I ask:  What do these

23   systems do, since I, obviously, only do it for legal

24   research?

25          PROSPECTIVE JUROR:  It's a product called

1    Accurint.

2              THE COURT:  How do you spell it?

3              PROSPECTIVE JUROR:  A-C-C-U-R-I-N-T.  It's

4    an investigative tool for agents and field officers to

5    use to find people in their investigation, and to

6    connect people.  We have a linking technology that

7    connects people with their relatives or associates,

8    their locations, all of that.

9              THE COURT:  Okay.  And so in the course of a

10   week or a month, how often do you deal with people who

11   are actually investigators for these legal agencies?

12             PROSPECTIVE JUROR:  Every day.

13             THE COURT:  Every day?

14             PROSPECTIVE JUROR:  Yeah, every day.

15             THE COURT:  Mr. Moore -- Miss Peterson?

16             MR. MOORE:  Ma'am, it sounds -- being fair

17   to you, it sounds as if -- that you're having

18   difficulty to be fair in this case, or what I'll call,

19   in legal terms, biases on account of a number of

20   levels.  In other words, there's one level where

21   you're very close to people who are in law

22   enforcement, correct?

23             PROSPECTIVE JUROR:  Correct.

24             THE COURT:  And would it be fair to say that

25   you believe that law enforcement officers are

1    credible, tell the truth?

2              PROSPECTIVE JUROR:  Yeah.  I mean, in my

3    personal experience, that is the case.  I mean, that I

4    know of, so, yeah.

5              MR. MOORE:  And if a law enforcement

6    officer -- Agent Higgins or somebody, a number of the

7    people they've announced -- came up to testify, is it

8    fair to say that you would tend to believe their

9    testimony because of what they do?

10              PROSPECTIVE JUROR:  Yeah.

11              MR. MOORE:  Okay.  And on another level,

12    although the evidence doesn't show that Mr. Bagcho was

13    a member of the Taliban, but you have, I think,

14    concerns about -- express concerns about terrorist

15    organizations?

16              PROSPECTIVE JUROR:  Right.  But I understand

17    he was -- there is no allegation that he was.  I

18    understand that.

19              MR. MOORE:  But you understand that the

20    allegation is that he gave money --

21              PROSPECTIVE JUROR:  Right.

22              MR. MOORE:  -- to the Taliban, which is

23    defined in this trial as a terrorist organization?

24              PROSPECTIVE JUROR:  Right.

25              MR. MOORE:  And that would make it a little

1  difficult for you to be fair, knowing what the Taliban

2  does, and the allegation is that this man gave money

3  to them; is that a fair characterization?

4          PROSPECTIVE JUROR:  Yes.

5          MR. MOORE:  That's all I have, Your Honor.

6          THE COURT:  Anything for the government?

7          MR. STIGLITZ:  Briefly.

8          How long have you been married?

9          PROSPECTIVE JUROR:  Almost five years.

10          MR. STIGLITZ:  Okay.  Just to get a sense

11  of -- well, let's first talk about your contacts with

12  law enforcement through your work.

13          Are you concerned that somehow the contracts

14  with these various agencies will somehow rise or fall,

15  depending on what they think of your participation in

16  this case?

17          PROSPECTIVE JUROR:  They wouldn't know I was

18  participating.  I'm not concerned about that at all.

19  I don't know any of the people --

20          MR. STIGLITZ:  So it's not like you're

21  worried about some repercussions from work if --

22          PROSPECTIVE JUROR:  No.  No, not at all.

23          MR. STIGLITZ:  With your husband, is it fair

24  to say that your relationship is strong enough for him

25  to accept, if you decided, after you sat at the trial,

```
1    that if the defendant was not guilty, that you voted

2    not guilty?

3              PROSPECTIVE JUROR:  Um, yeah.  If he ever

4    found -- if he found that out.  I don't know how he

5    would -- yeah, our relationship is fine.  Yeah.

6              MR. STIGLITZ:  I guess the point I'm asking

7    you is -- yes, I mean, we all have friends of

8    different sorts or whatnot, but do you believe that

9    your friendships are so strong that you won't be able

10   to listen to the Court's instructions, listen fairly

11   to the evidence that's presented and make your own

12   independent decision on guilt or innocence based on

13   what you hear in this courtroom and the instructions

14   that you're given by the Court?

15             PROSPECTIVE JUROR:  I don't -- I think that

16   I would, obviously -- like I said, I would try to be.

17   But I would be afraid that I would not be able to put

18   my personal feelings about law enforcement or their

19   credibility or any of the other issues out of my -- to

20   make the most fair and impartial judgment.  That's my

21   concern.

22             THE COURT:  Well, there is a question about

23   informants.  This case doesn't rest entirely by any

24   means on law enforcement.  I'm just wondering exactly

25   where this all fits into the case.  I mean, you've
```

1    never been a juror before?

2                    PROSPECTIVE JUROR:  Not -- no.

3                    THE COURT:  Deep down, you have to sort of

4    say, can I give both sides a fair trial here?  Will I

5    listen to the evidence and decide the case based on

6    the evidence I hear in the courtroom?  And the kinds

7    of witnesses you will be hearing are law enforcement,

8    yeah, and what we call informants.

9                    PROSPECTIVE JUROR:  Right.

10                   THE COURT:  Are you able to -- the defendant

11   has a right to sort of know whether you think you can

12   keep an open mind.

13                   PROSPECTIVE JUROR:  I think like -- I would

14   absolutely try, but I think it would be difficult,

15   just in all honesty.  I think it would be.  I don't

16   want to lead anybody to think that I would be fully

17   able to be fair and impartial if that's not gonna give

18   him the most fair trial.

19                   THE COURT:  Okay.  Anything further?

20                   MR. MOORE:  No, Your Honor.

21                   THE COURT:  All right.  Thank you.  You can

22   leave at this time.  And you must call the jury office

23   at 4:30.  Do not discuss the case with anyone.

24                   PROSPECTIVE JUROR:  4:30 today?

25                   THE COURT:  Yeah.

1              PROSPECTIVE JUROR:  Okay.  Thank you.

2              (Prospective Juror 0712 left the courtroom.)

3              MR. MOORE:  Cause -- challenge for cause,

4    Your Honor.

5              THE COURT:  Mr. Stiglitz, what's your

6    position here?

7              MR. STIGLITZ:  For the record, we're going

8    to object.

9              THE COURT:  Yeah.  I'm going to hold on to

10   this one.  I will take it under advisement.

11             I didn't listen to the first trial.  Is

12   that -- is law enforcement testimony actually critical

13   in terms of credibility here?

14             MR. MOORE:  Well, there's gonna be --

15             THE COURT:  Other than I understand the

16   government's law enforcement.

17             MR. MOORE:  There's going to be long

18   testimony from Agent Higgins about the background of

19   the investigation and things that were seized and how

20   this started, things of that nature.  And there are

21   going to be other law enforcement -- there are going

22   to be other agents who testify --

23             THE DEFENDANT:  [Inaudible.]

24             MR. MOORE:  -- agents testifying to some

25   extent about -- there will be references to the

```
 1    Taliban and to other things.  There's a lot of law
 2    enforcement testimony in this case.
 3              And, Judge, she's got difficulties on more
 4    than one level.  It's not just law enforcement.
 5              THE COURT:  Yeah.  All right.  I'll grant
 6    it.  That's fine.
 7              Let's move on.
 8              536.  And it's 29, 31.
 9              THE COURTROOM DEPUTY:  0536.
10              THE COURT:  If we had you all standing up
11    here, we'd move much faster.  You want to run a fast
12    meeting, don't give chairs.
13              (Prospective Juror 0536 took the witness
14              stand.)
15              THE COURT:  Good morning.  How are you?
16              PROSPECTIVE JUROR:  Good morning.
17              THE COURT:  A couple of quick questions.
18    Somebody was involved in the armed services?
19              PROSPECTIVE JUROR:  My father was in the
20    military for twenty years.
21              THE COURT:  What branch?
22              PROSPECTIVE JUROR:  The Army.
23              THE COURT:  Okay.  And what do you do?
24              PROSPECTIVE JUROR:  I'm a preschool teacher.
25              THE COURT:  Where is the school?
```

```
1              PROSPECTIVE JUROR:  Hill Street School.

2    It's a private preschool in DC.

3              THE COURT:  Where is it located?

4              PROSPECTIVE JUROR:  337 North Carolina

5    Avenue.

6              THE COURT:  North?

7              PROSPECTIVE JUROR:  Southeast.

8              THE COURT:  I'm sorry.  I didn't hear the

9    name of the street.

10             PROSPECTIVE JUROR:  North Carolina Avenue,

11   SE.

12             THE COURT:  Have you been on a jury before?

13             PROSPECTIVE JUROR:  A long time ago.

14             THE COURT:  Was it criminal or civil?

15             PROSPECTIVE JUROR:  I don't know.  It was

16   like over ten years ago.

17             THE COURT:  And you answered one of our

18   questions:  Have you or somebody been a victim, a

19   witness to a crime, arrested, charged, or convicted?

20             PROSPECTIVE JUROR:  I had a brother that was

21   convicted of a crime.

22             THE COURT:  What was the crime?

23             PROSPECTIVE JUROR:  I don't recall.  I think

24   it was petty theft or maybe something in regards to,

25   you know, selling drugs or something.
```

1          THE COURT:  Do you have any ill will towards

2     the government or the police as a result?

3          PROSPECTIVE JUROR:  No.

4          THE COURT:  Can you be fair and impartial to

5     both sides?

6          PROSPECTIVE JUROR:  Yes.

7          THE COURT:  Mr. Stiglitz?

8          They just have a couple of questions for

9     you.

10         PROSPECTIVE JUROR:  Yes.

11         MR. STIGLITZ:  Good morning, ma'am.

12         PROSPECTIVE JUROR:  Good morning.

13         MR. STIGLITZ:  Your father, did he ever

14    serve overseas in the Army?

15         PROSPECTIVE JUROR:  He was in Vietnam.

16         MR. STIGLITZ:  Do you know what type of work

17    he did in the Army?

18         PROSPECTIVE JUROR:  He was a nurse.

19         MR. STIGLITZ:  How long have you been a

20    preschool teacher, ma'am?

21         PROSPECTIVE JUROR:  Over ten years.

22         MR. STIGLITZ:  Was that your first career,

23    or did you do something before that?

24         PROSPECTIVE JUROR:  I did many things before

25    that.

1          MR. STIGLITZ:  All right.  Can we just get a

2     flavor real quick?

3          PROSPECTIVE JUROR:  I've been a bank teller,

4     dental assistant; I've worked in a physical

5     therapist's office.  I've had numerous careers.

6          MR. STIGLITZ:  Okay.  Now, your prior jury

7     service, without telling us what the result was, was

8     your jury able to reach a result?

9          PROSPECTIVE JUROR:  It was a hung jury.

10          MR. STIGLITZ:  Hung jury?

11          THE COURT:  Okay, Mr. Stiglitz.  Let's move

12     on.

13          MR. STIGLITZ:  Yes.  Lastly, about your

14     brother, you said it was something regarding petty

15     theft or with regard to selling drugs.  Any -- can you

16     clarify that a little better as to what the situation

17     was?

18          PROSPECTIVE JUROR:  He was a teenager at the

19     time.  I was in my early twenties.  I wasn't really

20     sure what it was.  I think it had something to do with

21     him selling, like, nickel bags or something on the

22     street.

23          MR. STIGLITZ:  Of?  Do you know what kind of

24     drug?

25          PROSPECTIVE JUROR:  Marijuana.

1          MR. STIGLITZ:  Marijuana.  How do you

2    believe he was treated by the police or by the court?

3          PROSPECTIVE JUROR:  I think it was fair.  I

4    mean, he did it.

5          MR. STIGLITZ:  Has he been in trouble since?

6          PROSPECTIVE JUROR:  He's deceased.

7          MR. STIGLITZ:  I'm sorry.  Okay.  Thank you.

8          THE COURT:  Defense?

9          MR. MOORE:  Ma'am, on the hung jury, did the

10   lawyers come and talk to you after the jury hung?  Do

11   you remember?

12         PROSPECTIVE JUROR:  No, they didn't.

13         MR. MOORE:  Okay.  Thanks a lot.

14         Nothing else.

15         THE COURT:  You're free to go at this time.

16   Please do not discuss the case, and call the jury

17   office at 4:30 or thereafter and they'll tell you what

18   to do next.  Okay?

19         PROSPECTIVE JUROR:  Okay.  Thank you.

20         (Prospective Juror 0536 left the courtroom.)

21         THE COURT:  Next juror is 0674, 10 and 22.

22         (Prospective Juror 0674 took the witness

23         stand.)

24         THE COURT:  Good morning.  How are you?

25         PROSPECTIVE JUROR:  Fine.

1          THE COURT:  I guess we're still morning.

2    Okay.

3          Now, it says that you have been on a jury

4    before; is that correct?

5          PROSPECTIVE JUROR:  Yes.  I have been on --

6    never on a federal jury, but on multiple juries in the

7    District of Columbia court.

8          THE COURT:  And I don't want to know the

9    verdicts.  Did they reach verdicts in these multiple

10   cases?

11         PROSPECTIVE JUROR:  Some did.  And -- but I

12   think I can recall -- I can recall clearly two

13   instances in which we just ended up with a hung jury.

14         THE COURT:  Okay.  And then your husband

15   previously worked for the Department of Justice?  It

16   says, "Federal attorney, Department of Justice,

17   retired."

18         PROSPECTIVE JUROR:  Yes.  He was in the

19   Department of Justice, Civil Rights Division, and he

20   retired about, oh, ten years ago, something like that.

21         THE COURT:  And has he been practicing law

22   since then?

23         PROSPECTIVE JUROR:  He does, actually.  Yes.

24   He's practicing law now as an independent consultant

25   in the area of nuclear law, mainly international, and

1   he does a lot of consulting work for countries around

2   the world.

3           THE COURT:  Okay.  And you're retired, it

4   says here.

5           PROSPECTIVE JUROR:  I am, yes.

6           THE COURT:  What did you do before you

7   retired?

8           PROSPECTIVE JUROR:  The last position I held

9   before retiring was as executive director of the

10  Institute of Medicine at the National Academy of

11  Sciences.

12          THE COURT:  And your field is?

13          PROSPECTIVE JUROR:  Health care

14  administration.

15          THE COURT:  You think you can be fair and

16  impartial in this case?

17          PROSPECTIVE JUROR:  I don't know what this

18  case is.

19          THE COURT:  Right.  Well, the only thing I

20  can tell you is what I told you before in terms of the

21  charges.

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  Based on what you've heard so

24  far, is there any reason --

25          PROSPECTIVE JUROR:  I have no reason to have

1    any particular prejudice or viewpoint in this area.

2            THE COURT:  You don't come in here favoring

3    one side or the other?

4            PROSPECTIVE JUROR:  No.

5            THE COURT:  Mr. Moore?

6            MR. MOORE:  Just briefly, ma'am.

7            There are a number of sections in the Civil

8    Rights Division at Justice.  Could you tell us what

9    section your husband worked in?

10           PROSPECTIVE JUROR:  He was in the Civil

11   Rights Division at Justice, and he prosecuted criminal

12   cases all around the country that dealt particularly

13   with civil rights violations.  And then he created a

14   division that still exists -- I think still exists in

15   the Justice Department -- to specifically address the

16   question of civil rights violations toward Native

17   Americans, because they have very particular --

18   because of reservations and, you know, the different

19   federal jurisdictions that relate to the Native

20   American community.

21           So he worked on that, and then, eventually,

22   then left the Justice Department and went to the

23   Nuclear Regulatory Commission and was deputy general

24   counsel at the Nuclear Regulatory Commission until he

25   retired about nine years ago.  And since then, he's

1    been doing this independent consulting for different

2    countries on their nuclear programs.

3            THE COURT:  Do you have the same last name,

4    by the way?

5            PROSPECTIVE JUROR:  We do, yes.

6            MR. MOORE:  And when you say prosecuted, he

7    was doing criminal prosecutions when he was at Civil

8    Rights Division?

9            PROSPECTIVE JUROR:  That's correct.

10            MR. MOORE:  Okay.  I think that's all I

11    have.

12            MR. STIGLITZ:  No questions.

13            THE COURT:  Okay.  Thank you very much.  You

14    are excused at this time.  Do not discuss the case.

15    And call the jury office at 4:30 and they will tell

16    you what to do next.

17            PROSPECTIVE JUROR:  Okay.  So I can leave

18    altogether now?

19            THE COURT:  Yes.  Just call in.  They've

20    given you a number to call.

21            PROSPECTIVE JUROR:  Okay.  Thank you.

22            (Prospective Juror 0674 left the courtroom.)

23            MR. MOORE:  Your Honor, I believe I'm the

24    designee for a break for a few minutes.

25            THE COURT:  All right.  Let's make it short,

1    because it's taking us much longer than I ever

2    expected.

3              0819 has 7, 9, 13, 28, 31, 36, 39, 46, 47.

4    Can we get through this one person, Mr. Moore?

5              MR. MOORE:  I can if --

6              THE COURT:  All right.  We'll break for five

7    minutes.  Thank you.

8              Tell the jurors that we have to take a

9    break.

10             (Whereupon, at 12:05 p.m. a recess was taken

11             and at 12:14 p.m. the following ensued:)

12             THE COURT:  Which number are we on now?

13             THE COURTROOM DEPUTY:  0819.

14             (Prospective Juror 0819 took the witness

15             stand.)

16             THE COURT:  Good afternoon, sir.

17             PROSPECTIVE JUROR:  Good morning, everybody.

18             THE COURT:  You answered quite a few of ours

19    questions, so maybe I'll start.  You said you have a

20    hardship of some sort?

21             PROSPECTIVE JUROR:  I have a -- I think I

22    have a hardship.  My -- I have a special needs

23    daughter, and I have sort of a normally difficult

24    teenage son, and I have a very busy practice at my

25    office.  So I've been on long trials before, and

1    actually in this courthouse, and it turns into a huge

2    burden on my wife, essentially, and the rest of my

3    family because I have to work in the evenings if I'm

4    here all day.

5              THE COURT:  What kind of work do you do?

6              PROSPECTIVE JUROR:  I'm a lawyer.  I'm a

7    corporate lawyer.

8              THE COURT:  Where?

9              PROSPECTIVE JUROR:  Morrison & Foerster.

10             THE COURT:  When you were in a long trial

11   before, how long was "long"?

12             PROSPECTIVE JUROR:  From December 1 to

13   December 23.  And I remember it because it ruined

14   Christmas.  But it was in 2008, so it wasn't within

15   the two-year period.

16             THE COURT:  It's obvious, there's almost

17   nobody who isn't burdened in some way.

18             PROSPECTIVE JUROR:  Yes.  I understand that.

19             THE COURT:  How long have you been at

20   Morrison & Foerster?

21             PROSPECTIVE JUROR:  Since 1997.  Fifteen

22   years.

23             THE COURT:  What kind of work do you do?

24             PROSPECTIVE JUROR:  International, project

25   finance.

1                    THE COURT:  And you also said -- do you have

2       any moral, religious, ethical beliefs that would

3       interfere with your ability to be fair and impartial?

4                    PROSPECTIVE JUROR:  What I'm getting at

5       there -- and a couple of questions raised that -- is

6       that I do think that there has been significant

7       prejudice in this country against Arabs,

8       Arab-Americans, and people like the defendant, and

9       I've seen it.

10                   THE COURT:  Do you think that that would

11      interfere with you being able to give both sides a

12      fair trial here?  Obviously, you know just as well as

13      any lawyer, this is about finding facts.  It isn't a

14      question of judging any ethnic or religious group.

15                   Do you think you could sit as a juror and be

16      fair and impartial to both sides?

17                   PROSPECTIVE JUROR:  I would like to think

18      I'm fair and impartial.  I've had previous experience

19      where other jurors were not, on exactly this issue,

20      and that kind of deadlock -- that was very

21      frustrating.

22                   THE COURT:  What kind of case was it?

23                   PROSPECTIVE JUROR:  It was actually a --

24      what's the word for it? -- whistle-blower case, and

25      the defendant was Arab-American -- I mean the

1    plaintiff was Arab-American.  It was a civil case.

2              THE COURT:  I see.

3              Have you ever been on a criminal jury?  The

4    one that you talked about --

5              PROSPECTIVE JUROR:  No.  That was civil.

6              THE COURT:  What court was it in?

7              PROSPECTIVE JUROR:  It was Judge Kessler.

8              THE COURT:  Did they not reach a verdict?

9              PROSPECTIVE JUROR:  We ultimately reached a

10   verdict, but we were hung up for days and days because

11   of what I considered and many people considered to be

12   ethnic prejudice among other jurors.

13             THE COURT:  Was this a government

14   whistle-blower or --

15             PROSPECTIVE JUROR:  It was DC Government.

16             THE COURT:  All right.  Now, are you

17   familiar -- the question was familiar with Afghanistan

18   and Nangarhar Province?

19             PROSPECTIVE JUROR:  As part of my work, we

20   have done a project in Afghanistan.  We're still

21   working on it.  It's a hotel in Kabul that we're

22   representing a government agency that's financing that

23   hotel.

24             THE COURT:  Is it the Marriott?

25             PROSPECTIVE JUROR:  It's the Marriott.

```
1              THE COURT:  Have you traveled there?
2              PROSPECTIVE JUROR:  No, I have not.
3              THE COURT:  Have you traveled at all in the
4    Middle East?
5              PROSPECTIVE JUROR:  No.
6              THE COURT:  So that's 13.  28, 31.
7              PROSPECTIVE JUROR:  28 is I'm a lawyer, I
8    think.
9              THE COURT:  Yeah.  You're still a lawyer,
10   since we last spoke.
11             PROSPECTIVE JUROR:  Yes.
12             THE COURT:  31 is someone's been a victim,
13   witness, charged, convicted, et cetera, of a crime.
14             PROSPECTIVE JUROR:  My wife was mugged in
15   DC.
16             THE COURT:  Was she hurt?
17             PROSPECTIVE JUROR:  No, not badly.
18             THE COURT:  And 31 -- that's what I just
19   asked you about.  I'm sorry.
20             36 and 39.  36, do you have a relationship
21   with someone who's life has been hurt by heroin?
22             PROSPECTIVE JUROR:  My younger brother was a
23   heroin addict when he was in high school.
24             THE COURT:  Is he okay now?
25             PROSPECTIVE JUROR:  He's fine now.
```

1          THE COURT:  How did he get cured?

2          PROSPECTIVE JUROR:  I'm not exactly sure.

3    Some element of cold turkey and some programs and

4    things.

5          THE COURT:  Do you think that would spill

6    over in any way to the detriment of the defendant

7    here?

8          PROSPECTIVE JUROR:  Not to the detriment of

9    the defendant, no.

10          THE COURT:  To the government?

11          PROSPECTIVE JUROR:  No.  But there's

12    something else I wanted to mention that -- you know,

13    when it comes to bias.  Again, I do think I'm a

14    fair-minded person, but I have some skepticism about a

15    heroin trial that's basically being turned into

16    terrorism.

17          THE COURT:  I'm sorry.  You have some

18    skepticism about --

19          PROSPECTIVE JUROR:  Skepticism about a drug

20    possession or drug distribution case that the

21    government is attempting to turn into a terrorism --

22    because I know about Afghanistan.  I know there's a

23    lot of heroin there, to put it mildly.

24          THE COURT:  Well, the charge -- it's not for

25    you as a juror, as you can well imagine, to assess the

1    U.S. Government's policy.  The charge is providing

2    money, something of pecuniary value to a terrorist

3    organization.  The Taliban is considered to be a

4    terrorist organization.  And that is, if there were

5    certain other jurisdictional prerequisites, and the

6    drugs are intended for export to the United States --

7    or import into the United States.

8              Do you think that you can put aside your

9    sort of, if I may call them, policy concerns and judge

10   the case based on the facts?

11             PROSPECTIVE JUROR:  Yes, I could.

12             THE COURT:  And the last two:  Do you have

13   views about Muslims -- do your views about Muslims --

14   have they changed as a result of the wars in Iraq and

15   Afghanistan?

16             PROSPECTIVE JUROR:  This is the same point I

17   made earlier about Muslims and Arab-Americans having

18   inordinate prejudice against them.

19             THE COURT:  Okay.  And this may be, again,

20   the same point we've discussed.  Do you have feelings

21   about Islam or those who are Muslim that would cause

22   you to be unable to sit as a fair and impartial juror?

23             PROSPECTIVE JUROR:  I would like to think I

24   would be fair, but I have a lot of sympathy about what

25   Arabs and Arab-Americans have been through, and

1    Muslims.

2              THE COURT:  And the last question:  Do you

3    watch *CSI* or *Law and Order* or one of those?

4              PROSPECTIVE JUROR:  Yes, I do.

5              THE COURT:  What do you watch?

6              PROSPECTIVE JUROR:  I watch them all.  *NCIS*,

7    *CSI*.

8              THE COURT:  You know that's not what really

9    happens in the courtroom?

10             PROSPECTIVE JUROR:  I know people who work

11   at NCIS, and they tell me that.  It's not the reality.

12             THE COURT:  Not the reality.  Okay.

13             Mr. Stiglitz, questions?

14             MR. STIGLITZ:  A couple of questions, sir.

15             First of all, good afternoon.

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  But we don't want it to be

18   evening, so move it along.

19             MR. STIGLITZ:  Yes.  I understand, Your

20   Honor.

21             Just simply, I want to ask you about this

22   sympathy you said you have.  When you approach this

23   case, is it fair to say that you're starting perfectly

24   impartial, with an open mind towards both sides, or

25   does it sound more like you have a certain partiality

1    that you think you can overcome, but -- and base your

2    decision solely on the evidence and the government --

3    and what the Judge instructs, but you're starting off

4    more to one side than the other?

5            PROSPECTIVE JUROR:  I think it's the latter.

6    I think I'm starting off more one side than the other.

7            MR. STIGLITZ:  Can you say for certain that

8    you would be able to give fair and impartial

9    consideration from the get-go and start off as a

10   completely fair and impartial juror?

11           PROSPECTIVE JUROR:  You know, I don't know.

12   I like to think I can do that and be fair, but I think

13   all of us do our best to control our prejudices, and I

14   can't -- I can't know for sure I'll succeed.

15           MR. STIGLITZ:  Okay.  That's all I have.

16           THE COURT:  I'm just going back a moment.

17   You said that you feel that we, the -- in this country

18   have become more anti-Muslim towards Muslim Americans,

19   Arab-Americans, or --

20           PROSPECTIVE JUROR:  Both.  If you're going

21   to say Arabs who are not American citizens, yes, both.

22           THE COURT:  But again, the important part

23   here is whether you think that we, as a people, or the

24   country and its policies, have been -- since 9/11,

25   shifted our views perhaps, for lack of a better word,

1  whether or not that's gonna influence you, or whether

2  you can listen to the evidence and decide the case

3  based on the evidence, irrespective of what the ethnic

4  origin of the defendant is.

5          PROSPECTIVE JUROR:  I do think I can decide

6  the case based on the evidence, but -- but I am

7  concerned that my, you know, gut level personal bias

8  in favor of the defendant might tip me one way or the

9  other -- well, one way in particular.

10          THE COURT:  All right.

11          MR. MOORE:  Just briefly, sir.

12          Your special needs daughter, how old is she?

13          PROSPECTIVE JUROR:  She's sixteen.

14          MR. MOORE:  Is she in a day program or --

15          PROSPECTIVE JUROR:  Yes.  She goes to school

16  every day.

17          MR. MOORE:  Okay.  And then what?  You and

18  your wife pick her up at the end of the day?

19          PROSPECTIVE JUROR:  The bus brings her to

20  our house.  She gets home about 4:00 in the afternoon

21  and she's with us, obviously, all night.

22          MR. MOORE:  Your teenage -- your son is a

23  rambunctious teenager?

24          PROSPECTIVE JUROR:  Rambunctious

25  fourteen-year-old college -- high school freshman,

1    very -- needs a lot of help with his homework.

2            MR. MOORE:  If you were to go home tonight

3    and say to your wife, I've been selected for a jury

4    that -- in a jury trial that may last approximately

5    three weeks, plus deliberations, what would her

6    reaction --

7            THE COURT:  Don't say three weeks plus.

8            MR. MOORE:  All right.  Let's say three

9    weeks.  What would her reaction be?

10           PROSPECTIVE JUROR:  She would be very

11   disappointed, and I would, too, frankly because of

12   what happened to me last time when I was on a jury for

13   three weeks.  I know the burden that it puts on her.

14           MR. MOORE:  That's all I have.  Thank you.

15           THE COURT:  All right.  Thank you very much,

16   sir.  You should -- you're free to go.  You don't --

17   don't discuss the case.  And call in around 4:30 or

18   thereafter and they'll tell you what to do next.

19           Thank you.

20           PROSPECTIVE JUROR:  Thank you very much,

21   Your Honor.  Thank you very much, everybody.

22           (Prospective Juror 0819 left the courtroom.)

23           THE COURT:  Oh, call after 5.

24           They should have told me this before now.

25           THE COURTROOM DEPUTY:  When they call in,

```
 1    they'll just tell them to call back.

 2              MR. STIGLITZ:  Your Honor, we would move to

 3    strike this last juror for cause.  I think, as with

 4    the Juror 0712, while he -- yeah, he says will try to

 5    keep a fair and open mind.  He did acknowledge that he

 6    feels he would be starting not as a fair and impartial

 7    juror, but as a juror with some significant

 8    sympathies, which would prejudice him against the

 9    government.

10              I think given that -- you know, what we need

11    are jurors who start off fair and impartial from the

12    start, not who, hopefully, can get there at the finish

13    line.

14              THE COURT:  Yeah.  We can't penalize people

15    because they're honest.  This guy is a lawyer.  He

16    knows what he's talking about when he says he can be

17    fair and impartial and decide based on evidence.

18              I don't think it's like the other person who

19    had levels and levels of distrust of the defense.  So

20    the objection is overruled.

21              All right.  We're bringing in 0151.  7, 16,

22    26, 47.

23              THE COURTROOM DEPUTY:  Juror 0151.

24              (Prospective Juror 0151 took the witness

25              stand.)
```

1          THE COURT:  Good afternoon.  How are you?

2          PROSPECTIVE JUROR:  Thanks.

3          THE COURT:  You indicated depending on the

4     length of the trial, you might have a hardship?

5          PROSPECTIVE JUROR:  Well, I have a vacation

6     planned on March 15th and 16th, so it's not immediate.

7          THE COURT:  I'm hoping I have vacation, too.

8     Don't worry about it.  Okay.

9          Has anybody lived or worked either in a

10    civilian or military capacity in an Islamic country?

11    You answered yes.

12         PROSPECTIVE JUROR:  Yes.  My friend works in

13    Jordan, but I don't know if it's an Islamic country.

14    It's in the Middle East.

15         THE COURT:  What kind of job, do you know?

16         PROSPECTIVE JUROR:  She's in the foreign

17    service.

18         MR. MOORE:  We couldn't quite hear what

19    country it was.

20         THE COURT:  Jordan.

21         PROSPECTIVE JUROR:  She's in the foreign

22    service.

23         THE COURT:  And 26 and 47.  Somebody is

24    employed as -- has worked for a criminal defense firm?

25         PROSPECTIVE JUROR:  I used to work in a

1    litigation consulting firm, and I worked on one or two

2    criminal cases.  Mostly civil cases.

3              THE COURT:  Okay.  What kind of firm was it?

4              PROSPECTIVE JUROR:  It's actually a failure

5    analysis, engineering company, but we were hired as

6    expert witnesses for cases where there was some sort

7    of scientific basis.

8              THE COURT:  And what's your field?

9              PROSPECTIVE JUROR:  I'm an engineer.

10             THE COURT:  And the last question that you

11   answered was 47.  You watch TV shows?

12             PROSPECTIVE JUROR:  Yes.

13             THE COURT:  What do you watch?

14             PROSPECTIVE JUROR:  All the ones that you

15   listed, all the crime shows.

16             THE COURT:  You know that's not the way it

17   really works?  It's just sort of fiction?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  It's Hollywood.  Okay.

20             And what kind of engineering is your

21   background?

22             PROSPECTIVE JUROR:  I'm a fire protection

23   engineer.

24             THE COURT:  How long have you lived here?

25             PROSPECTIVE JUROR:  Four and a half years.

1          THE COURT:  But you work for the -- it says

2    here Consumer Product Safety.

3          PROSPECTIVE JUROR:  Yes.  I work for the

4    Federal Government.

5          THE COURT:  Where are they located?

6          PROSPECTIVE JUROR:  I'm in Rockville.

7          MR. MOORE:  No questions, Your Honor.

8          THE COURT:  Mr. Stiglitz?

9          MR. STIGLITZ:  Did you ever testify as a

10   witness?

11         PROSPECTIVE JUROR:  No.  I just prepared

12   exhibits for my coworkers, who did testify.

13         MR. STIGLITZ:  Okay.  And that was primarily

14   civil work, you said?

15         PROSPECTIVE JUROR:  It was primarily civil,

16   yeah.

17         MR. STIGLITZ:  No other questions.

18         THE COURT:  You're free to go now.  Don't

19   discuss the case and call the jury office after 5,

20   please, and they'll tell you what to do next.

21         (Prospective Juror 0151 left the courtroom.)

22         THE COURT:  The next juror is 0769.

23         THE COURTROOM DEPUTY:  Juror 0769.

24         THE COURT:  7, 24, 36, 31, 32, 47.

25         (Prospective Juror 0769 took the witness

```
1                      stand.)

2              THE COURT:  Hello, sir.

3              PROSPECTIVE JUROR:  Hello.

4              THE COURT:  How are you?

5              PROSPECTIVE JUROR:  Good, thank you.

6              THE COURT:  You said you might have a

7    hardship.  What did you have in mind?

8              PROSPECTIVE JUROR:  I was -- I've been

9    unemployed for several months, and Friday, I got a

10   call for an interview.

11             THE COURT:  When?

12             PROSPECTIVE JUROR:  Well, I called to tell

13   the person, the interviewer, that I had to go to court

14   on Friday, and I was supposed to call her back this

15   week, once I found out.

16             THE COURT:  So you have a little flexibility

17   maybe on this?  For instance, I can't sit -- I have to

18   be at a funeral Friday afternoon.  So you don't have

19   an interview yet?

20             PROSPECTIVE JUROR:  I don't have the

21   interview date yet, no, ma'am.

22             THE COURT:  Where would it be?

23             PROSPECTIVE JUROR:  Here in DC.

24             THE COURT:  So if we kind of work around

25   that, you would be all right otherwise?
```

1          PROSPECTIVE JUROR:  Yes.  I mean, I don't

2    know if I get the job, then I don't know how soon I

3    would be starting.

4          THE COURT:  What kind of job are you looking

5    at?

6          PROSPECTIVE JUROR:  It's a job with a

7    financial institution, federal credit union.

8          THE COURT:  You haven't spoken to anybody

9    yet?

10          PROSPECTIVE JUROR:  I spoke to the recruiter

11    by phone.

12          THE COURT:  And they said to call back when

13    you knew more?

14          PROSPECTIVE JUROR:  Yes.  This was on

15    Friday.  And then I had to call in here on Friday

16    evening after 5, so she had left the office by that

17    time.

18          THE COURT:  Okay.  All right.  We're

19    probably not going to figure out exactly, picking a

20    jury.  I would be surprised if we finish by tomorrow.

21    So if you land up calling and they can take you

22    tomorrow morning, great.  That's fine.  Nothing will

23    happen tomorrow morning.

24          PROSPECTIVE JUROR:  Okay.

25          THE COURT:  So when you leave here, if

1   there's any chance they can see you this afternoon or

2   tomorrow, that would work out just fine, and then

3   Friday afternoon would work out fine.  There's other

4   flexibility built in anyway.

5            But that's what you had in mind when you

6   answered that question?

7            PROSPECTIVE JUROR:  Yes, ma'am.

8            THE COURT:  You also said that somebody's

9   been employed by the courts or Superior Court?

10           PROSPECTIVE JUROR:  I have a sister that's

11  employed in Newport News, Virginia, by the court

12  system.

13           THE COURT:  What does she do?

14           PROSPECTIVE JUROR:  I think she's like a

15  clerk in the court.

16           THE COURT:  Okay.  And you also indicated

17  that somebody's been employed by a criminal defense

18  lawyer?

19           PROSPECTIVE JUROR:  No.  I think I must have

20  heard that question wrong.  Sorry.

21           THE COURT:  How about somebody -- let's see.

22           Do you have people employed in law

23  enforcement?  Did you answer that one?  I don't think

24  so.

25           PROSPECTIVE JUROR:  No.

1          THE COURT:  So 26 might have been an error.

2     Nobody does investigative work or criminal defense

3     work?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  Then you said that somebody had

6     been a victim, witness, charged, or convicted of a

7     crime?

8          PROSPECTIVE JUROR:  My sister-in-law was a

9     victim of a domestic abuse.

10         THE COURT:  Would that mean that she was

11    married to your brother?

12         PROSPECTIVE JUROR:  She is married to my

13    brother, but it was not my brother who was the

14    perpetrator.

15         THE COURT:  Okay.  As far as you know, the

16    police respond appropriately?

17         PROSPECTIVE JUROR:  Yes.  The gentleman was

18    apprehended and convicted.

19         THE COURT:  And did you have to testify?

20         PROSPECTIVE JUROR:  No.

21         THE COURT:  You say a family member

22    testified in court before a grand jury.  Is that

23    related or something else?

24         PROSPECTIVE JUROR:  That was the same thing.

25    I didn't testify.  I thought I was responding to that,

1    because I thought it meant it involved a family

2    member.

3                    THE COURT:  Right.  But she testified,

4    maybe?

5                    PROSPECTIVE JUROR:  She did testify, yes.

6                    THE COURT:  Okay.  And was it in court or in

7    the grand jury?

8                    PROSPECTIVE JUROR:  It was --

9                    THE COURT:  Do you know?

10                   PROSPECTIVE JUROR:  It was in court.

11                   THE COURT:  Okay.  Then the last couple of

12   questions -- let's see.  47.  You watch *Law and Order*

13   and those -- *CSI*?

14                   PROSPECTIVE JUROR:  Yes.

15                   THE COURT:  You know that's not the way it

16   goes --

17                   PROSPECTIVE JUROR:  Yes.

18                   THE COURT:  -- in court?  That's just

19   fiction, huh?

20                   PROSPECTIVE JUROR:  Yes.

21                   THE COURT:  Can you be fair and impartial to

22   both sides?

23                   PROSPECTIVE JUROR:  Yes.

24                   THE COURT:  Questions?

25                   MR. STIGLITZ:  What's your prior employment

1    career?

2              PROSPECTIVE JUROR:  For the last fifteen

3    years, I worked for Bank of America until my -- until

4    I was dismissed.

5              THE COURT:  Okay.

6              MR. STIGLITZ:  That's all I have.

7              THE COURT:  Is that part of a job -- a RIF

8    kind of thing that went on at Bank of America?

9              PROSPECTIVE JUROR:  No.  That was something

10   else.

11             THE COURT:  Mr. Moore?

12             MR. MOORE:  I'm sorry.  No questions.

13             Thank you, very much, sir.

14             THE COURT:  Okay.  Sir, you're free to go.

15   Call into the jury office after 5 today.  I know no

16   matter what happens, you're free this afternoon, the

17   rest of today, and at least tomorrow morning, for

18   sure.  So if they can get you in, by all means, go

19   ahead.

20             PROSPECTIVE JUROR:  Thank you.

21             THE COURT:  Okay.  Thank you.  But call the

22   jury office after 5 today and do not discuss the case.

23             (Prospective Juror 0769 left the courtroom.)

24             THE COURT:  Next juror is 0524.  10, 31, 40.

25             THE COURTROOM DEPUTY:  0524.

```
1                    (Prospective Juror 0524 took the witness
2            stand.)
3            THE COURT:  Good afternoon.
4            PROSPECTIVE JUROR:  Good afternoon.
5            THE COURT:  How are you?
6            PROSPECTIVE JUROR:  Okay.
7            THE COURT:  Now, I just want to follow up on
8   a couple of your answers.
9            You have served on a criminal jury before?
10           PROSPECTIVE JUROR:  Yes.
11           THE COURT:  I don't want to know the
12  verdict, but can you tell me what the charge was and
13  where was the case?
14           PROSPECTIVE JUROR:  They were all in
15  Superior Court.  I think they were all possession
16  cases.
17           THE COURT:  When was the last time you
18  served as a juror?
19           PROSPECTIVE JUROR:  Well, I just got my next
20  summons, so I -- oh, as a juror.  Probably four years
21  ago.
22           THE COURT:  Anything about those experiences
23  or anything else, for that matter, you think would
24  affect your ability to be fair and impartial?
25           PROSPECTIVE JUROR:  No.
```

1          THE COURT:  And you also indicated that you

2     watch -- let's see --

3          PROSPECTIVE JUROR:  No, I don't watch any of

4     the cop shows.  I do doctor shows.

5          THE COURT:  You watch what?

6          PROSPECTIVE JUROR:  I do doctor shows.

7          THE COURT:  Okay.  You said that -- have

8     your views about Afghanistan changed as a result of

9     the war there?  Can you explain that?

10          PROSPECTIVE JUROR:  Well, I know about it.

11     I mean, I think I had no views before the war and

12     before 9/11, so now I do.  So that's a change.

13          THE COURT:  You have a view about the war or

14     something else in particular?

15          PROSPECTIVE JUROR:  Well, both.  And just

16     information about the country that I had no clue

17     about.

18          THE COURT:  Would any of that affect your

19     ability to be fair and impartial?

20          PROSPECTIVE JUROR:  I don't think so.

21          THE COURT:  You are a scientist?

22          PROSPECTIVE JUROR:  Yes.

23          THE COURT:  And you work for whom?

24          PROSPECTIVE JUROR:  At this point I'm

25     unemployed.

1          THE COURT:  Where did you work?

2          PROSPECTIVE JUROR:  I just got laid off.  I

3    worked for the National Environmental Community.

4          THE COURT:  It says here Clean Air, Cool

5    Planet.

6          PROSPECTIVE JUROR:  Until December 23rd.  At

7    the time I filled that out, that's where I worked.

8          THE COURT:  What, the name of it is Clean

9    Air, Cool Planet?

10          PROSPECTIVE JUROR:  It's the name of the

11    nonprofit organization.

12          THE COURT:  What did you do?

13          PROSPECTIVE JUROR:  I'm an environmental

14    scientist, environmental policy analyst.

15          THE COURT:  And there was one other.

16          Somebody's been a victim, witness to a

17    crime, arrested, charged, or convicted?

18          PROSPECTIVE JUROR:  I was mugged on the

19    streets in DC about twenty-five years ago.  Purse

20    snatched.

21          THE COURT:  Okay.  Any questions, Mr. Moore?

22          MR. MOORE:  Briefly.

23          Ma'am, you served on a number of criminal

24    juries in Superior Court?

25          PROSPECTIVE JUROR:  Yes.

1              MR. MOORE:  Okay.  Without telling us any

2     verdicts, did the jury reach verdicts in every case?

3              PROSPECTIVE JUROR:  No.

4              MR. MOORE:  Okay.  In the cases -- in any of

5     the cases, did you speak to the attorneys after the

6     jury either did or did not reach a verdict?

7              PROSPECTIVE JUROR:  Yes.

8              MR. MOORE:  Was there anything that any of

9     the attorneys told you in discussing the case that

10     surprised you or gave you a sour feeling about the

11     process?

12              PROSPECTIVE JUROR:  I don't think so.

13              MR. MOORE:  Okay.  You said that you were

14     mugged about ten years ago?

15              PROSPECTIVE JUROR:  About twenty-five years

16     ago.

17              MR. MOORE:  I'm sorry.  And that was here in

18     the District?

19              PROSPECTIVE JUROR:  It was here in the

20     District.

21              MR. MOORE:  Was anyone apprehended?

22              PROSPECTIVE JUROR:  No.

23              MR. MOORE:  Were you physically injured at

24     all?

25              PROSPECTIVE JUROR:  No.  He hit me, grabbed

1  my purse and disappeared into the projects.

2          MR. MOORE:  Did you alert the police?

3          PROSPECTIVE JUROR:  Yeah, because I had to

4  report my cards were stolen.

5          MR. MOORE:  Okay.  Did you have feelings one

6  way or another about how the police treated your

7  complaint?  Were you satisfied?  Dissatisfied?

8          PROSPECTIVE JUROR:  Truthfully, I don't even

9  remember.

10          MR. MOORE:  That's all I have.  Thank you.

11          MR. STIGLITZ:  No questions.

12          THE COURT:  Thank you.  You are free to go.

13  Do not discuss the case with anyone.  Please call the

14  jury office after 5 today and they'll tell you what to

15  do.  Thank you.

16          PROSPECTIVE JUROR:  Okay.

17          (Prospective Juror 0524 left the courtroom.)

18          THE COURT:  We are moving on to 0351.  10,

19  16, 22, 28, 47.

20          THE COURTROOM DEPUTY:  Juror 0351.

21          (Prospective Juror 0351 took the witness

22          stand.)

23          THE COURT:  Hello, sir.  How are you?

24          PROSPECTIVE JUROR:  Good afternoon.

25          THE COURT:  Good afternoon.  Now, you've

1    been on a criminal jury before?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  What kind of case?  I don't want

4    to know the verdict, but if you could remember where

5    was the case and what was the charge?

6              PROSPECTIVE JUROR:  It was in Superior

7    Court, and it was for distribution of cocaine.

8              THE COURT:  Okay.  Anything about that

9    experience you think would interfere with your ability

10   to be fair and impartial?

11             PROSPECTIVE JUROR:  No, Your Honor.

12             THE COURT:  And you are a lawyer, I take it?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  You work for the federal trade

15   communication?

16             PROSPECTIVE JUROR:  Yes, Your Honor.

17   Federal Trade Commission.

18             THE COURT:  Commission.  Sorry.  What kind

19   of law do you do?

20             PROSPECTIVE JUROR:  I do civil, consumer

21   protection, and bankruptcy.

22             THE COURT:  And have you basically done that

23   kind of work for your legal career, or were you doing

24   something else?

25             PROSPECTIVE JUROR:  Before that I did

1    employee benefits and administrative law.

2              THE COURT:  For?

3              PROSPECTIVE JUROR:  For the Pension Benefits

4    Guarantee Corporation.

5              THE COURT:  Okay.  And somebody's employed

6    in law enforcement, I think you said?

7              PROSPECTIVE JUROR:  Yes.  I have a younger

8    brother who's a police officer for the city of

9    Chicago.

10             THE COURT:  Would that make you more likely

11   to accept the government's side of the case here?

12             PROSPECTIVE JUROR:  No, Your Honor.

13             THE COURT:  And you also said that somebody

14   has traveled to an Islamic country?

15             PROSPECTIVE JUROR:  Yes.  My wife, right

16   before we were married.  She attended the American

17   University of Cairo for one year, and I visited her

18   while she was there.

19             THE COURT:  And how long ago was that?

20             PROSPECTIVE JUROR:  That was 1987, '88.

21             THE COURT:  And you watch *CSI*, *Law and

22   Order*, any of those?

23             PROSPECTIVE JUROR:  Yes.  *CSI*.

24             THE COURT:  You know that's not the way it

25   really works out there, right?

1          PROSPECTIVE JUROR:  Yes.

2          THE COURT:  And can you be fair and

3    impartial to both sides here?

4          PROSPECTIVE JUROR:  Yes, Your Honor.

5          THE COURT:  Mr. Stiglitz?

6          MR. STIGLITZ:  Good afternoon, sir.

7          PROSPECTIVE JUROR:  Good afternoon.

8          MR. STIGLITZ:  The case that you sat as a

9    juror on, did it reach a verdict?  Don't tell us what

10   verdict, but did it reach a verdict?

11         PROSPECTIVE JUROR:  I was an alternate

12   juror, so I was dismissed before the verdict.

13         MR. STIGLITZ:  You weren't involved in any

14   of the deliberations?

15         PROSPECTIVE JUROR:  No.

16         MR. STIGLITZ:  That's all I have.  Thank

17   you.

18         MR. MOORE:  Sir, your brother is a police

19   officer in Chicago?

20         PROSPECTIVE JUROR:  Yes.

21         MR. MOORE:  Is he a street officer or

22   detective?  Do you know exactly what his job is?

23         PROSPECTIVE JUROR:  Yes.  No, he does more

24   community policing.  He had been on the street before.

25         MR. MOORE:  Okay.  Do you talk -- in the

1    past, did you talk to him at all about his cases?

2            PROSPECTIVE JUROR:  I do.  When he was on

3    the street, he didn't ever -- he never really wanted

4    to talk about his cases.

5            MR. MOORE:  Okay.  Now, you heard that in

6    this case, there's going to be a number -- at least

7    announced a number of law enforcement potential

8    witnesses?

9            PROSPECTIVE JUROR:  Yes.

10           MR. MOORE:  Having a brother who's been a

11   police officer and been on the street, do you think

12   that that affects how you'll view the testimony of any

13   law enforcement officers that will testify?

14           PROSPECTIVE JUROR:  No, it does not.

15           MR. MOORE:  I think that's all I have.

16           Thank you, very much sir.

17           PROSPECTIVE JUROR:  Thank you.

18           THE COURT:  Nothing?

19           MR. STIGLITZ:  Nothing.

20           THE COURT:  Okay.  Sir, you are free to go.

21   You should call the jury office after 5 today, and if

22   you would kindly not discuss the case with anyone.

23           Okay.  Thank you.

24           PROSPECTIVE JUROR:  Thank you very much,

25   Your Honor.

1           (Prospective Juror 0351 left the courtroom.)

2           THE COURT:  Next number is 0552.  4, 10, 22,

3    24, 26, 31, 35, 36, 44, 45.

4           Do we agree that that juror and one other

5    would be in the category of "other"?

6           MS. PETERSON:  Yes.

7           THE COURT:  Okay.  I believe that Juror 151

8    also.

9           MR. MOORE:  Yes.

10          THE COURTROOM DEPUTY:  Juror 0552.

11          (Prospective Juror 0552 took the witness

12          stand.)

13          THE COURT:  Hello, sir.  How are you?

14          PROSPECTIVE JUROR:  Fine.

15          THE COURT:  If I may, you've answered

16   several of our questions, and I would like to ask you

17   about a few of them.

18          44 and 45, do you believe that Islam

19   endorses violence to a greater extent than other major

20   religions?  And also, would you have difficulty being

21   fair and impartial in a trial where you will hear

22   evidence about terrorism and terrorism organizations?

23          Just so you understand, there's no charge

24   here that this defendant committed any terrorist acts,

25   and the charge is that he was -- it's alleged that he

```
1   was involved in distribution of heroin, and proceeds

2   from those sales were paid over to the Taliban.  So

3   it's not -- it's more of a move than a trial about a

4   terrorist organization.

5            Do you think, given what I've just told

6   you -- I realize it's still rather abbreviated -- do

7   you think you can be fair and impartial here?

8            PROSPECTIVE JUROR:  Ah, yes, I think I can.

9            THE COURT:  Huh?

10           PROSPECTIVE JUROR:  Yes, I think I can be

11  impartial.

12           THE COURT:  You can.  Do you think you can

13  give both sides a fair trial here?

14           PROSPECTIVE JUROR:  Ah, yeah.

15           THE COURT:  You are not actually convincing

16  me quite yet.

17           PROSPECTIVE JUROR:  I understand.

18           THE COURT:  Do you have a substantial

19  hesitation about your ability to be fair and

20  impartial?

21           PROSPECTIVE JUROR:  Um, not really.

22           THE COURT:  Okay.  What do you do?  Do you

23  work?

24           PROSPECTIVE JUROR:  Not at the moment.

25           THE COURT:  What did you do when you last
```

1    worked?

2                PROSPECTIVE JUROR:  Worked with Justice

3    Department.

4                THE COURT:  With Justice?

5                PROSPECTIVE JUROR:  Mm-hmm.

6                THE COURT:  What did you do?

7                PROSPECTIVE JUROR:  I was working in the

8    mailroom, actually.

9                THE COURT:  How long did you work for DOJ?

10               PROSPECTIVE JUROR:  For about maybe seven,

11   eight -- seven years, something like that.

12               THE COURT:  Seven or eight years?

13               Can you keep your voice up so the folks out

14   there can hear you as well.

15               You also answered a couple of questions.

16   You said that somebody had been hurt by heroin use.

17               PROSPECTIVE JUROR:  Uh-huh.  My older

18   brother.  He used before he passed away, when he was

19   younger.

20               THE COURT:  Did that -- was that -- did that

21   have any relationship to his death?

22               PROSPECTIVE JUROR:  No.  He had cleaned his

23   self up.

24               THE COURT:  Okay.  Anyway, did the nature of

25   the charges here -- you know, as a jury, your job

1    would be to listen to the evidence and decide whether

2    the evidence -- the government has convinced you

3    beyond a reasonable doubt.  I know many people have

4    strong views about drug use or drug distribution.

5    That isn't -- this is not the forum for that kind of

6    policy debate.  It's a question of whether the

7    evidence persuades you beyond a reasonable doubt.

8            Do you think you can do that even though the

9    charge here is distribution or heroin?

10           PROSPECTIVE JUROR:  Oh, sure.  Yes.

11           THE COURT:  You don't think that you have

12   such strong feelings regarding possession or

13   distribution of narcotics that this would interfere

14   with your ability to be fair and impartial?

15           PROSPECTIVE JUROR:  No.  It wouldn't bother

16   me.

17           THE COURT:  Okay.  And somebody's been

18   employed by a criminal defense firm?

19           PROSPECTIVE JUROR:  My brother, he's a

20   lawyer.  My brother, he's a lawyer.

21           THE COURT:  Your brother and your uncle?

22           PROSPECTIVE JUROR:  I got two cousins;

23   they're lawyers.

24           THE COURT:  Do they do criminal defense

25   work?

1     PROSPECTIVE JUROR:  Yes, they do.  And my

2     nephew, he's a lawyer.  But I think he's more or

3     less -- my nephew, I think he's a corporate lawyer.

4          THE COURT:  I see.  Where do the people who

5     do criminal work -- where are they lawyers?

6          PROSPECTIVE JUROR:  My brother, mostly in

7     District Court, U.S. District Court up here.

8          THE COURT:  In what, DC?

9          PROSPECTIVE JUROR:  Yeah.

10         THE COURT:  That's where we are right now.

11         PROSPECTIVE JUROR:  Yes.

12         THE COURT:  What's his name?

13         PROSPECTIVE JUROR:  Anthony Eugene Smith.

14         THE COURT:  Okay.  And does that in any way

15     make you more pro-defense here?

16         PROSPECTIVE JUROR:  Nah.

17         THE COURT:  Okay.  How about -- the other

18     one was somebody's been employed by the U.S. District

19     Court or Superior Court or some other court.

20         PROSPECTIVE JUROR:  That's him.  I think

21     he's employed by them.  I think he do a lot of pro

22     bono work.

23         THE COURT:  He's court-appointed to do

24     criminal defense work?

25         PROSPECTIVE JUROR:  Yeah, mm-hmm.

1              THE COURT:  And then 22, somebody's been

2    employed by a law enforcement agency.

3              PROSPECTIVE JUROR:  Nah.  I thought that

4    would be including him, too, you know, as far as the

5    lawyer.  But no police officer or anything like that.

6              THE COURT:  I see.  Okay.

7              You've been on a jury before?

8              PROSPECTIVE JUROR:  Yes, I have.

9              THE COURT:  Where was it, here or across the

10   street?

11             PROSPECTIVE JUROR:  Across the street.

12             THE COURT:  Do you remember the charge of

13   it?  I don't want to know the verdict, but do you know

14   what the person was charged with?

15             PROSPECTIVE JUROR:  I think that was here,

16   though.  But I think it was a distribution of

17   prescription drugs or something like that.

18             THE COURT:  Anything about that experience,

19   you think, leaves a negative feeling with you as a

20   result of that experience?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  Did the jury reach a verdict?

23             PROSPECTIVE JUROR:  Yes, they did.

24             THE COURT:  In the last question, you said

25   that -- would you view a defendant's decision not to

1  testify or put on a defense to be an admission of

2  guilt?  Would you find it necessary for the defendant

3  to testify or put on a case in order for you to find

4  him not guilty?

5          PROSPECTIVE JUROR:  To me, if he's not

6  willing to speak up for himself, that's saying he's

7  guilty.

8          THE COURT:  Okay.  But if I tell you the law

9  gives him every right to remain silent --

10         PROSPECTIVE JUROR:  Yes, I know that.

11         THE COURT:  -- and you cannot infer any kind

12 of guilt from the fact that he's exercised that

13 Constitutional right, you think you'd still hold it

14 against him if he doesn't testify?

15         PROSPECTIVE JUROR:  That, not really.  He

16 can take the Fifth if he wants to.

17         THE COURT:  Huh?

18         PROSPECTIVE JUROR:  He can take the Fifth, I

19 guess.

20         THE COURT:  I'm not sure what you said.  He

21 can take the Fifth?

22         PROSPECTIVE JUROR:  Yeah.  That's his

23 privilege.

24         THE COURT:  It is his privilege, and it's

25 provided by the Constitution, and it doesn't mean

1   anything about guilt.

2            PROSPECTIVE JUROR:  Okay.

3            THE COURT:  Would you follow that

4   instruction and not hold it against him?

5            PROSPECTIVE JUROR:  I guess I would.

6            THE COURT:  Okay.  All right.  And when did

7   you leave the Department of Justice?

8            PROSPECTIVE JUROR:  It's been about maybe

9   five years ago.

10           THE COURT:  Okay.  And how long have you

11  lived in the District?

12           PROSPECTIVE JUROR:  All my life.

13           THE COURT:  Okay.  Questions, Mr. Moore?

14           MR. MOORE:  To start at the end, if -- you

15  believe that a person in a criminal trial should take

16  the stand to try to clear him or herself; is that

17  correct?

18           PROSPECTIVE JUROR:  Yes.

19           MR. MOORE:  All right.  And even if the

20  Judge told you that they have the right not to, if

21  they didn't take the stand, you would tend to believe

22  that they were guilty; isn't that right?

23           PROSPECTIVE JUROR:  Ah, not necessarily.

24  But, ah, I figured if he would speak up for his self,

25  it would clear a lot of things up.

1          MR. MOORE:  If they spoke up, it would

2     clear --

3          PROSPECTIVE JUROR:  For themselves.

4          MR. MOORE:  -- for themselves.  But I mean,

5     you think that's what a person should do when they are

6     in a criminal trial?

7          PROSPECTIVE JUROR:  Um, no, not necessarily.

8          MR. MOORE:  Okay.  Well, you've heard some

9     of the allegations in this trial about distribution of

10    heroin and giving money from the distribution to the

11    Taliban, a terrorist organization.  Is this the kind

12    of case where you feel that a person should stand up

13    and speak up for him or herself?

14         PROSPECTIVE JUROR:  Um, then again, not

15    necessarily.  He don't have to if he don't want to, I

16    guess.  You know, that's his right.

17         MR. MOORE:  Okay.  But what I'm interested

18    in is your feeling as to whether, under the

19    circumstances, what you've heard here, that this man

20    should stand up and speak for himself?

21         PROSPECTIVE JUROR:  Um, no.  You know, he

22    could not speak up for himself.  It wouldn't bother me

23    none.

24         MR. MOORE:  Okay.  Since you answered the

25    question that way, what kind of case would it be where

1    you feel a person should speak up for himself?

2              PROSPECTIVE JUROR:  What you mean?  Clarify.

3              MR. MOORE:  The Judge read off the answer

4    that you gave to a question about a person testifying.

5              PROSPECTIVE JUROR:  Mm-hmm.

6              MR. MOORE:  Okay.  What kind of case is it

7    that you think a person should testify in?

8              PROSPECTIVE JUROR:  You mean the type?

9              MR. MOORE:  Yeah.  What kind of case where a

10   person should stand up and speak for him or herself?

11             PROSPECTIVE JUROR:  Any case that, you know,

12   that's serious, like criminal, you know, whatever.

13             MR. MORAN:  Okay.  And you understand this

14   is a criminal case?

15             PROSPECTIVE JUROR:  Yes, I do.

16             MR. MOORE:  Okay.  Did I understand you to

17   answer the question that -- 45 -- you believe that

18   Islam endorses violence to a greater extent than other

19   major religions?

20             PROSPECTIVE JUROR:  You know, from what I

21   get through the media, you know.  And that's mostly

22   over TV, you know.

23             MR. MOORE:  All right.  And so, then, do you

24   feel that people generally, then, who are Islam --

25   Muslims would tend to endorse violence more than other

1    people?

2          PROSPECTIVE JUROR:  Um, let's see.  I

3    wouldn't necessarily say that, but it's -- it seems

4    like it goes almost hand in hand as far as their

5    beliefs.

6          MR. MOORE:  You mean violence and -- it goes

7    hand in hand --

8          PROSPECTIVE JUROR:  Like it's mostly through

9    the media, like the perception that they say, like

10   through their religious belief, that they're willing

11   to die for their religion and whatnot.

12         MR. MOORE:  You feel that that's more so

13   with them than other people?

14         PROSPECTIVE JUROR:  Yes.

15         THE COURT:  But do you think that all people

16   who follow Islam necessarily are --

17         PROSPECTIVE JUROR:  No.

18         THE COURT:  -- violent?  Okay.

19         Mr. Stiglitz?

20         MR. MOORE:  That's all I have.

21         MR. STIGLITZ:  What did you do prior to

22   working for the Department of Justice, sir?

23         PROSPECTIVE JUROR:  What did I do?  I used

24   to work for the General Accounting Office.  I was a

25   secretary, office assistant.

1          MR. STIGLITZ:  Okay.  May I ask why you left

2     the Department of Justice?

3          PROSPECTIVE JUROR:  Ah, well, ah, it was

4     budget cuts, really, you know.

5          MR. STIGLITZ:  So how long ago did you

6     leave?

7          PROSPECTIVE JUROR:  The General Accounting

8     Office?

9          MR. STIGLITZ:  No.  The Department of

10    Justice.

11         PROSPECTIVE JUROR:  I would say five or six

12    years ago, something like that.

13         MR. STIGLITZ:  I know the Court asked you

14    some questions, but originally, you did have a

15    positive answer to the question if you felt that you

16    would have difficulty being fair and impartial.  Can

17    you explain why it is that you felt you would have

18    difficulty being fair and impartial?

19         PROSPECTIVE JUROR:  Because, um -- because

20    of the way the media perceive things and the way that

21    I saw them, you know, they put it out there, you know,

22    is what that was actually influencing me.  Other than

23    that is what I hear and see on TV.

24         THE COURT:  Are you talking about Islam or

25    what?  I'm not sure what you're saying.

1          PROSPECTIVE JUROR:  Yeah.  Clarify.

2          THE COURT:  Do you think you can put aside

3     what you watch on TV --

4          PROSPECTIVE JUROR:  Yeah.

5          THE COURT:  -- what they may tell you about

6     people or not and just listen to the evidence and

7     limit yourself to the evidence in this case?

8          PROSPECTIVE JUROR:  Yes, I guess I can.

9     Mm-hmm.

10         MR. STIGLITZ:  No other questions.

11         THE COURT:  Anything else?

12         All right.  You may step down.  You should

13    call the jury office -- you have the number for

14    that? -- after 5 today.  You're free to go now, but

15    you must call the jury office after 5 and they'll tell

16    you what to do next.  Okay?

17         PROSPECTIVE JUROR:  All right.

18         THE COURT:  Have a good day.  And do not

19    discuss the case.  Just call the jury office.

20         Do you have the number, sir?

21         PROSPECTIVE JUROR:  I think I do have the

22    number.

23         THE COURTROOM DEPUTY:  It's the same number

24    on your juror slip.

25         PROSPECTIVE JUROR:  Okay.

1          (Prospective Juror 0552 left the courtroom.)

2          (Discussion held off the record.)

3          MR. MOORE:  I would move for cause on the

4    gentleman.  I just don't believe, frankly, that, under

5    questioning, that his answers were being particularly

6    truthful.  He gave a number of answers which, I think,

7    fairly led us to believe that he would not be an

8    unbiased witness.  Now, when he was questioned by a

9    person in authority, the Court, then he started

10   wavering.  I'm not even -- and it took a long while,

11   when the Court first started confronting him about his

12   answers.  And I just think he was giving answers that

13   were trying to please the Court rather than what

14   I'll -- for lack of a better term, I'll call truthful

15   answers.

16          I just don't think that he's gonna be fair

17   in a case where we have issues with Islam or Islam's

18   brought out.

19          THE COURT:  Mr. Stiglitz, what's your

20   position here?

21          MR. STIGLITZ:  What struck me wasn't so much

22   the content of his answers, but the confused nature of

23   some of them.

24          THE COURT:  Okay.  If both sides agree, then

25   he'll be struck.  I don't -- I think it's very

1  typical, but if everybody agrees, I'm not going to get

2  in the way.

3            Okay.  Now, 0531, 10, 23, 29.

4            THE COURTROOM DEPUTY:  Juror 0531.

5            (Prospective Juror 0531 took the witness

6            stand.)

7            PROSPECTIVE JUROR:  Hello.

8            THE COURT:  Hello.  How are you, sir?

9            PROSPECTIVE JUROR:  I'm well.

10            THE COURT:  You answered a couple of our

11  questions in the affirmative.  You've been on a

12  criminal case before?

13            PROSPECTIVE JUROR:  Yes, I have.

14            THE COURT:  What kind of case?  Don't tell

15  us the verdict.

16            PROSPECTIVE JUROR:  Actually, there were two

17  cases in the DC Superior Court; one was drug

18  possession, and the other was murder one.

19            THE COURT:  Okay.  Anything about those

20  experiences you think that left a bad taste or would

21  affect you in this case?

22            PROSPECTIVE JUROR:  I don't think so.

23            THE COURT:  Okay.  You also -- family member

24  worked in State, DEA or FBI, investigatory body

25  involved in --

1          PROSPECTIVE JUROR:  I wasn't sure exactly

2     how to answer that.  I work as a contractor for the

3     Substance Abuse and Mental Health Services

4     Administration, and they oversee the Federal Drug-Free

5     Workplace Program, and I work with that, and I have a

6     lot of contact with the drug program coordinators in

7     many of these agencies, including DEA and Homeland

8     Security.

9          THE COURT:  Who do you work for?

10         PROSPECTIVE JUROR:  I work for a contractor

11    in defense.

12         THE COURT:  And your job in particular is

13    what?

14         PROSPECTIVE JUROR:  Well, I'm a health

15    analyst, health researcher.

16         THE COURT:  I'm sorry?

17         PROSPECTIVE JUROR:  Health analyst, health

18    researcher.

19         THE COURT:  So you are evaluating our

20    programs?

21         PROSPECTIVE JUROR:  Well, it's collecting

22    data on the individual drug-free programs within the

23    federal agencies, and analyzing the numbers and the

24    number of positive tests and things likes that.

25         THE COURT:  Does that work in any way --

1    obviously, you know what the charges are here, but do

2    you still think you can be fair and impartial and give

3    both sides a fair trial?

4              PROSPECTIVE JUROR:  I would like to think

5    so.

6              THE COURT:  And do you have any great

7    hesitation, when you say, "I would like to think so"?

8              PROSPECTIVE JUROR:  No.  I will do the best

9    I can.  I think I can do that.

10             THE COURT:  You've been on a jury before, so

11   you know that you are to hear and listen and decide,

12   at the end of the evidence, whether the evidence

13   convinces you beyond a reasonable doubt?

14             PROSPECTIVE JUROR:  Correct.

15             THE COURT:  And you accept the notion that

16   your job here would not be sort of to bring -- if you

17   have anything about our drug policy?

18             PROSPECTIVE JUROR:  Correct.

19             THE COURT:  You also say some family members

20   have been in the armed services?

21             PROSPECTIVE JUROR:  I was in the Army.

22             THE COURT:  In the Army?

23             PROSPECTIVE JUROR:  Yes.

24             THE COURT:  What did you do for the Army?

25             PROSPECTIVE JUROR:  I was a Ranger, infantry

1   platoon leader.

2           THE COURT:  Where were you stationed?

3           PROSPECTIVE JUROR:  Mostly in Fort Benning,

4   Georgia and Fort McClelland, Alabama.

5           THE COURT:  Mr. Stiglitz?

6           MR. STIGLITZ:  Good afternoon.

7           PROSPECTIVE JUROR:  Good afternoon.

8           MR. STIGLITZ:  The two matters that you

9   served as a juror on in Superior Court, without

10  telling us what the result was, were you able to reach

11  a verdict in both of those cases?

12          PROSPECTIVE JUROR:  In both cases.

13          MR. STIGLITZ:  That's all I have.  Thank

14  you.

15          MR. MOORE:  Sir, briefly, after those

16  verdicts were reached, did the lawyers talk to you --

17  talk to the jurors?

18          PROSPECTIVE JUROR:  You know, it's been a

19  while ago.  I don't believe so.

20          MR. MOORE:  Okay.  That's all I have.

21          THE COURT:  Okay.  Thank you very much, sir.

22  You're free to go now.  You must call the jury office

23  after 5 this afternoon and they'll tell you what to do

24  next.

25          PROSPECTIVE JUROR:  Okay.  Thank you very

1  much.

2          THE COURT:  Thank you.  Have a good day.  Do

3  not discuss the case.

4          (Prospective Juror 0531 left the courtroom.)

5          THE COURT:  Next juror is 0921.  4, 5, 7, 9,

6  13, 22, 23, 29, 36, 41, 2, 3, 5, 6.

7          Bring him in.

8          THE COURTROOM DEPUTY:  0921.

9          (Prospective Juror 0921 took the witness

10         stand.)

11         THE COURT:  Hello, sir.  How are you?

12         PROSPECTIVE JUROR:  Good.  How are you?

13         THE COURT:  Good.

14         You indicated that you have a hardship in

15  your answers.  What kind of hardship?

16         PROSPECTIVE JUROR:  Yes.  Actually, I'm

17  actually in my last run of interviews for a position

18  that I expect to be taking in a couple of weeks.

19         THE COURT:  But nothing right away?

20         PROSPECTIVE JUROR:  Correct.

21         THE COURT:  Do you know when the interviews

22  are for?

23         PROSPECTIVE JUROR:  I just had my third one,

24  and I'm waiting for the call for the reference check.

25         THE COURT:  I see.  What kind of job are you

1  looking for?

2          PROSPECTIVE JUROR:  It's a position with the

3  German Marshall Fund of the U.S.

4          THE COURT:  Okay.  What have you been doing

5  before now?

6          PROSPECTIVE JUROR:  I currently work with an

7  organization here in corporate development.

8          THE COURT:  What is the name of it?

9          PROSPECTIVE JUROR:  The Center for American

10 Progress.

11         THE COURT:  And you've indicated some

12 concern about being able to be fair and impartial.

13 Can you tell us what that's about?

14         PROSPECTIVE JUROR:  Ah, yes.  Regarding

15 the -- what you've explained to us for the content of

16 the trial, I, you know, like, I'm sure, many other

17 people, was here in DC on 9/11.  I have a high school

18 friend who passed away in the twin towers, so I

19 certainly have some personal convictions about the war

20 on terror and issues particularly in the Middle East.

21         THE COURT:  Okay.  Now, obviously, this

22 trial is a trial about drugs, actually, and the charge

23 is that some of the money was paid to the Taliban.

24 The events occurred in Afghanistan, Pakistan.  Do you

25 think that -- and the job of a juror is to listen to

1    the evidence and decide whether the government proves

2    their case beyond a reasonable doubt.  You're a

3    factfinder.  So the sort of larger, quote, war on

4    terrorism is really not an issue in a direct way.

5    Yours is -- the job of a juror is to find facts.

6              Do you think you could do that job fairly

7    and impartially?

8              PROSPECTIVE JUROR:  No.

9              THE COURT:  Why not?

10             PROSPECTIVE JUROR:  In my current work and

11   through friends of mine who are involved in

12   investigating terrorism, I certainly am aware of the

13   influence of Al Qaeda and Taliban on those issues.  I

14   have friends who work with defense contractors, with

15   SAIC, with BAE Systems, so when we all go to dinner,

16   we talk about some of the current general influence of

17   terrorist groups and the war on terror.  I have my

18   personal beliefs in that respect, and I don't think

19   that -- I think it would be unfair of me to say that

20   that would not influence how I feel.

21             THE COURT:  And so when you say you have

22   feelings about Islam and those who are Muslim, that

23   would cause you to be unfair and not be impartial, you

24   think, because someone may fall in that category, you

25   could not give them a fair trial?

1          PROSPECTIVE JUROR:  It's possible, but I

2   can't say definitively.

3          THE COURT:  Questions?

4          MR. MOORE:  No questions, Your Honor.

5          MR. STIGLITZ:  No.

6          THE COURT:  Thank you, sir.  You're free to

7   go.  You must call the jury office after 5.  They'll

8   tell you what to do.  Do not discuss the case.  Okay?

9          PROSPECTIVE JUROR:  Thank you very much,

10  Your Honor.

11         THE COURT:  All right.

12         (Prospective Juror 0921 left the courtroom.)

13         THE COURT:  The last one is 0340 before we

14  break.  And it's 10, 11, 31, 47.

15         MR. MOORE:  Cause, Your Honor.

16         THE COURT:  Granted.

17         (Discussion held off the record.)

18         THE COURT:  Let's bring in the last person.

19  This one won't take long.

20         How many have we qualified so far?

21         THE COURTROOM DEPUTY:  You have fifteen so

22  far.

23         Juror number 0340.

24         (Prospective Juror 0340 took the witness

25         stand.)

1          THE COURT:  Good afternoon.  How are you?

2          PROSPECTIVE JUROR:  I'm good.

3          THE COURT:  Good.  I have a couple of

4   questions to follow up.

5          Do you work?

6          PROSPECTIVE JUROR:  No.

7          THE COURT:  What did you last do when you

8   were working?

9          PROSPECTIVE JUROR:  I worked for Verizon.

10         THE COURT:  What did you do for them?

11         PROSPECTIVE JUROR:  I was a clerk, special

12  clerk.

13         THE COURT:  What kind of clerk?

14         PROSPECTIVE JUROR:  A special clerk.

15         THE COURT:  Can you talk a little closer to

16  the mic.

17         PROSPECTIVE JUROR:  A special clerk.

18         THE COURT:  What does that mean?

19         PROSPECTIVE JUROR:  I sold vehicles, our

20  used vehicles for Verizon.

21         THE COURT:  You have been both on a criminal

22  jury and grand jury before, correct?

23         PROSPECTIVE JUROR:  Yes.

24         THE COURT:  You know in a criminal jury, the

25  standard of proof is much higher; it's beyond a

```
1    reasonable doubt.  In a grand jury, it's probable

2    cause.  You just hear from one side.  You'll be able

3    to keep those two standards -- in this case, if

4    chosen, you have to hold the government to the higher

5    standard; is that clear?

6              PROSPECTIVE JUROR:  Yes.

7              THE COURT:  The criminal case you were on

8    was where, here or across the street?

9              PROSPECTIVE JUROR:  Superior Court.

10             THE COURT:  Do you recall the charges?

11             PROSPECTIVE JUROR:  Murder.

12             THE COURT:  And anything about that

13   experience that left a bad feeling about the criminal

14   justice system or anything?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  Do you think you can be fair and

17   impartial in this case?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Has someone been the victim,

20   witness, or charged or convicted of a criminal

21   offense, you or a family member?

22             PROSPECTIVE JUROR:  Me.

23             THE COURT:  What happened to you?

24             PROSPECTIVE JUROR:  I was robbed.

25             THE COURT:  Where?  Here?
```

1          PROSPECTIVE JUROR:  At Metro.  Yeah.

2          THE COURT:  Did they catch anybody?

3          PROSPECTIVE JUROR:  No.

4          THE COURT:  Did you feel that the police

5    acted appropriately?

6          PROSPECTIVE JUROR:  Well, I only talked to

7    Metro Police, so I guess they did.

8          THE COURT:  Okay.  But you don't have any

9    ill-will towards police?

10          PROSPECTIVE JUROR:  No.

11          THE COURT:  And -- I'm sorry -- you said

12    they didn't catch anybody?  Okay.

13          PROSPECTIVE JUROR:  Uh-uh.

14          THE COURT:  You watch *Law and Order*, *CSI*?

15    Which ones?

16          PROSPECTIVE JUROR:  *CSI Miami*.

17          THE COURT:  And you know that's not the way

18    everything really happens?  That's just fiction?

19          PROSPECTIVE JUROR:  Yes.

20          THE COURT:  Mr. Stiglitz, any questions?

21          MR. STIGLITZ:  Good afternoon.

22          How long ago were you on that jury in

23    Superior Court?

24          PROSPECTIVE JUROR:  Superior Court?  It

25    probably was the beginning of 2000.

1          MR. STIGLITZ:  Okay.  Were you able to --

2    was the jury that you were on able to reach a decision

3    in that case?

4          PROSPECTIVE JUROR:  Yes.

5          MR. STIGLITZ:  How long were you with

6    Verizon?

7          PROSPECTIVE JUROR:  Thirty-two years.

8          MR. STIGLITZ:  I think that's all I have.

9    Thank you.

10         THE COURT:  Counsel?

11         MR. MOORE:  No questions, Your Honor.

12         THE COURT:  Thank you.  You are free to go

13   at this time.  Do not discuss the case.  You are

14   required to call the juror office after 5 today.

15   Thank you.

16         PROSPECTIVE JUROR:  Thank you.

17         (Prospective Juror 0340 left the courtroom.)

18         THE COURT:  Counsel, we'll resume at 2.  I

19   told them 1:30.  I was obviously overly optimistic.

20   So we'll start up at 2.

21         So sorry.  You want to speak?

22         MS. PETERSON:  Very briefly.  With respect

23   to the issue you raised on the jury pool, it is my

24   understanding from the current census that the current

25   population of the District of Columbia is 50.7 percent

1   black, 38.5 percent white, with the remaining being

2   others or mixed race.  And this would -- our pool

3   appears to be about thirty percent, at best, African

4   American, leaving an absolute disparity of twenty-one

5   percent, which I believe is more than sufficient to

6   show a prima facie problem with the jury pool.

7            We do, however, need to make a record as to

8   how this jury was selected and the process that was

9   used by the jury office.  So I would ask the Court to

10  direct whoever from the jury office can put on the

11  record the method they used to select this pool.

12           THE COURT:  Well, could you put them on

13  notice in the jury office that we might want to hear

14  from them tomorrow afternoon?  I want to get the

15  citizens through here.

16           I have to say, I'm not familiar with the

17  law, but to say that's it's fifty percent black, I

18  think you have to get -- what is it to be a juror?

19  You have to be over eighteen or twenty-one?

20           MS. PETERSON:  This is persons over

21  eighteen.

22           THE COURT:  All right.  And up to what?

23  Just out of curiosity.

24           MS. PETERSON:  It was just adults, people

25  over the age of eighteen in the District of Columbia,

1  which is all that's required to be able to serve on a

2  jury pool.

3        THE COURT:  I actually think you can say I

4  don't want to serve if you're over a certain age, too.

5        MS. PETERSON:  Okay.

6        THE COURT:  Gwen, do you want to take --

7  call, please, and put -- I forget her name, the jury

8  officer.

9        THE COURTROOM DEPUTY:  Regina.  I'll let her

10  know.

11        THE COURT:  Put her on notice for tomorrow

12  afternoon.  We need to know how we pick a panel like

13  this.  It was a special panel.

14        THE COURTROOM DEPUTY:  Sure.

15        THE COURT:  You can fill me in on what you

16  think the law is.

17        Okay.  Thank you.  We'll be back at 2.

18        (Whereupon, at 1:12 p.m. a luncheon recess

19        was taken.)

20   A  F  T  E  R  N  O  O  N      S  E  S  S  I  O  N

21        (Whereupon, at 2:17 p.m. the proceedings

22        commenced and the following ensued:)

23        THE COURT:  Counsel, ready?

24        MR. STIGLITZ:  We are, yes.

25        THE COURTROOM DEPUTY:  Next one is Juror

1    1153.

2              THE COURT:  13, 15, 29, 31, and 49.

3              (Prospective Juror 1153 took the witness

4              stand.)

5              THE COURT:  Good afternoon.  How are you?

6              PROSPECTIVE JUROR:  I'm good.  How are you?

7              THE COURT:  Ready to proceed?  Okay.

8              Sorry for the delay.  We went over this

9    morning, and the court staff has to have a break.

10             PROSPECTIVE JUROR:  That's fine.

11             THE COURT:  You answered Number 13.  Are you

12   familiar with Afghan -- Afghanistan or Nangarhar

13   Province?  You said yes.

14             PROSPECTIVE JUROR:  Mm-hmm.

15             THE COURT:  Why?

16             PROSPECTIVE JUROR:  I work as a producer for

17   a television news program, and we have done quite a

18   bit of coverage of the situation in Afghanistan.  I've

19   helped arrange some trips by some coworkers.

20             THE COURT:  Have you gone?

21             PROSPECTIVE JUROR:  I have not personally

22   gone.

23             THE COURT:  Did you -- when you say you

24   "arrange trips," what is your job and where do you

25   work?

1          PROSPECTIVE JUROR:  I am a producer for a

2     nightly news program on PBS called *PBS NewsHour*.  I'm

3     helping with background research, doing travel

4     arrangements, contacts, so on and so forth.

5          THE COURT:  And have you come to reach any

6     opinions that in any way would affect your ability

7     here to be fair and impartial?

8          PROSPECTIVE JUROR:  Not necessarily, no.

9          THE COURT:  You have friends or members of

10    your family who have worked, either as civilians or in

11    a military capacity, in Afghanistan --

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  -- Pakistan?

14         Is that people who work for PBS or other

15    things?

16         PROSPECTIVE JUROR:  Well, a former coworker

17    of mine, a good friend of mine, just recently actually

18    moved to Afghanistan to be employed with -- as a

19    liaison for the ministerial government.

20         MR. MOORE:  Could she keep her voice up?  We

21    can't quite hear her back here.

22         PROSPECTIVE JUROR:  I'm sorry.  I do have a

23    close friend and former colleague who is presently

24    working with ISAF in Afghanistan.

25         THE COURT:  With what?

```
1              PROSPECTIVE JUROR:  ISAF, the International
2   Security Assistance Force.
3              THE COURT:  Okay.  And then you also
4   indicated at some point that somebody in your family
5   is with the armed services or ROTC, National Guard.
6              PROSPECTIVE JUROR:  Was, yes.  Both of my
7   parents were veterans.
8              THE COURT:  Where did they serve?
9              PROSPECTIVE JUROR:  Neither of them did
10  combat, so just in the United States.  But they were
11  both -- one Army, one Navy.
12             THE COURT:  Okay.  And you indicated
13  somebody's been arrested, charged, convicted, or
14  victim, or witness to a crime?
15             PROSPECTIVE JUROR:  Victim of crime, yes.
16             THE COURT:  Who did you have in mind?
17             PROSPECTIVE JUROR:  Myself.
18             THE COURT:  What happened?
19             PROSPECTIVE JUROR:  A sexual assault.
20             THE COURT:  Here in DC?
21             PROSPECTIVE JUROR:  Yes.
22             THE COURT:  Did they catch anyone?
23             PROSPECTIVE JUROR:  No.
24             THE COURT:  Did you call the police?
25             PROSPECTIVE JUROR:  Yes.
```

1           THE COURT:  Did they respond appropriately?

2           PROSPECTIVE JUROR:  Yes.

3           THE COURT:  Do you have any ill will towards

4    the police or prosecutors?

5           PROSPECTIVE JUROR:  No.  No, ma'am.

6           THE COURT:  Do you think you can be fair and

7    impartial in this case?

8           PROSPECTIVE JUROR:  Yes.

9           THE COURT:  And the last question, you are

10   familiar with terrorist trials.  Is that in your

11   capacity as a producer?

12          PROSPECTIVE JUROR:  Primarily, yes.

13          THE COURT:  Any in particular that you have

14   followed with care?

15          PROSPECTIVE JUROR:  Not specifically.  I

16   think most of the major ones, too numerous to mention,

17   but not any one with particular great interest.

18          THE COURT:  How long have you been with PBS?

19          PROSPECTIVE JUROR:  Eight years.

20          THE COURT:  And before that?

21          PROSPECTIVE JUROR:  I was a student before

22   then.

23          THE COURT:  Okay.  Mr. Stiglitz?

24          MR. STIGLITZ:  No questions.

25          THE COURT:  Mr. Moore?

1          MR. MOORE:  Did you, for example, major in

2    college in anything having to do with foreign affairs

3    or anything like that?

4          PROSPECTIVE JUROR:  No.

5          MR. MOORE:  Without getting into too much

6    detail, the sexual assault, was that something on the

7    street or did somebody break in?

8          PROSPECTIVE JUROR:  On the street.

9          MR. MOORE:  I think you said no one was

10   apprehended?

11         PROSPECTIVE JUROR:  No, sir.

12         MR. MOORE:  How long ago was that?

13         PROSPECTIVE JUROR:  Last July.  So July of

14   2011.

15         MR. MOORE:  Okay.  Thank you very much.

16         THE COURT:  Okay.  You're excused at this

17   time.  You're free to go.  Please call the jury office

18   after 5 this evening and they'll tell you what to do.

19         PROSPECTIVE JUROR:  Okay.  Thank you.

20         (Prospective Juror 1153 left the courtroom.)

21         THE COURT:  I'm not sure on your statistics,

22   how we're calculating this.

23         MS. PETERSON:  I had considered her

24   Caucasian, but I'm willing to put her in the "other"

25   category, if that's appropriate.

1        THE COURT:  Well, I think that she would be

2    African-American if she were not Caucasian.  I mean,

3    that's what is so artificial about this.  I can't

4    say -- I mean, am I wrong?

5        MR. MOORE:  You're looking at the wrong

6    person.

7        THE COURT:  I don't know.  I mean, I think

8    she's --

9        MR. MOORE:  I can call myself black, but

10    that's about it.

11        THE COURT:  That's what the problem is.

12        MR. STIGLITZ:  We were thinking the same

13    thing over here with respect to -- you know,

14    obviously, I think if it's not white, it would be

15    African-American.

16        THE COURT:  Okay.  Well, I don't feel

17    comfortable asking people, because -- who knows?  All

18    right.  I'm listing her as African-American, but I

19    don't know what else to say.

20        Now we are at 0072.  10 and 11.

21        THE COURTROOM DEPUTY:  Juror 0072.

22        (Prospective Juror 0072 took the witness

23        stand.)

24        THE COURT:  Good afternoon.  I apologize for

25    the delay.  We went over before lunch, and in order to

```
1   get the staff a lunch hour, we couldn't resume until
2   2-ish.
3              In any case, good afternoon.
4              PROSPECTIVE JUROR:  Good afternoon.
5              THE COURT:  You answered two questions, 10
6   and 11.
7              PROSPECTIVE JUROR:  That's right.
8              THE COURT:  If I may just go back one
9   second.  That means you've been on a jury and a grand
10  jury?
11             PROSPECTIVE JUROR:  That's right.
12             THE COURT:  The jury was where, here?
13             PROSPECTIVE JUROR:  In the Superior Court.
14             THE COURT:  What was the charge, if you
15  recall?
16             PROSPECTIVE JUROR:  Slashing.  Two men who
17  were alleged to have slashed the tires of a very
18  expensive automobile on a Saturday night in Adams
19  Morgan.
20             THE COURT:  Did they reach a verdict?  I
21  don't want to know what the verdict was, but did they
22  reach --
23             PROSPECTIVE JUROR:  They did.  I should say
24  that I was taken ill at the end of the trial, and so
25  I -- the alternate stepped in for me.  But they did
```

1    reach a verdict.

2             THE COURT:  Okay.  You have been in a grand

3    jury, and you understand there's a difference?

4             PROSPECTIVE JUROR:  Oh, yeah.

5             THE COURT:  Different burden of proof; only

6    one side presents evidence to the grand jury.

7             Are you employed?

8             PROSPECTIVE JUROR:  I have just retired.

9             THE COURT:  What did you do?

10            PROSPECTIVE JUROR:  I was a professor of

11    English at George Washington.

12            THE COURT:  What's your specialty?

13            PROSPECTIVE JUROR:  English romanticism.

14            THE COURT:  Can you be fair and impartial to

15    both sides here?

16            PROSPECTIVE JUROR:  Yes.

17            THE COURT:  Questions, Mr. Moore?

18            MR. MOORE:  No, Your Honor.

19            THE COURT:  Mr. Stiglitz?

20            MR. STIGLITZ:  No.

21            THE COURT:  Thank you.  You are excused at

22    this time.  You should call into the jury office after

23    5 and they'll tell you what to do next.  Okay?

24            PROSPECTIVE JUROR:  Thank you very much,

25    Your Honor.

```
1                THE COURT:  Thank you.  Have a good day.

2                (Prospective Juror 0072 left the courtroom.)

3                THE COURT:  The next juror is 0091.  9, 20,

4    21, 22, 23, 27, 35.

5                (Prospective Juror 0091 took the witness

6                stand.)

7                THE COURT:  Good afternoon.  How are you?

8                PROSPECTIVE JUROR:  Good.

9                THE COURT:  You answered a bunch of our

10   questions.  One of them, you said you have such strong

11   feelings about the distribution, possession of

12   narcotics that it would make it difficult for you to

13   be a juror.

14               Now, obviously, being a juror, you are a

15   factfinder.  Your job would be to decide whether the

16   government proves its case beyond a reasonable doubt.

17   It is not, obviously, a forum on policy matters or our

18   drug laws, et cetera.

19               With that in mind, do you think you can be

20   fair and impartial here, that you can decide this case

21   based on the evidence?

22               PROSPECTIVE JUROR:  Um, yes.

23               THE COURT:  What gave you hesitation?  You

24   also said you have feelings and beliefs about

25   prosecutors or defense lawyers that might affect your
```

1    ability to be fair and impartial.

2              PROSPECTIVE JUROR:  Which question was that?

3              THE COURT:  Well, the number was 27.  Do you

4    have any feelings or beliefs about prosecutors or

5    defense lawyers that would affect your ability to be

6    impartial?

7              PROSPECTIVE JUROR:  No.  That was a mistake.

8              THE COURT:  Okay.  Have you had any bad

9    encounters with either criminal defense counsel or

10   police?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  Prosecutors?

13             PROSPECTIVE JUROR:  No.

14             THE COURT:  How about family members?

15             PROSPECTIVE JUROR:  No.

16             THE COURT:  Okay.  Do you have such strong

17   feelings -- I'm sorry.  I didn't ask you about why you

18   wrote down 35.  Do you have such strong feelings about

19   alleged possession or distribution that it would be

20   hard for you to be fair and impartial?

21             PROSPECTIVE JUROR:  Because I work for a law

22   enforcement agency.  I specifically work for the Drug

23   Enforcement Administration.

24             THE COURT:  Okay.  What do you do for them?

25             PROSPECTIVE JUROR:  I'm an accountant in the

1    Financial Operations Section.

2              THE COURT:  Uh-huh.  And you feel that

3    working for people -- there will be DEA agents here

4    testifying.  You think your association with the DEA

5    will get in the way of you being sort of fair and

6    impartial?

7              PROSPECTIVE JUROR:  Yes.

8              THE COURT:  And you would favor DEA

9    witnesses?

10             PROSPECTIVE JUROR:  It's hard to say, but I

11   mean, the DEA is involved.  That's who I work for, so

12   there might be some impartiality.

13             THE COURT:  And if you were defense counsel,

14   would you have substantial concern about your ability

15   to be fair?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  Did you know any of the names

18   that were read to you?

19             PROSPECTIVE JUROR:  Yes.  I recognized two

20   names that were called, yes.

21             THE COURT:  Questions, Mr. Stiglitz?

22             MR. STIGLITZ:  No.

23             MR. MOORE:  No, Your Honor.

24             THE COURT:  Okay.  Thank you.

25             Gwen, we're going to excuse this juror.  Can

1    you tell the jury office so she -- I don't know.  Does

2    she still have to call in or just go up?

3              THE COURTROOM DEPUTY:  No, she doesn't.

4              We're going to excuse her now.

5              THE COURT:  Sorry?

6              THE COURTROOM DEPUTY:  She doesn't need to

7    call in if she's excused.

8              THE COURT:  But she goes to the jury office

9    now?

10              THE COURTROOM DEPUTY:  Yes.

11              THE COURT:  You are excused and you should

12    go out by way of the jury office to tell them I've

13    excused you.  Okay?

14              PROSPECTIVE JUROR:  Yes.

15              (Prospective Juror 0091 left the courtroom.)

16              THE COURT:  0123.  No answers.

17              THE COURTROOM DEPUTY:  0123.

18              (Prospective Juror 0123 took the witness

19              stand.)

20              THE COURT:  Good afternoon.  Yes, please

21    have a seat.  I apologize for the delay.  We got

22    carried over before lunch and we couldn't resume

23    because people need to have time for lunch.  So I

24    apologize.

25              PROSPECTIVE JUROR:  Okay.

1           THE COURT:  You didn't have any yes answers

2     as far as I can tell.

3           PROSPECTIVE JUROR:  Yes.

4           THE COURT:  You have not been on a jury

5     before?

6           PROSPECTIVE JUROR:  Never here.  Just the

7     one, the one at the Carl Moultrie Building.

8           THE COURT:  Was that criminal or civil?

9           PROSPECTIVE JUROR:  That was civil.

10          THE COURT:  How long have you lived in the

11    District?

12          PROSPECTIVE JUROR:  Since, let's see, maybe

13    1970.

14          THE COURT:  Okay.  And what did you do?

15    You're not employed now?

16          PROSPECTIVE JUROR:  No.  I'm retired.

17          THE COURT:  What did you do before you

18    retired?

19          PROSPECTIVE JUROR:  Administrative

20    assistant.

21          THE COURT:  Where?

22          PROSPECTIVE JUROR:  Airlines Reporting

23    Corporation, ARC.

24          THE COURT:  What does that do?

25          PROSPECTIVE JUROR:  I worked with the

1    airlines and travel agents, credit travel agents and

2    airline, all the domestic airlines.

3              THE COURT:  And does that mean you work for

4    an organization that represents the airlines in terms

5    of dealing with --

6              PROSPECTIVE JUROR:  Yeah.  We are owned by

7    the airlines.

8              THE COURT:  Can you be fair and impartial in

9    this case?

10             PROSPECTIVE JUROR:  Yes.

11             THE COURT:  Questions, Mr. Moore?

12             MR. MOORE:  Just briefly.

13             Ma'am, you served on a civil jury across the

14   street?

15             PROSPECTIVE JUROR:  Mm-hmm.

16             THE COURT:  About how long ago was that?

17             PROSPECTIVE JUROR:  More than ten years, I

18   think.

19             THE COURT:  Are you regularly summoned like

20   every two or three years to Superior Court to serve on

21   a jury?

22             PROSPECTIVE JUROR:  Yep.

23             THE COURT:  Okay.  And have you been --

24   other than this time, have you been summoned down to

25   federal court, that you can recall, to serve on a

1    jury?

2              PROSPECTIVE JUROR:  I was summoned, but I

3    was never called to serve on the jury -- I mean, I've

4    never served on a jury.

5              MR. MOORE:  Understood.  Okay.  Thank you.

6              MR. STIGLITZ:  I'm sorry.  How long were you

7    with this airline association?

8              PROSPECTIVE JUROR:  Well, it started out

9    like one company, then evolved to another.

10   Thirty-three years.

11             MR. STIGLITZ:  Was this your primary

12   occupation through your adult life?

13             PROSPECTIVE JUROR:  Yes.

14             THE COURT:  Thank you very much.  You're

15   excused at this time.  You are required to call the

16   jury office after 5 and they'll let you know what to

17   do next.

18             Thank you.

19             (Prospective Juror 0123 left the courtroom.)

20             THE COURT:  1008.  10, 23, 24, 30, and 38.

21             THE COURTROOM DEPUTY:  Juror 1008.

22             (Prospective Juror 1008 took the witness

23             stand.)

24             THE COURT:  Good afternoon.

25             PROSPECTIVE JUROR:  Good afternoon.

1          THE COURT:  I apologize for the delay.  We

2    were held up this morning, and in order to get a

3    lunch, we had to go over.  But I apologize.

4          You said you've been on a jury before?

5          PROSPECTIVE JUROR:  Yes, ma'am.

6          THE COURT:  Criminal?

7          PROSPECTIVE JUROR:  Yes.

8          THE COURT:  Where?  Was it here?  Across the

9    street?

10          PROSPECTIVE JUROR:  Across the street, in

11    Superior Court, and once in Maryland, too.

12          THE COURT:  I'm sorry.

13          PROSPECTIVE JUROR:  Once when I lived in

14    Maryland, too.

15          THE COURT:  I don't want to know the

16    verdict, but what was the charge?

17          PROSPECTIVE JUROR:  Felony homicide.

18          THE COURT:  Anything about that experience

19    you think would affect your ability to be fair and

20    impartial?

21          PROSPECTIVE JUROR:  No, ma'am.

22          THE COURT:  And then it says you've had a

23    family member that's worked for the State Department,

24    DEA, FBI, or other investigator body; you have

25    somebody who's been employed by the U.S. Courts or

1    Superior Court or some other court?

2              PROSPECTIVE JUROR:  My husband was the chief

3    of staff for Senator Leahy, who is the head of the

4    Judiciary Committee in the Senate, and he works at the

5    White House now in the Office of Leg. Affairs.

6              THE COURT:  What was his job for Senator

7    Leahy?

8              PROSPECTIVE JUROR:  He was chief of staff.

9    He was also a counsel on the Judiciary Committee and

10   chief of staff, and now he is the Senate liaison for

11   the White House.

12             THE COURT:  When you talk about government

13   investigatory bodies, you are including the Judiciary

14   Committee?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  And he worked for the courts, or

17   somebody worked for a U.S. Court or District Court --

18   Superior Court?

19             PROSPECTIVE JUROR:  I was thinking that that

20   was what that was.  And I was also -- I worked in the

21   administration at HHS.  We did some terrorism, more

22   bioterrorism stuff.  I was the head of communications

23   for HHS for the first two years of the Obama

24   administration.

25             THE COURT:  What are you doing now?

```
 1              PROSPECTIVE JUROR:  I'm a consultant.

 2              THE COURT:  For?

 3              PROSPECTIVE JUROR:  I work with Google and

 4   with a couple of PR firms in town.

 5              THE COURT:  And the name of the -- your

 6   organization?

 7              PROSPECTIVE JUROR:  Backus Consulting.  I

 8   have my own company.

 9              THE COURT:  Okay.  And you also said that

10   you've participated in neighborhood watch or other

11   kind of crime organization?

12              PROSPECTIVE JUROR:  I'm in a neighborhood

13   watch in my part of Northwest DC.

14              THE COURT:  Which part is that?

15              PROSPECTIVE JUROR:  Chevy Chase, Ward 4.

16              THE COURT:  And the last one, you said

17   family member or close friend who's been injured or

18   killed while serving in combat in Iraq, Afghanistan,

19   or elsewhere?

20              PROSPECTIVE JUROR:  I have a friend who was

21   not severely injured, but injured in Desert Storm One.

22   Good friend of our family's.

23              THE COURT:  Do you think you can be fair and

24   impartial in this case?

25              PROSPECTIVE JUROR:  Yes, ma'am.
```

1          THE COURT:  And what is your background,

2     educational-wise.

3          PROSPECTIVE JUROR:  I have a college degree

4     and I've worked in DC in communications for twenty

5     years.

6          THE COURT:  Mr. Stiglitz?

7          MR. STIGLITZ:  No questions.

8          THE COURT:  Mr. Moore?

9          MR. MOORE:  Ma'am, did you say you were a

10    juror in a felony homicide case?

11         PROSPECTIVE JUROR:  Yes, sir.

12         MR. MOORE:  Okay.  Did that case involve

13    drugs at all, to the best of your recollection?

14         PROSPECTIVE JUROR:  No.

15         MR. MOORE:  Do you remember what the felony

16    was?

17         PROSPECTIVE JUROR:  Robbery.

18         MR. MOORE:  Without telling us, did the jury

19    reach a verdict in that case?

20         PROSPECTIVE JUROR:  Yes, we did.

21         MR. MOORE:  All right.  And after the

22    verdict was reached, did any of the lawyers for either

23    side talk to you or talk to the jury?

24         PROSPECTIVE JUROR:  No.

25         MR. MOORE:  I think you indicated to the

1    Court that you did some work involving bioterrorism?

2            PROSPECTIVE JUROR:  Uh-huh.

3            MR. MOORE:  You have to say "yes" or "no."

4            PROSPECTIVE JUROR:  Yes, sir.

5            MR. MOORE:  Can you tell us a little bit

6    more about what that entailed?

7            PROSPECTIVE JUROR:  One of the top political

8    staff at HHS -- we had to be involved for every

9    emergency and disaster, so I did a lot of

10   communications strategy and worked with the secretary

11   on anthrax, other agents that could be used --

12   smallpox, different -- different agents that could be

13   used for acts of terrorism on the medical side.

14           MR. MOORE:  Okay.  And just, finally, when

15   your husband was working for Senator Leahey and

16   Judiciary, did he have anything to do, that you know

17   of, with criminal statutes at all?

18           PROSPECTIVE JUROR:  He wrote the bulletproof

19   cop act -- vest -- bulletproof vest for law

20   enforcement officers a couple of years ago.  He

21   oversaw the cops funding -- I mean, he was number two

22   on the committee, so a lot of criminal stuff went

23   over.  And then he was the chief of staff, so anything

24   the senator did, he was involved with.

25           MR. MOORE:  Finally, anything you know of in

```
1    his work involving narcotics, drug trafficking?
2              PROSPECTIVE JUROR:  Not necessarily
3    directly, other than -- unless there was something
4    that came through the committee.
5              MR. MOORE:  Okay.  Thank you.
6              THE COURT:  Thank you very much.  You are
7    excused.  Would you kindly call the jury office after
8    5, and don't discuss the case with anyone.
9              PROSPECTIVE JUROR:  Got it.
10             THE COURT:  Thank you.
11             (Prospective Juror 1008 left the courtroom.)
12             PROSPECTIVE JUROR:  Next number is 974.  10,
13    11, 16, 29, 31.
14             THE COURTROOM DEPUTY:  Juror 0974.
15             (Prospective Juror 0974 took the witness
16             stand.)
17             THE COURT:  Good afternoon.  How are you?
18             PROSPECTIVE JUROR:  Fine, thank you.
19             THE COURT:  Sorry for the delay.  We got
20    carried over this morning.
21             If I may ask you a couple of followups,
22    you've been on a criminal jury trial and grand jury?
23             PROSPECTIVE JUROR:  Yes.
24             THE COURT:  Where was that?
25             PROSPECTIVE JUROR:  Here in DC.
```

1          THE COURT:  And do you recall the charges --

2   I don't want to know the verdict -- in the criminal

3   case?

4          PROSPECTIVE JUROR:  No.  I know it was --

5   actually, if I could qualify that a little, I've lived

6   in DC for about thirty-five years, so, you know, you

7   get called up for jury duty rather frequently.  I

8   think I've been on five or six juries over that

9   period.  So I don't really recall back years ago, but

10  it was probably assault or robbery.

11         THE COURT:  Do you have any recollection of

12  anything being unpleasant or leaving a bad impression

13  about the criminal justice system?

14         PROSPECTIVE JUROR:  No, not at all.

15         THE COURT:  Okay.  And you also -- you

16  understand the difference?  A grand jury is a

17  different standard of proof; it's probable cause

18  versus beyond a reasonable doubt here?

19         PROSPECTIVE JUROR:  Yes, ma'am.

20         THE COURT:  You also said that you have

21  family members who have lived or worked in an Islamic

22  country.  What did you have in mind?

23         PROSPECTIVE JUROR:  Again, I thought on the

24  question.  It said had traveled in Islamic --

25         THE COURT:  Yes.

1              PROSPECTIVE JUROR:  Yes.  I've traveled in

2    North Africa, to Morocco on a couple of occasions, and

3    to Egypt.

4              THE COURT:  Was that business or pleasure?

5              PROSPECTIVE JUROR:  Pleasure.

6              THE COURT:  How long ago?

7              PROSPECTIVE JUROR:  I was in Egypt in the

8    mid-'80s and I suspect the last time in Morocco, it

9    was probably mid-'90s, '95, or '6.

10             THE COURT:  You said you -- are you a

11   legislative affairs officer for the veterans?

12             PROSPECTIVE JUROR:  Yes.  I'm on the staff

13   of the Undersecretary For Health.

14             THE COURT:  In the Veterans Administration?

15             PROSPECTIVE JUROR:  That's correct.

16             THE COURT:  And what did you do before that?

17             PROSPECTIVE JUROR:  I've been with the VA

18   for -- since 1978, so a variety of activities prior to

19   that.  And I served the same capacity for the

20   Undersecretary For Benefits for a number of years

21   prior to my current position.

22             THE COURT:  Have you served in the armed

23   forces?

24             PROSPECTIVE JUROR:  Yes.  I was in the Army

25   for three years.

```
1                THE COURT:  And it said here -- any family
2    members served in the armed forces, reserves, national
3    guard?
4                PROSPECTIVE JUROR:  That's me.
5                THE COURT:  Where were you located?
6                PROSPECTIVE JUROR:  I was -- I was not out
7    of the country.  I was in the Defense Language
8    Institute in California, and then I was at Fort Meade,
9    Maryland.
10               THE COURT:  The next question is about
11   family member or friend who's been a victim of,
12   witness to, charged, or convicted of a criminal
13   offense.
14               PROSPECTIVE JUROR:  Yes.  I was -- in the
15   early '80s, I was a victim of armed robbery.
16               THE COURT:  In DC?
17               PROSPECTIVE JUROR:  In DC.
18               THE COURT:  Did they catch anyone?
19               PROSPECTIVE JUROR:  I don't know.  Beyond
20   filing a police report, I never knew what happened
21   with it.
22               THE COURT:  Okay.  And you think you could
23   be fair and impartial in this case?
24               PROSPECTIVE JUROR:  Yes, Your Honor, I can.
25               THE COURT:  Okay.  Mr. Moore?
```

```
1              MR. MOORE:  Nothing, Your Honor.  Thank you.

2              THE COURT:  Mr. Stiglitz?

3              MR. STIGLITZ:  No questions.

4              THE COURT:  Okay, sir.  You are free to go

5    at this time.  Do not discuss the case with anyone.

6    You are required to call the jury office after 5 this

7    evening and they'll tell you what's next.  Okay?

8              PROSPECTIVE JUROR:  All right.

9              THE COURT:  Thank you.

10             Do you have a coat?

11             PROSPECTIVE JUROR:  In the jury room.

12             (Prospective Juror 0974 left the courtroom.)

13             THE COURT:  0775, 22, 23, 29, 47.

14             THE COURTROOM DEPUTY:  Juror 0775.

15             (Prospective Juror 0775 took the witness

16             stand.)

17             THE COURT:  Hello, sir.  How are you?

18             PROSPECTIVE JUROR:  Fine.  How are you, Your

19   Honor?

20             THE COURT:  Sorry for the delay.  I got

21   delayed at lunch hour.

22             You answered a couple of our questions.  Do

23   you watch CSI and those kind of shows?

24             PROSPECTIVE JUROR:  Oh, yes.

25             THE COURT:  Which ones?
```

1          PROSPECTIVE JUROR:  I watch them all.

2          THE COURT:  You know it's not the way it

3    goes in real life?

4          PROSPECTIVE JUROR:  Well, sure.

5          THE COURT:  It's not so simple.  And trials

6    don't move along in five minutes.

7          You said that somebody had been in the armed

8    services?

9          PROSPECTIVE JUROR:  What was that now?

10         THE COURT:  Somebody had been in the armed

11   services?

12         PROSPECTIVE JUROR:  Yes.

13         THE COURT:  Who is that?

14         PROSPECTIVE JUROR:  Myself.

15         THE COURT:  Where were you and in what?

16         PROSPECTIVE JUROR:  I retired from the

17   United States Air Force, Office of Special

18   Investigations, after twenty-three years of service.

19         THE COURT:  Office of Special

20   Investigations?

21         PROSPECTIVE JUROR:  Yes.  Air Force.

22         THE COURT:  What did you do there?

23         PROSPECTIVE JUROR:  I was with the

24   administrative capacity with the Office of Special

25   Investigations, United States Air Force.

1          THE COURT:  Right.  So when you say

2    "administrative capacity," what were your job duties?

3          PROSPECTIVE JUROR:  Well, working on case

4    files and such as that.

5          THE COURT:  You also said that somebody's

6    worked for State, DEA, FBI, or some other government

7    investigative --

8          PROSPECTIVE JUROR:  Yes.  I retired from the

9    DC Office of Tax and Revenue after thirty-one years of

10   service.

11         THE COURT:  When did you retire?

12         PROSPECTIVE JUROR:  I retired from the

13   Office of Tax and Revenue, that was three years ago.

14         THE COURT:  Are you an accountant or

15   administrative --

16         PROSPECTIVE JUROR:  No, I'm not an

17   accountant.

18         THE COURT:  What did you do for the DC Tax

19   and Revenue?

20         PROSPECTIVE JUROR:  Well, I did work with

21   tax compliance, collected bad debts.

22         THE COURT:  Somebody has been employed by

23   law enforcement.  Is that you or someone else?

24         PROSPECTIVE JUROR:  Say what?

25         THE COURT:  We asked about employment with

1    law enforcement.

2            PROSPECTIVE JUROR:  Yeah.  Well, that was

3    the answer I gave you there.  Right.  That was it.

4            THE COURT:  It was your job with the DC tax?

5    But you also answered 23:  Have you or a family

6    member, close friend, worked in the State Department,

7    DEA, FBI, or other government investigatory bodies?

8    You're referring to tax?

9            PROSPECTIVE JUROR:  Yes.

10            THE COURT:  You've never been involved, or

11    no one else, in terms of terrorism?

12            PROSPECTIVE JUROR:  No.

13            THE COURT:  Can you be fair and impartial in

14    this case?

15            PROSPECTIVE JUROR:  I'm sure I can be.

16            THE COURT:  You have not served as a juror

17    in a criminal case?

18            PROSPECTIVE JUROR:  No.  Because of my age,

19    last time, I did not accept the thing.

20            THE COURT:  Oh.  How old are you?

21            PROSPECTIVE JUROR:  Seventy-nine.

22            THE COURT:  Really.  You don't look it.

23            PROSPECTIVE JUROR:  Yes.

24            THE COURT:  But today you are willing to do

25    it?

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  You'll be fine.  Okay.

3           Anything, Mr. Stiglitz?

4           MR. STIGLITZ:  No questions.

5           THE COURT:  Mr. Moore?

6           MR. MOORE:  Just why was it you hesitated

7    when the judge asked you about whether you are willing

8    to do it?  You seemed to hesitate just a little bit.

9           PROSPECTIVE JUROR:  Okay.  Yes, I did,

10   because when I filled out the questionnaire, the

11   question was there.  I said, well, when I was called

12   the last time, I said no, because after age seventy,

13   you are not required; you can decline.  I said I would

14   give it a shot this time.

15          MR. MOORE:  Okay.

16          PROSPECTIVE JUROR:  Okay.

17          MR. MOORE:  You're feeling fine, I take it?

18          PROSPECTIVE JUROR:  At this point in time.

19          THE COURT:  You know that joke about

20   bananas?

21          PROSPECTIVE JUROR:  What's that?

22          THE COURT:  The guy says I don't buy green

23   bananas.

24          PROSPECTIVE JUROR:  I'll put it this way, on

25   the 12th of December, when I signed the paperwork, I

1    felt that I would.

2              THE COURT:  You are okay now?  How are you

3    feeling?

4              PROSPECTIVE JUROR:  I feel pretty good.

5              THE COURT:  Good.  I guess you don't know

6    the joke?

7              MR. STIGLITZ:  You might as well finish the

8    punch line.

9              THE COURT:  I already said it.  Okay.

10             Anything further?

11             MR. MOORE:  No, Your Honor.

12             THE COURT:  Okay.  You seem fine to me.  Is

13   there anything I'm missing?

14             PROSPECTIVE JUROR:  No.

15             You asked me about, did I have someone in

16   the family that worked with one of the government

17   agencies.  My daughter works with the Public

18   Defender's Office in DC.

19             THE COURT:  Is she a lawyer?

20             PROSPECTIVE JUROR:  No, she is not.

21             THE COURT:  What does she do for them?

22             PROSPECTIVE JUROR:  I'm not sure.  She's

23   administrative, as far as I know.

24             THE COURT:  Okay.

25             PROSPECTIVE JUROR:  I don't go into any

1    details with the kids.  They don't discuss their job

2    with me, as I did not discuss my job with them.

3              THE COURT:  Okay.  That's fair.

4              Go ahead, sir.

5              MR. STIGLITZ:  I just want to be fair to

6    everybody, including you.  Do you have any sort -- any

7    medical condition, or -- you know, I hope I get to be

8    the age that -- seventy-nine.

9              PROSPECTIVE JUROR:  I have high blood

10   pressure.

11             MR. STIGLITZ:  Okay.

12             PROSPECTIVE JUROR:  No diabetes.  High blood

13   pressure.

14             MR. STIGLITZ:  Quite frankly, that's not

15   really all that relevant.  Other than that, is there

16   any issue, any physical issue that you feel, if this

17   goes out to three weeks, that you're gonna be -- it's

18   going to create a hardship for you?

19             PROSPECTIVE JUROR:  Well, the wife's not too

20   happy, because it's running into vacation time, to be

21   truthful with you.

22             THE COURT:  When is vacation?

23             PROSPECTIVE JUROR:  Well, we really haven't

24   decided at this point in time.  We normally go, you

25   know, spring of the year.  But there is this little

1    obstacle that we have now.  My great granddaughter is

2    here from California with two grandkids, which are my

3    great-grandkids.  She's attending Howard University,

4    and I do fill in a few days a week in taking those

5    kids to school.

6            THE COURT:  If you get chosen, would you

7    still be able to do it or somebody else do it for you?

8            PROSPECTIVE JUROR:  Well, I don't know.

9    That's hard to say.

10           THE COURT:  What time do you --

11           PROSPECTIVE JUROR:  Because she has -- three

12   days a week she has an early class.

13           THE COURT:  What time do you drop them off?

14           PROSPECTIVE JUROR:  I drop them off at 7:30.

15           THE COURT:  We don't start that early.

16           PROSPECTIVE JUROR:  All right.

17           MR. STIGLITZ:  I appreciate that your heart,

18   when you filled in the application, was in the right

19   place.  I'm going to lay it out for you.  This case

20   could be three weeks.  You've got these other issues

21   that you've discussed.  Do you feel these other issues

22   being there will either distract you or make it

23   difficult for you to focus on this case and be fair

24   and impartial to both sides?

25           It's not a trick question.  I'm just laying

1    it out for you.

2              PROSPECTIVE JUROR:  Well, okay.  Yes.  If

3    it's going to run that long, ah, you know, that could

4    create some problems, so to speak.

5              THE COURT:  Like what?  What are we talking

6    about?  Medical problems?

7              PROSPECTIVE JUROR:  Yeah, medical.

8              THE COURT:  I mean, you don't have any --

9    you're just being concerned --

10             PROSPECTIVE JUROR:  Concerned, right.

11             THE COURT:  -- about the future?

12             PROSPECTIVE JUROR:  Just like I said, last

13   week I was in with the flu.  That's something I didn't

14   know was going to happen.  Had this been two or three

15   days ago, I wouldn't have been able to make it in here

16   today because it was just that bad.

17             MR. STIGLITZ:  Okay.  Thank you very much,

18   sir.

19             THE COURT:  We very much appreciate your

20   willingness to serve.  I certainly -- you certainly

21   seem healthy to me.  But I don't have any other

22   questions.

23             Thank you, sir.  Have a good day.  Call back

24   the jury office after 5 and they'll let you know what

25   to do next.  Thank you.

```
 1              (Prospective Juror 0775 left the courtroom.)
 2              THE COURT:  We should all be so lucky at
 3    seventy-nine.
 4              0621.  28, 31.
 5              THE COURTROOM DEPUTY:  Juror 0621.
 6              (Prospective Juror 0621 took the witness
 7              stand.)
 8              THE COURT:  Good afternoon.  I apologize for
 9    the delay.  We've got delayed in the morning session
10    and we pushed over into the lunch hour.
11              PROSPECTIVE JUROR:  Sure.
12              THE COURT:  I have a couple of quick
13    questions.  Have you studied law, or somebody else --
14    or have legal training?
15              PROSPECTIVE JUROR:  Yes, ma'am.
16              THE COURT:  You're a lawyer.
17              PROSPECTIVE JUROR:  I am a lawyer, yes.
18              THE COURT:  Where do you work?
19              PROSPECTIVE JUROR:  I work at Sony
20    Electronics in Washington, DC.
21              THE COURT:  What is your job there?
22              PROSPECTIVE JUROR:  It's regulatory law.
23    FCC, FTC, and other government agencies.
24              THE COURT:  Have you ever done any criminal
25    law?
```

1            PROSPECTIVE JUROR:  No, ma'am.

2            THE COURT:  Did you work somewhere else

3    before you worked for Sony?  You're in-house?

4            PROSPECTIVE JUROR:  I am in-house, yes, but

5    never criminal law.

6            THE COURT:  What kind of law?

7            PROSPECTIVE JUROR:  Again, regulatory law

8    and in-house corporate counsel.

9            THE COURT:  And you indicated someone had

10   been the victim or witness, charged or convicted of a

11   crime?

12           PROSPECTIVE JUROR:  My house has been --

13   nothing serious.  My house has been broken into once

14   before, and my son had his bike stolen a few months

15   ago.

16           THE COURT:  And do you think you can be fair

17   and impartial to both sides?

18           PROSPECTIVE JUROR:  Yes, ma'am.

19           THE COURT:  Mr. Moore?

20           MR. MOORE:  No questions, Your Honor.

21           THE COURT:  Mr. Stiglitz?

22           MR. STIGLITZ:  Nothing.

23           THE COURT:  Okay.  Sir, you are excused at

24   this time.  You must call the jury office at 5 and

25   they'll let you know what to do next.  Do not discuss

1   the case.

2             PROSPECTIVE JUROR:  Understood.

3             THE COURT:  Thank you.

4             (Prospective Juror 0621 left the courtroom.)

5             THE COURT:  Now we're moving on to 0112.

6   11, 22, 29, 31.

7             THE COURTROOM DEPUTY:  Juror 0112.

8             (Prospective Juror 0112 took the witness

9             stand.)

10            THE COURT:  Hello.  How are you?

11            PROSPECTIVE JUROR:  Hi.

12            THE COURT:  I'm sorry that we got a little

13   delayed over the lunch hour.  My apologies.

14            You answered you've been on a grand jury,

15   but not a regular one?

16            PROSPECTIVE JUROR:  Right.

17            THE COURT:  And the grand jury was here?

18   Across the street?

19            PROSPECTIVE JUROR:  DC, I think local.

20            THE COURT:  Yes.  Across the street.

21            Maybe you want to move a little bit closer.

22            And you also indicated to us that somebody,

23   either you or someone else, works for law enforcement?

24            PROSPECTIVE JUROR:  My daughter did.

25            THE COURT:  What did she do?

1                    PROSPECTIVE JUROR:  Correctional officer.

2                    THE COURT:  Here?  For the Department of

3     Corrections?

4                    PROSPECTIVE JUROR:  South Carolina.

5                    THE COURT:  Would that in any way make you

6     more likely to favor the government's side of the

7     case?

8                    PROSPECTIVE JUROR:  No.

9                    THE COURT:  Can you give both sides a fair

10    trial?

11                   PROSPECTIVE JUROR:  Yes.

12                   THE COURT:  And you also indicated -- what

13    do you do?  Do you work?

14                   PROSPECTIVE JUROR:  Yes.  State of Maryland,

15    child support.

16                   THE COURT:  Okay.  How long have you been

17    doing that?

18                   PROSPECTIVE JUROR:  Five and a half years.

19                   THE COURT:  And what is your job for them?

20                   PROSPECTIVE JUROR:  Child support

21    specialist.

22                   THE COURT:  And so do you -- your job is to

23    keep track of people's payment on child support or --

24                   PROSPECTIVE JUROR:  Processing cases for

25    child support.

```
1                THE COURT:  Okay.

2                PROSPECTIVE JUROR:  And paternity and

3   support.

4                THE COURT:  Okay.  What did you do before

5   that?

6                PROSPECTIVE JUROR:  Residential counselor.

7                THE COURT:  Was it a drug rehab or...

8                PROSPECTIVE JUROR:  No.

9                THE COURT:  And somebody's family member is

10  part of the armed services?

11               PROSPECTIVE JUROR:  I was.

12               THE COURT:  What?

13               PROSPECTIVE JUROR:  Air Force.

14               THE COURT:  What did you do for the Air

15  Force?

16               PROSPECTIVE JUROR:  Administrative

17  specialist.

18               THE COURT:  Were you civilian or military?

19               PROSPECTIVE JUROR:  Military.

20               THE COURT:  And how long did you work for

21  them?

22               PROSPECTIVE JUROR:  Four years.

23               THE COURT:  And the last question:  Has

24  somebody been the victim, witness, charged or

25  convicted with a criminal offense?
```

```
1              PROSPECTIVE JUROR:  A victim.  Someone
2    snatched my pocketbook.
3              THE COURT:  Okay.  That's probably what you
4    had in mind when you answered Number 31?
5              PROSPECTIVE JUROR:  Mm-hmm.
6              THE COURT:  How long ago?
7              PROSPECTIVE JUROR:  About five years.
8              THE COURT:  Did they catch anyone?
9              PROSPECTIVE JUROR:  No.
10             THE COURT:  Mr. Stiglitz, any questions?
11             MR. STIGLITZ:  Good afternoon, ma'am.
12             PROSPECTIVE JUROR:  Good afternoon.
13             MR. STIGLITZ:  Can you explain a little bit
14   further your prior work as a residential counselor,
15   what that entailed?
16             PROSPECTIVE JUROR:  Working with the
17   mentally retarded and helping them with their life
18   skills in their place of residence.
19             MR. STIGLITZ:  Okay.  How long were you
20   doing that sort of work?
21             PROSPECTIVE JUROR:  And also, it was the
22   teen moms also.  I did that for a while.  So that was
23   still in a residential setting, like a group home.
24   Probably for about maybe eight or ten years, maybe.
25             MR. STIGLITZ:  Do you have any sort of
```

1    educational background in counseling or therapy or

2    social work or anything of that nature?

3                PROSPECTIVE JUROR:  No.  Just social work

4    with the Salvation Army, but that was before that.

5                MR. STIGLITZ:  How long were you there?

6                PROSPECTIVE JUROR:  About five years.

7                MR. STIGLITZ:  What type of work did you do

8    with the Salvation Army?

9                PROSPECTIVE JUROR:  Basically, helping

10   people to get housing and food and placement.

11               MR. STIGLITZ:  Okay.  When you were with the

12   Air Force, where were you posted?

13               PROSPECTIVE JUROR:  Germany and -- mostly

14   Germany and Mississippi, Texas, DC.

15               MR. STIGLITZ:  Okay.  All right.  Thank you

16   very much.

17               MR. MOORE:  I'm sorry, ma'am.  I just missed

18   it.  Had you been -- had you served on a jury before?

19               THE COURT:  Grand jury.

20               PROSPECTIVE JUROR:  I did grand jury.

21               MR. MOORE:  You served on a grand jury.  On

22   a jury trial, never?

23               PROSPECTIVE JUROR:  I'm thinking -- I can't

24   remember exactly whether -- I knew it was one, but I

25   can't remember exactly what happened or -- it was DC.

1    I think it was.

2              MR. MOORE:  Across the street, Superior

3    Court, and you get a summons down there every two or

4    three years, but you don't remember if you got

5    selected for a jury?

6              PROSPECTIVE JUROR:  It's been about

7    twenty-something years.

8              No, I don't remember.

9              MR. MOORE:  Okay.  Thank you very much.

10             THE COURT:  Anything further?

11             (No response.)

12             THE COURT:  Thank you.  You're excused at

13   this time.  And you must call the jury office after 5.

14   They'll let you know what to do next.  Thank you.

15             PROSPECTIVE JUROR:  Okay.  Thank you.

16             (Prospective Juror 0112 left the courtroom.)

17             THE COURT:  Next number is 0513.  And it's

18   31 and 47.

19             THE COURTROOM DEPUTY:  Juror 0513.

20             (Prospective Juror 0513 took the witness

21             stand.)

22             THE COURT:  Good afternoon.  How are you?

23             PROSPECTIVE JUROR:  I'm fine.  And you?

24             THE COURT:  Fine.  Thank you.

25             I apologize for our delay.  We went over

1    during the lunch hour.

2            You have answered two of our questions.

3    Somebody has been the victim of, witness, charged or

4    convicted with a criminal offense?

5            PROSPECTIVE JUROR:  Yes.

6            THE COURT:  Can you tell us who you had in

7    mind?  What happened?

8            PROSPECTIVE JUROR:  Oh, that was my son.

9            THE COURT:  And was he --

10           PROSPECTIVE JUROR:  He was in a car with,

11   quote/unquote, a friend that has a gun.  But when

12   police stopped them, the friend threw the gun away.  I

13   wasn't there.  This is what I heard.  So they locked

14   him up, I think, for eight months or nine months.

15           THE COURT:  And what happened at the end

16   there, at the end of eight or nine months?

17           PROSPECTIVE JUROR:  He was released.

18           THE COURT:  Did he go to trial or -- and was

19   found guilty, or did he plead or how did -- what

20   happened?

21           PROSPECTIVE JUROR:  Um, I don't recall.  He

22   was released.

23           THE COURT:  You don't know whether he was

24   convicted or pled?

25           PROSPECTIVE JUROR:  No.  All I know, he was

1    in the jail for, I think, eight or nine months.

2              THE COURT:  Uh-huh.  And do you have any ill

3    will towards the police or the government as a result

4    of what happened to him?

5              PROSPECTIVE JUROR:  No.

6              THE COURT:  Do you think he was treated

7    unjustly?

8              PROSPECTIVE JUROR:  No.  I told him, know

9    who your friends are.  Any friend who would put you

10   into trouble, don't mingle; it's not your friend;

11   don't mingle with the friend.

12             THE COURT:  And how long ago was this?

13             PROSPECTIVE JUROR:  I think that was seven

14   years ago.  I think seven years ago.

15             THE COURT:  Are you working?

16             PROSPECTIVE JUROR:  I just retired in

17   November.

18             THE COURT:  What did you do before you

19   retired?

20             PROSPECTIVE JUROR:  I'm a school nurse.

21             THE COURT:  Okay.  Where were you located?

22             PROSPECTIVE JUROR:  I was located at Barnard

23   Elementary School.

24             THE COURT:  How long were you there?

25             PROSPECTIVE JUROR:  I was there for -- hmm,

1    I was there for -- I started September, October.  I

2    was there for, I think, three months.

3              THE COURT:  And what did you do before that

4    one?

5              PROSPECTIVE JUROR:  A nurse, too, at another

6    school.  At Bancroft Elementary School.

7              THE COURT:  How long were you in the

8    schools -- DC schools?

9              PROSPECTIVE JUROR:  I think about, hmm,

10   fifteen years.

11             THE COURT:  Okay.  And you also -- let's

12   see.  You watch *CSI* and *Law and Order*?

13             PROSPECTIVE JUROR:  Once in a while I do

14   watch it.

15             THE COURT:  You know it's not like that in

16   everyday court?

17             PROSPECTIVE JUROR:  Yeah.

18             THE COURT:  That's just a TV show.

19             PROSPECTIVE JUROR:  That's Hollywood.

20             THE COURT:  Okay.  Mr. Stiglitz, any

21   questions?

22             MR. STIGLITZ:  Ma'am, good afternoon.

23             PROSPECTIVE JUROR:  Good afternoon, sir.

24             MR. STIGLITZ:  I'm trying to get a better

25   sense of this incident that happened with your son.

1    First of all, was that here in Washington?

2              PROSPECTIVE JUROR:  Yes.

3              MR. STIGLITZ:  How old is your son, if I may

4    ask?

5              PROSPECTIVE JUROR:  Right now, he's

6    thirty-four.

7              THE COURT:  34?

8              PROSPECTIVE JUROR:  34, yes.

9              THE COURT:  How old was he when this

10   incident happened that you told us about?

11             PROSPECTIVE JUROR:  About seven years.  I

12   think it's about twenty-something.

13             MR. STIGLITZ:  So about seven years ago?

14             PROSPECTIVE JUROR:  Yes.

15             MR. STIGLITZ:  Did you ever have a

16   conversation with your son about what happened or why

17   he was arrested or what happened to his case?

18             PROSPECTIVE JUROR:  Yeah.  He told me he got

19   into a car with a friend.

20             MR. STIGLITZ:  Yeah.

21             PROSPECTIVE JUROR:  He didn't know that the

22   friend has a gun.  That's what he said.  So when the

23   police stopped them, he threw the gun away.  So they

24   lock both of them up.

25             MR. STIGLITZ:  Okay.  Did he tell you why he

1    ended up getting out of jail?  What happened to his

2    case?

3              PROSPECTIVE JUROR:  Well, the judge

4    dismissed him.

5              MR. STIGLITZ:  Okay.

6              PROSPECTIVE JUROR:  Yeah.

7              MR. STIGLITZ:  And do you have any, you

8    know, hard feelings over the fact that your son spent

9    eight or nine months in jail for a case he wasn't

10   convicted of?

11             PROSPECTIVE JUROR:  Well, if he was -- he

12   wasn't -- I think eight or nine months in jail, I'm

13   sure that the reason is that he did something wrong.

14             MR. STIGLITZ:  Ah.  Okay.

15             PROSPECTIVE JUROR:  So he shouldn't be in

16   the car with that guy.

17             MR. STIGLITZ:  I got it.  That's fine.

18             PROSPECTIVE JUROR:  Okay.

19             MR. STIGLITZ:  Has he had any problems

20   before or since then?

21             PROSPECTIVE JUROR:  Yes, he did.

22             MR. STIGLITZ:  What else?

23             PROSPECTIVE JUROR:  Okay.  Um, he -- him and

24   his friend, too, went to an abandoned house.  They

25   took -- they broke into an abandoned house, and they

1    took some things from there.

2              MR. STIGLITZ:  Okay.  And what happened to

3    him?

4              PROSPECTIVE JUROR:  Well, he was caught, but

5    he wasn't sent to jail.  He was a minor at that

6    particular time.  I think he was in junior high or so.

7              MR. STIGLITZ:  Okay.  And how about after

8    that?  Were there any other problems before this gun

9    incident?

10             PROSPECTIVE JUROR:  No.

11             MR. STIGLITZ:  It wasn't the same friend,

12   was it?

13             PROSPECTIVE JUROR:  No.  It wasn't the same

14   friend.

15             MR. STIGLITZ:  Okay.  How long were you with

16   the school as a nurse?

17             PROSPECTIVE JUROR:  I think about fourteen,

18   fifteen years.

19             MR. STIGLITZ:  Fourteen, fifteen years.  Did

20   you have any other career before being a nurse?

21             PROSPECTIVE JUROR:  Nope.

22             MR. STIGLITZ:  What other jobs did you have

23   besides that fourteen or fifteen years of working in

24   the school?

25             PROSPECTIVE JUROR:  Oh, I was a nurse at

1  Howard University for, I think, about four years.  I

2  was a nurse at -- a nurse at Sibley -- I think Sibley

3  Hospital and in Germantown, Philadelphia, I was a

4  nursing assistant.

5          MR. STIGLITZ:  Very good.  Thank you very

6  much, ma'am.

7          PROSPECTIVE JUROR:  You're welcome.

8          MR. MOORE:  Just very briefly.  The incident

9  where your son was in the car and the other fellow

10 threw the gun out -- do you know what happened to the

11 other fellow?

12         PROSPECTIVE JUROR:  I think both of them

13 were locked up.

14         MR. MOORE:  Okay.  And do you know how long

15 the other fellow was locked up?

16         PROSPECTIVE JUROR:  No.  No.

17         MR. MOORE:  Did your son have an attorney?

18         PROSPECTIVE JUROR:  Yeah.  I think state

19 attorney.

20         MR. MOORE:  Did the attorney ever talk to

21 you about what was going on with your son's case?

22         PROSPECTIVE JUROR:  All I know was when they

23 moved him from DC jail, I was called, that they have

24 moved him there.

25         MR. MOORE:  That they moved him to DC jail?

1          PROSPECTIVE JUROR:  He was at DC jail.  They

2    moved him.

3          MR. MOORE:  And where --

4          PROSPECTIVE JUROR:  I don't recall where

5    they moved him.

6          MR. MOORE:  Someplace where he was still

7    locked up?

8          PROSPECTIVE JUROR:  Yeah.  He was getting, I

9    think, treatment.

10          MR. MOORE:  He was getting treatment?

11          PROSPECTIVE JUROR:  Yes.

12          MR. MOORE:  Like mental health treatment?

13          PROSPECTIVE JUROR:  Yes.

14          MR. MOORE:  Nobody ever told you that he was

15    convicted of anything; is that correct?

16          PROSPECTIVE JUROR:  Other than a possession

17    of arm with the friend, and he didn't have the gun.

18    It wasn't his gun.  Yeah.  That's all.

19          MR. MOORE:  All right.  Thank you.

20          PROSPECTIVE JUROR:  You're welcome.

21          THE COURT:  Anything further?

22          MR. STIGLITZ:  Briefly, Your Honor.

23          This treatment that he received, what was

24    the treatment for, your son?

25          PROSPECTIVE JUROR:  I think it's bipolar.

1          MR. STIGLITZ:  So it didn't have anything to

2     do with drug abuse or anything like that?

3          PROSPECTIVE JUROR:  Well --

4          MR. STIGLITZ:  Let me re-ask the question.

5          Has your son ever had a problem with illegal

6     drugs?

7          PROSPECTIVE JUROR:  Yes, he has.

8          MR. STIGLITZ:  Can you explain the nature of

9     his problem?

10          PROSPECTIVE JUROR:  Really, all I know was

11     one day he was on the street, so I took him -- I

12     grabbed him and took him to Howard University

13     Hospital.

14          MR. STIGLITZ:  Okay.

15          PROSPECTIVE JUROR:  Yeah.

16          MR. STIGLITZ:  Do you know what type of

17     drugs that he was using?

18          PROSPECTIVE JUROR:  No.

19          MR. STIGLITZ:  Did he ever ask --

20          PROSPECTIVE JUROR:  Either cocaine -- I

21     don't know what type of drug.

22          MR. STIGLITZ:  Other than this firearm

23     charge, has his use of drugs ever gotten him in any

24     trouble with the police?

25          PROSPECTIVE JUROR:  Not that I know of.

```
1            MR. STIGLITZ:  Okay.  Thank you.

2            PROSPECTIVE JUROR:  You're welcome.

3            THE COURT:  Anything further?

4            MR. MOORE:  No, Your Honor.

5            THE COURT:  Thank you very much.  You are

6   excused at this time.  Please call the jury office

7   after 5 and they'll tell you what to do.  Okay?

8            PROSPECTIVE JUROR:  Okay.

9            THE COURT:  Thank you.

10           PROSPECTIVE JUROR:  You're welcome.

11           (Prospective Juror 0513 left the courtroom.)

12           THE COURT:  Next juror is 0517.

13           Does somebody know her?  She listed 18,

14  19 -- 18 applies to the defense counsel -- 19, 24 --

15  said she knows somebody here or the other court -- 26,

16  and 28.

17           MS. PETERSON:  Until I see her -- I don't

18  recognize the name.

19           THE COURT:  She's worked at Wilmer.

20           MS. PETERSON:  I have a lot of friends at

21  WilmerHale, but I don't know the name.

22           THE COURTROOM DEPUTY:  Juror 0517.

23           (Prospective Juror 0517 took the witness

24           stand.)

25           THE COURT:  Good afternoon.  How are you?
```

1          PROSPECTIVE JUROR:  Okay.

2          THE COURT:  Sorry for the delay.  We had to

3   take our lunch later than expected.

4          It says you know some of the lawyers,

5   perhaps?

6          PROSPECTIVE JUROR:  Yes.  I interned for the

7   Federal Public Defender's office and -- as well as for

8   you when I was in law school.

9          THE COURT:  And for me?  Right.  It's all

10  coming back to me.  You went to UVA?

11          PROSPECTIVE JUROR:  Undergrad.  And American

12  here, during law school.

13          THE COURT:  Absolutely.  And was it in

14  Superior Court or here?

15          PROSPECTIVE JUROR:  Here.

16          THE COURT:  Do you -- you know one or both

17  of them?

18          PROSPECTIVE JUROR:  Shelly and Shawn worked

19  in the Public Defender's Office when I was an intern

20  there.

21          THE COURT:  What year would you have been an

22  intern here?

23          PROSPECTIVE JUROR:  Here, I think it was

24  2005, the spring of '05.

25          THE COURT:  Where did you go after?

```
1              PROSPECTIVE JUROR:  I clerked for Justice

2    Jacobs in the Delaware Supreme Court, and I'm at

3    WilmerHale.

4              THE COURT:  What do you do at Wilmer?

5              PROSPECTIVE JUROR:  Securities litigation.

6              THE COURT:  It's coming back.  I'm getting

7    old.  Sorry.  I apologize.  I do remember quite

8    clearly.

9              PROSPECTIVE JUROR:  That's okay.

10             THE COURT:  I hate to say it, but your hair

11   is different.

12             Anyway, did you -- did you --

13             How is your memory, folks?

14             MS. PETERSON:  Terrible.  Sorry.

15             PROSPECTIVE JUROR:  That's okay.

16             THE COURT:  That's who you know in the

17   courtroom?

18             PROSPECTIVE JUROR:  Yes.

19             THE COURT:  Did you recognize Gwen?

20             PROSPECTIVE JUROR:  Not really.  Perhaps her

21   hair is different too.

22             THE COURT:  It is.  It's a lot shorter.

23             Let's see.  19.  24.  So anybody else?

24             Do you remember Elizabeth, Gwen?  She

25   clerked for me -- was an intern.
```

```
1              THE COURTROOM DEPUTY:  No.

2              THE COURT:  And you have a friend who's been

3    employed by a criminal defense lawyer, or is that you

4    that you had in mind?

5              PROSPECTIVE JUROR:  Yes.  I've done some

6    criminal work.

7              THE COURT:  Where?  At Wilmer?

8              PROSPECTIVE JUROR:  Yes.

9              THE COURT:  What kind of work?

10             PROSPECTIVE JUROR:  Usually joint

11   representation with SEC and DOJ investigations.

12             THE COURT:  Do you ever see Brent Gurney?

13             PROSPECTIVE JUROR:  I do.

14             THE COURT:  Last question you answered was

15   you studied law in law school.  When did you graduate?

16             PROSPECTIVE JUROR:  '05.

17             THE COURT:  Can you be fair and impartial to

18   both sides here?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  Questions?

21             MR. STIGLITZ:  Good afternoon.

22             PROSPECTIVE JUROR:  Hi.

23             MR. STIGLITZ:  Did you ever work on any

24   cases with either Mr. Moore or Miss Peterson?

25             PROSPECTIVE JUROR:  Not directly, no.
```

1                MR. STIGLITZ:  Would you have any problem

2       hearing a case if they are arguing and if you

3       disagreed with them, disagreeing with them?

4                PROSPECTIVE JUROR:  Not at all.  No.

5                MR. STIGLITZ:  What year did you intern with

6       the federal court.

7                PROSPECTIVE JUROR:  My first year of school,

8       so that would have been, I guess, the summer of 2003.

9                MR. STIGLITZ:  And the type of work that

10      you're currently doing -- you said it so fast, I'm

11      afraid I missed it.

12               PROSPECTIVE JUROR:  Sure.  Securities

13      enforcement litigation work.  Generally, civil defense

14      of SEC investigations.

15               MR. STIGLITZ:  And the nature of the

16      criminal work you've done?

17               PROSPECTIVE JUROR:  Some overlap with

18      individual clients on the insider trading side.

19               MR. STIGLITZ:  So all white collar corporate

20      stuff?

21               PROSPECTIVE JUROR:  Yes.

22               MR. STIGLITZ:  No other questions.  Thank

23      you.

24               MR. MOORE:  No questions, Your Honor.

25               THE COURT:  Thank you.  Nice to see you.

1    PROSPECTIVE JUROR:  Nice to see you.

2    THE COURT:  Would you call the juror

3    office -- excuse me; I've lost my voice -- after 5,

4    and they will let you know what happens next.

5    PROSPECTIVE JUROR:  Okay.

6    (Prospective Juror 0517 left the courtroom.)

7    THE COURT:  615.  12, 24, 26, 28, and 22.

8    THE COURTROOM DEPUTY:  Juror 0615.

9    (Prospective Juror 0615 took the witness

10    stand.)

11    THE COURT:  Good afternoon.  Sorry for the

12    delay.

13    You've answered a couple of our questions,

14    and if I may follow-up.

15    PROSPECTIVE JUROR:  Sure.

16    THE COURT:  You have prior knowledge about

17    this case?  Do you know anything about it?

18    PROSPECTIVE JUROR:  When I, in 2009 -- when

19    the defendant was detained initially, I was working

20    for Judge Facciola.  We did his detention order.

21    THE COURT:  Okay.  And you worked on that?

22    PROSPECTIVE JUROR:  Uh-huh.  Yes.

23    THE COURT:  Where do you work now?

24    PROSPECTIVE JUROR:  I'm an attorney at

25    Crowell & Moring.

1          THE COURT:  Counsel, I guess the --

2          If you've done his detention hearing, I

3   guess you should be excused.

4          Okay.  You're free to go at this time.  And

5   you just check out through the jury office.

6          PROSPECTIVE JUROR:  Okay.

7          THE COURT:  Did you go from Judge Facciola

8   to Crowell & Moring directly?

9          PROSPECTIVE JUROR:  Yes.

10         THE COURT:  So we've met at the pizza party,

11  I'm sure.

12         PROSPECTIVE JUROR:  Oh, I'm sure.  One year

13  at the pizza party, yeah.

14         THE COURT:  Congratulations.

15         PROSPECTIVE JUROR:  Thank you very much.

16         THE COURT:  You can go.

17         PROSPECTIVE JUROR:  Thanks.

18         (Prospective Juror 0615 left the courtroom.)

19         THE COURT:  That doesn't happen very often.

20         I have a great war story, which is not on

21  the record.

22         (Discussion held off the record.)

23         THE COURT:  0635.  10 and 31.

24         THE COURTROOM DEPUTY:  0635.

25         (Prospective Juror 0635 took the witness

```
 1                    stand.)
 2            THE COURT:  Good afternoon.  How are you?
 3            PROSPECTIVE JUROR:  Good.  Fine.
 4            THE COURT:  Sorry for the delay.
 5            You had answered just two questions, I
 6    think.  10 was you have been on a jury before?
 7            PROSPECTIVE JUROR:  In DC.
 8            THE COURT:  In Superior Court?
 9            PROSPECTIVE JUROR:  Yes.
10            THE COURT:  And do you recall -- I don't
11    want to know the verdict, but do you recall the
12    charge?
13            PROSPECTIVE JUROR:  It was a drug case.
14            THE COURT:  Okay.  Anything about that
15    experience or anything else you think would affect
16    your ability to be fair and impartial?
17            PROSPECTIVE JUROR:  No.
18            THE COURT:  Are you employed?
19            PROSPECTIVE JUROR:  No.
20            THE COURT:  What did you do when you last
21    worked?
22            PROSPECTIVE JUROR:  Construction.
23            THE COURT:  When was that?
24            PROSPECTIVE JUROR:  A couple of years ago.
25            THE COURT:  Somebody -- has anybody been
```

238 of 340

1    charged, convicted, or a witness or victim of a

2    criminal offense?  You answered 31.

3             PROSPECTIVE JUROR:  Oh, I have none.

4             I've been the victim of a crime.

5             THE COURT:  What happened?  Can you tell me?

6             PROSPECTIVE JUROR:  Mugged.

7             THE COURT:  In DC or somewhere else?

8             PROSPECTIVE JUROR:  DC.

9             THE COURT:  Did they catch anyone?

10            PROSPECTIVE JUROR:  Nope.  Not as far as I

11   know.

12            THE COURT:  Do you think you can be fair and

13   impartial to both sides here?

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  Mr. Stiglitz?

16            MR. STIGLITZ:  No questions.

17            MR. MOORE:  Just briefly.

18            Sir, other than your background in

19   construction, any other kind of employment that you've

20   done?

21            PROSPECTIVE JUROR:  No.

22            MR. MOORE:  So pretty much life-long

23   construction-type stuff?

24            PROSPECTIVE JUROR:  Well, I mean, before, I

25   lived in Florida and I worked for my father in the

1  coin op business.

2          MR. MOORE:  Okay.

3          PROSPECTIVE JUROR:  Washers and dryers.

4          THE COURT:  Oh, coin op.

5          MR. MOORE:  You sat, I think you said, on a

6  jury in a drug case?

7          PROSPECTIVE JUROR:  Yes.

8          MR. MOORE:  How long ago was that?

9          PROSPECTIVE JUROR:  Four years ago.

10         MR. MOORE:  In Superior Court, across the

11 street?

12         PROSPECTIVE JUROR:  Yes.

13         MR. MOORE:  Without telling us what

14 happened, did the jury come to a verdict in that case?

15         PROSPECTIVE JUROR:  Yes.

16         MR. MOORE:  After the case was over, did any

17 of the lawyers for the defense or for the prosecution

18 talk to the jury at all?

19         PROSPECTIVE JUROR:  Not that I can remember,

20 no.

21         MR. MOORE:  Have you ever been a juror

22 elsewhere?  For example, you say your dad was in

23 Florida.

24         PROSPECTIVE JUROR:  No, I've never been on a

25 jury before that.

1          MR. MOORE:  Other than that.  Okay.

2          PROSPECTIVE JUROR:  No.

3          MR. MOORE:  And -- I'm sorry -- I may have

4   missed this.  How long ago was it that you were

5   mugged?

6          PROSPECTIVE JUROR:  1995.

7          MR. MOORE:  You reported it to the police?

8          PROSPECTIVE JUROR:  Yes.

9          MR. MOORE:  And they never found anyone?

10         PROSPECTIVE JUROR:  No.

11         MR. MOORE:  Were you satisfied or

12  dissatisfied, again, with how they proceeded in your

13  case?

14         PROSPECTIVE JUROR:  Well, they arrived soon

15  enough, but the perpetrators, whatever, they were long

16  gone.

17         MR. MOORE:  Okay.

18         PROSPECTIVE JUROR:  And I don't think

19  anything ever came of it.

20         MR. MOORE:  Okay.  You think they did what

21  they could do under the circumstances?

22         PROSPECTIVE JUROR:  Probably, yeah.  But I

23  never got any report from them or anything like that.

24         MR. MOORE:  Final question:  Were you hurt,

25  hit, anything like that?

1          PROSPECTIVE JUROR:  Yeah.  I was kicked in

2    the ribs.

3          MR. MOORE:  Medical treatment?

4          PROSPECTIVE JUROR:  No.

5          MR. MOORE:  All right.  Thank you very much,

6    sir.

7          THE COURT:  Mr. Stiglitz?  No questions?

8          Okay.  Sir, you are free to go at this time.

9    Do not discuss the case, and please call the jury

10   office after 5 today.  They'll tell you what to do.

11         PROSPECTIVE JUROR:  Thank you.

12         THE COURT:  Okay.  Thank you.

13         (Prospective Juror 0635 left the courtroom.)

14         THE COURT:  0877.  22 and 31.

15         THE COURTROOM DEPUTY:  0877.

16         (Prospective Juror 0877 took the witness

17         stand.)

18         THE COURT:  Good afternoon, sir.  How are

19   you?

20         PROSPECTIVE JUROR:  Great.  How are you?

21         THE COURT:  Good.

22         You said you have a friend who works in the

23   U.S. Marshals Service.

24         PROSPECTIVE JUROR:  Yes, I do.

25         THE COURT:  Is this somebody who works in

1    this courthouse or somewhere else?

2            PROSPECTIVE JUROR:  I think she works in

3    Superior Court, I believe.

4            THE COURT:  Would that make you more likely

5    to favor the prosecution here?

6            PROSPECTIVE JUROR:  No.  I don't believe it

7    would have any impact.

8            THE COURT:  And you're a witness to a crime.

9    It says "auto breaking," in 31.

10           PROSPECTIVE JUROR:  Yes.  Late last year I

11   witnessed someone breaking into a car outside of my

12   home and called the police, and later, followed up

13   with the, I guess, District Attorney to testify -- or

14   to report what I had seen.  And I agreed to come in

15   and testify if it went to trial, but it did not.  It

16   was pled out.  That's all that came about.

17           THE COURT:  Okay.  You work for GW as a

18   property manager?

19           PROSPECTIVE JUROR:  Yes.

20           THE COURT:  What does that mean?

21           PROSPECTIVE JUROR:  I manage the lease

22   portfolio for the university, paying rent, bills,

23   things like that.

24           THE COURT:  Is your employer GW or some

25   other property company?

1           PROSPECTIVE JUROR:  GW, yes.

2           THE COURT:  Is this in -- renting space to

3   students, or how does that work?

4           PROSPECTIVE JUROR:  There's a considerable

5   amount of office space that the university leases in

6   DC, Virginia, Maryland.  Some in California as well.

7           THE COURT:  How long have you been doing

8   that?

9           PROSPECTIVE JUROR:  A little less than four

10  years now.

11          THE COURT:  What did you do before then?

12          PROSPECTIVE JUROR:  I worked as a sales

13  associate at a home building company out in Virginia

14  for about a year and a half.

15          THE COURT:  Can you be fair and impartial to

16  both sides?

17          PROSPECTIVE JUROR:  Yes.

18          THE COURT:  Mr. Moore?

19          MR. MOORE:  Just briefly.

20          I take it you've probably been summoned down

21  to Superior Court to serve as a juror; is that

22  correct?

23          PROSPECTIVE JUROR:  This is my first summons

24  for jury duty.

25          MR. MOORE:  For either federal court or

1    Superior Court?

2              PROSPECTIVE JUROR:  Correct.

3              MR. MOORE:  Okay.  That's all I have.  Thank

4    you.

5              MR. STIGLITZ:  No questions.

6              THE COURT:  You are excused at this time.

7    Please call the jury office after 5 and do not discuss

8    the case.  They'll tell you what to do.

9              PROSPECTIVE JUROR:  May I ask one question?

10             I'm currently enrolled in a master's program

11   at George Washington University as well, and I have

12   classes at 7:10 p.m. on Monday and 6:10 p.m. on

13   Wednesday, so --

14             THE COURT:  No problem.

15             PROSPECTIVE JUROR:  It won't interfere?

16             THE COURT:  If you can stay awake, then it's

17   no problem.  You'll be there.

18             MR. MOORE:  Can I ask what the master's

19   program is?

20             PROSPECTIVE JUROR:  Environmental resources

21   policies, MA.

22             MR. MOORE:  Okay.  Thank you.

23             THE COURT:  Thank you.

24             (Prospective Juror 0877 left the courtroom.)

25             THE COURT:  That was 0877.  Okay.

```
 1              Moving forward, 3997.

 2              THE COURTROOM DEPUTY:  Juror 3997.

 3              THE COURT:  We'll take a break.  We're

 4    almost finished.

 5              (Prospective Juror 3997 took the witness

 6              stand.)

 7              THE COURT:  Good afternoon, sir.  How are

 8    you?

 9              PROSPECTIVE JUROR:  I'm good.

10              THE COURT:  It says here that you may have a

11    hardship of some sort?

12              PROSPECTIVE JUROR:  Yes.  Four weeks ago I

13    started experiencing optical migraines again, which I

14    first started experiencing in my early twenties.  And

15    the good news is I don't get the headache part of it,

16    but I get the optical, the aura part of it, and it

17    lasts for about twenty minutes, and it affects my

18    vision.  And I'm basically unable to read and have

19    problems concentrating.

20              They last for twenty minutes, and after

21    they're over, I just feel kind of exhausted.

22              THE COURT:  Does this happen all the time,

23    or how does it work?

24              PROSPECTIVE JUROR:  Four weeks ago it

25    happened four times in that week, and then since then,
```

1    I have them one or two times a week.

2              THE COURT:  You tell me.  I mean, obviously,

3    if something happened and you were feeling sick for

4    twenty minutes, that's hardly a big -- we take breaks

5    for twenty minutes sometimes.

6              PROSPECTIVE JUROR:  I just wanted to bring

7    it to your attention.

8              THE COURT:  It could happen once or twice a

9    week?  It may not that happen much?  It could happen

10   more?

11             PROSPECTIVE JUROR:  Correct.  Correct.

12             THE COURT:  And you just need a break?

13             PROSPECTIVE JUROR:  Right.

14             THE COURT:  And after it's over, are you

15   able to concentrate and read?

16             PROSPECTIVE JUROR:  Yes.

17             THE COURT:  This is not a heavy duty reading

18   case, is it?

19             MR. STIGLITZ:  No.  There's some transcripts

20   to follow along in, but that's about it.

21             THE COURT:  Is there anything you know about

22   that makes a difference in terms of having these

23   things happen or not happen?

24             PROSPECTIVE JUROR:  Well, they typically

25   happen when I'm at work, and I do a lot of work on the

1    computer.  So I think the computer may have

2    something -- you know, is triggering that.

3              THE COURT:  What do you do?

4              PROSPECTIVE JUROR:  I work in a conference

5    center -- law firm.

6              THE COURT:  I'm sorry.  What does that mean?

7              PROSPECTIVE JUROR:  Receptionist.

8              THE COURT:  I see.  And so you're there at

9    the computer?

10             PROSPECTIVE JUROR:  Right.

11             THE COURT:  Which law firm?

12             PROSPECTIVE JUROR:  Sidley Austin.

13             THE COURT:  You think you can be fair and

14   impartial in this case?

15             PROSPECTIVE JUROR:  Yes.

16             THE COURT:  Questions, Mr. Moore?

17             MR. MOORE:  Yes.

18             Sir, in this case, there are going to be

19   transcripts that are played on the computer, as you

20   can see -- well, not the computer, but screens there

21   for the jurors to view.  And that is a part of this

22   case, and you would be reading along on the monitors.

23   And I mean, do you feel comfortable --

24             PROSPECTIVE JUROR:  I can do that.

25             MR. MOORE:  -- doing that?

1          PROSPECTIVE JUROR:  I mean, that may trigger

2    an optical migraine.

3          MR. MOORE:  That's the point.  That's for

4    you to tell us.  I mean, if you think that that's

5    going to be a problem, because you will be following

6    along on the monitors, of transcripts --

7          MR. STIGLITZ:  Actually, can I have a moment

8    with counsel for one second?

9          (Discussion held off the record.)

10          MR. MOORE:  Let me back up.

11          It will be more so that exhibits are placed

12    on what's called the ELMO, and you'll see exhibits on

13    the screen.  And you know yourself better than we do,

14    obviously.  I mean, do you think this is gonna be --

15    this is gonna cause a problem if we've got an exhibit

16    up there that you're looking at for a while on the

17    screen?  Not necessarily having to do any heavy duty

18    reading, but nonetheless, having to look at something

19    on the monitor.

20          PROSPECTIVE JUROR:  No, I don't think that

21    would pose a problem.  But I can't say whether or not

22    that's going to trigger an optical migraine, so...

23          MR. MOORE:  Okay.  You say that after it

24    does -- after its conclusion, you are pretty much

25    exhausted or wiped out.  About how long would that

1    last for?

2              PROSPECTIVE JUROR:  Probably for like, you

3    know, the remainder of the day, until I go home, go to

4    bed, go to sleep and get up fresh the next day.

5              THE COURT:  Have you been working right

6    along?

7              PROSPECTIVE JUROR:  Oh, yes.  When they

8    happen at work, I just get up and go to a room.  And

9    I'm just more comfortable until it passes because I

10   deal with people, you know, all the time.  So when

11   people come up to the desk, I can't look directly at

12   them to see.  It's very uncomfortable.  Just my vision

13   is all messed up when it's occurring.  And they last

14   for twenty minutes.  They're always twenty minutes.

15             THE COURT:  And you could go to the nurse's

16   office here, you mean?  I mean, if you were to excuse

17   yourself from here, could you get to the nurse's

18   office downstairs?

19             PROSPECTIVE JUROR:  Yes.  Yes.

20             THE COURT:  Okay.

21             MR. MOORE:  Nothing further.  I will leave

22   it -- we have to rely on you.

23             THE COURT:  What he means is -- I mean, you

24   think if you are chosen, you'll be okay?  I mean, you

25   might have a few interruptions?

1          PROSPECTIVE JUROR:  Right.  I mean, I

2   suppose I would be okay.  I mean, I'm just bringing it

3   to your attention so that you know that if I'm

4   selected and I'm -- you know -- hey, I'm having an

5   optical migraine, it's an interruption, so...

6          MR. STIGLITZ:  I suffer from them, too,

7   actually.

8          THE COURT:  So we might have an interruption

9   from you?

10          MR. STIGLITZ:  Fortunately, I don't get them

11   quite as often.  I find that if I cut out the dark

12   chocolate and wine, it helps with that.

13          THE COURT:  There's some advice.

14          MR. STIGLITZ:  Suffice it to say, if you

15   felt there's one coming on, would you feel comfortable

16   alerting the Court so that we could take a

17   twenty-minute or half-an-hour break for you to ride it

18   out?

19          PROSPECTIVE JUROR:  Yes.  Yes.

20          MR. STIGLITZ:  Okay.  And while I appreciate

21   after these happen that you can be a little bit tired,

22   do you feel that you would be so exhausted to the

23   point that you would just be unable to concentrate?

24          PROSPECTIVE JUROR:  No, I would be able to

25   concentrate.  I mean, I'd be tired, but I feel I would

1   be able to concentrate.  I mean, I go back -- if they

2   happen at work, after it's over, I go back to work and

3   I can concentrate.

4              MR. STIGLITZ:  Okay.  Great.  Thank you for

5   bringing it to our attention.

6              PROSPECTIVE JUROR:  Okay.

7              THE COURT:  I have no further questions.

8   Thank you.  You're excused.

9              PROSPECTIVE JUROR:  Okay.

10             THE COURT:  Do not discuss the case.  Call

11  the jury office after 5 and they'll tell you what to

12  do next.

13             (Prospective Juror 3997 left the courtroom.)

14             THE COURT:  Gwen, can I ask you a question,

15  please?

16             (Discussion held off the record.)

17             THE COURT:  0851.  10, 24, 31, 47.

18             THE COURTROOM DEPUTY:  Juror 0851.

19             (Prospective Juror 0851 took the witness

20             stand.)

21             THE COURT:  Hello.  How are you?  Have a

22  seat right there.  That's fine.

23             Sorry for the delay.  It took longer this

24  morning than I expected.

25             You've answered a couple of questions.

1    You've sat on a criminal jury before?

2            PROSPECTIVE JUROR:  Yes.  Twice.

3            THE COURT:  Sorry?

4            PROSPECTIVE JUROR:  Twice.  DC Superior

5    Court.

6            THE COURT:  I don't want to know the

7    verdict, but what were the charges?

8            PROSPECTIVE JUROR:  One was murder, and

9    another one was a stabbing.

10            THE COURT:  Did the jury reach a verdict?

11            PROSPECTIVE JUROR:  Yes.

12            THE COURT:  And 24 asks you if you've had

13    anybody employed by the District Court, Superior

14    Court, or any other court.

15            PROSPECTIVE JUROR:  Until I retired, I

16    worked for the administrative office of the U.S.

17    Courts.

18            THE COURT:  What did you do for them?

19            PROSPECTIVE JUROR:  Information technology.

20            THE COURT:  So this was the IT committee

21    that you provided support?

22            PROSPECTIVE JUROR:  Yes, we supported the IT

23    committee.

24            THE COURT:  Judge Robertson and Judge

25    Collyer?

1           PROSPECTIVE JUROR:  Yes.

2           THE COURT:  When did you --

3           PROSPECTIVE JUROR:  I left there in 2008.

4           THE COURT:  Are you working now, or are you

5   retired?

6           PROSPECTIVE JUROR:  I'm retired.

7           THE COURT:  And you also answered our

8   Question 31.  Somebody's been a victim, witness, or

9   charged or convicted of a crime?

10          PROSPECTIVE JUROR:  Oh, yeah.

11  Unfortunately, my brother was arrested for DUI in

12  Massachusetts a couple of years ago.

13          THE COURT:  Okay.  Do you have any ill-will

14  towards the government as a result?

15          PROSPECTIVE JUROR:  No.  It worked out fine.

16          THE COURT:  Then the last question you've

17  answered, I think, was you watch *CSI* and *Law and*

18  *Order*?

19          PROSPECTIVE JUROR:  Just about everybody

20  does, to an extent.

21          THE COURT:  Yeah.  And you know that's not

22  what happens in the real courts?

23          PROSPECTIVE JUROR:  Of course.

24          THE COURT:  In fact, I can say we don't even

25  have spiffy technology in this court.

1            PROSPECTIVE JUROR:  I know technology.

2            THE COURT:  Can you be fair and impartial to

3   both sides?

4            PROSPECTIVE JUROR:  Yes, of course.

5            THE COURT:  Mr. Stiglitz, any questions?

6            MR. STIGLITZ:  No questions.

7            THE COURT:  Mr. Moore?

8            MR. MOORE:  Nothing, Your Honor.

9            Thank you, ma'am.

10           THE COURT:  Okay.  You're free to go.

11  Please call the jury office after 5 and they'll tell

12  you what to do next.  Okay?

13           PROSPECTIVE JUROR:  Thank you very much.

14           (Prospective Juror 0851 left the courtroom.)

15           THE COURTROOM DEPUTY:  Ready for 861?

16           THE COURT:  10, 15, 16, question mark, with

17  22, 23, 31, 47.

18           THE COURTROOM DEPUTY:  861.  Juror 861.

19           (Prospective Juror 0861 took the witness

20           stand.)

21           THE COURT:  Good afternoon, sir.

22           PROSPECTIVE JUROR:  Hi.

23           THE COURT:  You have a couple of answers

24  here.  Let me ask you about 22 and 23.

25           Somebody works for law enforcement, or DEA,

1    investigatory stuff?

2             PROSPECTIVE JUROR:  State Department.  My

3    sister-in-law works for the State Department and was

4    posted in Kabul.

5             THE COURT:  What does she do in Kabul?

6             PROSPECTIVE JUROR:  I'm not exactly sure.

7    She works in the embassy.

8             THE COURT:  What did she do before that?  Is

9    she in the foreign service?

10            PROSPECTIVE JUROR:  She's in the foreign

11   service, yeah.

12            THE COURT:  Okay.  So she's at the embassy

13   maybe?

14            PROSPECTIVE JUROR:  Yes.

15            THE COURT:  And is that the only law

16   enforcement connection, or --

17            PROSPECTIVE JUROR:  Yes.

18            THE COURT:  And do you know what she did

19   before she got to Kabul?

20            PROSPECTIVE JUROR:  She was posted in Usla,

21   and prior to that in, Iraq.

22            THE COURT:  And worked at the embassy in

23   Iraq.  Was that recently or a long time ago?

24            PROSPECTIVE JUROR:  That was six, seven

25   years ago.

1              THE COURT:  And you said also that you

2      served on a criminal jury before?

3              PROSPECTIVE JUROR:  Yes.

4              THE COURT:  What kind of case?  I don't want

5      to know the verdict.  What kind of case?

6              PROSPECTIVE JUROR:  It was drug selling in

7      DC.  Drug sales, street sales.

8              THE COURT:  Street sales.  Okay.  Anything

9      about that case that you think would interfere with

10     your ability to be fair and impartial here?

11             PROSPECTIVE JUROR:  No.

12             THE COURT:  And you say you had a close

13     family member who worked in a civilian or military

14     capacity in Afghanistan or Pakistan.  Is that your

15     sister-in-law?

16             PROSPECTIVE JUROR:  Yes.  I did have one

17     other thing in mind with that.  My wife -- she used to

18     work for the FTC, which has some enforcement --

19             THE COURT:  Oh, okay.  And you also

20     indicated that somebody has been -- either worked in a

21     civilian or military capacity in an Islamic country.

22     Is that, again, your sister-in-law?

23             PROSPECTIVE JUROR:  Yes.  And I work for the

24     World Bank.

25             THE COURT:  You do now?

1              PROSPECTIVE JUROR:  I do.  And part of my

2    work was working in Indonesia at one point.

3              THE COURT:  In where?

4              PROSPECTIVE JUROR:  Indonesia.

5              THE COURT:  When was the last time you were

6    there?

7              PROSPECTIVE JUROR:  Seven years ago, maybe.

8              THE COURT:  And what kind of position do you

9    have with the World Bank?

10             PROSPECTIVE JUROR:  I'm an economist.

11             THE COURT:  Have you ever been tasked with

12   any countries in the Middle East?

13             PROSPECTIVE JUROR:  I have not.

14             THE COURT:  All right.  And then, let's

15   see -- 22, 23, 31.  Somebody has been the victim,

16   witness, or charged with or convicted of a crime?

17             PROSPECTIVE JUROR:  Yeah.  A property crime

18   in DC.

19             THE COURT:  Okay.  Any reason you think that

20   you couldn't be fair to both sides here?

21             PROSPECTIVE JUROR:  No.

22             THE COURT:  Last question:  You watch *CSI* or

23   one of those?

24             PROSPECTIVE JUROR:  I watch TV, yes.

25   There's a lot of those shows on TV.

1          THE COURT:  You know *CSI*, that's just

2     fiction, right?

3          PROSPECTIVE JUROR:  Yes, I do.

4          THE COURT:  Mr. Moore?

5          MR. MOORE:  Sir, your sister-in-law is or

6     was posted to Kabul?

7          PROSPECTIVE JUROR:  Yes.  She's there now.

8          MR. MOORE:  She's there now.  Her job is

9     what?

10          PROSPECTIVE JUROR:  She works in the

11     embassy.  She's in the foreign service.  I know she

12     used to work on things like -- oh, I know.  She works

13     on foreign trade relations, I think maybe helping or

14     advising the Afghan government.  I don't know.

15          MR. MOORE:  Okay.  Do you talk to her very

16     much about -- or talk to her at all, frankly, about

17     what's going on in Afghanistan at this point?

18          PROSPECTIVE JUROR:  I haven't seen her

19     recently, but in general, yes, about her life, mainly.

20          MR. MOORE:  Okay.  In terms of any

21     discussions that you may have with her, do you have

22     any impressions or opinions about Afghanistan that you

23     can share with us?

24          PROSPECTIVE JUROR:  Coming from her?  Or

25     coming from reading the newspaper?

1          MR. MOORE:  Let's try coming from her first.

2          PROSPECTIVE JUROR:  Just that it's a -- it's

3    a tough life, living there in Kabul.

4          I should say she's not the only person I

5    know who has worked or lived in Kabul, but she's the

6    close family member.

7          MR. MOORE:  All right.  Any discussions at

8    all about drugs, heroin, poppy, anything like that

9    that you've had with her concerning Afghanistan?

10          PROSPECTIVE JUROR:  No.

11          MR. MOORE:  And as an economist with the

12    World Bank, has that provided any knowledge to you

13    about conditions in Afghanistan?

14          PROSPECTIVE JUROR:  Yes.  I work in

15    education, so I talk to colleagues who work on

16    education issues in Afghanistan and in other countries

17    in the Middle East and South Asia.

18          MR. MOORE:  Okay.  In any of these

19    discussions, does the Taliban and the role of the

20    Taliban in Afghanistan come up, because that's going

21    to be mentioned here?  So is there anything that you

22    discuss or have heard about that?

23          PROSPECTIVE JUROR:  I mean, not

24    particularly, not more so than one would read in the

25    newspaper.

1          MR. MOORE:  So is it fair to say, in terms

2     of what you read in the newspaper, it's just basically

3     the kind of news that we would read every day?

4     Something like that?

5          PROSPECTIVE JUROR:  Yeah.  *Washington Post*

6     style.

7          MR. MOORE:  And nothing has made you hold

8     any firm belief about something in Afghanistan that

9     would affect your ability in this case, I take it?

10         PROSPECTIVE JUROR:  Nothing --

11         MR. MOORE:  Your ability to be fair and

12    impartial.

13         PROSPECTIVE JUROR:  My ability to be fair --

14    I think I can be fair.

15         MR. MOORE:  That's all I have.

16         MR. STIGLITZ:  No questions.

17         THE COURT:  Okay.  Thank you very much, sir.

18    You're excused.  Please call the jury after 5 and do

19    not discuss the case with anyone.

20         Thank you.

21         PROSPECTIVE JUROR:  Thanks.

22         THE COURT:  Have a good day.

23         (Prospective Juror 0861 left the courtroom.)

24         THE COURT:  Next one is 0259.  22 and 41.

25         We only have three left.

```
1              THE COURTROOM DEPUTY:  Juror 0259.

2              (Prospective Juror 0259 took the witness

3         stand.)

4              THE COURT:  Good afternoon.  How are you?

5              PROSPECTIVE JUROR:  Good afternoon.  Fine.

6    Thank you.

7              THE COURT:  I apologize for the delay.  We

8    got delayed just before lunch, actually.

9              You answered two questions.  Somebody works

10   in law enforcement or did work in law enforcement?

11             PROSPECTIVE JUROR:  They do.  They do.

12             THE COURT:  Who is this?

13             PROSPECTIVE JUROR:  My daughter, my

14   son-in-law, and my husband.

15             THE COURT:  What do they do?

16             PROSPECTIVE JUROR:  My daughter is a vice

17   officer, my son-in-law is a K-9 officer, my husband

18   works in the police department.

19             THE COURT:  All for the MPD?

20             PROSPECTIVE JUROR:  Yes.

21             THE COURT:  What does your husband do?

22             PROSPECTIVE JUROR:  He's an accountant.

23             THE COURT:  What do you do?

24             PROSPECTIVE JUROR:  I'm retired.

25             THE COURT:  What did you do before?
```

1          PROSPECTIVE JUROR:  I was an executive

2    assistant in a bank.

3          THE COURT:  Which bank?

4          PROSPECTIVE JUROR:  Not in this country.  I

5    was in the Caribbean.  It's the Agriculture

6    Development Bank in Trinidad.

7          THE COURT:  Did you move here at some point?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  How long did you --

10         PROSPECTIVE JUROR:  Seven years ago.

11         THE COURT:  Okay.  And the fact that you

12   have family members that do law enforcement work,

13   would that make you tend to favor the government's

14   side here?

15         PROSPECTIVE JUROR:  I don't think so.

16         THE COURT:  You can be fair and impartial to

17   both sides?

18         PROSPECTIVE JUROR:  Yes.

19         THE COURT:  And you also answered one other

20   question here, 41.  Do you have any -- you have family

21   members or close friends with personal experience with

22   acts of terrorism?

23         PROSPECTIVE JUROR:  Yes.  Well, I did.  In

24   my country, about 1990, we did have an attempted coup,

25   and it did have an impact on me personally.

1          THE COURT:  Insofar as people you knew were

2    hurt?

3          PROSPECTIVE JUROR:  Yes.  I had a good

4    friend, yes.  He passed away because of the incident.

5          THE COURT:  Do you think you can keep that

6    event separate and apart and judge this case based on

7    the evidence?

8          PROSPECTIVE JUROR:  Yes.

9          THE COURT:  You have not served on a jury

10   before?

11         PROSPECTIVE JUROR:  Well, two weeks ago,

12   yes, I was in a petit court on the other side, in DC,

13   about two weeks ago.

14         THE COURT:  Did you get chosen?

15         PROSPECTIVE JUROR:  Yes, I did.  I served,

16   yes, for three days.

17         THE COURT:  What kind of case?

18         PROSPECTIVE JUROR:  What was it about?  A

19   civil -- civil case.

20         THE COURT:  Okay.

21         PROSPECTIVE JUROR:  Civil case.

22         THE COURT:  And you can give both sides a

23   fair trial here?

24         PROSPECTIVE JUROR:  Yes, I think so.

25         THE COURT:  Okay.  Mr. Moore?

Case 1:06-cr-00334-ESH    Document 116    Filed 09/09/15    Page 264 of 340

264

1              MR. MOORE:  I missed a little bit about your

2    relatives with the police department.  There's a

3    relative that works -- your daughter works in vice?

4              PROSPECTIVE JUROR:  Yes.

5              THE COURT:  What district is that?

6              PROSPECTIVE JUROR:  D4.

7              MR. MOORE:  Fourth district.  There were one

8    or two other people?

9              PROSPECTIVE JUROR:  My son-in-law is a K-9.

10             MR. MOORE:  4D also?

11             PROSPECTIVE JUROR:  Yes.  And my husband is

12   an accountant in MPD.

13             MR. MOORE:  Okay.  Particularly with respect

14   to your daughter and your son-in-law, do you talk to

15   them about their cases at all?

16             PROSPECTIVE JUROR:  Not really.  No, we

17   don't.  We don't discuss work.

18             MR. MOORE:  All right.  So they never bring

19   up drug cases or drug investigations, anything like

20   that?

21             PROSPECTIVE JUROR:  No.

22             MR. MOORE:  And your husband is an

23   accountant at headquarters?

24             PROSPECTIVE JUROR:  Yes.  Up the street.

25             MR. MOORE:  Just up the street?  Okay.  And

1   does he talk to you at all about working for the

2   police department?

3              PROSPECTIVE JUROR:  Well, sometimes you may

4   hear them discussing things, you know, about other

5   people, so you hear something.

6              MR. MOORE:  Okay.  But you feel reasonably

7   confident that having close, very close relatives with

8   the police -- who work for the police -- you know

9   that, you've heard that there are gonna be a lot of

10  DEA officers testify -- or there may be a lot of DEA

11  officers testifying here --

12             PROSPECTIVE JUROR:  Mm-hmm.

13             MR. MOORE:  -- and you feel that you can

14  treat them as you would any other witness?  If you

15  don't believe what you're saying, you're not going --

16  what they're saying, you're not going to give them the

17  benefit of the doubt just because they're police?

18             PROSPECTIVE JUROR:  I think I can be honest

19  about the whole thing.  Yes, I think I can.

20             MR. MOORE:  Because you know it's our job to

21  cross-examine them when they testify?

22             PROSPECTIVE JUROR:  Yes.  Mm-hmm.

23             MR. MOORE:  Okay.

24             MR. STIGLITZ:  Good afternoon.

25             PROSPECTIVE JUROR:  Good afternoon.

1           MR. STIGLITZ:  You said -- I'm sorry -- you

2    were a retired bank executive assistant?

3           PROSPECTIVE JUROR:  Yes.

4           MR. STIGLITZ:  Which bank?

5           PROSPECTIVE JUROR:  I worked in Trinidad and

6    Tobago, the Agriculture Development Bank.

7           MR. STIGLITZ:  Okay.  That's all I have.

8           PROSPECTIVE JUROR:  Thank you.

9           THE COURT:  You can step down.  You are free

10   to go.  Please call the jury office after 5 today, and

11   do not discuss the case.  Thank you.

12          PROSPECTIVE JUROR:  Thank you.

13          (Prospective Juror 0259 left the courtroom.)

14          THE COURTROOM DEPUTY:  Next one is 1186.  45

15   is the only answer.

16          PROSPECTIVE JUROR:  Juror 1186.

17          (Prospective Juror 1186 took the witness

18          stand.)

19          THE COURT:  Good afternoon.  How are you?

20          PROSPECTIVE JUROR:  Good afternoon.

21          THE COURT:  Sorry for the delay.  It's bad.

22   No fun being the last person.

23          PROSPECTIVE JUROR:  I'm not the last.

24   There's one more.

25          THE COURT:  That's true.

1          You only answered one question.  It's 45.

2   Do you believe that Islam endorses violence to a

3   greater extent than other major religions?

4          PROSPECTIVE JUROR:  Yes, they do.

5          THE COURT:  Could you speak a little closer

6   to the mic.

7          PROSPECTIVE JUROR:  Yes, they do.

8          THE COURT:  And why is that?  Is there some

9   reason in particular that you hold that belief?

10          PROSPECTIVE JUROR:  Just the news, I guess,

11   listening to television and...

12          THE COURT:  Do you think that all Muslims

13   fall in that category?

14          PROSPECTIVE JUROR:  No, not all of them do.

15   I know that.

16          THE COURT:  Would this belief in any way

17   affect your ability to act as a fair and impartial

18   juror in this case?

19          PROSPECTIVE JUROR:  Probably not.  I want to

20   say I'm a pretty fair person.

21          THE COURT:  Have you ever sat on a jury

22   before?

23          PROSPECTIVE JUROR:  No, I have not.

24          THE COURT:  This case involves drug

25   distribution -- allegations of drug distribution, and

1    there are no terrorist acts charged as to this

2    defendant, but you will be hearing from witnesses who

3    are Muslims.

4                Is that correct, Mr. Stiglitz?

5                MR. STIGLITZ:  Yes.

6                THE COURT:  Would you in any way tend to

7    disbelieve their testimony, based on their ethnic

8    association?

9                PROSPECTIVE JUROR:  Not based on their

10   ethnic.  I guess, testimony -- I wouldn't be able to

11   say whether I believe it or not until I hear it.

12               THE COURT:  Right.  Well, that's exactly

13   what I would hope.

14               Do you think you could be fair and impartial

15   to both sides here and listen to the evidence?

16               PROSPECTIVE JUROR:  Yes.  I'm sure I could.

17               THE COURT:  And are you working at this

18   time?

19               PROSPECTIVE JUROR:  Yes, I am.

20               THE COURT:  What do you do?

21               PROSPECTIVE JUROR:  I'm a microbiologist.

22               THE COURT:  And where is the Virginia

23   Hospital Center?

24               PROSPECTIVE JUROR:  That's in Arlington.

25               THE COURT:  You work in a lab?

1          PROSPECTIVE JUROR:  Right.  I work in a lab.

2          THE COURT:  How long have you been doing

3    this?

4          PROSPECTIVE JUROR:  I've been at that

5    hospital for seven years.  I've been working for many

6    years.

7          THE COURT:  Okay.  All right.

8          Mr. Stiglitz, questions?

9          MR. STIGLITZ:  No questions.

10         MR. MOORE:  Ma'am, when you came in and the

11   Judge read off the charges and a summary of the case,

12   and you heard "Taliban," what was your reaction at

13   that point?

14         PROSPECTIVE JUROR:  Um, I -- wasn't a very

15   good one.  You know, I don't like to hear the word

16   "Taliban."

17         MR. MOORE:  Okay.  You heard the fact that

18   Mr. Bagcho is charged with providing pecuniary

19   assistance to the Taliban?

20         PROSPECTIVE JUROR:  Yes.

21         MR. MOORE:  And I would like to explore,

22   briefly, I mean, what your thinking was in terms of

23   presuming him innocent and the nature of the charge.

24   What were your thoughts about that?

25         PROSPECTIVE JUROR:  You can't judge anybody

1    until you hear all the facts.

2            MR. MOORE:  Okay.  And -- go ahead.

3            PROSPECTIVE JUROR:  The gut reaction from

4    the Taliban, I think of 9/11, you know, and Osama bin

5    Laden -- but I would have to hear the case before I

6    can make a judgment.

7            MR. MOORE:  Okay.  And as he sits here at

8    this point, what do you think -- what, if anything, do

9    you think with respect to Mr. Bagcho?

10            PROSPECTIVE JUROR:  Is his --

11            MR. MOORE:  The gentleman seated -- I don't

12    know if you can see him from that angle, but our

13    client, the gentleman seated over there.

14            PROSPECTIVE JUROR:  Okay.  Seems like a Far

15    Eastern gentleman that I have seen -- I mean, that --

16    typical of what I have seen in this community.

17    Nothing extraordinary about him.

18            MR. MOORE:  Okay.  And are you willing to

19    presume him innocent unless and until -- if the

20    government were to -- were to prove him guilty, can

21    you presume him innocent under these circumstances?

22            PROSPECTIVE JUROR:  Yes.

23            MR. MOORE:  Okay.  I'm sorry.  Go ahead.

24            PROSPECTIVE JUROR:  I was just gonna say, I

25    would probably be more inclined if he was younger.

1    But he's more my age, so I presume him more innocent,

2    actually.

3              MR. MOORE:  You presume him more innocent

4    because he's older?

5              PROSPECTIVE JUROR:  Yeah, because I'm older.

6              MR. MOORE:  You don't look it.  But I have

7    to file that one away.  Thank you very much.

8              PROSPECTIVE JUROR:  All right.

9              MR. STIGLITZ:  Just one question.  Do you

10   feel that you can be fair and impartial to both sides

11   in this case and hold off on making a decision until

12   you've heard all the evidence and heard the

13   instructions by the Court?

14             PROSPECTIVE JUROR:  Yes.

15             MR. STIGLITZ:  Thank you.

16             THE COURT:  Okay.  Thank you.  You're

17   excused.  You should call the jury office after 5.

18   They'll tell you what to do.  And don't discuss the

19   case with anyone.

20             PROSPECTIVE JUROR:  Thank you.

21             (Prospective Juror 1186 left the courtroom.)

22             THE COURT:  We have one remaining juror.  No

23   answers.

24             THE COURTROOM DEPUTY:  Juror 0509.

25             (Prospective Juror 0509 took the witness

```
1                    stand.)
2              THE COURT:  Hello.  How are you?
3              PROSPECTIVE JUROR:  Hi.  How are you?
4              THE COURT:  Good, thank you.  Sorry you're
5    the last person, but somebody always gets stuck.
6              You did not have any "yes" answers on any of
7    our questions?
8              PROSPECTIVE JUROR:  No, I didn't.
9              THE COURT:  Have you ever been on a jury
10   before?
11             PROSPECTIVE JUROR:  The other jury.
12             THE COURT:  And what kind of case?
13             PROSPECTIVE JUROR:  Accident.
14             THE COURT:  How long have you lived in the
15   District?
16             PROSPECTIVE JUROR:  Since 1966.
17             THE COURT:  And are you employed now?
18             PROSPECTIVE JUROR:  Yes.
19             THE COURT:  What do you do?
20             PROSPECTIVE JUROR:  Program support
21   specialist at the Department of Energy.
22             THE COURT:  What does that mean?
23             PROSPECTIVE JUROR:  Oh, secretary.
24             THE COURT:  Secretary?  And how long have
25   you been at DOE?
```

1          PROSPECTIVE JUROR:  Twenty-four years.

2          THE COURT:  Can you be fair and impartial to

3  both sides?

4          PROSPECTIVE JUROR:  Yes.

5          THE COURT:  Do you have any hesitation or

6  are you just thinking?

7          PROSPECTIVE JUROR:  Oh.  Um, no, I don't

8  have any hesitation.

9          THE COURT:  All right.

10         Mr. Stiglitz, questions?

11         MR. STIGLITZ:  No questions.

12         MR. MOORE:  No, Your Honor.

13         THE COURT:  Okay.  Great.  Thank you very

14  much.  You're free to go now.  Please call the jury

15  office a little after 5 so they'll tell you what to

16  do.

17         PROSPECTIVE JUROR:  Okay.

18         (Prospective Juror 0509 left the courtroom.)

19         THE COURT:  Okay.  Will somebody

20  double-check?

21         First, let's just make sure we all agree on

22  what are the races.  How many whites do you have?

23         MS. PETERSON:  Pardon me, Your Honor?

24         THE COURT:  How many whites?

25         MS. PETERSON:  Actually -- the whole panel

1   of forty, including the strikes?

2          This is based solely on my observations.

3          THE COURT:  I've made observations as well.

4   I'm just trying to -- I must have forgot one juror.

5          MS. PETERSON:  I counted twenty-seven, Your

6   Honor.  Twenty-six or twenty-seven, based on one being

7   a little unclear.

8          THE COURT:  The young woman I counted as

9   African-American.

10          MS. PETERSON:  Twenty-six if -- not counting

11   the PBS producer.

12          THE COURT:  And how many African-Americans,

13   counting that producer?

14          MS. PETERSON:  Counting that producer,

15   twelve.

16          THE COURT:  And then two other, one male,

17   one female?

18          MS. PETERSON:  Yes.

19          THE COURT:  Twenty-six, twelve, two.

20          Mr. Stiglitz, does the other side agree with

21   you?

22          MR. STIGLITZ:  I think that's the numbers we

23   have as well.

24          THE COURT:  Okay.  So give me a preview.

25   Where are we?

1          I think I've qualified around thirty-two or

2    thirty-three.  We're putting Number 4 at the end of

3    the list.

4          I need to tell the jury office promptly when

5    to have this group come back.  As far as I'm

6    concerned, I think we've finished the group.  I don't

7    see that I need to bring in any more people.  Do I?

8          MS. PETERSON:  Not based on needs to qualify

9    certain jurors.  I think we still have our issue, as

10   we've raised, about the Jury Selection Act and how

11   this process occurred, that we got such a skewed jury,

12   with not only questions of race, but residence in the

13   city.

14          I don't know how it happens that we ended up

15   with twenty-nine of the forty jurors coming from

16   Northwest DC.

17          THE COURT:  Well, because more whites live

18   there, so to have more whites, you're going to land up

19   with more whites from those ZIP Codes.  But I don't

20   know how that works.

21          MS. PETERSON:  That's the question of the

22   systematic issue that we would have to show.  If the

23   jury office decided to use the ZIP Code that is for

24   Northwest DC for the special jury, then that is a

25   systematic discrimination issue that we have to

1    address.

2            Because we don't know yet what they did and

3    how they selected this jury pool, I don't know if

4    that's the case or not.  But it suggests it may well

5    have been.  There are only three jurors from Southeast

6    DC in this entire pool.

7            Now, could that have happened by a fluke?  I

8    suppose it's possible, but I think that we've raised

9    enough of an issue, looking at the pool, that we need

10   to find out what happened with this selection.

11           MR. STIGLITZ:  Your Honor, we had a brief

12   opportunity to start pulling the cases that were cited

13   earlier over the lunch break.  I don't feel

14   comfortable giving the Court our position just yet.

15   We didn't have a real chance to look at the law.  We

16   pulled two Supreme Court cases which appear to be

17   addressing the subject.

18           Just for purposes of your staff, I'll -- the

19   two cases are -- the most recent one seems to be --

20   and I'm not even going to try to pronounce this.  I'm

21   just going to spell it.  *B-E-R-G-H-U-I-S versus Smith*.

22   That's gonna be 130 -- I see your clerk diligently

23   handing out -- this may be the opinion I was just

24   citing -- 130 Supreme Court Reports 1382.  And it

25   cites another Supreme Court case, which seems to be

1    sort of the foundational case on the subject, which is

2    *Duren, D-U-R-E-N, versus Missouri.*

3          THE COURT:  Well, the *Duren* says three

4    things.  "The group alleged to be excluded is a

5    distinctive group in the community; that the

6    representation of this group in venires from which

7    juries are selected is not fair and reasonable in

8    relation to the number of such persons; and last, that

9    this under-representation is due to systematic

10   exclusion of the group in the jury selection process."

11         I suppose that the third is the critical.

12   Has your office had one of these in the recent past?

13         MS. PETERSON:  Your Honor, the time this

14   came up was in the *Defries* case, which I cited earlier

15   for the Court.  But that was a problem where we

16   believed the jury office was excluding -- was allowing

17   people out for hardship simply by them saying, I have

18   a hardship.  And as a result, they were then being

19   rescheduled for later in the month, and at a

20   particular time we would end up getting everyone who

21   asked for an exclusion at the same time, and that

22   tended to be a whiter, more professional group, if you

23   will.  And that -- but the challenge in the *Defries*

24   case was an under-representation of white people in

25   that panel.

1          I don't know what has caused the

2    under-representation here, but the

3    under-representation of African-Americans on this

4    pool, I think, is somewhat startling.  It's both an

5    absolute disparity and a comparative disparity, and

6    those are what the Court needs to look at in making

7    its judgment.

8          THE COURT:  Yeah, but the law requires more,

9    and you're supposed to have more.  The problem is

10   exactly when is this all going to get shaken out.

11         MS. PETERSON:  We can't have more until we

12   see the pool, and we don't see the pool until we're

13   here in court.  We brought it to the Court's attention

14   immediately upon observing.

15         Until we find out from the jury office what

16   they did, there's nothing more we can do.  I'd like

17   the opportunity to find that out.  I think we need to

18   have someone come into court and explain to us how

19   they ended up with this pool of people.

20         THE COURT:  Yeah.  I'm not focusing so much

21   on the timeliness.  You're supposed to be able to have

22   something more than just basically saying, we seem to

23   have too many whites.

24         MS. PETERSON:  But we can't have that when

25   we don't know it until we're in the courtroom.  I

1    think that's the fundamental flaw in the process.

2                    THE COURT:  When do I have to do this?

3                    MS. PETERSON:  Well, it appears to me from

4    the case law that we have to raise it immediately, and

5    I think we have to address it now, before we start,

6    because otherwise -- it's a challenge to the pool

7    of -- that's been presented.

8                    So it seems to me that what would make the

9    most sense is for us to get someone here from the jury

10   office, either now or first thing in the morning, and

11   address this before we begin -- before we seat the

12   jury and before we begin the trial.

13                   The jury office could tell the jurors, so we

14   don't waste their time, to come in later in the day

15   tomorrow, and we can address this first thing in the

16   morning.

17                   THE COURT:  I don't know what my obligation

18   is, so to speak.

19                   We've now excused Number 1 -- let's just

20   make sure I got this part right -- Number 1, Number 6,

21   Number 9, Number 17, 19 --

22                   MR. STIGLITZ:  Your Honor --

23                   THE COURT:  -- 23.

24                   MR. STIGLITZ:  I'm sorry.  I haven't

25   numbered each individual.  Can you just go by the

1    juror number since -- oh, sorry.  It's in the

2    right-hand column.  Never mind.

3            THE COURT:  Start again.  Look on your

4    right.

5            1, 6, 9, 17, 19, 23, and 32.  We're putting

6    the gentleman at Number 4 at the bottom of the pile.

7    That qualifies thirty-seven -- I'm sorry --

8    thirty-three people.  We need thirty, so we ought to

9    be all right.

10            The immediate question is whether we are

11    calling in any more jurors.

12            MR. STIGLITZ:  Can we be heard on one of the

13    jurors?

14            THE COURT:  Yes.  I don't know who.

15            MR. STIGLITZ:  I'll tell you.  Particularly,

16    that would be Juror 0819, Number 12.

17            Your Honor, we would ask the Court to

18    reconsider.  You'll recall this is the individual who

19    said that, I believe that I would start more in the

20    defense camp, and that I hope that by the time we get

21    to the deliberations I could be fair and impartial to

22    both sides.

23            The Court, when we raised this issue,

24    stated, essentially, we shouldn't punish them for --

25            THE COURT:  He's a lawyer.  The Morrison &

1   Foerster guy?  Is that the one?

2          MR. STIGLITZ:  Yes.  The Court said we

3   shouldn't punish him for being honest.  I would submit

4   we are not punishing him.  And we appreciate his

5   candor, but his answer, which we agree was an honest

6   one, it's clear that he's not starting out fair and

7   impartial to both sides.  He's starting out with a

8   preference, a preference which the government would

9   need to overcome in order to get a fair and impartial

10  verdict from that individual.

11         THE COURT:  Well, in a sense, you're

12  supposed to overcome the presumption of innocence,

13  too.  So you having to overcome something is not

14  actually inconsistent.

15         MR. STIGLITZ:  I'm not trying to shift our

16  burden.

17         THE COURT:  My point was lots of people

18  harbor all kinds of points of view, and those who

19  bring them up to the surface and still convince me

20  that they can be fair and impartial, I don't worry

21  about.  It's the people who don't -- aren't willing to

22  confront them and say how they feel and whether they

23  can do it -- be fair and impartial.

24         And I have no reason to doubt his honesty.

25  I don't think he's coming in with a predisposition

1    against you and in favor of a Muslim on the grounds

2    that -- I think where he stands in life, he knows

3    perfectly well how to judge facts.  This is not

4    somebody who can't -- he's a lawyer by training, so he

5    should be able to understand things.

6              So I am going to maintain my same position.

7    You might not like him on your jury.  That's something

8    else.

9              MR. STIGLITZ:  And can I have a moment to

10   consult with my colleague for one second?  We may have

11   another issue.

12             THE COURT:  Sure.

13             (Discussion held off the record.)

14             THE COURT:  It will be a difficult trial if

15   we decide to rehash rulings.

16             MR. MOORE:  I was going to let the Court

17   know, we have an issue as well that I think the Court

18   is going to have to deal with involving --

19             MS. PETERSON:  Not with respect to the jury.

20             MR. MOORE:  Not a jury issue.  I just want

21   to alert the Court we have something we need to bring

22   to the Court's attention.

23             THE COURT:  Before I call the jury office?

24             MR. MOORE:  No.

25             THE COURT:  Leave me in suspense.

1          (Discussion off the record.)

2          MR. STIGLITZ:  Your Honor, there's a second

3     juror we would like to bring to the Court's attention,

4     Juror 0769, Number 14.

5          You'll recall that he indicated that -- he

6     was the one who originally came to the Court's

7     attention because he had a conflict, being an upcoming

8     job interview.  And later on in the questioning, it

9     came up that he had been terminated from the Bank of

10    America.  And Mr. Moore had asked him if that was

11    relating to some sort of RIF and layoff.

12          THE COURT:  He said no.

13          MR. STIGLITZ:  He said no.  We thought that

14    that answer struck us as troubling, and so we ran his

15    record.  And it turns out -- you'll recall that this

16    juror made no mention of any contacts with law

17    enforcement, or that he was never the subject of any

18    investigation or prosecution.

19          A review of his criminal record reflects

20    that he, in fact, has four arrests, all in Virginia.

21    The first being a 1984 charge of felony

22    solicitation -- solicitation to commit a felony, which

23    was reduced to a solicitation for prostitution charge,

24    for which he pled guilty -- to which he pled guilty.

25    That's solicitation for prostitution.

1          THE COURT:  That's a misdemeanor?

2          MR. STIGLITZ:  That's a misdemeanor, yes.

3          Then we have a charge of felony unauthorized

4    use, of which there's no disposition reported.  That

5    was in 1987, also in Virginia.

6          We have another felony larceny, which was

7    reduced to misdemeanor larceny in 1987.  This is also

8    in Virginia.  And then lastly, a felony larceny -- a

9    separate felony larceny that was dismissed.

10         THE COURT:  0769?

11         MR. STIGLITZ:  This is Juror 0769.

12         Now, under the circumstances, Your Honor, we

13   believe he wasn't candid with the Court either in the

14   initial voir dire, answering of questions, and then

15   subsequently up here at the bench.  So we believe

16   that, given his -- the fact that he has this record

17   that he declined to mention to the Court despite a

18   voir dire question exactly on point, we don't believe

19   that he is fit for jury duty in this instance, and so

20   we would ask that he be struck for cause.

21         MR. MOORE:  Your Honor, we don't doubt the

22   accuracy of what the government has determined.  We'll

23   defer to the Court in light of that.

24         THE COURT:  Okay.  All right.  I will grant

25   that.  Sometimes I have people come and explain, but I

```
1    don't see any --
2              All right.  We'll excuse that person, 14.
3              Mr. Stiglitz, on the bigger issue, the jury
4    office can come and testify tomorrow.
5              What is her name?
6              THE COURTROOM DEPUTY:  Regina Larry.
7              THE COURT:  Regina Larry is available.
8              I don't think at the moment the defendants
9    have come up with sufficient sort of procedural
10   niceties, but I think that the last thing we want to
11   do is delay this unnecessarily for a lot of reasons.
12             So I'm happy to see what they have to say.
13   I mean, the big question is whether there's any
14   evidence here of systematic exclusion of a group in
15   the jury selection process.
16             So here's my suggestion:  Can we tell them
17   at 11:00 who's coming back at 2?  We can strike -- in
18   the afternoon, we can have whatever hearing we need in
19   the morning.  We can notify them at 11, right?  Tell
20   them to call back and then we tell them to show up at
21   whatever -- at that point, we'll know enough.
22             Can Regina show up here 9:30 tomorrow?  I
23   didn't ask her that.
24             No, I know she can.  She's already told me.
25   She gets here early, but they don't stay late now.
```

1           So I propose -- she says she knows how the

2     panel came together, and it's done by a computer.

3           Anyway, we can start at 9:30, and then we

4     will not -- I don't want people sitting out there, so

5     we can strike tomorrow -- let's assume everything goes

6     fine.  We can bring in, I guess, thirty-two, right,

7     Gwen, before you just --

8           THE COURTROOM DEPUTY:  Yes.

9           THE COURT:  -- included 0769?  Tell them to

10    get their directions at 11:00 tomorrow morning.

11    That's generally -- and we would resume after lunch

12    with picking the jury and the openings.

13          THE COURTROOM DEPUTY:  Okay.

14          THE COURT:  And, you know, if all went

15    smoothly, you would have a witness on the stand.

16          All right?  If there's anything that we

17    should look at legally between now and 9:30 --

18          Okay.  So tell Regina we'll be able to --

19    tell her who we've excused, and tell the rest of them

20    at 11:00.

21          This is mildly risky insofar -- not so

22    much -- I'm not prejudging what she's talking about,

23    but where it's risky is the fact that we're just at

24    the right amount.  And we always lose somebody between

25    yesterday and today -- tomorrow.

1          So -- wait a second, Gwen.  Don't give her

2   the word yet.  It may be worthwhile to bring five more

3   people here in the afternoon.

4          MR. STIGLITZ:  I was going to recommend

5   that.

6          MR. MOORE:  Out of an abundance of caution,

7   I don't have a problem with that.

8          THE COURT:  Wait a minute, Gwen.

9          (Discussion held off the record.)

10         THE COURT:  Here's what we are going to do.

11  We want the jury office to send us six people tomorrow

12  at 11:00.  Regina will kindly show up here at 9:30,

13  and at 11:00, we'll know -- we'll be able to tell the

14  rest of the people what time to show up.

15         Six people will come here at 11:00.  Six is

16  enough, I would think.

17         THE COURTROOM DEPUTY:  Everybody else from

18  today will be calling in at 11:00, with the

19  possibility of showing up at 2.

20         THE COURT:  Is that okay?

21         MR. STIGLITZ:  Why don't we just go ahead

22  and tell the group from today to show up at 2?

23         THE COURT:  Because what happens tomorrow

24  morning if something goes wrong?  I'd just as soon not

25  have them showing up.

1              MR. STIGLITZ:  My only concern, that's a

2     razor's edge, to give them two hours' notice.

3              THE COURTROOM DEPUTY:  That's all they need

4     on stand-by.  They need two hours' notice on stand-by

5     to show up.

6              THE COURT:  I mean, the only way we can

7     protect ourselves is up our number to eight.

8              MR. STIGLITZ:  Operating what?

9              THE COURT:  Up our number to eight.

10             MR. STIGLITZ:  No, I think this works.  The

11    six, plus call at 11:00.

12             THE COURT:  How many do we have now?

13    Thirty-two?

14             THE COURTROOM DEPUTY:  You have thirty-two.

15    So if these six people qualify, it would be

16    thirty-eight.

17             THE COURT:  Which is more than enough.

18             Okay.  So the jury office will send us

19    another six people tomorrow at 11:00.  The rest of the

20    people will get their notice at 11 a.m., and Regina

21    will be present.  And I asked her on the phone if

22    there were any documents.  She said something about an

23    e-mail to you -- to Gwen.

24             She should bring any documents she has

25    regarding how this panel was put together, if she has

```
 1   it.  Okay?

 2             THE COURTROOM DEPUTY:  Okay.

 3             THE COURT:  If you want us to look at

 4   anything between now and then, let us -- you can

 5   e-mail to everybody, including Adam.

 6             MR. MOORE:  Your Honor, can I have about a

 7   two-minute break?  I do want to raise this issue with

 8   the Court.

 9             THE COURT:  Okay.  That's fine.  Let's take

10   five minutes.

11             (Whereupon, at 4:15 p.m. a recess was taken

12             and at 4:32 p.m. the following ensued:)

13             THE COURT:  Okay, Mr. Moore.  Is your client

14   coming out?

15             MR. MOORE:  Yes, Your Honor.

16             THE COURT:  Okay.  We're back on the record,

17   gentleman.

18             Go ahead, Mr. Moore.

19             (The defendant entered the courtroom.)

20             MR. MOORE:  Your Honor, I just wanted to

21   alert the Court that Mr. Bagcho indicated he wishes to

22   do his own opening statement.  I tried to explain to

23   him the parameters of an opening statement, and also,

24   I think -- and I'm obligated to bring it out now --

25   he's indicated that he's going to testify at the close
```

```
1    of the government's case.

2              So I wanted to alert the Court, and I've

3    already alerted counsel, that I would be raising this

4    issue with the Court, and Miss Peterson and I told

5    Mr. Bagcho that we would tell the Court that that's

6    how he wished to proceed.

7              THE COURT:  Well, the decision, Mr. Bagcho,

8    whether to testify or not to testify is your decision.

9    Counsel will advise you at the end of the government's

10   case.  If you want to ignore their advice, that's up

11   to you.  It's not -- the final decision about whether

12   to testify or not testify rests with you and you

13   alone.  And at the moment, they're saying you're

14   intending to testify.  That's the way you get to tell

15   your side of the story, if you want to.

16             You can't kind of go pro se, half and half.

17   I mean, I don't get it.

18             MR. MOORE:  Well, he wants to give his own

19   opening statement.  I'm not sure that -- well, two

20   things.  I'm not sure that he's prohibited from doing

21   that.  And secondly, I think there's some

22   dissatisfaction -- we'll put it that way -- on his

23   part with either how I did the opening statement the

24   first time around, or how I would do it this time

25   around.  And I mean, I don't -- I can't say that the
```

```
1   law prohibits him from doing his own opening
2   statement.
3            THE COURT:  Did you say the law permits it?
4            MR. MOORE:  I mean, I understand the Court's
5   concern.  It is something of a hybrid, but I don't
6   know of anything that prohibits him from doing it.
7            THE COURT:  Well, it's, more importantly,
8   the question of whether the law must permit him to do
9   it.
10           First of all, you take -- the opening is not
11  evidence.  He may -- he's not a lawyer, correct?
12           MR. MOORE:  Correct.
13           THE COURT:  And if he chooses not to
14  testify, I can see it is fraught with problems because
15  he would not be subject to cross-examination.  He is
16  not under oath when you give a statement.  And
17  generally speaking, statements of lawyers are not --
18  they're not evidence.
19           He's the defendant.  Anything he says can be
20  used against him, which is a very bad idea, frankly.
21  Maybe he'll change his mind.  He didn't testify last
22  time, correct?
23           MR. MOORE:  That's correct.
24           THE COURT:  Right.
25           MR. MOORE:  That's correct, Your Honor.  I
```

1    mean, I'm trying to be up front and open, as open and

2    up front as I can.

3              He has told us recently, and not just this

4    past weekend, but recently to Miss Peterson and more

5    recently to me, on Saturday, that he does want to

6    testify.  And we've also told him --

7              THE COURT:  Well, that's fine.

8              MR. MOORE:  -- that -- but, Judge, we told

9    him that if he does do his opening statement, the

10   opening statement, that commits him to testify, given

11   what he wants to say in his opening.  And he is -- all

12   I can say is that he's committed -- he is committing

13   himself to do that.

14             If he changes his mind -- I understand it's

15   fraught; I mean, the Court would be saying, okay,

16   you've got to disregard --

17             THE COURT:  The entire opening.

18             MR. MOORE:  -- disregard his opening.  But

19   that is what his choice is at this point.

20             THE COURT:  Mr. Stiglitz?

21             I don't know what the -- I don't know of any

22   authority.  Is it *Farrell*, the one -- he's not going

23   pro se, that we know.

24             MR. MOORE:  The other examinations would be

25   done by Miss Peterson.

1          THE COURT:  Who did the closing last time?

2          MR. MOORE:  Miss Peterson did the close.

3          THE COURT:  Does he want a switch in those

4    roles?

5          MR. STIGLITZ:  Your Honor, we just pulled a

6    case, *United States versus Washington*.  The citation

7    is 353 F.3d 42.  We have an extra -- well, we only

8    have one extra copy.  I can let counsel look at this

9    one in a second.  That's 353 F.3d, Page 42.

10          And that case concerned a defendant who was

11   denied the right to make a closing argument, not an

12   opening, but we feel the law is the same.  What's

13   relevant is Page 1- -- it's Page 46.

14          THE COURT:  One second, please.

15          MR. STIGLITZ:  On your page, it's Page 6 of

16   7, Your Honor.  And just to quote the relevant

17   portion, it says:  "A defendant does not have a right

18   to combine self-representation with representation by

19   counsel."  And there's a string cite.

20          And then another citation to a Supreme Court

21   matter, *McKaskle*, which says the defendant does not

22   have the right to choreograph special appearances by

23   counsel.  Basically, they review the trial court's

24   decision for an abuse of discretion and found none

25   when the trial court, in the *Washington* case, denied

1    the defendant the right to make his own closing

2    argument.

3           We believe the law -- the legal analysis is

4    the same for an opening statement, and we agree that

5    it presents a --

6           THE COURT:  Well, the question is whether or

7    not it makes any difference if he's gonna testify.

8           MR. STIGLITZ:  Well, we think it sets up any

9    number of problems that can emerge if he makes an

10   opening statement.

11          THE COURT:  They say there's no

12   Constitutional right to hybrid representation --

13   *Tarantino*.  I'd be curious to look at these a little

14   bit.  It's my instinct that that makes perfect sense.

15   You can't pick and choose what you want to say and

16   when you want to say it.  It puts everybody at a

17   disadvantage on the eve of trial to say, well, I'll

18   give the opening, and maybe he'll testify, maybe he

19   won't.

20          But even if he does testify --

21          MS. PETERSON:  Your Honor, if I could.  I

22   haven't had a chance to read the whole case.  This has

23   never come up for me before, but it strikes me that

24   the closing is somewhat different than the opening,

25   because by the closing, he's clearly made a decision

1    not to testify and now wants to argue.

2            If Mr. Bagcho is serious, that he intends to

3    testify, and we have no reason not to believe him,

4    that he will do it over -- I won't go into what the

5    advice would be, but if he decides to testify, then

6    his having done the opening is of no harm.

7            THE COURT:  I'd like to look at the cases

8    that are cited in the paragraph at the top there, or

9    at the top of mine, which are much broader

10   propositions.

11           I don't think you have any basis to permit

12   this -- I don't have any basis under the law to permit

13   it.

14           The law is very clear, sir.  You had a right

15   before now to go pro se, which I would have advised

16   against, needless to say.  And you may not realize

17   that you have extremely competent counsel, and I don't

18   think the law permits you to divide the case in

19   pieces.

20           MR. MOORE:  Judge, I think we may have

21   lost -- I'm gonna ask the Court to briefly repeat

22   that.  I think something happened in the translation.

23           MS. PETERSON:  Perhaps it would be wise to

24   have the conversation with Mr. Bagcho at the podium.

25           THE COURT:  Okay.

1           What I said a moment ago, sir, I am unaware

2      of any legal authority that permits you to take some

3      role but not represent yourself across the board.  You

4      are not a lawyer.  You would be very ill-advised to

5      represent yourself throughout the trial.

6           As I said, I don't know of any authority

7      that permits you to choose portions of the case to do

8      yourself.

9           And in the absence of any authority -- and

10     counsel will have the chance to look -- I do not

11     believe you have any right to give an opening, even if

12     you're going to testify.

13          You have every right to testify, and that's

14     the way you do it.  Our system is such that it's

15     called an adversarial system.  You have attorneys.

16     They will represent you vigorously, and it is not up

17     to you to pick.  The only thing you can decide is

18     whether to plead and you can decide whether to

19     testify.  If you testify, you are subject to

20     cross-examination.

21          And unless counsel can find something to

22     contradict what I understand this case to hold, you

23     will not be permitted to get -- give your own opening,

24     sir.  Do you understand?

25          THE DEFENDANT:  (Through the interpreter)  I

1    only want to say what is related to the case and what

2    did happen to me.  I'm not saying anything outside of

3    the case.

4                Whatever is recorded, it would be -- I only

5    said --

6                THE COURT:  Let him -- I can't --

7                THE DEFENDANT:  I only would say what is

8    recorded.

9                THE COURT:  He can say that when he

10   testifies.  He's welcome to say what he wants when he

11   testifies.  That's your opportunity.  It's not to give

12   an opening statement.  That's what the lawyers do.

13               So you will have ample opportunity in the

14   defense case to testify and tell your side of the

15   story, but it's not a chance to give an opening.  It's

16   not the same thing.

17               So, counsel, unless you find something

18   that -- in this jurisdiction that would indicate that

19   the case given to me doesn't stand for what it says it

20   stands for --

21               THE DEFENDANT:  That means I cannot speak in

22   the opening statement to the jury?

23               THE COURT:  No.  That's right.  It's not --

24   correct.

25               THE DEFENDANT:  But I cannot speak right

1    after the prosecutor speak in the opening statement?

2            THE COURT:  No.  That's what I've ruled.

3    Your lawyer --

4            THE DEFENDANT:  Okay.  Then I will not.  But

5    I do want what the law is.  I want to obey the law.

6            One thing, they speak in English.  The

7    witnesses speak in Pashto.  I ask to speak Pashto.  We

8    know each other.  The witnesses and I know each other.

9    In our -- when he relayed the message through the

10   interpreter, something is missed.

11           THE COURT:  But the jury has to have this

12   message come by way of the interpreter, so I don't

13   understand.  It's the jury that has to understand, and

14   the Court.

15           THE DEFENDANT:  I want to speak directly to

16   the witnesses.

17           THE COURT:  Yeah.  That, we don't permit.  I

18   can imagine that's the case.

19           THE DEFENDANT:  Can I ask question and

20   answer the question?

21           THE COURT:  I'm sorry?

22           THE DEFENDANT:  I want to speak about this

23   case.  I want to -- I want to speak with the witnesses

24   about this case, but nothing out of the case.

25           THE COURT:  Yes.  You're not allowed to

1    speak directly to any of the witnesses for the

2    government.

3            THE DEFENDANT:  Then the interpreter would

4    translate.  I'm not speaking directly to him -- to the

5    witness, through the interpreter.

6            THE COURT:  The answer is you can testify on

7    your own behalf if you want.  You're not required to.

8    That's your choice.  You are not permitted to address

9    the witnesses or to give your own opening statement.

10           Thank you.

11           If you have something contrary, let me know.

12    All right.  Thank you very much.

13           THE DEFENDANT:  Then when is the trial?

14    When can I testify?

15           THE COURT:  Well, I don't know how long the

16    government's gonna take, but you can be the first

17    witness right after the government rests.

18           THE DEFENDANT:  But can I -- can I ask the

19    witnesses that you are wrong, or you are right, and

20    can I get their answers?

21           THE COURT:  No.  You can write notes to your

22    lawyers and the interpreters will interpret them.

23           THE DEFENDANT:  What I told my attorney, and

24    I gave them what question I want to do -- what

25    question I want they should do or should ask, and they

1    did not accept my questions.

2             THE COURT:  Well, that's up to the attorney

3    to accept or not.  There are a whole lot of reasons.

4    These people are schooled in the law in our system.

5    You can make suggestions, but they've got to figure

6    out what's best for you, and they will do that.

7             So, if you want to write things down, you

8    write them down, but the strategic decisions rest with

9    the lawyers.

10            THE DEFENDANT:  But I did write it down for

11   them, and he refuse to ask them.

12            THE COURT:  Okay.  Well, then, he may have

13   very good reason for it, so I'm not going to sit there

14   and go through each question.

15            THE DEFENDANT:  I'm not saying anything that

16   is not included in the recording.

17            THE COURT:  I know.  Sir, I've ruled.  Thank

18   you very much.  Have a good evening.

19            If counsel finds authority to indicate I'm

20   wrong, they'll bring it to my attention.  But the law

21   does not permit what you're asking for, and I'm bound

22   by the law.

23            Okay.

24            (Whereupon, at 4:48 p.m. the trial was

25            adjourned for the day.)

1

2                    REPORTER'S CERTIFICATE

3

4        I, Chantal M. Geneus, RPR, CRR, an Official Court

5   Reporter for the District of Columbia, do hereby

6   certify that I stenographically reported the

7   proceedings in the matter of CR 06-334-1, *USA versus*

8   *Haji Bagcho*, on Tuesday, February 21, 2012, before the

9   Honorable Ellen S. Huvelle, United States District

10  Judge (and a jury).

11       I further certify that the page numbers 1 through

12  300 constitute the official transcript of the

13  proceedings as transcribed by me from my stenographic

14  notes to the within typewritten matter.

15       In witness whereof, I have affixed my signature

16  this  17th  day of September 2012.

17

18

19

                          /s/ Chantal M. Geneus
20
                         Chantal M. Geneus, RPR, CRR
21                        Realtime Court Reporter

22

23

24

25

1

**'**

**'05** [2] - 231:24, 233:16
**'6** [1] - 202:9
**'80s** [1] - 203:15
**'88** [1] - 149:20
**'93** [1] - 72:10
**'95** [1] - 202:9

**0**

**0043** [1] - 64:9
**0072** [4] - 185:20, 185:21, 185:22, 188:2
**0091** [3] - 188:3, 188:5, 191:15
**0112** [4] - 215:5, 215:7, 215:8, 220:16
**0123** [4] - 191:16, 191:17, 191:18, 194:19
**0151** [4] - 133:21, 133:23, 133:24, 136:21
**0259** [4] - 260:24, 261:1, 261:2, 266:13
**0340** [4] - 173:13, 173:23, 173:24, 177:17
**0351** [4] - 147:18, 147:20, 147:21, 152:1
**0412** [5] - 95:18, 95:24, 95:25, 96:3, 100:15
**0426** [1] - 86:11
**0443** [3] - 64:11, 64:12, 67:3
**0462** [4] - 86:13, 86:21, 86:22, 95:16
**0509** [3] - 271:24, 271:25, 273:18
**0513** [4] - 220:17, 220:19, 220:20, 230:11
**0517** [4] - 230:12, 230:22, 230:23, 235:6
**0524** [4] - 142:24, 142:25, 143:1, 147:17
**0531** [4] - 166:3, 166:4, 166:5, 170:4
**0536** [3] - 113:9, 113:13, 117:20
**0552** [4] - 152:2, 152:10, 152:11, 165:1

**0583** [5] - 74:2, 75:2, 76:3, 76:5, 85:2
**06-334-1** [4] - 1:3, 4:5, 15:4, 301:7
**06-CR-334** [1] - 16:1
**0615** [3] - 235:8, 235:9, 236:18
**0621** [4] - 213:4, 213:5, 213:6, 215:4
**0635** [4] - 236:23, 236:24, 236:25, 241:13
**0674** [3] - 117:21, 117:22, 121:22
**0712** [5] - 100:16, 100:20, 100:21, 112:2, 133:4
**0769** [8] - 136:22, 136:23, 136:25, 142:23, 283:4, 284:10, 284:11, 286:9
**0775** [4] - 204:13, 204:14, 204:15, 213:1
**0782** [4] - 46:2, 47:4, 47:6, 55:11
**0818** [5] - 66:25, 68:20, 69:1, 69:3, 73:25
**0819** [5] - 122:3, 122:13, 122:14, 132:22, 280:16
**0848** [3] - 58:9, 58:10, 64:8
**0851** [4] - 251:17, 251:18, 251:19, 254:14
**0858** [3] - 42:11, 42:16, 46:1
**0861** [2] - 254:19, 260:23
**0877** [5] - 241:14, 241:15, 241:16, 244:24, 244:25
**0921** [4] - 170:5, 170:8, 170:9, 173:12
**0974** [3] - 200:14, 200:15, 204:12

**1**

**1** [12] - 1:8, 18:8, 19:4, 68:20, 69:2, 69:10, 123:12, 279:19, 279:20, 280:5, 293:13, 301:11
**10** [17] - 22:15, 22:22, 47:2, 117:21, 142:24, 147:18,

152:2, 166:3, 173:14, 185:20, 186:5, 194:20, 200:12, 236:23, 237:6, 251:17, 254:16
**1008** [4] - 194:20, 194:21, 194:22, 200:11
**102** [1] - 1:18
**11** [15] - 22:23, 23:3, 47:2, 55:12, 58:8, 95:18, 95:22, 100:17, 173:14, 185:20, 186:6, 200:13, 215:6, 285:19, 288:20
**11(c)(1)(C** [2] - 7:7, 7:17
**1100** [1] - 71:22
**1153** [3] - 180:1, 180:3, 184:20
**1186** [4] - 266:14, 266:16, 266:17, 271:21
**11:00** [9] - 285:17, 286:10, 286:20, 287:12, 287:13, 287:15, 287:18, 288:11, 288:19
**11th** [1] - 103:25
**12** [5] - 24:11, 24:20, 68:4, 235:7, 280:16
**12:00** [1] - 68:2
**12:05** [1] - 122:10
**12:14** [1] - 122:11
**12:30** [1] - 68:3
**12th** [1] - 208:25
**13** [10] - 24:21, 25:17, 74:11, 85:9, 85:14, 122:3, 126:6, 170:6, 180:2, 180:11
**130** [2] - 276:22, 276:24
**1382** [1] - 276:24
**14** [4] - 25:22, 25:24, 283:4, 285:2
**1400** [1] - 1:13
**15** [10] - 3:4, 23:9, 24:2, 25:25, 26:9, 26:13, 74:14, 100:17, 180:2, 254:16
**150** [1] - 8:9
**151** [1] - 152:7
**15th** [1] - 134:6
**16** [9] - 26:14, 26:17, 74:16, 100:17, 105:9, 133:21, 147:19, 200:13,

254:16
**16th** [1] - 134:6
**17** [4] - 26:22, 27:13, 279:21, 280:5
**18** [3] - 27:17, 230:13, 230:14
**19** [7] - 27:19, 27:24, 230:14, 232:23, 279:21, 280:5
**1966** [1] - 272:16
**1970** [1] - 192:13
**1978** [1] - 202:18
**1984** [1] - 283:21
**1987** [3] - 149:20, 284:5, 284:7
**1990** [1] - 262:24
**1991** [1] - 72:14
**1992** [1] - 72:10
**1995** [1] - 240:6
**1997** [1] - 123:21
**1:12** [1] - 179:18
**1:30** [3] - 40:19, 41:12, 177:19

**2**

**2** [9] - 19:5, 19:12, 170:6, 177:18, 177:20, 179:17, 285:17, 287:19, 287:22
**2-ish** [1] - 186:2
**20** [4] - 28:2, 28:11, 31:3, 188:3
**2000** [1] - 176:25
**20001** [1] - 1:23
**20004** [1] - 1:18
**2002** [1] - 61:4
**2003** [1] - 234:8
**2005** [3] - 23:9, 77:2, 231:24
**2006** [1] - 23:17
**2007** [1] - 24:1
**2008** [3] - 23:22, 123:14, 253:3
**2009** [3] - 23:9, 24:2, 235:18
**2011** [1] - 184:14
**2012** [3] - 1:5, 301:8, 301:16
**202** [2] - 1:14, 1:18
**20530** [1] - 1:14
**208-7500** [1] - 1:18
**21** [10] - 1:5, 16:4, 16:7, 16:13, 23:22, 31:4, 31:24, 100:17, 188:4, 301:8
**22** [20] - 31:25, 32:22, 74:18, 85:14, 100:17, 117:21,

147:19, 152:2, 157:1, 170:6, 188:4, 204:13, 215:6, 235:7, 241:14, 254:17, 254:24, 257:15, 260:24
**2255** [1] - 6:3
**23** [17] - 32:25, 33:7, 74:20, 79:17, 85:17, 123:13, 166:3, 170:6, 188:4, 194:20, 204:13, 207:5, 254:17, 254:24, 257:15, 279:23, 280:5
**23rd** [1] - 145:6
**24** [10] - 33:8, 33:12, 136:24, 152:3, 194:20, 230:14, 232:23, 235:7, 251:17, 252:12
**24th** [1] - 68:16
**25** [4] - 23:17, 33:13, 33:15, 33:20
**26** [8] - 33:21, 33:25, 133:22, 134:23, 140:1, 152:3, 230:15, 235:7
**27** [4] - 34:1, 34:4, 188:4, 189:3
**28** [12] - 34:5, 34:8, 85:21, 90:1, 100:17, 122:3, 126:6, 126:7, 147:19, 213:4, 230:16, 235:7
**28th** [6] - 21:9, 65:8, 65:9, 67:15, 67:16, 67:24
**29** [13] - 34:9, 34:12, 34:14, 55:12, 58:8, 64:9, 113:8, 166:3, 170:6, 180:2, 200:13, 204:13, 215:6
**2:17** [1] - 179:21
**2nd** [7] - 67:20, 67:21, 67:25, 68:1, 68:4, 68:5, 68:13

**3**

**3** [7] - 4:23, 4:25, 5:12, 19:19, 68:20, 69:2, 170:6
**30** [3] - 34:15, 34:19, 194:20
**301** [1] - 301:12
**305-3646** [1] - 1:14
**31** [29] - 34:20, 35:4, 55:12, 58:8, 68:22,

100:17, 113:8,
122:3, 126:6,
126:12, 126:18,
136:24, 142:24,
152:3, 173:14,
180:2, 200:13,
213:4, 215:6, 218:4,
220:18, 236:23,
238:2, 241:14,
242:9, 251:17,
253:8, 254:17,
257:15
**32** [5] - 35:5, 35:10,
47:3, 136:24, 280:5
**33** [2] - 35:11, 35:15
**333** [1] - 1:22
**337** [1] - 114:4
**34** [4] - 35:16, 35:22,
224:7, 224:8
**35** [3] - 152:3, 188:4,
189:18
**353** [2] - 293:7, 293:9
**36** [11] - 36:10, 36:12,
95:19, 95:22, 96:14,
122:3, 126:20,
136:24, 152:3, 170:6
**360** [2] - 8:13, 8:16
**37** [2] - 36:13, 36:18
**38** [4] - 36:19, 36:23,
100:17, 194:20
**38.5** [1] - 178:1
**39** [4] - 36:24, 37:1,
122:3, 126:20
**3997** [4] - 245:1,
245:2, 245:5, 251:13
**3:15** [1] - 43:7
**3:30** [1] - 5:12

### 4

**4** [8] - 20:7, 20:11,
55:4, 152:2, 170:5,
197:15, 275:2, 280:6
**40** [3] - 37:2, 37:4,
142:24
**41** [7] - 37:5, 37:7,
74:20, 79:17, 170:6,
260:24, 262:20
**42** [4] - 37:8, 37:12,
293:7, 293:9
**43** [2] - 37:13, 37:18
**44** [7] - 37:19, 38:10,
74:20, 79:17,
100:18, 152:3,
152:18
**45** [7] - 38:11, 38:14,
152:3, 152:18,
161:17, 266:14,
267:1
**46** [6] - 38:15, 38:19,

74:20, 75:16, 122:3,
293:13
**47** [17] - 38:20, 38:25,
68:20, 69:2, 70:22,
122:3, 133:22,
134:23, 135:11,
136:24, 141:12,
147:19, 173:14,
204:13, 220:18,
251:17, 254:17
**48** [2] - 39:1, 39:17
**49** [7] - 39:18, 39:23,
40:1, 74:25, 85:22,
88:21, 180:2
**4:00** [1] - 131:20
**4:15** [1] - 289:11
**4:30** [18] - 21:12, 43:9,
45:21, 45:22, 55:7,
55:8, 64:2, 64:5,
66:21, 73:22, 84:24,
95:11, 100:11,
111:23, 111:24,
117:17, 121:15,
132:17
**4:32** [1] - 289:12
**4:48** [1] - 300:24
**4D** [1] - 264:10

### 5

**5** [37] - 4:24, 4:25,
20:12, 20:15, 43:9,
132:23, 136:19,
138:16, 142:15,
142:22, 147:14,
151:21, 164:14,
164:15, 169:23,
170:5, 170:6, 173:7,
177:14, 184:18,
187:23, 194:16,
200:8, 204:6,
212:24, 214:24,
220:13, 230:7,
235:3, 241:10,
244:7, 251:11,
254:11, 260:18,
266:10, 271:17,
273:15
**50.7** [1] - 177:25
**536** [1] - 113:8
**550** [1] - 1:17

### 6

**6** [6] - 20:16, 21:1,
170:6, 279:20,
280:5, 293:15
**615** [1] - 235:7
**625** [1] - 1:17
**6:10** [1] - 244:12

### 7

**7** [11] - 21:2, 22:1,
42:21, 64:9, 100:17,
104:10, 122:3,
133:21, 136:24,
170:5, 293:16
**7:10** [1] - 244:12
**7:30** [1] - 211:14

### 8

**8** [2] - 22:2, 22:5
**861** [3] - 254:15,
254:18
**8th** [1] - 1:13

### 9

**9** [12] - 22:6, 22:12,
22:14, 74:5, 100:17,
104:9, 104:10,
122:3, 170:5, 188:3,
279:21, 280:5
**9/11** [4] - 130:24,
144:12, 171:17,
270:4
**959** [1] - 16:8
**960(a)** [1] - 16:13
**963** [1] - 16:5
**974** [1] - 200:12
**9:30** [5] - 21:12,
285:22, 286:3,
286:17, 287:12
**9:37** [2] - 1:4, 4:2
**9:48** [1] - 13:7
**9:59** [1] - 13:8

### A

**A-C-C-U-R-I-N-T** [1] -
107:3
**a.m** [5] - 1:4, 4:2, 13:7,
13:8, 288:20
**abandoned** [2] -
225:24, 225:25
**abbreviated** [1] -
153:6
**ability** [29] - 20:14,
22:9, 34:3, 36:17,
59:20, 71:25, 83:20,
93:24, 97:10, 99:15,
100:5, 104:5, 124:3,
143:24, 144:19,
148:9, 153:19,
155:14, 181:6,
189:1, 189:5,
190:14, 195:19,
237:16, 256:10,
260:9, 260:11,

260:13, 267:17
**able** [30] - 10:7, 19:10,
31:22, 52:4, 65:21,
102:12, 105:22,
110:9, 110:17,
111:10, 111:17,
116:8, 124:11,
130:8, 169:10,
171:12, 175:2,
177:1, 177:2, 179:1,
211:7, 212:15,
246:15, 250:24,
251:1, 268:10,
278:21, 282:5,
286:18, 287:13
**absence** [1] - 296:9
**absolute** [2] - 178:4,
278:5
**absolutely** [3] -
103:23, 111:14,
231:13
**abundance** [2] -
80:23, 287:6
**abuse** [3] - 140:9,
229:2, 293:24
**Abuse** [1] - 167:3
**Academy** [1] - 119:10
**accept** [6] - 109:25,
149:11, 168:15,
207:19, 300:1, 300:3
**accepted** [1] - 7:17
**accepting** [1] - 37:17
**accident** [3] - 48:14,
48:15, 272:13
**according** [2] - 10:24,
46:14
**account** [1] - 107:19
**accountant** [6] -
189:25, 206:14,
206:17, 261:22,
264:12, 264:23
**Accounting** [2] -
162:24, 163:7
**accuracy** [1] - 284:22
**Accurint** [1] - 107:1
**accused** [4] - 37:8,
39:20, 39:25, 80:11
**acknowledge** [1] -
133:5
**Act** [2] - 56:2, 275:10
**act** [2] - 199:19,
267:17
**acted** [1] - 176:5
**Action** [1] - 15:25
**activities** [4] - 37:9,
88:5, 98:17, 202:18
**activity** [2] - 16:13,
24:7
**acts** [11] - 37:7, 38:4,
79:19, 84:7, 102:7,

102:8, 102:24,
152:24, 199:13,
262:22, 268:1
**Adam** [1] - 289:5
**adamant** [1] - 56:6
**Adams** [1] - 186:18
**add** [1] - 85:24
**addict** [1] - 126:23
**addiction** [1] - 99:22
**additional** [2] - 8:7,
8:11
**address** [9] - 86:9,
86:10, 97:3, 120:15,
276:1, 279:5,
279:11, 279:15,
299:8
**addressing** [1] -
276:17
**adjourned** [1] - 300:25
**Administration** [4] -
28:17, 167:4,
189:23, 202:14
**administration** [3] -
119:14, 196:21,
196:24
**administrative** [8] -
149:1, 192:19,
205:24, 206:2,
206:15, 209:23,
217:16, 252:16
**admission** [3] - 20:6,
20:10, 158:1
**adult** [1] - 194:12
**adults** [1] - 178:24
**adversarial** [1] -
296:15
**advice** [4] - 70:20,
250:13, 290:10,
295:5
**advise** [1] - 290:9
**advised** [2] - 295:15,
296:4
**advisement** [1] -
112:10
**advising** [1] - 258:14
**advisory** [1] - 8:15
**affairs** [3] - 56:12,
184:2, 202:11
**Affairs** [1] - 196:5
**affect** [20] - 20:14,
34:3, 36:17, 59:19,
71:24, 84:11, 84:12,
97:10, 99:15, 100:5,
143:24, 144:18,
166:21, 181:6,
188:25, 189:5,
195:19, 237:15,
260:9, 267:17
**affected** [1] - 35:20
**affects** [2] - 151:12,

245:17
**affixed** [1] - 301:15
**Afghan** [7] - 29:18,
29:24, 29:25, 30:5,
30:7, 180:12, 258:14
**Afghanistan** [52] -
24:22, 25:1, 25:2,
25:5, 25:9, 25:20,
25:24, 26:3, 26:12,
29:21, 29:23, 30:3,
30:8, 31:7, 36:14,
36:16, 36:21, 37:1,
37:3, 38:6, 74:15,
75:13, 75:14, 78:5,
81:12, 85:13, 87:21,
87:23, 88:8, 102:11,
102:18, 104:16,
125:17, 125:20,
127:22, 128:15,
144:8, 171:24,
180:12, 180:18,
181:11, 181:18,
181:24, 197:18,
256:14, 258:17,
258:22, 259:9,
259:13, 259:16,
259:20, 260:8
**afraid** [2] - 110:17,
234:11
**Africa** [1] - 202:2
**African** [8] - 42:6,
178:3, 185:2,
185:15, 185:18,
274:9, 274:12, 278:3
**African-American** [4]
- 185:2, 185:15,
185:18, 274:9
**African-Americans** [2]
- 274:12, 278:3
**afternoon** [64] - 17:19,
17:22, 21:10, 21:11,
21:15, 45:11, 45:18,
64:3, 65:9, 66:21,
67:19, 68:15, 68:17,
122:16, 129:15,
131:20, 134:1,
137:18, 139:1,
139:3, 142:16,
143:3, 143:4,
147:24, 147:25,
150:6, 150:7, 169:6,
169:7, 169:23,
174:1, 176:21,
178:14, 179:12,
180:5, 185:24,
186:3, 186:4, 188:7,
191:20, 194:24,
194:25, 200:17,
213:8, 218:11,
218:12, 220:22,

223:22, 223:23,
230:25, 233:21,
235:11, 237:2,
241:18, 245:7,
254:21, 261:4,
261:5, 265:24,
265:25, 266:19,
266:20, 285:18,
287:3
**afternoons** [1] - 44:10
**age** [7] - 9:15, 178:25,
179:4, 207:18,
208:12, 210:8, 271:1
**agencies** [8] - 101:7,
101:12, 107:11,
109:14, 167:7,
167:23, 209:17,
213:23
**agency** [7] - 32:3,
33:17, 85:9, 92:10,
125:22, 157:2,
189:22
**Agency** [1] - 89:3
**agent** [1] - 29:10
**Agent** [12] - 2:5, 27:2,
28:16, 28:20, 28:25,
29:3, 29:6, 29:9,
29:12, 30:19, 108:6,
112:18
**agents** [8] - 107:4,
112:22, 112:24,
190:3, 193:1,
199:11, 199:12
**ago** [55] - 19:21, 23:8,
27:11, 47:20, 47:22,
58:17, 61:21, 61:22,
63:1, 63:4, 63:7,
63:10, 70:6, 70:8,
114:13, 114:16,
118:20, 120:25,
143:21, 145:19,
146:14, 146:16,
149:19, 159:9,
163:5, 163:12,
169:19, 176:22,
184:12, 193:16,
199:20, 201:9,
202:6, 206:13,
212:15, 214:15,
218:6, 222:12,
222:14, 224:13,
237:24, 239:8,
239:9, 240:4,
245:12, 245:24,
253:12, 255:23,
255:25, 257:7,
262:10, 263:11,
263:13, 296:1
**agree** [11] - 6:24, 7:1,
10:1, 20:17, 46:25,

152:4, 165:24,
273:21, 274:20,
281:5, 294:4
**agreed** [3] - 7:1, 7:3,
242:14
**agreeing** [1] - 23:11
**agreement** [5] - 7:4,
9:22, 10:6, 57:7,
57:8
**agrees** [1] - 166:1
**Agriculture** [2] -
262:5, 266:6
**ahead** [8] - 6:19, 60:3,
142:19, 210:4,
270:2, 270:23,
287:21, 289:18
**aided** [1] - 1:25
**air** [1] - 205:21
**Air** [7] - 145:4, 145:9,
205:17, 205:25,
217:13, 217:14,
219:12
**airline** [2] - 193:2,
194:7
**airlines** [5] - 192:22,
193:1, 193:2, 193:4,
193:7
**Al** [2] - 89:2, 172:13
**Al-Haramain** [1] - 89:2
**Alabama** [1] - 169:4
**Alcohol** [1] - 32:12
**alert** [4] - 147:2,
282:21, 289:21,
290:2
**alerted** [1] - 290:3
**alerting** [1] - 250:16
**alia** [1] - 85:10
**allegation** [8] - 81:8,
88:7, 102:5, 102:8,
102:22, 108:17,
108:20, 109:2
**allegations** [3] - 88:3,
160:9, 267:25
**alleged** [7] - 36:2,
36:13, 38:3, 152:25,
186:17, 189:19,
277:4
**allegedly** [1] - 81:2
**alleges** [4] - 23:8,
23:16, 23:21, 24:1
**alleging** [2] - 37:19,
38:3
**allowed** [1] - 298:25
**allowing** [1] - 277:16
**almost** [4] - 109:9,
123:16, 162:4, 245:4
**alone** [1] - 290:13
**alternate** [2] - 150:11,
186:25
**alternates** [3] - 4:20,

4:25, 16:16
**alternatives** [1] - 6:10
**altogether** [1] - 121:18
**amateur** [1] - 79:24
**America** [5] - 4:5,
15:4, 142:3, 142:8,
283:10
**AMERICA** [1] - 1:2
**American** [14] - 76:16,
89:3, 120:20,
124:25, 125:1,
130:21, 149:16,
171:9, 178:4, 185:2,
185:15, 185:18,
231:11, 274:9
**Americans** [9] - 42:6,
120:17, 124:8,
128:17, 128:25,
130:18, 130:19,
274:12, 278:3
**amount** [11] - 8:25,
9:9, 9:13, 12:22,
12:23, 23:13, 23:19,
23:24, 24:5, 243:5,
286:24
**ample** [1] - 297:13
**analysis** [4] - 12:17,
20:20, 135:5, 294:3
**Analyst** [1] - 29:15
**analyst** [4] - 52:20,
145:14, 167:15,
167:17
**analyzing** [2] - 89:17,
167:23
**and..** [1] - 267:11
**angle** [1] - 270:12
**announced** [2] -
108:7, 151:7
**answer** [16] - 16:25,
17:9, 31:2, 38:10,
41:20, 139:23,
161:3, 161:17,
163:15, 167:2,
207:3, 266:15,
281:5, 283:14,
298:20, 299:6
**answered** [35] - 17:7,
42:21, 47:2, 58:15,
76:9, 88:21, 96:14,
105:9, 114:17,
122:18, 134:11,
135:11, 139:6,
152:15, 154:15,
160:24, 166:10,
180:11, 186:5,
188:9, 204:22,
207:5, 215:14,
218:4, 221:2,
233:14, 235:13,
237:5, 238:2,

251:25, 253:7,
253:17, 261:9,
262:19, 267:1
**answering** [1] -
284:14
**answers** [17] - 17:19,
55:13, 76:1, 143:8,
165:5, 165:6,
165:12, 165:15,
165:22, 170:15,
191:16, 192:1,
254:23, 271:23,
272:6, 299:20
**Anthony** [1] - 156:13
**anthrax** [1] - 199:11
**anti** [1] - 130:18
**anti-Muslim** [1] -
130:18
**anticipate** [1] - 5:13
**anyway** [7] - 6:18,
67:4, 68:8, 139:4,
154:24, 232:12,
286:3
**apart** [2] - 97:14,
263:6
**apologies** [1] - 215:13
**apologize** [9] -
185:24, 191:21,
191:24, 195:1,
195:3, 213:8,
220:25, 232:7, 261:7
**apology** [1] - 12:21
**Appeals** [4] - 6:8,
6:14, 56:6, 56:17
**appear** [1] - 276:16
**APPEARANCES** [1] -
1:10
**appearances** [1] -
293:22
**appellate** [2] - 14:23,
56:5
**application** [3] -
33:16, 33:18, 211:18
**applied** [1] - 93:1
**applies** [1] - 230:14
**apply** [2] - 31:12,
87:14
**applying** [1] - 37:17
**appointed** [1] - 156:23
**appreciate** [4] -
211:17, 212:19,
250:20, 281:4
**apprehended** [2] -
140:18, 146:21,
184:10
**approach** [2] - 13:11,
129:22
**approached** [1] -
13:14
**appropriate** [1] -

184:25
**appropriately** [3] -
140:16, 176:5, 183:1
**approval** [1] - 7:6
**Arab** [6] - 124:8,
124:25, 125:1,
128:17, 128:25,
130:19
**Arab-American** [2] -
124:25, 125:1
**Arab-Americans** [4] -
124:8, 128:17,
128:25, 130:19
**Arabia** [1] - 75:15
**Arabic** [7] - 74:12,
74:13, 76:10, 76:13,
76:15, 76:17, 76:18
**Arabs** [3] - 124:7,
128:25, 130:21
**ARC** [1] - 192:23
**area** [10] - 24:25,
29:20, 30:20, 41:8,
64:22, 74:10, 80:7,
84:15, 118:25, 120:1
**argue** [1] - 295:1
**arguing** [1] - 234:2
**argument** [2] - 293:11,
294:2
**arguments** [2] - 19:6,
19:15
**Arlington** [1] - 268:24
**arm** [1] - 228:17
**armed** [13] - 34:13,
59:3, 59:10, 65:4,
113:18, 168:20,
182:5, 202:22,
203:2, 203:15,
205:7, 205:10,
217:10
**army** [3] - 59:7, 59:9,
59:12
**Army** [16] - 63:17,
74:18, 76:24, 77:17,
105:2, 105:5,
113:22, 115:14,
115:17, 168:21,
168:22, 168:24,
182:11, 202:24,
219:4, 219:8
**arose** [1] - 93:24
**arrange** [2] - 180:19,
180:24
**arrangement** [2] -
9:20, 39:3
**arrangements** [1] -
181:4
**arrested** [10] - 34:22,
35:1, 59:24, 60:5,
69:11, 114:19,
145:17, 182:13,

224:17, 253:11
**arrests** [1] - 283:20
**arrived** [1] - 240:14
**artificial** [1] - 185:3
**Asia** [2] - 24:23,
259:17
**aside** [3] - 81:25,
128:8, 164:2
**asleep** [1] - 21:22
**aspect** [2] - 52:9, 83:2
**assault** [3] - 182:19,
184:6, 201:10
**assess** [1] - 127:25
**Asset** [6] - 85:9,
85:18, 85:19, 86:25,
87:8, 88:12
**Assets** [5] - 88:24,
90:8, 91:8, 91:12,
93:2
**assigned** [7] - 28:18,
28:21, 29:2, 29:4,
29:7, 29:13, 29:16
**assist** [2] - 37:20, 38:4
**assistance** [3] - 51:11,
53:4, 269:19
**Assistance** [1] - 182:2
**assistant** [7] - 62:2,
116:4, 162:25,
192:20, 227:4,
262:2, 266:2
**assisted** [1] - 27:1
**associate** [1] - 243:13
**associated** [5] -
35:19, 50:12, 50:15,
53:7, 75:5
**associates** [1] - 107:7
**association** [4] -
71:18, 190:4, 194:7,
268:8
**assume** [3] - 33:4,
74:11, 286:5
**Atlanta** [1] - 76:15
**attempted** [1] - 262:24
**attempting** [1] -
127:21
**attended** [2] - 54:16,
149:16
**attending** [1] - 211:3
**attention** [11] - 17:21,
44:11, 88:19, 246:7,
250:3, 251:5,
278:13, 282:22,
283:3, 283:7, 300:20
**attorney** [18] - 32:7,
50:2, 50:4, 73:6,
73:9, 85:15, 92:8,
92:10, 92:23, 94:7,
94:20, 118:16,
227:17, 227:19,
227:20, 235:24,

299:23, 300:2
**Attorney** [2] - 32:8,
242:13
**Attorney's** [3] - 32:7,
35:20, 91:21
**attorneys** [7] - 27:1,
56:6, 91:17, 94:4,
146:5, 146:9, 296:15
**aura** [1] - 245:16
**Austin** [1] - 247:12
**authority** [4] - 165:9,
292:22, 296:2,
296:6, 296:9, 300:19
**auto** [1] - 242:9
**automobile** [1] -
186:18
**available** [2] - 10:5,
285:7
**Avenue** [6] - 1:13,
1:17, 1:22, 71:21,
114:5, 114:10
**average** [3] - 83:23,
84:17, 84:20
**awake** [1] - 244:16
**aware** [3] - 62:14,
95:1, 172:12

---

# B

**B-R-I-T-T-A-I-N** [1] -
29:1
**background** [6] -
112:18, 135:21,
181:3, 198:1, 219:1,
238:18
**Backus** [1] - 197:7
**bad** [8] - 166:20,
175:13, 189:8,
201:12, 206:21,
212:16, 266:21,
291:20
**badge** [1] - 18:5
**badly** [1] - 126:17
**BAE** [1] - 172:15
**Bagchagul** [1] - 24:16
**BAGCHO** [1] - 1:4
**Bagcho** [20] - 4:5,
4:17, 6:6, 8:21,
10:10, 15:4, 15:14,
15:25, 23:6, 24:15,
24:18, 108:12,
269:18, 270:9,
289:21, 290:5,
290:7, 295:2,
295:24, 301:8
**Bagh** [1] - 24:16
**Baghdad** [1] - 76:22
**bags** [1] - 116:21
**Baltimore** [1] - 104:25
**bananas** [2] - 208:20,

208:23
**Bancroft** [1] - 223:6
**Bank** [8] - 142:3,
142:8, 256:24,
257:9, 259:12,
262:6, 266:6, 283:9
**bank** [6] - 52:22,
116:3, 262:2, 262:3,
266:2, 266:4
**bankruptcy** [1] -
148:21
**bare** [2] - 49:18, 56:14
**Barnard** [1] - 222:22
**BARRY** [1] - 2:4
**Barry** [2] - 27:2, 27:9
**base** [1] - 130:1
**based** [18] - 16:19,
22:11, 55:16, 98:13,
110:12, 111:5,
119:23, 128:10,
131:3, 131:6,
133:17, 188:21,
263:6, 268:7, 268:9,
274:2, 274:6, 275:8
**basic** [2] - 6:21, 75:12
**basis** [3] - 135:7,
295:11, 295:12
**become** [1] - 130:18
**bed** [1] - 249:4
**BEFORE** [1] - 1:9
**begin** [4] - 8:10,
40:23, 279:11,
279:12
**beginning** [2] - 55:18,
176:25
**begins** [1] - 56:8
**behalf** [5] - 4:9, 4:17,
15:9, 15:13, 299:7
**beings** [1] - 83:25
**Beirut** [1] - 76:17
**belief** [6] - 38:14,
84:12, 162:10,
260:8, 267:9, 267:16
**beliefs** [8] - 22:8, 34:2,
104:4, 124:2, 162:5,
172:18, 188:24,
189:4
**believable** [2] -
105:19, 105:20
**below** [1] - 7:21
**bench** [6] - 13:14,
17:19, 41:5, 41:15,
55:19, 284:15
**benefit** [2] - 39:12,
265:17
**benefits** [1] - 149:1
**Benefits** [1] - 149:3,
202:20
**Benning** [1] - 169:3
**BERGHUIS** [1] -

276:21
**best** [7] - 102:17,
106:21, 130:13,
168:8, 178:3,
198:13, 300:6
**better** [6] - 79:9,
116:16, 130:25,
165:14, 223:24,
248:13
**between** [6] - 22:21,
99:18, 103:19,
286:17, 286:24,
289:4
**beyond** [16] - 18:19,
18:21, 19:8, 19:24,
20:1, 48:7, 58:20,
97:15, 153:3, 155:7,
168:13, 172:2,
174:25, 188:16,
201:18, 203:19
**bias** [5] - 16:17, 84:4,
105:24, 127:13,
131:7
**biased** [1] - 82:1
**biases** [1] - 107:19
**big** [3] - 75:13, 246:4,
285:13
**bigger** [1] - 285:3
**bike** [1] - 214:14
**bills** [1] - 242:22
**bin** [1] - 270:4
**bioterrorism** [2] -
196:22, 199:1
**bipolar** [1] - 228:25
**bit** [16] - 42:23, 50:8,
52:18, 53:3, 60:25,
83:19, 84:4, 97:1,
180:18, 199:5,
208:8, 215:21,
218:13, 250:21,
264:1, 294:14
**black** [4] - 13:21,
178:1, 178:17, 185:9
**Blackboard** [2] - 98:3,
98:8
**Blake** [1] - 71:6
**blew** [1] - 72:20
**blood** [2] - 210:9,
210:12
**blow** [1] - 84:3
**blower** [2] - 124:24,
125:14
**board** [3] - 72:11,
98:11, 296:3
**bodies** [2] - 196:13,
207:7
**body** [3] - 33:3,
166:24, 195:24
**bombings** [1] - 79:24
**bones** [2] - 49:18,

56:14
**bono** [1] - 156:22
**border** [1] - 25:11
**borders** [1] - 25:1
**bother** [2] - 155:15, 160:22
**bottom** [2] - 67:5, 280:6
**bounce** [1] - 53:7
**bound** [1] - 300:21
**brain** [3] - 64:19, 66:11, 66:12
**branch** [2] - 105:4, 113:21
**Branch** [1] - 90:6
**branches** [1] - 75:8
**break** [19] - 13:3, 14:14, 14:22, 21:9, 21:13, 67:9, 67:10, 68:17, 121:24, 122:6, 122:9, 173:14, 180:9, 184:7, 245:3, 246:12, 250:17, 276:13, 289:7
**breaking** [2] - 242:9, 242:11
**breaks** [2] - 21:14, 246:4
**breathing** [1] - 68:23
**Brent** [1] - 233:12
**brief** [1] - 276:11
**briefly** [15] - 5:19, 98:24, 109:7, 120:6, 131:11, 145:22, 169:15, 177:22, 193:12, 227:8, 228:22, 238:17, 243:19, 269:22, 295:21
**bring** [20] - 10:23, 41:25, 45:2, 57:14, 58:7, 75:2, 168:16, 170:7, 173:18, 246:6, 264:18, 275:7, 281:19, 282:21, 283:3, 286:6, 287:2, 288:24, 289:24, 300:20
**bringing** [4] - 5:4, 133:21, 250:2, 251:5
**brings** [1] - 131:19
**Brittain** [1] - 28:25
**broader** [1] - 295:9
**broadly** [1] - 32:3
**broke** [1] - 225:25
**broken** [1] - 214:13
**brother** [19] - 60:2, 60:4, 62:10, 96:18,

114:20, 116:14, 126:22, 140:11, 140:13, 149:8, 150:18, 151:10, 154:18, 155:19, 155:20, 155:21, 156:6, 253:11
**brother's** [2] - 61:5, 62:9
**brought** [5] - 10:24, 22:18, 92:24, 165:18, 278:13
**budget** [1] - 163:4
**Building** [1] - 192:7
**building** [2] - 71:20, 243:13
**built** [1] - 139:4
**bulletproof** [2] - 199:18, 199:19
**bunch** [1] - 188:9
**burden** [10] - 18:20, 18:22, 19:25, 20:1, 48:6, 58:19, 123:2, 132:13, 187:5, 281:16
**burdened** [1] - 123:17
**Bureau** [2] - 32:9, 32:11
**bus** [3] - 48:14, 48:15, 131:19
**business** [4] - 25:8, 80:5, 202:4, 239:1
**busy** [1] - 122:24
**buy** [1] - 208:22

## C

**C-O-W-L-E-S** [1] - 28:24
**CACI** [2] - 71:14, 71:15
**Cairo** [1] - 149:17
**calculating** [1] - 184:22
**calculations** [1] - 8:3
**calibrating** [1] - 69:20
**calibration** [1] - 73:1
**California** [3] - 203:8, 211:2, 243:6
**camp** [1] - 280:20
**candid** [1] - 284:13
**candor** [1] - 281:5
**cannot** [8] - 21:17, 21:18, 21:21, 103:23, 158:11, 297:21, 297:25
**capacity** [15] - 26:2, 26:12, 26:16, 27:17, 93:20, 105:1, 105:11, 134:10,

181:11, 183:11, 202:19, 205:24, 206:2, 256:14, 256:21
**Capitol** [4] - 32:6, 101:20, 103:2, 103:6
**Captain** [2] - 29:25, 30:4
**car** [6] - 79:24, 221:10, 224:19, 225:16, 227:9, 242:11
**card** [4] - 17:2, 17:3, 18:4, 41:5
**cards** [3] - 11:16, 40:14, 147:4
**care** [5] - 42:25, 44:25, 45:2, 119:13, 183:14
**career** [4] - 115:22, 142:1, 148:23, 226:20
**careers** [1] - 116:5
**carefully** [1] - 99:15
**Caribbean** [1] - 262:5
**Carl** [1] - 192:7
**Carolina** [3] - 114:4, 114:10, 216:4
**carried** [2] - 191:22, 200:20
**carries** [3] - 7:9, 7:10, 7:14
**carry** [2] - 19:11, 19:18
**carrying** [1] - 102:23
**case** [198] - 7:1, 9:21, 15:2, 15:24, 16:17, 17:6, 18:9, 19:21, 20:25, 21:3, 22:18, 22:20, 23:6, 24:12, 31:10, 33:24, 35:10, 35:22, 36:5, 36:6, 36:13, 38:18, 40:16, 47:10, 47:14, 47:15, 51:24, 52:5, 54:1, 55:4, 57:24, 60:8, 61:6, 62:9, 62:13, 62:21, 64:3, 66:20, 68:22, 73:21, 77:19, 77:21, 77:23, 78:12, 81:16, 83:11, 83:12, 83:13, 83:15, 84:6, 84:11, 88:13, 88:16, 91:11, 91:14, 91:24, 92:7, 93:25, 94:4, 95:14, 97:15, 99:13, 99:16, 99:25, 100:10, 102:13, 107:18, 108:3, 109:16, 110:23, 110:25, 111:5, 111:23, 113:2,

117:16, 119:16, 119:18, 121:14, 124:22, 124:24, 125:1, 127:20, 128:10, 129:23, 131:2, 131:6, 132:17, 136:19, 142:22, 143:13, 146:2, 146:9, 147:13, 148:3, 148:5, 149:11, 150:8, 151:6, 151:22, 158:3, 160:12, 160:25, 161:6, 161:9, 161:11, 161:14, 164:7, 164:19, 165:17, 166:12, 166:14, 166:21, 170:3, 172:2, 173:8, 175:3, 175:7, 175:17, 177:3, 177:13, 183:7, 186:3, 188:16, 188:20, 193:9, 197:24, 198:10, 198:12, 198:19, 200:8, 201:3, 203:23, 204:5, 206:3, 207:14, 207:17, 211:19, 211:23, 215:1, 216:7, 224:17, 225:2, 225:9, 227:21, 234:2, 235:17, 237:13, 239:6, 239:14, 239:16, 240:13, 241:9, 244:8, 246:18, 247:14, 247:18, 247:22, 251:10, 256:4, 256:5, 256:9, 260:9, 260:19, 263:6, 263:17, 263:19, 263:21, 266:11, 267:18, 267:24, 269:11, 270:5, 271:11, 271:19, 272:12, 276:4, 276:25, 277:1, 277:14, 277:24, 279:4, 290:1, 290:10, 293:6, 293:10, 293:25, 294:22, 295:18, 296:7, 296:22, 297:1, 297:3, 297:14, 297:19, 298:18, 298:23, 298:24

**Case** [2] - 4:4, 15:3
**cases** [35] - 14:3, 89:4, 89:5, 89:7, 89:8, 89:10, 91:6, 92:3, 92:4, 92:8, 95:2, 99:3, 99:5, 99:10, 118:10, 120:12, 135:2, 135:6, 143:16, 146:4, 146:5, 151:1, 151:4, 166:17, 169:11, 169:12, 216:24, 233:24, 264:15, 264:19, 276:12, 276:16, 276:19, 295:7
**catch** [6] - 176:2, 176:12, 182:22, 203:18, 218:8, 238:9
**category** [5] - 32:18, 152:5, 172:24, 184:25, 267:13
**Caucasian** [2] - 184:24, 185:2
**Caucasians** [1] - 42:4
**caught** [1] - 226:4
**caused** [2] - 48:15, 278:1
**causes** [1] - 21:22
**caution** [3] - 39:11, 80:24, 287:6
**census** [1] - 177:24
**Center** [2] - 171:9, 268:23
**center** [1] - 247:5
**central** [1] - 24:23
**certain** [9] - 81:24, 88:25, 93:18, 105:6, 128:5, 129:25, 130:7, 179:4, 275:9
**certainly** [8] - 13:5, 79:22, 84:19, 86:1, 171:19, 172:12, 212:20
**CERTIFICATE** [1] - 301:2
**Certified** [1] - 1:21
**certify** [2] - 301:6, 301:11
**cetera** [3] - 74:7, 126:13, 188:18
**Chagul** [1] - 24:16
**chair** [1] - 42:14
**chairs** [1] - 113:12
**challenge** [7] - 55:15, 55:23, 56:7, 73:2, 112:3, 277:23, 279:6
**challenged** [1] - 89:12
**challenges** [1] - 92:5
**challenging** [2] - 56:3,

92:9
**chance** [8] - 13:24, 14:23, 86:5, 139:1, 276:15, 294:22, 296:10, 297:15
**change** [3] - 51:22, 144:12, 291:21
**changed** [5] - 36:25, 37:3, 38:23, 128:14, 144:8
**changes** [2] - 103:21, 292:14
**channel** [1] - 55:23
**Chantal** [2] - 301:4, 301:20
**CHANTAL** [1] - 1:20
**Chantilly** [3] - 28:18, 29:13, 29:17
**characteristic** [1] - 82:7
**characterization** [1] - 109:3
**charge** [22] - 6:23, 7:14, 19:8, 39:22, 80:25, 127:24, 128:1, 143:12, 148:5, 152:23, 152:25, 155:9, 157:12, 171:22, 186:14, 195:16, 229:23, 237:12, 269:23, 283:21, 283:23, 284:3
**charged** [25] - 16:2, 18:10, 23:6, 34:22, 35:2, 59:25, 68:23, 69:11, 69:12, 114:19, 126:13, 140:6, 145:17, 157:14, 175:20, 182:13, 203:12, 214:10, 217:24, 221:3, 238:1, 253:9, 257:16, 268:1, 269:18
**charges** [15] - 8:4, 8:23, 18:12, 19:8, 24:9, 36:9, 81:15, 92:24, 119:21, 154:25, 168:1, 175:10, 201:1, 252:7, 269:11
**charities** [1] - 88:25
**Charles** [1] - 72:12
**Chase** [1] - 197:15
**check** [6] - 42:3, 45:10, 45:17, 170:24, 236:5, 273:20
**checking** [2] - 45:16,

49:25
**chemical** [1] - 12:17
**chemist** [3] - 12:25, 30:10, 30:14
**chemists** [1] - 12:16
**Chevy** [1] - 197:15
**Chicago** [2] - 149:9, 150:19
**chief** [4] - 196:2, 196:8, 196:10, 199:23
**child** [8] - 42:25, 44:25, 45:1, 77:5, 216:15, 216:20, 216:23, 216:25
**Children** [3] - 76:22, 77:3, 80:8
**children** [5] - 26:5, 32:17, 43:3, 43:12, 44:3
**chocolate** [1] - 250:12
**choice** [3] - 99:21, 292:19, 299:8
**choose** [2] - 294:15, 296:7
**chooses** [1] - 291:13
**choreograph** [1] - 293:22
**chosen** [8] - 14:5, 43:11, 58:24, 99:14, 175:4, 211:6, 249:24, 263:14
**Christmas** [1] - 123:14
**church** [1] - 50:13
**circle** [1] - 17:4
**circumstances** [4] - 160:19, 240:21, 270:21, 284:12
**citation** [3] - 58:1, 293:6, 293:20
**cite** [1] - 293:19
**cited** [3] - 276:12, 277:14, 295:8
**cites** [1] - 276:25
**citing** [1] - 276:24
**citizen** [4] - 37:13, 37:15, 84:17, 84:20
**citizens** [3] - 57:3, 130:21, 178:15
**city** [2] - 149:8, 275:13
**civic** [1] - 21:16
**Civil** [5] - 89:22, 118:19, 120:7, 120:10, 121:7
**civil** [19] - 22:20, 85:15, 92:8, 114:14, 120:13, 120:16, 125:1, 125:5, 135:2, 136:14, 136:15, 148:20, 192:8,

192:9, 193:13, 234:13, 263:19, 263:21
**civilian** [9] - 26:2, 26:11, 26:16, 74:17, 105:10, 134:10, 217:18, 256:13, 256:21
**civilians** [1] - 181:10
**claim** [2] - 88:3, 88:5
**clarify** [3] - 116:16, 161:2, 164:1
**class** [1] - 211:12
**classes** [1] - 244:12
**classified** [1] - 105:5
**Clean** [2] - 145:4, 145:8
**cleaned** [1] - 154:22
**cleaning** [1] - 72:3
**clear** [10] - 39:22, 75:7, 92:7, 96:23, 159:16, 159:25, 160:2, 175:5, 281:6, 295:14
**clearance** [1] - 70:17
**clearly** [3] - 118:12, 232:8, 294:25
**clerk** [12] - 14:7, 57:21, 67:14, 68:18, 139:15, 174:11, 174:12, 174:13, 174:14, 174:17, 276:22
**clerked** [2] - 232:1, 232:25
**clerks** [1] - 41:6
**client** [5] - 5:25, 10:5, 75:20, 270:13, 289:13
**clients** [1] - 234:18
**clinical** [1] - 54:7
**close** [49] - 25:25, 26:1, 26:6, 26:7, 26:9, 26:10, 26:14, 26:15, 32:1, 32:2, 32:19, 32:25, 33:1, 33:8, 33:9, 33:15, 33:21, 33:22, 34:9, 34:12, 34:20, 34:21, 34:24, 34:25, 35:6, 35:11, 35:12, 35:17, 36:20, 37:6, 41:18, 47:1, 59:23, 62:10, 74:7, 79:18, 94:3, 105:9, 107:21, 181:23, 197:17, 207:6, 256:12, 259:6, 262:21, 265:7, 289:25, 293:2
**closer** [3] - 174:15,

215:21, 267:5
**closing** [5] - 293:1, 293:11, 294:1, 294:24, 294:25
**clothing** [1] - 49:6
**clue** [1] - 144:16
**coach** [3] - 50:5, 50:16, 50:17
**coat** [1] - 204:10
**Cobar** [3] - 4:9, 15:8, 26:23
**COBAR** [4] - 1:12, 4:12, 15:10, 27:10
**cocaine** [2] - 148:7, 229:20
**Code** [3] - 16:5, 16:8, 275:23
**Codes** [1] - 275:19
**coin** [2] - 239:1, 239:4
**cold** [1] - 127:3
**collar** [1] - 234:19
**collateral** [2] - 92:18, 92:20
**colleague** [2] - 181:23, 282:10
**colleagues** [1] - 259:15
**collect** [2] - 40:15, 41:6
**collected** [1] - 206:21
**collecting** [2] - 72:2, 167:21
**college** [4] - 76:15, 131:25, 184:2, 198:3
**Collyer** [1] - 252:25
**color** [1] - 99:12
**Colorado** [2] - 29:11
**COLUMBIA** [1] - 1:1
**Columbia** [8] - 32:8, 33:10, 33:11, 99:3, 118:7, 177:25, 178:25, 301:5
**column** [1] - 280:2
**combat** [3] - 36:21, 182:10, 197:18
**combine** [1] - 293:18
**comfort** [1] - 6:2
**comfortable** [6] - 6:5, 185:17, 247:23, 249:9, 250:15, 276:14
**coming** [12] - 27:9, 86:7, 231:10, 232:6, 250:15, 258:24, 258:25, 259:1, 275:15, 281:25, 285:17, 289:14
**commander** [1] - 30:2
**commenced** [2] - 4:3, 179:22

**commercial** [1] - 71:12
**Commission** [3] - 120:23, 120:24, 148:17
**commission** [1] - 148:18
**commit** [2] - 38:4, 283:22
**commits** [1] - 292:10
**committed** [3] - 102:6, 152:24, 292:12
**Committee** [3] - 196:4, 196:9, 196:14
**committee** [4] - 199:22, 200:4, 252:20, 252:23
**committing** [1] - 292:12
**common** [1] - 105:18
**communication** [1] - 148:15
**communications** [3] - 196:22, 198:4, 199:10
**community** [4] - 120:20, 150:24, 270:16, 277:5
**Community** [1] - 145:3
**companies** [1] - 52:21
**company** [9] - 76:23, 79:22, 97:19, 98:2, 135:5, 194:9, 197:8, 242:25, 243:13
**comparative** [1] - 278:5
**competent** [2] - 6:14, 295:17
**complaint** [1] - 147:7
**complete** [1] - 55:21
**completely** [1] - 130:10
**compliance** [1] - 206:21
**computer** [7] - 1:25, 247:1, 247:9, 247:19, 247:20, 286:2
**computer-aided** [1] - 1:25
**concentrate** [5] - 246:15, 250:23, 250:25, 251:1, 251:3
**concentrating** [1] - 245:19
**concern** [6] - 75:25, 110:21, 171:12, 190:14, 288:1, 291:5
**concerned** [8] - 68:5,

109:13, 109:18,
131:7, 212:9,
212:10, 275:6,
293:10
**concerning** [6] - 5:22,
12:16, 36:2, 36:15,
84:12, 259:9
**concerns** [3] - 108:14,
128:9
**conclusion** [1] -
248:24
**condition** [1] - 210:7
**conditions** [1] -
259:13
**conduct** [2] - 36:13,
39:6
**conference** [1] - 247:4
**confident** [2] - 21:6,
265:7
**conflict** [1] - 283:7
**confront** [1] - 281:22
**confronting** [1] -
165:11
**confused** [1] - 165:22
**congratulations** [1] -
236:14
**connect** [1] - 107:6
**Connecticut** [1] -
77:10
**connection** [7] -
78:15, 78:17, 78:19,
80:25, 94:15, 95:2,
255:16
**connections** [1] -
103:13
**connects** [1] - 107:7
**conscience** [1] -
20:21
**consequences** [1] -
6:11
**consider** [5] - 18:13,
20:19, 23:1, 39:11,
42:25
**considerable** [8] -
8:25, 9:6, 9:8, 9:11,
9:12, 12:22, 243:4
**consideration** [1] -
130:9
**considerations** [1] -
37:15
**considered** [5] -
39:11, 125:11,
128:3, 184:23
**conspiracy** [1] - 6:22
**conspired** [1] - 23:10
**conspiring** [1] - 16:3
**constitute** [1] - 301:12
**Constitution** [2] -
1:22, 158:25
**Constitutional** [2] -

158:13, 294:12
**construction** [3] -
237:22, 238:19,
238:23
**construction-type** [1]
- 238:23
**consult** [1] - 282:10
**consultant** [2] -
118:24, 197:1
**consulted** [1] - 80:6
**Consulting** [1] - 197:7
**consulting** [3] - 119:1,
121:1, 135:1
**consumer** [1] - 148:20
**Consumer** [1] - 136:2
**contact** [5] - 53:3,
74:7, 79:23, 97:1,
167:6
**contacts** [3] - 109:11,
181:4, 283:16
**containing** [4] - 23:13,
23:18, 23:23, 24:4
**contemplative** [1] -
50:5
**content** [3] - 98:14,
165:22, 171:15
**continue** [3] - 56:11,
56:17, 97:25
**Continued** [1] - 2:1
**continued** [1] - 94:8
**contracting** [2] -
76:23, 79:22
**contractor** [7] - 74:17,
74:19, 77:16, 81:20,
82:24, 167:2, 167:10
**contractors** [1] -
172:14
**contracts** [1] - 109:13
**contradict** [1] - 296:22
**contrary** [1] - 299:11
**contribute** [1] - 77:4
**Control** [10] - 85:10,
85:20, 87:1, 87:8,
88:12, 88:24, 90:8,
91:8, 91:12, 93:2
**control** [1] - 130:13
**controlled** [1] - 35:25
**conversation** [2] -
224:16, 295:24
**convicted** [26] - 7:19,
7:22, 8:4, 8:15, 8:18,
8:23, 9:15, 9:17,
114:19, 114:21,
126:13, 140:6,
140:18, 145:17,
175:20, 182:13,
203:12, 214:10,
217:25, 221:4,
221:24, 225:10,
228:15, 238:1,

253:9, 257:16
**conviction** [4] - 70:10,
73:2, 93:17, 93:23
**convictions** [5] -
21:23, 93:9, 93:13,
93:22, 171:19
**convince** [1] - 281:19
**convinced** [2] - 67:7,
155:2
**convinces** [1] - 168:13
**convincing** [1] -
153:15
**Cool** [2] - 145:4, 145:9
**coordinators** [1] -
167:6
**cop** [2] - 144:4, 199:19
**cops** [1] - 199:21
**copy** [1] - 293:8
**corner** [1] - 86:2
**corporate** [8] - 98:4,
98:5, 98:18, 123:7,
156:3, 171:7, 214:8,
234:19
**Corporation** [2] -
149:4, 192:23
**correct** [34] - 4:14,
8:20, 10:9, 24:17,
27:10, 43:10, 43:17,
47:11, 47:12, 81:1,
97:17, 98:6, 107:22,
107:23, 118:4,
121:9, 159:17,
168:14, 168:18,
170:20, 174:22,
202:15, 228:15,
243:22, 244:2,
246:11, 268:4,
291:11, 291:12,
291:22, 291:23,
291:25, 297:24
**correctional** [2] -
32:9, 216:1
**Corrections** [1] -
216:3
**correctly** [1] - 88:3
**Counsel** [3] - 13:14,
14:25, 42:9
**counsel** [38] - 4:6,
5:22, 6:13, 6:25,
15:5, 24:18, 25:4,
40:3, 40:11, 41:8,
44:19, 49:10, 49:21,
50:1, 57:8, 67:18,
82:17, 120:24,
177:10, 177:18,
179:23, 189:9,
190:13, 196:9,
214:8, 230:14,
236:1, 248:8, 290:3,
290:9, 293:8,

293:19, 293:23,
295:17, 296:10,
296:21, 297:17,
300:19
**counseling** [5] - 50:5,
50:6, 53:1, 53:19,
219:1
**counselor** [3] - 50:1,
217:6, 218:14
**Count** [9] - 6:22, 7:9,
7:19, 7:22, 8:17,
23:7, 23:16, 23:21,
24:1
**count** [7] - 7:13, 9:18,
13:20, 13:24, 16:2,
16:8, 81:24
**counted** [2] - 274:5,
274:8
**counting** [3] - 274:10,
274:13, 274:14
**countries** [4] - 119:1,
121:2, 257:12,
259:16
**country** [18] - 24:23,
26:17, 26:18,
105:13, 120:12,
124:7, 130:17,
130:24, 134:10,
134:13, 134:19,
144:16, 149:14,
201:22, 203:7,
256:21, 262:4,
262:24
**counts** [5] - 6:24,
7:23, 8:16, 16:5,
23:6
**Counts** [1] - 7:12
**County** [1] - 72:12
**coup** [1] - 262:24
**couple** [32] - 11:6,
11:7, 12:2, 21:8,
41:23, 63:24, 69:7,
82:19, 101:8,
102:17, 113:17,
115:8, 124:5,
129:14, 141:11,
143:8, 154:15,
166:10, 170:18,
174:3, 197:4,
199:20, 200:21,
202:2, 204:22,
213:12, 235:13,
237:24, 251:25,
253:12, 254:23
**course** [6] - 67:14,
71:1, 103:15, 107:9,
253:23, 254:4
**court** [41] - 9:4, 15:1,
28:4, 33:12, 35:6,
35:9, 35:20, 37:15,

42:10, 47:24, 48:11,
61:6, 61:17, 62:15,
76:1, 101:24, 117:2,
118:7, 125:6,
137:13, 139:11,
139:15, 140:22,
141:6, 141:10,
141:18, 156:19,
156:23, 180:9,
193:25, 196:1,
223:16, 230:15,
234:6, 243:25,
252:14, 253:25,
263:12, 278:13,
278:18, 293:25
**COURT** [1124] - 1:1,
4:11, 4:13, 4:18,
4:25, 5:8, 5:17, 6:7,
6:17, 7:7, 7:9, 7:16,
8:14, 8:21, 9:2, 9:10,
9:25, 10:11, 10:19,
10:21, 11:5, 11:19,
11:22, 12:2, 12:6,
12:10, 12:19, 13:2,
13:13, 14:5, 14:15,
14:24, 15:2, 15:11,
15:15, 15:21, 25:14,
27:8, 27:11, 28:23,
30:22, 32:16, 32:25,
37:24, 38:2, 40:6,
40:11, 40:13, 41:2,
41:8, 41:16, 42:8,
42:11, 42:18, 42:20,
43:1, 43:5, 43:8,
43:11, 43:15, 43:18,
43:21, 44:1, 44:8,
44:16, 44:19, 45:6,
45:8, 45:15, 45:20,
45:22, 46:7, 46:11,
46:16, 46:23, 47:1,
47:6, 47:10, 47:13,
47:17, 47:20, 47:23,
48:1, 48:6, 48:9,
48:17, 48:20, 48:24,
49:4, 49:8, 49:12,
49:23, 50:12, 50:16,
51:20, 54:25, 55:2,
55:6, 55:8, 55:12,
56:12, 56:21, 57:1,
57:13, 57:19, 58:4,
58:12, 58:15, 58:18,
59:1, 59:6, 59:8,
59:10, 59:13, 59:16,
59:19, 59:22, 60:3,
60:7, 60:11, 60:14,
60:17, 60:20, 64:1,
64:9, 64:14, 64:16,
64:25, 65:3, 65:8,
65:17, 65:22, 66:4,
66:8, 66:13, 66:15,
66:19, 66:24, 67:2,

| | | | | |
|---|---|---|---|---|
| 67:7, 67:20, 67:22, 68:1, 68:10, 69:2, 69:5, 69:7, 69:15, 69:21, 69:23, 70:1, 70:4, 70:6, 70:9, 70:13, 70:19, 70:24, 71:2, 71:8, 71:10, 71:15, 71:18, 71:24, 72:4, 73:18, 73:20, 74:1, 74:3, 74:23, 75:10, 75:16, 76:3, 76:7, 76:9, 76:13, 76:20, 77:3, 77:7, 77:15, 77:20, 77:25, 78:4, 78:11, 78:16, 79:2, 79:9, 79:12, 79:14, 79:16, 80:2, 80:10, 80:16, 80:19, 81:5, 81:14, 81:20, 81:23, 82:3, 82:6, 82:9, 82:11, 82:17, 82:20, 83:4, 83:8, 83:17, 84:19, 84:23, 85:4, 85:6, 86:6, 86:10, 86:14, 86:18, 86:24, 87:4, 87:9, 87:15, 87:20, 87:24, 88:2, 88:15, 88:18, 89:10, 89:16, 89:20, 90:1, 90:9, 90:13, 90:16, 90:20, 90:24, 92:2, 95:3, 95:7, 95:9, 95:13, 95:17, 96:2, 96:5, 96:8, 96:10, 96:13, 97:6, 97:9, 97:13, 97:18, 97:21, 98:1, 98:5, 98:7, 98:10, 98:18, 98:20, 98:23, 99:24, 100:3, 100:9, 100:14, 100:16, 100:23, 100:25, 101:2, 101:4, 101:8, 101:18, 101:21, 102:1, 102:25, 103:5, 103:8, 103:17, 103:24, 104:1, 104:9, 104:14, 104:19, 104:22, 105:1, 105:8, 105:13, 106:6, 106:14, 106:17, 106:22, 107:2, 107:9, 107:13, 107:15, 107:24, 109:6, 110:22, 111:3, 111:10, 111:19, 111:21, 111:25, 112:5, 112:9, 112:15, 113:5, | 113:10, 113:15, 113:17, 113:21, 113:23, 113:25, 114:3, 114:6, 114:8, 114:12, 114:14, 114:17, 114:22, 115:1, 115:4, 115:7, 116:11, 117:8, 117:15, 117:21, 117:24, 118:1, 118:8, 118:14, 118:21, 119:3, 119:6, 119:12, 119:15, 119:19, 119:23, 120:2, 120:5, 121:3, 121:13, 121:19, 121:25, 122:6, 122:12, 122:16, 122:18, 123:5, 123:8, 123:10, 123:16, 123:19, 123:23, 124:1, 124:10, 124:22, 125:2, 125:6, 125:8, 125:13, 125:16, 125:24, 126:1, 126:3, 126:6, 126:9, 126:12, 126:16, 126:18, 126:24, 127:1, 127:5, 127:10, 127:17, 127:24, 128:12, 128:19, 129:2, 129:5, 129:8, 129:12, 129:17, 130:16, 130:22, 131:10, 132:7, 132:15, 132:23, 133:14, 134:1, 134:3, 134:7, 134:15, 134:20, 134:23, 135:3, 135:8, 135:10, 135:13, 135:16, 135:19, 135:24, 136:1, 136:5, 136:8, 136:18, 136:22, 136:24, 137:2, 137:4, 137:6, 137:11, 137:16, 137:22, 137:24, 138:4, 138:8, 138:12, 138:18, 138:25, 139:8, 139:13, 139:16, 139:21, 140:1, 140:5, 140:10, 140:15, 140:19, 140:21, 141:3, 141:6, 141:9, | 141:11, 141:15, 141:18, 141:21, 141:24, 142:5, 142:7, 142:11, 142:14, 142:21, 142:24, 143:3, 143:5, 143:7, 143:11, 143:17, 143:22, 144:1, 144:5, 144:7, 144:13, 144:18, 144:21, 144:23, 145:1, 145:4, 145:8, 145:12, 145:15, 145:21, 147:12, 147:18, 147:23, 147:25, 148:3, 148:8, 148:12, 148:14, 148:18, 148:22, 149:2, 149:5, 149:10, 149:13, 149:19, 149:21, 149:24, 150:2, 150:5, 151:18, 151:20, 152:2, 152:7, 152:13, 152:15, 153:9, 153:12, 153:15, 153:18, 153:22, 153:25, 154:4, 154:6, 154:9, 154:12, 154:20, 154:24, 155:11, 155:17, 155:21, 155:24, 156:4, 156:8, 156:10, 156:12, 156:14, 156:17, 156:23, 157:1, 157:6, 157:9, 157:12, 157:18, 157:22, 157:24, 158:8, 158:11, 158:17, 158:20, 158:24, 159:3, 159:6, 159:10, 159:13, 162:15, 162:18, 163:24, 164:2, 164:5, 164:11, 164:18, 165:19, 165:24, 166:8, 166:10, 166:14, 166:19, 166:23, 167:9, 167:12, 167:16, 167:19, 167:25, 168:6, 168:10, 168:15, 168:19, 168:22, 168:24, 169:2, 169:5, 169:21, 170:2, 170:5, 170:11, | 170:13, 170:19, 170:21, 170:25, 171:4, 171:8, 171:11, 171:21, 172:9, 172:21, 173:3, 173:6, 173:11, 173:13, 173:16, 173:18, 174:1, 174:3, 174:7, 174:10, 174:13, 174:15, 174:18, 174:21, 174:24, 175:7, 175:10, 175:12, 175:16, 175:19, 175:23, 175:25, 176:2, 176:4, 176:8, 176:11, 176:14, 176:17, 176:20, 177:10, 177:12, 177:18, 178:12, 178:22, 179:3, 179:6, 179:11, 179:15, 179:23, 180:2, 180:5, 180:7, 180:11, 180:15, 180:20, 180:23, 181:5, 181:9, 181:13, 181:25, 182:3, 182:8, 182:12, 182:16, 182:18, 182:20, 182:22, 182:24, 183:1, 183:3, 183:6, 183:9, 183:13, 183:18, 183:20, 183:23, 183:25, 184:16, 184:21, 185:1, 185:7, 185:11, 185:16, 185:24, 186:5, 186:8, 186:12, 186:14, 186:20, 187:2, 187:5, 187:9, 187:12, 187:14, 187:17, 187:19, 187:21, 188:1, 188:3, 188:7, 188:9, 188:23, 189:3, 189:8, 189:12, 189:14, 189:16, 189:24, 190:2, 190:8, 190:13, 190:17, 190:21, 190:24, 191:5, 191:8, 191:11, 191:16, 191:20, 192:1, 192:4, 192:8, 192:10, 192:14, 192:17, 192:21, 192:24, 193:3, | 193:8, 193:11, 193:16, 193:19, 193:23, 194:14, 194:20, 194:24, 195:1, 195:6, 195:8, 195:12, 195:15, 195:18, 195:22, 196:6, 196:12, 196:16, 196:25, 197:2, 197:5, 197:9, 197:14, 197:16, 197:23, 198:1, 198:6, 198:8, 200:6, 200:10, 200:17, 200:19, 200:24, 201:1, 201:11, 201:15, 201:20, 201:25, 202:4, 202:6, 202:10, 202:14, 202:16, 202:22, 203:1, 203:5, 203:10, 203:16, 203:18, 203:22, 203:25, 204:2, 204:4, 204:9, 204:13, 204:17, 204:20, 204:25, 205:2, 205:5, 205:10, 205:13, 205:15, 205:19, 205:22, 206:1, 206:5, 206:11, 206:14, 206:18, 206:22, 206:25, 207:4, 207:10, 207:13, 207:16, 207:20, 207:22, 207:24, 208:2, 208:5, 208:19, 208:22, 209:2, 209:5, 209:9, 209:12, 209:19, 209:21, 209:24, 210:3, 210:22, 211:6, 211:10, 211:13, 211:15, 212:5, 212:8, 212:11, 212:19, 213:2, 213:8, 213:12, 213:16, 213:18, 213:21, 213:24, 214:2, 214:6, 214:9, 214:16, 214:19, 214:21, 214:23, 215:3, 215:5, 215:10, 215:12, 215:17, 215:20, 215:25, 216:2, 216:5, 216:9, 216:12, 216:16, |

9

216:19, 216:22,
217:1, 217:4, 217:7,
217:9, 217:12,
217:14, 217:18,
217:20, 217:23,
218:3, 218:6, 218:8,
218:10, 219:19,
220:10, 220:12,
220:17, 220:22,
220:24, 221:6,
221:9, 221:15,
221:18, 221:23,
222:2, 222:6,
222:12, 222:15,
222:18, 222:21,
222:24, 223:3,
223:7, 223:11,
223:15, 223:18,
223:20, 224:7,
224:9, 228:21,
230:3, 230:5, 230:9,
230:12, 230:19,
230:25, 231:2,
231:9, 231:13,
231:16, 231:21,
231:25, 232:4,
232:6, 232:10,
232:16, 232:19,
232:22, 233:2,
233:7, 233:9,
233:12, 233:14,
233:17, 233:20,
234:25, 235:2,
235:7, 235:11,
235:16, 235:21,
235:23, 236:1,
236:7, 236:10,
236:14, 236:16,
236:19, 236:23,
237:2, 237:4, 237:8,
237:10, 237:14,
237:18, 237:20,
237:23, 237:25,
238:5, 238:7, 238:9,
238:12, 238:15,
239:4, 241:7,
241:12, 241:14,
241:18, 241:21,
241:25, 242:4,
242:8, 242:17,
242:20, 242:24,
243:2, 243:7,
243:11, 243:15,
243:18, 244:6,
244:14, 244:16,
244:23, 244:25,
245:3, 245:7,
245:10, 245:22,
246:2, 246:8,
246:12, 246:14,
246:17, 246:21,

247:3, 247:6, 247:8,
247:11, 247:13,
247:16, 249:5,
249:15, 249:20,
249:23, 250:8,
250:13, 251:7,
251:10, 251:14,
251:17, 251:21,
252:3, 252:6,
252:10, 252:12,
252:18, 252:20,
252:24, 253:2,
253:4, 253:7,
253:13, 253:16,
253:21, 253:24,
254:2, 254:5, 254:7,
254:10, 254:16,
254:21, 254:23,
255:5, 255:8,
255:12, 255:15,
255:18, 255:22,
256:1, 256:4, 256:8,
256:12, 256:19,
256:25, 257:3,
257:5, 257:8,
257:11, 257:14,
257:19, 257:22,
258:1, 258:4,
260:17, 260:22,
260:24, 261:4,
261:7, 261:12,
261:15, 261:19,
261:21, 261:23,
261:25, 262:3,
262:7, 262:9,
262:11, 262:16,
262:19, 263:1,
263:5, 263:9,
263:14, 263:17,
263:20, 263:22,
263:25, 264:5,
266:9, 266:19,
266:21, 266:25,
267:5, 267:8,
267:12, 267:16,
267:21, 267:24,
268:6, 268:12,
268:17, 268:20,
268:22, 268:25,
269:2, 269:7,
271:16, 271:22,
272:2, 272:4, 272:9,
272:12, 272:14,
272:17, 272:19,
272:22, 272:24,
273:2, 273:5, 273:9,
273:13, 273:19,
273:24, 274:3,
274:8, 274:12,
274:16, 274:19,
274:24, 275:17,

277:3, 278:8,
278:20, 279:2,
279:17, 279:23,
280:3, 280:14,
280:25, 281:11,
281:17, 282:12,
282:14, 282:23,
282:25, 283:12,
284:1, 284:10,
284:24, 285:7,
286:9, 286:14,
287:8, 287:10,
287:20, 287:23,
288:6, 288:9,
288:12, 288:17,
289:3, 289:9,
289:13, 289:16,
290:7, 291:3, 291:7,
291:13, 291:24,
292:7, 292:17,
292:20, 293:1,
293:3, 293:14,
294:6, 294:11,
295:7, 295:25,
297:6, 297:9,
297:23, 298:2,
298:11, 298:17,
298:21, 298:25,
299:6, 299:15,
299:21, 300:2,
300:12, 300:17
**Court** [90] - 1:20, 1:22,
6:8, 6:14, 7:6, 7:17,
7:20, 8:3, 8:5, 14:14,
15:12, 33:10, 33:11,
55:20, 56:6, 56:9,
56:16, 56:24, 61:18,
61:19, 68:12, 99:1,
105:16, 110:14,
139:9, 143:15,
145:24, 148:7,
156:7, 156:19,
163:13, 165:9,
165:11, 165:13,
166:17, 169:9,
175:9, 176:23,
176:24, 178:9,
186:13, 193:20,
195:11, 196:1,
196:17, 196:18,
199:1, 220:3,
231:14, 232:2,
237:8, 239:10,
242:3, 243:21,
244:1, 250:16,
252:5, 252:13,
252:14, 271:13,
276:14, 276:16,
276:24, 276:25,
277:15, 278:6,
280:17, 280:23,

281:2, 282:16,
282:17, 282:21,
284:13, 284:17,
284:23, 289:8,
289:21, 290:2,
290:4, 290:5,
292:15, 293:20,
295:21, 298:14,
301:4, 301:21
**court's** [1] - 293:23
**Court's** [9] - 7:4, 46:5,
103:9, 110:10,
278:13, 282:22,
283:3, 283:6, 291:4
**court-appointed** [1] -
156:23
**courthouse** [2] -
123:1, 242:1
**COURTROOM** [66] -
4:4, 5:5, 11:2, 11:25,
13:5, 15:3, 15:17,
40:9, 45:19, 45:21,
46:2, 55:7, 58:9,
64:6, 64:11, 66:25,
69:1, 74:2, 86:21,
95:24, 100:20,
113:9, 122:13,
132:25, 133:23,
136:23, 142:25,
147:20, 152:10,
164:23, 166:4,
170:8, 173:21,
179:9, 179:14,
179:25, 185:21,
191:3, 191:6,
191:10, 191:17,
194:21, 200:14,
204:14, 213:5,
215:7, 220:19,
230:22, 233:1,
235:8, 236:24,
241:15, 245:2,
251:18, 254:15,
254:18, 261:1,
266:14, 271:24,
285:6, 286:8,
286:13, 287:17,
288:3, 288:14, 289:2
**courtroom** [54] - 13:9,
14:7, 15:23, 16:20,
27:20, 27:23, 41:4,
41:14, 46:1, 55:11,
64:8, 67:3, 73:25,
85:2, 95:16, 100:15,
110:13, 111:6,
112:2, 117:20,
121:22, 129:9,
132:22, 136:21,
142:23, 147:17,
152:1, 165:1, 170:4,

173:12, 177:17,
184:20, 188:2,
191:15, 194:19,
200:11, 204:12,
213:1, 215:4,
220:16, 230:11,
232:17, 235:6,
236:18, 241:13,
244:24, 251:13,
254:14, 260:23,
266:13, 271:21,
273:18, 278:25,
289:19
**Courts** [2] - 195:25,
252:17
**courts** [4] - 21:17,
139:9, 196:16,
253:22
**cousin** [1] - 26:6
**cousins** [1] - 155:22
**cover** [7] - 10:23,
17:14, 17:18, 43:8,
44:13, 76:25, 80:1
**coverage** [1] - 180:18
**covering** [1] - 80:3
**Cowles** [2] - 28:20,
28:24
**coworker** [1] - 181:16
**coworkers** [2] -
136:12, 180:19
**CR** [2] - 1:3, 301:7
**create** [2] - 210:18,
212:4
**created** [1] - 120:13
**credence** [1] - 103:11
**credibility** [5] - 31:11,
31:14, 103:10,
110:19, 112:13
**credible** [1] - 108:1
**credit** [2] - 138:7,
193:1
**crime** [26] - 34:15,
34:22, 34:23, 35:1,
35:2, 35:7, 48:10,
59:24, 69:11,
114:19, 114:21,
114:22, 126:13,
135:15, 140:7,
145:17, 182:14,
182:15, 197:11,
214:11, 238:4,
242:8, 253:9,
257:16, 257:17
**Criminal** [3] - 4:4,
15:3, 15:25
**criminal** [71] - 18:9,
18:15, 19:21, 21:17,
22:16, 22:17, 22:18,
22:21, 23:3, 33:22,
33:24, 35:3, 35:9,

35:18, 37:11, 39:6,
47:10, 47:14, 51:15,
89:21, 91:9, 91:11,
91:14, 92:3, 92:7,
114:14, 120:11,
121:7, 125:3,
134:24, 135:2,
139:17, 140:2,
143:9, 145:23,
148:1, 155:18,
155:24, 156:5,
156:24, 159:15,
160:6, 161:12,
161:14, 166:12,
174:21, 174:24,
175:7, 175:13,
175:20, 189:9,
192:8, 195:6,
199:17, 199:22,
200:22, 201:2,
201:13, 203:12,
207:17, 213:24,
214:5, 217:25,
221:4, 233:3, 233:6,
234:16, 238:2,
252:1, 256:2, 283:19
**critical** [2] - 112:12,
277:11
**cross** [4] - 17:5,
265:21, 291:15,
296:20
**cross-examination** [2]
- 291:15, 296:20
**cross-examine** [1] -
265:21
**Crowell** [2] - 235:25,
236:8
**CRR** [3] - 1:20, 301:4,
301:20
**CSI** [14] - 38:21, 70:23,
129:3, 129:7,
141:13, 149:21,
149:23, 176:14,
176:16, 204:23,
223:12, 253:17,
257:22, 258:1
**Cuba** [1] - 87:17
**cured** [1] - 127:1
**curiosity** [1] - 178:23
**curious** [1] - 294:13
**current** [5] - 172:10,
172:16, 177:24,
202:21
**Customs** [1] - 32:11
**cut** [2] - 84:20, 250:11
**cuts** [1] - 163:4
**cutting** [1] - 95:21

# D

**D-E-F-R-I-E-S** [1] -
58:1
**D.C** [1] - 1:4
**D4** [1] - 264:6
**dad** [1] - 239:22
**Dallas** [6] - 30:20,
91:10, 91:21, 92:15,
93:5, 94:4
**Dari** [5] - 25:23, 74:11,
74:13, 76:11, 76:12
**dark** [1] - 250:11
**data** [1] - 167:22
**date** [2] - 68:8, 137:21
**daughter** [8] - 122:23,
131:12, 209:17,
215:24, 261:13,
261:16, 264:3,
264:14
**daughters** [2] - 59:4,
63:16
**David** [1] - 29:9
**days** [15] - 21:8,
64:24, 65:2, 65:16,
66:3, 69:18, 93:7,
93:8, 125:10, 211:4,
211:12, 212:15,
263:16
**DC** [50] - 1:14, 1:18,
1:23, 61:2, 69:22,
69:23, 71:8, 73:9,
96:9, 96:21, 101:24,
101:25, 114:2,
125:15, 126:15,
137:23, 145:19,
156:8, 166:17,
171:17, 182:20,
197:13, 198:4,
200:25, 201:6,
203:16, 203:17,
206:9, 206:18,
207:4, 209:18,
213:20, 215:19,
219:14, 219:25,
223:8, 227:23,
227:25, 228:1,
237:7, 238:7, 238:8,
243:6, 252:4, 256:7,
257:18, 263:12,
275:16, 275:24,
276:6
**DCPS** [1] - 61:25
**DEA** [34] - 2:5, 27:3,
28:16, 28:21, 29:1,
29:3, 29:4, 29:6,
29:7, 29:10, 29:12,
29:15, 30:11, 30:14,
30:16, 30:18, 31:6,
32:11, 33:2, 33:5,

106:15, 166:24,
167:7, 190:3, 190:4,
190:8, 190:11,
195:24, 206:6,
207:7, 254:25,
265:10
**deadlock** [1] - 124:20
**deal** [5] - 50:9, 106:14,
107:10, 249:10,
282:18
**dealing** [5] - 8:8, 54:7,
87:16, 99:8, 193:5
**dealings** [2] - 87:20,
87:22
**dealt** [1] - 120:12
**death** [1] - 154:21
**debate** [1] - 155:6
**debts** [1] - 206:21
**deceased** [1] - 117:6
**December** [4] -
123:12, 123:13,
145:6, 208:25
**decide** [16] - 31:20,
48:2, 67:11, 88:16,
111:5, 131:2, 131:5,
133:17, 155:1,
168:11, 172:1,
188:15, 188:20,
282:15, 296:17,
296:18
**decided** [3] - 109:25,
210:24, 275:23
**decides** [1] - 295:5
**deciding** [1] - 100:4
**decision** [13] - 10:12,
20:5, 20:9, 110:12,
130:2, 157:25,
177:2, 271:11,
290:7, 290:8,
290:11, 293:24,
294:25
**decisions** [1] - 300:8
**decline** [1] - 208:13
**declined** [1] - 284:17
**deep** [1] - 111:3
**DEFENDANT** [17] -
10:17, 10:20,
112:23, 296:25,
297:7, 297:21,
297:25, 298:4,
298:15, 298:19,
298:22, 299:3,
299:13, 299:18,
299:23, 300:10,
300:15
**defendant** [52] - 6:9,
8:6, 11:7, 16:2, 18:9,
18:12, 18:16, 18:20,
18:23, 19:8, 19:21,
19:25, 20:2, 22:19,

23:5, 23:10, 23:17,
23:22, 24:2, 24:9,
24:15, 24:20, 36:8,
37:13, 37:20, 38:2,
38:3, 39:14, 75:5,
75:9, 78:17, 81:8,
88:4, 102:6, 110:1,
111:10, 124:8,
124:25, 127:6,
127:9, 131:4, 131:8,
152:24, 158:2,
235:19, 268:2,
289:19, 291:19,
293:10, 293:17,
293:21, 294:1
**Defendant** [2] - 1:5,
1:15
**defendant's** [4] -
19:16, 20:5, 20:9,
157:25
**defendants** [6] - 37:8,
37:11, 39:19, 39:24,
80:11, 285:8
**defended** [2] - 88:24,
90:17
**Defender** [1] - 1:16
**defender** [1] - 33:20
**Defender's** [3] -
209:18, 231:7,
231:19
**defender's** [1] - 33:18
**Defenders** [1] - 27:16
**defense** [35] - 6:13,
20:3, 20:6, 20:10,
27:14, 33:23, 33:24,
34:2, 40:3, 46:12,
74:19, 77:16, 93:1,
117:8, 133:19,
134:24, 139:17,
140:2, 155:18,
155:24, 156:15,
156:24, 158:1,
167:11, 172:14,
188:25, 189:5,
189:9, 190:13,
230:14, 233:3,
234:13, 239:17,
280:20, 297:14
**Defense** [2] - 33:6,
203:7
**defer** [1] - 284:23
**define** [7] - 25:6,
26:19, 37:21, 43:24,
44:1, 44:6, 97:24
**defined** [2] - 32:4,
108:23
**definitely** [1] - 67:24
**definitively** [1] - 173:2
**Defries** [3] - 57:25,
277:14, 277:23

**degree** [3] - 51:2,
54:4, 198:3
**Delaware** [1] - 232:2
**delay** [15] - 180:8,
185:25, 191:21,
195:1, 200:19,
204:20, 213:9,
220:25, 231:2,
235:12, 237:4,
251:23, 261:7,
266:21, 285:11
**delayed** [4] - 204:21,
213:9, 215:13, 261:8
**deliberations** [6] -
20:18, 20:25, 21:5,
132:5, 150:14,
280:21
**delineate** [1] - 99:18
**denied** [2] - 293:11,
293:25
**denies** [1] - 24:9
**denigrate** [1] - 54:3
**dental** [1] - 116:4
**department** [2] - 32:5,
32:10, 49:7, 261:18,
264:2, 265:2
**Department** [30] -
1:12, 26:25, 32:8,
33:2, 33:5, 33:6,
71:13, 71:19, 82:13,
87:7, 88:23, 89:6,
89:13, 90:6, 118:15,
118:16, 118:19,
120:15, 120:22,
154:3, 159:7,
162:22, 163:2,
163:9, 195:23,
207:6, 216:2, 255:2,
255:3, 272:21
**departments** [1] -
106:20
**deploying** [1] - 74:14
**depression** [1] - 51:13
**DEPUTY** [66] - 4:4,
5:5, 11:2, 11:25,
13:5, 15:3, 15:17,
40:9, 45:19, 45:21,
46:2, 55:7, 58:9,
64:6, 64:11, 66:25,
69:1, 74:2, 86:21,
95:24, 100:20,
113:9, 122:13,
132:25, 133:23,
136:23, 142:25,
147:20, 152:10,
164:23, 166:4,
170:8, 173:21,
179:9, 179:14,
179:25, 185:21,
191:3, 191:6,

191:10, 191:17, 194:21, 200:14, 204:14, 213:5, 215:7, 220:19, 230:22, 233:1, 235:8, 236:24, 241:15, 245:2, 251:18, 254:15, 254:18, 261:1, 266:14, 271:24, 285:6, 286:8, 286:13, 287:17, 288:3, 288:14, 289:2
**deputy** [1] - 120:23
**derived** [2] - 81:2, 88:7
**described** [1] - 81:14
**description** [2] - 28:8, 49:16
**descriptions** [1] - 49:17
**Desert** [1] - 197:21
**designated** [1] - 89:11
**designates** [1] - 85:10
**designation** [4] - 89:12, 92:5, 92:11
**designations** [4] - 88:25, 89:15, 90:17, 92:9
**designee** [1] - 121:24
**desk** [1] - 249:11
**despite** [2] - 36:9, 284:17
**destruction** [1] - 87:18
**detail** [1] - 184:6
**details** [1] - 210:1
**detained** [1] - 235:19
**detectable** [4] - 23:13, 23:18, 23:24, 24:4
**detecting** [1] - 39:6
**detective** [1] - 150:22
**detention** [2] - 235:20, 236:2
**determined** [1] - 284:22
**detriment** [2] - 127:6, 127:8
**develop** [2] - 66:10, 97:25
**developed** [2] - 94:3, 96:19
**development** [1] - 171:7
**Development** [2] - 262:6, 266:6
**DFID** [1] - 77:14
**DHS** [1] - 106:16
**diabetes** [1] - 210:12
**diagnosed** [1] - 64:19

**Dick** [1] - 29:3
**die** [1] - 162:11
**difference** [6] - 48:1, 99:18, 187:3, 201:16, 246:22, 294:7
**different** [17] - 20:13, 22:25, 69:14, 74:22, 75:8, 87:19, 101:9, 110:8, 120:18, 121:1, 187:5, 199:12, 201:17, 232:11, 232:21, 294:24
**differentiate** [2] - 99:22, 99:25
**difficult** [9] - 35:21, 36:4, 106:5, 109:1, 111:14, 122:23, 188:12, 211:23, 282:14
**difficulties** [1] - 113:3
**difficulty** [11] - 20:23, 31:18, 37:17, 38:7, 80:20, 102:2, 103:9, 107:18, 152:20, 163:16, 163:18
**digits** [1] - 18:4
**diligently** [1] - 276:22
**dinner** [1] - 172:15
**DIRE** [1] - 3:4
**dire** [13] - 5:9, 11:6, 11:13, 11:17, 16:15, 16:22, 46:20, 55:18, 55:22, 56:7, 56:20, 284:14, 284:18
**direct** [4] - 87:20, 87:22, 172:4, 178:10
**directions** [1] - 286:10
**directly** [8] - 101:6, 200:3, 233:25, 236:8, 249:11, 298:15, 299:1, 299:4
**director** [1] - 119:9
**disadvantage** [1] - 294:17
**disagreed** [1] - 234:3
**disagreeing** [1] - 234:3
**disagreement** [1] - 11:10
**disappeared** [2] - 97:4, 147:1
**disappointed** [1] - 132:11
**disaster** [1] - 199:9
**disbelieve** [1] - 268:7
**disclose** [1] - 86:4
**discretion** [2] - 7:20, 293:24

**discrimination** [1] - 275:25
**discuss** [33] - 40:16, 55:3, 62:21, 64:3, 66:20, 73:21, 95:13, 100:10, 111:23, 117:16, 121:14, 132:17, 136:19, 142:22, 147:13, 151:22, 164:19, 170:3, 173:8, 177:13, 200:8, 204:5, 210:1, 210:2, 214:25, 241:9, 244:7, 251:10, 259:22, 260:19, 264:17, 266:11, 271:18
**discussed** [4] - 63:12, 104:15, 128:20, 211:21
**discussing** [4] - 12:21, 12:23, 146:9, 265:4
**discussion** [7] - 12:5, 12:10, 12:16, 41:7, 42:15, 165:2, 173:17
**Discussion** [8] - 40:12, 41:1, 236:22, 248:9, 251:16, 282:13, 283:1, 287:9
**discussions** [5] - 5:21, 10:3, 258:21, 259:7, 259:19
**dismiss** [3] - 6:23, 7:1, 9:21
**dismissed** [4] - 142:4, 150:12, 225:4, 284:9
**disparity** [3] - 178:4, 278:5
**disposition** [1] - 284:4
**dispute** [2] - 22:20
**disputes** [1] - 99:9
**disregard** [2] - 292:16, 292:18
**dissatisfaction** [1] - 290:22
**dissatisfied** [2] - 147:7, 240:12
**distinctive** [1] - 277:5
**distract** [1] - 211:22
**distribute** [3] - 16:10, 23:12, 24:3
**distributed** [3] - 23:17, 23:22, 24:2
**distributing** [4] - 16:6, 16:9, 60:6, 102:9
**distribution** [16] - 35:25, 36:3, 81:2, 127:20, 148:7,

153:1, 155:4, 155:9, 155:13, 157:16, 160:9, 160:10, 188:11, 189:19, 267:25
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [26] - 1:22, 32:5, 32:7, 33:10, 33:11, 57:4, 72:23, 99:3, 118:7, 146:18, 146:20, 156:7, 156:18, 159:11, 177:25, 178:25, 192:11, 196:17, 242:13, 252:13, 272:15, 301:5, 301:9
**district** [2] - 264:5, 264:7
**distrust** [1] - 133:19
**diverse** [1] - 55:25
**divide** [1] - 295:18
**division** [2] - 85:16, 120:14
**Division** [7] - 87:8, 87:9, 89:22, 118:19, 120:8, 120:11, 121:8
**Docket** [1] - 1:3
**doctor** [2] - 144:4, 144:6
**documents** [2] - 288:22, 288:24
**DOE** [1] - 272:25
**dog** [4] - 86:3, 86:14, 86:16, 86:19
**DOJ** [6] - 85:14, 89:23, 90:2, 106:15, 154:9, 233:11
**dollars** [1] - 97:2
**domestic** [3] - 99:9, 140:9, 193:2
**done** [12] - 9:1, 12:24, 13:20, 70:17, 73:4, 73:5, 89:21, 125:20, 148:22, 180:17, 213:24, 233:5, 234:16, 236:2, 238:20, 286:2, 292:25, 295:6
**donor** [1] - 76:24
**double** [1] - 273:20
**double-check** [1] - 273:20
**doubt** [19] - 18:19, 18:21, 19:9, 19:16, 19:24, 20:1, 48:7, 58:21, 97:16, 155:3, 155:7, 168:13, 172:2, 175:1, 188:16, 201:18,

265:17, 281:24, 284:21
**down** [57] - 17:1, 17:9, 19:4, 19:12, 19:19, 20:7, 20:11, 20:15, 21:1, 21:25, 22:5, 22:22, 23:5, 24:20, 25:18, 26:13, 27:13, 27:17, 27:23, 28:5, 28:11, 31:3, 31:23, 33:7, 33:25, 34:4, 34:7, 34:14, 34:19, 35:4, 35:10, 35:15, 35:22, 36:12, 36:22, 37:1, 37:4, 37:7, 37:12, 38:14, 38:19, 38:25, 39:17, 40:1, 41:17, 79:16, 86:3, 111:3, 164:12, 189:18, 193:24, 220:3, 243:20, 266:9, 300:7, 300:8, 300:10
**downstairs** [1] - 249:18
**dramas** [1] - 38:21
**drink** [1] - 73:13
**driver** [1] - 48:15
**Driving** [1] - 34:17
**drop** [2] - 211:13, 211:14
**dropping** [1] - 43:2
**drops** [1] - 43:16
**drug** [31] - 36:7, 61:9, 74:8, 83:8, 88:7, 94:15, 94:22, 99:4, 99:9, 116:24, 127:19, 127:20, 155:4, 166:17, 167:6, 167:22, 168:17, 188:18, 200:1, 217:7, 229:2, 229:21, 237:13, 239:6, 256:6, 256:7, 264:19, 267:24, 267:25
**Drug** [4] - 27:3, 28:17, 167:4, 189:22
**Drug-Free** [1] - 167:4
**drug-free** [1] - 167:22
**drug-related** [1] - 99:9
**drugs** [13] - 60:6, 62:14, 96:20, 114:25, 116:15, 128:6, 157:17, 171:22, 198:13, 229:6, 229:17, 229:23, 259:8
**Drunk** [1] - 34:17
**dryers** [1] - 239:3

**due** [1] - 277:9
**DUI** [4] - 69:14, 72:16,
72:17, 253:11
**Dulles** [1] - 30:13
**Duren** [2] - 277:2,
277:3
**DUREN** [1] - 277:2
**during** [9] - 16:22,
20:18, 20:25, 24:21,
39:1, 65:7, 83:13,
221:1, 231:12
**duties** [1] - 206:2
**duty** [10] - 19:9, 19:11,
19:19, 21:16, 27:21,
201:7, 243:24,
246:17, 248:17,
284:19
**DWI** [1] - 70:10

**E**

**e-mail** [4] - 67:15,
68:7, 288:23, 289:5
**early** [7] - 21:9,
116:19, 203:15,
211:12, 211:15,
245:14, 285:25
**easier** [1] - 5:10
**East** [9] - 26:18,
26:20, 36:22, 78:9,
126:4, 134:14,
171:20, 257:12,
259:17
**Eastern** [1] - 270:15
**economic** [1] - 99:19
**economist** [2] -
257:10, 259:11
**edge** [1] - 288:2
**educated** [2] - 14:11
**education** [4] - 50:23,
51:2, 259:15, 259:16
**educational** [3] - 98:3,
198:2, 219:1
**educational-wise** [1] -
198:2
**Edward** [1] - 30:19
**Egypt** [4] - 74:7, 78:7,
202:3, 202:7
**eight** [16] - 8:10, 42:5,
43:14, 44:23,
154:11, 154:12,
183:19, 218:24,
221:14, 221:16,
222:1, 225:9,
225:12, 288:7,
288:9, 288:16
**eighteen** [3] - 178:19,
178:21, 178:25
**either** [24] - 16:18,
26:2, 26:11, 26:16,

35:8, 48:10, 67:22,
75:20, 78:12, 81:1,
134:9, 146:6,
181:10, 189:9,
198:22, 211:22,
215:23, 229:20,
233:24, 243:25,
256:20, 279:10,
284:13, 290:23
**elections** [1] - 77:1
**Electronics** [1] -
213:20
**element** [1] - 127:3
**Elementary** [2] -
222:23, 223:6
**Elizabeth** [1] - 232:24
**ELLEN** [1] - 1:9
**Ellen** [2] - 15:22,
301:9
**ELMO** [1] - 248:12
**elsewhere** [3] - 36:22,
197:19, 239:22
**Embassy** [1] - 30:8
**embassy** [4] - 255:7,
255:12, 255:22,
258:11
**emerge** [1] - 294:9
**emergency** [1] - 100:9
**employed** [25] - 32:3,
32:20, 32:21, 33:9,
33:22, 49:22,
134:24, 139:9,
139:11, 139:17,
139:22, 149:5,
155:18, 156:18,
156:21, 157:2,
181:18, 187:7,
192:15, 195:25,
206:22, 233:3,
237:18, 252:13,
272:17
**employee** [1] - 149:1
**employees** [1] - 79:23
**employer** [1] - 242:24
**employment** [7] -
33:16, 52:18, 61:1,
72:7, 141:25,
206:25, 238:19
**encounters** [1] - 189:9
**end** [11] - 67:12, 84:1,
131:18, 159:14,
168:12, 186:24,
221:15, 221:16,
275:2, 277:20, 290:9
**ended** [6] - 55:17,
55:24, 118:13,
225:1, 275:14,
278:19
**endorse** [1] - 161:25
**endorses** [4] - 38:12,

152:19, 161:18,
267:2
**ends** [1] - 83:10
**Energy** [1] - 272:21
**Enforcement** [3] -
27:3, 28:17, 189:23
**enforcement** [47] -
31:5, 31:10, 31:15,
31:19, 32:3, 32:21,
32:22, 33:17, 33:19,
71:3, 101:7, 101:12,
101:17, 103:1,
103:12, 105:21,
106:7, 107:22,
107:25, 108:5,
109:12, 110:18,
110:24, 111:7,
112:12, 112:16,
112:21, 113:2,
113:4, 139:23,
149:6, 151:7,
151:13, 157:2,
189:22, 199:20,
206:23, 207:1,
215:23, 234:13,
254:25, 255:16,
256:18, 261:10,
262:12, 283:17
**engaged** [3] - 5:21,
16:12, 24:7
**engages** [2] - 16:12,
24:7
**engineer** [2] - 135:9,
135:23
**engineering** [2] -
135:5, 135:20
**English** [4] - 22:5,
187:11, 187:13,
298:6
**enlist** [2] - 96:23, 97:3
**enrolled** [1] - 244:10
**ensued** [7] - 4:3,
13:10, 13:15, 41:14,
122:11, 179:22,
289:12
**entailed** [2] - 199:6,
218:15
**entered** [2] - 13:9,
289:19
**entire** [3] - 62:7,
276:6, 292:17
**entirely** [1] - 110:23
**entities** [1] - 71:19
**entitled** [1] - 37:14
**entity** [2] - 22:19,
82:25
**Environmental** [1] -
145:3
**environmental** [3] -
145:13, 145:14,

244:20
**err** [1] - 21:5
**error** [1] - 140:1
**especially** [1] - 88:25
**ESQ** [4] - 1:11, 1:12,
1:15, 1:16
**essay** [1] - 85:8
**essentially** [2] - 123:2,
280:24
**Estate** [1] - 71:7
**estate** [1] - 71:10
**estimate** [1] - 21:4
**estimated** [1] - 21:2
**et** [3] - 74:7, 126:13,
188:18
**ethical** [3] - 21:23,
104:4, 124:2
**ethnic** [5] - 124:14,
125:12, 131:3,
268:7, 268:10
**Eugene** [1] - 156:13
**evaluate** [1] - 65:18
**evaluated** [1] - 31:9
**evaluating** [2] - 31:10,
167:19
**eve** [1] - 294:17
**evening** [5] - 129:18,
138:16, 184:18,
204:7, 300:18
**evenings** [1] - 123:3
**event** [1] - 263:6
**events** [4] - 24:22,
24:24, 99:20, 171:24
**eventually** [1] - 120:21
**everyday** [1] - 223:16
**evidence** [46] - 8:5,
8:11, 16:19, 18:24,
19:6, 19:14, 22:11,
23:1, 31:9, 35:23,
35:24, 38:8, 48:3,
75:23, 80:21, 84:6,
88:16, 102:3,
102:14, 108:12,
110:11, 111:5,
111:6, 130:2, 131:2,
131:3, 131:6,
133:17, 152:22,
155:1, 155:2, 155:7,
164:6, 164:7,
168:12, 172:1,
187:6, 188:21,
263:7, 268:15,
271:12, 285:14,
291:11, 291:18
**evidentiary** [1] - 56:19
**evolved** [1] - 194:9
**exactly** [15] - 17:23,
26:19, 40:20,
110:24, 124:19,
127:2, 138:19,

150:22, 167:1,
219:24, 219:25,
255:6, 268:12,
278:10, 284:18
**examination** [2] -
291:15, 296:20
**examinations** [1] -
292:24
**examine** [1] - 265:21
**example** [4] - 75:14,
79:24, 184:1, 239:22
**exchange** [1] - 39:4
**excluded** [1] - 277:4
**excluding** [1] - 277:16
**exclusion** [3] -
277:10, 277:21,
285:14
**excuse** [11] - 13:13,
17:16, 21:18, 40:11,
46:20, 67:11,
190:25, 191:4,
235:3, 249:16, 285:2
**excused** [23] - 45:9,
46:16, 57:16, 85:6,
95:10, 121:14,
184:16, 187:21,
191:7, 191:11,
191:13, 194:15,
200:7, 214:23,
220:12, 230:6,
236:3, 244:6, 251:8,
260:18, 271:17,
279:19, 286:19
**excuses** [2] - 14:9,
14:10
**excusing** [1] - 46:22
**executive** [3] - 119:9,
262:1, 266:2
**exercised** [1] - 158:12
**exhausted** [3] -
245:21, 248:25,
250:22
**exhibit** [1] - 248:15
**exhibits** [3] - 136:12,
248:11, 248:12
**exists** [2] - 120:14
**expect** [1] - 170:18
**expected** [4] - 35:24,
122:2, 231:3, 251:24
**expecting** [1] - 67:16
**expensive** [1] - 186:18
**experience** [16] -
35:18, 37:6, 74:6,
79:19, 83:22, 89:17,
100:1, 108:3,
124:18, 148:9,
157:18, 157:20,
175:13, 195:18,
237:15, 262:21
**experiences** [4] -

98:16, 104:20, 143:22, 166:20
**experiencing** [2] - 245:13, 245:14
**expert** [2] - 79:7, 135:6
**expertise** [2] - 64:22, 66:6
**explain** [9] - 50:7, 83:19, 144:9, 163:17, 218:13, 229:8, 278:18, 284:25, 289:22
**explained** [2] - 9:1, 171:15
**explore** [1] - 269:21
**export** [1] - 128:6
**express** [1] - 108:14
**expressing** [1] - 20:24
**Ext** [1] - 1:18
**extended** [1] - 5:23
**extensive** [1] - 74:5
**extent** [8] - 38:13, 89:21, 93:19, 112:25, 152:19, 161:18, 253:20, 267:3
**extra** [3] - 12:3, 293:7, 293:8
**extraordinary** [1] - 270:17
**extreme** [2] - 42:25, 44:6
**extremely** [1] - 295:17
**extremist** [2] - 78:3, 84:2
**eyes** [1] - 86:18
**eyesight** [1] - 22:3

---

## F

**F-A-R-I-D** [1] - 29:19
**F-O-L-L-I-S** [1] - 30:19
**F.3d** [2] - 293:7, 293:9
**Facciola** [2] - 235:20, 236:7
**facie** [1] - 178:6
**facing** [1] - 78:24
**fact** [10] - 83:17, 92:25, 158:12, 225:8, 253:24, 262:11, 269:17, 283:20, 284:16, 286:23
**factfinder** [2] - 172:3, 188:15
**facts** [11] - 24:12, 81:11, 82:9, 97:14, 100:4, 100:5, 124:13, 128:10,

172:5, 270:1, 282:3
**failure** [1] - 135:4
**fair** [119] - 7:16, 20:15, 22:10, 22:13, 34:4, 35:21, 36:4, 36:8, 36:17, 38:7, 38:18, 48:17, 59:20, 60:17, 80:20, 81:15, 82:7, 83:20, 84:5, 84:12, 88:13, 93:24, 97:10, 99:16, 101:10, 101:13, 101:15, 102:2, 104:5, 107:16, 107:18, 107:24, 108:8, 109:1, 109:3, 109:23, 110:20, 111:4, 111:17, 111:18, 115:4, 117:3, 119:15, 124:3, 124:12, 124:16, 124:18, 127:14, 128:22, 128:24, 129:23, 130:8, 130:10, 130:12, 133:5, 133:6, 133:11, 133:17, 141:21, 143:24, 144:19, 148:10, 150:2, 152:21, 153:7, 153:13, 153:19, 155:14, 163:16, 163:18, 165:16, 168:2, 168:3, 171:12, 172:25, 175:16, 181:7, 183:6, 187:14, 188:20, 189:1, 189:20, 190:5, 190:15, 193:8, 195:19, 197:23, 203:23, 207:13, 210:3, 210:5, 211:23, 214:16, 216:9, 233:17, 237:16, 238:12, 243:15, 247:13, 254:2, 256:10, 257:20, 260:1, 260:11, 260:13, 260:14, 262:16, 263:23, 267:17, 267:20, 268:14, 271:10, 273:2, 277:7, 280:21, 281:6, 281:9, 281:20, 281:23
**fair-minded** [1] - 127:14
**fairly** [5] - 94:11,

102:13, 110:10, 165:7, 172:6
**fall** [4] - 21:22, 109:14, 172:24, 267:13
**falsely** [1] - 39:13
**familiar** [11] - 25:2, 25:4, 39:18, 39:23, 75:4, 85:13, 125:17, 178:16, 180:12, 183:10
**family** [52] - 25:8, 25:25, 26:5, 26:6, 26:7, 26:9, 26:14, 32:1, 32:14, 32:19, 32:25, 33:8, 33:15, 33:21, 34:9, 34:10, 34:12, 34:20, 34:25, 35:5, 35:12, 35:17, 36:19, 37:5, 59:2, 59:23, 62:21, 79:18, 103:1, 105:9, 123:3, 140:21, 141:1, 166:23, 168:19, 175:21, 181:10, 182:4, 189:14, 195:23, 197:17, 201:21, 203:1, 203:11, 207:5, 209:16, 217:9, 256:13, 259:6, 262:12, 262:20
**family's** [1] - 197:22
**Fannie** [1] - 52:21
**Far** [1] - 270:14
**far** [12] - 68:4, 81:9, 119:24, 140:15, 157:4, 162:4, 173:20, 173:22, 192:2, 209:23, 238:10, 275:5
**Farid** [1] - 29:19
**Farrell** [1] - 292:22
**fast** [2] - 113:11, 234:10
**faster** [2] - 95:20, 113:11
**father** [4] - 65:6, 113:19, 115:13, 238:25
**favor** [6] - 131:8, 190:8, 216:6, 242:5, 262:13, 282:1
**favoring** [1] - 120:2
**FBI** [7] - 33:2, 33:5, 106:16, 166:24, 195:24, 206:6, 207:7
**FCC** [1] - 213:23
**February** [3] - 1:5, 21:9, 301:8
**federal** [15] - 61:17,

99:1, 101:6, 101:12, 101:16, 101:25, 106:7, 118:6, 120:19, 138:7, 148:14, 167:23, 193:25, 234:6, 243:25
**Federal** [12] - 1:16, 27:15, 90:5, 90:14, 90:16, 91:3, 94:8, 118:16, 136:4, 148:17, 167:4, 231:7
**feelings** [6] - 20:12, 34:2, 36:2, 36:15, 38:15, 110:18, 128:20, 147:5, 155:12, 172:22, 188:11, 188:24, 189:4, 189:17, 189:18, 225:8
**fell** [1] - 76:22
**fellow** [5] - 20:20, 20:25, 227:9, 227:11, 227:15
**fellowship** [1] - 76:14
**felony** [9] - 195:17, 198:10, 198:15, 283:21, 283:22, 284:3, 284:6, 284:8, 284:9
**felt** [5] - 35:14, 163:15, 163:17, 209:1, 250:15
**female** [1] - 274:17
**few** [8] - 64:24, 99:7, 121:24, 122:18, 152:17, 211:4, 214:14, 249:25
**fiction** [5] - 70:25, 135:17, 141:19, 176:18, 258:2
**field** [7] - 51:7, 66:5, 77:18, 81:18, 107:4, 119:12, 135:8
**fifteen** [9] - 5:16, 50:25, 123:21, 142:2, 173:21, 223:10, 226:18, 226:19, 226:23
**Fifth** [3] - 158:16, 158:18, 158:21
**fifty** [2] - 66:14, 178:17
**fifty-seven** [1] - 66:14
**figure** [3] - 82:14, 138:19, 300:5
**figured** [1] - 159:24
**file** [3] - 14:20, 55:22, 271:7
**files** [1] - 206:4
**filing** [1] - 203:20

**fill** [3] - 11:15, 179:15, 211:4
**filled** [3] - 145:7, 208:10, 211:18
**final** [3] - 20:20, 240:24, 290:11
**finally** [3] - 54:10, 199:14, 199:25
**finance** [5] - 82:25, 83:7, 83:8, 83:9, 123:25
**Financial** [1] - 190:1
**financial** [2] - 52:19, 138:7
**financing** [2] - 94:20, 125:22
**fine** [31] - 5:17, 10:21, 13:2, 47:8, 68:10, 70:3, 100:24, 110:5, 113:6, 117:25, 126:25, 138:22, 139:2, 139:3, 152:14, 180:10, 200:18, 204:18, 208:2, 208:17, 209:12, 220:23, 220:24, 225:17, 237:3, 251:22, 253:15, 261:5, 286:6, 289:9, 292:7
**fingerprints** [1] - 70:17
**finish** [6] - 17:11, 21:6, 40:20, 133:12, 138:20, 209:7
**finished** [3] - 104:1, 245:4, 275:6
**fire** [1] - 135:22
**firearm** [2] - 8:12, 229:22
**Firearms** [1] - 32:12
**firm** [9] - 90:3, 93:1, 134:24, 135:1, 135:3, 155:18, 247:5, 247:11, 260:8
**firms** [1] - 197:4
**first** [26] - 18:6, 18:8, 26:6, 29:19, 29:25, 93:10, 96:17, 101:11, 109:11, 112:11, 115:22, 129:15, 165:11, 196:23, 224:1, 234:7, 243:23, 245:14, 259:1, 273:21, 279:10, 279:15, 283:21, 290:24, 291:10, 299:16
**firsthand** [1] - 89:17

**fit** [1] - 284:19
**fits** [1] - 110:25
**five** [21] - 11:15, 17:2, 34:18, 47:22, 69:18, 70:8, 109:9, 122:6, 145:19, 146:15, 159:9, 163:11, 201:6, 201:8, 205:6, 216:18, 218:7, 219:6, 287:2, 289:10
**fixed** [1] - 7:5
**flavor** [1] - 116:2
**flaw** [1] - 279:1
**flexibility** [3] - 49:2, 137:16, 139:4
**Floor** [1] - 1:13
**floors** [1] - 71:23
**Florida** [3] - 28:22, 238:25, 239:23
**flu** [1] - 212:13
**fluke** [1] - 276:7
**fly** [1] - 13:16
**focus** [2] - 97:24, 211:23
**focused** [2] - 82:25, 83:18
**focusing** [1] - 278:20
**Foerster** [3] - 123:9, 123:20, 281:1
**folks** [2] - 154:13, 232:13
**Follis** [1] - 30:19
**follow** [17] - 19:2, 19:18, 20:21, 31:23, 39:16, 55:21, 69:8, 89:8, 93:5, 93:12, 105:22, 143:7, 159:3, 162:16, 174:4, 235:14, 246:20
**follow-up** [1] - 235:14
**followed** [8] - 39:19, 39:24, 73:12, 80:13, 85:22, 93:10, 183:14, 242:12
**following** [12] - 4:3, 13:9, 13:15, 28:13, 31:18, 41:14, 80:11, 103:9, 122:11, 179:22, 248:5, 289:12
**followups** [1] - 200:21
**food** [1] - 219:10
**FOR** [1] - 1:1
**Force** [7] - 182:2, 205:17, 205:21, 205:25, 217:13, 217:15, 219:12
**force** [1] - 85:16
**forces** [8] - 34:13,

38:5, 59:3, 65:4, 81:3, 88:11, 202:23, 203:2
**foreign** [8] - 30:6, 134:16, 134:21, 184:2, 255:9, 255:10, 258:11, 258:13
**Foreign** [11] - 85:9, 85:18, 85:19, 86:25, 87:8, 88:12, 88:24, 90:7, 91:8, 91:12, 93:2
**forensic** [1] - 30:10
**forget** [2] - 14:16, 179:7
**forgot** [1] - 274:4
**form** [2] - 93:15, 99:22
**formal** [5] - 5:23, 18:11, 53:14, 53:17
**formalized** [1] - 51:6
**formed** [1] - 94:21
**former** [3] - 30:14, 181:16, 181:23
**formerly** [1] - 30:15
**Fort** [3] - 169:3, 169:4, 203:8
**forth** [3] - 6:25, 96:24, 181:4
**fortunately** [1] - 250:10
**forty** [9] - 5:4, 5:5, 8:12, 8:14, 11:14, 11:23, 12:1, 274:1, 275:15
**forty-four** [1] - 8:12
**forty-nine** [1] - 11:14
**forty-two** [1] - 8:14
**forum** [3] - 36:6, 155:5, 188:17
**forward** [1] - 245:1
**Foundation** [6] - 54:21, 89:1, 89:2, 89:5, 91:10, 92:22
**foundational** [1] - 277:1
**four** [20] - 8:7, 8:10, 8:12, 23:6, 69:18, 70:8, 90:11, 103:22, 135:25, 143:20, 217:22, 224:6, 227:1, 239:9, 243:9, 245:12, 245:24, 245:25, 273:1, 283:20
**four-day** [1] - 103:22
**fourteen** [4] - 131:25, 226:17, 226:19, 226:23
**fourteen-year-old** [1] -

131:25
**fourth** [2] - 19:20, 264:7
**frankly** [6] - 8:13, 132:11, 165:4, 210:14, 258:16, 291:20
**fraud** [2] - 47:16, 51:24
**fraught** [2] - 291:14, 292:15
**Freddie** [1] - 52:21
**Free** [1] - 167:4
**free** [25] - 55:3, 64:1, 66:19, 73:20, 84:24, 100:9, 117:15, 132:16, 136:18, 142:14, 142:16, 147:12, 151:20, 164:14, 167:22, 169:22, 173:6, 177:12, 184:17, 204:4, 236:4, 241:8, 254:10, 266:9, 273:14
**freelance** [2] - 80:2, 80:4
**frequently** [1] - 201:7
**fresh** [1] - 249:4
**freshman** [1] - 131:25
**Friday** [14] - 5:20, 5:21, 5:23, 21:11, 67:15, 67:17, 67:19, 68:15, 137:9, 137:14, 137:18, 138:15, 139:3
**friend** [45] - 26:1, 26:7, 26:10, 26:15, 33:1, 33:9, 33:16, 33:22, 34:10, 34:21, 34:25, 35:6, 35:12, 35:17, 36:20, 37:6, 59:23, 68:16, 79:18, 96:16, 103:1, 105:9, 134:12, 171:18, 181:17, 181:23, 197:17, 197:20, 197:22, 203:11, 207:6, 221:11, 221:12, 222:9, 222:10, 222:11, 224:19, 224:22, 225:24, 226:11, 226:14, 228:17, 233:2, 241:22, 263:4
**friend's** [4] - 99:11, 99:25, 102:17, 104:17
**friends** [13] - 32:2, 32:20, 44:6, 54:7,

76:23, 96:22, 110:7, 172:11, 172:14, 181:9, 222:9, 230:20, 262:21
**friendships** [1] - 110:9
**front** [5] - 26:24, 27:18, 67:11, 292:1, 292:2
**frustrating** [1] - 124:21
**FTC** [2] - 213:23, 256:18
**full** [2] - 44:11, 56:19
**fully** [1] - 111:16
**fun** [1] - 266:22
**Fund** [1] - 171:3
**fundamental** [1] - 279:1
**funded** [1] - 77:14
**funder** [1] - 76:25
**funding** [1] - 199:21
**funeral** [2] - 68:15, 137:18
**futile** [1] - 73:2
**future** [1] - 212:11

---

**G**

**game** [2] - 83:24, 83:25
**genders** [1] - 20:13
**general** [6] - 17:11, 94:19, 120:23, 172:16, 258:19
**General** [2] - 162:24, 163:7
**General's** [1] - 32:8
**generally** [8] - 14:9, 21:12, 57:9, 85:12, 161:24, 234:13, 286:11, 291:17
**generous** [2] - 21:4, 21:6
**Geneus** [3] - 301:4, 301:20
**GENEUS** [1] - 1:20
**gentleman** [9] - 67:5, 102:23, 140:17, 165:4, 270:11, 270:13, 270:15, 280:6, 289:17
**gentlemen** [9] - 15:21, 16:14, 23:4, 27:4, 27:12, 30:24, 31:4, 40:13, 41:2
**George** [2] - 187:11, 244:11
**Georgia** [1] - 169:4
**German** [1] - 171:3
**Germantown** [1] -

227:3
**Germany** [2] - 219:13, 219:14
**get-go** [1] - 130:9
**gist** [1] - 81:4
**given** [12] - 9:15, 37:10, 81:11, 88:10, 96:25, 110:14, 121:20, 133:10, 153:5, 284:16, 292:10, 297:19
**Global** [1] - 89:4
**goal** [1] - 16:18
**gonna** [12] - 67:11, 111:17, 112:14, 131:1, 165:16, 210:17, 248:14, 248:15, 265:9, 270:24, 276:22, 294:7, 295:21, 299:16
**Google** [1] - 197:3
**govern** [1] - 18:25
**Government** [3] - 1:11, 125:15, 136:4
**government** [53] - 6:23, 9:20, 11:6, 18:18, 18:22, 23:2, 28:13, 33:2, 35:13, 35:14, 37:19, 38:3, 39:3, 39:4, 39:7, 39:13, 58:20, 60:15, 69:24, 74:17, 81:21, 82:24, 86:4, 91:17, 97:15, 98:21, 109:6, 115:2, 125:13, 125:22, 127:10, 127:21, 130:2, 133:9, 155:2, 172:1, 175:4, 181:19, 188:16, 196:12, 206:6, 207:7, 209:16, 213:23, 222:3, 253:14, 258:14, 270:20, 281:8, 284:22, 299:2, 299:17
**Government's** [1] - 128:1
**government's** [9] - 11:9, 19:25, 112:16, 149:11, 216:6, 262:13, 290:1, 290:9, 299:16
**grabbed** [2] - 146:25, 229:12
**grade** [1] - 43:14
**graduate** [1] - 233:15
**grand** [34] - 22:24, 22:25, 23:3, 35:7,

35:8, 47:11, 47:23,
48:2, 48:11, 58:16,
58:18, 58:21, 61:16,
96:5, 98:25, 99:8,
101:23, 101:25,
104:15, 140:22,
141:7, 174:22,
175:1, 186:9, 187:2,
187:6, 200:22,
201:16, 215:14,
215:17, 219:19,
219:20, 219:21
**granddaughter** [1] -
211:1
**grandkids** [2] - 211:2,
211:3
**grant** [3] - 55:20,
113:5, 284:24
**granted** [1] - 173:16
**grants** [1] - 56:9
**great** [10] - 105:23,
138:22, 168:6,
183:17, 211:1,
211:3, 236:20,
241:20, 251:4,
273:13
**great-grandkids** [1] -
211:3
**greater** [6] - 31:13,
38:13, 103:10,
152:19, 161:18,
267:3
**green** [1] - 208:22
**Greg** [1] - 28:25
**grounds** [3] - 55:24,
56:4, 282:1
**group** [19] - 34:16,
34:18, 53:6, 53:11,
53:17, 75:19, 78:4,
124:14, 218:23,
275:5, 275:6, 277:4,
277:5, 277:6,
277:10, 277:22,
285:14, 287:22
**groups** [8] - 75:4,
75:21, 75:24, 78:13,
81:10, 85:11, 97:24,
172:17
**Guarantee** [1] - 149:4
**guard** [1] - 203:3
**Guard** [3] - 34:14,
65:5, 182:5
**guess** [25] - 38:23,
44:1, 50:4, 52:23,
65:10, 70:11, 72:12,
82:25, 85:18, 86:20,
110:6, 118:1,
158:19, 159:5,
160:16, 164:8,
176:7, 209:5, 234:8,

236:1, 236:3,
242:13, 267:10,
268:10, 286:6
**Guideline** [1] - 8:23
**guidelines** [1] - 31:11
**Guidelines** [3] - 7:25,
8:15, 8:17
**guiding** [1] - 50:11
**guilt** [8] - 18:14,
19:16, 20:6, 20:11,
110:12, 158:2,
158:12, 159:1
**guilty** [20] - 6:22,
18:18, 18:20, 19:8,
19:9, 19:17, 19:24,
20:1, 34:23, 35:2,
59:25, 110:1, 110:2,
158:4, 158:7,
159:22, 221:19,
270:20, 283:24
**Gul** [1] - 7:2
**gun** [8] - 221:11,
221:12, 224:22,
224:23, 226:8,
227:10, 228:17,
228:18
**Gurney** [1] - 233:12
**gut** [2] - 131:7, 270:3
**guy** [4] - 133:15,
208:22, 225:16,
281:1
**GW** [3] - 242:17,
242:24, 243:1
**Gwen** [17] - 5:4, 11:1,
12:2, 13:3, 15:2,
40:24, 46:3, 75:3,
179:6, 190:25,
232:19, 232:24,
251:14, 286:7,
287:1, 287:8, 288:23

## H

**hair** [2] - 232:10,
232:21
**Haji** [8] - 4:5, 15:4,
15:25, 23:6, 24:15,
24:16, 301:8
**HAJI** [1] - 1:4
**half** [10] - 14:16,
49:23, 56:14, 57:3,
135:25, 216:18,
243:14, 250:17,
290:16
**half-an-hour** [1] -
250:17
**HAMIDY** [1] - 2:7
**hand** [8] - 15:19,
17:25, 19:13, 162:4,
162:7, 280:2

**handing** [1] - 276:23
**handle** [2] - 54:4, 72:2
**hands** [1] - 94:23
**handwriting** [1] -
12:12
**happy** [2] - 210:20,
285:12
**Haramain** [1] - 89:2
**harbor** [1] - 281:18
**hard** [12] - 41:18,
65:10, 65:18,
101:15, 102:16,
102:21, 103:15,
106:2, 189:20,
190:10, 211:9, 225:8
**hardly** [1] - 246:4
**hardship** [19] - 21:19,
21:20, 21:25, 42:22,
43:22, 64:17,
103:17, 103:19,
104:10, 122:20,
122:22, 134:4,
137:7, 170:14,
170:15, 210:18,
245:11, 277:17,
277:18
**hardships** [2] - 57:9,
57:17
**harm** [1] - 295:6
**Hartson** [1] - 90:4
**hat** [1] - 34:18
**hate** [1] - 232:10
**head** [2] - 196:3,
196:22
**Head** [5] - 61:3, 61:24,
61:25, 62:6
**headache** [1] - 245:15
**headquarters** [1] -
264:23
**health** [7] - 21:20,
119:13, 167:14,
167:15, 167:17,
228:12
**Health** [2] - 167:3,
202:13
**healthy** [1] - 212:21
**hear** [27] - 24:21, 38:8,
39:2, 44:21, 58:22,
77:22, 79:1, 80:21,
99:9, 102:3, 110:13,
111:6, 114:8,
134:18, 152:21,
154:14, 163:23,
168:11, 175:2,
178:13, 181:21,
265:4, 265:5,
268:1, 269:15,
270:1, 270:5
**heard** [20] - 9:10,
24:13, 24:15, 28:5,

81:15, 99:5, 101:4,
119:23, 139:20,
151:5, 160:8,
160:19, 221:13,
259:22, 265:9,
269:12, 269:17,
271:12, 280:12
**hearing** [14] - 17:24,
19:5, 19:14, 22:3,
48:3, 56:19, 92:17,
93:7, 102:19, 111:7,
234:2, 236:2, 268:2,
285:18
**heart** [1] - 211:17
**heavy** [2] - 246:17,
248:17
**Heidi** [1] - 30:15
**held** [14] - 12:5, 40:12,
41:1, 41:7, 42:15,
119:8, 165:2,
173:17, 195:2,
236:22, 248:9,
251:16, 282:13,
287:9
**hello** [11] - 137:2,
137:3, 147:23,
152:13, 166:7,
166:8, 170:11,
204:17, 215:10,
251:21, 272:2
**help** [7] - 10:6, 28:9,
39:4, 50:9, 64:24,
106:20, 132:1
**helped** [4] - 76:23,
91:23, 92:14, 180:19
**helping** [5] - 50:11,
181:3, 218:17,
219:9, 258:13
**helps** [1] - 250:12
**hereby** [1] - 301:5
**heroin** [22] - 8:9,
23:13, 23:19, 23:24,
24:5, 36:1, 36:11,
81:2, 96:15, 96:20,
97:5, 99:12, 102:9,
126:21, 126:23,
127:15, 127:23,
153:1, 154:16,
155:9, 160:10, 259:8
**herself** [3] - 159:16,
160:13, 161:10
**hesitate** [1] - 208:8
**hesitated** [1] - 208:6
**hesitation** [5] -
153:19, 168:7,
188:23, 273:5, 273:8
**HHS** [3] - 196:21,
196:23, 199:8
**hi** [4] - 215:11, 233:22,
254:22, 272:3

**HIGGINS** [2] - 2:5,
27:7
**Higgins** [6] - 27:3,
27:6, 27:7, 28:16,
108:6, 112:18
**high** [7] - 72:21,
126:23, 131:25,
171:17, 210:9,
210:12, 226:6
**higher** [4] - 48:7,
58:20, 174:25, 175:4
**Hill** [1] - 114:1
**himself** [5] - 158:6,
160:20, 160:22,
161:1, 292:13
**hired** [1] - 135:5
**history** [3] - 52:18,
61:1, 78:10
**hit** [2] - 146:25, 240:25
**hmm** [12] - 81:22,
154:5, 156:25,
161:5, 164:9,
180:14, 193:15,
218:5, 222:25,
223:9, 265:12,
265:22
**Hogan** [2] - 90:4
**Hogan's** [2] - 14:6,
57:20
**hold** [9] - 38:14,
112:9, 158:13,
159:4, 175:4, 260:7,
267:9, 271:11,
296:22
**Hollywood** [2] -
135:19, 223:19
**Holy** [4] - 89:1, 91:6,
91:10, 92:22
**home** [7] - 45:2,
131:20, 132:2,
218:23, 242:12,
243:13, 249:3
**Homeland** [2] - 33:4,
167:7
**homework** [2] - 45:3,
132:1
**homicide** [2] - 195:17,
198:10
**homogeneous** [1] -
13:22
**honest** [4] - 133:15,
265:18, 281:3, 281:5
**honesty** [2] - 111:15,
281:24
**Hong** [2] - 29:4, 76:16
**Honor** [84] - 4:8, 5:15,
5:16, 5:19, 5:20,
8:24, 10:9, 11:18,
11:21, 13:11, 15:7,
15:10, 27:10, 30:21,

37:23, 38:1, 40:4, 40:5, 42:2, 45:7, 46:15, 49:10, 51:18, 55:1, 55:14, 61:13, 66:18, 67:6, 67:13, 75:11, 75:22, 82:19, 84:22, 85:3, 85:25, 90:23, 95:6, 100:13, 109:5, 111:20, 112:4, 121:23, 129:20, 132:21, 133:2, 136:7, 148:11, 148:16, 149:12, 150:4, 151:25, 173:4, 173:10, 173:15, 177:11, 187:18, 187:25, 190:23, 203:24, 204:1, 204:19, 209:11, 214:20, 228:22, 230:4, 234:24, 254:8, 273:12, 273:23, 274:6, 276:11, 277:13, 279:22, 280:17, 283:2, 284:12, 284:21, 289:6, 289:15, 289:20, 291:25, 293:5, 293:16, 294:21
**HONORABLE** [1] - 1:9
**Honorable** [1] - 301:9
**hope** [3] - 210:7, 268:13, 280:20
**hopefully** [2] - 12:9, 133:12
**hoping** [1] - 134:7
**Hospital** [3] - 227:3, 229:13, 268:23
**hospital** [2] - 65:16, 269:5
**hotel** [2] - 125:21, 125:23
**hour** [8] - 21:13, 186:1, 204:21, 213:10, 215:13, 221:1, 250:17
**hours'** [2] - 288:2, 288:4
**house** [10] - 53:19, 53:25, 131:20, 214:3, 214:4, 214:8, 214:12, 214:13, 225:24, 225:25
**House** [2] - 196:5, 196:11
**housing** [1] - 219:10
**Howard** [3] - 211:3, 227:1, 229:12

**huge** [1] - 123:1
**human** [1] - 83:25
**hung** [6] - 116:9, 116:10, 117:9, 117:10, 118:13, 125:10
**hurt** [7] - 36:11, 96:15, 126:16, 126:21, 154:16, 240:24, 263:2
**husband** [15] - 101:16, 101:18, 102:17, 103:2, 104:17, 109:23, 118:14, 120:9, 196:2, 199:15, 261:14, 261:17, 261:21, 264:11, 264:22
**husband's** [2] - 103:4, 103:5
**Huvelle** [2] - 15:22, 301:9
**HUVELLE** [1] - 1:9
**hybrid** [2] - 291:5, 294:12

**I**

**idea** [4] - 8:1, 14:19, 75:9, 291:20
**ideas** [1] - 53:7
**identify** [2] - 4:7, 15:5
**IEDs** [1] - 84:7
**ignore** [1] - 290:10
**II** [3] - 7:12, 23:16, 65:7
**III** [2] - 7:12, 23:21
**ill** [8] - 69:23, 115:1, 176:9, 183:3, 186:24, 222:2, 253:13, 296:4
**ill-advised** [1] - 296:4
**ill-will** [3] - 69:23, 176:9, 253:13
**illegal** [1] - 229:5
**imagine** [2] - 127:25, 298:18
**imaging** [1] - 66:7
**immediate** [11] - 26:4, 26:7, 32:1, 32:14, 32:19, 35:17, 36:19, 37:5, 102:25, 134:6, 280:10
**immediately** [2] - 278:14, 279:4
**impact** [4] - 83:20, 93:24, 242:7, 262:25
**impacts** [1] - 84:2
**impartial** [87] - 20:15, 22:11, 22:14, 34:4,

35:22, 36:4, 36:9, 36:17, 38:7, 38:18, 48:18, 59:20, 60:18, 80:20, 81:15, 83:20, 84:13, 88:13, 93:25, 97:11, 101:10, 101:15, 102:2, 104:6, 110:20, 111:17, 115:4, 119:16, 124:3, 124:16, 124:18, 128:22, 129:24, 130:8, 130:10, 133:6, 133:11, 133:17, 141:21, 143:24, 144:19, 148:10, 150:3, 152:21, 153:7, 153:11, 153:20, 155:14, 163:16, 163:18, 168:2, 171:12, 172:23, 175:17, 181:7, 183:7, 187:14, 188:20, 189:1, 189:6, 189:20, 190:6, 193:8, 195:20, 197:24, 203:23, 207:13, 211:24, 214:17, 233:17, 237:16, 238:13, 243:15, 247:14, 254:2, 256:10, 260:12, 262:16, 267:17, 268:14, 271:10, 273:2, 280:21, 281:7, 281:9, 281:20, 281:23
**impartiality** [1] - 190:12
**impartially** [1] - 172:7
**import** [1] - 128:7
**important** [2] - 6:8, 130:22
**importantly** [2] - 99:24, 291:7
**imported** [3] - 23:14, 23:20, 23:25
**impression** [1] - 201:12
**impressions** [1] - 258:22
**imprisonment** [2] - 7:11, 7:15
**in-house** [3] - 214:3, 214:4, 214:8
**Inaudible** [1] - 112:23
**incident** [6] - 92:17, 223:25, 224:10,

226:9, 227:8, 263:4
**inclined** [1] - 270:25
**include** [3] - 25:10, 32:4, 33:4
**included** [2] - 286:9, 300:16
**including** [11] - 27:20, 34:13, 74:7, 94:7, 96:20, 157:4, 167:7, 196:13, 210:6, 274:1, 289:5
**inconsistent** [1] - 281:14
**incorrectly** [1] - 104:12
**independent** [3] - 110:12, 118:24, 121:1
**Indiana** [1] - 1:17
**indicate** [3] - 101:8, 297:18, 300:19
**indicated** [17] - 52:16, 101:21, 134:3, 139:16, 144:1, 170:14, 171:11, 182:4, 182:12, 198:25, 214:9, 215:22, 216:12, 256:20, 283:5, 289:21, 289:25
**indicates** [1] - 60:23
**indicating)** [1] - 10:25
**indication** [1] - 18:14
**indicted** [1] - 89:7
**indicting** [1] - 99:6
**indictment** [5] - 18:10, 18:11, 18:13, 23:8, 23:21
**indictments** [1] - 23:1
**individual** [7] - 29:22, 51:8, 167:22, 234:18, 279:25, 280:18, 281:10
**individuals** [3] - 29:19, 39:2, 85:10
**Indonesia** [2] - 257:2, 257:4
**indulgence** [1] - 46:5
**industry** [1] - 49:2
**infantry** [1] - 168:25
**infer** [1] - 158:11
**influence** [6] - 75:13, 100:7, 131:1, 172:13, 172:16, 172:20
**influencing** [1] - 163:22
**informant** [2] - 39:10, 39:16
**informants** [4] -

11:11, 39:2, 110:23, 111:8
**information** [4] - 60:22, 97:19, 144:16, 252:19
**informed** [1] - 6:13
**informing** [1] - 18:11
**initial** [1] - 284:14
**injured** [5] - 36:20, 146:23, 197:17, 197:21
**innocence** [4] - 18:23, 24:10, 110:12, 281:12
**innocent** [7] - 18:16, 19:22, 269:23, 270:19, 270:21, 271:1, 271:3
**inordinate** [1] - 128:18
**insider** [1] - 234:18
**insofar** [2] - 263:1, 286:21
**instance** [5] - 21:10, 21:20, 81:7, 137:17, 284:19
**instances** [1] - 118:13
**instead** [1] - 40:17
**instinct** [1] - 294:14
**Institute** [5] - 76:17, 77:12, 77:13, 119:10, 203:8
**institution** [1] - 138:7
**institutional** [1] - 105:24
**instruct** [5] - 16:20, 31:8, 39:5, 39:9, 105:16
**instruction** [7] - 11:12, 19:18, 31:18, 83:11, 103:10, 105:23, 159:4
**instructions** [7] - 19:6, 9:15, 31:23, 39:16, 110:10, 110:13, 271:13
**instructor** [1] - 98:16
**instructs** [1] - 130:3
**Intelligence** [1] - 29:15
**intelligence** [1] - 74:8
**intend** [2] - 12:15, 17:14
**intended** [5] - 37:20, 38:4, 81:2, 102:9, 128:6
**intending** [4] - 23:14, 23:19, 23:24, 290:14
**intends** [1] - 295:2
**intense** [1] - 54:17
**intent** [2] - 16:10, 24:3

**intentionally** [3] - 16:6, 16:9, 81:6
**inter** [1] - 85:10
**interact** [1] - 98:14
**interest** [1] - 183:17
**interested** [1] - 160:17
**interesting** [1] - 98:20
**interfere** [8] - 22:8, 104:5, 124:3, 124:11, 148:9, 155:13, 244:15, 256:9
**intern** [4] - 231:19, 231:22, 232:25, 234:5
**Internal** [1] - 32:10
**international** [2] - 118:25, 123:24
**International** [1] - 89:2, 182:1
**interned** [1] - 231:6
**internet** [1] - 54:12
**interpret** [1] - 299:22
**Interpreter** [2] - 2:6, 2:7
**interpreter** [7] - 10:17, 44:21, 296:25, 298:10, 298:12, 299:3, 299:5
**interpreters** [1] - 299:22
**interruption** [2] - 250:5, 250:8
**interruptions** [2] - 68:14, 249:25
**intersect** [1] - 78:8
**interview** [4] - 137:10, 137:19, 137:21, 283:8
**interviewer** [1] - 137:13
**interviews** [2] - 170:17, 170:21
**introduced** [2] - 16:23, 28:16
**investigates** [1] - 33:6
**investigating** [1] - 172:12
**investigation** [6] - 33:3, 33:24, 36:14, 107:5, 112:19, 283:18
**investigations** [3] - 233:11, 234:14, 264:19
**Investigations** [3] - 205:18, 205:20, 205:25
**investigative** [4] - 106:12, 107:4,

140:2, 206:7
**investigator** [1] - 195:24
**investigators** [1] - 107:11
**investigatory** [5] - 33:3, 166:24, 196:13, 207:7, 255:1
**involve** [2] - 50:22, 198:12
**involved** [19] - 33:3, 33:23, 51:15, 61:10, 65:4, 83:24, 88:4, 91:6, 99:21, 113:18, 141:1, 150:13, 153:1, 166:25, 172:11, 190:11, 199:8, 199:24, 207:10
**involvement** [2] - 36:16, 62:15
**involves** [4] - 36:13, 50:8, 54:8, 267:24
**involving** [6] - 47:15, 50:10, 199:1, 200:1, 282:18
**Iran** [2] - 87:16, 87:17
**Iraq** [17] - 36:21, 37:1, 74:6, 74:16, 75:14, 76:19, 76:20, 77:1, 77:11, 79:21, 83:22, 102:18, 128:14, 197:18, 255:21, 255:23
**Iraqi** [1] - 76:23
**irrespective** [1] - 131:3
**ISAF** [2] - 181:24, 182:1
**Islam** [14] - 38:12, 38:15, 74:20, 75:8, 75:17, 128:21, 152:18, 161:18, 161:24, 162:16, 163:24, 165:17, 172:22, 267:2
**Islam's** [1] - 165:17
**Islamic** [15] - 26:17, 26:18, 26:20, 74:8, 78:10, 79:7, 89:2, 89:3, 105:13, 134:10, 134:13, 149:14, 201:21, 201:24, 256:21
**Islamic-American** [1] - 89:3
**Island** [1] - 77:7
**issue** [23] - 14:21, 55:19, 56:25, 57:12, 58:3, 67:16, 94:19,

124:19, 172:4, 177:23, 210:16, 275:9, 275:22, 275:25, 276:9, 280:23, 282:11, 282:17, 282:20, 285:3, 289:7, 290:4
**issues** [15] - 42:25, 50:10, 57:10, 85:12, 85:13, 93:23, 94:14, 94:18, 110:19, 165:17, 171:20, 172:13, 211:20, 211:21, 259:16
**IT** [2] - 252:20, 252:22
**iteration** [1] - 10:2
**itself** [1] - 19:7
**IV** [5] - 7:13, 7:19, 7:22, 8:17, 24:1

### J

**Jacobs** [1] - 232:2
**jail** [15] - 34:23, 35:2, 60:9, 62:24, 63:6, 69:17, 72:18, 222:1, 225:1, 225:9, 225:12, 226:5, 227:23, 227:25, 228:1
**Jalalabad** [1] - 29:20
**Jan** [1] - 30:8
**Javid** [1] - 30:4
**JAVID** [1] - 30:4
**JEFFREY** [1] - 2:5
**Jeffrey** [2] - 27:2, 28:16
**job** [32] - 22:25, 48:23, 48:25, 105:5, 106:18, 134:15, 138:2, 138:4, 138:6, 142:7, 150:22, 154:25, 167:12, 168:16, 170:25, 171:25, 172:5, 172:6, 180:24, 188:15, 196:6, 206:2, 207:4, 210:1, 210:2, 213:21, 216:19, 216:22, 258:8, 265:20, 283:8
**jobs** [1] - 226:22
**joint** [1] - 233:10
**joke** [2] - 208:19, 209:6
**Jones** [2] - 68:6, 68:11
**Jordan** [3] - 74:7, 134:13, 134:20
**Journal** [1] - 80:5
**journalist** [2] - 77:13,

79:25
**journalists** [2] - 76:25, 80:7
**Judge** [17] - 11:25, 13:6, 14:6, 15:12, 15:22, 57:20, 113:3, 125:7, 130:3, 159:20, 161:3, 235:20, 236:7, 252:24, 269:11, 292:8, 301:10
**judge** [14] - 46:9, 78:23, 97:15, 100:5, 102:13, 105:20, 128:9, 208:7, 225:3, 252:24, 263:6, 269:25, 282:3, 295:20
**JUDGE** [1] - 1:9
**judging** [1] - 124:14
**judgment** [3] - 110:20, 270:6, 278:7
**Judiciary** [4] - 196:4, 196:9, 196:13, 199:16
**July** [2] - 184:13
**junior** [1] - 226:6
**juries** [4] - 118:6, 145:24, 201:8, 277:7
**jurisdiction** [1] - 297:18
**jurisdictional** [1] - 128:5
**jurisdictions** [1] - 120:19
**JUROR** [1114] - 32:14, 42:19, 42:24, 43:2, 43:7, 43:10, 43:13, 43:17, 43:20, 43:23, 44:5, 44:15, 44:18, 44:23, 45:1, 45:14, 47:8, 47:12, 47:15, 47:19, 47:21, 47:25, 48:5, 48:8, 48:13, 48:19, 48:22, 49:1, 49:6, 49:15, 49:19, 50:3, 50:9, 50:14, 50:17, 50:21, 50:24, 51:3, 51:12, 51:17, 51:25, 52:2, 52:6, 52:11, 52:14, 52:19, 53:5, 53:9, 53:12, 53:16, 53:21, 53:24, 54:6, 54:14, 54:16, 54:20, 54:23, 55:5, 58:13, 58:17, 58:25, 59:4, 59:7, 59:9, 59:12, 59:15, 59:18, 59:21, 60:1, 60:5, 60:9, 60:12, 60:16,

60:19, 60:24, 61:2, 61:8, 61:11, 61:15, 61:19, 61:22, 61:25, 62:2, 62:5, 62:8, 62:11, 62:16, 62:19, 62:23, 62:25, 63:2, 63:5, 63:8, 63:14, 63:19, 63:22, 64:5, 64:7, 64:15, 64:18, 65:2, 65:6, 65:14, 65:20, 65:25, 66:6, 66:10, 66:14, 66:23, 69:6, 69:13, 69:17, 69:22, 69:25, 70:2, 70:5, 70:7, 70:11, 70:15, 70:23, 71:1, 71:6, 71:9, 71:12, 71:16, 71:22, 72:1, 72:9, 72:20, 72:24, 73:4, 73:15, 73:17, 73:24, 76:8, 76:12, 76:14, 76:21, 77:6, 77:9, 77:18, 77:23, 78:2, 78:6, 78:14, 78:20, 78:25, 79:6, 79:11, 79:13, 79:15, 79:21, 80:4, 80:14, 80:18, 81:13, 81:17, 81:22, 82:1, 82:4, 82:8, 82:10, 82:15, 82:21, 83:2, 83:16, 83:21, 84:9, 84:14, 85:1, 87:2, 87:6, 87:12, 87:17, 87:22, 87:25, 88:14, 88:17, 88:22, 89:14, 89:19, 89:24, 90:3, 90:11, 90:15, 90:19, 91:1, 91:4, 91:7, 91:15, 91:19, 91:22, 91:25, 92:6, 92:16, 92:21, 93:6, 93:14, 93:18, 94:1, 94:6, 94:10, 94:12, 94:17, 94:25, 95:12, 95:15, 96:4, 96:7, 96:9, 96:12, 96:16, 97:8, 97:12, 97:17, 97:20, 97:22, 98:2, 98:6, 98:9, 98:13, 98:19, 99:2, 99:7, 99:17, 100:2, 100:6, 100:12, 100:24, 101:1, 101:3, 101:5, 101:11, 101:19, 101:24, 102:15, 103:4, 103:7, 103:14, 103:18, 103:25, 104:7, 104:13, 104:18, 104:21, 104:24,

| | | | | |
|---|---|---|---|---|
| 105:3, 105:12, 106:1, 106:10, 106:15, 106:19, 106:25, 107:3, 107:12, 107:14, 107:23, 108:2, 108:10, 108:16, 108:21, 108:24, 109:4, 109:9, 109:17, 109:22, 110:3, 110:15, 111:2, 111:9, 111:13, 111:24, 112:1, 113:16, 113:19, 113:22, 113:24, 114:1, 114:4, 114:7, 114:10, 114:13, 114:15, 114:20, 114:23, 115:3, 115:6, 115:10, 115:12, 115:15, 115:18, 115:21, 115:24, 116:3, 116:9, 116:18, 116:25, 117:3, 117:6, 117:12, 117:19, 117:25, 118:5, 118:11, 118:18, 118:23, 119:5, 119:8, 119:13, 119:17, 119:22, 119:25, 120:4, 120:10, 121:5, 121:9, 121:17, 121:21, 122:17, 122:21, 123:6, 123:9, 123:12, 123:18, 123:21, 123:24, 124:4, 124:17, 124:23, 125:5, 125:7, 125:9, 125:15, 125:19, 125:25, 126:2, 126:5, 126:7, 126:11, 126:14, 126:17, 126:22, 126:25, 127:2, 127:8, 127:11, 127:19, 128:11, 128:16, 128:23, 129:4, 129:6, 129:10, 129:16, 130:5, 130:11, 130:20, 131:5, 131:13, 131:15, 131:19, 131:24, 132:10, 132:20, 134:2, 134:5, 134:12, 134:16, | 134:21, 134:25, 135:4, 135:9, 135:12, 135:14, 135:18, 135:22, 135:25, 136:3, 136:6, 136:11, 136:15, 137:3, 137:5, 137:8, 137:12, 137:20, 137:23, 138:1, 138:6, 138:10, 138:14, 138:24, 139:7, 139:10, 139:14, 139:19, 139:25, 140:4, 140:8, 140:12, 140:17, 140:20, 140:24, 141:5, 141:8, 141:10, 141:14, 141:17, 141:20, 141:23, 142:2, 142:9, 142:20, 143:4, 143:6, 143:10, 143:14, 143:19, 143:25, 144:3, 144:6, 144:10, 144:15, 144:20, 144:22, 144:24, 145:2, 145:6, 145:10, 145:13, 145:18, 145:25, 146:3, 146:7, 146:12, 146:15, 146:19, 146:22, 146:25, 147:3, 147:8, 147:16, 147:24, 148:2, 148:6, 148:11, 148:13, 148:16, 148:20, 148:25, 149:3, 149:7, 149:12, 149:15, 149:20, 149:23, 150:1, 150:4, 150:7, 150:11, 150:15, 150:20, 150:23, 151:2, 151:9, 151:14, 151:17, 151:24, 152:14, 153:8, 153:10, 153:14, 153:17, 153:21, 153:24, 154:2, 154:5, 154:7, 154:10, 154:17, 154:22, 155:10, 155:15, 155:19, 155:22, 156:1, 156:6, 156:9, 156:11, 156:13, 156:16, 156:20, | 156:25, 157:3, 157:8, 157:11, 157:15, 157:21, 157:23, 158:5, 158:10, 158:15, 158:18, 158:22, 159:2, 159:5, 159:8, 159:12, 159:18, 159:23, 160:3, 160:7, 160:14, 160:21, 161:2, 161:5, 161:8, 161:11, 161:15, 161:20, 162:2, 162:8, 162:14, 162:17, 162:23, 163:3, 163:7, 163:11, 163:19, 164:1, 164:4, 164:8, 164:17, 164:21, 164:25, 166:7, 166:9, 166:13, 166:16, 166:22, 167:1, 167:10, 167:14, 167:17, 167:21, 168:4, 168:8, 168:14, 168:18, 168:21, 168:23, 168:25, 169:3, 169:7, 169:12, 169:18, 169:25, 170:12, 170:16, 170:20, 170:23, 171:2, 171:6, 171:9, 171:14, 172:8, 172:10, 173:1, 173:9, 174:2, 174:6, 174:9, 174:11, 174:14, 174:17, 174:19, 174:23, 175:6, 175:9, 175:11, 175:15, 175:18, 175:22, 175:24, 176:1, 176:3, 176:6, 176:10, 176:13, 176:16, 176:19, 176:24, 177:4, 177:7, 177:16, 180:6, 180:10, 180:14, 180:16, 180:21, 181:1, 181:8, 181:12, 181:16, 181:22, 182:1, 182:6, 182:9, 182:15, 182:17, 182:19, 182:21, 182:23, 182:25, 183:2, 183:5, 183:8, 183:12, 183:15, | 183:19, 183:21, 184:4, 184:8, 184:11, 184:13, 184:19, 186:4, 186:7, 186:11, 186:13, 186:16, 186:23, 187:4, 187:8, 187:10, 187:13, 187:16, 187:24, 188:8, 188:22, 189:2, 189:7, 189:11, 189:13, 189:15, 189:21, 189:25, 190:7, 190:10, 190:16, 190:19, 191:14, 191:25, 192:3, 192:6, 192:9, 192:12, 192:16, 192:19, 192:22, 192:25, 193:6, 193:10, 193:15, 193:17, 193:22, 194:2, 194:8, 194:13, 194:25, 195:5, 195:7, 195:10, 195:13, 195:17, 195:21, 196:2, 196:8, 196:15, 196:19, 197:1, 197:3, 197:7, 197:12, 197:15, 197:20, 197:25, 198:3, 198:11, 198:14, 198:17, 198:20, 198:24, 199:2, 199:4, 199:7, 199:18, 200:2, 200:9, 200:12, 200:18, 200:23, 200:25, 201:4, 201:14, 201:19, 201:23, 202:1, 202:5, 202:7, 202:12, 202:15, 202:17, 202:24, 203:4, 203:6, 203:14, 203:17, 203:19, 203:24, 204:8, 204:11, 204:18, 204:24, 205:1, 205:4, 205:9, 205:12, 205:14, 205:16, 205:21, 205:23, 206:3, 206:8, 206:12, 206:16, 206:20, 206:24, 207:2, 207:9, 207:12, 207:15, 207:18, 207:21, 207:23, | 208:1, 208:9, 208:16, 208:18, 208:21, 208:24, 209:4, 209:14, 209:20, 209:22, 209:25, 210:9, 210:12, 210:19, 210:23, 211:8, 211:11, 211:14, 211:16, 212:2, 212:7, 212:10, 212:12, 213:11, 213:15, 213:17, 213:19, 213:22, 214:1, 214:4, 214:7, 214:12, 214:18, 215:2, 215:11, 215:16, 215:19, 215:24, 216:1, 216:4, 216:8, 216:11, 216:14, 216:18, 216:20, 216:24, 217:2, 217:6, 217:8, 217:11, 217:13, 217:16, 217:19, 217:22, 218:1, 218:5, 218:7, 218:9, 218:12, 218:16, 218:21, 219:3, 219:6, 219:9, 219:13, 219:20, 219:23, 220:6, 220:15, 220:23, 221:5, 221:8, 221:10, 221:17, 221:21, 221:25, 222:5, 222:8, 222:13, 222:16, 222:20, 222:22, 222:25, 223:5, 223:9, 223:13, 223:17, 223:19, 223:23, 224:2, 224:5, 224:8, 224:11, 224:14, 224:18, 224:21, 225:3, 225:6, 225:11, 225:15, 225:18, 225:21, 225:23, 226:4, 226:10, 226:13, 226:17, 226:21, 226:25, 227:7, 227:12, 227:16, 227:18, 227:22, 228:1, 228:4, 228:8, 228:11, 228:13, 228:16, 228:20, 228:25, 229:3, 229:7, 229:10, |

229:15, 229:18, 229:20, 229:25, 230:2, 230:8, 230:10, 231:1, 231:6, 231:11, 231:15, 231:18, 231:23, 232:1, 232:5, 232:9, 232:15, 232:18, 232:20, 233:5, 233:8, 233:10, 233:13, 233:16, 233:19, 233:22, 233:25, 234:4, 234:7, 234:12, 234:17, 234:21, 235:1, 235:5, 235:15, 235:18, 235:22, 235:24, 236:6, 236:9, 236:12, 236:15, 236:17, 237:3, 237:7, 237:9, 237:13, 237:17, 237:19, 237:22, 237:24, 238:3, 238:6, 238:8, 238:10, 238:14, 238:21, 238:24, 239:3, 239:7, 239:9, 239:12, 239:15, 239:19, 239:24, 240:2, 240:6, 240:8, 240:10, 240:14, 240:18, 240:22, 241:1, 241:4, 241:11, 241:20, 241:24, 242:2, 242:6, 242:10, 242:19, 242:21, 243:1, 243:4, 243:9, 243:12, 243:17, 243:23, 244:2, 244:9, 244:15, 244:20, 245:9, 245:12, 245:24, 246:6, 246:11, 246:13, 246:16, 246:24, 247:4, 247:7, 247:10, 247:12, 247:15, 247:24, 248:1, 248:20, 249:2, 249:7, 249:19, 250:1, 250:19, 250:24, 251:6, 251:9, 252:2, 252:4, 252:8, 252:11, 252:15, 252:19, 252:22, 253:1, 253:3, 253:6,

253:10, 253:15, 253:19, 253:23, 254:1, 254:4, 254:13, 254:22, 255:2, 255:6, 255:10, 255:14, 255:17, 255:20, 255:24, 256:3, 256:6, 256:11, 256:16, 256:23, 257:1, 257:4, 257:7, 257:10, 257:13, 257:17, 257:21, 257:24, 258:3, 258:7, 258:10, 258:18, 258:24, 259:2, 259:10, 259:14, 259:23, 260:5, 260:10, 260:13, 260:21, 261:5, 261:11, 261:13, 261:16, 261:20, 261:22, 261:24, 262:1, 262:4, 262:8, 262:10, 262:15, 262:18, 262:23, 263:3, 263:8, 263:11, 263:15, 263:18, 263:21, 263:24, 264:4, 264:6, 264:9, 264:11, 264:16, 264:21, 264:24, 265:3, 265:12, 265:18, 265:22, 265:25, 266:3, 266:5, 266:8, 266:12, 266:16, 266:20, 266:23, 267:4, 267:7, 267:10, 267:14, 267:19, 267:23, 268:9, 268:16, 268:19, 268:21, 268:24, 269:1, 269:4, 269:14, 269:20, 269:25, 270:3, 270:10, 270:14, 270:22, 270:24, 271:5, 271:8, 271:14, 271:20, 272:3, 272:8, 272:11, 272:13, 272:16, 272:18, 272:20, 272:23, 273:1, 273:4, 273:7, 273:17
Juror [111] - 42:11, 42:16, 46:1, 46:2, 47:4, 47:6, 55:11,

58:10, 64:8, 64:12, 67:3, 69:3, 73:25, 76:5, 85:2, 86:22, 95:16, 95:25, 100:15, 100:20, 100:21, 112:2, 113:13, 117:20, 117:22, 121:22, 122:14, 132:22, 133:4, 133:23, 133:24, 136:21, 136:23, 136:25, 142:23, 143:1, 147:17, 147:20, 147:21, 152:1, 152:7, 152:10, 152:11, 165:1, 166:4, 166:5, 170:4, 170:9, 173:12, 173:23, 173:24, 177:17, 179:25, 180:3, 184:20, 185:21, 185:22, 188:2, 188:5, 191:15, 191:18, 194:19, 194:21, 194:22, 200:11, 200:14, 200:15, 204:12, 204:14, 204:15, 213:1, 213:5, 213:6, 215:4, 215:7, 215:8, 220:16, 220:19, 220:20, 230:11, 230:22, 230:23, 235:6, 235:8, 235:9, 236:18, 236:25, 241:13, 241:16, 244:24, 245:2, 245:5, 251:13, 251:18, 251:19, 254:14, 254:18, 254:19, 260:23, 261:1, 261:2, 266:13, 266:16, 266:17, 271:21, 271:24, 271:25, 273:18, 280:16, 283:4, 284:11
juror [72] - 15:24, 18:4, 18:5, 19:3, 20:17, 21:17, 21:21, 21:24, 22:14, 38:7, 38:18, 41:17, 42:13, 46:10, 46:19, 46:24, 47:2, 47:11, 47:24, 51:23, 58:9, 64:9, 66:25, 74:1, 74:2, 74:3, 75:1, 81:16, 83:11, 90:23, 95:11, 95:18, 100:16,

111:1, 117:21, 124:15, 127:25, 128:22, 130:10, 133:3, 133:7, 136:22, 142:24, 143:18, 143:20, 150:9, 150:12, 152:4, 164:24, 169:9, 170:5, 171:25, 172:5, 177:14, 178:18, 188:3, 188:13, 188:14, 190:25, 198:10, 207:16, 230:12, 235:2, 239:21, 243:21, 267:18, 271:22, 274:4, 280:1, 283:3, 283:16
jurors [24] - 13:21, 16:16, 17:15, 20:20, 20:25, 40:6, 41:9, 41:13, 42:13, 49:18, 57:14, 65:10, 122:8, 124:19, 125:12, 133:11, 169:17, 247:21, 275:9, 275:15, 276:5, 279:13, 280:11, 280:13
JURY [1] - 1:8
Jury [2] - 56:2, 275:10
jury [195] - 1:9, 10:23, 13:8, 15:18, 15:20, 15:22, 16:15, 16:18, 20:18, 21:4, 22:9, 22:16, 22:17, 22:22, 22:24, 22:25, 23:3, 27:21, 28:4, 35:7, 35:8, 40:24, 41:9, 43:18, 45:10, 45:18, 47:11, 48:2, 48:11, 52:4, 55:4, 55:15, 55:21, 55:23, 56:18, 57:2, 57:4, 57:5, 57:21, 58:16, 58:18, 58:19, 58:21, 61:16, 64:2, 66:20, 73:21, 84:25, 96:5, 98:25, 99:8, 99:13, 100:10, 101:22, 101:23, 101:25, 104:15, 111:22, 114:12, 116:6, 116:8, 116:9, 116:10, 117:9, 117:10, 117:16, 118:3, 118:6, 118:13, 121:15, 125:3, 132:3, 132:4, 132:12, 136:19, 138:20, 140:22,

141:7, 142:15, 142:22, 143:9, 146:2, 146:6, 147:14, 148:1, 151:21, 154:25, 157:7, 157:22, 164:13, 164:15, 164:19, 168:10, 169:22, 173:7, 174:22, 174:24, 175:1, 176:22, 177:2, 177:23, 178:6, 178:8, 178:9, 178:10, 178:13, 179:2, 179:7, 184:17, 186:9, 186:10, 186:12, 187:3, 187:6, 187:22, 191:1, 191:8, 191:12, 192:4, 193:13, 193:21, 194:1, 194:3, 194:4, 194:16, 195:4, 198:18, 198:23, 200:7, 200:22, 201:7, 201:16, 204:6, 204:11, 212:24, 214:24, 215:14, 215:17, 219:18, 219:19, 219:20, 219:21, 219:22, 220:5, 220:13, 230:6, 236:5, 237:6, 239:6, 239:14, 239:18, 239:25, 241:9, 243:24, 244:7, 251:11, 252:1, 252:10, 254:11, 256:2, 260:18, 263:9, 266:10, 267:21, 271:17, 272:9, 272:11, 273:14, 275:4, 275:11, 275:23, 275:24, 276:3, 277:10, 277:16, 278:15, 279:9, 279:12, 279:13, 282:7, 282:19, 282:20, 282:23, 284:19, 285:3, 285:15, 286:12, 287:11, 288:18, 297:22, 298:11, 298:13
jury's [1] - 22:25
jury) [1] - 301:10
justice [4] - 35:18, 51:15, 175:14,

201:13
**Justice** [23] - 1:12, 26:25, 32:9, 71:13, 71:19, 88:23, 89:6, 90:6, 91:21, 118:15, 118:16, 118:19, 120:8, 120:11, 120:15, 120:22, 154:2, 154:4, 159:7, 162:22, 163:2, 163:10, 232:1

## K

**K-9** [2] - 261:17, 264:9
**K-E-I-K-E-N** [1] - 29:10
**K-U-T-B** [1] - 79:11
**Kabul** [7] - 125:21, 255:4, 255:5, 255:19, 258:6, 259:3, 259:5
**Kandahar** [1] - 25:14
**keep** [8] - 58:23, 111:12, 133:5, 154:13, 175:3, 181:20, 216:23, 263:5
**Keiken** [1] - 29:9
**kept** [1] - 88:19
**Kessler** [1] - 125:7
**key** [1] - 57:1
**kicked** [1] - 241:1
**kids** [4] - 44:22, 46:13, 210:1, 211:5
**killed** [2] - 36:20, 197:18
**kilogram** [4] - 23:12, 23:17, 23:23, 24:3
**kilograms** [1] - 8:9
**kind** [48] - 33:19, 47:14, 51:4, 51:7, 53:6, 54:4, 57:10, 61:9, 71:10, 72:3, 78:23, 116:23, 123:5, 123:23, 124:20, 124:22, 134:15, 135:3, 135:20, 137:24, 138:4, 142:8, 148:3, 148:18, 148:23, 155:5, 158:11, 160:11, 160:25, 161:6, 161:9, 166:14, 170:15, 170:25, 174:13, 197:11, 204:23, 214:6, 233:9, 238:19, 245:21, 256:4, 256:5, 257:8,

260:3, 263:17, 272:12, 290:16
**kindly** [9] - 17:1, 24:20, 27:23, 31:3, 40:14, 41:4, 151:22, 200:7, 287:12
**kinds** [2] - 111:6, 281:18
**knowing** [2] - 81:5, 109:1
**knowingly** [2] - 16:5, 16:8
**knowledge** [7] - 16:17, 24:12, 74:8, 75:12, 77:20, 235:16, 259:12
**known** [2] - 24:15, 30:9
**knows** [6] - 24:19, 133:16, 185:17, 230:15, 282:2, 286:1
**Kong** [2] - 29:5, 76:16
**Kutb** [1] - 79:11
**Kuwait** [1] - 76:15

## L

**L-E-E-L-A** [2] - 54:23, 54:24
**lab** [2] - 268:25, 269:1
**Laboratory** [1] - 30:13
**lack** [3] - 98:11, 130:25, 165:14
**lacking** [1] - 13:20
**Laden** [1] - 270:5
**ladies** [7] - 15:21, 16:14, 23:4, 30:24, 31:4, 40:13, 41:2
**laid** [1] - 145:2
**Lancaster** [1] - 30:17
**Lance** [1] - 29:6
**Land** [4] - 89:1, 91:6, 91:10, 92:22
**land** [2] - 138:21, 275:18
**Language** [2] - 76:18, 203:7
**languages** [2] - 25:23, 74:11
**larceny** [4] - 284:6, 284:7, 284:8, 284:9
**large** [1] - 52:20
**larger** [1] - 172:3
**Larry** [2] - 285:6, 285:7
**last** [53] - 5:20, 14:3, 18:4, 21:5, 25:21, 27:8, 28:23, 34:18, 54:17, 64:18, 97:1, 119:8, 121:3,

126:10, 128:12, 129:2, 132:4, 132:12, 133:3, 135:10, 141:11, 142:2, 143:17, 153:25, 157:24, 170:17, 173:13, 173:18, 174:7, 183:9, 184:13, 197:16, 202:8, 207:19, 208:12, 212:12, 217:23, 233:14, 237:20, 242:10, 245:20, 249:1, 249:13, 253:16, 257:5, 257:22, 266:22, 266:23, 272:5, 277:8, 285:10, 291:21, 293:1
**lastly** [3] - 30:18, 116:13, 284:8
**lasts** [1] - 245:17
**late** [2] - 242:10, 285:25
**latter** [1] - 130:5
**law** [105] - 6:18, 16:3, 16:7, 16:20, 18:25, 19:3, 31:5, 31:10, 31:15, 31:19, 31:23, 32:3, 32:21, 33:17, 33:19, 34:6, 37:11, 37:18, 67:14, 68:18, 90:3, 93:1, 101:6, 101:12, 101:16, 103:1, 103:11, 105:21, 106:7, 107:21, 107:25, 108:5, 109:12, 110:18, 110:24, 111:7, 112:12, 112:16, 112:21, 113:1, 113:4, 118:21, 118:24, 118:25, 139:22, 140:8, 148:19, 149:1, 149:6, 151:7, 151:13, 157:2, 158:8, 178:17, 179:16, 189:21, 199:19, 206:23, 207:1, 213:13, 213:22, 213:25, 214:5, 214:6, 214:7, 215:23, 231:8, 231:12, 233:15, 247:5, 247:11, 254:25, 255:3, 255:15, 256:15, 256:22, 258:5,

261:10, 261:14, 261:17, 262:12, 264:9, 264:14, 276:15, 278:8, 279:4, 283:16, 291:1, 291:3, 291:8, 293:12, 294:3, 295:12, 295:14, 295:18, 298:5, 300:4, 300:20, 300:22
**Law** [7] - 38:21, 129:3, 141:12, 149:21, 176:14, 223:12, 253:17
**laws** [4] - 23:7, 23:11, 36:7, 188:18
**lawyer** [29] - 33:23, 34:5, 41:16, 85:21, 87:1, 87:3, 90:1, 123:6, 123:7, 124:13, 126:7, 126:9, 133:15, 139:18, 148:12, 155:20, 156:2, 156:3, 157:5, 209:19, 213:16, 213:17, 233:3, 280:25, 282:4, 291:11, 296:4, 298:3
**lawyers** [15] - 34:3, 52:13, 117:10, 155:23, 156:5, 169:16, 188:25, 189:5, 198:22, 231:4, 239:17, 291:17, 297:12, 299:22, 300:9
**lawyers'** [2] - 19:6, 19:14
**lay** [1] - 211:19
**laying** [1] - 211:25
**layoff** [1] - 283:11
**lead** [1] - 111:16
**leader** [2] - 8:6, 169:1
**leader's** [1] - 79:7
**leaders** [4] - 78:21, 78:22, 79:3, 79:4
**leadership** [1] - 8:10
**leads** [1] - 99:20
**Leahey** [1] - 199:15
**Leahy** [2] - 196:3, 196:7
**learn** [3] - 51:7, 76:13, 98:15
**learned** [3] - 68:14, 70:2, 73:6
**learning** [1] - 98:15
**lease** [1] - 242:21
**leases** [1] - 243:5

**least** [4] - 8:8, 83:13, 142:17, 151:6
**leave** [12] - 17:20, 40:14, 40:15, 41:4, 41:25, 111:22, 121:17, 138:25, 159:7, 163:6, 249:21, 282:25
**leaves** [1] - 157:19
**leaving** [3] - 41:12, 178:4, 201:12
**led** [1] - 165:7
**Leela** [1] - 54:21
**left** [55] - 17:16, 17:18, 24:18, 40:10, 40:13, 41:2, 41:14, 46:1, 52:8, 55:11, 64:8, 67:3, 73:25, 85:2, 95:16, 100:15, 112:2, 117:20, 120:22, 121:22, 132:22, 136:21, 138:16, 142:23, 147:17, 152:1, 163:1, 165:1, 166:20, 170:4, 173:12, 175:13, 177:17, 184:20, 188:2, 191:15, 194:19, 200:11, 204:12, 213:1, 215:4, 220:16, 230:11, 235:6, 236:18, 241:13, 244:24, 251:13, 253:3, 254:14, 260:23, 260:25, 266:13, 271:21, 273:18
**Leg** [1] - 196:5
**legal** [10] - 34:6, 71:14, 106:12, 106:23, 107:11, 107:19, 148:23, 213:14, 294:3, 296:2
**legally** [1] - 286:17
**legislative** [1] - 202:11
**Lehnhoff** [1] - 29:6
**LEHNHOFF** [1] - 29:7
**LELA** [1] - 54:22
**length** [3] - 5:24, 44:15, 134:4
**lengthy** [1] - 5:9
**less** [6] - 14:11, 37:10, 46:20, 85:11, 156:3, 243:9
**lesser** [1] - 31:13
**lesson** [2] - 70:2, 73:6
**letter** [5] - 69:19, 70:21, 72:25, 73:9,

73:11
**level** [6] - 6:2, 8:9,
107:20, 108:11,
113:4, 131:7
**levels** [3] - 107:20,
133:19
**LexisNexis** [2] -
101:3, 106:8
**liaison** [2] - 181:19,
196:10
**license** [2] - 87:14,
93:1
**licenses** [1] - 87:10
**Licensing** [2] - 87:8,
87:9
**life** [21] - 7:11, 7:15,
7:24, 8:13, 8:16,
9:16, 36:11, 50:16,
50:17, 52:20, 72:10,
96:15, 126:21,
159:12, 194:12,
205:3, 218:17,
238:22, 258:19,
259:3, 282:2
**life-long** [1] - 238:22
**light** [1] - 284:23
**likely** [3] - 149:10,
216:6, 242:4
**Lima** [1] - 29:2
**limit** [3] - 100:3,
102:13, 164:7
**line** [3] - 46:22,
133:13, 209:8
**lines** [1] - 12:15
**linking** [1] - 107:6
**list** [6] - 11:1, 28:3,
28:7, 30:25, 67:5,
275:3
**listed** [4] - 49:21,
74:20, 135:15,
230:13
**listen** [1] - 31:20,
88:15, 105:17,
110:10, 111:5,
112:11, 131:2,
155:1, 164:6,
168:11, 171:25,
268:15
**listening** [1] - 267:11
**listing** [1] - 185:18
**litigation** [3] - 135:1,
232:5, 234:13
**live** [4] - 74:16,
104:22, 104:24,
275:17
**lived** [16] - 26:1,
26:11, 26:15, 76:18,
79:21, 96:17, 134:9,
135:24, 159:11,
192:10, 195:13,

201:5, 201:21,
238:25, 259:5,
272:14
**lives** [3] - 50:10, 86:2,
86:8
**living** [2] - 96:21,
259:3
**loaned** [1] - 97:2
**loathe** [1] - 26:19
**local** [4] - 22:19, 32:4,
99:3, 215:19
**located** [9] - 24:23,
25:9, 29:10, 30:12,
114:3, 136:5, 203:5,
222:21, 222:22
**locations** [1] - 107:8
**lock** [1] - 224:24
**locked** [4] - 221:13,
227:13, 227:15,
228:7
**look** [18] - 27:21,
27:25, 42:5, 58:2,
58:6, 207:22,
248:18, 249:11,
271:6, 276:15,
278:6, 280:3,
286:17, 289:3,
293:8, 294:13,
295:7, 296:10
**looked** [2] - 13:18,
78:20
**looking** [8] - 8:13,
13:24, 66:11, 138:4,
171:1, 185:5,
248:16, 276:9
**looks** [3] - 42:3, 57:2,
79:2
**lopsided** [1] - 14:1
**lose** [1] - 286:24
**lost** [2] - 235:3, 295:21
**Lovells** [1] - 90:5
**lowest** [1] - 10:25
**lucky** [1] - 213:2
**lunch** [19] - 5:11,
17:17, 17:22, 41:11,
68:3, 68:17, 185:25,
186:1, 191:22,
191:23, 195:3,
204:21, 213:10,
215:13, 221:1,
231:3, 261:8,
276:13, 286:11
**luncheon** [2] - 21:13,
179:18

**M**

**M-A-H** [1] - 29:3
**MA** [1] - 244:21
**ma'am** [31] - 44:20,

49:14, 51:22, 52:15,
60:22, 61:14, 72:6,
107:16, 115:11,
115:20, 117:9,
120:6, 137:21,
139:7, 145:23,
183:5, 193:13,
195:5, 195:21,
197:25, 198:9,
201:19, 213:15,
214:1, 214:18,
218:11, 219:17,
223:22, 227:6,
254:9, 269:10
**Mac** [1] - 52:21
**machine** [3] - 1:25,
68:23, 69:20
**Macri** [1] - 29:12
**MACRI** [1] - 29:12
**Mae** [1] - 52:21
**Mah** [1] - 29:3
**mail** [4] - 67:15, 68:7,
288:23, 289:5
**mailroom** [1] - 154:8
**Main** [1] - 91:21
**main** [3] - 71:16,
92:17, 105:15
**maintain** [1] - 282:6
**maintains** [1] - 24:10
**major** [6] - 38:13,
152:19, 161:19,
183:16, 184:1, 267:3
**make-up** [1] - 55:16
**male** [1] - 274:16
**man** [2] - 109:2,
160:19
**manage** [1] - 242:21
**management** [3] -
72:8, 72:10, 72:15
**manager** [5] - 70:16,
71:4, 72:13, 97:22,
242:18
**mandatory** [6] - 7:10,
7:14, 7:19, 7:23,
8:19, 72:21
**manner** [1] - 35:14
**March** [4] - 103:22,
103:24, 103:25,
134:6
**marijuana** [2] -
116:25, 117:1
**mark** [5] - 17:1, 17:5,
17:6, 104:8, 254:16
**marked** [1] - 104:11
**market** [1] - 97:23
**Marlon** [3] - 4:9, 15:8,
26:23
**MARLON** [1] - 1:12
**married** [4] - 109:8,
140:11, 140:12,

149:16
**Marriott** [2] - 125:24,
125:25
**Marshal** [1] - 32:10
**Marshall** [1] - 171:3
**Marshals** [1] - 241:23
**Maryland** [6] - 72:12,
195:11, 195:14,
203:9, 216:14, 243:6
**mass** [1] - 87:18
**Massachusetts** [1] -
253:12
**master's** [2] - 244:10,
244:18
**matter** [17] - 4:14,
5:18, 5:23, 17:4,
24:19, 66:11, 68:4,
84:20, 92:12, 92:18,
92:20, 105:17,
142:16, 143:23,
293:21, 301:7,
301:14
**matters** [3] - 11:4,
169:8, 188:17
**MATTHEW** [1] - 1:11
**Matthew** [3] - 4:9,
15:8, 26:23
**maximum** [2] - 7:11,
7:15
**McClelland** [1] - 169:4
**McKaskle** [1] - 293:21
**Meade** [1] - 203:8
**mean** [67] - 22:17,
25:5, 48:24, 48:25,
49:4, 54:3, 70:13,
80:16, 82:12, 93:18,
97:13, 98:7, 98:8,
101:13, 102:5,
102:15, 102:16,
108:2, 108:3, 110:7,
110:25, 117:4,
124:25, 138:1,
140:10, 144:11,
158:25, 160:4,
161:2, 161:8, 162:6,
174:18, 185:2,
185:4, 185:7,
190:11, 193:3,
194:3, 199:21,
212:8, 238:24,
242:20, 246:2,
247:6, 247:23,
248:1, 248:4,
248:14, 249:16,
249:23, 249:24,
250:1, 250:2,
250:25, 251:1,
259:23, 269:22,
270:15, 272:22,
285:13, 288:6,

290:17, 290:25,
291:4, 292:1, 292:15
**meaning** [1] - 43:1
**means** [7] - 7:20, 39:6,
110:24, 142:18,
186:9, 249:23,
297:21
**meant** [3] - 9:16,
104:7, 141:1
**Mechanicsville** [1] -
72:12
**media** [3] - 161:21,
162:9, 163:20
**medical** [6] - 66:7,
199:13, 210:7,
212:6, 212:7, 241:3
**medication** [1] - 21:22
**Medicine** [1] - 119:10
**meeting** [4] - 84:1,
103:22, 113:12
**member** [37] - 25:25,
26:10, 26:14, 32:1,
32:14, 33:1, 33:8,
33:15, 33:21, 34:10,
34:12, 34:20, 34:25,
35:6, 35:11, 35:16,
36:19, 37:5, 59:2,
79:18, 81:9, 102:6,
102:23, 103:1,
105:9, 108:13,
140:21, 141:2,
166:23, 175:21,
195:23, 197:17,
203:11, 207:6,
217:9, 256:13, 259:6
**members** [11] - 25:9,
26:6, 32:2, 32:19,
168:19, 181:9,
189:14, 201:21,
203:2, 262:12,
262:21
**memory** [1] - 232:13
**men** [1] - 186:16
**meningioma** [1] -
64:20
**Mental** [1] - 167:3
**mental** [2] - 8:2,
228:12
**mentally** [1] - 218:17
**mention** [4] - 127:12,
183:16, 283:16,
284:17
**mentioned** [2] - 53:1,
259:21
**mere** [1] - 83:17
**merely** [1] - 31:15
**message** [2] - 298:9,
298:12
**messed** [1] - 249:13
**met** [5] - 5:24, 83:23,

91:16, 92:14, 96:17, 236:10
**method** [2] - 17:5, 178:11
**Metro** [2] - 176:1, 176:7
**metropolitan** [1] - 74:10
**Miami** [2] - 29:8, 176:16
**mic** [4] - 28:5, 78:24, 174:16, 267:6
**Michelle** [3] - 4:16, 15:13, 27:15
**MICHELLE** [1] - 1:16
**microbiologist** [1] - 268:21
**mid-'80s** [1] - 202:8
**mid-'90s** [1] - 202:9
**middle** [2] - 103:21, 103:24
**Middle** [9] - 26:18, 26:20, 36:22, 78:9, 126:4, 134:14, 171:20, 257:12, 259:17
**might** [18] - 21:5, 24:21, 31:3, 64:17, 64:23, 102:21, 103:9, 131:8, 134:4, 137:6, 140:1, 178:13, 188:25, 190:12, 209:7, 249:25, 250:8, 282:7
**migraine** [3] - 248:2, 248:22, 250:5
**migraines** [1] - 245:13
**mildly** [2] - 127:23, 286:21
**military** [12] - 26:2, 26:11, 26:16, 105:10, 106:8, 113:20, 134:10, 181:11, 217:18, 217:19, 256:13, 256:21
**mind** [22] - 42:23, 64:17, 68:19, 79:20, 80:13, 88:21, 101:14, 111:12, 129:24, 133:5, 137:7, 139:5, 182:16, 188:19, 201:22, 218:4, 221:7, 233:4, 256:17, 280:2, 291:21, 292:14
**minded** [1] - 127:14
**mine** [4] - 172:11, 181:17, 295:9

**mingle** [2] - 222:10, 222:11
**minimize** [1] - 17:13
**minimum** [6] - 7:11, 7:14, 7:19, 7:24, 8:17, 8:19
**ministerial** [1] - 181:19
**minor** [2] - 92:12, 226:5
**minute** [6] - 23:8, 27:11, 79:17, 250:17, 287:8, 289:7
**minutes** [11] - 5:14, 121:24, 122:7, 205:6, 245:17, 245:20, 246:4, 246:5, 249:14, 289:10
**MIRWAIS** [1] - 2:7
**misdemeanor** [3] - 284:1, 284:2, 284:7
**misdemeanors** [1] - 96:24
**Miss** [13] - 13:18, 27:17, 60:21, 72:5, 75:19, 90:22, 90:24, 107:15, 233:24, 290:4, 292:4, 292:25, 293:2
**miss** [1] - 103:23
**missed** [5] - 219:17, 234:11, 240:4, 264:1, 298:10
**missing** [1] - 209:13
**mission** [1] - 106:21
**Mississippi** [1] - 219:14
**Missouri** [1] - 277:2
**mistake** [1] - 189:7
**mixed** [1] - 178:2
**mixture** [4] - 23:12, 23:18, 23:23, 24:4
**moment** [13] - 14:18, 19:21, 27:18, 46:6, 56:13, 67:8, 130:16, 153:24, 248:7, 282:9, 285:8, 290:13, 296:1
**moms** [1] - 218:22
**Monday** [1] - 244:12
**money** [18] - 39:5, 73:7, 80:25, 81:1, 81:19, 82:5, 82:14, 88:6, 88:8, 94:15, 94:22, 96:25, 108:20, 109:2, 128:2, 160:10, 171:23
**monies** [1] - 102:10

**monitor** [2] - 98:16, 248:19
**monitors** [2] - 247:22, 248:6
**month** [2] - 107:10, 277:19
**months** [9] - 137:9, 214:14, 221:14, 221:16, 222:1, 223:2, 225:9, 225:12
**Moore** [35] - 4:17, 5:24, 10:4, 12:18, 15:13, 27:15, 27:16, 54:25, 60:20, 68:2, 72:5, 90:21, 98:23, 107:15, 120:5, 122:4, 142:11, 145:21, 159:13, 183:25, 187:17, 193:11, 198:8, 203:25, 208:5, 214:19, 233:24, 243:18, 247:16, 254:7, 258:4, 263:25, 283:10, 289:13, 289:18
**MOORE** [262] - 1:15, 5:16, 8:24, 9:8, 9:12, 10:9, 11:21, 12:20, 13:11, 13:16, 14:20, 15:12, 44:20, 44:24, 45:4, 46:9, 46:12, 51:21, 52:1, 52:3, 52:7, 52:12, 52:15, 52:25, 53:6, 53:10, 53:14, 53:18, 53:22, 54:1, 54:10, 54:15, 54:19, 54:22, 54:24, 55:1, 60:22, 60:25, 61:5, 61:9, 61:12, 66:18, 67:1, 67:4, 68:6, 72:6, 72:16, 72:22, 72:25, 73:14, 73:16, 78:23, 79:1, 82:18, 84:22, 85:3, 85:24, 86:8, 86:13, 86:16, 90:22, 98:24, 99:4, 99:11, 100:8, 107:16, 108:5, 108:11, 108:19, 108:22, 108:25, 109:5, 111:20, 112:3, 112:14, 112:17, 112:24, 117:9, 117:13, 120:6, 121:6, 121:10, 121:23, 122:5, 131:11, 131:14, 131:17, 131:22, 132:2,

132:8, 132:14, 134:18, 136:7, 142:12, 145:22, 146:1, 146:4, 146:8, 146:13, 146:17, 146:21, 146:23, 147:2, 147:5, 147:10, 150:18, 150:21, 150:25, 151:5, 151:10, 151:15, 152:9, 159:14, 159:19, 160:1, 160:4, 160:8, 160:17, 160:24, 161:3, 161:6, 161:9, 161:16, 161:23, 162:6, 162:12, 162:20, 165:3, 169:15, 169:20, 173:4, 173:15, 177:11, 181:20, 184:1, 184:5, 184:9, 184:12, 184:15, 185:5, 185:9, 187:18, 190:23, 193:12, 194:5, 198:9, 198:12, 198:15, 198:18, 198:21, 198:25, 199:3, 199:5, 199:14, 199:25, 200:5, 204:1, 208:6, 208:15, 208:17, 209:11, 214:20, 219:17, 219:21, 220:2, 220:9, 227:8, 227:14, 227:17, 227:20, 227:25, 228:3, 228:6, 228:10, 228:12, 228:14, 228:19, 230:4, 234:24, 238:17, 238:22, 239:2, 239:5, 239:8, 239:10, 239:13, 239:16, 239:21, 240:1, 240:3, 240:7, 240:9, 240:11, 240:17, 240:20, 240:24, 241:3, 241:5, 243:19, 243:25, 244:3, 244:18, 244:22, 247:17, 247:25, 248:3, 248:10, 248:23, 249:21, 254:8, 258:5, 258:8, 258:15, 258:20, 259:1, 259:7, 259:11, 259:18, 260:1, 260:7,

260:11, 260:15, 264:1, 264:7, 264:10, 264:13, 264:18, 264:22, 264:25, 265:6, 265:13, 265:20, 265:23, 269:10, 269:17, 269:21, 270:2, 270:7, 270:11, 270:18, 270:23, 271:3, 271:6, 273:12, 282:16, 282:20, 282:24, 284:21, 287:6, 289:6, 289:15, 289:20, 290:18, 291:4, 291:12, 291:23, 291:25, 292:8, 292:18, 292:24, 293:2, 295:20
**moral** [5] - 21:23, 22:7, 104:4, 104:11, 124:2
**MORAN** [1] - 161:13
**Morgan** [1] - 186:19
**Moring** [2] - 235:25, 236:8
**morning** [55] - 4:8, 4:11, 4:12, 4:18, 5:9, 5:25, 15:7, 15:10, 15:11, 17:15, 21:14, 28:12, 40:17, 42:18, 42:19, 42:20, 47:7, 47:8, 49:14, 49:15, 58:12, 58:14, 61:14, 61:15, 64:14, 64:15, 66:1, 69:5, 69:6, 76:7, 86:24, 90:25, 91:1, 96:2, 100:23, 113:15, 113:16, 115:11, 115:12, 117:24, 118:1, 122:17, 138:22, 138:23, 142:17, 180:9, 195:2, 200:20, 213:9, 251:24, 279:10, 279:16, 285:19, 286:10, 287:24
**Morocco** [2] - 202:2, 202:8
**Morrison** [3] - 123:9, 123:20, 280:25
**mortgage** [3] - 47:16, 51:24, 52:21
**most** [10] - 52:20, 57:25, 68:5, 78:8, 102:18, 110:20, 111:18, 183:16,

276:19, 279:9
**mostly** [6] - 135:2,
156:6, 161:21,
162:8, 169:3, 219:13
**Mothers** [1] - 34:17
**motion** [1] - 55:22
**motions** [1] - 41:25
**motivated** [1] - 39:13
**Moultrie** [1] - 192:7
**mouth** [2] - 52:9, 53:5
**move** [14] - 10:7, 85:3,
95:3, 95:20, 113:7,
113:11, 116:11,
129:18, 133:2,
153:3, 165:3, 205:6,
215:21, 262:7
**moved** [7] - 96:21,
181:18, 227:23,
227:24, 227:25,
228:2, 228:5
**moving** [6] - 68:7,
82:4, 95:17, 147:18,
215:5, 245:1
**MPD** [2] - 261:19,
264:12
**MR** [495] - 4:8, 4:12,
4:15, 4:23, 5:14,
5:16, 5:19, 6:16,
6:21, 7:8, 7:10, 8:2,
8:20, 8:24, 9:8, 9:12,
10:2, 10:9, 11:3,
11:18, 11:21, 12:8,
12:14, 12:20, 13:11,
13:16, 14:20, 15:7,
15:10, 15:12, 27:7,
27:10, 28:12, 28:24,
37:23, 37:25, 40:4,
44:20, 44:24, 45:4,
45:7, 46:5, 46:9,
46:12, 46:15, 46:17,
46:25, 49:9, 49:14,
49:16, 49:20, 49:25,
50:7, 50:19, 50:22,
51:1, 51:9, 51:14,
51:18, 51:21, 52:1,
52:3, 52:7, 52:12,
52:15, 52:25, 53:6,
53:10, 53:14, 53:18,
53:22, 54:1, 54:10,
54:15, 54:19, 54:22,
54:24, 55:1, 60:22,
60:25, 61:5, 61:9,
61:12, 61:14, 61:16,
61:20, 61:23, 62:1,
62:3, 62:6, 62:9,
62:12, 62:17, 62:20,
62:24, 63:1, 63:3,
63:6, 63:11, 63:16,
63:20, 63:25, 66:17,
66:18, 67:1, 67:4,

68:6, 72:6, 72:16,
72:22, 72:25, 73:14,
73:16, 73:19, 74:22,
75:7, 75:12, 78:23,
79:1, 81:4, 82:18,
82:19, 82:22, 83:6,
83:10, 84:5, 84:10,
84:18, 84:22, 85:3,
85:5, 85:24, 86:8,
86:13, 86:16, 90:22,
95:8, 98:22, 98:24,
99:4, 99:11, 100:8,
100:19, 107:16,
108:5, 108:11,
108:19, 108:22,
108:25, 109:5,
109:7, 109:10,
109:20, 109:23,
110:6, 111:20,
112:3, 112:7,
112:14, 112:17,
112:24, 115:11,
115:13, 115:16,
115:19, 115:22,
116:1, 116:6,
116:10, 116:13,
116:23, 117:1,
117:5, 117:7, 117:9,
117:13, 120:6,
121:6, 121:10,
121:12, 121:23,
122:5, 129:14,
129:19, 130:7,
130:15, 131:11,
131:14, 131:17,
131:22, 132:2,
132:8, 132:14,
133:2, 134:18,
136:7, 136:9,
136:13, 136:17,
141:25, 142:6,
142:12, 145:22,
146:1, 146:4, 146:8,
146:13, 146:17,
146:21, 146:23,
147:2, 147:5,
147:10, 147:11,
150:6, 150:8,
150:13, 150:16,
150:18, 150:21,
150:25, 151:5,
151:10, 151:15,
151:19, 152:9,
159:14, 159:19,
160:1, 160:4, 160:8,
160:17, 160:24,
161:3, 161:6, 161:9,
161:13, 161:16,
161:23, 162:6,
162:12, 162:20,
162:21, 163:1,

163:5, 163:9,
163:13, 164:10,
165:3, 165:21,
169:6, 169:8,
169:13, 169:15,
169:20, 173:4,
173:5, 173:15,
176:21, 177:1,
177:5, 177:8,
177:11, 179:24,
181:20, 183:24,
184:1, 184:5, 184:9,
184:12, 184:15,
185:5, 185:9,
185:12, 187:18,
187:20, 190:22,
190:23, 193:12,
194:5, 194:6,
194:11, 198:7,
198:9, 198:12,
198:15, 198:18,
198:21, 198:25,
199:3, 199:5,
199:14, 199:25,
200:5, 204:1, 204:3,
208:4, 208:6,
208:15, 208:17,
209:7, 209:11,
210:5, 210:11,
210:14, 211:17,
212:17, 214:20,
214:22, 218:11,
218:13, 218:19,
218:25, 219:5,
219:7, 219:11,
219:15, 219:17,
219:21, 220:2,
220:9, 223:22,
223:24, 224:3,
224:13, 224:15,
224:20, 224:25,
225:5, 225:7,
225:14, 225:17,
225:19, 225:22,
226:2, 226:7,
226:11, 226:15,
226:19, 226:22,
227:5, 227:8,
227:14, 227:17,
227:20, 227:25,
228:3, 228:6,
228:10, 228:12,
228:14, 228:19,
228:22, 229:1,
229:4, 229:8,
229:14, 229:16,
229:19, 229:22,
230:1, 230:4,
233:21, 233:23,
234:1, 234:5, 234:9,
234:15, 234:19,

234:22, 234:24,
238:16, 238:17,
238:22, 239:2,
239:5, 239:8,
239:10, 239:13,
239:16, 239:21,
240:1, 240:3, 240:7,
240:9, 240:11,
240:17, 240:20,
240:24, 241:3,
241:5, 243:19,
243:25, 244:3,
244:5, 244:18,
244:22, 246:19,
247:17, 247:25,
248:3, 248:7,
248:10, 248:23,
249:21, 250:6,
250:10, 250:14,
250:20, 251:4,
254:6, 254:8, 258:5,
258:8, 258:15,
258:20, 259:1,
259:7, 259:11,
259:18, 260:1,
260:7, 260:11,
260:15, 260:16,
264:1, 264:7,
264:10, 264:13,
264:18, 264:22,
264:25, 265:6,
265:13, 265:20,
265:23, 265:24,
266:1, 266:4, 266:7,
268:5, 269:9,
269:10, 269:17,
269:21, 270:2,
270:7, 270:11,
270:18, 270:23,
271:3, 271:6, 271:9,
271:15, 273:11,
273:12, 274:22,
276:11, 279:22,
279:24, 280:12,
280:15, 281:2,
281:15, 282:9,
282:16, 282:20,
282:24, 283:2,
283:13, 284:2,
284:11, 284:21,
287:4, 287:6,
287:21, 288:1,
288:8, 288:10,
289:6, 289:15,
289:20, 290:18,
291:4, 291:12,
291:23, 291:25,
292:8, 292:18,
292:24, 293:2,
293:5, 293:15,
294:8, 295:20

**MRI** [1] - 66:10
**MS** [63] - 4:16, 4:24,
11:20, 14:2, 14:12,
25:13, 40:5, 42:2,
55:14, 56:16, 56:23,
57:12, 57:15, 57:24,
67:13, 67:21, 67:23,
75:11, 75:22, 90:25,
91:2, 91:5, 91:13,
91:16, 91:20, 91:23,
92:1, 92:13, 92:19,
93:4, 93:12, 93:15,
93:21, 94:2, 94:7,
94:11, 94:13, 94:21,
95:5, 152:6, 177:22,
178:20, 178:24,
179:5, 184:23,
230:17, 230:20,
232:14, 273:23,
273:25, 274:5,
274:10, 274:14,
274:18, 275:8,
275:21, 277:13,
278:11, 278:24,
279:3, 282:19,
294:21, 295:23
**mugged** [5] - 126:14,
145:18, 146:14,
238:6, 240:5
**multiple** [2] - 118:6,
118:9
**murder** [3] - 166:18,
175:11, 252:8
**Muslim** [6] - 38:16,
128:21, 130:18,
172:22, 282:1
**Muslims** [9] - 36:24,
84:1, 128:13,
128:17, 129:1,
161:25, 267:12,
268:3
**must** [15] - 19:16,
20:17, 20:18, 20:19,
20:21, 47:21,
111:22, 139:19,
164:15, 169:22,
173:7, 214:24,
220:13, 274:4, 291:8

**N**

**nah** [2] - 156:16, 157:3
**NAIM** [1] - 2:6
**name** [16] - 28:23,
30:10, 30:14, 51:2,
79:7, 114:9, 121:3,
145:8, 145:10,
156:12, 171:8,
179:7, 197:5,
230:18, 230:21,

285:5
**named** [3] - 29:19, 29:22, 30:8
**names** [4] - 12:4, 53:14, 190:17, 190:20
**Nangarhar** [10] - 24:25, 25:3, 25:10, 25:13, 25:15, 25:16, 29:20, 29:23, 125:18, 180:12
**narco** [3] - 7:13, 8:18, 9:18
**narco-terrorism** [3] - 7:13, 8:18, 9:18
**narcotic** [1] - 85:11
**narcotics** [10] - 16:3, 16:6, 16:7, 16:10, 23:7, 23:11, 36:3, 155:13, 188:12, 200:1
**national** [1] - 203:2
**National** [8] - 30:1, 30:3, 30:5, 34:14, 65:4, 119:10, 145:3, 182:5
**nationality** [1] - 20:13
**nationals** [2] - 30:6, 30:7
**Native** [2] - 120:16, 120:19
**nature** [13] - 18:12, 38:23, 62:13, 62:21, 84:2, 84:8, 112:20, 154:24, 165:22, 219:2, 229:8, 234:15, 269:23
**Navy** [2] - 65:7, 182:11
**NCIS** [3] - 38:21, 129:6, 129:11
**Nebraska** [1] - 96:25
**necessarily** [8] - 159:23, 160:7, 160:15, 162:3, 162:16, 181:8, 200:2, 248:17
**necessary** [1] - 158:2
**necessity** [1] - 65:18
**need** [24] - 4:19, 5:12, 10:23, 17:20, 18:23, 30:24, 53:4, 68:14, 133:10, 178:7, 179:12, 191:6, 191:23, 246:12, 275:4, 275:7, 276:9, 278:17, 280:8, 281:9, 282:21, 285:18, 288:3, 288:4
**needless** [1] - 295:16
**needs** [6] - 53:18,

122:22, 131:12, 132:1, 275:8, 278:6
**negative** [1] - 157:19
**neighborhood** [3] - 34:16, 197:10, 197:12
**nephew** [2] - 156:2, 156:3
**networks** [1] - 74:10
**never** [23] - 18:22, 20:2, 73:12, 87:23, 87:25, 89:24, 111:1, 118:6, 151:3, 192:6, 194:3, 194:4, 203:20, 207:10, 214:5, 219:22, 239:24, 240:9, 240:23, 264:18, 280:2, 283:17, 294:23
**New** [2] - 1:13, 64:23
**newest** [1] - 11:19
**Newport** [1] - 139:11
**news** [8] - 80:17, 80:18, 93:10, 180:17, 181:2, 245:15, 260:3, 267:10
**News** [1] - 139:11
**NewsHour** [1] - 181:2
**newspaper** [3] - 258:25, 259:25, 260:2
**next** [47] - 46:2, 47:2, 55:9, 55:12, 58:7, 59:22, 64:9, 64:21, 66:25, 73:23, 74:1, 74:2, 84:25, 85:7, 95:18, 100:11, 100:16, 117:18, 117:21, 121:16, 132:18, 136:20, 136:22, 142:24, 143:19, 152:2, 164:16, 169:24, 170:5, 179:25, 187:23, 188:3, 194:17, 200:12, 203:10, 204:7, 212:25, 214:25, 220:14, 220:17, 230:12, 235:4, 249:4, 251:12, 254:12, 260:24, 266:14
**nice** [5] - 41:11, 64:4, 70:1, 234:25, 235:1
**niceties** [1] - 285:10
**Nick** [1] - 29:12
**nickel** [1] - 116:21

**night** [2] - 131:21, 186:18
**nightly** [1] - 181:2
**NIH** [1] - 66:5
**nine** [11] - 11:14, 120:25, 207:21, 210:8, 213:3, 221:14, 221:16, 222:1, 225:9, 225:12, 275:15
**nobody** [5] - 43:8, 44:4, 123:17, 140:2, 228:14
**non** [1] - 77:13
**non-profit** [1] - 77:13
**none** [4] - 66:18, 160:23, 238:3, 293:24
**nonetheless** [1] - 248:18
**nonprofit** [1] - 145:11
**noon** [1] - 68:11
**normal** [2] - 83:25
**normally** [2] - 122:23, 210:24
**North** [3] - 114:4, 114:10, 202:2
**north** [1] - 114:6
**Northern** [2] - 77:1, 77:11
**Northwest** [3] - 197:13, 275:18, 275:24
**note** [1] - 42:2
**noted** [1] - 14:3
**notes** [2] - 299:21, 301:14
**nothing** [17] - 78:11, 100:8, 117:14, 138:22, 151:18, 151:19, 170:19, 204:1, 214:13, 214:22, 249:21, 254:8, 260:7, 260:10, 270:17, 278:16, 298:24
**notice** [5] - 178:13, 179:11, 288:2, 288:4, 288:20
**notify** [1] - 285:19
**notion** [1] - 168:15
**November** [1] - 222:17
**Nuclear** [1] - 120:23, 120:24
**nuclear** [2] - 118:25, 121:2
**number** [54] - 4:21, 17:2, 17:5, 17:6, 17:7, 17:8, 17:10, 18:4, 18:5, 20:12,

20:16, 22:2, 22:6, 22:12, 22:15, 22:23, 25:19, 27:19, 27:24, 28:15, 31:25, 33:13, 34:20, 37:2, 69:14, 74:5, 95:18, 96:24, 107:19, 108:6, 120:7, 121:20, 122:12, 145:23, 151:6, 151:7, 152:2, 164:13, 164:20, 164:22, 164:23, 165:6, 167:24, 173:23, 189:3, 199:21, 200:12, 202:20, 220:17, 277:8, 280:1, 288:7, 288:9, 294:9
**Number** [31] - 15:25, 18:8, 19:4, 19:5, 19:12, 19:19, 20:7, 20:15, 21:2, 21:25, 22:5, 22:14, 22:22, 26:9, 28:11, 35:16, 42:21, 58:9, 70:22, 104:9, 180:11, 218:4, 275:2, 279:19, 279:20, 279:21, 280:6, 280:16, 283:4
**numbered** [1] - 279:25
**numbers** [8] - 10:25, 11:14, 41:19, 56:14, 100:17, 167:23, 274:22, 301:11
**numerous** [2] - 116:5, 183:16
**nurse** [8] - 115:18, 222:20, 223:5, 226:16, 226:20, 226:25, 227:2
**nurse's** [2] - 249:15, 249:17
**nursing** [1] - 227:4
**NW** [3] - 1:13, 1:17, 1:22

## O

**oath** [1] - 291:16
**Obama** [1] - 196:23
**obey** [1] - 298:5
**object** [5] - 16:15, 46:12, 46:14, 46:15, 112:8
**objection** [3] - 14:21, 85:5, 133:20
**obligated** [1] - 289:24
**obligation** [2] - 20:3, 279:17

**observations** [2] - 274:2, 274:3
**observing** [1] - 278:14
**obstacle** [1] - 211:1
**obvious** [1] - 123:16
**obviously** [19] - 7:3, 25:19, 36:6, 42:4, 44:12, 102:20, 105:6, 106:23, 110:16, 124:12, 131:21, 168:1, 171:21, 177:19, 185:14, 188:14, 188:17, 246:2, 248:14
**occasions** [1] - 202:2
**occupation** [1] - 194:12
**occurred** [5] - 24:22, 36:14, 93:16, 171:24, 275:11
**occurring** [1] - 249:13
**October** [1] - 223:1
**OF** [3] - 1:1, 1:2, 1:8
**offense** [7] - 35:3, 69:12, 175:21, 203:13, 217:25, 221:4, 238:2
**offer** [10] - 5:23, 6:1, 6:19, 6:21, 8:22, 9:14, 10:8, 10:10, 12:23, 70:19
**offered** [3] - 6:10, 9:20, 10:3
**Office** [25] - 32:7, 32:8, 35:20, 85:9, 85:17, 85:19, 86:25, 87:7, 88:12, 88:24, 90:7, 91:8, 91:12, 91:21, 93:2, 162:24, 163:8, 196:5, 205:17, 205:19, 205:24, 206:9, 206:13, 209:18, 231:19
**office** [87] - 28:18, 28:21, 29:2, 29:4, 29:7, 29:13, 29:16, 32:7, 33:17, 33:18, 33:20, 43:18, 45:10, 45:18, 53:20, 55:4, 55:16, 56:18, 57:5, 57:25, 64:2, 66:21, 71:16, 72:13, 73:21, 84:25, 90:10, 95:11, 100:11, 111:22, 116:5, 117:17, 121:15, 122:25, 136:19, 138:16, 142:15, 142:22,

147:14, 151:21,
162:25, 164:13,
164:15, 164:19,
169:22, 173:7,
177:14, 178:9,
178:10, 178:13,
184:17, 187:22,
191:1, 191:8,
191:12, 194:16,
200:7, 204:6,
212:24, 214:24,
220:13, 230:6,
231:7, 235:3, 236:5,
241:10, 243:5,
244:7, 249:16,
249:18, 251:11,
252:16, 254:11,
266:10, 271:17,
273:15, 275:4,
275:23, 277:12,
277:16, 278:15,
279:10, 279:13,
282:23, 285:4,
287:11, 288:18
**officer** [14] - 31:16,
32:9, 103:12, 108:6,
149:8, 150:19,
150:21, 151:11,
157:5, 179:8,
202:11, 216:1,
261:17
**officer's** [1] - 31:10
**officers** [9] - 29:24,
31:5, 32:6, 107:4,
107:25, 151:13,
199:20, 265:10,
265:11
**Official** [1] - 301:4
**OFFICIAL** [1] - 1:8
**official** [2] - 51:1,
301:12
**often** [5] - 78:8, 80:6,
107:10, 236:19,
250:11
**oftentimes** [1] - 86:3
**old** [10] - 43:11, 43:14,
44:22, 66:13,
131:12, 131:25,
207:20, 224:3,
224:9, 232:7
**older** [3] - 154:17,
271:4, 271:5
**Omaha** [1] - 96:17
**once** [7] - 12:24,
137:15, 195:11,
195:13, 214:13,
223:13, 246:8
**One** [1] - 197:21
**one** [149] - 4:19, 5:6,
6:17, 11:19, 13:22,

16:2, 16:8, 21:13,
21:14, 22:17, 23:12,
23:17, 23:22, 24:3,
27:8, 28:15, 29:19,
30:8, 30:9, 40:7,
41:5, 41:9, 41:10,
41:16, 42:21, 43:15,
45:15, 46:3, 46:5,
46:13, 48:3, 55:12,
56:21, 58:22, 59:25,
61:3, 62:5, 63:22,
63:23, 67:2, 67:7,
67:23, 70:20, 71:20,
75:3, 77:7, 77:8,
77:11, 78:21, 79:2,
79:3, 79:6, 86:7,
86:8, 88:21, 96:20,
102:18, 107:20,
112:10, 113:4,
114:17, 120:3,
122:4, 125:4, 129:3,
130:4, 130:6, 131:8,
131:9, 135:1,
139:23, 145:15,
147:5, 149:17,
152:4, 156:18,
166:17, 166:18,
170:23, 173:13,
173:19, 175:2,
178:4, 178:19,
179:25, 182:11,
183:17, 184:9,
186:8, 187:6,
188:10, 192:7,
194:9, 197:16,
199:7, 206:9,
207:11, 209:16,
215:15, 219:24,
223:4, 229:11,
231:16, 236:12,
244:9, 246:1, 248:8,
250:15, 252:8,
252:9, 256:16,
257:2, 257:23,
259:24, 260:24,
262:19, 264:7,
266:14, 266:24,
267:1, 269:15,
271:7, 271:9,
271:22, 274:4,
274:6, 274:16,
274:17, 276:19,
277:12, 280:12,
281:1, 281:6,
282:10, 283:6,
292:22, 293:8,
293:9, 293:14, 298:6
**ones** [7] - 26:19,
31:20, 80:13,
135:14, 176:15,
183:16, 204:25

**ongoing** [1] - 50:24
**online** [1] - 98:17
**op** [2] - 239:1, 239:4
**open** [8] - 15:1, 42:10,
86:19, 111:12,
129:24, 133:5, 292:1
**opening** [26] - 5:2,
5:13, 289:22,
289:23, 290:19,
290:23, 291:1,
291:10, 292:9,
292:10, 292:11,
292:17, 292:18,
293:12, 294:4,
294:10, 294:18,
294:24, 295:6,
296:11, 296:23,
297:12, 297:15,
297:22, 298:1, 299:9
**openings** [1] - 286:12
**operable** [2] - 64:20,
65:13, 65:14
**operated** [1] - 64:21
**operating** [1] - 288:8
**Operations** [1] - 190:1
**opinion** [1] - 276:23
**opinions** [5] - 20:19,
20:24, 36:15, 181:6,
258:22
**opportunity** [4] -
276:12, 278:17,
297:11, 297:13
**opposed** [1] - 83:25
**optical** [5] - 245:13,
245:16, 248:2,
248:22, 250:5
**optimistic** [1] - 177:19
**options** [2] - 10:15,
10:16
**or..** [1] - 217:7
**orange** [1] - 34:17
**Order** [7] - 38:22,
129:3, 141:12,
149:22, 176:14,
223:12, 253:18
**order** [6] - 5:1, 158:3,
185:25, 195:2,
235:20, 281:9
**organization** [20] -
16:11, 24:6, 34:17,
37:20, 37:23, 50:15,
77:4, 81:7, 88:6,
92:5, 108:23, 128:3,
128:4, 145:11,
153:4, 160:11,
171:7, 193:4, 197:6,
197:11
**organizations** [9] -
38:9, 80:22, 89:11,
92:4, 94:24, 102:4,

106:18, 108:15,
152:22
**origin** [1] - 131:4
**originally** [2] - 163:14,
283:6
**Osama** [1] - 270:4
**otherwise** [4] - 42:1,
87:13, 137:25, 279:6
**ought** [1] - 280:8
**ourselves** [1] - 288:7
**outright** [1] - 46:22
**outset** [1] - 12:8
**outside** [5] - 32:5,
33:12, 104:24,
242:11, 297:2
**outstanding** [1] -
96:24
**overcome** [4] - 130:1,
281:9, 281:12,
281:13
**overlap** [1] - 234:17
**overlaps** [2] - 26:8,
89:22
**overly** [1] - 177:19
**overruled** [1] - 133:20
**oversaw** [1] - 199:21
**overseas** [1] - 115:14
**oversee** [1] - 167:4
**owe** [1] - 12:20
**own** [12] - 20:21,
20:24, 83:22,
110:11, 197:8,
289:22, 290:18,
291:1, 294:1,
296:23, 299:7, 299:9
**owned** [1] - 193:6

## P

**p.m** [9] - 122:10,
122:11, 179:18,
179:21, 244:12,
289:11, 289:12,
300:24
**PAGE** [1] - 3:3
**Page** [4] - 293:9,
293:13, 293:15
**page** [2] - 293:15,
301:11
**paid** [7] - 39:2, 73:7,
88:8, 88:19, 102:11,
153:2, 171:23
**Pakistan** [10] - 25:1,
25:11, 26:3, 26:12,
78:5, 87:24, 88:1,
171:24, 181:13,
256:14
**panel** [17] - 13:18,
13:19, 13:25, 14:7,
14:16, 15:16, 15:18,

55:16, 55:25, 56:1,
56:15, 179:12,
179:13, 273:25,
277:25, 286:2,
288:25
**panels** [1] - 13:22
**paperwork** [1] -
208:25
**paragraph** [1] - 295:8
**paralegal** [2] - 27:2,
34:7
**Paralegal** [1] - 2:4
**parameters** [1] -
289:23
**pardon** [2] - 49:17,
273:23
**parents** [3] - 26:5,
32:16, 182:7
**parole** [1] - 32:12
**part** [20] - 9:20, 9:22,
48:23, 48:25, 52:17,
52:24, 59:10, 92:10,
125:19, 130:22,
142:7, 197:13,
197:14, 217:10,
245:15, 245:16,
247:21, 257:1,
279:20, 290:23
**part-time** [4] - 48:23,
48:25, 52:17, 52:24
**partiality** [1] - 129:25
**participants** [1] -
16:23
**participated** [2] -
34:15, 197:10
**participating** [2] -
37:9, 109:18
**participation** [1] -
109:15
**particular** [19] - 14:10,
50:13, 53:11, 72:19,
77:23, 81:24, 84:6,
94:18, 95:1, 120:1,
120:17, 131:9,
144:14, 167:12,
183:13, 183:17,
226:6, 267:9, 277:20
**particularly** [10] -
9:15, 62:10, 82:2,
84:3, 120:12, 165:5,
171:20, 259:24,
264:13, 280:15
**parties** [3] - 7:3,
22:21, 44:11
**party** [2] - 236:10,
236:13
**Pashto** [8] - 2:6, 2:7,
25:23, 74:12, 74:13,
298:7
**Pashtun** [1] - 81:12

**pass** [1] - 41:23
**passed** [4] - 68:16, 154:18, 171:18, 263:4
**passenger** [1] - 48:14
**passes** [1] - 249:9
**passing** [1] - 25:5
**past** [6] - 57:17, 73:3, 97:7, 151:1, 277:12, 292:4
**paternity** [1] - 217:2
**patient** [1] - 40:19
**Pause** [1] - 46:8
**pay** [2] - 17:21, 81:3
**paying** [1] - 242:22
**payment** [1] - 216:23
**PBS** [5] - 181:2, 181:14, 183:18, 274:11
**Peace** [2] - 77:12, 77:14
**pecuniary** [5] - 16:11, 24:6, 81:6, 128:2, 269:18
**penalize** [1] - 133:14
**pencil** [1] - 17:3
**pendency** [1] - 83:13
**pending** [2] - 33:16, 33:19
**Pennsylvania** [3] - 30:17, 60:13, 71:21
**Pension** [1] - 149:3
**people** [94] - 5:5, 11:23, 14:9, 14:10, 14:23, 17:16, 20:13, 25:20, 31:3, 40:23, 41:21, 45:12, 45:17, 50:9, 51:5, 51:7, 51:10, 51:15, 53:3, 53:10, 53:13, 54:2, 54:3, 54:9, 57:9, 57:16, 57:21, 77:4, 80:6, 82:4, 83:23, 84:1, 84:3, 87:10, 89:11, 95:21, 95:23, 98:15, 99:21, 105:21, 106:3, 106:4, 107:5, 107:6, 107:7, 107:10, 107:21, 108:7, 109:19, 124:8, 125:11, 129:10, 130:23, 133:14, 139:22, 155:3, 156:4, 161:24, 162:1, 162:13, 162:15, 164:6, 171:17, 178:24, 181:14, 185:17, 190:3, 191:23,

219:10, 249:10, 249:11, 263:1, 264:8, 265:5, 275:7, 277:17, 277:24, 278:19, 280:8, 281:17, 281:21, 284:25, 286:4, 287:3, 287:11, 287:14, 287:15, 288:15, 288:19, 288:20, 300:4
**people's** [1] - 216:23
**per** [1] - 41:17
**perceive** [1] - 163:20
**percent** [5] - 177:25, 178:1, 178:3, 178:5, 178:17
**perception** [1] - 162:9
**perfect** [1] - 294:14
**perfectly** [2] - 129:23, 282:3
**perhaps** [6] - 46:18, 46:20, 130:25, 231:5, 232:20, 295:23
**period** [4] - 44:7, 44:13, 123:15, 201:9
**permission** [2] - 55:20, 56:10
**permit** [5] - 291:8, 295:11, 295:12, 298:17, 300:21
**permits** [4] - 291:3, 295:18, 296:2, 296:7
**permitted** [3] - 39:7, 296:23, 299:8
**perpetrator** [1] - 140:14
**perpetrators** [1] - 240:15
**person** [31] - 16:11, 24:6, 35:19, 39:12, 58:7, 68:21, 83:18, 85:7, 86:6, 105:8, 105:12, 122:4, 127:14, 133:18, 137:13, 157:14, 159:15, 160:5, 160:12, 161:1, 161:4, 161:7, 161:10, 165:9, 173:18, 185:6, 259:4, 266:22, 267:20, 272:5, 285:2
**person's** [1] - 36:2
**personal** [25] - 26:1, 26:7, 26:10, 26:15, 32:20, 33:1, 33:9, 33:16, 33:22, 34:9, 34:21, 34:25, 35:12,

37:6, 59:23, 79:19, 99:21, 106:2, 108:3, 110:18, 131:7, 171:19, 172:18, 262:21
**personally** [3] - 20:21, 180:21, 262:25
**persons** [3] - 39:7, 178:20, 277:8
**persuaded** [1] - 19:7
**persuades** [1] - 155:7
**Peru** [1] - 29:2
**PETERSON** [64] - 1:16, 4:16, 4:24, 11:20, 14:2, 14:12, 25:13, 40:5, 42:2, 55:14, 56:16, 56:23, 57:12, 57:15, 57:24, 67:13, 67:21, 67:23, 75:11, 75:22, 90:25, 91:2, 91:5, 91:13, 91:16, 91:20, 91:23, 92:1, 92:13, 92:19, 93:4, 93:12, 93:15, 93:21, 94:2, 94:7, 94:11, 94:13, 94:21, 95:5, 152:6, 177:22, 178:20, 178:24, 179:5, 184:23, 230:17, 230:20, 232:14, 273:23, 273:25, 274:5, 274:10, 274:14, 274:18, 275:8, 275:21, 277:13, 278:11, 278:24, 279:3, 282:19, 294:21, 295:23
**Peterson** [17] - 4:16, 13:18, 15:13, 25:12, 27:15, 27:17, 60:21, 72:5, 75:19, 90:22, 90:24, 107:15, 233:24, 290:4, 292:4, 292:25, 293:2
**petit** [3] - 22:25, 58:19, 263:12
**petty** [2] - 114:24, 116:14
**Philadelphia** [2] - 60:12, 227:3
**philosophical** [2] - 22:7, 104:4
**phone** [2] - 138:11, 288:21
**physical** [2] - 116:4, 210:16
**physically** [1] - 146:23
**physics** [1] - 66:7
**pick** [7] - 44:2, 45:2,

46:13, 131:18, 179:12, 294:15, 296:17
**picked** [1] - 4:20
**picking** [4] - 43:2, 54:12, 138:19, 286:12
**picks** [1] - 43:15
**pieces** [1] - 295:19
**pile** [1] - 280:6
**pizza** [2] - 236:10, 236:13
**place** [3] - 24:25, 211:19, 218:18
**placed** [1] - 248:11
**placement** [1] - 219:10
**plaintiff** [1] - 125:1
**plan** [1] - 63:15
**Planet** [2] - 145:5, 145:9
**planned** [1] - 134:6
**platoon** [1] - 169:1
**played** [1] - 247:19
**plea** [10] - 6:11, 6:19, 7:17, 7:18, 8:22, 9:14, 9:22, 10:3, 10:6, 12:23
**plead** [2] - 221:19, 296:18
**pleasure** [2] - 202:4, 202:5
**pled** [6] - 6:22, 89:7, 221:24, 242:16, 283:24
**plus** [5] - 8:10, 85:15, 132:5, 132:7, 288:11
**pocketbook** [1] - 218:2
**podium** [3] - 49:9, 49:11, 295:24
**point** [25] - 12:14, 14:13, 15:15, 46:10, 76:2, 91:17, 96:20, 110:6, 128:16, 128:20, 144:24, 182:4, 208:18, 210:24, 248:3, 250:23, 257:2, 269:13, 270:8, 281:17, 284:18, 285:21, 292:19
**points** [4] - 8:7, 8:12, 20:19, 281:18
**police** [37] - 29:24, 32:4, 32:6, 35:13, 35:14, 35:19, 38:20, 60:15, 69:24, 71:3, 115:2, 117:2,

140:16, 147:2, 147:6, 149:8, 150:18, 151:11, 157:5, 176:4, 176:9, 182:24, 183:4, 189:10, 203:20, 221:12, 222:3, 224:23, 229:24, 240:7, 242:12, 261:18, 264:2, 265:2, 265:8, 265:17
**Police** [8] - 30:1, 30:3, 30:5, 32:6, 101:20, 103:3, 103:6, 176:7
**policies** [1] - 130:24, 244:21
**policing** [1] - 150:24
**policy** [7] - 99:19, 128:1, 128:9, 145:14, 155:6, 168:17, 188:17
**political** [3] - 22:7, 78:9, 199:7
**pondering** [1] - 12:18
**pool** [18] - 14:3, 14:13, 55:24, 56:19, 57:21, 177:23, 178:2, 178:6, 178:11, 179:2, 276:3, 276:6, 276:9, 278:4, 278:12, 278:19, 279:6
**poppy** [1] - 259:8
**population** [1] - 177:25
**portfolio** [1] - 242:22
**portion** [1] - 293:17
**portions** [1] - 296:7
**pose** [1] - 248:21
**position** [10] - 103:5, 112:6, 119:8, 165:20, 170:17, 171:2, 202:21, 257:8, 276:14, 282:6
**positions** [1] - 46:9
**positive** [2] - 163:15, 167:24
**possessed** [1] - 24:3
**possessing** [1] - 16:9
**possession** [9] - 35:25, 36:2, 127:20, 143:15, 155:12, 166:18, 188:11, 189:19, 228:16
**possibility** [1] - 287:19
**possible** [5] - 5:22, 8:22, 15:23, 173:1, 276:8
**post** [2] - 93:23

Post [1] - 260:5
posted [4] - 219:12, 255:4, 255:20, 258:6
potential [3] - 6:3, 17:15, 151:7
PowerPoint [1] - 98:8
PR [1] - 197:4
practice [1] - 122:24
practiced [1] - 13:23
practicing [2] - 118:21, 118:24
pre [1] - 61:25
pre-K [1] - 61:25
precisely [1] - 39:21
preclude [1] - 21:24
predict [1] - 40:20
predisposition [1] - 281:25
prefer [3] - 10:19, 65:21, 66:2
preference [2] - 281:8
prejudging [1] - 286:22
prejudice [5] - 120:1, 124:7, 125:12, 128:18, 133:8
prejudices [1] - 130:13
preliminary [3] - 4:14, 11:4, 18:7
prepare [1] - 92:15
prepared [1] - 136:11
prerequisites [1] - 128:5
preschool [3] - 113:24, 114:2, 115:20
prescription [1] - 157:17
present [2] - 4:17, 288:21
Present [1] - 2:4
presented [4] - 16:20, 23:1, 110:11, 279:7
presently [5] - 32:21, 87:3, 87:4, 87:7, 181:23
presents [2] - 187:6, 294:5
preserved [1] - 56:25
press [2] - 80:7, 80:8
pressure [2] - 210:10, 210:13
presumably [1] - 83:13
presume [4] - 270:19, 270:21, 271:1, 271:3
presumed [2] - 18:16, 19:22
presuming [1] -

269:23
presumption [3] - 18:17, 19:22, 281:12
pretty [11] - 49:18, 51:6, 54:16, 57:9, 72:9, 84:15, 94:3, 209:4, 238:22, 248:24, 267:20
prevention [1] - 34:16
preview [1] - 274:24
previous [1] - 124:18
previously [4] - 22:16, 32:20, 93:11, 118:15
prima [1] - 178:6
primarily [6] - 24:25, 66:11, 99:8, 136:13, 136:15, 183:12
primary [3] - 76:24, 194:11
principal [1] - 92:8
principals [1] - 89:6
principle [1] - 37:17
principles [2] - 18:25, 19:3
prison [1] - 9:17
Prisons [1] - 32:9
private [4] - 22:20, 30:16, 51:4, 114:2
privilege [2] - 158:23, 158:24
pro [5] - 156:15, 156:21, 290:16, 292:23, 295:15
pro-defense [1] - 156:15
probable [6] - 48:2, 58:22, 99:6, 175:1, 201:17
probation [1] - 32:12
problem [19] - 51:10, 67:18, 67:24, 68:18, 96:19, 104:2, 178:6, 185:11, 229:5, 229:9, 234:1, 244:14, 244:17, 248:5, 248:15, 248:21, 277:15, 278:9, 287:7
problems [11] - 22:3, 22:4, 62:14, 212:4, 212:6, 225:19, 226:8, 245:19, 291:14, 294:9
procedural [1] - 285:9
proceed [4] - 58:5, 66:22, 180:7, 290:6
proceeded [1] - 240:12
proceeding [3] - 35:9, 56:20, 91:9

proceedings [9] - 1:25, 4:2, 15:1, 42:10, 52:10, 61:7, 179:21, 301:7, 301:13
proceeds [1] - 153:1
process [16] - 16:14, 16:22, 55:18, 55:22, 55:23, 56:8, 56:9, 56:20, 57:3, 146:11, 178:8, 275:11, 277:10, 279:1, 285:15
processing [1] - 216:24
produce [1] - 18:24
produced [1] - 1:25
producer [6] - 180:16, 181:1, 183:11, 274:11, 274:13, 274:14
Product [1] - 136:2
product [6] - 97:22, 97:25, 98:1, 98:4, 106:11, 106:25
professional [8] - 25:7, 54:2, 54:4, 93:19, 93:20, 106:3, 106:7, 277:22
Professional [1] - 1:21
professionally [3] - 85:23, 88:19, 89:9
professor [2] - 78:9, 187:10
profit [1] - 77:13
Program [1] - 167:5
program [11] - 61:24, 62:7, 76:17, 87:16, 131:14, 167:6, 180:17, 181:2, 244:10, 244:19, 272:20
programs [5] - 87:19, 121:2, 127:3, 167:20, 167:22
Programs [5] - 90:5, 90:14, 90:16, 91:3, 94:8
Progress [1] - 171:10
prohibited [1] - 290:20
prohibits [2] - 291:1, 291:6
project [2] - 123:24, 125:20
projects [1] - 147:1
promptly [1] - 275:4
pronounce [2] - 25:12, 276:20

proof [5] - 48:6, 58:20, 174:25, 187:5, 201:17
properly [1] - 6:12
property [8] - 70:15, 71:4, 72:8, 72:10, 72:15, 242:18, 242:25, 257:17
propose [1] - 286:1
propositions [1] - 295:10
prosecuted [2] - 120:11, 121:6
prosecuting [1] - 91:24
prosecution [5] - 92:11, 92:14, 239:17, 242:5, 283:18
prosecutions [1] - 121:7
prosecutor [3] - 68:7, 89:25, 298:1
prosecutor's [3] - 32:6, 33:17, 33:20
prosecutors [5] - 34:2, 183:4, 188:25, 189:4, 189:12
Prospective [80] - 42:16, 46:1, 47:4, 55:11, 58:10, 64:8, 64:12, 67:3, 69:3, 73:25, 76:5, 85:2, 86:22, 95:16, 95:25, 100:15, 100:21, 112:2, 113:13, 117:20, 117:22, 121:22, 122:14, 132:22, 133:24, 136:21, 136:25, 142:23, 143:1, 147:17, 147:21, 152:1, 152:11, 165:1, 166:5, 170:4, 170:9, 173:12, 173:24, 177:17, 180:3, 184:20, 185:22, 188:2, 188:5, 191:15, 191:18, 194:19, 194:22, 200:11, 200:15, 204:12, 204:15, 213:1, 213:6, 215:4, 215:8, 220:16, 220:20, 230:11, 230:23, 235:6, 235:9, 236:18, 236:25, 241:13, 241:16, 244:24, 245:5,

251:13, 251:19, 254:14, 254:19, 260:23, 261:2, 266:13, 266:17, 271:21, 271:25, 273:18
PROSPECTIVE [1114] - 32:14, 42:19, 42:24, 43:2, 43:7, 43:10, 43:13, 43:17, 43:20, 43:23, 44:5, 44:15, 44:18, 44:23, 45:1, 45:14, 47:8, 47:12, 47:15, 47:19, 47:21, 47:25, 48:5, 48:8, 48:13, 48:19, 48:22, 49:1, 49:6, 49:15, 49:19, 50:3, 50:9, 50:14, 50:17, 50:21, 50:24, 51:3, 51:12, 51:17, 51:25, 52:2, 52:6, 52:11, 52:14, 52:19, 53:5, 53:9, 53:12, 53:16, 53:21, 53:24, 54:6, 54:14, 54:16, 54:20, 54:23, 55:5, 58:13, 58:17, 58:25, 59:4, 59:7, 59:9, 59:12, 59:15, 59:18, 59:21, 60:1, 60:5, 60:9, 60:12, 60:16, 60:19, 60:24, 61:2, 61:8, 61:11, 61:15, 61:19, 61:22, 61:25, 62:2, 62:5, 62:8, 62:11, 62:16, 62:19, 62:23, 62:25, 63:2, 63:5, 63:8, 63:14, 63:19, 63:22, 64:5, 64:7, 64:15, 64:18, 65:2, 65:6, 65:14, 65:20, 65:25, 66:6, 66:10, 66:14, 66:23, 69:6, 69:13, 69:17, 69:22, 69:25, 70:2, 70:5, 70:7, 70:11, 70:15, 70:23, 71:1, 71:6, 71:9, 71:12, 71:16, 71:22, 72:1, 72:9, 72:20, 72:24, 73:4, 73:15, 73:17, 73:24, 76:8, 76:12, 76:14, 76:21, 77:6, 77:9, 77:18, 77:23, 78:2, 78:6, 78:14, 78:20, 78:25, 79:6, 79:11, 79:13, 79:15, 79:21, 80:4, 80:14, 80:18, 81:13, 81:17, 81:22, 82:1, 82:4, 82:8,

| | | | | |
|---|---|---|---|---|
| 82:10, 82:15, 82:21, | 119:5, 119:8, | 145:10, 145:13, | 169:12, 169:18, | 197:1, 197:3, 197:7, |
| 83:2, 83:16, 83:21, | 119:13, 119:17, | 145:18, 145:25, | 169:25, 170:12, | 197:12, 197:15, |
| 84:9, 84:14, 85:1, | 119:22, 119:25, | 146:3, 146:7, | 170:16, 170:20, | 197:20, 197:25, |
| 87:2, 87:6, 87:12, | 120:4, 120:10, | 146:12, 146:15, | 170:23, 171:2, | 198:3, 198:11, |
| 87:17, 87:22, 87:25, | 121:5, 121:9, | 146:19, 146:22, | 171:6, 171:9, | 198:14, 198:17, |
| 88:14, 88:17, 88:22, | 121:17, 121:21, | 146:25, 147:3, | 171:14, 172:8, | 198:20, 198:24, |
| 89:14, 89:19, 89:24, | 122:17, 122:21, | 147:8, 147:16, | 172:10, 173:1, | 199:2, 199:4, 199:7, |
| 90:3, 90:11, 90:15, | 123:6, 123:9, | 147:24, 148:2, | 173:9, 174:2, 174:6, | 199:18, 200:2, |
| 90:19, 91:1, 91:4, | 123:12, 123:18, | 148:6, 148:11, | 174:9, 174:11, | 200:9, 200:12, |
| 91:7, 91:15, 91:19, | 123:21, 123:24, | 148:13, 148:16, | 174:14, 174:17, | 200:18, 200:23, |
| 91:22, 91:25, 92:6, | 124:4, 124:17, | 148:20, 148:25, | 174:19, 174:23, | 200:25, 201:4, |
| 92:16, 92:21, 93:6, | 124:23, 125:5, | 149:3, 149:7, | 175:6, 175:9, | 201:14, 201:19, |
| 93:14, 93:18, 94:1, | 125:7, 125:9, | 149:12, 149:15, | 175:11, 175:15, | 201:23, 202:1, |
| 94:6, 94:10, 94:12, | 125:15, 125:19, | 149:20, 149:23, | 175:18, 175:22, | 202:5, 202:7, |
| 94:17, 94:25, 95:12, | 125:25, 126:2, | 150:1, 150:4, 150:7, | 175:24, 176:1, | 202:12, 202:15, |
| 95:15, 96:4, 96:7, | 126:5, 126:7, | 150:11, 150:15, | 176:3, 176:6, | 202:17, 202:24, |
| 96:9, 96:12, 96:16, | 126:11, 126:14, | 150:20, 150:23, | 176:10, 176:13, | 203:4, 203:6, |
| 97:8, 97:12, 97:17, | 126:17, 126:22, | 151:2, 151:9, | 176:16, 176:19, | 203:14, 203:17, |
| 97:20, 97:22, 98:2, | 126:25, 127:2, | 151:14, 151:17, | 176:24, 177:4, | 203:19, 203:24, |
| 98:6, 98:9, 98:13, | 127:8, 127:11, | 151:24, 152:14, | 177:7, 177:16, | 204:8, 204:11, |
| 98:19, 99:2, 99:7, | 127:19, 128:11, | 153:8, 153:10, | 180:6, 180:10, | 204:18, 204:24, |
| 99:17, 100:2, 100:6, | 128:16, 128:23, | 153:14, 153:17, | 180:14, 180:16, | 205:1, 205:4, 205:9, |
| 100:12, 100:24, | 129:4, 129:6, | 153:21, 153:24, | 180:21, 181:1, | 205:12, 205:14, |
| 101:1, 101:3, 101:5, | 129:10, 129:16, | 154:2, 154:5, 154:7, | 181:8, 181:12, | 205:16, 205:21, |
| 101:11, 101:19, | 130:5, 130:11, | 154:10, 154:17, | 181:16, 181:22, | 205:23, 206:3, |
| 101:24, 102:15, | 130:20, 131:5, | 154:22, 155:10, | 182:1, 182:6, 182:9, | 206:8, 206:12, |
| 103:4, 103:7, | 131:13, 131:15, | 155:15, 155:19, | 182:15, 182:17, | 206:16, 206:20, |
| 103:14, 103:18, | 131:19, 131:24, | 155:22, 156:1, | 182:19, 182:21, | 206:24, 207:2, |
| 103:25, 104:7, | 132:10, 132:20, | 156:6, 156:9, | 182:23, 182:25, | 207:9, 207:12, |
| 104:13, 104:18, | 134:2, 134:5, | 156:11, 156:13, | 183:2, 183:5, 183:8, | 207:15, 207:18, |
| 104:21, 104:24, | 134:12, 134:16, | 156:16, 156:20, | 183:12, 183:15, | 207:21, 207:23, |
| 105:3, 105:12, | 134:21, 134:25, | 156:25, 157:3, | 183:19, 183:21, | 208:1, 208:9, |
| 106:1, 106:10, | 135:4, 135:9, | 157:8, 157:11, | 184:4, 184:8, | 208:16, 208:18, |
| 106:15, 106:19, | 135:12, 135:14, | 157:15, 157:21, | 184:11, 184:13, | 208:21, 208:24, |
| 106:25, 107:3, | 135:18, 135:22, | 157:23, 158:5, | 184:19, 186:4, | 209:4, 209:14, |
| 107:12, 107:14, | 135:25, 136:3, | 158:10, 158:15, | 186:7, 186:11, | 209:20, 209:22, |
| 107:23, 108:2, | 136:6, 136:11, | 158:18, 158:22, | 186:13, 186:16, | 209:25, 210:9, |
| 108:10, 108:16, | 136:15, 137:3, | 159:2, 159:5, 159:8, | 186:23, 187:4, | 210:12, 210:19, |
| 108:21, 108:24, | 137:5, 137:8, | 159:12, 159:18, | 187:8, 187:10, | 210:23, 211:8, |
| 109:4, 109:9, | 137:12, 137:20, | 159:23, 160:3, | 187:13, 187:16, | 211:11, 211:14, |
| 109:17, 109:22, | 137:23, 138:1, | 160:7, 160:14, | 187:24, 188:8, | 211:16, 212:2, |
| 110:3, 110:15, | 138:6, 138:10, | 160:21, 161:2, | 188:22, 189:2, | 212:7, 212:10, |
| 111:2, 111:9, | 138:14, 138:24, | 161:5, 161:8, | 189:7, 189:11, | 212:12, 213:11, |
| 111:13, 111:24, | 139:7, 139:10, | 161:11, 161:15, | 189:13, 189:15, | 213:15, 213:17, |
| 112:1, 113:16, | 139:14, 139:19, | 161:20, 162:2, | 189:21, 189:25, | 213:19, 213:22, |
| 113:19, 113:22, | 139:25, 140:4, | 162:8, 162:14, | 190:7, 190:10, | 214:1, 214:4, 214:7, |
| 113:24, 114:1, | 140:8, 140:12, | 162:17, 162:23, | 190:16, 190:19, | 214:12, 214:18, |
| 114:4, 114:7, | 140:17, 140:20, | 163:3, 163:7, | 191:14, 191:25, | 215:2, 215:11, |
| 114:10, 114:13, | 140:24, 141:5, | 163:11, 163:19, | 192:3, 192:6, 192:9, | 215:16, 215:19, |
| 114:15, 114:20, | 141:8, 141:10, | 164:1, 164:4, 164:8, | 192:12, 192:16, | 215:24, 216:1, |
| 114:23, 115:3, | 141:14, 141:17, | 164:17, 164:21, | 192:19, 192:22, | 216:4, 216:8, |
| 115:6, 115:10, | 141:20, 141:23, | 164:25, 166:7, | 192:25, 193:6, | 216:11, 216:14, |
| 115:12, 115:15, | 142:2, 142:9, | 166:9, 166:13, | 193:10, 193:15, | 216:18, 216:20, |
| 115:18, 115:21, | 142:20, 143:4, | 166:16, 166:22, | 193:17, 193:22, | 216:24, 217:2, |
| 115:24, 116:3, | 143:6, 143:10, | 167:1, 167:10, | 194:2, 194:8, | 217:6, 217:8, |
| 116:9, 116:18, | 143:14, 143:19, | 167:14, 167:17, | 194:13, 194:25, | 217:11, 217:13, |
| 116:25, 117:3, | 143:25, 144:3, | 167:21, 168:4, | 195:5, 195:7, | 217:16, 217:19, |
| 117:6, 117:12, | 144:6, 144:10, | 168:8, 168:14, | 195:10, 195:13, | 217:22, 218:1, |
| 117:19, 117:25, | 144:15, 144:20, | 168:18, 168:21, | 195:17, 195:21, | 218:5, 218:7, 218:9, |
| 118:5, 118:11, | 144:22, 144:24, | 168:23, 168:25, | 196:2, 196:8, | 218:12, 218:16, |
| 118:18, 118:23, | 145:2, 145:6, | 169:3, 169:7, | 196:15, 196:19, | 218:21, 219:3, |

219:6, 219:9, 219:13, 219:20, 219:23, 220:6, 220:15, 220:23, 221:5, 221:8, 221:10, 221:17, 221:21, 221:25, 222:5, 222:8, 222:13, 222:16, 222:20, 222:22, 222:25, 223:5, 223:9, 223:13, 223:17, 223:19, 223:23, 224:2, 224:5, 224:8, 224:11, 224:14, 224:18, 224:21, 225:3, 225:6, 225:11, 225:15, 225:18, 225:21, 225:23, 226:4, 226:10, 226:13, 226:17, 226:21, 226:25, 227:7, 227:12, 227:16, 227:18, 227:22, 228:1, 228:4, 228:8, 228:11, 228:13, 228:16, 228:20, 228:25, 229:3, 229:7, 229:10, 229:15, 229:18, 229:20, 229:25, 230:2, 230:8, 230:10, 231:1, 231:6, 231:11, 231:15, 231:18, 231:23, 232:1, 232:5, 232:9, 232:15, 232:18, 232:20, 233:5, 233:8, 233:10, 233:13, 233:16, 233:19, 233:22, 233:25, 234:4, 234:7, 234:12, 234:17, 234:21, 235:1, 235:5, 235:15, 235:18, 235:22, 235:24, 236:6, 236:9, 236:12, 236:15, 236:17, 237:3, 237:7, 237:9, 237:13, 237:17, 237:19, 237:22, 237:24, 238:3, 238:6, 238:8, 238:10, 238:14, 238:21, 238:24, 239:3, 239:7, 239:9,

239:12, 239:15, 239:19, 239:24, 240:2, 240:6, 240:8, 240:10, 240:14, 240:18, 240:22, 241:1, 241:4, 241:11, 241:20, 241:24, 242:2, 242:6, 242:10, 242:19, 242:21, 243:1, 243:4, 243:9, 243:12, 243:17, 243:23, 244:2, 244:9, 244:15, 244:20, 245:9, 245:12, 245:24, 246:6, 246:11, 246:13, 246:16, 246:24, 247:4, 247:7, 247:10, 247:12, 247:15, 247:24, 248:1, 248:20, 249:2, 249:7, 249:19, 250:1, 250:19, 250:24, 251:6, 251:9, 252:2, 252:4, 252:8, 252:11, 252:15, 252:19, 252:22, 253:1, 253:3, 253:6, 253:10, 253:15, 253:19, 253:23, 254:1, 254:4, 254:13, 254:22, 255:2, 255:6, 255:10, 255:14, 255:17, 255:20, 255:24, 256:3, 256:6, 256:11, 256:16, 256:23, 257:1, 257:4, 257:7, 257:10, 257:13, 257:17, 257:21, 257:24, 258:3, 258:7, 258:10, 258:18, 258:24, 259:2, 259:10, 259:14, 259:23, 260:5, 260:10, 260:13, 260:21, 261:5, 261:11, 261:13, 261:16, 261:20, 261:22, 261:24, 262:1, 262:4, 262:8, 262:10, 262:15, 262:18, 262:23, 263:3, 263:8, 263:11, 263:15, 263:18, 263:21,

263:24, 264:4, 264:6, 264:9, 264:11, 264:16, 264:21, 264:24, 265:3, 265:12, 265:18, 265:22, 265:25, 266:3, 266:5, 266:8, 266:12, 266:16, 266:20, 266:23, 267:4, 267:7, 267:10, 267:14, 267:19, 267:23, 268:9, 268:16, 268:19, 268:21, 268:24, 269:1, 269:4, 269:14, 269:20, 269:25, 270:3, 270:10, 270:14, 270:22, 270:24, 271:5, 271:8, 271:14, 271:20, 272:3, 272:8, 272:11, 272:13, 272:16, 272:18, 272:20, 272:23, 273:1, 273:4, 273:7, 273:17
**prospective** [4] - 13:8, 15:18, 15:20, 41:13
**prostitution** [2] - 283:23, 283:25
**protect** [1] - 288:7
**protection** [3] - 37:10, 135:22, 148:21
**prove** [3] - 18:23, 19:25, 270:20
**proven** [2] - 18:18, 19:24
**proves** [3] - 97:15, 172:1, 188:16
**provide** [1] - 77:4
**provided** [6] - 24:5, 81:6, 88:5, 158:25, 252:21, 259:12
**providing** [6] - 16:10, 87:11, 106:8, 128:1, 269:18
**Province** [8] - 24:25, 25:3, 25:10, 25:16, 29:21, 29:23, 125:18, 180:13
**proving** [1] - 18:20
**pry** [1] - 72:17
**psycho** [2] - 50:6, 53:1
**psycho-spiritual** [2] - 50:6, 53:1
**Public** [6] - 1:16, 27:15, 61:2, 209:17, 231:7, 231:19

**public** [2] - 33:18, 33:19
**publication** [1] - 80:5
**pulled** [2] - 276:16, 293:5
**pulling** [1] - 276:12
**punch** [1] - 209:8
**punish** [2] - 280:24, 281:3
**punishing** [1] - 281:4
**purposes** [3] - 28:3, 99:5, 276:18
**purse** [2] - 145:19, 147:1
**pushed** [1] - 213:10
**put** [25] - 6:3, 20:3, 20:5, 20:10, 33:25, 56:17, 57:21, 73:3, 81:25, 110:17, 127:23, 128:8, 158:1, 158:3, 163:21, 164:2, 178:10, 178:12, 179:7, 179:11, 184:24, 208:24, 222:9, 288:25, 290:22
**puts** [2] - 132:13, 294:16
**putting** [4] - 6:5, 46:21, 275:2, 280:5

## Q

**Q-A-I-S** [1] - 30:9
**Qaeda** [2] - 172:13
**Qais** [1] - 30:9
**Qari** [1] - 29:22
**QARI** [1] - 29:22
**qualified** [2] - 173:20, 275:1
**qualifies** [1] - 103:19, 280:7
**qualify** [3] - 201:5, 275:8, 288:15
**quarter** [1] - 21:13
**questioned** [1] - 165:8
**questioning** [3] - 40:23, 165:5, 283:8
**questionnaire** [3] - 43:22, 103:20, 208:10
**questions** [96] - 8:22, 11:14, 11:17, 11:18, 16:24, 17:1, 17:11, 18:3, 18:7, 23:5, 32:23, 33:13, 38:24, 40:2, 40:6, 44:19, 49:8, 49:11, 60:21, 64:16, 66:16, 66:17,

69:8, 73:19, 74:4, 75:1, 76:1, 76:10, 82:17, 95:8, 98:22, 113:17, 114:18, 115:8, 121:12, 122:19, 124:5, 129:13, 129:14, 136:7, 136:17, 141:12, 141:24, 142:12, 145:21, 147:11, 152:16, 154:15, 159:13, 163:14, 164:10, 166:11, 173:3, 173:4, 174:4, 176:20, 177:11, 183:24, 186:5, 187:17, 188:10, 190:21, 193:11, 198:7, 204:3, 204:22, 208:4, 212:22, 213:13, 214:20, 218:10, 221:2, 223:21, 233:20, 234:22, 234:24, 235:13, 237:5, 238:16, 241:7, 244:5, 247:16, 251:7, 251:25, 254:5, 254:6, 260:16, 261:9, 269:8, 269:9, 272:7, 273:10, 273:11, 275:12, 284:14, 300:1
**quick** [4] - 42:3, 113:17, 116:2, 213:12
**quickly** [1] - 4:15
**quit** [1] - 96:20
**quite** [11] - 8:13, 56:6, 96:25, 122:18, 134:18, 153:16, 180:17, 181:21, 210:14, 232:7, 250:11
**quote** [2] - 172:3, 293:16
**quote/unquote** [1] - 221:11
**quoting** [1] - 74:5

## R

**race** [3] - 41:17, 178:2, 275:12
**races** [2] - 20:13, 273:22
**racial** [1] - 55:16
**racially** [1] - 55:25

**raise** [5] - 15:19,
17:25, 58:3, 279:4,
289:7
**raised** [6] - 57:25,
124:5, 177:23,
275:10, 276:8,
280:23
**raising** [2] - 55:19,
290:3
**rambunctious** [2] -
131:23, 131:24
**ran** [2] - 79:22, 283:14
**range** [1] - 8:23
**Ranger** [1] - 168:25
**rather** [5] - 5:9, 46:22,
153:6, 165:13, 201:7
**razor's** [1] - 288:2
**re** [1] - 229:4
**re-ask** [1] - 229:4
**reach** [19] - 16:19,
20:16, 52:4, 116:8,
118:9, 125:8, 146:2,
146:6, 150:9,
150:10, 157:22,
169:10, 177:2,
181:5, 186:20,
186:22, 187:1,
198:19, 252:10
**reached** [3] - 125:9,
169:16, 198:22
**reaction** [4] - 132:6,
132:9, 269:12, 270:3
**read** [20] - 12:11,
24:13, 25:20, 25:22,
41:19, 58:5, 68:21,
74:4, 80:16, 80:18,
98:14, 161:3,
190:18, 245:18,
246:15, 259:24,
260:2, 260:3,
269:11, 294:22
**reading** [5] - 22:4,
246:17, 247:22,
248:18, 258:25
**ready** [4] - 40:21,
179:23, 180:7,
254:15
**real** [6] - 71:3, 71:10,
116:2, 205:3,
253:22, 276:15
**Real** [1] - 71:6
**realistic** [1] - 12:7
**reality** [2] - 129:11,
129:12
**realize** [3] - 70:24,
153:6, 295:16
**really** [23] - 6:8, 26:7,
26:24, 53:16, 63:11,
99:18, 116:19,
129:8, 135:17,

149:25, 151:3,
153:21, 158:15,
163:4, 172:4,
176:18, 201:9,
207:22, 210:15,
210:23, 229:10,
232:20, 264:16
**Realtime** [2] - 1:21,
301:21
**reason** [14] - 17:24,
19:1, 19:10, 22:9,
22:12, 72:19,
119:24, 119:25,
225:13, 257:19,
267:9, 281:24,
295:3, 300:13
**reasonable** [17] -
18:19, 18:21, 19:9,
19:15, 19:24, 20:1,
48:7, 58:21, 97:16,
155:3, 155:7,
168:13, 172:2,
175:1, 188:16,
201:18, 277:7
**reasonably** [1] - 265:6
**reasons** [4] - 6:3,
21:20, 285:11, 300:3
**received** [1] - 228:23
**receives** [1] - 39:12
**recent** [4] - 97:7,
102:19, 276:19,
277:12
**recently** [8] - 57:25,
63:4, 181:17,
255:23, 258:19,
292:3, 292:4, 292:5
**receptionist** [1] -
247:7
**recess** [4] - 13:7,
122:10, 179:18,
289:11
**recognize** [4] - 31:2,
86:16, 230:18,
232:19
**recognized** [2] - 39:5,
190:19
**recollection** [2] -
198:13, 201:11
**recommend** [1] -
287:4
**reconnected** [1] -
96:22
**reconsider** [1] -
280:18
**record** [29] - 4:7, 6:4,
6:5, 8:5, 11:5, 12:5,
14:12, 15:6, 40:12,
41:1, 41:7, 42:15,
68:21, 112:7, 165:2,
173:17, 178:7,

178:11, 236:21,
236:22, 248:9,
251:16, 282:13,
283:1, 283:15,
283:19, 284:16,
287:9, 289:16
**recorded** [2] - 297:4,
297:8
**recording** [2] - 55:9,
300:16
**recruiter** [1] - 138:10
**reduced** [2] - 283:23,
284:7
**refer** [3] - 54:2, 54:3,
54:9
**reference** [2] - 25:6,
170:24
**references** [1] -
112:25
**referring** [1] - 207:8
**reflects** [1] - 283:19
**refuse** [3] - 19:11,
19:17, 300:11
**regard** [1] - 116:15
**regarding** [6] - 12:17,
39:16, 116:14,
155:12, 171:14,
288:25
**regards** [1] - 114:24
**Regina** [7] - 179:9,
285:6, 285:7,
285:22, 286:18,
287:12, 288:20
**region** [2] - 82:5,
84:15
**Registered** [1] - 1:21
**regular** [2] - 38:20,
215:15
**regularly** [1] - 193:19
**Regulatory** [2] -
120:23, 120:24
**regulatory** [2] -
213:22, 214:7
**rehab** [1] - 217:7
**rehash** [1] - 282:15
**rejected** [2] - 5:25,
10:10
**relate** [3] - 9:19,
35:24, 120:19
**related** [4] - 24:24,
99:9, 140:23, 297:1
**relating** [1] - 283:11
**relation** [1] - 277:8
**relations** [1] - 258:13
**relationship** [7] -
36:10, 94:3, 96:14,
109:24, 110:5,
126:20, 154:21
**relationships** [3] -
101:14, 106:3, 106:4

**relative** [2] - 44:16,
264:3
**relatives** [3] - 107:7,
264:2, 265:7
**relayed** [1] - 298:9
**released** [2] - 221:17,
221:22
**relevant** [4] - 94:14,
210:15, 293:13,
293:16
**Relief** [2] - 89:3, 89:4
**religion** [3] - 20:14,
38:14, 162:11
**religions** [3] - 152:20,
161:19, 267:3
**religious** [8] - 21:23,
22:7, 50:15, 104:3,
104:11, 124:2,
124:14, 162:10
**rely** [1] - 249:22
**remain** [4] - 19:23,
49:12, 93:4, 158:9
**remainder** [1] - 249:3
**remaining** [3] - 6:23,
178:1, 271:22
**remains** [1] - 18:17
**remember** [14] -
105:4, 117:11,
123:13, 147:9,
148:4, 157:12,
198:15, 219:24,
219:25, 220:4,
220:8, 232:7,
232:24, 239:19
**remind** [1] - 67:12
**rendered** [1] - 52:13
**rent** [2] - 72:3, 242:22
**renting** [1] - 243:2
**repeat** [2] - 17:25,
295:21
**repeated** [1] - 30:25
**repercussions** [1] -
109:21
**repetitive** [1] - 33:14
**report** [4] - 147:4,
203:20, 240:23,
242:14
**reported** [4] - 1:25,
240:7, 284:4, 301:6
**reporter** [2] - 9:5, 28:4
**Reporter** [5] - 1:20,
1:21, 1:21, 301:5,
301:21
**REPORTER'S** [2] -
1:8, 301:2
**Reporting** [3] - 77:12,
77:14, 192:22
**Reports** [1] - 276:24
**represent** [3] - 296:3,
296:5, 296:16

**representation** [9] -
233:11, 277:6,
277:9, 277:24,
278:2, 278:3,
293:18, 294:12
**representative** [1] -
56:1
**represented** [4] -
26:23, 27:14, 88:23,
92:22
**representing** [2] -
91:11, 125:22
**represents** [1] - 193:4
**requested** [2] - 14:8,
56:24
**required** [6] - 177:14,
179:1, 194:15,
204:6, 208:13, 299:7
**requires** [2] - 6:8,
278:8
**rescheduled** [1] -
277:19
**research** [4] - 66:9,
106:12, 106:24,
181:3
**Research** [1] - 30:12
**researcher** [2] -
167:15, 167:18
**researching** [1] -
89:17
**reservations** [1] -
120:18
**reserve** [3] - 59:5,
59:6, 59:8
**Reserve** [1] - 63:17
**reserves** [5] - 34:13,
59:17, 63:21, 65:4,
203:2
**residence** [2] -
218:18, 275:12
**residential** [3] - 217:6,
218:14, 218:23
**residing** [1] - 30:20
**resolution** [1] - 5:22
**resources** [1] - 244:20
**respect** [10] - 49:20,
52:25, 61:5, 99:11,
172:18, 177:22,
185:13, 264:13,
270:9, 282:19
**respond** [4] - 67:15,
67:17, 140:16, 183:1
**responding** [1] -
140:25
**response** [3] - 32:24,
69:10, 220:11
**responsibility** [1] -
97:23
**responsible** [1] -
102:8

**rest** [8] - 9:16, 110:23, 123:2, 142:17, 286:19, 287:14, 288:19, 300:8

**rests** [3] - 18:21, 290:12, 299:17

**result** [14] - 20:2, 36:25, 37:3, 93:22, 115:2, 116:7, 116:8, 128:14, 144:8, 157:20, 169:10, 222:3, 253:14, 277:18

**resume** [5] - 40:21, 177:18, 186:1, 191:22, 286:11

**resumed** [2] - 15:1, 42:10

**retail** [4] - 49:1, 49:2, 49:5, 52:17

**retake** [1] - 40:18

**retarded** [1] - 218:17

**retire** [1] - 206:11

**retired** [22] - 30:18, 52:23, 60:23, 61:3, 118:17, 118:20, 119:3, 119:7, 120:25, 187:8, 192:16, 192:18, 205:16, 206:8, 206:12, 222:16, 222:19, 252:15, 253:5, 253:6, 261:24, 266:2

**retiring** [1] - 119:9

**return** [2] - 22:10, 23:1

**returned** [2] - 14:25, 42:9

**Revenue** [4] - 32:11, 206:9, 206:13, 206:19

**review** [2] - 283:19, 293:23

**Rhode** [1] - 77:7

**RHODES** [1] - 2:4

**Rhodes** [3] - 27:2, 27:6, 27:9

**ribs** [1] - 241:2

**Richmond** [1] - 96:21

**rid** [1] - 57:8

**ride** [1] - 250:17

**RIF** [2] - 142:7, 283:11

**right-hand** [1] - 280:2

**rights** [3] - 37:14, 120:13, 120:16

**Rights** [4] - 118:19, 120:8, 120:11, 121:8

**rise** [2] - 15:18, 109:14

**risky** [2] - 286:21, 286:23

**robbed** [1] - 175:24

**robbery** [3] - 198:17, 201:10, 203:15

**Robert** [1] - 30:11

**Robertson** [1] - 252:24

**Rock** [1] - 29:15

**ROCK** [1] - 29:16

**Rockville** [1] - 136:6

**role** [2] - 259:19, 296:3

**roles** [1] - 293:4

**romanticism** [1] - 187:13

**room** [4] - 40:25, 41:9, 204:11, 249:8

**ROTC** [2] - 34:14, 182:5

**row** [1] - 95:17

**RPR** [3] - 1:20, 301:4, 301:20

**ruined** [1] - 123:13

**rule** [1] - 56:13

**ruled** [3] - 11:8, 298:2, 300:17

**rulings** [1] - 282:15

**run** [8] - 4:13, 12:24, 21:17, 86:5, 87:7, 113:11, 170:17, 212:3

**running** [1] - 210:20

**S**

**Safety** [1] - 136:2

**SAIC** [1] - 172:15

**SAID** [1] - 79:14

**SAIDI** [1] - 2:6

**Salafis** [10] - 74:21, 74:24, 75:6, 75:17, 78:1, 78:2, 78:8, 78:15, 78:21, 79:3

**SALAFIS** [1] - 74:24

**sale** [1] - 102:10

**sales** [8] - 52:17, 102:11, 106:19, 153:2, 243:12, 256:7, 256:8

**Salvation** [2] - 219:4, 219:8

**Sana** [1] - 76:17

**sanctions** [3] - 87:14, 87:15, 87:16

**sat** [9] - 22:16, 22:21, 22:24, 58:15, 109:25, 150:8, 239:5, 252:1, 267:21

**satisfied** [3] - 20:22, 147:7, 240:11

**Saturday** [6] - 5:25,

9:1, 9:13, 12:23, 186:18, 292:5

**Saudi** [1] - 75:14

**Save** [3] - 76:22, 77:3, 80:8

**saw** [1] - 163:21

**School** [3] - 114:1, 222:23, 223:6

**school** [20] - 34:6, 43:3, 43:4, 43:6, 44:25, 72:11, 113:25, 126:23, 131:15, 131:25, 171:17, 211:5, 222:20, 223:6, 226:16, 226:24, 231:8, 231:12, 233:15, 234:7

**schooled** [1] - 300:4

**schools** [2] - 223:8

**science** [1] - 78:9

**Sciences** [1] - 119:11

**scientific** [1] - 135:7

**scientist** [2] - 144:21, 145:14

**screen** [2] - 248:13, 248:17

**screens** [1] - 247:20

**SE** [1] - 114:11

**se** [3] - 290:16, 292:23, 295:15

**seat** [8] - 4:20, 5:6, 17:21, 40:14, 41:4, 191:21, 251:22, 279:11

**seated** [8] - 13:4, 14:4, 24:18, 26:24, 27:23, 49:12, 270:11, 270:13

**seats** [2] - 4:19, 40:19

**SEC** [2] - 233:11, 234:14

**second** [20] - 26:6, 43:13, 45:15, 46:3, 51:23, 67:1, 67:2, 75:3, 92:23, 93:9, 95:17, 96:13, 186:9, 248:8, 282:10, 283:2, 287:1, 293:9, 293:14

**secondly** [1] - 290:21

**Secret** [3] - 32:11, 71:13, 106:15

**secretary** [5] - 80:8, 162:25, 199:10, 272:23, 272:24

**section** [1] - 120:9

**Section** [4] - 16:5, 16:8, 16:13, 190:1

**sections** [1] - 120:7

**sector** [1] - 30:16

**securities** [2] - 232:5, 234:12

**Security** [3] - 33:5, 167:8, 182:2

**see** [45] - 14:15, 27:21, 41:3, 41:12, 41:22, 42:8, 45:4, 46:23, 47:21, 48:20, 65:21, 72:22, 75:25, 80:10, 101:22, 125:2, 139:1, 139:21, 141:12, 144:2, 156:4, 157:6, 162:2, 163:23, 170:25, 192:12, 223:12, 230:17, 232:23, 233:12, 234:25, 235:1, 247:8, 247:20, 248:12, 249:12, 257:15, 270:12, 275:7, 276:22, 278:12, 285:1, 285:12, 291:14

**seek** [1] - 7:5

**seem** [3] - 209:12, 212:21, 278:22

**Segal** [1] - 15:22

**seized** [1] - 112:19

**select** [3] - 16:16, 16:18, 178:11

**selected** [9] - 14:13, 19:3, 56:18, 132:3, 178:8, 220:5, 250:4, 276:3, 277:7

**Selection** [2] - 56:2, 275:10

**selection** [6] - 15:24, 16:15, 55:23, 276:10, 277:10, 285:15

**self** [4] - 49:22, 154:23, 159:24, 293:18

**self-employed** [1] - 49:22

**self-representation** [1] - 293:18

**selling** [6] - 49:5, 49:6, 114:25, 116:15, 116:21, 256:6

**semi** [1] - 52:23

**seminars** [1] - 54:17

**Senate** [2] - 196:4, 196:10

**senator** [1] - 199:24

**Senator** [3] - 196:3, 196:6, 199:15

**send** [4] - 43:21,

43:23, 287:11, 288:18

**sense** [9] - 62:13, 75:5, 78:19, 105:19, 109:10, 223:25, 279:9, 281:11, 294:14

**sent** [11] - 11:5, 55:16, 55:24, 67:14, 72:25, 103:20, 226:5

**sentence** [3] - 7:5, 8:19, 9:3

**sentenced** [1] - 72:18

**sentencing** [3] - 6:24, 68:3, 68:8

**separate** [4] - 97:14, 103:15, 263:6, 284:9

**September** [3] - 23:16, 223:1, 301:16

**sergeant** [2] - 101:19, 103:7

**series** [2] - 16:24, 18:2

**serious** [3] - 161:12, 214:13, 295:2

**serve** [10] - 21:16, 115:14, 179:1, 179:4, 182:8, 193:20, 193:25, 194:3, 212:20, 243:21

**served** [26] - 23:2, 34:13, 36:20, 59:2, 63:2, 63:9, 65:6, 96:5, 98:25, 102:17, 104:14, 143:9, 143:18, 145:23, 169:9, 193:13, 194:4, 202:19, 202:22, 203:2, 207:16, 219:18, 219:21, 256:2, 263:9, 263:15

**service** [11] - 30:6, 57:4, 61:16, 116:7, 134:17, 134:22, 205:18, 206:10, 255:9, 255:11, 258:11

**Service** [6] - 32:10, 32:11, 56:2, 71:14, 106:16, 241:23

**services** [7] - 59:11, 113:18, 168:20, 182:5, 205:8, 205:11, 217:10

**Services** [1] - 167:3

**serving** [2] - 36:21, 197:18

**session** [2] - 53:22, 213:9

**set** [1] - 12:4
**sets** [1] - 294:8
**setting** [1] - 218:23
**seven** [19] - 66:14,
85:15, 90:6, 90:15,
91:3, 154:10,
154:11, 154:12,
222:13, 222:14,
224:11, 224:13,
255:24, 257:7,
262:10, 269:5,
274:5, 274:6, 280:7
**seven-plus** [1] - 85:15
**seventy** [4] - 207:21,
208:12, 210:8, 213:3
**seventy-nine** [3] -
207:21, 210:8, 213:3
**several** [5] - 29:24,
31:5, 97:2, 137:9,
152:16
**severely** [1] - 197:21
**sexual** [2] - 182:19,
184:6
**Shaheen** [1] - 30:2
**SHAHEEN** [1] - 30:2
**shaken** [1] - 278:10
**share** [2] - 53:8,
258:23
**Shawn** [4] - 4:16,
15:13, 27:14, 231:18
**SHAWN** [1] - 1:15
**Shelly** [1] - 231:18
**sheriff's** [1] - 32:10
**shift** [1] - 281:15
**shifted** [1] - 130:25
**shifts** [2] - 18:22, 20:2
**short** [4] - 13:3, 16:18,
63:23, 121:25
**shorter** [1] - 232:22
**shorthand** [1] - 1:25
**shortly** [1] - 40:21
**shot** [1] - 208:14
**should've** [1] - 46:18
**show** [10] - 108:12,
178:6, 223:18,
275:22, 285:20,
285:22, 287:12,
287:14, 287:22,
288:5
**showing** [2] - 287:19,
287:25
**shows** [7] - 135:11,
135:15, 144:4,
144:6, 204:23,
257:25
**Sibley** [2] - 227:2
**sic]** [1] - 64:10
**sick** [2] - 63:23, 246:3
**side** [23] - 5:6, 16:18,
17:12, 17:15, 17:16,

21:5, 48:4, 58:22,
120:3, 130:4, 130:6,
149:11, 175:2,
187:6, 198:23,
199:13, 216:6,
234:18, 262:14,
263:12, 274:20,
290:15, 297:14
**sides** [29] - 36:18,
48:18, 60:18, 111:4,
115:5, 124:11,
124:16, 129:24,
141:22, 150:3,
153:13, 165:24,
168:3, 187:15,
211:24, 214:17,
216:9, 233:18,
238:13, 243:16,
254:3, 257:20,
262:17, 263:22,
268:15, 271:10,
273:3, 280:22, 281:7
**Sidley** [1] - 247:12
**signature** [1] - 301:15
**signed** [1] - 208:25
**significance** [1] -
75:17
**significant** [12] - 26:5,
32:17, 74:18, 77:15,
77:19, 81:18, 82:12,
82:22, 82:23, 83:14,
124:6, 133:7
**Significant** [1] - 74:14
**significantly** [2] -
13:19, 13:20
**silent** [1] - 158:9
**similar** [1] - 82:13
**simple** [1] - 205:5
**simply** [3] - 56:8,
129:21, 277:17
**sister** [10] - 64:19,
64:23, 65:21, 66:13,
139:10, 140:8,
255:3, 256:15,
256:22, 258:5
**sister-in-law** [5] -
140:8, 255:3,
256:15, 256:22,
258:5
**sit** [16] - 17:23, 21:12,
21:21, 22:9, 38:17,
40:17, 40:24, 40:25,
41:9, 41:10, 47:23,
68:5, 124:15,
128:22, 137:17,
300:13
**sits** [1] - 270:7
**sitting** [11] - 17:14,
21:10, 21:11, 21:24,
41:5, 44:10, 65:9,

83:10, 95:23, 99:13,
286:4
**situation** [4] - 73:10,
100:4, 116:16,
180:18
**situations** [1] - 54:8
**six** [17] - 42:4, 60:9,
63:2, 63:9, 71:23,
163:11, 201:8,
255:24, 274:6,
274:10, 274:19,
287:11, 287:15,
288:11, 288:15,
288:19
**sixteen** [2] - 96:18,
131:13
**skepticism** [3] -
127:14, 127:18,
127:19
**skewed** [1] - 275:11
**skills** [1] - 218:18
**skull** [1] - 65:15
**slashed** [1] - 186:17
**slashing** [1] - 186:16
**sleep** [1] - 249:4
**slip** [1] - 164:24
**slowly** [1] - 28:3
**smallpox** [1] - 199:12
**Smith** [2] - 156:13,
276:21
**smoothly** [1] - 286:15
**snatched** [2] - 145:20,
218:2
**so..** [3] - 97:5, 248:22,
250:5
**social** [4] - 22:7,
99:19, 219:2, 219:3
**sold** [1] - 174:19
**soldiers/U.S** [1] - 74:8
**solely** [5] - 16:19,
18:21, 22:11, 130:2,
274:2
**solicitation** [4] -
283:22, 283:23,
283:25
**someone** [17] - 36:10,
49:5, 58:2, 67:17,
80:3, 96:15, 126:21,
172:24, 175:19,
206:23, 209:15,
214:9, 215:23,
218:1, 242:11,
278:18, 279:9
**someplace** [3] -
59:14, 104:23, 228:6
**sometimes** [4] -
41:19, 246:5, 265:3,
284:25
**somewhat** [3] - 14:1,
278:4, 294:24

**somewhere** [6] -
47:18, 60:11, 78:4,
214:2, 238:7, 242:1
**son** [18] - 7:2, 9:21,
122:24, 131:22,
214:14, 221:8,
223:25, 224:3,
224:16, 225:8,
227:9, 227:17,
228:24, 229:5,
261:14, 261:17,
264:9, 264:14
**son's** [1] - 227:21
**son-in-law** [4] -
261:14, 261:17,
264:9, 264:14
**Sony** [2] - 213:19,
214:3
**soon** [3] - 138:2,
240:14, 287:24
**sooner** [1] - 12:9
**sophisticated** [1] -
86:1
**sophistication** [1] -
98:12
**sorry** [57] - 9:2, 25:16,
34:11, 35:13, 44:20,
45:4, 51:20, 59:10,
59:12, 60:4, 73:19,
78:23, 78:25, 83:4,
86:20, 88:15, 92:2,
98:11, 104:8, 114:8,
117:7, 126:19,
127:17, 139:20,
142:12, 146:17,
148:18, 167:16,
176:11, 177:21,
180:8, 181:22,
189:17, 191:5,
194:6, 195:12,
200:19, 204:20,
215:12, 219:17,
231:2, 232:7,
232:14, 235:11,
237:4, 240:3, 247:6,
251:23, 252:3,
266:1, 266:21,
270:23, 272:4,
279:24, 280:1,
280:7, 298:21
**sort** [26] - 50:5, 50:22,
52:22, 65:10, 75:8,
82:7, 82:12, 98:7,
99:19, 111:3,
111:11, 122:20,
122:23, 128:9,
135:6, 135:17,
168:16, 172:3,
190:5, 210:6,
218:20, 218:25,

245:11, 277:1,
283:11, 285:9
**sorts** [1] - 110:8
**sound** [2] - 33:14,
129:25
**sounds** [2] - 107:16,
107:17
**sour** [2] - 52:8, 146:10
**South** [2] - 216:4,
259:17
**south** [1] - 24:23
**Southeast** [1] - 276:5
**southeast** [1] - 114:7
**space** [2] - 243:2,
243:5
**speaking** [4] - 10:3,
22:4, 291:17, 299:4
**special** [14] - 14:7,
14:13, 32:6, 57:21,
122:22, 131:12,
174:11, 174:14,
174:17, 179:13,
275:24, 293:22
**Special** [13] - 27:2,
28:16, 28:20, 28:25,
29:3, 29:6, 29:9,
29:12, 30:12, 30:18,
205:17, 205:19,
205:24
**specialist** [4] - 78:10,
216:21, 217:17,
272:21
**specially** [2] - 14:5,
57:22
**specialty** [1] - 187:12
**specific** [3] - 23:5,
80:13, 84:7
**specifically** [7] -
24:24, 29:18, 84:10,
98:4, 120:15,
183:15, 189:22
**spell** [3] - 79:9, 107:2,
276:21
**spelled** [4] - 9:14,
29:3, 29:9, 30:15
**spend** [2] - 9:6, 66:2
**spending** [1] - 12:22
**spent** [5] - 8:25, 9:8,
9:11, 9:12, 225:8
**spiffy** [1] - 253:25
**spill** [2] - 97:10, 127:5
**spiritual** [5] - 50:6,
53:1, 78:21, 79:3
**spoken** [4] - 25:23,
94:18, 94:19, 138:8
**spokesman** [1] -
76:21
**spokesperson** [1] -
80:9
**sponsor** [1] - 54:19

spread [1] - 78:7
spring [2] - 210:25,
231:24
Springs [1] - 29:11
stabbing [1] - 252:9
staff [9] - 180:9,
186:1, 196:3, 196:8,
196:10, 199:8,
199:23, 202:12,
276:18
stand [53] - 12:13,
26:25, 27:25, 42:12,
42:17, 47:5, 58:11,
64:13, 69:4, 76:6,
86:23, 96:1, 100:22,
113:14, 117:23,
122:15, 133:25,
137:1, 143:2,
147:22, 152:12,
159:16, 159:21,
160:12, 160:20,
161:10, 166:6,
170:10, 173:25,
180:4, 185:23,
188:6, 191:19,
194:23, 200:16,
204:16, 213:7,
215:9, 220:21,
230:24, 235:10,
237:1, 241:17,
245:6, 251:20,
254:20, 261:3,
266:18, 272:1,
286:15, 288:4,
297:19
stand-by [2] - 288:4
standard [3] - 174:25,
175:5, 201:17
standards [1] - 175:3
standing [2] - 27:18,
113:10
stands [2] - 282:2,
297:20
start [19] - 9:3, 17:12,
40:7, 46:21, 56:9,
76:23, 95:21,
122:19, 130:9,
133:11, 133:12,
159:14, 177:20,
211:15, 276:12,
279:5, 280:3,
280:19, 286:3
Start [5] - 61:3, 61:24,
61:25, 62:6
started [8] - 78:7,
112:20, 165:9,
165:11, 194:8,
223:1, 245:13,
245:14
starting [7] - 129:23,

130:3, 130:6, 133:6,
138:3, 281:6, 281:7
startling [1] - 278:4
starts [1] - 103:25
state [4] - 22:19, 32:4,
56:12, 227:18
State [11] - 33:1, 33:5,
89:13, 96:25,
166:24, 195:23,
206:6, 207:6,
216:14, 255:2, 255:3
statement [14] -
289:22, 289:23,
290:19, 290:23,
291:2, 291:16,
292:9, 292:10,
294:4, 294:10,
297:12, 297:22,
298:1, 299:9
statements [1] -
291:17
STATES [3] - 1:1, 1:2,
1:9
States [40] - 1:22, 4:5,
4:10, 15:4, 15:9,
15:24, 16:4, 16:5,
16:7, 22:18, 23:7,
23:11, 23:15, 23:20,
23:25, 26:22, 27:3,
33:10, 35:19, 36:25,
37:4, 37:10, 37:14,
37:16, 38:5, 39:20,
39:21, 39:25, 40:1,
80:12, 81:3, 89:1,
102:10, 128:6,
128:7, 182:10,
205:17, 205:25,
293:6, 301:9
States' [1] - 36:16
stationed [1] - 169:2
statistics [1] - 184:21
statutes [1] - 199:17
stay [2] - 244:16,
285:25
stenographic [1] -
301:13
stenographically [1] -
301:6
step [3] - 44:17,
164:12, 266:9
stepped [1] - 186:25
Stiglitz [52] - 4:9, 4:13,
4:22, 5:18, 6:19,
9:25, 10:22, 12:6,
12:21, 15:8, 26:23,
28:2, 37:21, 40:2,
45:6, 46:4, 49:8,
53:2, 58:5, 66:16,
73:18, 80:24, 85:4,
95:4, 112:5, 115:7,

116:11, 129:13,
136:8, 150:5,
162:19, 165:19,
169:5, 176:20,
183:23, 187:19,
190:21, 198:6,
204:2, 208:3,
214:21, 218:10,
223:20, 238:15,
241:7, 254:5, 268:4,
269:8, 273:10,
274:20, 285:3,
292:20
STIGLITZ [230] - 1:11,
4:8, 4:15, 4:23, 5:14,
5:19, 6:16, 6:21, 7:8,
7:10, 8:2, 8:20, 10:2,
11:3, 11:18, 12:8,
12:14, 15:7, 28:12,
28:24, 37:23, 37:25,
40:4, 45:7, 46:5,
46:15, 46:17, 46:25,
49:9, 49:14, 49:16,
49:20, 49:25, 50:7,
50:19, 50:22, 51:1,
51:9, 51:14, 51:18,
61:14, 61:16, 61:20,
61:23, 62:1, 62:3,
62:6, 62:9, 62:12,
62:17, 62:20, 62:24,
63:1, 63:3, 63:6,
63:11, 63:16, 63:20,
63:25, 66:17, 73:19,
74:22, 75:7, 75:12,
81:4, 82:19, 82:22,
83:6, 83:10, 84:5,
84:10, 84:18, 85:5,
95:8, 98:22, 100:19,
109:7, 109:10,
109:20, 109:23,
110:6, 112:7,
115:11, 115:13,
115:16, 115:19,
115:22, 116:1,
116:6, 116:10,
116:13, 116:23,
117:1, 117:5, 117:7,
121:12, 129:14,
129:19, 130:7,
130:15, 133:2,
136:9, 136:13,
136:17, 141:25,
142:6, 147:11,
150:6, 150:8,
150:13, 150:16,
151:19, 162:21,
163:1, 163:5, 163:9,
163:13, 164:10,
165:21, 169:6,
169:8, 169:13,
173:5, 176:21,

177:1, 177:5, 177:8,
179:24, 183:24,
185:12, 187:20,
190:22, 194:6,
194:11, 198:7,
204:3, 208:4, 209:7,
210:5, 210:11,
210:14, 211:17,
212:17, 214:22,
218:11, 218:13,
218:19, 218:25,
219:5, 219:7,
219:11, 219:15,
223:22, 223:24,
224:3, 224:13,
224:15, 224:20,
224:25, 225:5,
225:7, 225:14,
225:17, 225:19,
225:22, 226:2,
226:7, 226:11,
226:15, 226:19,
226:22, 227:5,
228:22, 229:1,
229:4, 229:8,
229:14, 229:16,
229:19, 229:22,
230:1, 233:21,
233:23, 234:1,
234:5, 234:9,
234:15, 234:19,
234:22, 238:16,
244:5, 246:19,
248:7, 250:6,
250:10, 250:14,
250:20, 251:4,
254:6, 260:16,
265:24, 266:1,
266:4, 266:7, 268:5,
269:9, 271:9,
271:15, 273:11,
274:22, 276:11,
279:22, 279:24,
280:12, 280:15,
281:2, 281:15,
282:9, 283:2,
283:13, 284:2,
284:11, 287:4,
287:21, 288:1,
288:8, 288:10,
293:5, 293:15, 294:8
still [19] - 10:4, 12:16,
12:18, 52:24, 55:22,
118:1, 120:14,
125:20, 126:9,
153:6, 158:13,
168:2, 191:2, 211:7,
218:23, 228:6,
275:9, 281:19
stipulation [1] - 12:25
stipulations [2] -

12:11, 12:17
stolen [2] - 147:4,
214:14
stood [1] - 27:5
stop [1] - 57:3
stopped [2] - 221:12,
224:23
store [1] - 49:7
stories [1] - 102:20
Storm [1] - 197:21
story [3] - 236:20,
290:15, 297:15
straight [1] - 58:23
straightforward [1] -
57:10
strategic [1] - 300:8
strategy [1] - 199:10
Street [3] - 71:22,
80:5, 114:1
street [30] - 47:17,
47:24, 47:25, 61:20,
86:4, 96:10, 96:12,
114:9, 116:22,
150:21, 150:24,
151:3, 151:11,
157:10, 157:11,
175:8, 184:7, 184:8,
193:14, 195:9,
195:10, 215:18,
215:20, 220:2,
229:11, 239:11,
256:7, 256:8,
264:24, 264:25
streets [2] - 86:2,
145:19
stricken [1] - 46:13
strike [6] - 34:11,
86:10, 105:19,
133:3, 285:17, 286:5
strikes [2] - 274:1,
294:23
string [1] - 293:19
strong [2] - 36:1,
84:15, 109:24,
110:9, 155:4,
155:12, 188:10,
189:16, 189:18
struck [4] - 165:21,
165:25, 283:14,
284:20
structures [1] - 99:19
stuck [1] - 272:5
student [1] - 183:21
students [1] - 243:3
studied [4] - 34:6,
76:15, 213:13,
233:15
study [2] - 51:4, 74:6
studying [1] - 50:25
stuff [5] - 196:22,

199:22, 234:20, 238:23, 255:1
**style** [1] - 260:6
**subject** [7] - 7:4, 51:22, 276:17, 277:1, 283:17, 291:15, 296:19
**submit** [2] - 13:17, 281:3
**subscribes** [1] - 75:9
**subsequently** [1] - 284:15
**substance** [8] - 23:13, 23:14, 23:18, 23:19, 23:23, 23:24, 24:4, 35:25
**Substance** [1] - 167:3
**substantial** [4] - 21:19, 21:25, 153:18, 190:14
**subtract** [1] - 42:5
**succeed** [1] - 130:14
**Sucha** [1] - 7:2
**suffer** [1] - 250:6
**suffering** [1] - 50:10
**suffice** [2] - 8:4, 250:14
**sufficient** [3] - 65:12, 178:5, 285:9
**suggest** [2] - 46:21, 67:5
**suggested** [1] - 46:18
**suggestion** [3] - 46:18, 56:16, 285:16
**suggestions** [1] - 300:5
**suggests** [1] - 276:4
**Suite** [1] - 1:17
**summary** [1] - 269:11
**summer** [1] - 234:8
**summoned** [5] - 57:22, 193:19, 193:24, 194:2, 243:20
**summons** [3] - 143:20, 220:3, 243:23
**superior** [1] - 99:2
**Superior** [28] - 33:11, 61:18, 61:19, 99:1, 139:9, 143:15, 145:24, 148:6, 156:19, 166:17, 169:9, 175:9, 176:23, 176:24, 186:13, 193:20, 195:11, 196:1, 196:18, 220:2, 231:14, 237:8, 239:10, 242:3,

243:21, 244:1, 252:4, 252:13
**supervise** [1] - 45:3
**supervising** [1] - 43:3
**supplement** [1] - 56:10
**support** [11] - 8:11, 71:14, 77:5, 85:11, 216:15, 216:20, 216:23, 216:25, 217:3, 252:21, 272:20
**supported** [1] - 252:22
**suppose** [3] - 250:2, 276:8, 277:11
**supposed** [7] - 56:17, 64:21, 105:17, 137:14, 278:9, 278:21, 281:12
**supposedly** [1] - 61:10
**Supreme** [6] - 68:12, 232:2, 276:16, 276:24, 276:25, 293:20
**surface** [2] - 65:15, 281:19
**surgery** [1] - 65:8
**surprise** [1] - 62:18
**surprised** [2] - 138:20, 146:10
**survive** [1] - 21:18
**suspect** [1] - 202:8
**suspense** [1] - 282:25
**swear** [1] - 15:16
**switch** [1] - 293:3
**sworn** [1] - 15:20
**sympathies** [1] - 133:8
**sympathy** [2] - 128:24, 129:22
**Syria** [1] - 74:6
**system** [13] - 18:15, 21:18, 33:12, 35:18, 51:16, 53:4, 62:15, 139:12, 175:14, 201:13, 296:14, 296:15, 300:4
**systematic** [4] - 275:22, 275:25, 277:9, 285:14
**Systems** [1] - 172:15
**systems** [3] - 66:10, 106:21, 106:23

## T

**table** [2] - 24:19, 49:10
**tables** [2] - 14:25, 42:9

**Taliban** [28] - 37:25, 38:4, 38:9, 78:14, 78:18, 79:2, 81:3, 81:8, 81:9, 88:9, 89:18, 102:6, 102:11, 108:13, 108:22, 109:1, 113:1, 128:3, 153:2, 160:11, 171:23, 172:13, 259:19, 259:20, 269:12, 269:16, 269:19, 270:4
**Tampa** [1] - 28:21
**Tarantino** [1] - 294:13
**task** [2] - 85:16, 88:11
**tasked** [1] - 257:11
**taste** [2] - 52:8, 166:20
**Tax** [3] - 206:9, 206:13, 206:18
**tax** [3] - 206:21, 207:4, 207:8
**teacher** [4] - 51:8, 62:1, 113:24, 115:20
**teaching** [1] - 51:5
**team** [2] - 92:14, 106:19
**technology** [6] - 97:19, 98:3, 107:6, 252:19, 253:25, 254:1
**teen** [1] - 218:22
**teenage** [2] - 122:24, 131:22
**teenager** [2] - 116:18, 131:23
**television** [3] - 38:21, 180:17, 267:11
**teller** [1] - 116:3
**ten** [15] - 7:5, 7:11, 7:18, 7:24, 25:21, 50:21, 53:12, 63:5, 63:7, 114:16, 115:21, 118:20, 146:14, 193:17, 218:24
**ten-year** [1] - 7:18
**tenant** [1] - 72:1
**tenants** [1] - 71:13
**tend** [7] - 14:10, 51:10, 108:8, 159:21, 161:25, 262:13, 268:6
**tended** [2] - 80:1, 277:22
**tends** [1] - 84:4
**term** [1] - 165:14
**terminated** [1] - 283:9
**terms** [14] - 6:5, 54:11, 54:12, 71:25,

105:25, 107:19, 112:13, 119:20, 193:4, 207:11, 246:22, 258:20, 260:1, 269:22
**terrible** [1] - 232:14
**terror** [2] - 171:20, 172:17
**terrorism** [38] - 7:13, 8:18, 9:18, 16:12, 24:8, 33:4, 33:7, 37:7, 38:8, 38:9, 39:20, 39:25, 79:19, 79:23, 80:12, 80:21, 80:22, 81:19, 82:5, 83:24, 84:7, 85:11, 85:16, 87:17, 88:11, 92:24, 94:16, 102:3, 127:16, 127:21, 152:22, 172:4, 172:12, 196:21, 199:13, 207:11, 262:22
**terrorist** [24] - 16:12, 24:7, 37:9, 37:20, 83:6, 83:8, 85:22, 88:5, 88:6, 88:20, 94:20, 102:3, 102:7, 108:14, 108:23, 128:2, 128:4, 152:24, 153:4, 160:11, 172:17, 183:10, 268:1
**terrorists** [1] - 94:23
**test** [1] - 98:10
**testified** [5] - 35:6, 48:10, 91:13, 140:22, 141:3
**testifies** [3] - 39:10, 297:10, 297:11
**testify** [49] - 18:24, 20:3, 20:5, 20:10, 31:6, 35:8, 39:13, 57:5, 91:9, 108:7, 112:22, 136:9, 136:12, 140:19, 140:25, 141:5, 151:13, 158:1, 158:3, 158:14, 161:7, 242:13, 242:15, 265:10, 265:21, 285:4, 289:25, 290:8, 290:12, 290:14, 291:14, 291:21, 292:6, 292:10, 294:7, 294:18, 294:20, 295:1, 295:3, 295:5, 296:12, 296:13,

296:19, 297:14, 299:6, 299:14
**testifying** [5] - 93:3, 112:24, 161:4, 190:4, 265:11
**testimony** [16] - 21:7, 31:8, 31:12, 31:14, 31:19, 39:2, 39:10, 75:23, 108:9, 112:12, 112:18, 113:2, 151:12, 268:7, 268:10
**Testing** [1] - 30:12
**tests** [2] - 98:14, 167:24
**Texas** [2] - 30:20, 219:14
**that..** [1] - 58:2
**THE** [1208] - 1:1, 1:9, 4:4, 4:11, 4:13, 4:18, 4:25, 5:5, 5:8, 5:17, 6:7, 6:17, 7:7, 7:9, 7:16, 8:14, 8:21, 9:2, 9:10, 9:25, 10:11, 10:17, 10:19, 10:20, 10:21, 11:2, 11:5, 11:19, 11:22, 11:25, 12:2, 12:6, 12:10, 12:19, 13:2, 13:5, 13:13, 14:5, 14:15, 14:24, 15:2, 15:3, 15:11, 15:15, 15:17, 15:21, 25:14, 27:8, 27:11, 28:23, 30:22, 32:16, 32:25, 37:24, 38:2, 40:6, 40:9, 40:11, 40:13, 41:2, 41:8, 41:16, 42:8, 42:11, 42:18, 42:20, 43:1, 43:5, 43:8, 43:11, 43:15, 43:18, 43:21, 44:1, 44:8, 44:16, 44:19, 45:6, 45:8, 45:15, 45:19, 45:20, 45:21, 45:22, 46:2, 46:7, 46:11, 46:16, 46:23, 47:1, 47:6, 47:10, 47:13, 47:17, 47:20, 47:23, 48:1, 48:6, 48:9, 48:17, 48:20, 48:24, 49:4, 49:8, 49:12, 49:23, 50:12, 50:16, 51:20, 54:25, 55:2, 55:6, 55:7, 55:8, 55:12, 56:12, 56:21, 57:1, 57:13, 57:19, 58:4, 58:9, 58:12, 58:15, 58:18, 59:1, 59:6, 59:8, 59:10,

59:13, 59:16, 59:19, 59:22, 60:3, 60:7, 60:11, 60:14, 60:17, 60:20, 64:1, 64:6, 64:9, 64:11, 64:14, 64:16, 64:25, 65:3, 65:8, 65:17, 65:22, 66:4, 66:8, 66:13, 66:15, 66:19, 66:24, 66:25, 67:2, 67:7, 67:20, 67:22, 68:1, 68:10, 69:1, 69:2, 69:5, 69:7, 69:15, 69:21, 69:23, 70:1, 70:4, 70:6, 70:9, 70:13, 70:19, 70:24, 71:2, 71:8, 71:10, 71:15, 71:18, 71:24, 72:4, 73:18, 73:20, 74:1, 74:2, 74:3, 74:23, 75:10, 75:16, 76:3, 76:7, 76:9, 76:13, 76:20, 77:3, 77:7, 77:15, 77:20, 77:25, 78:4, 78:11, 78:16, 79:2, 79:9, 79:12, 79:14, 79:16, 80:2, 80:10, 80:16, 80:19, 81:5, 81:14, 81:20, 81:23, 82:3, 82:6, 82:9, 82:11, 82:17, 82:20, 83:4, 83:8, 83:17, 84:19, 84:23, 85:4, 85:6, 86:6, 86:10, 86:14, 86:18, 86:21, 86:24, 87:4, 87:9, 87:15, 87:20, 87:24, 88:2, 88:15, 88:18, 89:10, 89:16, 89:20, 90:1, 90:9, 90:13, 90:16, 90:20, 90:24, 92:2, 95:3, 95:7, 95:9, 95:13, 95:17, 95:24, 96:2, 96:5, 96:8, 96:10, 96:13, 97:6, 97:9, 97:13, 97:18, 97:21, 98:1, 98:5, 98:7, 98:10, 98:18, 98:20, 98:23, 99:24, 100:3, 100:9, 100:14, 100:16, 100:20, 100:23, 100:25, 101:2, 101:4, 101:8, 101:18, 101:21, 102:1, 102:25, 103:5, 103:8, 103:17, 103:24, 104:1, 104:9, 104:14, 104:19,

104:22, 105:1, 105:8, 105:13, 106:6, 106:14, 106:17, 106:22, 107:2, 107:9, 107:13, 107:15, 107:24, 109:6, 110:22, 111:3, 111:10, 111:19, 111:21, 111:25, 112:5, 112:9, 112:15, 112:23, 113:5, 113:9, 113:10, 113:15, 113:17, 113:21, 113:23, 113:25, 114:3, 114:6, 114:8, 114:12, 114:14, 114:17, 114:22, 115:1, 115:4, 115:7, 116:11, 117:8, 117:15, 117:21, 117:24, 118:1, 118:8, 118:14, 118:21, 119:3, 119:6, 119:12, 119:15, 119:19, 119:23, 120:2, 120:5, 121:3, 121:13, 121:19, 121:25, 122:6, 122:12, 122:13, 122:16, 122:18, 123:5, 123:8, 123:10, 123:16, 123:19, 123:23, 124:1, 124:10, 124:22, 125:2, 125:6, 125:8, 125:13, 125:16, 125:24, 126:1, 126:3, 126:6, 126:9, 126:12, 126:16, 126:18, 126:24, 127:1, 127:5, 127:10, 127:17, 127:24, 128:12, 128:19, 129:2, 129:5, 129:8, 129:12, 129:17, 130:16, 130:22, 131:10, 132:7, 132:15, 132:23, 132:25, 133:14, 133:23, 134:1, 134:3, 134:7, 134:15, 134:20, 134:23, 135:3, 135:8, 135:10, 135:13, 135:16, 135:19, 135:24,

136:1, 136:5, 136:8, 136:18, 136:22, 136:23, 136:24, 137:2, 137:4, 137:6, 137:11, 137:16, 137:22, 137:24, 138:4, 138:8, 138:12, 138:18, 138:25, 139:8, 139:13, 139:16, 139:21, 140:1, 140:5, 140:10, 140:15, 140:19, 140:21, 141:3, 141:6, 141:9, 141:11, 141:15, 141:18, 141:21, 141:24, 142:5, 142:7, 142:11, 142:14, 142:21, 142:24, 142:25, 143:3, 143:5, 143:7, 143:11, 143:17, 143:22, 144:1, 144:5, 144:7, 144:13, 144:18, 144:21, 144:23, 145:1, 145:4, 145:8, 145:12, 145:15, 145:21, 147:12, 147:18, 147:20, 147:23, 147:25, 148:3, 148:8, 148:12, 148:14, 148:18, 148:22, 149:2, 149:5, 149:10, 149:13, 149:19, 149:21, 149:24, 150:2, 150:5, 151:18, 151:20, 152:2, 152:7, 152:10, 152:13, 152:15, 153:9, 153:12, 153:15, 153:18, 153:22, 153:25, 154:4, 154:6, 154:9, 154:12, 154:20, 154:24, 155:11, 155:17, 155:21, 155:24, 156:4, 156:8, 156:10, 156:12, 156:14, 156:17, 156:23, 157:1, 157:6, 157:9, 157:12, 157:18, 157:22, 157:24, 158:8, 158:11, 158:17, 158:20, 158:24, 159:3, 159:6, 159:10,

159:13, 162:15, 162:18, 163:24, 164:2, 164:5, 164:11, 164:18, 164:23, 165:19, 165:24, 166:4, 166:8, 166:10, 166:14, 166:19, 166:23, 167:9, 167:12, 167:16, 167:19, 167:25, 168:6, 168:10, 168:15, 168:19, 168:22, 168:24, 169:2, 169:5, 169:21, 170:2, 170:5, 170:8, 170:11, 170:13, 170:19, 170:21, 170:25, 171:4, 171:8, 171:11, 171:21, 172:9, 172:21, 173:3, 173:6, 173:11, 173:13, 173:16, 173:18, 173:21, 174:1, 174:3, 174:7, 174:10, 174:13, 174:15, 174:18, 174:21, 174:24, 175:7, 175:10, 175:12, 175:16, 175:19, 175:23, 175:25, 176:2, 176:4, 176:8, 176:11, 176:14, 176:17, 176:20, 177:10, 177:12, 177:18, 178:12, 178:22, 179:3, 179:6, 179:9, 179:11, 179:14, 179:15, 179:23, 179:25, 180:2, 180:5, 180:7, 180:11, 180:15, 180:20, 180:23, 181:5, 181:9, 181:13, 181:25, 182:3, 182:8, 182:12, 182:16, 182:18, 182:20, 182:22, 182:24, 183:1, 183:3, 183:6, 183:9, 183:13, 183:18, 183:20, 183:23, 183:25, 184:16, 184:21, 185:1, 185:7, 185:11, 185:16, 185:21, 185:24,

186:5, 186:8, 186:12, 186:14, 186:20, 187:2, 187:5, 187:9, 187:12, 187:14, 187:17, 187:19, 187:21, 188:1, 188:3, 188:7, 188:9, 188:23, 189:3, 189:8, 189:12, 189:14, 189:16, 189:24, 190:2, 190:8, 190:13, 190:17, 190:21, 190:24, 191:3, 191:5, 191:6, 191:8, 191:10, 191:11, 191:16, 191:17, 191:20, 192:1, 192:4, 192:8, 192:10, 192:14, 192:17, 192:21, 192:24, 193:3, 193:8, 193:11, 193:16, 193:19, 193:23, 194:14, 194:20, 194:21, 194:24, 195:1, 195:6, 195:8, 195:12, 195:15, 195:18, 195:22, 196:6, 196:12, 196:16, 196:25, 197:2, 197:5, 197:9, 197:14, 197:16, 197:23, 198:1, 198:6, 198:8, 200:6, 200:10, 200:14, 200:17, 200:19, 200:24, 201:1, 201:11, 201:15, 201:20, 201:25, 202:4, 202:6, 202:10, 202:14, 202:16, 202:22, 203:1, 203:5, 203:10, 203:16, 203:18, 203:22, 203:25, 204:2, 204:4, 204:9, 204:13, 204:14, 204:17, 204:20, 204:25, 205:2, 205:5, 205:10, 205:13, 205:15, 205:19, 205:22, 206:1, 206:5, 206:11, 206:14, 206:18, 206:22, 206:25, 207:4, 207:10, 207:13,

207:16, 207:20,
207:22, 207:24,
208:2, 208:5,
208:19, 208:22,
209:2, 209:5, 209:9,
209:12, 209:19,
209:21, 209:24,
210:3, 210:22,
211:6, 211:10,
211:13, 211:15,
212:5, 212:8,
212:11, 212:19,
213:2, 213:5, 213:8,
213:12, 213:16,
213:18, 213:21,
213:24, 214:2,
214:6, 214:9,
214:16, 214:19,
214:21, 214:23,
215:3, 215:5, 215:7,
215:10, 215:12,
215:25, 216:2,
216:5, 216:9,
216:12, 216:16,
216:19, 216:22,
217:1, 217:4, 217:7,
217:9, 217:12,
217:14, 217:18,
217:20, 217:23,
218:3, 218:6, 218:8,
218:10, 219:19,
220:10, 220:12,
220:17, 220:19,
220:22, 220:24,
221:6, 221:9,
221:15, 221:18,
221:23, 222:2,
222:6, 222:12,
222:15, 222:18,
222:21, 222:24,
223:3, 223:7,
223:11, 223:15,
223:18, 223:20,
224:7, 224:9,
228:21, 230:3,
230:5, 230:9,
230:12, 230:19,
230:22, 230:25,
231:2, 231:9,
231:13, 231:16,
231:21, 231:25,
232:4, 232:6,
232:10, 232:16,
232:19, 232:22,
233:1, 233:2, 233:7,
233:9, 233:12,
233:14, 233:17,
233:20, 234:25,
235:2, 235:7, 235:8,
235:11, 235:16,

235:21, 235:23,
236:1, 236:7,
236:10, 236:14,
236:16, 236:19,
236:23, 236:24,
237:2, 237:4, 237:8,
237:10, 237:14,
237:18, 237:20,
237:23, 237:25,
238:5, 238:7, 238:9,
238:12, 238:15,
239:4, 241:7,
241:12, 241:14,
241:15, 241:18,
241:21, 241:25,
242:4, 242:8,
242:17, 242:20,
242:24, 243:2,
243:7, 243:11,
243:15, 243:18,
244:6, 244:14,
244:16, 244:23,
244:25, 245:2,
245:3, 245:7,
245:10, 245:22,
246:2, 246:8,
246:12, 246:14,
246:17, 246:21,
247:3, 247:6, 247:8,
247:11, 247:13,
247:16, 249:5,
249:15, 249:20,
249:23, 250:8,
250:13, 251:7,
251:10, 251:14,
251:17, 251:18,
251:21, 252:3,
252:6, 252:10,
252:12, 252:18,
252:20, 252:24,
253:2, 253:4, 253:7,
253:13, 253:16,
253:21, 253:24,
254:2, 254:5, 254:7,
254:10, 254:15,
254:16, 254:18,
254:21, 254:23,
255:5, 255:8,
255:12, 255:15,
255:18, 255:22,
256:1, 256:4, 256:8,
256:12, 256:19,
256:25, 257:3,
257:5, 257:8,
257:11, 257:14,
257:19, 257:22,
258:1, 258:4,
260:17, 260:22,
260:24, 261:1,
261:4, 261:7,
261:12, 261:15,

261:19, 261:21,
261:23, 261:25,
262:3, 262:7, 262:9,
262:11, 262:16,
262:19, 263:1,
263:5, 263:9,
263:14, 263:17,
263:20, 263:22,
263:25, 264:5,
266:9, 266:14,
266:19, 266:21,
266:25, 267:5,
267:8, 267:12,
267:16, 267:21,
267:24, 268:6,
268:12, 268:17,
268:20, 268:22,
268:25, 269:2,
269:7, 271:16,
271:22, 271:24,
272:2, 272:4, 272:9,
272:12, 272:14,
272:17, 272:19,
272:22, 272:24,
273:2, 273:5, 273:9,
273:13, 273:19,
273:24, 274:3,
274:8, 274:12,
274:16, 274:19,
274:24, 275:17,
277:3, 278:8,
278:20, 279:2,
279:17, 279:23,
280:3, 280:14,
280:25, 281:11,
281:17, 282:12,
282:14, 282:23,
282:25, 283:12,
284:1, 284:10,
284:24, 285:6,
285:7, 286:8, 286:9,
286:13, 286:14,
287:8, 287:10,
287:17, 287:20,
287:23, 288:3,
288:6, 288:9,
288:12, 288:14,
288:17, 289:2,
289:3, 289:9,
289:13, 289:16,
290:7, 291:3, 291:7,
291:13, 291:24,
292:7, 292:17,
292:20, 293:1,
293:3, 293:14,
294:6, 294:11,
295:7, 295:25,
296:25, 297:6,
297:7, 297:9,
297:21, 297:23,
297:25, 298:2,

298:4, 298:11,
298:15, 298:17,
298:19, 298:21,
298:22, 298:25,
299:3, 299:6,
299:13, 299:15,
299:18, 299:21,
299:23, 300:2,
300:10, 300:12,
300:15, 300:17
**theft** [2] - 114:24,
116:15
**themselves** [3] - 4:7,
160:3, 160:4
**therapist's** [1] - 116:5
**therapy** [1] - 219:1
**thereafter** [3] - 40:22,
117:17, 132:18
**they've** [3] - 108:7,
121:19, 300:5
**thinking** [6] - 99:14,
185:12, 196:19,
219:23, 269:22,
273:6
**third** [3] - 19:13,
170:23, 277:11
**thirty** [21] - 5:14, 8:10,
42:5, 61:3, 62:4,
62:5, 177:7, 178:3,
194:10, 201:6,
206:9, 224:6, 275:1,
275:2, 280:7, 280:8,
286:6, 288:13,
288:14, 288:16
**thirty-eight** [3] - 8:10,
42:5, 288:16
**thirty-five** [1] - 201:6
**thirty-four** [1] - 224:6
**thirty-one** [3] - 61:3,
62:5, 206:9
**thirty-seven** [1] -
280:7
**thirty-three** [3] -
194:10, 275:2, 280:8
**thirty-two** [5] - 177:7,
275:1, 286:6,
288:13, 288:14
**Thompson** [1] - 30:11
**thoughts** [3] - 20:24,
53:8, 269:24
**thousand** [1] - 97:2
**threat** [2] - 82:25, 83:6
**three** [36] - 7:23,
11:15, 12:6, 17:2,
18:4, 21:3, 21:7,
44:7, 44:14, 54:17,
60:21, 63:9, 65:2,
65:16, 76:22, 132:5,
132:7, 132:8,
132:13, 193:20,

194:10, 202:25,
205:18, 206:13,
210:17, 211:11,
211:20, 212:14,
220:4, 223:2,
260:25, 263:16,
275:2, 276:5, 277:3,
280:8
**three-by-five** [2] -
11:15, 17:2
**three-week** [1] - 44:7
**threw** [3] - 221:12,
224:23, 227:10
**throughout** [4] -
18:17, 18:22, 19:23,
296:5
**Thursday** [2] - 5:21,
64:18
**timeliness** [1] -
278:21
**timing** [1] - 14:21
**tip** [1] - 131:8
**tired** [2] - 250:21,
250:25
**tires** [1] - 186:17
**tissue** [1] - 66:7
**Title** [2] - 16:4, 16:7
**Tobacco** [1] - 32:12
**Tobago** [1] - 266:6
**today** [22] - 5:3, 11:24,
13:1, 15:23, 17:13,
27:21, 73:22,
111:24, 142:15,
142:17, 142:22,
147:14, 151:21,
164:14, 177:14,
207:24, 212:16,
241:10, 266:10,
286:25, 287:18,
287:22
**together** [2] - 286:2,
288:25
**tomorrow** [16] -
138:20, 138:22,
138:23, 139:2,
142:17, 178:14,
179:11, 279:15,
285:4, 285:22,
286:5, 286:10,
286:25, 287:11,
287:23, 288:19
**tonight** [1] - 132:2
**took** [47] - 24:25,
42:16, 47:4, 58:10,
64:12, 69:3, 76:5,
86:22, 95:25,
100:21, 113:13,
117:22, 122:14,
133:24, 136:25,
143:1, 147:21,

152:11, 165:10, 166:5, 170:9, 173:24, 180:3, 185:22, 188:5, 191:18, 194:22, 200:15, 204:15, 213:6, 215:8, 220:20, 225:25, 226:1, 229:11, 229:12, 230:23, 235:9, 236:25, 241:16, 245:5, 251:19, 251:23, 254:19, 261:2, 266:17, 271:25
**tool** [2] - 106:13, 107:4
**top** [4] - 18:3, 199:7, 295:8, 295:9
**tough** [1] - 259:3
**tours** [1] - 102:18
**toward** [1] - 120:16
**towards** [9] - 16:17, 69:24, 115:1, 129:24, 130:18, 176:9, 183:3, 222:3, 253:14
**towers** [1] - 171:18
**town** [2] - 90:4, 197:4
**track** [2] - 88:19, 216:23
**tracking** [1] - 81:19
**Trade** [1] - 148:17
**trade** [4] - 79:25, 94:22, 148:14, 258:13
**trading** [1] - 234:18
**traditional** [1] - 11:11
**traffic** [1] - 48:14
**trafficking** [4] - 85:12, 88:8, 94:15, 200:1
**trail** [1] - 74:9
**train** [1] - 54:15
**trained** [1] - 76:25
**training** [14] - 34:7, 50:23, 54:11, 54:12, 87:1, 98:4, 98:5, 98:18, 106:9, 106:10, 106:11, 106:20, 213:14, 282:4
**transcribed** [1] - 301:13
**Transcript** [1] - 1:25
**TRANSCRIPT** [1] - 1:8
**transcript** [1] - 301:12
**transcription** [1] - 1:25
**transcripts** [3] - 246:19, 247:19,

248:6
**translate** [1] - 299:4
**translation** [1] - 295:22
**transpired** [1] - 93:22
**travel** [3] - 181:3, 193:1
**traveled** [11] - 25:8, 26:1, 26:10, 26:15, 26:20, 105:10, 126:1, 126:3, 149:14, 201:24, 202:1
**traveling** [1] - 68:12
**Travelled** [1] - 104:16
**Treasury** [5] - 82:13, 87:5, 87:6, 87:7, 89:15
**Treasury's** [3] - 85:17, 85:19, 91:11
**treat** [2] - 31:19, 265:14
**treated** [5] - 35:12, 60:14, 117:2, 147:6, 222:6
**treatment** [6] - 228:9, 228:10, 228:12, 228:23, 228:24, 241:3
**TRIAL** [1] - 1:8
**trial** [68] - 6:12, 7:18, 10:19, 14:25, 16:24, 18:15, 18:17, 18:23, 18:24, 18:25, 19:7, 19:23, 24:21, 24:24, 26:25, 28:12, 36:9, 38:7, 39:1, 42:9, 52:8, 80:20, 85:14, 92:15, 92:17, 92:23, 93:5, 93:9, 93:10, 93:13, 93:22, 102:2, 108:23, 109:25, 111:4, 111:18, 112:11, 123:10, 124:12, 127:15, 132:4, 134:4, 152:21, 153:3, 153:13, 159:15, 160:6, 160:9, 168:3, 171:16, 171:22, 172:25, 186:24, 200:22, 216:10, 219:22, 221:18, 242:15, 263:23, 279:12, 282:14, 293:23, 293:25, 294:17, 296:5, 299:13, 300:24
**trials** [8] - 39:19, 39:24, 80:11, 85:22,

88:20, 122:25, 183:10, 205:5
**tribes** [1] - 74:23
**trick** [1] - 211:25
**tried** [1] - 289:22
**trigger** [2] - 248:1, 248:22
**triggering** [1] - 247:2
**Trinidad** [2] - 262:6, 266:5
**trips** [2] - 180:19, 180:24
**trouble** [6] - 17:24, 46:24, 101:9, 117:5, 222:10, 229:24
**troubling** [1] - 283:14
**Trovena** [1] - 29:15
**true** [2] - 96:7, 266:25
**truth** [3] - 31:21, 105:22, 108:1
**truthful** [3] - 165:6, 165:14, 210:21
**truthfully** [1] - 147:8
**try** [17] - 26:19, 41:22, 66:1, 73:2, 73:7, 82:14, 101:13, 102:16, 103:15, 106:1, 106:5, 110:16, 111:14, 133:4, 159:16, 259:1, 276:20
**trying** [7] - 17:13, 62:12, 165:13, 223:24, 274:4, 281:15, 292:1
**Tucker** [1] - 28:20
**Tuesday** [6] - 1:4, 64:21, 65:12, 65:23, 67:9, 301:8
**tumor** [3] - 64:19, 64:20, 65:14
**turkey** [1] - 127:3
**turn** [1] - 127:21
**turned** [2] - 11:10, 127:15
**turns** [2] - 123:1, 283:15
**TV** [7] - 135:11, 161:22, 163:23, 164:3, 223:18, 257:24, 257:25
**twelve** [5] - 16:16, 42:6, 53:12, 274:15, 274:19
**twenties** [3] - 96:19, 116:19, 245:14
**twenty** [39] - 5:6, 5:7, 5:8, 5:10, 5:16, 7:14, 7:20, 8:18, 25:21, 40:8, 40:9, 40:10,

42:4, 61:22, 63:3, 87:18, 113:20, 145:19, 146:15, 178:4, 178:19, 198:4, 205:18, 220:7, 224:12, 245:17, 245:20, 246:4, 246:5, 249:14, 250:17, 273:1, 274:5, 274:6, 274:10, 274:19, 275:15
**twenty-five** [2] - 145:19, 146:15
**twenty-four** [1] - 273:1
**twenty-minute** [1] - 250:17
**twenty-nine** [1] - 275:15
**twenty-one** [2] - 178:4, 178:19
**twenty-seven** [2] - 274:5, 274:6
**twenty-six** [4] - 42:4, 274:6, 274:10, 274:19
**twenty-something** [2] - 220:7, 224:12
**twenty-three** [1] - 205:18
**twenty-year** [1] - 8:18
**twice** [3] - 246:8, 252:2, 252:4
**twin** [1] - 171:18
**two** [65] - 4:19, 8:11, 8:14, 12:3, 14:3, 16:5, 16:16, 21:14, 30:6, 42:4, 44:7, 44:10, 44:13, 54:18, 59:4, 62:5, 63:9, 63:16, 64:16, 65:2, 66:3, 74:17, 76:19, 86:2, 90:4, 93:7, 103:16, 118:12, 123:15, 128:12, 135:1, 155:22, 166:16, 169:8, 175:3, 177:7, 186:5, 186:16, 190:19, 193:20, 196:23, 199:21, 211:2, 212:14, 220:3, 221:2, 237:5, 246:1, 261:9, 263:11, 263:13, 264:8, 274:16, 274:19, 275:1, 276:16, 276:19, 286:6, 288:2, 288:4, 288:13, 288:14,

289:7, 290:19
**two-minute** [1] - 289:7
**two-week** [1] - 44:7
**two-year** [1] - 123:15
**type** [11] - 34:6, 51:2, 51:10, 83:18, 115:16, 161:8, 219:7, 229:16, 229:21, 234:9, 238:23
**typewritten** [1] - 301:14
**typical** [2] - 166:1, 270:16
**typically** [1] - 246:24

**U**

**U.S** [18] - 1:12, 16:8, 30:7, 32:7, 74:9, 74:18, 76:24, 77:16, 87:13, 91:20, 128:1, 156:7, 156:18, 171:3, 195:25, 196:17, 241:23, 252:16
**U.S.C** [1] - 16:13
**ultimately** [1] - 125:9
**unable** [7] - 19:18, 38:17, 39:15, 128:22, 245:18, 250:23
**unanimous** [1] - 20:18
**unattended** [1] - 44:3
**unauthorized** [1] - 284:3
**unaware** [1] - 296:1
**unbiased** [1] - 165:8
**unclassified** [1] - 105:6
**uncle** [2] - 103:4, 155:21
**unclear** [1] - 274:7
**uncomfortable** [1] - 249:12
**under** [17] - 7:16, 8:15, 8:16, 18:15, 37:11, 112:10, 160:18, 165:4, 240:21, 270:21, 277:9, 277:24, 278:2, 278:3, 284:12, 291:16, 295:12
**under-representation** [4] - 277:9, 277:24, 278:2, 278:3
**Undergrad** [1] - 231:11
**Undersecretary** [2] -

202:13, 202:20
**understood** [3] - 9:4, 194:5, 215:2
**unemployed** [2] - 137:9, 144:25
**unfair** [3] - 35:15, 172:19, 172:23
**unfairly** [1] - 60:15
**unfortunately** [1] - 253:11
**union** [1] - 138:7
**unit** [1] - 33:6
**united** [1] - 1:22
**UNITED** [3] - 1:1, 1:2, 1:9
**United** [40] - 4:5, 4:10, 15:4, 15:9, 15:24, 16:4, 16:7, 22:18, 23:7, 23:11, 23:15, 23:20, 23:25, 26:22, 27:3, 33:9, 35:19, 36:15, 36:25, 37:4, 37:10, 37:14, 37:16, 38:5, 39:20, 39:21, 39:24, 40:1, 80:12, 81:3, 89:1, 102:9, 128:6, 128:7, 182:10, 205:17, 205:25, 293:6, 301:9
**University** [6] - 76:16, 149:17, 211:3, 227:1, 229:12, 244:11
**university** [3] - 51:4, 242:22, 243:5
**unjustly** [1] - 222:7
**unless** [8] - 18:18, 19:23, 21:19, 57:19, 200:3, 270:19, 296:21, 297:17
**unnecessarily** [1] - 285:11
**unpleasant** [1] - 201:12
**unusual** [1] - 14:8
**up** [103] - 7:24, 25:19, 26:25, 27:5, 27:25, 41:10, 41:25, 42:12, 43:3, 43:16, 44:2, 45:2, 46:14, 54:12, 55:16, 55:17, 55:21, 55:25, 57:22, 59:13, 65:11, 66:3, 67:11, 69:8, 70:18, 72:18, 73:12, 83:10, 84:1, 84:4, 92:24, 96:23, 108:7, 113:10, 118:13, 125:10, 131:18, 138:21, 143:7, 154:13,

154:23, 156:7, 158:6, 159:24, 159:25, 160:1, 160:12, 160:13, 160:20, 160:22, 161:1, 161:10, 174:4, 177:20, 178:22, 181:20, 191:2, 195:2, 201:7, 221:14, 224:24, 225:1, 227:13, 227:15, 228:7, 235:14, 242:12, 248:10, 248:16, 249:4, 249:8, 249:11, 249:13, 259:20, 264:19, 264:24, 264:25, 275:14, 275:18, 277:14, 277:20, 278:19, 281:19, 283:9, 284:15, 285:9, 285:20, 285:22, 287:12, 287:14, 287:19, 287:22, 287:25, 288:5, 288:7, 288:9, 290:10, 292:1, 292:2, 294:8, 294:23, 296:16, 300:2
**upcoming** [1] - 283:7
**USA** [1] - 301:7
**useful** [1] - 56:22
**Usla** [1] - 255:20
**utilize** [1] - 106:21
**UVA** [1] - 231:10

## V

**VA** [1] - 202:17
**vacation** [4] - 134:5, 134:7, 210:20, 210:22
**value** [5] - 16:11, 24:5, 24:6, 81:6, 128:2
**variety** [1] - 202:18
**various** [2] - 51:7, 109:14
**vehicles** [2] - 174:19, 174:20
**venires** [1] - 277:6
**verdict** [36] - 16:19, 20:16, 20:17, 20:22, 22:11, 47:14, 52:4, 52:13, 125:8, 125:10, 143:12, 146:6, 148:4, 150:9, 150:10, 150:12, 157:13, 157:22,

166:15, 169:11, 186:20, 186:21, 187:1, 195:16, 198:19, 198:22, 201:2, 237:11, 239:14, 252:7, 252:10, 256:5, 281:10
**verdicts** [5] - 118:9, 146:2, 169:16
**Verizon** [3] - 174:9, 174:20, 177:6
**versus** [9] - 4:5, 6:11, 15:4, 15:25, 201:18, 276:21, 277:2, 293:6, 301:7
**vest** [2] - 199:19
**veterans** [2] - 182:7, 202:11
**Veterans** [1] - 202:14
**vice** [2] - 261:16, 264:3
**victim** [22] - 34:21, 35:1, 59:24, 69:10, 114:18, 126:12, 140:6, 140:9, 145:16, 175:19, 182:14, 182:15, 203:11, 203:15, 214:10, 217:24, 218:1, 221:3, 238:1, 238:4, 253:8, 257:15
**Vietnam** [1] - 115:15
**view** [8] - 20:4, 20:9, 20:19, 144:13, 151:12, 157:25, 247:21, 281:18
**viewer** [1] - 38:20
**viewpoint** [1] - 120:1
**views** [12] - 36:24, 37:2, 84:15, 93:15, 94:22, 95:1, 128:13, 130:25, 144:8, 144:11, 155:4
**vigorously** [1] - 296:16
**violate** [2] - 16:3, 23:10
**violated** [1] - 56:3
**violating** [1] - 23:7
**violation** [4] - 16:4, 16:6, 16:13, 87:13
**violations** [2] - 120:13, 120:16
**violence** [7] - 38:5, 38:13, 152:19, 161:18, 161:25, 162:6, 267:2
**violent** [2] - 102:7, 162:18

**Virginia** [13] - 28:19, 29:14, 29:17, 30:13, 71:15, 71:17, 139:11, 243:6, 243:13, 268:22, 283:20, 284:5, 284:8
**virtue** [1] - 6:10
**vis** [2] - 106:17
**vis-a-vis** [1] - 106:17
**vision** [2] - 245:18, 249:12
**visited** [2] - 63:14, 149:17
**voice** [3] - 154:13, 181:20, 235:3
**VOIR** [1] - 3:4
**voir** [12] - 5:9, 11:6, 11:13, 11:17, 16:15, 16:22, 55:18, 55:21, 56:7, 56:20, 284:14, 284:18
**VOLUME** [1] - 1:8
**vote** [2] - 19:9, 19:16
**voted** [1] - 110:1
**vs** [1] - 1:3

## W

**W-O-J-N-O** [1] - 30:15
**Wahhabis** [1] - 78:7
**Wahhabist** [3] - 74:9, 74:21, 75:17
**WAHHABIST** [1] - 74:10
**Wahhabists** [2] - 75:6, 78:1
**wait** [5] - 42:13, 45:15, 57:4, 287:1, 287:8
**waiting** [1] - 170:24
**waive** [1] - 42:1
**walk** [3] - 86:3, 86:14, 86:19
**walking** [1] - 68:11
**walks** [2] - 86:3, 86:17
**Wall** [1] - 80:5
**wants** [8] - 58:2, 58:5, 87:12, 158:16, 290:18, 292:11, 295:1, 297:10
**war** [9] - 37:4, 102:19, 144:9, 144:11, 144:13, 171:19, 172:3, 172:17, 236:20
**War** [3] - 65:7, 77:12, 77:14
**Ward** [1] - 197:15
**warn** [1] - 10:13
**wars** [2] - 36:25, 128:14

**washers** [1] - 239:3
**Washington** [12] - 1:4, 1:14, 1:18, 1:23, 63:18, 187:11, 213:20, 224:1, 244:11, 260:5, 293:6, 293:25
**waste** [1] - 279:14
**wasted** [1] - 17:13
**watch** [23] - 34:16, 70:22, 129:3, 129:5, 129:6, 135:11, 135:13, 141:12, 144:2, 144:3, 144:5, 149:21, 164:3, 176:14, 197:10, 197:13, 204:23, 205:1, 223:12, 223:14, 253:17, 257:22, 257:24
**wavering** [1] - 165:10
**ways** [1] - 101:9
**weapons** [1] - 87:18
**web** [1] - 98:13
**web-based** [1] - 98:13
**Wednesday** [2] - 66:1, 244:13
**week** [15] - 5:20, 14:4, 44:7, 54:18, 64:21, 68:15, 107:10, 137:15, 211:4, 211:12, 212:13, 245:25, 246:1, 246:9
**weekend** [2] - 68:16, 292:4
**weeks** [18] - 12:6, 21:3, 21:7, 44:14, 54:18, 63:10, 76:22, 132:5, 132:7, 132:9, 132:13, 170:18, 210:17, 211:20, 245:12, 245:24, 263:11, 263:13
**weight** [1] - 31:13
**welcome** [5] - 227:7, 228:20, 230:2, 230:10, 297:10
**Westport** [1] - 77:9
**whatnot** [2] - 110:8, 162:11
**whatsoever** [1] - 22:13
**whereof** [1] - 301:15
**whistle** [2] - 124:24, 125:14
**whistle-blower** [2] - 124:24, 125:14
**white** [5] - 66:11, 178:1, 185:14, 234:19, 277:24

**White** [2] - 196:5, 196:11
**whiter** [1] - 277:22
**whites** [6] - 273:22, 273:24, 275:17, 275:18, 275:19, 278:23
**whole** [5] - 72:10, 265:19, 273:25, 294:22, 300:3
**wife** [6] - 123:2, 126:14, 131:18, 132:3, 149:15, 256:17
**wife's** [1] - 210:19
**willing** [7] - 158:6, 162:10, 184:24, 207:24, 208:7, 270:18, 281:21
**willingness** [1] - 212:20
**Wilmer** [3] - 230:19, 232:4, 233:7
**WilmerHale** [2] - 230:21, 232:3
**wine** [1] - 250:12
**wiped** [1] - 248:25
**wise** [2] - 198:2, 295:23
**wished** [1] - 290:6
**wishes** [2] - 14:14, 289:21
**witness** [76] - 31:12, 31:15, 34:22, 35:1, 35:7, 35:9, 42:12, 42:16, 47:4, 48:10, 48:16, 58:10, 59:24, 64:12, 69:3, 69:10, 76:5, 86:22, 91:14, 92:12, 95:25, 100:21, 103:11, 105:20, 113:13, 114:19, 117:22, 122:14, 126:13, 133:24, 136:10, 136:25, 140:6, 143:1, 145:16, 147:21, 152:11, 165:8, 166:5, 170:9, 173:24, 175:20, 180:3, 182:14, 185:22, 188:5, 191:18, 194:22, 200:15, 203:12, 204:15, 213:6, 214:10, 215:8, 217:24, 220:20, 221:3, 230:23, 235:9, 236:25, 238:1, 241:16,

242:8, 245:5, 251:19, 253:8, 254:19, 257:16, 261:2, 265:14, 266:17, 271:25, 286:15, 299:5, 299:17, 301:15
**witnessed** [1] - 242:11
**witnesses** [19] - 12:15, 28:3, 28:7, 28:14, 39:8, 56:18, 105:17, 111:7, 135:6, 151:8, 190:9, 268:2, 298:7, 298:8, 298:16, 298:23, 299:1, 299:9, 299:19
**Wojno** [1] - 30:15
**woman** [2] - 86:2, 274:8
**wonder** [1] - 65:11
**wondering** [1] - 110:24
**word** [5] - 53:5, 124:24, 130:25, 269:15, 287:2
**words** [2] - 99:14, 107:20
**Workplace** [1] - 167:5
**works** [24] - 81:18, 81:20, 81:21, 85:18, 134:12, 135:17, 149:25, 196:4, 209:17, 215:23, 241:22, 241:25, 242:2, 254:25, 255:3, 255:7, 258:10, 258:12, 261:9, 261:18, 264:3, 275:20, 288:10
**World** [4] - 65:7, 256:24, 257:9, 259:12
**world** [2] - 71:3, 119:2
**worried** [1] - 109:21
**worry** [2] - 134:8, 281:20
**worse** [2] - 67:9, 67:10
**worthwhile** [1] - 287:2
**wound** [1] - 72:18
**wow** [1] - 63:22
**write** [50] - 17:9, 18:3, 19:4, 19:12, 19:19, 20:6, 20:11, 20:15, 21:1, 21:25, 22:5, 22:22, 23:3, 24:20, 25:18, 26:12, 26:17, 27:12, 27:17, 27:23, 28:10, 31:3, 31:23, 32:22, 33:7, 33:13,

34:4, 34:7, 34:14, 34:19, 35:3, 35:10, 35:15, 35:22, 36:12, 36:22, 37:1, 37:4, 37:7, 37:11, 38:14, 38:19, 38:25, 39:17, 40:1, 41:17, 299:21, 300:7, 300:8, 300:10
**writes** [1] - 85:7
**wrongly** [1] - 68:23
**wrote** [8] - 41:22, 68:21, 70:21, 73:10, 79:16, 85:17, 189:18, 199:18

## Y

**y'all** [1] - 53:15
**Yaseen** [1] - 29:25
**YASEEN** [1] - 29:25
**year** [13] - 7:18, 8:18, 54:17, 123:15, 131:25, 149:17, 210:25, 231:21, 234:5, 234:7, 236:12, 242:10, 243:14
**yearly** [1] - 77:5
**years** [89] - 7:5, 7:11, 7:14, 7:20, 25:21, 34:19, 43:14, 47:22, 50:21, 50:25, 52:22, 60:10, 61:3, 61:22, 62:4, 63:2, 63:3, 63:7, 63:9, 63:24, 70:8, 74:17, 76:19, 85:15, 90:4, 90:7, 90:12, 90:15, 91:3, 109:9, 113:20, 114:16, 115:21, 118:20, 120:25, 123:22, 135:25, 142:3, 143:20, 145:19, 146:14, 146:15, 154:11, 154:12, 159:9, 163:12, 177:7, 183:19, 193:17, 193:20, 194:10, 196:23, 198:5, 199:20, 201:6, 201:9, 202:20, 202:25, 205:18, 206:9, 206:13, 216:18, 217:22, 218:7, 218:24, 219:6, 220:4, 220:7, 222:14, 223:10, 224:11, 224:13, 226:18, 226:19,

226:23, 227:1, 237:24, 239:9, 243:10, 253:12, 255:25, 257:7, 262:10, 269:5, 269:6, 273:1
**yellow** [1] - 41:5
**Yemen** [2] - 74:6, 76:18, 83:22
**yesterday** [1] - 286:25
**York** [2] - 1:13, 64:23
**young** [2] - 44:3, 274:8
**younger** [4] - 126:22, 149:7, 154:19, 270:25
**youngest** [2] - 43:13, 44:23
**yourself** [8] - 100:3, 102:13, 164:7, 248:13, 249:17, 296:3, 296:5, 296:8
**yourselves** [2] - 15:5, 32:19, 53:15

## Z

**Zaeb** [1] - 30:8
**ZAEB** [1] - 30:9
**Zimbabwe** [1] - 87:18
**ZIP** [2] - 275:19, 275:23
**zone** [1] - 36:21