```
                UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :
                             :  Docket No.: CR 06-334-1
        vs.                  :
                             :      Washington, DC
HAJI BAGCHO,                 :   9:52 a.m., Wednesday
                             :    February 22, 2012
            Defendant.       :
                             :
_____x


         REPORTER'S OFFICIAL TRANSCRIPT OF JURY TRIAL
                        VOLUME 2
          BEFORE THE HONORABLE ELLEN S. HUVELLE
           UNITED STATES DISTRICT JUDGE (AND A JURY)

APPEARANCES:

  For the Government:    MATTHEW R. STIGLITZ, ESQ.
                         MARLON COBAR, ESQ.
                         U.S. Department of Justice
                         1400 New York Avenue, NW
                         8th Floor
                         Washington, DC 20530
                         (202) 305-3646


  For the Defendant:     SHAWN F. MOORE, ESQ.
                         MICHELLE M. PETERSON, ESQ.
                         Federal Public Defender
                         625 Indiana Avenue, NW
                         Suite 550
                         Washington, DC 20004
                         (202) 208-7500, Ext. 102




  Court Reporter:        CHANTAL M. GENEUS, RPR, CRR
                         Certified Realtime Reporter
                         Registered Professional Reporter
                         United States District Court
                         333 Constitution Avenue, NW
                         Washington, DC 20001




Proceedings reported by machine shorthand. Transcript
produced by computer-aided transcription.
```

```
1                  A P P E A R A N C E S (Continued)

2

3

4   Also Present:        BARRY RHODES, Paralegal

5                        JEFFREY J. HIGGINS, DEA Agent

6                        NAIM SAIDI, Pashto Interpreter

7                        MIRWAIS HAMIDY, Pashto Interpreter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I   N   D   E   X

2
                                                            PAGE
3
     VOIR DIRE:                                               51
4
     OPENING STATEMENTS:
5
     MR. COBAR                                               141
6

7    WITNESSES:

8    REGINA LARRY

9        DIRECT EXAMINATION BY MS. PETERSON                    7

10       CROSS-EXAMINATION BY MR. STIGLITZ                     26

11

12                       E X H I B I T S

13
     GOVT.'S
14   NO.                 DESCRIPTION          MARKED  ADMITTED

15   1    Jury selection plan                  27       28

16

17

18

19

20

21

22

23

24

25

```
1                      P R O C E E D I N G S
2                 (Whereupon, at 9:52 a.m. the proceedings
3                 commenced and the following ensued outside
4                 the presence of the prospective jurors:)
5                 THE COURT:  Miss Peterson, we're moving
6        forward.  Let's cover one thing first.
7                 Yesterday I asked you about the hybrid
8        representation.  I've read some more, and it may well
9        be I have a discretion.  There's no constitutional
10       right to allow the defendant to give his own opening
11       statement and whether he's gonna testify or not.  I
12       think that it would be -- the Court is not going to
13       permit it.  I don't see a good reason for it.  I'm
14       wondering exactly why he thinks that his speaking to
15       the witnesses will happen during opening anyways.  I
16       think it's not what happens during an opening, but I
17       have some concern about that.
18                 So the Court -- consistent with *Tarantino*,
19       the DC Circuit case, T-A-R-A-N-T-I-N-O, the Court is
20       exercising its discretion and will not permit a pro se
21       opening statement.
22                 Now, on this question, how can you say what
23       you just said?  You would expect in a jury pool, if
24       thirty-four percent of the population is over
25       eighteen -- this is according to the census -- so
```

1  you're dealing with people who can get out if they are

2  too old, you're dealing with probably people who are

3  not U.S. citizens who cannot serve, is my

4  understanding, and there are other disqualifications

5  by law which I'm sure Regina can tell us.  But, in any

6  case, why is it that you would expect something

7  different than thirty-four, thirty-nine if you were

8  strictly representational?

9              MS. PETERSON:  Your Honor, maybe my math is

10  off, but I think because all you're doing -- you still

11  have all of the children in the other twenty-five

12  percent of the population who are automatically

13  excluded -- maybe it is forty percent.  Maybe you

14  would expect forty percent.  But it can't be you would

15  expect forty percent and thirty-five percent because

16  everybody else would be other, and the other

17  population is significantly lower than that.

18              THE COURT:  I think there must be an answer

19  to this that I will defer --

20              MS. PETERSON:  There's a reason I went to

21  law school instead of math school.

22              THE COURT:  -- to any of these gentlemen;

23  one is an intern, and one is a law clerk.  I trust

24  them better than myself in this.

25              (Discussion held off the record.)

1          THE COURT:  I think the law clerks are

2   correct, that the only way you're going to figure out

3   percentages is to know what percentage of "other"

4   constitutes over eighteen or whichever way you want to

5   put it, but it's not working this way.

6          Okay.  We have -- the head of our jury

7   office, Regina Larry, is here.  I don't know if you

8   want to proceed and ask her questions.  I have no

9   objection to that.  I'm not quite clear on what are

10  the options open at the moment.

11         MS. PETERSON:  No, Your Honor.  I think that

12  would be the thing to do, put on the record how this

13  jury pool was selected.

14         THE COURT:  Okay.

15         Mr. Stiglitz, other than saying good

16  morning, anything you want to say now?

17         MR. STIGLITZ:  No.

18         THE COURT:  Okay.  Good morning.

19         MR. STIGLITZ:  Good morning.

20         THE COURT:  Come on, Regina, if you don't

21  mind.  Thank you for coming.

22         She'll be a witness.

23         I asked Miss Larry -- L-A-W-R-Y?

24         THE WITNESS:  L-A-R-R-Y.

25         THE COURT:  -- to come and bring anything

1   related to how this jury was chosen and to be

2   available to testify about how we come up with a list

3   for venire in a general sense.  So the burden is

4   yours, I believe.

5          THE COURTROOM DEPUTY:  Miss Larry, please

6   raise your right hand.

7                    REGINA LARRY,

8   a witness, having first been duly sworn, was examined

9   and testified as follows:

10                 DIRECT EXAMINATION

11         BY MS. PETERSON:

12     Q.   Good morning, Miss Larry.

13     A.   Good morning.

14     Q.   Could you please explain how you were first

15  asked to create a jury pool for this case?

16     A.   I was first asked to create a jury pool so

17  that we could provide the Judge with sixty jurors.

18     Q.   And so were you asked to do a special pool

19  for this case?

20     A.   It's considered a special, but it works

21  basically in the same sense as any regular pool.

22     Q.   How is a special pool different from a

23  regular pool?

24     A.   A special pool is different from a regular

25  pool depending on the duration of the trial.  And we

1    send a prescreening form to the prospective jurors to

2    see if they could sit for the duration of the trial.

3          Q.    And is that what was done in this case?

4          A.    Yes.

5          Q.    What does the prescreening form consist of?

6          A.    Prescreening form basically says that they

7    are summoned for a particular date, and it explains to

8    them the duration of the trial, and it asks whether or

9    not they could sit for the duration of the trial.  And

10   if they cannot, to explain why.

11         Q.    Okay.  And so that was done in this case?

12         A.    Yes.

13         Q.    And they were told it would be a three-week

14   trial?

15         A.    Yes.

16               THE COURT:  Probably three to four?

17               THE WITNESS:  Three to four.

18               THE COURT:  We do it in two-week segments.

19               BY MS. PETERSON:

20         Q.    Do you keep track of who says they cannot

21   come?

22         A.    It's -- the people who said they cannot

23   come, we do keep a record of them in the jury office.

24         Q.    And who makes the decision on whether or not

25   to excuse the people who say they cannot come?

1         A.    We have been granted -- the jury staff has

2    been granted to make the decision.

3         Q.    And how do you make that decision?

4         A.    Based on -- we review their concerns or the

5    request to be either deferred or excused.  Some jurors

6    ask to be excused based on illnesses.  I mean, it's a

7    range of things.  Some jurors provide documentation as

8    far as travel, and it could be during the time that

9    the trial is going forward, or there could be

10   financial reasons.  There are various reasons they

11   request to be excused.

12        Q.    But you keep records on what the reasons

13   were given --

14        A.    Yes.

15        Q.    -- in this case?

16              Do you have those records with you?

17        A.    No.

18        Q.    I take it none of the information you have

19   with you would tell us why people are excused?

20        A.    No.  It's just for various reasons.

21              THE COURT:  Do you have any idea how many

22   got excused under that method?

23              THE WITNESS:  I believe it was 147 out of a

24   pool of 1,200.

25              THE COURT:  So you send out summonses to

1    1,200 people?

2              THE WITNESS:  Yes.

3              THE COURT:  And 147 came in with

4    hardship-type excuses?

5              THE WITNESS:  Yes.  Some were hardships, and

6    some were automatically excused for age over seventy.

7    They have that option.

8              THE COURT:  What about -- what else

9    disqualifies somebody, just so we know?

10             THE WITNESS:  To be disqualified,

11   noncitizen, nonresident, felon.

12             BY MS. PETERSON:

13        Q.   And those are people you disqualify?

14        A.   Yes.  They are automatically disqualified.

15             THE COURT:  But when they get back the

16   summons, you fill in whether you are any of those

17   people, so in case somebody slips through the cracks,

18   right, they then pick up more people?

19             THE WITNESS:  Yes.

20             THE COURT:  So 147 could include more than

21   your exercise of hardship exclusions?  It could be

22   people who are disqualified as well.

23             THE WITNESS:  No.  There's categories.  We

24   have excused categories which we discuss, and then

25   there's a disqualify category.  And the people who are

1  disqualified was 103.

2            THE COURT:  Okay.

3            BY MS. PETERSON:

4       Q.    That's separate from the 147 who are

5  excused?

6       A.    Yes.

7            THE COURT:  So the disqualified includes

8  age, too?

9            THE WITNESS:  No, just nonresidents,

10  noncitizens, and felons and also people who are not

11  over age eighteen.

12            BY MS. PETERSON:

13       Q.    And everyone else would have been -- that

14  was not brought in would have been in the excused

15  category?

16       A.    They either be in the excused.  We also have

17  undeliverable -- undeliverable mail.  So out of the

18  1,200 summons and questionnaires we mailed, we

19  received 353 that were undeliverable, people who are

20  moved out of the District of Columbia.

21       Q.    And do you keep -- do you know --

22            THE COURT:  Well, you don't actually know

23  that, if I may say?  Undeliverable means that the

24  person may not be at that address?

25            THE WITNESS:  Yes.

1          BY MS. PETERSON:

2      Q.   And do you keep track of where -- of those

3  undeliverables?  Would you be able to tell us how many

4  of those undeliverables came from Southeast DC or

5  Northwest DC?

6      A.   No.  We would have to go through it manually

7  to determine that.

8      Q.   But the records remain in the jury office at

9  this point?

10     A.   At this point, yes.

11     Q.   And when you send out the initial 1,200, how

12  were those 1,200 selected?

13     A.   There's a random selection.  The jury

14  management system on the computer randomly selects the

15  1,200 in a pool from the master wheel.

16     Q.   And that's done the same way as if it had

17  not been a special jury?

18     A.   Yes.

19          THE COURT:  What's the master pool consist

20  of?

21          THE WITNESS:  The master pool consists of no

22  more than 700,000 perspective -- well, citizens.

23          THE COURT:  Is it based on voter list?

24          THE WITNESS:  It's based on voter list, tax

25  revenue, and Department of Motor Vehicles.

1          THE COURT:  Is the 103 part of the 1,200?

2          I'm just trying to figure out the numbers

3    here.  You say 103 were disqualified.  Is that part of

4    your 1,200 or --

5          THE WITNESS:  Yes.

6          BY MS. PETERSON:

7    Q.    So the 1,200 that are sent out, 353 were

8    undeliverable, 147 were excused by the jury office,

9    103 were disqualified?

10         A.    Yes.  And there's one last category.

11         Q.    Okay.  What's the last category?

12         A.    Deferred.  We could either use deferred or

13    excused.  Seventy-seven were deferred, and that means

14    they were postponed to another date.  Same thing, they

15    could have had a hardship, or they could be going on

16    vacation, or, you know, things of that nature.  We

17    just defer them, and they automatically go back into

18    the wheel.

19         Q.    How do you make the difference between

20    deferred and excused?  So excused means they never

21    have to be on a jury?

22         A.    No.  They go back into the pool as well.

23    They go hand in hand.  I'm not sure why we have

24    deferred and excused, but they are all going to be

25    selected again at some point to serve.

     Q.   So, really, we should then add the

categories of deferred and excused as being

essentially the same?

     A.   Basically.  Also, in the excused, there are

people who are totally exempt.  We have no category

for exemptions, so we place them in excused, and those

are people who are military, appointed officials, and

police officers.

     Q.   What's "appointed official"?

     A.   Someone who is appointed by the President

and/or someone who was appointed by -- someone who is

appointed by the President, like a federal judge.

     Q.   But those people can serve if they want to,

say, under "exempt," they don't have to serve or --

     A.   They do not have to serve.  They are

exempted from serving on a jury duty.

          THE COURT:  I'm exempt here.

          THE WITNESS:  Yes.

          MS. PETERSON:  I remember a judge who was

serving, going over to Superior Court.

          THE COURT:  He can if you're not exempt.

          THE WITNESS:  That's different.

          THE COURT:  Yeah, if you're not exempt.

          BY MS. PETERSON:

     Q.   All right.  And anyone who is serving in the

1    military is automatically exempt?

2         A.    Yes.

3              THE COURT:  Is that part --

4              BY MS. PETERSON:

5         Q.    Are there any other categories of people who

6    are exempt?

7         A.    Those are the ones that are exempt.

8              THE COURT:  Are they part of the people who

9    we're talking about as excused or -- excused?

10             THE WITNESS:  Yes.

11             THE COURT:  So they are part of the 147?

12             THE WITNESS:  Yes.

13             BY MS. PETERSON:

14        Q.    Do you keep statistics on the race of the

15   jurors who are -- who receive -- of the 1,200 that are

16   sent out?

17        A.    They are on the computer system.

18        Q.    It's on the computer system?

19        A.    That we have, yes.

20        Q.    And do you know, of the 1,200 that were sent

21   out, how many were African American and how many were

22   white?

23        A.    Well, yesterday I printed that.  We do not

24   know that.  We did not know that up until yesterday

25   when we were requested to pull the records, and that's

1    when I printed out the pool, the entire pool, for this

2    selection process.  And it shows --

3            THE COURT:  Are we talking about 1,200

4    people now?

5            THE WITNESS:  1,200 for this entire pool.

6            BY MS. PETERSON:

7        Q.   Okay.

8        A.   It reflects 7.42 percent of Caucasian,

9    6.92 percent of African American, .42 percent

10   Asian, .08 percent multirace, .42 percent other.  Yes.

11       Q.   That would only be fifteen percent.

12       A.   And 84.75 percent -- or eighty-five percent

13   unknown.  And those are jurors, again -- when we mail

14   out the questionnaires and the summonses, at that time

15   we don't always have what their race is until they

16   complete the questionnaire and return it to us.

17       Q.   I see.  Self-reported race is what is

18   included in there?  The DMV records --

19       A.   From all source lists.  Not all source lists

20   would indicate the race.

21       Q.   Okay.  So that of that eighty-four percent

22   who are unknown when you sent that out, do you now

23   have a record of what their race is?

24       A.   So we now -- we printed out the source list

25   for the panel.

1      Q.   Okay.

2      A.   Once we created the panel, I printed this

3   out --

4      Q.   And this is something, again, for the

5   record, you did just because of this proceeding?

6      A.   Yes.

7      Q.   Okay.  What did you find from that list?

8      A.   It reflects thirty percent African American,

9   sixty-two and a half percent Caucasian, two and a half

10  percent Asian, two and a half percent other, two and a

11  half percent unknown.

12          THE COURT:  Now, where do these figures come

13  from, and what's your total?  Are you talking now

14  about 300-some people or what?

15          THE WITNESS:  We're now speaking of the

16  forty persons who were selected for your panel

17  yesterday.

18          THE COURT:  Oh.  Okay.

19          BY MS. PETERSON:

20     Q.   Okay.

21     A.   And this --

22     Q.   Is there any way to go back to the 1,200 who

23  received the notices, now that we have -- now that

24  they have -- well, I guess not all of them sent back

25  their --

1          A.    Right.

2          Q.    Of the people who sent back their

3    information, which I guess would be the 1,200 minus

4    the 353, right?

5          A.    Who returned their -- yes.  And there's also

6    362 people who did not respond at all.

7          Q.    362 did not respond?

8          A.    Yes.

9          Q.    But the summons was delivered?

10         A.    Yes, as far as I know.  We mailed it; they

11   did not respond.  It was not returned to us.

12         Q.    And, again, you don't know today whether

13   those 362 people lived -- in what section of the city

14   the 362 people lived?

15         A.    No.

16         Q.    But the system could show that?

17         A.    I could contact our IT department about

18   that.

19         Q.    And -- so if we take the 1,200 and we

20   subtract out that approximately 700, you actually only

21   had about 500 that you had returned, is that right,

22   approximately?

23              THE COURT:  485 came back in one form or

24   another.

25              MS. PETERSON:  Right.

1          THE COURT:  And of that, then some people

2    are disqualified, 103 by definition.

3          MS. PETERSON:  Right.

4          THE COURT:  And then of the 382, we have

5    another group of people who were excused of 147.

6          Do you know the -- yes?  No?

7          THE WITNESS:  Yes.

8          THE COURT:  Do you know the race of the

9    people who were excused?

10          THE WITNESS:  No.

11          BY MS. PETERSON:

12    Q.    Does the system reflect that, though?

13    A.    It should.

14          THE COURT:  Because of the people who

15    responded, the 485, all of them self-identify in the

16    form in one way or another?

17          THE WITNESS:  The ones who responded?

18          THE COURT:  Yes.  You said, the system

19    should know.  I'm just asking what is the basis for

20    their system's knowledge.

21          THE WITNESS:  The system, we would have to

22    manually go in to see the race.

23          BY MS. PETERSON:

24    Q.    Right.  But if somebody got a questionnaire

25    or the summons, their response is supposed to include

```
1    their race, right?
2         A.    It should.
3              THE COURT:  But it's a self-identification.
4    It could be African American, Caucasian, other; it
5    could be --
6              THE WITNESS:  Yes, unknown.
7              THE COURT:  Or you can refuse to answer,
8    too?
9              THE WITNESS:  Yes.
10              THE COURT:  So out of the 485 that came
11    back, you have no idea what the breakup was, plus you
12    don't know how many chose not to tell you?
13              THE WITNESS:  Correct.
14              BY MS. PETERSON:
15         Q.    But that information discovered, it's in the
16    system?
17         A.    Yes.
18         Q.    Is there any other information that you
19    brought with you today that would shed any light on
20    the racial -- why we ended up with the racial makeup
21    that we did in the jury pool today?
22         A.    No.  It's purely randomized.
23              THE COURT:  What does that mean?  You get
24    down to -- after you do the excusing -- so you
25    disqualified 103, you've excused 147, so you have a
```

1    pool out there of 235.  How do you get the forty who

2    walk in the courtroom?

3                    THE WITNESS:  The forty that walk into the

4    courtroom, the day before the trial selection process,

5    we random -- the computer randomly selected sixty

6    jurors -- we have a report here -- randomly selected

7    sixty jurors.  We cushion it to account for the

8    no-show because there are times when prospective

9    jurors do not show.

10                   So we put on -- we place sixty jurors on in

11   order to make sure that we got forty jurors for the

12   selection process.  That was totally randomized.

13                   Of the sixty we placed on, fifty-two jurors

14   reported for the selection process.  Then we create

15   the panel, and that is randomized as well.  And we key

16   in forty jurors, and the computer randomly selected

17   forty out of the fifty-two who reported yesterday.

18                   THE COURT:  You mean fifty-two were sitting

19   in the jury room?

20                   THE WITNESS:  Yes.

21                   THE COURT:  And what happens to -- just out

22   of curiosity, what happens to the twelve that didn't

23   walk in here?

24                   THE WITNESS:  We send them home.

25                   THE COURT:  And some of them are here today.

1          THE WITNESS:  And some of them may be here

2   today.  Again, that was a random selection as well.

3          THE COURT:  Off the list of 235, though, you

4   are still dealing with the same pool?

5          THE WITNESS:  With the same.

6          THE COURT:  So you say to the computer, give

7   me sixty jurors --

8          THE WITNESS:  Yes.

9          THE COURT:  -- and it just spews them out?

10          Do you know how it spews them out, like one

11   every fifth or one every --

12          THE WITNESS:  No idea.

13          THE COURT:  There's no attempt to make pools

14   based on quadrants?

15          THE WITNESS:  No.

16          THE COURT:  So the fact that the list

17   yesterday had a lot of Northwest residents, you don't

18   have any particular explanation for that?

19          THE WITNESS:  No.

20          THE COURT:  Okay.  All right.

21          BY MS. PETERSON:

22     Q.   The six that are scheduled to come in today,

23   just so I understand, are those the next six on the

24   list of sixty or fifty-two --

25     A.   No.

1          Q.    -- or you went back and reselected different

2      people?

3          A.    Six different people were randomly selected

4      by the computer of the pool of qualified jurors.

5          Q.    Okay.  Let me ask you this:  Of the

6      fifty-two who reported yesterday, do you have a racial

7      makeup for the twelve that were sent home?

8          A.    No.

9          Q.    Does the system have that?

10         A.    Yes, it should.

11              THE COURT:  Only if they reported it on the

12     form?

13              THE WITNESS:  Yes.

14              THE COURT:  So to say the system necessarily

15     has it -- I mean, do you have any sense, in your

16     experience, how many people actually fill out what

17     they are when they fill out your form in the first

18     instance?

19              THE WITNESS:  Right.  The majority of them

20     do complete the entire questionnaire.  And if they do

21     not, when they do report, we do ask that they complete

22     it.  So it should be completed.

23              BY MS. PETERSON:

24         Q.    If we look at the forty that we got, all but

25     2.5 percent were known, right?  Most of them reported?

```
1        A.   Yes.

2        Q.   So you would expect the system would

3   actually show us the race of most of the people who

4   filled out the form?

5        A.   Yes.

6        Q.   The vast majority?

7        A.   Yes.

8             THE COURT:  So your statistic -- I'm

9   sorry -- of thirty and sixty-two --

10            MS. PETERSON:  That's the actual panel.

11            THE WITNESS:  Yes.

12            THE COURT:  Yes, but is that based on their

13  self-reporting?

14            THE WITNESS:  Yes.

15            THE COURT:  And so two and a half percent of

16  the forty didn't -- when you say "unknown," it means

17  they didn't fill out the form?

18            THE WITNESS:  They chose not to, yes.

19            THE COURT:  Okay.  Got it.

20            BY MS. PETERSON:

21       Q.   So the system would be able to tell us

22  whether the twelve people who were sent home, what

23  race they were?

24       A.   It should.

25       Q.   Based on what they reported?  And it would
```

```
 1    also, I take it, be able to tell us the race of the

 2    eight who didn't show up?

 3         A.   Yes.

 4         Q.   Because they are people who sent the form

 5    in?

 6         A.   Yes.

 7         Q.   So if we were to do -- so we could gather

 8    some statistics from the jury office to see whether or

 9    not there's a systemic exclusion of some folks based

10    on the way the parameters are set up, right?  We could

11    determine whether excusing people who simply don't

12    deliver their mail tends to exclude people who live in

13    Southeast DC, right?

14              THE COURT:  I object to the question.  Thank

15    you.  That's not what it means by "systemic," but

16    anyways.  Okay.  You're suggesting that somewhere or

17    another people whose mail is nondeliverable, there's

18    something systemically inherently biased about that.

19              The jury office can't control who moves and

20    don't tell people, isn't there anymore, or doesn't

21    choose to pick up their mail, however you define it.

22    Okay.

23              MS. PETERSON:  Well, we would be able to

24    determine whether there's -- whether, statistically --

25    whether it is more likely -- we could tell from those
```

1    records who is not returning -- who is not returning

2    the questionnaires, whether it's people who live in

3    Northwest DC, whether it's people who live in

4    Southeast, Southwest, or Northeast based on the

5    records that are in your system?

6            THE WITNESS:  I would say possibly.

7            BY MS. PETERSON:

8       Q.   Yeah, because you keep track of mail that's

9    not deliverable, right?

10      A.   Yes.

11           MS. PETERSON:  I have nothing further of the

12   witness, Your Honor.

13                   CROSS-EXAMINATION

14           BY MR. STIGLITZ:

15      Q.   Good morning, Miss Larry.

16      A.   Good morning.

17      Q.   I would like to actually focus your

18   attention on the system rather than the particular

19   case, if I may.  Is there any sort of written policy

20   that guides the jury office in determining how it

21   selects different venires?

22      A.   The jury -- our jury selection plan.

23      Q.   Do you have a copy of that with you?

24      A.   Yes.

25      Q.   Can we see it, please.

```
1              THE COURT:  I just need to go back to one

2    thing Miss Peterson said.  If I'm correct, other than

3    maybe manually figuring out where people live by

4    quadrant only, the nondeliverable and nonresponse, you

5    don't have any idea what the race is?

6              THE WITNESS:  I personally do not.

7              THE COURT:  Well, no.  Why would the system,

8    though?  Put aside what you know.  I'm sorry.

9              THE WITNESS:  Okay.

10             THE COURT:  That 715 people that did not

11   respond and/or it was not deliverable to, you might be

12   able to determine where it was mailed to?

13             THE WITNESS:  Yes.

14             THE COURT:  But nothing more?

15             THE WITNESS:  Correct.

16             THE COURT:  If somebody doesn't respond, you

17   don't have any idea what race, how they identify

18   themselves?

19             THE WITNESS:  Correct.

20             MR. STIGLITZ:  Your Honor, we ask that this

21   be admitted as Exhibit 1, which is the jury selection

22   plan for the District Court.

23             THE COURT:  Sure.  Any objection?

24             MS. PETERSON:  No, Your Honor.

25                       (Government's Exhibit Number 1 was
```

```
 1                          marked for identification.)

 2                          (Government's Exhibit Number 1,

 3                          previously marked for

 4                          identification, was received in

 5                          evidence.)

 6              BY MR. STIGLITZ:

 7         Q.   Miss Larry, can you just explain -- we've

 8    kind of done it in a scattershot fashion.  I would

 9    like to focus very quickly, how is the jury master

10    wheel constructed?

11         A.   The jury master wheel is constructed of

12    source lists, such as the voter registration, tax and

13    revenue, and the Department of Motor Vehicles.  All

14    those sources are merged together, which creates our

15    master wheel.

16         Q.   Okay.  And you say your master wheel can't

17    exceed 700,000.  Can you tell us approximately the

18    size of the master wheel from which this 1,200 jurors

19    were selected?

20         A.   More than 500,000.

21         Q.   And other than, perhaps, the Department of

22    Motor Vehicles -- well, to your knowledge, is the

23    computer that is -- the computer system that's

24    designed to generate this master list, does it take

25    race into consideration in determining how this list
```

1    is created?

2        A.   No.

3        Q.   Other than taking this raw quantity of

4    people from these three different sources, is there

5    any other mechanism by which -- or any other

6    considerations that the computer considers when

7    generating the master list?

8        A.   No.

9            THE COURT:  Does the computer know who's

10   disqualified?

11            THE WITNESS:  Yes.  The -- yes.

12            THE COURT:  So in theory, I shouldn't be on

13   the list?

14            THE WITNESS:  If you inform us that you're

15   unable to serve -- ultimately --

16            BY MR. STIGLITZ:

17        Q.   For example --

18        A.   The computer does not know.

19            THE COURT:  Because I got a summons not too

20   long ago.

21            THE WITNESS:  The computer does not know

22   prior to sending out a summons and questionnaire as to

23   whether or not a citizen is qualified or not.

24            BY MR. STIGLITZ:

25        Q.   For example, felons are getting summonses,

1    people under eighteen might be getting -- if they slip

2    through the cracks, might be getting summonses?

3        A.    Yes.

4            THE COURT:  But there shouldn't be anybody

5    in the voter list -- oh, DMV list could be under

6    eighteen.

7            MR. STIGLITZ:  Or taxes, theoretically, I

8    suppose.

9            THE WITNESS:  Yes.

10            BY MR. STIGLITZ:

11        Q.    So the computer just knows these persons are

12    on one of these three lists and, therefore, they are a

13    potential juror?

14        A.    Yes.

15        Q.    It draws all these jurors in, taken -- so

16    you have this master wheel?

17        A.    Yes.

18        Q.    And once the master wheel is constructed,

19    when you program in -- and, by the way, I can only

20    assume that you selected 1,200 people because, I

21    suspect -- you'll correct me if I'm wrong -- that this

22    quantity of disqualifications, undeliverable mail,

23    deferrals, this probably isn't a very unusual figure

24    for a panel of this type.  Is that fair to say?

25        A.    It's not unusual.

1    Q.    So you obviously -- you didn't ask for sixty

2    people expecting to get sixty; you asked for 1,200

3    hoping you would eventually get sixty?

4    A.    Yes.

5    Q.    So disqualifiers -- I mean to say that you

6    were left with -- I forget what the number was -- 400

7    something.  Did that shock you when you saw that

8    return amount or that qualification rate?

9    A.    No.

10    Q.    So the master lists, where you asked for

11    1,200 jurors, and that's where you really start

12    getting down to the nitty-gritty who is really

13    eligible and who's not under the law?

14    A.    Yes.

15    Q.    Not necessarily under the jury selection

16    plan, but under the law, you are either under

17    eighteen, you are a felon, or you are --

18    A.    Yes.

19    Q.    -- you are active service, et cetera,

20    correct?

21    A.    Yes.

22    Q.    Let's get to the type of people who are

23    eligible for exclusion or excused.  Particularly can

24    you turn to Page 4 of the jury plan, Paragraph 1.  I

25    guess this is going to Section H, Paragraph 1 of the

1    jury plan.

2            Can you tell us who are people exempted from

3    jury service all together?

4        A.    Members in active service in the armed

5    forces, members of the fire and police departments of

6    the United States and the District of Columbia, and

7    public officers in the executive, legislative, or

8    judicial branch of the government of the United States

9    or government of the District of Columbia who are

10   either elected to public office or directly appointed

11   by one elected to office.

12       Q.    Okay.  And it's fair to say that each of

13   these groups can consist of people from any race; is

14   that fair to say?

15       A.    Yes.

16       Q.    And besides people who are exempted, there

17   are people who are also excluded -- well, people who

18   have grounds for excuse, if they wish to seek an

19   excuse from the jury office, correct?

20       A.    Yes.

21       Q.    And specifically turning your attention to

22   the next paragraph, Paragraph 2, grounds for excuse.

23   Can you advise the Court the categories of people who

24   can ask for an excuse if they wish to?

25       A.    Persons seventy years of age -- over seventy

1    years of age, persons who have served as grand juror

2    or petit juror in the United States District Court for

3    the District of Columbia within two years if specified

4    in the annotated code, and, thirdly, volunteer safety

5    personnel who served without compensation as

6    firefighters or members of a rescue squad or ambulance

7    crew for a public agency.

8         Q.   And, again, these three categories of

9    individuals, there's no -- it's fair to say that

10   members of any race can be a member of any of these

11   three categories, correct?

12        A.   Correct.

13        Q.   Okay.  And then there are also people who

14   can ask for a temporary excuse?

15        A.   Yes.

16        Q.   That's a deferral, I guess, as you said,

17   right?

18        A.   Yes.

19        Q.   Okay.  So is there any consideration that

20   the jury office makes in granting excuses or deferrals

21   or disqualifications that has anything to do with

22   racial consideration?

23        A.   No.

24        Q.   So, again, when you selected from this

25   master wheel the 1,200 jurors that you were going to

1    potentially use for this case, is it literally just

2    pushing a button saying, we need 1,200 jurors, and the

3    computer just spits up the next 1,200 names?

4         A.   Yes.

5         Q.   Is there anything -- are there any external

6    factors that weigh on how that computer makes that

7    decision?

8         A.   No.

9         Q.   And so -- and, again, at this point, with

10   exception of perhaps some of the DMV records, you

11   really have a very limited view of what the racial

12   makeup of this group is, correct?

13        A.   Correct.

14        Q.   I think you said -- when you sent the

15   summonses out, maybe fourteen percent of the people

16   you knew or you suspect, if you actually care to look,

17   I should say -- by the way, do you even look at that?

18        A.   No.

19        Q.   So this is a number you specifically had to

20   pull up, only because you knew you were coming into

21   court today?

22        A.   Correct.

23        Q.   Normally -- in the normal operation of the

24   jury office, you're not even looking for what the race

25   of potential jurors are?

          A.    No.

          Q.    And so as we find out, even if you had cared
to look, we really only know fourteen percent of your
total potential population what the race is, and
that's based on whatever factors you can -- like, for
example, DMV information, things like that?

          A.    Yes.

               THE COURT:  What is the basis?  DMV only
or --

               THE WITNESS:  Well, it depends.  Source
lists provide us on occasion with that information,
and sometimes they do not.  And we only receive the
information once the questionnaire is completed.  And
even still, we look -- when they report, we have to
obtain the information.  So we really do not know
sometimes until the last minute.

               THE COURT:  So the people who don't fill out
the form, some of them tell you when they come?

               THE WITNESS:  Yes.  We highlight the
questionnaire of any information that is needed.  And
when they report, we have them complete it.

               BY MR. STIGLITZ:

          Q.    And even then, they could say, I'm not
comfortable giving that?

          A.    Sometimes they do.

1    Q.    Well, at least in 2.5 percent of this case

2    they did?

3    A.    Yes.

4    Q.    Now -- okay.  And so you got your 1,200

5    summonses out, you get back a certain number of

6    responses; some request an excuse, some request a

7    deferral.  And at that point in time, does the jury

8    office, when they are making those decisions about

9    whether an excuse is meritorious, do they look at and

10   consider what the race of an individual is in making

11   that decision?

12   A.    No.

13   Q.    And so we get to the final -- the day of

14   reckoning, a grand total of this 1,200 is, I think you

15   said, fifty-two showed up?

16   A.    Yes.

17   Q.    And that was after you had sent out sixty

18   specific summonses?

19   A.    We were actually a one-step court.  We send

20   out the summonses and questionnaires together.

21   Q.    Oh, okay.  So fifty-two people showed up?

22   A.    Fifty-two people showed up.

23   Q.    Okay.  And then even then it's -- put those

24   fifty-two back into the computer and then ask the

25   computer, we need forty, and the computer randomly

1    generates a list from those fifty-two?

2        A.    Yes.

3        Q.    So is there any -- from the creation of the

4    master wheel to the selection of the forty people who

5    walk in the back door of this courtroom, is there any

6    consideration given by the jury office to the race of

7    the potential jurors?

8        A.    No.

9            MR. STIGLITZ:    That's all I have.

10            THE COURT:    Anything else?

11            MS. PETERSON:    No.  Not of the witness, Your

12    Honor, no.

13            THE COURT:    Thank you, Miss Larry.

14            I'll excuse the witness unless we have

15    something else.

16            I'm just trying to make sure I don't have

17    anything.

18            Do you know what the eligible population

19    here is in this city by any chance, those people who

20    are qualified minus the public officials, minus the

21    fire police, military, people under eighteen, felons,

22    et cetera?

23            THE WITNESS:    Generally, we receive ten

24    percent of what we summons.

25            THE COURT:    Oh, you're now talking about ten

1    percent respond.

2              THE WITNESS:  Qualified.

3              THE COURT:  Okay.  Yeah.  But you don't know

4    what the -- there was some discussion here about

5    census figures, but you don't have anything more,

6    nuance than that?

7              THE WITNESS:  No.

8              THE COURT:  Okay.  Thank you.

9              THE WITNESS:  Thank you.

10             MS. PETERSON:  Your Honor, what we would

11   request is that the Court give us a continuance to go

12   to the jury office to go through the statistics to

13   determine whether or not the process of excluding

14   undeliverables and the disqualifications excusals and

15   deferrals are causing -- causing the disparity that

16   exists.  I think it is, but we don't have to show

17   discriminatory intent.  We simply have to show there's

18   a systemic or systematic impact on a group of people.

19   And our argument would be that there's asymptomatic

20   impact on African Americans.

21             THE COURT:  Where?  At what point?

22             MS. PETERSON:  At various points in the

23   system.  After the 1,200 are sent out, the high

24   level --

25             THE COURT:  You are assuming that people who

1    don't show or that people who are nondeliverable, that

2    that equals some kind of systemic action?

3            MS. PETERSON:  I'm not assuming it at this

4    point.  I'm asking for the opportunity to determine

5    whether or not it does.

6            THE COURT:  But how could it?  How can there

7    be something systemic?  That implies that there's some

8    act that's being done by a human being to make sure

9    that there's an underrepresentation.  I don't

10   understand the argument.

11           You keep using the word "systemic" as if

12   equating it with some violation of a -- of

13   constitutional right, but the fact that people don't

14   respond or don't -- or move, or that, you know,

15   certain populations are more transient -- and,

16   frankly, the generalization would be a younger

17   population would be more transient than the

18   thirty-somethings, not necessarily long-term residents

19   of the District.

20           So I don't understand where you are going.

21           The only thing that a human being does here,

22   this was done with the permission of everybody.  The

23   jury office does end up excusing some people and/or

24   deferring them.  That's all we have.

25           The 715 are here randomly.  Either respond

1    or didn't deliver.

2              MS. PETERSON:  If we could show that the

3    undeliverables, and the way the jury office is doing

4    this has a symptomatic effect on a particular

5    population, then that would be sufficient to be a

6    violation of the cross section requirement.  I don't

7    think it has to be an intentional act by a person.  It

8    has to be a fundamental flaw in the way the process

9    works.  The only way we can ever do that is to take a

10   look at statistics.

11             THE COURT:  What are the statistics of

12   undeliverable going to tell you?

13             MS. PETERSON:  At a minimum, they are going

14   to tell us whether the undeliverables are over a cross

15   section of the entire city, in which case I think we

16   wouldn't have much of an argument, or if they are

17   targeted to a particular neighborhood and then compare

18   that.

19             THE COURT:  Well, let's assume that there

20   are fewer deliverables in the Southeast, which is

21   majority African American.  And I would assume, though

22   I don't know, that northwest is more whites than

23   blacks, but I don't know that either.

24             But let's just assume that, and let's -- so

25   who -- I mean, you would have to figure out what the

1    mailman was doing.  I don't -- it's not the jury

2    office.  The jury office addresses stuff -- or they

3    don't do it.  I assume a computer sends it out and

4    it's a summons, and we get it in the mail.  So I don't

5    understand what your point is.

6                MS. PETERSON:  I think that -- I'm not sure

7    that it matters -- there doesn't have to be an

8    intentional act that causes a noncross section of the

9    city.  There has to be -- if the procedure that they

10   use has the result of having a noncross section, it

11   doesn't have to be an intentional act by a person that

12   causes that.

13               THE COURT:  Maybe I ought to look at this.

14   Are you -- it's a given in the city that more

15   African-America men under the age of X are in -- are

16   felons.  I think there's larger number of African

17   Americans than there are whites.  If we exclude

18   African Americans because they are felons -- or we

19   exclude felons, that includes a higher proportion of

20   African Americans; I don't think that that would

21   qualify.

22               MS. PETERSON:  That wouldn't because that is

23   a reason for an exclusion.  That is by law as opposed

24   to if we're excluding people because the system that

25   we're using is sending it to voters and African

1    Americans don't vote.  I'm not suggesting that's true.

2              THE COURT:  But that's not the case here.

3              MS. PETERSON:  That's not the case.  But

4    what we need to do -- the only way to be able to

5    figure out what is causing the representation is to

6    look at the actual data that the jury office has.

7              THE COURT:  Okay.

8              Mr. -- and your request, again?  I'm sorry.

9    What did you ask me?

10             MS. PETERSON:  The request would be for a

11   continuance in order for us to be able to go to the

12   jury office to look at the statistics to pull out

13   these actual documents that were sent out and returned

14   to see if there's a racial disparity between the folks

15   who ended up on our jury pool and the 1,200 that were

16   sent out.

17             THE COURT:  Do you want to compare the forty

18   who walked in to the 1,200 that was sent out?

19             MS. PETERSON:  Yes.

20             THE COURT:  And from your point of view --

21   it's irrelevant that -- of those 1,200 from your point

22   of view of your request, it's irrelevant that 353 were

23   not delivered and 362 didn't respond.  They have no

24   reason -- as far as they know, it was delivered.  So

25   that's --

1          MS. PETERSON:  I would want to look at both

2    of those categories to see where in the city -- where

3    in the city they were and then compare that to the

4    demographics of the city to determine whether or not

5    there's a racial bias that results from that.

6          THE COURT:  What is your analysis, if people

7    who live in Southeast, let's say, are harder to

8    deliver and/or they do not respond?  That's not the

9    jury office's problem, is it?  I mean, what did the

10   jury office do?

11         MS. PETERSON:  No.  It's not the jury

12   office's fault that the people didn't respond.  But if

13   it's the case that by virtue of how we select -- how

14   we send out our notices and how we enforce people

15   coming -- I mean, it seems to me -- I don't know if

16   this is nationwide,  but that there's such a small

17   percentage of people who respond to jury

18   questionnaires or jury summonses.  That seems to be a

19   fundamental problem in the system as well, so few

20   people who are responding that are summonsed.

21         THE COURT:  We've had that problem here

22   forever.

23         MS. PETERSON:  I would be interested in

24   knowing whether that's a nationwide problem or whether

25   it's a local problem.

1    THE COURT:  We're higher from the nation,

2    but probably it's not different from a big urban

3    center, so it's not a fair comparison.  We've

4    historically had a very low no-show rate, and we spend

5    a great deal of time deciding when we are going to

6    send marshals out to collect people.  But I don't know

7    how that helps your case.

8    Okay.  Mr. Stiglitz, what do you have to say

9    on this?

10    MR. STIGLITZ:  If you look at the *Duren*

11    case, which actually cites the *Taylor* case, which is

12    really the bedrock of the analysis here, the fact of

13    the matter is -- I'm quoting from *Duren* on Page --

14    well, depending on which -- depending on which -- if

15    your Supreme Court report, Page 668.  I'm quoting

16    here.  It's citing the *Taylor* case.  In holding that

17    "petit juries must be drawn from a source fairly

18    representative in the community, we explain that jury

19    wheels, pools of names, panels, or venires from which

20    jurors are drawn must not be systematic -- must not

21    systematically exclude distinctive groups in the

22    community and thereby fail to be reasonably

23    representative thereof."

24    Then it says in Footnote 20, "We further

25    explain that this requirement does not mean that

1    'petit juries' actually chosen must mirror the

2    community."

3         The point of all this is you look at the

4    system, Missouri system was flawed in that it was

5    telling women, you're automatically excluded if you

6    ask us.  And then if you look at, even in the *Duren* --

7    or there's another case that it dealt with the

8    supposed siphoning of jurors -- but even that was

9    found to be not flawed under the evidence that was

10   produced.

11        What's interesting is if you look at all

12   these cases, all these cases look at months, if not

13   years -- in one case, decades of data to arrive at a

14   conclusion that a system was systematically flawed to

15   exclude underrepresented -- or to underrepresent

16   certain groups.

17        Here, counsel is attempting to shoehorn one

18   case and in one case make it a systematic problem.

19   But if you go back to the source, the master wheel,

20   how is the master wheel constructed?  The master wheel

21   is constructed in very race-neutral means; from voter

22   rolls, from motor vehicle rolls, from the tax rolls.

23        These are not made up of identifiable

24   groups.  These are made up of ordinary citizens who

25   get, say, a driver's license or city ID, pay their

1    taxes, or vote.

2            When you look at all of that and when you

3    look at the source, the master wheel, there is no

4    basis whatsoever upon which to allege -- I don't care

5    how much data you dig up.  The fact is the source

6    material that the wheel is drawn from is completely

7    race neutral.

8            And in this case, every single action that

9    the jury office takes is basically pushing a button on

10   the computer and letting the computer make all the

11   decisions.  And there's no evidence whatsoever before

12   this Court that that computer is somehow programmed in

13   a way to exclude identifiable groups.

14           And, in fact, we know that to be basically

15   impossible because only fifteen percent of the pool in

16   this case was there any suggestion of what a possible

17   race might even be.  So we know that there's at least

18   eighty-five percent of the pool that the computer

19   would have no way of knowing what the race was before

20   it randomly selected.

21           You heard several times, Miss Larry used the

22   term, you know, "randomization."  The computer selects

23   from the master wheel, and it's luck of the draw.

24           So we would submit that there's no reason to

25   give any more continuance in this matter.  The reason

1    that -- in reading these cases, that they want parties

2    to raise these issues before the voir dire commences

3    is because it's a very data-intensive, months-long, if

4    not years-long analysis of how juries are selected.

5    It's not meant to focus on a particular venire that

6    walks in the door.

7         So under all the circumstances, we don't

8    believe that the defense has met its prima facie

9    showing that the venire from which this panel is

10   chosen somehow systematically underrepresents certain

11   identifiable groups.  So we're going to ask this Court

12   to deny this motion outright.

13        THE COURT:  The Court has read the same law

14   that I believe both parties have.  I've allowed

15   Miss Larry to be questioned because, one, I understand

16   that no one would have had prewarning about the group

17   of forty -- and we're getting another six this

18   morning -- would include, I guess, sixty-two percent

19   white, thirty percent African American, and then two

20   and a half percent Asian, two and a half unknown

21   because people choose not to identify.

22        But the case law is very clear that even

23   assuming -- and I'm not so sure because I don't know

24   what the population is.  I still don't have figures

25   that are worthy of comparison.  I have to have people

1    over eighteen, and I don't know exactly what is a

2    qualified jury pool because you have to exclude

3    felons; you have to exclude people who are elected

4    officials, military, and then police, fire, et cetera.

5    So there's a lot of exclusions.

6         So I don't really know how to compare the

7    people who walked in the door here yesterday to what

8    is a representative of sort of a cross section of the

9    qualified jurors who could sit as jurors.

10        But even so, *Duren* requires that the

11   underrepresentation is due to systemic exclusion of a

12   group in the jury selection process.  So the jury

13   selection process has been described in detail here,

14   and we know that at a point the process is race

15   neutral.  The people who exclude people down the

16   road -- and there were only, I would say, 147 excused.

17   The people who are doing the excluding don't know the

18   race of the people.  They are basing it on the

19   hardship.

20        The people that don't respond and they are

21   undeliverable, which is a large portion, 715 of the

22   1,200 that went out, it's not based on race in terms

23   of anyone in the system choosing.

24        Whether a person chooses not to respond or

25   it cannot be found because they've moved or whatever

1    number of reasons, it could be that there's a

2    disproportionate number of African Americans.  But it

3    isn't the system's inherent problem.  They use more

4    than voter registration, than using just voter

5    registration alone.  And I think there's some evidence

6    somewhere probably that more voters are white than

7    black in general, across the board.  I don't know if

8    it's true in this district.  We are not necessarily

9    subject to the same generalizations, but there's

10   nothing constitutionally wrong with using the voter

11   registration.

12          So when all is said and done, the

13   plaintiff -- I'm sorry -- the defendant here has not

14   sustained their burden.  They have to show -- to

15   succeed, they must meet their burden, as the moving

16   party, and demonstrate there was a substantial failure

17   to comply with the act.  There's been no demonstration

18   there's any failure to comply with any act.  That's

19   the JSSA, which is the Jury Selection and Service Act.

20          If you look at the case law, it always --

21   it's not enough to show that any particular venire is

22   not representative.  That doesn't satisfy the

23   defendant's burden here.  There has to be systemic

24   exclusion of the group required by *Duren* where all

25   parts of the process are done randomly with the

1  exception of the excusing.  And the excusing is done

2  by a human being who doesn't know the race.

3          The Court cannot continue to provide

4  discovery about an issue, especially the 715, which

5  has really no relevance to the analysis.

6          And since the appellant cannot show --

7  appellant.  I'm sorry -- the defendant cannot show

8  here a single instance of disparity -- and even the

9  showing as to that is very weak -- they cannot rely on

10  a single instance of disparity that there has been a

11  systemic exclusion of whites -- although here it would

12  be blacks -- from the jury.  I'm quoting from *Duren*,

13  D-U-R-E-N, at Page 366.

14          "Underrepresentation of a cognizable group

15  in a single venire, without evidence of a greater

16  pattern, is insufficient to establish systemic

17  exclusion of the group required by *Duren*."  Again, I

18  am citing at this point from -- I'm citing Supreme

19  Court precedent, 99 Supreme Court at 668.  I'm not

20  sure if that's *Duren* or not.  I'm sorry.

21          In any case, there are many, many cases that

22  would indicate here that there has been an

23  insufficient showing that would justify any further

24  discovery.

25          So at 11:00 we'll resume with the final six

1    jurors, and then we'll be able to move on.  Thank you.

2              (Whereupon, at 10:48 a.m. a recess was taken

3              and at 11:17 a.m. the prospective jury

4              entered the courtroom.)

5         THE COURT:  Good morning.

6              Gwen, have we sworn the six potential

7    jurors?

8         THE COURTROOM DEPUTY:  No, we haven't yet,

9    Judge.  Let me call the case.

10             This is Criminal Case 06-334-1, *United*

11   *States of America versus Haji Bagcho*.  Matthew

12   Stiglitz and Marlon Cobar for the government.  Shawn

13   F. Moore and Michelle Peterson for the defendant.

14             I'm going to ask the prospective jury panel

15   to please rise and raise your right hand.

16             (Whereupon, the prospective jurors were

17             sworn on their voir dire.)

18        THE COURT:  Good morning, ladies and

19   gentlemen.

20             THE JURY:  Good morning.

21        THE COURT:  You are here today because we

22   are still choosing jurors.  We've qualified a certain

23   number yesterday, and we need a few more, and then we

24   will proceed to picking a jury this afternoon.

25             So I just -- we've called in -- you're a

1    small group, as you can tell, and yesterday we covered

2    forty jurors.  So today we're just doing six, and then

3    by this afternoon, we'll actually be able to pick our

4    jury.

5           You have been called to the courtroom for

6    possible selection of jurors in the case of United

7    States versus Haji Bagcho.  And I am Judge Ellen Segal

8    Huvelle.  I don't know why this monitor has to be

9    right between us.  But Mr. Bagcho has been charged in

10   an indictment, one count of conspiring to violate the

11   narcotics laws of the United States in violation of

12   Title 21 of the U.S. Code, Section 963.  Two counts of

13   knowingly and intentionally distributing narcotics in

14   violation of the narcotics law, again, 21 U.S.C.

15   Section 959, and one count of knowingly and

16   intentionally distributing or possessing with intent

17   to distribute narcotics and providing anything of

18   pecuniary value to a person or organization that has

19   engaged in or engages in terrorism or terrorist

20   activity in violation of Title 21, Section 960a.

21           The process of jury selection or voir dire

22   is -- our goal is to select twelve jurors and two

23   alternates who have no prior knowledge about this case

24   and no bias towards either side.  In short, our goal

25   is to select a jury that will reach a verdict based on

1    all the evidence presented in the courtroom and the

2    law as I instruct you.

3            Now, during the voir dire process, you will

4    be introduced to the participants in the trial, and I

5    will be asking you a series of questions.  You should

6    all have a three by five card and a pencil.  If you

7    have a "yes" answer to any of my questions, just

8    kindly write down the question number.  And after we

9    finish these questions, we will be addressing each of

10   you individually here in the courtroom.

11           Again, I will give you the question number,

12   and if you have a "yes" answer, please write down the

13   question number.

14           My first question.  This is, as you can

15   tell, a criminal trial, and the defendant has been

16   charged in an indictment.  An indictment is just a

17   formal way of informing a defendant about the nature

18   of the charges against him.  You are not to consider

19   the indictment as any indication of guilt.

20           In a criminal trial, every defendant is

21   presumed to be innocent, and this presumption remains

22   with him throughout the trial unless and until he is

23   proven guilty beyond a reasonable doubt.

24           The burden of proving a defendant guilty

25   beyond a reasonable doubt rests with the government,

1    and that burden never shifts throughout the trial.

2              A defendant need not prove his innocence or

3    produce any evidence or testify at trial.

4              Is there anyone here who would be unwilling

5    or cannot follow these principles of law if selected

6    as a juror?  If yes, write down "Number 1."

7              Number 2.  After hearing all the evidence,

8    lawyers' arguments, and my instructions, if you are

9    not then persuaded by the trial, itself, that the

10   defendant is guilty of the charges or charges -- I'm

11   sorry -- charge or charges beyond a reasonable doubt,

12   then it is your duty to -- I'm sorry.  If you are

13   persuaded by the trial, itself, that the defendant is

14   guilty of the charge or charges beyond a reasonable

15   doubt, then it would be your duty to vote guilty.  Is

16   there any reason anyone here will be unable or

17   unwilling to carry out this duty?  If so, you write

18   down "2."

19             3.  On the other hand, if, after hearing all

20   the evidence, the lawyers' arguments, and my

21   instructions you have a reasonable doubt about the

22   defendant's guilt, you must vote not guilty.  Is there

23   anyone here who would not or will not follow these

24   instructions and carry out this duty?  If so, write

25   down "3."

1          Question 4.  In a criminal trial, as I've

2   just told you, defendant is presumed to be innocent

3   and that presumption remains with him throughout the

4   trial unless and until he's proven guilty beyond a

5   reasonable doubt.

6          It is always the government's burden to

7   prove him guilty beyond a reasonable doubt.  That

8   burden never shifts during the trial, and a defendant

9   has no obligation to put on a defense or to testify.

10         Would any of you view his decision not to

11  testify or to not put on a defense to be an admission

12  of guilt?  If yes, put down "Question 4."

13         5.  Do you have any feelings about people of

14  different races, gender, nationality, or religion that

15  you feel would affect your ability to be fair and

16  impartial?  If so, write down "5."

17         6.  To reach a verdict, every juror must

18  agree on their verdict; that is, the verdict must be

19  unanimous.  During jury deliberations, you must

20  consider the opinions and points of view of your

21  fellow jurors.  In the final analysis, however, you

22  must follow your own conscience and be personally

23  satisfied with the verdict.

24         Do any of you think you will have any

25  difficulty expressing your own opinions and thoughts

1  about the case to your fellow jurors?  If so, write

2  down "6."

3          Number 7.  Now, we expect that this case

4  will take approximately three weeks.  I'm hopeful that

5  the testimony will be finished before three weeks, but

6  I can't predict how long deliberations will last.  We

7  will be sitting Monday through Friday, but there are a

8  couple of times in which we are not able to sit in the

9  afternoon, such as this coming Friday and the

10 following Tuesday.

11         We generally sit from 9:30 to 4:30 with a

12 break for lunch and morning and afternoon break.  If

13 selected as a juror, is there any reason you will not

14 be able to serve for the duration of the trial?  Now,

15 I understand full well jury service is an

16 inconvenience for every one of you.  We are not able

17 to run the courts without you, and I can only excuse

18 people for substantial hardships.  If you have a

19 health problem, take medication that causes you to

20 fall asleep, if you have any religious or moral or

21 ethical convictions that would interfere with you

22 sitting as a juror or some other substantial hardship,

23 write down "Number 7."

24         Number 8.  Do you have any problems hearing

25 or problems with your eyesight or problems reading,

speaking, or understanding English?  If so, write down

"8."

   9.  Do you have any religious, moral,

social, political, philosophical, or any other beliefs

that would interfere with your ability to sit on this

jury, or is there any other reason you feel you could

not do so and return a fair and impartial verdict

based solely on the evidence?  If so, write down "9."

   Number 10.  Have you ever served on a

criminal jury before?  Not a civil case, not a private

dispute but a criminal jury, whether here or anywhere

else.  Write down "10."

   11.  Have you ever served on a Grand Jury,

which is different than a petit jury?  If so, write

down "11."

   Now, turning to this case in particular.

The defendant is charged with four counts of violating

narcotics law.  As I told you, Count I of the

indictment alleges that from on or about 2005 through

on or about May 15, 2009, defendant and others

conspired with others to violate the narcotics laws of

the United States by agreeing to distribute one

kilogram or more of a mixture of a substance

containing a detectable amount of heroin, intending

that substance would be imported into the United

1    States.

2            Count II of the indictment alleges that on

3    or about September 25, 2006, defendant distributed one

4    kilogram or more of a mixture of a substance

5    containing a detectable amount of heroin intending

6    that substance would be imported into the United

7    States.

8            Count III of the indictment alleges that on

9    or about May 21, 2008, defendant distributed one

10   kilogram or more of a mixture or substance containing

11   a detectable amount of heroin, intending that

12   substance would be imported into the United States.

13           The last count alleges that on or about 2007

14   through May 15, 2009, defendant distributed or

15   possessed with intent to distribute one kilogram or

16   more of a mixture or substance containing a detectable

17   amount of heroin and provided something of pecuniary

18   value to a person or organization -- in this case it

19   is the Taliban -- that has engaged in or engages in

20   terrorist activity or terrorism.

21           Defendant denies these charges and maintains

22   his innocence.

23           Question 2 -- I'm sorry.  12.  Sorry.  Do

24   you have any prior knowledge about the facts of this

25   case, or do you know or have you ever heard of the

1   defendant, Haji Bagcho, who is also known as Haji

2   Bagchagul?  That's 12.

3          13.  You may, during the trial, hear about

4   events in Afghanistan, which is a country located in

5   south central Asia.  Specifically the events related

6   to this trial primarily took place in Nangarhar

7   province, an area of Afghanistan near the border of

8   Pakistan.

9          Is anybody here familiar with Afghanistan or

10  Nangarhar province?  By this I mean, does anybody have

11  familiarity beyond reading anything in the newspaper?

12  We'll ask you in a moment, but if you have studied

13  about this area or traveled there, or any knowledge

14  beyond sort of the typical newspaper, TV media.

15         14.  Do any of you speak, read, or

16  understand Pashto or Dari languages?

17         15.  Have you or any close family member --

18  by that I mean your parents, significant other,

19  children, or siblings or other close personal friend

20  -- ever traveled or lived or worked either in a

21  civilian or military capacity in Afghanistan or

22  Pakistan?  If so, write down "15."

23         16.  Have you or any close family member or

24  close personal friend ever traveled to, lived in, or

25  worked either in a civilian or military capacity in an

1    Islamic country?  That's 16.

2              Number 17.  The United States here is

3    represented by Mr. Matthew Stiglitz and Marlon Cobar,

4    who is standing up now.  They're from the Department

5    of Justice.  They're trial attorneys.  They will be

6    assisted by Paralegal Barry Rhodes and Special Agent

7    Jeffrey J. Higgins of the U.S. Drug Enforcement

8    Administration.

9              Do any of you know or do you recognize those

10   names?  Do you know them in either a professional or

11   personal capacity?  If so, write down "17."

12             Defense counsel here for the Federal Public

13   Defender are Shawn Moore and Michelle Peterson.

14             Question 18.  Do you know either Mr. Moore

15   or Miss Peterson, whether professionally or socially?

16             Number 19.  Do you know me or anyone else in

17   this courtroom, including any of the six of you?  If

18   you do, kindly write down number "19."

19             Now, again, we're going to have the

20   government list the witnesses.  He's going to go

21   slowly and tell you who they are.  And my question

22   would be whether anybody knows any of these people.

23             MR. STIGLITZ:  Good morning.

24             THE JURY:  Good morning.

25             MR. STIGLITZ:  Ladies and gentlemen, some of

1    the following witnesses may be called at this trial:

2    DEA -- and by "DEA," I mean the Drug Enforcement

3    Administration -- DEA Special Agent Jeffrey J.

4    Higgins, who you met a moment ago, who is located in

5    our Chantilly, Virginia -- in the Chantilly, Virginia,

6    office of DEA.  We have special Agent Tucker Cowles --

7              Do you need all the spellings again?

8              THE COURT:  No, I think we have them.  Keep

9    your voice up, though, please.

10             MR. STIGLITZ:  Special Agent Tucker Cowles,

11   who is with the DEA and currently assigned to the

12   Tampa, Florida, office.  DEA Special Agent Greg

13   Brittain, currently assigned to the Lima, Peru,

14   office, DEA Special Agent Dick Mah, who is currently

15   assigned to the Hong Kong office.  DEA Special Agent

16   Lance Lehnhoff, who is currently assigned to the

17   Miami, Florida, DEA office.  Special Agent David

18   Keiken, who is currently assigned to the Colorado

19   Springs, Colorado, office of the DEA.  Special Agent

20   Nick Macri, who is currently assigned to the

21   Chantilly, Virginia, office of the DEA.  DEA

22   Intelligence Analyst Trovena Rock, who is also

23   assigned to the Chantilly, Virginia, office.

24             And we have several individuals from

25   Afghanistan.  One is named Farid, who is from the

1    Jalalabad area of Nangarhar province in Afghanistan;

2    an individual named Qari, who is from the Nangarhar

3    province in Afghanistan.  Captain Yaseen, who is an

4    Afghan national police officer.  Commander Shaheen,

5    who is also with the Afghan national police.  Captain

6    Javid, who is also with the Afghan national police.

7            Then we have two foreign service nationals.

8    These are Afghans who are employed by the U.S. Embassy

9    in Kabul.  One is named John Zaeb, and the other one's

10   name is Qais.

11           We have DEA Forensic Chemist Robert

12   Thompson, who is with the DEA Special Testing Research

13   Laboratory in Dulles, Virginia.  We have Heidi Wojno,

14   who is a DEA chemist, who is in the same laboratory.

15   She currently lives in Lancaster, Pennsylvania.  And

16   retired DEA Special Agent Edward Follis, who is

17   currently residing in the Dallas area of Texas.

18           Thank you.

19           THE COURT:  If you recognized any of those

20   names or think you might know them, please write down

21   "20."

22           Now, as you can tell, law enforcement

23   officers will be witnessed in this case.  I will

24   instruct you that their testimony is to be evaluated

25   just as any other evidence in the case and that in

1    evaluating a law enforcement officer's credibility,

2    you should use the same guidelines that you applied to

3    the testimony of any witness.

4            In no event should you give greater or

5    lesser weight to the testimony of any witness merely

6    because he or she is a law enforcement officer.

7            Is there anybody here who would not be able

8    to follow these instructions?  That's 21.

9            Number 22.  Have you or a member of your

10   immediate family -- again, that's your siblings, your

11   children, your significant other, or parents -- or

12   close personal friends have ever been employed by a

13   law enforcement agency?

14           That's broadly defined to include any state

15   or local police department, whether here or elsewhere,

16   special police officer, U.S. Capitol Police,

17   prosecutor's office, United States Attorneys' Office,

18   District of Columbia Attorney General's Office, United

19   States Department of Justice, correctional officer,

20   Bureau of Prisons, Marshals Service, sheriff's

21   department, Internal Revenue, Secret Service, customs,

22   Bureau of Alcohol, Tobacco, probation, or parole

23   officers.  If so, if you have association with law

24   enforcement, put down "22."

25           23.  Have you or close family member or

close personal friend worked in the state department,

the DEA, the FBI, or other government investigatory

bodies involved in investigation of terrorism?  If so,

write down "23."

24.  Have you, close family member, close

personal friend ever been employed by the United

States District Court -- that's where you are now --

the District of Columbia Superior Court, or any other

court?  If so, write down "24."

25.  Do you or close family member or close

personal friend have an employment application pending

at a prosecutor's office, a law enforcement agency, or

a Public Defender's office?  If so, "25."

26.  Have you, a family member, or close

personal friend ever been employed by a criminal

defense lawyer or been involved in any way in the

investigation or defense of a criminal case?  If so,

you write down "26."

Do you have any feelings or beliefs about

prosecutors or defense lawyers that would affect your

ability to be fair and impartial in deciding this

case?  If so, write down "27."

28.  Are you a lawyer, or have you studied

law in law school or had any other type of legal

training, such as a paralegal course?  That's 28.

1          29.  Have you or any family, close family

2     member, ever served in the armed forces, including

3     reserves, National Guard, or ROTC?

4               In the last -- Number 30.  In the last five

5     years, have you participated in a crime prevention

6     group, such as a neighborhood crime watch, Mothers

7     Against Drunk Driving, orange hat group, or any other

8     group?  If so, write down "30."

9          31.  Have you, a close family member, or

10    close personal friend been either the victim of, a

11    witness to a crime, or been arrested, charged with a

12    crime, or found guilty of a crime or gone to jail?

13              Again, this is 31.  Have you, a family

14    member, or close personal friend ever been the victim

15    of, a witness to a crime, or been arrested, charged

16    with a crime, or found guilty of a crime or gone to

17    jail?  If so, write "31."

18         32.  Have you, a family member, or close

19    personal friend ever testified in court or before a

20    Grand Jury as a witness in a criminal case?

21         33.  Have you, a close family member, or

22    close personal friend ever been treated by the

23    government or the police in a manner that you felt was

24    unfair?  If so, write down "33."

25              34.  Have you, a family member, or close

1    personal friend ever had an experience with the

2    criminal justice system or with the police or any

3    person associated with the U.S. Attorneys' Office or

4    the Court that so affected you that it would be

5    difficult for you to be fair and impartial in this

6    case?  That's 34.

7              35.  It is expected that evidence will be

8    presented in this case regarding the possession and

9    distribution of a controlled substance; that is,

10   heroin.  Do any of you have such strong feelings

11   concerning the person's alleged possession or

12   distribution of narcotics that it would make it

13   difficult for you to be fair and impartial as a juror

14   in this case?

15             Now, obviously, many people may disagree or

16   agree with the laws on narcotics in this country.

17   This is not a forum for that.  As a jury, you would be

18   determining whether the government has proved their

19   case as a matter of the evidence beyond a reasonable

20   doubt.  But if you think the nature of the charges

21   here in some way would make it so that you could not

22   be a fair and impartial juror, you should write down

23   "35."

24             Number 36.  Do you have a relationship with

25   someone whose life has been hurt in some way by heroin

1    use?  If so, write "36."

2              37.  This case involves alleged conduct in

3    an investigation that occurred in Afghanistan.  Do you

4    have feelings or an opinion concerning the United

5    States' involvement in Afghanistan that would affect

6    your ability to be fair and impartial to both sides?

7    If so, write down "37."

8              38.  Have you, a family member, close friend

9    served in or been injured or killed while serving in a

10   combat zone in Iraq, Afghanistan, or elsewhere in the

11   Middle East?  If so, that's Question 38.

12             39.  Do you have views about Muslims that

13   have changed as a result of the United States' war in

14   Iraq and Afghanistan?  If you do, write down "39."

15             40.  Do you have views about Afghanistan

16   that have changed as a result of the United States'

17   war there?  If so, write "40."

18             41.  Have you, a family member, or close

19   personal friend had any personal experience with acts

20   of terrorism?  If so, write down "41."

21             42.  Do you believe that defendants accused

22   of participating in terrorist acts against the United

23   States should be given less protection than other

24   criminal defendants under the law?

25             Now, I should preface this by saying the

charge here is not that the defendant participated in

terrorist acts, but we are asking the question if you

believe that defendants accused of participating in

terrorist acts against the U.S. should be given less

protection than other criminal defendants under the

law.  If so, write down "42."

43.  The defendant is not a citizen of the

United States, but he is entitled to the same rights

and considerations as a citizen of the United States.

Would any of you have difficulty accepting and

following this principle of law?  If so, write down

"43."

44.  The government is alleging that the

defendant intended to assist a terrorist

organization -- that is, the Taliban -- to commit acts

of violence against the United States' forces in

Afghanistan.  Would any of you have difficulty being

fair and impartial in a trial where you will hear

evidence about terrorism and terrorist organizations?

If so, write down "44."

45.  Do you believe that Islam endorses

violence to a greater extent than other religions?  If

so, write down "45."

46.  Do you have any feelings about Islam or

those who are Muslim that would cause you to be unable

1    to be a fair and impartial juror?  If so, write down

2    "46."

3                47.  Are you a regular viewer of police

4    dramas on television, such as *CSI*, *NCIS*, and *Law &*

5    *Order*?  If so, write down "47."

6                48.  During the trial, you will hear

7    testimony from individuals who were paid informants

8    for the government.  They had an arrangement with the

9    government to help the government in exchange for

10   money.  I will instruct you that this is a recognized

11   means of detecting criminal conduct, and the

12   government is permitted to call such persons as

13   witnesses.

14               I will also instruct you that when an

15   informant testifies, his testimony should be

16   considered with caution and then you should consider

17   whether the benefit this person receives from the

18   government has motivated him to testify falsely

19   against the defendant.

20               Is there anybody here who feels that they

21   are unable or unwilling to follow this instruction of

22   law regarding paid informants?  If so, you write "48."

23               49.  Are you familiar with or have you

24   followed the trials of other defendants in the United

25   States who were accused of terrorism against the

1    United States?  If so, write down "49."

2            Anything further?

3            MR. MOORE:  No, Your Honor.

4            THE COURT:  No.  Okay.  Thank you.

5            Ladies and gentlemen, that concludes the

6    questions.  What we will ask at this point is for you

7    to -- we will collect your cards, ask you to sit in

8    the jury room.  It won't take long for us to talk to

9    each of you here, and that will allow us to complete

10   our jury selection process.

11            (Whereupon, the prospective jurors left the

12            courtroom and Prospective Juror 0919 entered

13            the courtroom.)

14            THE COURT:  I'm sorry.  Your juror number is

15   1155?

16            PROSPECTIVE JUROR:  0919.

17            THE COURT:  Okay.  0919.

18            PROSPECTIVE JUROR:  Yes.

19            THE COURT:  The only question I think was

20   Number 22, if I understand this correctly.  Right?

21            PROSPECTIVE JUROR:  Yes.  That's correct.

22            THE COURT:  And 22, you have somebody

23   employed in law enforcement?

24            PROSPECTIVE JUROR:  Yes.  My spouse works

25   for the Department of Justice.

```
1                THE COURT:  What does she do?

2                PROSPECTIVE JUROR:  Law enforcement.  She is

3   an attorney, antitrust attorney.

4                THE COURT:  Antitrust.  And what do you do,

5   sir?

6                PROSPECTIVE JUROR:  I work for the

7   Department of Commerce, U.S. Department of Commerce.

8                THE COURT:  In what capacity?

9                PROSPECTIVE JUROR:  I work as an analyst

10  investigating trade issues.

11               THE COURT:  Do you have anything to do with

12  trade issues involving the Middle East?

13               PROSPECTIVE JUROR:  No.

14               THE COURT:  And how long have you been -- is

15  your field -- are you an economist?

16               PROSPECTIVE JUROR:  Yes.

17               THE COURT:  And does your wife do criminal

18  antitrust or civil?

19               PROSPECTIVE JUROR:  I believe she worked in

20  both areas.

21               THE COURT:  Have you ever been on a jury

22  before?

23               PROSPECTIVE JUROR:  Never.

24               THE COURT:  Okay.  How long have you lived

25  in the District?
```

```
1              PROSPECTIVE JUROR:  About thirty-four years.

2              THE COURT:  Have you ever been called

3    before?

4              PROSPECTIVE JUROR:  Never.

5              THE COURT:  Now they know where you are.

6    Okay.

7              PROSPECTIVE JUROR:  I'm sorry.  I was called

8    but never picked up by the form system, never managed

9    to reach the building.

10             THE COURT:  Okay.  Welcome.

11             And you can be fair and impartial to both

12   sides here?

13             PROSPECTIVE JUROR:  I believe so, yes.

14             THE COURT:  Okay.

15             Mr. Moore?

16             MR. MOORE:  Were you ever called for jury

17   duty across the street in Superior Court?

18             PROSPECTIVE JUROR:  Yes.  But, again, I was

19   never selected.

20             MR. MOORE:  I see.  Okay.  You said you

21   believe your wife does both civil and criminal

22   antitrust cases?

23             PROSPECTIVE JUROR:  She used to, at least, I

24   know.

25             MR. MOORE:  Did she ever discuss her -- the
```

```
1   criminal cases, did she ever discuss them with you at

2   all?

3              PROSPECTIVE JUROR:  Not until after it was

4   published.

5              MR. MOORE:  I'm sorry.

6              PROSPECTIVE JUROR:  Until after it was

7   published.

8              MR. MOORE:  Okay.  The trade issues that you

9   are appointed to deal with, are they international at

10  all -- if at all, are they international, any trade?

11             PROSPECTIVE JUROR:  Correct, involving many

12  international issues.

13             MR. MOORE:  Okay.  Do any of these issues

14  involve the Middle East, specifically, Iraq,

15  Afghanistan countries, Pakistan, countries in that

16  area?

17             PROSPECTIVE JUROR:  I never worked on a

18  country from the Middle East or central Asia.

19             MR. MOORE:  Okay.  Just, finally, can you

20  expound just a little bit as to what it is you do with

21  respect to these trade issues.

22             PROSPECTIVE JUROR:  Basically, I involve

23  mostly in area called dumping, where we investigate

24  whether imports coming to the U.S. from various

25  countries may be unfairly priced and, therefore,
```

1    causing a damage or injury to the U.S. domestic

2    industry.

3              MR. MOORE:  Thank you.

4              THE COURT:  Questions?

5              MR. STIGLITZ:  No questions.

6              THE COURT:  Thank you.

7              I'm going to instruct this juror to kindly

8    go to the jury office.  Report back at 1:15, please.

9              Is 1:15 all right, Gwen?

10             THE COURTROOM DEPUTY:  I think she told the

11   jurors to be here at 1:00.

12             THE COURT:  1:15 she told me on the phone,

13   so fine.

14             Have a nice lunch.  Do not discuss the case.

15   Be in the jury office at 1:15.

16             PROSPECTIVE JUROR:  Thank you very much.

17             (Prospective Juror 0919 left the courtroom.)

18             THE COURT:  Our schedule is we'll be back at

19   a quarter of 2.  They told the people on the phone to

20   be here at 1, 1:15.

21             THE COURTROOM DEPUTY:  0067.

22             (Prospective Juror 0067 entered the

23             courtroom.)

24             THE COURT:  Good morning.  How are you?

25             PROSPECTIVE JUROR:  Fine.  Thank you.

1              THE COURT:  Now, you didn't have any yes

2    answers.  You've never been on a jury before?

3              PROSPECTIVE JUROR:  Yes.  I was on a jury.

4              THE COURT:  Was it criminal or civil?

5              PROSPECTIVE JUROR:  It was a criminal case

6    in DC Superior Court.

7              THE COURT:  Uh-huh.  And what were the

8    charges?

9              PROSPECTIVE JUROR:  It was a robbery and

10   murder.

11             THE COURT:  Okay.  I don't want to know the

12   verdict, but did they reach one?

13             PROSPECTIVE JUROR:  Yes, we did.

14             THE COURT:  Was there anything about that

15   experience that you thought would affect your ability

16   to be fair and impartial in this case?

17             PROSPECTIVE JUROR:  No, I don't think so.

18   Nothing.

19             THE COURT:  And it indicates here -- what is

20   your occupation?

21             PROSPECTIVE JUROR:  Retired at the present

22   moment.

23             THE COURT:  Okay.  What did you do before?

24             PROSPECTIVE JUROR:  I was a manager of a

25   medical practice, pediatric.

1          THE COURT:  Where was that located?

2          PROSPECTIVE JUROR:  In Georgetown.

3          THE COURT:  And so it says here Dr. Razi is

4    the name of it?

5          PROSPECTIVE JUROR:  That's correct.

6          THE COURT:  Can you be fair and impartial to

7    both sides?

8          PROSPECTIVE JUROR:  Yes, I believe I can do

9    that.

10          THE COURT:  Okay.

11          Mr. Stiglitz?

12          MR. STIGLITZ:  No questions.

13          MR. MOORE:  No questions, Your Honor.

14          THE COURT:  Okay.  Thank you.  You are

15    excused.  You should have lunch and report to the jury

16    office at 1:15.

17          PROSPECTIVE JUROR:  Thank you.  Thank you,

18    Your Honor.

19          THE COURT:  Thank you.

20          (Prospective Juror 0067 left the courtroom.)

21          THE COURTROOM DEPUTY:  Next is Juror Number

22    0309.

23          THE COURT:  22, 29.

24          (Prospective Juror 0309 entered the

25          courtroom.)

```
1              THE COURT:  Good morning.  How are you?

2              PROSPECTIVE JUROR:  Good morning, Your

3    Honor.

4              THE COURT:  I wanted to just follow up.  You

5    said somebody got some law enforcement connection?

6              PROSPECTIVE JUROR:  Um --

7              THE COURT:  You have any relatives or

8    friends who are working in the law enforcement field?

9              PROSPECTIVE JUROR:  I apologize.  29 I

10   thought was for military.

11             THE COURT:  Well, 22 was law enforcement,

12   and 29 --

13             PROSPECTIVE JUROR:  Oh, yes, ma'am.  I'm a

14   special police officer for Smithsonian Institution.

15             THE COURT:  Which building?

16             PROSPECTIVE JUROR:  Natural history.

17             THE COURT:  Do you have the authority to

18   carry a gun?

19             PROSPECTIVE JUROR:  Yes.

20             THE COURT:  And do you have other relatives,

21   close friends in law enforcement?

22             PROSPECTIVE JUROR:  Well, just my coworkers.

23   That's it.

24             THE COURT:  Okay.  You said somebody's been

25   in the armed forces.
```

```
1              PROSPECTIVE JUROR:  My son.  He served in

2    Desert Storm.  And my brother, he served in Vietnam,

3    vets.

4              THE COURT:  Have you been on a jury before?

5              PROSPECTIVE JUROR:  No, I haven't.

6              THE COURT:  How long have you lived in DC?

7              PROSPECTIVE JUROR:  Since 1978.

8              THE COURT:  And have you been a security

9    officer for a while?

10             PROSPECTIVE JUROR:  Off and on for about

11   twenty years.

12             THE COURT:  Okay.

13             Mr. Moore?

14             MR. MOORE:  Ma'am, I think you said your son

15   served in Desert -- Operation Desert Storm?

16             PROSPECTIVE JUROR:  Yes.

17             MR. MOORE:  For how long?  Do you remember

18   what his tours were or how long his tours were?

19             PROSPECTIVE JUROR:  I can't remember, but I

20   know he served about two years.

21             MR. MOORE:  Now, this case involves --

22   you'll hear a lot about, obviously, Afghanistan and

23   Pakistan, not so much about -- if at all, about Iraq.

24   But would -- the fact that your son put his life in

25   danger, quite frankly, in the military and served well
```

1  in the military, would that affect your ability to be

2  fair to someone you're gonna hear about who is living

3  in Afghanistan and Pakistan?

4           PROSPECTIVE JUROR:  No.

5           MR. MOORE:  In other words, could you be

6  fair to our client knowing that this case involves

7  those -- at least those countries in the Middle East?

8           PROSPECTIVE JUROR:  Yeah, I think I can be

9  fair.

10          MR. MOORE:  I think you said in response to

11 the Judge that you have been doing special police work

12 off and on for twenty years.  Was there any other type

13 of employment that you had that you can tell us about?

14          PROSPECTIVE JUROR:  Well, I've done data

15 entry.  Mostly security, that's what I've done.

16          MR. MOORE:  Mostly, primarily security is

17 your career?

18          PROSPECTIVE JUROR:  Yeah.

19          MR. MOORE:  Thank you.

20          MR. STIGLITZ:  No questions.

21          THE COURT:  Okay.  Thank you very much.

22 You're excused at this time.  You must return to the

23 jury office at 1:15, please.  Thank you.  Have a nice

24 lunch, and do not discuss the case.

25          PROSPECTIVE JUROR:  Thank you.

1          (Prospective Juror 0039 left the courtroom.)

2          THE COURTROOM DEPUTY:  Juror Number 0380.

3          (Prospective Juror 0380 entered the

4     courtroom.)

5          THE COURT:  16, 22, 29, 31, and 33.

6          Good afternoon, sir -- not quite.  Good

7     morning.

8          PROSPECTIVE JUROR:  Good morning, Your

9     Honor.

10          THE COURT:  You indicated a couple of yes

11     answers.  One was Number 16.  You have family members,

12     yourself, others who have traveled, worked, lived in

13     any capacity in an Islamic country.

14          PROSPECTIVE JUROR:  I'm a full-time employee

15     for Fox News Channel, the TV station, so I have

16     several colleagues who have been in Afghanistan for

17     news reports.

18          THE COURT:  Have you traveled there?

19          PROSPECTIVE JUROR:  I have not.

20          THE COURT:  And any particular countries, or

21     they are all over, obviously?

22          PROSPECTIVE JUROR:  All over, obviously.

23     Afghanistan.

24          THE COURT:  Is there anything about your

25     conversations with them or what you know about their

1    reporting or experiences that you think would spill

2    over to affect your ability to be fair and impartial

3    in this case?

4             PROSPECTIVE JUROR:  No, I don't think so.

5    No.

6             THE COURT:  And you have friends or

7    relatives in law enforcement?

8             PROSPECTIVE JUROR:  Yes.  My dad was an FBI

9    officer.

10            THE COURT:  Okay.  Here or somewhere else?

11            PROSPECTIVE JUROR:  I think it was the DC

12   office.

13            THE COURT:  How long have you been with Fox?

14            PROSPECTIVE JUROR:  Full-time employee for

15   seven years.

16            THE COURT:  What is your job there?

17            PROSPECTIVE JUROR:  TV engineer.

18            THE COURT:  What does that mean?

19            PROSPECTIVE JUROR:  I do cameras,

20   microphone, satellite feeds, fiber-optic feeds;

21   everything that makes TV happen but not actually on

22   camera.

23            THE COURT:  You said somebody served in the

24   armed forces, whether reserves, National Guard.

25            PROSPECTIVE JUROR:  I was in the U.S. Navy.

1          THE COURT:  Where were you stationed?

2          PROSPECTIVE JUROR:  Connecticut, Norfolk.

3          THE COURT:  Not abroad?

4          PROSPECTIVE JUROR:  No.  Not stationed

5    abroad, no.

6          THE COURT:  Okay.  Were you -- what was your

7    rank in the Navy?

8          PROSPECTIVE JUROR:  MM1, Machinist's Mate

9    First Class.

10         THE COURT:  Okay.  Thank you.

11         Let's see, has anybody been the victim,

12   witness, arrested, or charged, found guilty of a

13   crime?

14         PROSPECTIVE JUROR:  Victim of crime, yes.

15   That would be me.

16         THE COURT:  What happened?

17         PROSPECTIVE JUROR:  Armed robbery and

18   mugging.

19         THE COURT:  Here in DC?

20         PROSPECTIVE JUROR:  In DC, yes.

21         THE COURT:  Did they catch anybody?

22         PROSPECTIVE JUROR:  No.

23         THE COURT:  Did the police respond

24   appropriately as far as you know?

25         PROSPECTIVE JUROR:  Yes.

1          THE COURT:  And do you think that you hold

2     any ill will towards either the defendant or the

3     government side here as a result of what happened?

4          PROSPECTIVE JUROR:  No.

5          THE COURT:  And the last question is, have

6     you been treated by the government or police in a

7     manner you thought was unfair?

8          PROSPECTIVE JUROR:  Oh, yeah.  Last year I

9     was peddling my bicycle on a sunny day, was plowed

10    over by an on-duty police officer, and there still

11    hasn't been a resolution to the case yet.

12         THE COURT:  Okay.  Was the person on an

13    emergency run when you say "plowed over"?

14         PROSPECTIVE JUROR:  According to the police

15    report, the officer was not responding to any call and

16    did not have lights or sirens on.

17         THE COURT:  And what -- how were you

18    injured?

19         PROSPECTIVE JUROR:  I went to the hospital,

20    had multiple lacerations, severe sprains.

21         THE COURT:  Have you initiated a lawsuit or

22    a claim?

23         PROSPECTIVE JUROR:  I have a lawyer, yes.

24         THE COURT:  Now, obviously, this case is

25    quite unrelated to that.

```
1              PROSPECTIVE JUROR:  Correct.

2              THE COURT:  In fact, I don't believe we have

3    any MPD officers testifying.  Do you think that in any

4    way this is going to spill over to the detriment of

5    the government here?

6              PROSPECTIVE JUROR:  No, I don't.

7              THE COURT:  Can you be fair and impartial to

8    both sides?

9              PROSPECTIVE JUROR:  I can, yes.

10             THE COURT:  Questions, Mr. Moore?

11             MR. MOORE:  Just briefly.  Sir, from any

12   discussions you might have with your colleagues about

13   Afghanistan, Pakistan, or during your duties of,

14   perhaps, programming -- so we see things about those

15   countries -- have you formed any particular views

16   about the Middle East or those -- strike that -- about

17   Afghanistan, Pakistan at all?  I mean lawlessness,

18   drugs, anything like that.

19             PROSPECTIVE JUROR:  Formed an opinion, no.

20   As with anything, when you get more information about

21   anything, your opinions change over time.  But I

22   wouldn't say my opinions have changed drastically one

23   way or another.

24             MR. MOORE:  Are you with Channel 5?

25             PROSPECTIVE JUROR:  No, Fox News Channel,
```

1   the cable channel.

2          MR. MOORE:  Okay.  Good enough.  Thank you

3   very much.

4          MR. STIGLITZ:  No questions.

5          THE COURT:  Okay.  Thank you, sir.  You are

6   excused at this time.  You must return to the jury

7   office at 1:15.  Have a good lunch.  Do not discuss

8   the case.  Fourth floor, jury office, please, 1:15.

9          (Prospective Juror 0380 left the courtroom.)

10         THE COURT:  0451.  28, 31, 44, 49.

11         (Prospective Juror 0451 entered the

12         courtroom.)

13         THE COURT:  Good morning.

14         PROSPECTIVE JUROR:  Good morning.

15         THE COURT:  Yes, good morning.  I have a

16   couple of just follow-up questions.  It says here you

17   are familiar with other -- or follow trials with other

18   defendants in the U.S. who have been accused of

19   terrorism.  What in particular or how have you

20   followed those trials?

21         PROSPECTIVE JUROR:  The New Land Foundation

22   in Texas I followed.

23         THE COURT:  The which one?

24         PROSPECTIVE JUROR:  New Land Foundation.

25         THE COURT:  I'm not sure.  This was a

1    charity?

2              PROSPECTIVE JUROR:  Yes.

3              THE COURT:  Was there some particular reason

4    that you followed that?

5              PROSPECTIVE JUROR:  I work for a nonprofit,

6    and we were interested in laws that affect charities.

7              THE COURT:  What do you do for the

8    nonprofit?

9              PROSPECTIVE JUROR:  I'm a fund-raiser,

10   developmental director.

11             THE COURT:  You said, I'm a fund-raiser --

12   oh development --

13             PROSPECTIVE JUROR:  Yes, development

14   director.

15             THE COURT:  You also indicated in response

16   to 44 you would have difficulty being fair and

17   impartial given the allegations that he attempted to

18   assist a terrorism organization.  Can you explain

19   that?

20             PROSPECTIVE JUROR:  One, I need you to

21   repeat the question.  So thank you; I wasn't sure I

22   heard it right.  I just do abhor terrorism of any

23   kind, but I would do all I can to be fair and

24   impartial.

25             THE COURT:  There's no charge here that the

1    defendant participated in an act of terrorism.  He's

2    charged basically with violating narcotics law and

3    providing pecuniary -- something of pecuniary value to

4    the Taliban.

5            Do you think that the charges would sort of

6    cloud your ability to be fair and impartial, or could

7    you limit yourself to the evidence?

8            PROSPECTIVE JUROR:  Um, I think I could be

9    fair and impartial.  Again, I was wanting to have you

10   repeat the question because I wasn't sure I heard it

11   correctly the first time when I wrote that down.

12           THE COURT:  Now having heard the question,

13   what is your answer to 44 about being -- would you

14   have difficulty being fair and impartial in this case?

15           PROSPECTIVE JUROR:  No, I would not.

16           THE COURT:  Okay.  And 28, 31.  31 asked

17   about somebody being the victim of, witness to, or

18   charged or convicted with a criminal case.

19           PROSPECTIVE JUROR:  I was mugged and I was

20   broken into, but they were minor, but they were

21   criminal.

22           THE COURT:  Okay.  And did they catch

23   anybody either time?

24           PROSPECTIVE JUROR:  No.

25           THE COURT:  Did the police respond

1    appropriately?

2             PROSPECTIVE JUROR:  Yes, they did.

3             THE COURT:  And you're a lawyer, or

4    somebody's a lawyer?

5             PROSPECTIVE JUROR:  No.  I took a criminal

6    justice course.  That was my major in the '70s.  So I

7    had a case law course, but that was many years ago.

8             THE COURT: And other than fund-raising, what

9    other kinds of jobs have you had?

10            PROSPECTIVE JUROR:  It's all been within the

11   nonprofit sector, working for either communications,

12   fund-raising, or projects, community organizing.

13            THE COURT:  Okay.  And give me a couple of

14   examples of what other organizations.

15            PROSPECTIVE JUROR:  The National Board for

16   Professional Teaching Standards, the Forum of Regional

17   Grantmakers, the Oakland County Community --

18   Oakland -- human service agency.

19            THE COURT:  That's in California, you mean?

20            PROSPECTIVE JUROR:  That was in Michigan.

21            THE COURT:  And the one you are with now is

22   OMB Watch?

23            PROSPECTIVE JUROR:  Correct, the Office of

24   Management and Budget.

25            THE COURT:  Okay.

1              Questions, Mr. Stiglitz?

2              MR. STIGLITZ:  Just to get a sense.  Are you

3     ideologically sort of in sync with these various

4     organizations, or are you sort of a specialist in

5     fund-raising so you basically go to the nonprofits

6     that require that sort of assistance?

7              PROSPECTIVE JUROR:  Well, it's a

8     combination.  Because I've been in communications and

9     nonprofits -- and development -- sorry --

10    fund-raising, so I'm really more committed to the

11    nonprofit sector, and the fact that it's a special

12    privilege we have of the U.S., so I've done a lot to

13    strengthen and work with other nonprofits.  It's kind

14    of hard to explain, so yeah.

15             MR. STIGLITZ:  No.

16             PROSPECTIVE JUROR:  Issue by issue.

17             MR. STIGLITZ:  I think I got it.  Thank you.

18             MR. MOORE:  We don't get a whole lot of

19    information on the sheets, but OMB Watch, does that

20    mean that you are analyze -- that you keep -- analyze

21    OMB or you watch OMB or check on what they are doing?

22    Can you just explain that a little bit?

23             PROSPECTIVE JUROR:  We really try to make

24    government work for the people.  And so we help, try

25    and streamline the regulatory process, make sure that

1    it's not having undue influence over it, and try to

2    reform the regulatory process.

3            MR. MOORE:  So somebody in the organization,

4    I take it, is keeping track of what OMB does?

5            PROSPECTIVE JUROR:  Yes.  We have policy

6    analysts that monitor regularly.

7            MR. MOORE:  Is OMB Watch -- is that the

8    organization that you're with now?

9            PROSPECTIVE JUROR:  Yes.

10           MR. MOORE:  How long have you been with

11   them?

12           PROSPECTIVE JUROR:  Five and a half years.

13           MR. MOORE:  Okay.  Thank you.

14           THE COURT:  Nothing else?

15           Thank you.  You're excused.  You should

16   return to the jury office at 1:15 after lunch.  Do not

17   discuss the case, and thank you very much.  1:15 in

18   the jury office.

19           PROSPECTIVE JUROR:  Thank you.

20           (Prospective Juror 0451 left the courtroom.)

21           THE COURT:  1155; 10, 22, 29.

22           THE COURTROOM DEPUTY:  Juror 1155.

23           THE COURT:  Hello, sir.  How are you?

24           PROSPECTIVE JUROR:  Doing very well.

25   Yourself?

```
1              THE COURT:  Fine, thank you.

2              PROSPECTIVE JUROR:  That's good.

3              THE COURT:  Have a seat.  You've been on a

4    criminal jury before, I take it?

5              PROSPECTIVE JUROR:  Yes, ma'am, two years

6    ago.

7              THE COURT:  Was it here or across the

8    street?

9              PROSPECTIVE JUROR:  In Superior Court.

10             THE COURT:  Do you recall the charges?  What

11   kind of case was it?

12             PROSPECTIVE JUROR:  It was a criminal case,

13   attempted murder case.

14             THE COURT:  And I don't want to know what

15   the verdict was, but did they reach a verdict?

16             PROSPECTIVE JUROR:  Yes, ma'am, they did.

17             THE COURT:  Anything about that experience

18   you think would negatively affect you in this case?

19             PROSPECTIVE JUROR:  No, ma'am.

20             THE COURT:  You also indicated on 22 that

21   somebody had a law enforcement connection.

22             PROSPECTIVE JUROR:  I have a nephew who is

23   on the Metropolitan Police Department.

24             THE COURT:  What district?

25             PROSPECTIVE JUROR:  DC.  DC.
```

```
 1              THE COURT:  And downtown or in one of the

 2    1D, 2D?

 3              PROSPECTIVE JUROR:  Downtown.

 4              THE COURT:  And, last, I think you said that

 5    there's somebody -- family member who is in the Armed

 6    Services, or reserves, National Guard.

 7              PROSPECTIVE JUROR:  I have an older sibling

 8    who was in the Marine Corps who is retired now.

 9              THE COURT:  Where did he serve?

10              PROSPECTIVE JUROR:  Vietnam.

11              THE COURT:  What do you do?  Do you work?

12              PROSPECTIVE JUROR:  No.  I'm retired, ma'am.

13              THE COURT:  What did you do?

14              PROSPECTIVE JUROR:  I worked with the MDA.

15              MR. MOORE:  I'm sorry, Judge; his voice is

16    kind of soft.

17              PROSPECTIVE JUROR:  MDA, Missile Defense

18    Agency, Virginia.

19              THE COURT:  That's part of the Department of

20    Defense?

21              PROSPECTIVE JUROR:  Yes, ma'am.

22              THE COURT:  What did you do for them?

23              PROSPECTIVE JUROR:  I was housekeeping.

24              THE COURT:  And how long have you lived in

25    the District?
```

1          PROSPECTIVE JUROR:  Been here all my life,

2   ma'am.

3          THE COURT:  Questions, Mr. Moore?

4          MR. MOORE:  No, Your Honor.

5          THE COURT:  Mr. Stiglitz?

6          MR. STIGLITZ:  No.  Thank you.

7          THE COURT:  Okay.  Sir, at this time we're

8   excusing you until 1:15 to go to the jury office,

9   please.  Please report there at 1:15.  Have a nice

10  lunch, and go to the jury office, and do not discuss

11  the case.  Okay?

12         PROSPECTIVE JUROR:  Yes, ma'am.

13         THE COURT:  Thank you.  Have a good lunch.

14         PROSPECTIVE JUROR:  Thank you.

15         (Prospective Juror 1155 left the courtroom.)

16         THE COURT:  Okay.  Miss Peterson?

17         MS. PETERSON:  Your Honor, just to

18  supplement the record with respect to the jury pool, I

19  would note that we had, of the six additional jurors,

20  two white men, two white women, one black woman, and

21  one black male.

22         THE COURT:  Right.  I agree with that

23  statement.

24         Okay.  We will now break, I guess, until --

25  Gwen, the jurors are going to come into the jury

1    office.  They'll be seated in here in the order -- the

2    first row would be the first numbers.  We will then

3    exercise strikes.

4           We will fill the box with fourteen qualified

5    jurors, and you'll be able to exercise your strikes as

6    to 3 and 5, one strike per alternate.  If you pass,

7    both pass, then that's our jury.

8           And 3 and 5 in that order, is that correct?

9           THE COURTROOM DEPUTY:  Right, 3 and 5.

10          THE COURT:  So any questions about that?  We

11    will strike two, one, two, one until we even up.

12          MR. STIGLITZ:  Gwen schooled me yesterday on

13    this, but I just want to make sure I understand.  So

14    for the general panel, we will be striking from the

15    gallery.  Once we've used our strikes and placed them

16    in the box -- and then come the alternate strikes?

17          THE COURT:  Correct.  So you'll exercise

18    sixteen peremptories, and then we'll fill up the box.

19    But the box will be filled according to the list.  We

20    didn't excuse anybody for cause out of the six, so we

21    should be, I guess -- what are you going to do with

22    Juror Number 4?  You are going to put him at the very

23    end?

24          MS. PETERSON:  Yes, Your Honor.

25          THE COURT:  Okay.  So skip -- there won't be

```
 1    anybody in 4.  The first qualified juror is Number 2,
 2    3, and 5.  Okay?  And we excuse Number 14, 0769.
 3    Okay?
 4              MR. MOORE:  Yes, Your Honor.
 5              THE COURT:  All right.  Then we'll resume at
 6    a quarter of promptly, please.  And the jurors will --
 7    you have to -- before you bring them in, you have to
 8    bring in the defendant.
 9              THE COURTROOM DEPUTY:  Counsel is looking
10    puzzled.  You are saying you want them back at 1:45.
11              MR. MOORE:  You said quarter of, and we
12    didn't quite know --
13              THE COURT:  2.  2.  They are reporting back
14    at 1:15.  We'll start afterwards with your opening.
15              You are about thirty minutes?
16              MR. COBAR:  Thereabouts, Your Honor.
17              THE COURT:  Who is your first witness?
18              MR. STIGLITZ:  Probably Agent Higgins.
19              THE COURT:  And will he take us through the
20    afternoon?
21              MR. STIGLITZ:  Yes.
22              THE COURT:  Okay.  See you at a quarter of.
23              (Whereupon, at 12:07 p.m. a luncheon recess
24              was taken.)
25     A  F  T  E  R  N  O  O  N     S  E  S  S  I  O  N
```

```
1                    (Whereupon, at 1:59 p.m. the trial resumed

2               and the following ensued:)

3               THE COURT:  Good afternoon.

4               MR. MOORE:  Good afternoon, Your Honor.

5               MR. COBAR:  Good afternoon.

6               MR. STIGLITZ:  Good afternoon, Your Honor.

7               THE COURT:  Okay.  One second, please.  We

8      have to wait for the defendant.

9               MR. STIGLITZ:  Sure.

10              (Whereupon, the defendant entered the

11              courtroom.)

12              MR. MOORE:  May we have just a second, Your

13     Honor?

14              THE COURT:  Yes.

15              (Discussion held off the record.)

16              THE COURT:  Counsel, we need to organize.

17     We have jurors waiting.  Excuse me one second.  All

18     right.  Let us get on the record.

19              Okay.  Just to bring everybody up to date,

20     we have -- Line 3 is a no-show.  And the only other

21     person who did not return is on her way, and she's

22     Line 30.  I don't know when she's going to arrive, but

23     everybody else --

24              So how many people are sitting in the jury

25     office?  Six from this morning plus...
```

1          THE COURTROOM DEPUTY:  The thirty-two we

2     had, so we're missing -- thirty-eight.  We're missing

3     two.  So we have thirty-six people.

4          MR. STIGLITZ:  We should have thirty-eight.

5          THE DEPUTY CLERK:  Thirty-eight was the

6     total qualified, then we're missing two, so that's

7     thirty-six.

8          THE COURT:  Is Line 29 here now?

9          THE DEPUTY CLERK:  Line 29 is expected in,

10    too.

11         THE COURT:  The question is, what, if

12    anything, do the parties want me to do as to the one

13    juror that allegedly may have a record?  I assume that

14    it's one of the people from this morning.

15         First of all, I would like to just say for

16    the record, sometimes these things are wrong.  I've

17    had it happen.  I mean, we've done this before.  So it

18    is the person who will be 309.  She's here.  She's in

19    the pool.  We can question her.  I don't like doing

20    it, but if we thought we might need her, use her, what

21    have you, I'll defer to you folks, and then you can

22    hear what she has to say.  It's not a perfect

23    situation.  Otherwise, we just put her at the bottom,

24    and we won't get to her.

25         MS. PETERSON:  Your Honor, I certainly don't

1  think she can be struck without questioning if the

2  Court wanted to question her.  I would defer on that

3  issue to the Court as to whether the Court thinks it's

4  appropriate to question her.  It may -- she's not

5  disqualified.  She doesn't appear to have any

6  convictions.  I believe they were just arrests.

7       THE COURT:  Right.  She's not automatically

8  disqualified.  It would be that she didn't answer the

9  question properly.

10      MS. PETERSON:  Right.  We had jurors who

11  didn't answer the question properly about whether they

12  had served on prior juries.

13      THE COURT:  Yeah.  Yeah.  I wouldn't say --

14  yesterday we didn't invite the gentleman back.  We can

15  do the same thing.  We can ask her questions about it

16  or put her at the bottom.  We have three choices.

17      If you want to keep her, so to speak, the

18  government has the right to know and make an argument

19  if it turns out that she intentionally misled them for

20  some reason or what have you.

21      MS. PETERSON:  Your Honor, I think we're in

22  a position where we can't agree to have her simply

23  struck.  She's one of the very few African Americans

24  on the panel, as is the two people who are not here,

25  were supposed to be here.

```
 1              THE COURT:  Wait a minute.  You're right.
 2    One's coming.
 3              MS. PETERSON:  We're not in the position,
 4    given the makeup of the jury pool, to have any of them
 5    struck.
 6              THE COURT:  Can I see the paperwork?
 7              Gwen, can you ask the jury office to bring
 8    us the one juror whose number is 309?
 9              Correct?
10              MR. STIGLITZ:  Yes.
11              THE COURT:  0309.  Can I see your paperwork
12    a minute?
13              MR. STIGLITZ:  Sure.  Let me highlight it to
14    make it easier to read, Your Honor.
15              THE COURT:  How come you don't have
16    dispositions, out of curiosity?
17              MR. STIGLITZ:  Your Honor, I don't have an
18    answer.  That's the only record that was in the
19    system.
20              THE COURT:  Okay.
21              MS. PETERSON:  Your Honor, from my
22    experience with pretrial services, I believe it means
23    that there were no charges.  There was no paper.  It
24    went off the system.  I can't be certain because I
25    don't know the jurisdictions but...
```

1          THE COURT:  They are all Virginia, but I

2    don't know either.  Fairfax, Alexandria, Alexandria.

3          MS. PETERSON:  Typically it means there was

4    no paper.

5          THE COURT:  One of them looks like a U.S.

6    judge.  The rest of them look like local.  Anyway, I'm

7    happy to ask.  And if you have any follow-ups, you're

8    welcome to ask.  These are all pretty old, '77, it

9    looks like.  One is '74, and the other two are '77.

10          MR. STIGLITZ:  Actually, the distribution is

11    '97, Your Honor.

12          THE COURT:  I'm sorry.  '97.  What'd I say,

13    '77?  One is '77, one is '97, and one is '74.  You're

14    right about the distribution is '97.

15          (Prospective Juror 0309 entered the

16          courtroom.)

17          THE COURT:  Good afternoon, ma'am.  Could

18    you take a seat in the witness box.

19          Good afternoon.

20          PROSPECTIVE JUROR:  Good afternoon.

21          THE COURT:  How are you?

22          PROSPECTIVE JUROR:  Fine.

23          THE COURT:  Sorry to bother you.  I need to

24    follow up on a question or two that was asked before.

25    And I realize that this is -- some of this is somewhat

```
 1   old.  Have you ever been arrested anywhere?
 2              PROSPECTIVE JUROR:  Not arrested, but --
 3              THE COURT:  Charged?
 4              PROSPECTIVE JUROR:  Yes.
 5              THE COURT:  In Alexandria or...
 6              PROSPECTIVE JUROR:  Alexandria when I was a
 7   teenager.  It was a misdemeanor.
 8              THE COURT:  What was it?  Do you remember?
 9              PROSPECTIVE JUROR:  I can't remember
10   exactly, but I know I was throwing something at the
11   store manager.
12              THE COURT:  Well, there's one here.
13              PROSPECTIVE JUROR:  Must have been real bad.
14              THE COURT:  Concealment of merchandise,
15   petty larceny, and marijuana distribution.  Do any of
16   those sound -- the Alexandria one is the last one.
17   The concealment of merchandise was way back in '77,
18   Alexandria.
19              Were you charged with distribution of
20   marijuana?
21              PROSPECTIVE JUROR:  No.
22              THE COURT:  What happened?
23              PROSPECTIVE JUROR:  It was dismissed.
24              THE COURT:  Oh.  What was?
25              PROSPECTIVE JUROR:  I mean, I was visiting
```

1    someone at a -- in prison, that was imprisonment

2    [sic], and they had something to do with them, and

3    they -- I don't know.

4            THE COURT:  Oh, I get it.  So that was in

5    federal -- some kind of federal prisoner?

6            PROSPECTIVE JUROR:  Uh-huh.

7            THE COURT:  So nothing happened?  That one

8    was never papered?

9            PROSPECTIVE JUROR:  Uh-uh, no.

10           THE COURT:  How about this other one,

11   concealment of merchandise?

12           PROSPECTIVE JUROR:  It was a misdemeanor,

13   long time ago. It was dismissed also.

14           THE COURT:  And the last one I want to ask

15   about, a petty larceny from Fairfax in '74.  Does that

16   ring a bell?  Do you know anything about that?

17           PROSPECTIVE JUROR:  If it was, it was

18   dismissed because I've never been locked up or

19   anything.

20           THE COURT:  All right.  These things are

21   just -- you did not consider these arrests?  You

22   didn't include them on -- when we talked.

23           PROSPECTIVE JUROR:  Because I wasn't

24   arrested.  I was just sent home.  I mean, they --

25           THE COURT:  So -- sometimes they say "no

1  papered."  Does that sound like what happened?

2           PROSPECTIVE JUROR:  It wasn't no paper.  It

3  was no paper, I think.  They put me, it was like in a

4  department -- it wasn't really a department store.  I

5  think it was like a CVS.  I had something when I went

6  in the store, and then when I came out, they thought I

7  stole whatever; then they called my parents, sent me

8  home.

9           THE COURT:  How old were you in '77 or '74?

10  Your date of birth is?  You were born in what year?

11           PROSPECTIVE JUROR:  1954.

12           THE COURT:  Okay.  Any questions from

13  anybody?

14           MR. MOORE:  Not from us, Your Honor.

15           THE COURT:  Sorry to be so nosey.

16           PROSPECTIVE JUROR:  That's okay.  Couldn't

17  have been too much.

18           MR. STIGLITZ:  Good afternoon.

19           PROSPECTIVE JUROR:  Good afternoon.

20           MR. STIGLITZ:  Can you explain the

21  circumstances of the marijuana incident?

22           PROSPECTIVE JUROR:  I was visiting somebody

23  that was in prison.  They were distributing marijuana,

24  whatever, and they caught -- somebody came in and

25  brought marijuana to the person, and they mistake it

1    for me, and it wasn't me.

2           MR. STIGLITZ:  Okay.  So a different visitor

3    brought something?

4           PROSPECTIVE JUROR:  Yeah, to the same

5    person.

6           MR. STIGLITZ:  Around the same time?

7           PROSPECTIVE JUROR:  I think it was around

8    the same time -- I'm not sure -- but they threw it out

9    of court.

10          MR. STIGLITZ:  Did you end up having to go

11   to court?

12          PROSPECTIVE JUROR:  Yeah, I had to go to

13   court.

14          MR. STIGLITZ:  Okay.  Do you feel that it

15   was -- what were your -- what feelings did you have

16   after it was over concerning how you had been treated?

17          PROSPECTIVE JUROR:  I was angry because it

18   wasn't me.  I was very upset.

19          MR. STIGLITZ:  Sure.  Can I ask who your

20   anger was directed at?

21          PROSPECTIVE JUROR:  The person that I was

22   visiting.

23          MR. STIGLITZ:  All right.  Thank you.

24          THE COURT:  All right.  Thanks very much.

25   Sorry to bother you.

1                Where did Gwen go?

2                MR. STIGLITZ:  She asked that she wait out

3     in the hall because she's going to get the rest of the

4     jurors.

5                THE COURT:  Would you mind waiting out in

6     the hall?  The rest of the jurors are going to be

7     joining you shortly.  Thank you.

8                PROSPECTIVE JUROR:  You're welcome.

9                (Prospective Juror 0309 left the courtroom.)

10               THE COURT:  Okay.  Mr. Stiglitz, do you have

11    any motion?  You don't have to.

12               MR. STIGLITZ:  I know.  Can I have just one

13    moment?

14               THE COURT:  Yeah.

15               (Discussion held off the record.)

16               THE COURT:  The other juror has arrived?

17               MS. PETERSON:  One of the two, I understand.

18               THE COURT:  Correct.  We're going to move

19    on.  I mean, we did this extra six, so we're fine.

20               So Line 30, I think, is here.

21               MR. STIGLITZ:  That's correct.  Well, Your

22    Honor, I think under the circumstances, we're

23    concerned that -- the voir dire, if I'm not mistaken,

24    not only says "arrested" but says "charged with a

25    crime."  And the fact that she didn't mention any of

1    this --

2              THE COURT:  I don't know.  When you're

3    charged, it's no papered.  I couldn't possibly answer

4    that question.  Could you?

5              MR. STIGLITZ:  Well, the mere fact that she

6    was processed into the system tells us there had to be

7    a charge of some sort.  So -- regardless, she had

8    these run-ins with the law enforcement authorities

9    that she didn't mention to the Court until brought

10   back in and questioned about it.

11             You know, obviously, the circumstances, even

12   under her telling, left her with a bad taste in her

13   mouth.  So under the circumstances, particularly since

14   the defense is that essentially her client --

15   obviously, he's not guilty; that's why we're here in

16   court having this trial -- it seems to me this juror

17   might sympathize with somebody in that situation as

18   somebody who also has been falsely accused in the past

19   on three separate occasions.  And so under the

20   circumstances, we believe that she should be stricken

21   for cause.

22             MS. PETERSON:  Your Honor, I don't think

23   there's any grounds to disqualify her for cause.

24   Other jurors did not answer questions, and the Court's

25   probe showed that they didn't answer.  We didn't sit

1    and ask each person each question separately to make

2    sure they answered every question they should have

3    answered.

4              The only reason we know this is because the

5    government did outside investigation and discovered

6    the other arrests.

7              I think it's inappropriate to strike her for

8    not answering a question that she could easily have

9    not have understood.

10             THE COURT:  I agree.

11             MS. PETERSON:  She answered the Court's

12   questions at the bench when the Court asked them.

13             THE COURT:  Regrettably, these questions

14   confuse half the people all the time.  You now know

15   that she has a record for whatever that matters.  But

16   it's fairly old, and I don't think it has any affect

17   on her in terms of her ability to be fair and

18   impartial.  So she will remain.  She's at the bottom

19   anyways.

20             MS. PETERSON:  Your Honor, and I understand

21   the Court wishes to proceed.  I would like to say it's

22   over our objection with respect to the one juror who

23   did not show up.

24             THE COURT:  Okay.  Let it be noted.

25             I don't know where Gwen is.  Perhaps we

1    ought to break.

2              Can the interpreters remain so they can talk

3    to their client while we break?

4              MR. MOORE:  Judge, I think we're okay.  The

5    marshal was good enough to get him up, and the

6    interpreters were back.  So we had some discussions.

7    We're using the time delay to talk to him, so I think

8    we're okay.

9              THE COURT:  Okay.

10             (Whereupon, at 2:20 p.m. a recess was taken

11             and at 2:31 p.m. the prospective jurors

12             entered the courtroom and the following

13             ensued:)

14             THE COURT:  We are now in the process of

15   picking our jurors.  Some of you may be chosen, and

16   some of you may not.  Please bear with us.  Counsel

17   has the opportunity now to exercise strikes, and after

18   that, we'll start to fill up the box.

19             You have the sheet, counsel?  Counsel,

20   ready?

21             MR. STIGLITZ:  We're almost there, Your

22   Honor.

23             THE COURT:  Okay.  Good.

24             THE COURTROOM DEPUTY:  Ladies and gentlemen,

25   when I call your juror number, I'm going to ask that

1    you gather up your personal belongings.  Please bring

2    them with you and take a seat in the jury box.  The

3    front row are Seats 7 through 1.  Second row are Seats

4    14 through 8.  I will start filling the box with Juror

5    Number 7 back to 1 and then 14 to 8.

6              Juror Number 0123, please take Seat 7.

7    Juror 0340, please take Seat 6.  Juror 0524, please

8    take Seat 5.  Juror 0151, please take Seat 4.  Juror

9    0674, please take Seat 3.  Juror 412, please take Seat

10   2.  And Juror 818, please take Seat 1.

11             Starting on the second row, Juror Number

12   0509 -- 0509, please take Seat 14.  Juror number 0851,

13   Seat 13.  Juror 0399, Seat 12.  Juror 0877, Seat 11.

14   Juror 0112, Seat 10.  Juror 0621, Seat 9.  And Juror

15   0775, Seat 8.  Juror 0775, Seat 8.

16             THE COURT:  Counsel, anything further at

17   this time?

18             MS. PETERSON:  No, Your Honor.

19             MR. STIGLITZ:  No, Your Honor.

20             THE COURT:  Okay.  Ladies and gentlemen in

21   the jury box, you have been chosen as jurors in this

22   case.  We thank you.

23             Those in the audience are free to go.  You

24   should check out from the jury office.  We appreciate

25   your coming.  Thank you very much.  Have a good day.

1    And the jury office is on the fourth floor.  Thank

2    you.

3              (Whereupon, the remaining jurors left the

4              courtroom.)

5              THE COURT:  We will now swear the panel,

6    please.

7              THE COURTROOM DEPUTY:  Would the jurors

8    please rise and raise your right hands, please.

9              (Whereupon, the jury was sworn.)

10             THE COURT:  Ladies and gentlemen, I would

11   like to speak to you for a little while before we

12   start with the openings, and then I would think we

13   will have time to start the first witness.  Excuse me.

14   I seem to have some laryngitis.

15             I want to explain to you some of the legal

16   rules that will be important during this trial.  I

17   want to emphasize that these remarks are not meant to

18   be a substitute for the detailed instructions that I

19   will give at the end of the trial just before you

20   start your deliberations.  These preliminary

21   instructions are intended to give you a sense of what

22   will be going on in the courtroom and what your

23   responsibilities as jurors will be.

24             Now, when you took your seats, you noticed

25   that there were -- I think you noticed.  In your

1    package, there ought to be a pad and paper and a

2    pencil.  We allow you to take notes during the trial

3    if you want.  Whether you take notes or not is

4    entirely up to you.  Many people find that taking

5    notes helps them remember testimony in evidence.

6    Others find that it distracts them from listening to

7    the witnesses.

8            You will be permitted to take your notebooks

9    back with you to the jury room during the

10   deliberations.  You should remember, however, that

11   your notes are only an aid to your memory.  They are

12   not evidence in the case, and they should not replace

13   your own memory of the evidence.

14           Those who do not wish to take notes should

15   rely on your own memory of the evidence, and you

16   should not be influenced by another's notes.  Other

17   than during your deliberations, the notebooks will

18   remain locked in the courtroom during recesses and

19   overnight.  You will not be able to take the notebooks

20   with you as you come and go, and you will not be

21   permitted to take them home with you overnight.

22           At the end of the trial, when you come back

23   to the courtroom to deliver your verdict, your

24   notebooks will be collected and the pages torn out and

25   destroyed.  No one, including myself, will ever look

1    at your notes, and so you could feel free to write

2    whatever you wish.

3            At the beginning of jury selection, you were

4    introduced to some of the witnesses who we expect to

5    hear from.  Others were identified by name only.  If

6    at any time during the trial you should suddenly

7    realize that you recognize or might know any witness,

8    lawyer, or someone who's mentioned in the testimony or

9    evidence or anyone else connected with the case in any

10   way, you should raise your hand immediately and we

11   will speak privately out of the presence of your

12   fellow jurors.

13           Defendant will use the services of a Pashto

14   interpreter in this trial.  The interpreter is

15   provided by the Court and is a neutral participant in

16   this trial.  You should not be biased for or against

17   anyone who uses an interpreter.  Do not permit the

18   fact that the defendant or a witness is using the

19   services of an interpreter to influence you in any

20   way.

21           Now, some of the procedures we will follow:

22   As you know, the defendant here is Haji Bagcho, and

23   he's been charged in a four-count indictment.

24           Count I charges defendant with conspiracy to

25   distribute one kilogram or more of heroin.  In

1    summary, it reads:  From on or about September -- I'm

2    sorry -- sometime in 2005 and continuing thereafter to

3    the present, in Afghanistan and elsewhere, the

4    defendant knowingly and intentionally conspired with

5    others to knowingly and intentionally distribute one

6    kilogram or more of a mixture or substance containing

7    a detectable amount of heroin intending and knowing

8    that such substance would be unlawfully imported into

9    the United States in violation of Title 21, Section

10    959, all in violation of Title 21 of the United States

11    Code, Sections 963, 960(b)(1)(A) and aiding and

12    abetting in violation of Title 18, U.S.C. Section 2.

13            Count II charges defendant with distributing

14    one kilogram or more of heroin knowing and intending

15    that such substance would be unlawfully imported into

16    the United States.  It reads, in summary:  On or about

17    September 25, 2006, in Afghanistan, defendant

18    knowingly and intentionally distributed one kilogram

19    or more of a mixture or substance containing a

20    detectable amount of heroin intending and knowing that

21    such substance would be unlawfully imported into the

22    United States, all in violation of Title 21, United

23    States Code 959(a)(1), 959(a)(2), and 960(b)(1)(A),

24    and aiding and abetting in violation of Title 18,

25    Section 2.

1           Don't worry if you don't memorize those.

2    It's all going to be repeated to you at the end of the

3    trial.  You'll have written instructions in your hand.

4    This is not a verbatim summary -- or verbatim

5    statement of the indictment, but this gives you an

6    overview of the indictment.

7           Count III charges defendant with

8    distributing one kilogram or more of heroin knowing

9    and intending that such substance would be unlawfully

10   imported into the United States.  Count III reads, in

11   summary:  On or about May 21, 2008, in Afghanistan,

12   the defendant knowingly and intentionally distributed

13   one kilogram or more of a mixture or substance

14   containing a detectable amount of heroin intending and

15   knowing that such substance would be unlawfully

16   imported into the United States in violation of Title

17   21, Sections 959(a)(1), 959(a)(2), and 960(b)(1)(A)

18   and aiding and abetting in violation of Title 18

19   U.S.C., Section 2.

20          Count IV charges defendant with

21   manufacturing and distributing or possessing with

22   intent to distributed one kilogram or more of heroin

23   and providing something of pecuniary value to a person

24   or organization that engages in terrorism.

25          This count reads, in summary:  From on or

1    about sometime in 2007 and continuing thereafter to

2    the present, in Afghanistan, Pakistan, and elsewhere,

3    defendant and others knowingly and intentionally

4    manufactured, distribute, or possessed with intent to

5    distribute one kilogram or more of a mixture or

6    substance containing a detectable amount of heroin

7    knowing and intending to provide anything of pecuniary

8    value to any person or organization that has engaged

9    in or engages in terrorist activity or terrorism, all

10   in violation of 21 U.S.C. 960(a), 841(a),

11   841(b)(1)(A)(i) and aiding and abetting in violation

12   of 18 U.S.C. Section 2.

13            You should understand clearly that the

14   indictment which I've just summarized is not evidence.

15   It is just a formal way of charging a person with an

16   offense in order to bring him to trial.  You must not

17   think of the indictment as any evidence of the guilt

18   of the defendant or draw any conclusion about the

19   defendant's guilt just because he has been indicted.

20            At the end of the trial, you will have to

21   decide whether the evidence presented has convinced

22   you beyond a reasonable doubt that defendant committed

23   the offense or offenses with which he has been

24   charged.

25            As you know, there are four counts.  Now,

1    the first count charges him with conspiring to violate

2    the narcotics law by knowingly and intentionally

3    distributing one kilogram or more of a mixture or

4    substance containing a detectable amount of heroin,

5    intending and knowing that such substance would be

6    unlawfully imported into the U.S.

7          It is against the law to agree with someone

8    to commit the crime of conspiring to violate the

9    narcotics law of the United States by knowingly and

10   intentionally distributing one kilogram or more of a

11   substance or mixture containing a detectable amount of

12   heroin intending and knowing that such substance would

13   be unlawfully imported into the United States.

14          To prove this charge, the government must

15   prove beyond a reasonable doubt each of the elements.

16   The conspiracy charge is separate and different -- is

17   a separate and different offense from the underlying

18   crimes that are alleged objectives of the conspiracy.

19          First, I'm going to tell you about the

20   alleged objective of the conspiracy.  The alleged

21   objective is knowingly and intentionally distributing

22   one kilogram or more of a mixture or substance

23   containing a detectable amount of heroin intending and

24   knowing that such substance would be unlawfully

25   imported into the U.S.  The government is not required

1    to prove that these objectives were achieved.

2         I will give you more detailed instructions

3    at the conclusion of the trial in this regard.

4         The elements of a conspiracy, however, each

5    of which the government must prove beyond a reasonable

6    doubt are:  One, from on or about sometime in 2005,

7    continuing thereafter to the present, an agreement

8    existed between two or more people to commit the crime

9    of knowingly and intentionally distributing one

10   kilogram or more of a mixture or substance containing

11   a detectable amount of heroin intending and knowing

12   that such controlled substance would be unlawfully

13   imported into the U.S.

14        This does not have to be a formal agreement

15   or plan in which everyone involved sat down together

16   and worked out the details.  On the other hand, merely

17   because people get together and talk about common

18   interests or do similar things does not necessarily

19   show that an agreement exists to knowingly --

20   knowingly and intentionally distribute one kilogram or

21   more of a mixture or substance containing a detectable

22   amount of heroin intending and knowing that such

23   controlled substance would be unlawfully imported into

24   the United States.

25        It is enough that the government proves

1    beyond a reasonable doubt that there was a common

2    understanding among those who were involved to commit

3    the crime.

4            So the first element or first thing that

5    must be shown is the existence of an agreement.  The

6    second thing must be -- that must be shown is that

7    defendant intentionally joined in that agreement.  It

8    is not necessary to find that he agreed to all the

9    details of the crime or that he knew the identity of

10   all the other people the government has claimed were

11   participating in the agreement.

12           A person may become a member of a conspiracy

13   even if that person agrees to play only a minor part,

14   as long as that person understands the unlawful nature

15   of the plan and voluntarily and intentionally joins it

16   with the intent to advance or further the unlawful

17   object of the conspiracy.

18           Even if the defendant was not part of the

19   agreement at the very start, he can become a member of

20   the conspiracy later if the government proves that he

21   intentionally joined the agreement.

22           Different people may become part of the

23   conspiracy at different times.  But the mere presence

24   at the scene of the agreement or of the crime or

25   merely being with other participants does not show

1    that the defendant knowingly joined in the agreement.

2         Also, unknowingly acting in a way that helps

3    the participants or merely knowing about the

4    agreement, itself, without more does not make the

5    defendant part of the conspiracy.

6         So the second thing that must be shown is

7    that Haji Bagcho was part of the conspiracy.  A

8    conspiracy can be proved indirectly by facts and

9    circumstances that lead to a conclusion that a

10   conspiracy existed.  The government must prove that

11   such facts and circumstances existed and that they

12   lead to the conclusion that a conspiracy existed.

13        In deciding whether a conspiracy existed,

14   you may consider the acts and statements of all the

15   alleged participants.  In deciding whether Haji

16   Bagcho, also known as Haji Bagh Chagul or Haji

17   Bagchagul, became a member of that conspiracy, you may

18   consider only the acts and statements of the

19   defendant.

20        In summary, a conspiracy is a kind of

21   partnership in crime.  For the defendant to be

22   convicted of the crime of conspiracy, the government

23   must prove beyond a reasonable doubt, first, that from

24   or about sometime in 2005, continuing thereafter to

25   the present, there was an agreement to knowingly and

1    intentionally distribute one kilogram or more of a

2    mixture or substance containing a detectable amount of

3    heroin intending and knowing that such controlled

4    substance would be unlawfully imported into the United

5    States and that the defendant intentionally joined in

6    that agreement.

7            Count II of the indictment charges the

8    defendant with knowingly and intentionally

9    distributing one kilogram or more of a mixture or

10   substance containing a detectable amount of heroin

11   knowing and intending that such substance would be

12   unlawfully imported into the United States.

13           The government must prove beyond a

14   reasonable doubt each of the elements of distribution

15   of a controlled substance.  One, that on or about

16   September 25, 2006, defendant distributed one kilogram

17   or more of a mixture or substance containing a

18   detectable amount of heroin.

19           "Distribute" means to transfer or attempt to

20   transfer to another.

21           Two, defendant did so knowingly and

22   intentionally.  This means consciously voluntarily and

23   on purpose not mistakenly, accidentally, or

24   inadvertently.

25           And, three, defendant knew or intended that

such substance would be unlawfully imported into the
United States from outside the United States.

The third count charges the same substantive
offense; that is, the distribution of one kilogram or
more of heroin.  The elements are exactly the same.
The only difference is that the count charges that
this occurred on May 21, 2008.

Count IV of the indictment charges defendant
with knowingly and intentionally manufacturing,
distributing, or possessing with intent to distribute
one kilogram or more of a mixture or substance
containing a detectable amount of heroin knowing and
intending to provide directly or indirectly anything
of pecuniary value to any person or organization that
has engaged or engages in terrorist activity or
terrorism.

To prove this charge, the government must
prove the following elements beyond a reasonable
doubt: That the defendant distributed a controlled
substance -- and I've already described what that
means -- that he did -- he distributed the substance
knowingly and intentionally; that is, consciously,
voluntarily, on purpose, not mistakenly, accidentally,
or inadvertently -- he either knew or intended to
provide something of pecuniary value either directly

1    or indirectly to any person or organization that has

2    either engaged in or is engaged in terrorist activity.

3    And defendant knew that the intended recipient,

4    person, or organization has either engaged in or

5    engages in terrorist activity or terrorism.

6          Now, I would like to remind you about some

7    of the basic principles that govern this trial.  Every

8    defendant in a criminal case is presumed innocent.

9    This presumption of innocence remains with the

10   defendant throughout the trial unless and until he is

11   proven guilty beyond a reasonable doubt.

12         The burden is on the government to prove the

13   defendant guilty beyond a reasonable doubt, and that

14   burden of proof never shifts.

15         The law does not require defendant to prove

16   his innocence or to produce any evidence.  If you find

17   the government has proven beyond a reasonable doubt

18   every element of an offense with which the defendant

19   is charged, it is your duty to find him guilty of that

20   offense.

21         On the other hand, if you find the

22   government has failed to prove an element of an

23   offense beyond a reasonable doubt, you must find

24   defendant not guilty of that offense.

25         Now, when I refer to the government, I'm

1    referring now to the Department of Justice attorneys,

2    Mr. Stiglitz and Mr. Cobar.  When I talk about the

3    defendant, I'm also referring to his attorneys,

4    Mr. Moore and Miss Peterson.

5          The government and the defendant, as the

6    first step, will have an opportunity to make opening

7    statements.  The defendant may make an opening

8    statement immediately after the government's -- or

9    defense counsel may make an opening statement

10    immediately after the government's, or they may wait

11    until the beginning of their case, or they may choose

12    not to make an opening.

13          You should understand that openings, just

14    like closings and questions, they are not evidence.

15    They are intended to help you understand the evidence.

16          What's evidence in this case, ladies and

17    gentlemen, is the sworn testimony you will hear from

18    the witness stand and the exhibits which are put on in

19    evidence and will be provided to you.

20          There may be reference to certain exhibits

21    that will never be admitted into evidence for a

22    variety of reasons.  What you will have at the end of

23    the case is tapes -- the tape, itself, will be

24    evidence -- you will have exhibits, and you will have

25    witness testimony.

1          After the opening statements, the government

2   will call witnesses on its behalf.  And after the

3   government puts on its case, the defendant may present

4   evidence, but he is not required to do so.  The law

5   does not require the defendant to prove his innocence

6   or to put on any evidence.

7          If he does put on evidence, one or more of

8   the defense attorneys would call witnesses to the

9   stand, and they will ask questions, and the government

10   will cross-examine.  At the end of the defendant's

11   case, the government has an opportunity to put on a

12   rebuttal, should they wish to.

13          At the end of all the evidence, the lawyers

14   will have a chance to come back to you and make

15   closing statements.  Again, this is their opportunity

16   to argue to you what they believe the evidence has

17   shown in this case.  But, again, their closings are

18   not evidence.  They are just intended to help you

19   understand their contentions.

20          After they have all given their closings, I

21   will instruct you on the law.  So the law that I have

22   given you previously will be repeated, plus some other

23   legal principles.  And it will be your duty to follow

24   those principles as I state them to you.

25          Your job, ladies and gentlemen, is to decide

1    the facts.  You and only you are the judges of the

2    facts.  You alone will determine the weight, the

3    effect, and value of the evidence as well as the

4    credibility of the witnesses.

5           You must consider and weigh the testimony of

6    all witnesses who appear before you.  You alone must

7    decide the extent to which you believe a witness.  My

8    job, ladies and gentlemen, is to conduct this trial in

9    an orderly, fair, and efficient manner, to rule on

10   legal questions that come up, and to instruct you on

11   the law.

12          On occasion, we may take some legal issues

13   up at the bench and put up that nasty-sounding noise

14   buzzer.  You are welcome to talk among yourselves or

15   to read; you can get up and read; there's water.  Feel

16   free.  Please bring something to read to pass the time

17   because there are delays in every trial.

18          The schedule.  Breakfast is available for

19   you at 9 in the jury room.  Not the room over there

20   but we will show you your jury room shortly.

21          And we start promptly at 9:30.  We break for

22   lunch sometime between 12:30 and 1.  We have a break

23   in the morning and one in the afternoon.  We generally

24   stop around a quarter of 5.  If there's anything we

25   can do for you, just let Miss Franklin know.  She's

1    very good, but we only have a limited amount of

2    goodies, either breakfast or water.

3            You must pay careful attention to the

4    testimony of the witnesses because even though we have

5    a very capable reporter, we are not in a position to

6    give you transcripts at the end of the trial.  So you

7    must rely on your notes and your memory.

8            Now, if I should rule on objections by the

9    lawyers or make comments or question the witness or

10   instruct you on the law, you should not take any of my

11   statements or actions as any indication of my opinion

12   about how you should decide the facts.

13           If you think that somehow I have expressed

14   or hinted at an opinion, just disregard it.  The

15   verdict in this case is solely your responsibility,

16   not mine.

17           And, again, as I said, you will be

18   considering only the evidence that I admit into the

19   case.  So if any evidence is stricken, then you have

20   to put it out of your mind.

21           And if any lawyer makes a question -- makes

22   a statement or asks a question that refers to evidence

23   or if I do this and it does not coincide with your

24   recollection, your recollection will control.

25           Also, you should not hold it against a

1    lawyer for making objections to questions or answers

2    by the other side.  The lawyer would not be doing his

3    or her job if they fail -- if they did not object if

4    they believed the evidence to be inadmissible.

5            If I sustain an objection, you should not

6    guess or speculate what the answer might have been had

7    I allowed it.

8            Now, this is very important.  You are not

9    allowed to discuss this case at any time with anyone

10   until you begin your deliberations, and then you may

11   only discuss it in the jury room in the presence of

12   your fellow jurors.

13           As you can tell, there are fourteen of you.

14   Two seats have been randomly chosen as alternates.  We

15   often need our alternates.  You don't know who they

16   are.  It's not necessarily the first two or the last

17   two.  They are randomly chosen seat numbers.

18           So, therefore, we ask that you all pay

19   careful attention and give us all your full attention

20   throughout this trial.

21           You are not allowed to talk to family

22   members or among yourselves or anybody at work or

23   anyplace else about this case.  And a terribly

24   important instruction, you are not allowed to

25   communicate by cell phone, or, otherwise, we'll end up

1    having to take away your phones.  We've had problems

2    with jurors tweeting and doing things or looking

3    things up, researching things.  You are not allowed to

4    do that.

5            If you do it, it will jeopardize the entire

6    trial.  And this is -- as you can well imagine,

7    undertaking a trial is a responsive process for the

8    taxpayer.  And so that if you don't follow my

9    instructions, you can jeopardize our entire process.

10   That means not talking about the case, not doing

11   independent research, not communicating whether

12   orally, by computer, by phone, or what have you.

13           Honestly, there will be cases in which

14   jurors sat in a jury box tweeting about a credibility

15   of a witness to some friend somewhere, and the whole

16   trial gets thrown out and also subjects the juror to

17   penalties.

18           So, please, don't discuss the case out in

19   the halls, out in the sidewalk, nowhere.  And if

20   anybody should come up and approach you about this

21   case -- and I don't expect that to happen -- you must

22   refuse to talk to them and tell us immediately.  Tell

23   Miss Franklin or myself.  Don't discuss it with your

24   fellow jurors.  Let us know.

25           Also, I don't know if this will happen, but

1    you are not allowed to watch the news or read anything

2    about this case.  So if you happen to see it -- we try

3    to keep track of this, but just turn off the radio;

4    turn off the TV.  I don't know that it will be a

5    problem, but you are not to have any outside

6    influence.

7            So I don't want anybody, you know, going to

8    the books and trying to find out what's been going on

9    in Afghanistan.  It is not permissible.  And, please,

10   as I said, don't go researching past newspapers.

11           The reason for this is simple.  It's up to

12   the lawyers to present the case to you, and it's up to

13   you to decide the case based on what goes into the

14   courtroom.  I cannot police what you're exposed to

15   outside.  You come here with your understandings and

16   your experience and common sense.  We want that.  We

17   do not want you looking things up in dictionaries or

18   in encyclopedias or on the Web.  I urge you -- I have

19   to spend a lot of time on this because it's very

20   important that you understand and you understand that

21   to violate a court order is a serious matter.

22           The -- I just -- to go over the schedule for

23   one second before we break for a few minutes.  We will

24   sit tomorrow from 9:30 to quarter of 5.  Friday we

25   will break before lunch, sometime between 12 and 12:30

1    because I'm required -- I will be at a funeral.  So

2    we'll just sit in the morning on Friday.  Then we'll

3    resume on Tuesday, full day.  And we have to

4    accommodate our lawyers' conflict, so the 28th we'll

5    break after -- just before lunch.  That's Tuesday.

6    After that, it will be pretty much the same daily with

7    just a few small interruptions for other matters I

8    have to take up.

9              Anyways, if you have any questions about all

10    this, please feel free to ask, ask Miss Franklin.  If

11    you don't hear something in the -- during the course

12    of the proceedings, just raise your hands and we'll

13    repeat it.  If anyone needs a break at any time -- I

14    know that some of the jurors may have medical

15    issues -- just raise your hands and let us know.

16    We're happy to accommodate.  And breakfast is really

17    quite good.

18              THE DEPUTY CLERK:  You said we'll resume on

19    Tuesday.  You forgot Monday.

20              THE COURT:  We'll resume on Monday.  I rely

21    on Miss Franklin for everything.  I wouldn't be able

22    to run a courtroom.  And I guarantee you, you will

23    come to rely on her, too.

24              I think it's time to take a ten-minute

25    recess so they can find their jury room, get back and

1    forth.

2              Did anybody leave anything back in the

3    audience?  We are going to start as soon as we come

4    back at a quarter of with opening statements and then

5    the first witness.  Thank you, ladies and gentlemen.

6    I hope we find that this will be an educational

7    experience.

8              (Whereupon, at 3:27 p.m. the jurors left the

9              courtroom and at 3:52 p.m. the following

10             ensued:)

11             MS. PETERSON:  Your Honor, while we're

12   getting situated, we are going to ask if the Court can

13   give us five to ten minutes at the end of every

14   significant witness so we'll have an opportunity to

15   get from Mr. Bagcho, through the interpreter, the

16   questions he wants to ask so we make sure it's

17   handled.

18             THE COURT:  Okay.  You let me know which

19   ones are significant witnesses.  Your definition may

20   not be mine.

21             MS. PETERSON:  I will.

22             THE COURT:  Okay?

23             The interpreter is okay?

24             THE INTERPRETER:  Yes.  We're okay.

25             THE COURT:  Okay.

1          (Whereupon, at 4:02 p.m. the jury entered

2          the courtroom.)

3          THE COURT:  All right, ladies and gentlemen,

4  we are first going to hear from defense counsel.

5          Mr. Cobar, you're ready?

6          MR. COBAR:  Yes, Your Honor.

7          THE COURT:  Thank you.

8          MR. COBAR:  One brief moment, Your Honor.

9  The monitors for the court are not projecting what we

10  set up here on the screen.

11          THE COURT:  Right.  I understand there's a

12  problem.  Do you have a solution?

13          Can you use the ELMO, or it's -- you can't

14  because of the way it's set up?

15          MR. COBAR:  Mr. Cramer actually set it up.

16          THE DEPUTY CLERK:  I'm trying to reach him.

17          THE COURT:  Well, this is the way it goes;

18  not surprising.

19          Is it working?

20          MR. COBAR:  Your Honor, if we can just try

21  one more thing, perhaps another connection that

22  Mr. Cramer showed us.

23          THE COURT:  Sure.  Is that going to take

24  long?

25          MR. RHODES:  No, it's not that long.

1          THE COURT:  I've been a judge a long time.

2    It was a lot easier before this technology, I'll tell

3    you.

4          May I make a suggestion while you're trying

5    to figure this out?  There's one juror that we need to

6    talk to.  Would you mind if I excuse everybody except

7    for the juror in Seat 10 for a moment so that we can

8    just chat for a second?

9          Let's see.  Adam, would you just take the

10   jury back to the jury room with the exception of the

11   juror who is in Seat 10.  Is that right?

12         Where is the juror in Seat 10?

13         THE COURTROOM DEPUTY:  Juror Number 0112.

14         (Whereupon, the jurors left the courtroom

15         except for Juror 0112.)

16         THE COURT:  The courtroom clerk said you had

17   some concerns.  You are Juror 0112.

18         Okay.  Sorry.  You expressed some concerns

19   to my courtroom clerk, Juror 0112, and I wondered what

20   you had in mind.

21         JUROR 0112:  I have two brothers who have

22   drug addiction, and I was now wondering whether I

23   would be biased in my decision.

24         THE COURT:  What kind of addiction?

25         JUROR 0112:  I think it might have been

1    heroin, one of them.

2              THE COURT:  Well, did it occur to you before

3    now?  I mean, it's a little late now, I have to tell

4    you.

5              Do you think that in some way you can't be

6    fair and impartial to the defendant?

7              JUROR 0112:  I felt that I could, but now

8    I'm not sure.  So maybe I shouldn't be involved.

9              THE COURT:  Well, Miss Peterson, do you have

10   any questions you would like to ask?  You know, the

11   point is, are you able to keep your brother's

12   situation here aside from the situation in the

13   courtroom?  I mean, they are not related; you

14   obviously understand that.

15             JUROR 0112:  Mm-hmm.

16             THE COURT:  You know, you put us in a next

17   to difficult position; do you understand that?

18             JUROR 0112:  (Nodding.)

19             THE COURT:  You honestly are not able to

20   give the defendant a fair trial; is that what you're

21   telling us?  I find that very difficult to believe.

22   You've been sitting here all day yesterday.

23             You work for -- I'm sorry.  What's your job?

24             JUROR 0112:  Child support.

25             THE COURT:  Child support in Maryland,

1    right?  But you didn't mention anything about your

2    brother before.  That's what I'm perplexed about.

3                You were the victim of a purse snatching,

4    and somebody worked for the Air Force, right?

5                In your job, don't you have to deal with

6    people and be fair and impartial all the time?

7                JUROR 0112:  Yes.  Yes.

8                THE COURT:  Miss Peterson?

9                MS. PETERSON:  Your Honor, can we have just

10   one moment?

11               THE COURT:  Sure.

12               (Discussion held off the record.)

13               THE COURT:  Do you have something else on

14   your mind, ma'am, or this is it?

15               JUROR 0112:  I actually have some health

16   concerns that I'm taking some tests for right now.

17               THE COURT:  When?

18               JUROR 0112:  In the next couple of days.

19               THE COURT:  And when are those?  I mean, we

20   are running a trial.  This is a serious business.

21               JUROR 0112:  Yes.

22               THE COURT:  And we're not able to just

23   accommodate -- I mean, we've got a lot of people and a

24   lot of time and energy that gets put into this.  I

25   don't expect intelligent people to say things now.

1  And the health issues --

2           JUROR 0112:  I'm sorry, Your Honor.

3           THE COURT:  Well, you're not -- I'm not

4  prepared to excuse you.

5           MR. MOORE:  I'm sorry.  We're trying to

6  listen, but there's too much going -- with all

7  respect, there is too much going on here to hear the

8  colloquy.

9           THE COURT:  Is there a chair still out

10  there, Gwen?

11           THE LAW CLERK:  I can get one.

12           THE COURT:  Gentlemen, your head's on the

13  line here.  Let's get it fixed.  This is pathetic.

14  We've had more problems technologically.

15           Okay.  If you don't mind standing out there

16  for a minute.  Okay?

17           (Whereupon, Juror 0112 left the courtroom.)

18           THE COURT:  Every time I say, does anyone

19  have a hardship?  And I didn't say that this time.

20  Complete oversight on my part.

21           I'll put her as an alternate.  I'm not about

22  to reward this kind of behavior.  I mean, I'm telling

23  you.  Either we leave her as is -- and that's up to

24  you.

25           MS. PETERSON:  No, Your Honor, I don't think

```
1    we're comfortable leaving her as is.  The Court's

2    other alternative is making her the second alternate,

3    and then we address this issue when we get to that

4    point.  As long as we can be confident that she hasn't

5    said anything about this issue to the other jurors, I

6    think if we made her the second alternate, not waiving

7    our objection to having her go back at all, if it

8    comes to that three weeks from now.

9              THE COURT:  Well, we haven't got to that.

10             MS. PETERSON:  Right.  If we get to that

11   point.

12             THE COURT:  Mr. Stiglitz, what do you say?

13   You know, people all of a sudden -- it's not unheard

14   of that things happen after they get into the jury

15   box.  But it seems like there's a wealth of things

16   happening here.

17             MR. STIGLITZ:  What I would say is, to

18   pardon the expression, oy, which is what we would say.

19   But I think the -- it's unclear to me that she -- the

20   expression that -- the impression that I get is, oh,

21   my God, I've actually gotten picked, so how am I going

22   to get out?

23             THE COURT:  I agree.  Sometimes consistently

24   I ask, but I didn't ask.

25             MR. STIGLITZ:  I think -- I think for now --
```

1  we can appreciate the Court's hesitancy to excuse her

2  outright; perhaps making her the second alternate is

3  the way to go.  And then if, God forbid, we get to the

4  point where we have to deal with that issue down the

5  road, we'll have to deal with that issue down the

6  road.

7              MS. PETERSON:  We have a real concern,

8  obviously.  We can't judge whether she just wants to

9  get off the jury.  But what she said could also be she

10  started thinking about this and realizes that she's

11  going to be biased against Mr. Bagcho, and we can't

12  have a juror deliberating who expresses that concern.

13              THE COURT:  We're not there.

14              MS. PETERSON:  The issue is whether she will

15  somehow taint the jury if she's kept here for the next

16  three weeks.

17              THE COURT:  What do you want to do?

18              MR. MOORE:  Judge, to me, I would --

19  frankly, I would rather go with eleven than have

20  her -- if we had to go to her, Miss Peterson and I are

21  going to say, you know, we're were going to ask that

22  she be disqualified.  I don't know -- other than

23  expressing, all of us, our displeasure with her by

24  keeping her here, I don't know what the utility is

25  because we would vehemently argue that she should not

1    sit as a twelfth juror if we get to that point.

2              THE COURT:  Maybe she will find that she can

3    be fair.  You don't know what's motivating her.  I'm

4    prepared to have her not discuss it with her fellow

5    jurors and sit and see where it goes.

6              You know, you may be right.  I don't buy it,

7    frankly.  I'm very skeptical of these last-minute --

8    especially when they come up with second excuses and

9    then we hear a third.

10             So until the moment comes that I have to

11   address it, I'm prepared to put her there and assume

12   that she replaces 5.

13             MS. PETERSON:  Right.

14             MR. STIGLITZ:  3.

15             THE COURT:  3 becomes the alternate and 5

16   and 10 -- sorry.  3 becomes the full-fledged juror,

17   and 5 and 10 are the alternates.  I'll just tell her

18   not to discuss it.

19             Did I see something come on the screen?

20             Are we ready to go Mr. Rhodes, Mr. Cobar?

21             MR. COBAR:  Thank you, Your Honor.  Your

22   Honor, we had a run-through with Mr. Cramer, but,

23   unfortunately --

24             THE COURT:  Now what?

25             MR. COBAR:  We had done a previous

1    run-through with Mr. Cramer.

2              THE COURT:  No doubt.  So did our court

3    reporter.  I'm too old to put up with this malarkey.

4              (Whereupon, Juror 0112 entered the

5              courtroom.)

6              THE COURT:  We have all discussed it.  We'd

7    very much like to have you sit as a juror.  I don't

8    want you talking about your brother's situation with

9    the other jurors.  Have you done that yet?

10             JUROR 0112:  No.

11             THE COURT:  No.

12             I know you can do just a fine job.  And

13   you'll be with us.  Okay?  You take your seat and

14   everything will be fine.  Okeydoke.

15             Mr. Cobar, what's your time frame?  Half

16   hour?

17             MR. COBAR:  Your Honor, probably precisely

18   thirty-three minutes.

19             THE COURT:  That's an outside guess?  Okay.

20   That's fine.  Then we stop after you finish.  Okay.

21             (Whereupon, at 4:23 p.m. the jury entered

22             the courtroom.)

23             THE COURT:  Well, for the moment, things

24   work.  I can't guarantee it.  This is way beyond my

25   pay grade.

1          Okay.  Mr. Cobar, we're ready to hear from

2   you.  And if this doesn't work, you'll just have to go

3   without.

4          MR. COBAR:  Thank you, Your Honor.  Thank

5   you for the accommodation.

6          Counsel.  May it please the Court.

7          Do you see the man sitting right there,

8   ladies and gentlemen of the jury?  Do you know what he

9   used to do for a living before he came here?  He was

10  an international heroin trafficker.  He would get up

11  every day in his home in northeastern Afghanistan and

12  go about his day by putting together heroin deals,

13  deals to send heroin to twenty-two countries right

14  here in the United States.

15          Then, ladies and gentlemen of the jury, this

16  man right here sitting before you would take a part of

17  the great profits he would make by sending the heroin

18  to the twenty-two countries in the United States.  And

19  you know what he would do with that?  He would take a

20  portion of that money and provide it to the Taliban,

21  the terrorist organization known as the Taliban.  And

22  that's what this man right here did.

23          Now, ladies and gentlemen, towards the end

24  of 2005, as many of us here in Washington, D.C., were

25  getting ready to celebrate the holidays, this man

1    right here, the defendant, was getting ready to

2    celebrate -- a celebration of his own.  He ordered

3    that a large lamb be bought, that it be slaughtered,

4    and that kabobs be made out of it.  Then he invited a

5    couple dozen of his close friends and family to his

6    compound in northeastern Afghanistan where he had

7    twenty-foot high walls surrounding it.  The

8    celebration went on into the late evening, and at one

9    point, the defendant said a prayer to God.  He thanked

10   God for helping his business.  What was the reason for

11   the man's celebration?  Well, he had just finished a

12   deal, finalizing a deal to send 250 kilograms of

13   heroin to the United States.

14          And not just anywhere in the United States,

15   ladies and gentlemen, but as he put it, the heart of

16   the United States, New York City.  And not just any

17   heroin, ladies and gentlemen, but the highest, purist

18   form of heroin coming out of Afghanistan.  And in the

19   Afghan Pashto language, it's called *spin mal*,

20   literally translated "white goods."  And that's why

21   this man had the celebration.

22          Now, ladies and gentlemen, it's acts like

23   those, sending heroin here to the United States and

24   providing funding from those heroin sales to the

25   Taliban that bring this man here to face American

1    justice and you all here.

2              You see, ladies and gentlemen, this case is

3    fundamentally about the interception of international

4    narcotics trafficking and terrorism.

5              And good afternoon, ladies and gentlemen.

6    My name is Marlon Cobar, and I'm a federal prosecutor

7    with the United States Department of Justice.  Seated

8    here at counsel table -- you've seen us -- is my

9    fellow prosecutor, Matthew Stiglitz; Mr. Barry Rhodes,

10   the man that keeps us organized and on track as you

11   saw today, and Jeffrey J. Higgins.  He's our main case

12   agent from the United States Drug Enforcement

13   Administration.  You may hear it called DEA.

14             Now, ladies and gentlemen, this case takes

15   place in Afghanistan, as you've heard so far.

16   Afghanistan may seem like a world away.  In fact, the

17   country is some 7,000 miles away.  And the province

18   where it takes place, which is called Nangarhar, is

19   even further than that.  Life goes on very differently

20   there.  Life goes at a pace that's different in our

21   day-to-day lives here in Washington, DC.

22             In fact, time is told differently.  There's

23   a completely different calendar than the calendar we

24   use here.  People go about their days not like we do

25   here but worrying about things like putting food on

1    the table for a particular day or keeping themselves

2    and their families safe from attack by the Taliban.

3          Ladies and gentlemen, despite these

4    significant differences, what happens there in

5    Afghanistan affects our lives here in Washington,

6    D.C., every single day.  For, you see, we have well

7    over 100,000 American men and women serving in

8    Afghanistan supporting the people of Afghanistan and

9    the security of the people of Afghanistan; men and

10   women from across the country and from right here,

11   from our communities in Washington, DC.

12         Now, alongside those American servicemen and

13   women, the DEA has dozens of agents working in

14   Afghanistan.  And you'll hear throughout the course of

15   trial that the reason why there are so many DEA agents

16   there when we have serious drug problems right here at

17   home in our own communities is because Afghanistan is

18   a source country for the majority of the world's

19   heroin.

20         Now, ladies and gentlemen, the Judge

21   reviewed at length the charges in this case with you,

22   and I'll very briefly go over them just for purposes

23   of our discussion here.  And the first charge the

24   defendant is charged here that I'll review is

25   narco-terrorism.  You may have heard it differently

1    from the Judge, but in short, it's called

2    narco-terrorism.  Essentially it means that a heroin

3    trafficker, such as the defendant here, provided

4    something of pecuniary value -- something of value to

5    a terrorist organization or a person doing terrorism,

6    in this case the Taliban.  And that something of

7    pecuniary value, a value can be things like money,

8    food, supplies, weapons, and actual drugs, heroin.

9         In this case, the evidence will show that

10   the defendant provided all those things to the

11   Taliban.

12        Now, the second charge that the defendant's

13   charged with is conspiracy.  As you heard it from the

14   Judge, this is conspiracy to distribute heroin for

15   importation to the United States from Afghanistan.

16   That conspiracy is nothing more than an agreement

17   between two or more people to commit a crime.  It's

18   that agreement that the law prohibits; the crime,

19   itself, need not even be completed.

20        Lastly, ladies and gentlemen, the defendant

21   is charged with distribution of heroin in Afghanistan

22   for eventual importation to the United States knowing

23   that that heroin would reach our shores here.

24        And, ladies and gentlemen, these are all

25   crimes.  These are all federal crimes.  That's why

1    we're here in federal court regardless of where the

2    defendant committed them.  In this case, he's charged

3    with committing these crimes in Afghanistan.  And

4    we're here in this case in Washington, D.C., because

5    these offenses affect the United States as a whole.

6              Now, ladies and gentlemen, throughout the

7    course of trial, the evidence will show that the

8    defendant had important relationships with the

9    Taliban, the terrorist organization known as the

10   Taliban.  And I'll speak about just three of those.

11             The defendant had one very important

12   relationship with a man known as Maulawi Kabir.

13   Maulawi Kabir used to be the former governor of that

14   Nangarhar province that you heard us mention at

15   various points so far.  That province is in northern

16   Afghanistan where the majority of the events took

17   place.

18             And Maulawi Kabir used to be the governor

19   under the Taliban regime, yet to this day he retains

20   an important leadership post, leading the Taliban in

21   Afghanistan.

22             Now, ladies and gentlemen, on one

23   particular -- and then the defendant provided ongoing

24   cash support, the evidence will show you, you will

25   hear from witness testimony, to Maulawi Kabir.  But

1    one particular occasion is rather telling.  On one

2    occasion, Maulawi Kabir visited the defendant at his

3    home in Pakistan.  Where you see the defendant had

4    both the home in Pakistan along the

5    Pakistan/Afghanistan border.  The one in Nangarhar

6    province that we've been talking about.

7           Now, on this occasion, the defendant

8    visited -- Maulawi Kabir visited the defendant at his

9    home, and the defendant welcomed him with open arms.

10           Maulawi Kabir had a small group of his

11   Taliban men with him.  After some time, Maulawi Kabir

12   and the defendant had a meeting.  And during that

13   meeting, Maulawi Kabir said to the defendant, we need

14   cash for weapons and ammunition for jihad.  Jihad,

15   ladies and gentlemen, is the fighting and killing of

16   American men and women serving in Afghanistan.

17           Now, when I say "jihad," are these words of

18   fear, words of anger, words to instill fear in you?

19   No, ladies and gentlemen.  You'll hear that much of

20   this man's support went to the Taliban towards jihad.

21   You'll hear this.  These are facts that will come out

22   on the witness stand.

23           Now, to Maulawi Kabir's request, the

24   defendant simply responded that paying money in

25   support of the Taliban is also jihad.  And then he

unhesitatingly provided Maulawi Kabir approximately

$66,000 in cash that day.  And that is but one

illustration of the defendant's ongoing cash support

to this man, this leader of the Taliban in

northeastern Afghanistan, Maulawi Kabir.

There's another important relationship,

ladies and gentlemen, that the defendant had with a

Taliban leader, and that is -- that was with a man

named Maftoon.  Maftoon, much like Maulawi Kabir, is

also an important Taliban commander to this day in

northeastern Afghanistan.

Now, for Maftoon, the evidence will show,

ladies and gentlemen, that the defendant provided him

with ongoing cash support over a long period of time.

But one occasion is rather telling.  And on this

occasion, you'll hear the defendant, himself, in his

words acknowledge on tape that he provided Maftoon ten

kilos of heroin, the *spin mal* of his, the white goods.

And you'll hear that this heroin of his was known as

the famous product because of its high quality and it

was in very high demand throughout those twenty-two

countries and right here in the United States.

Now, ladies and gentlemen, there was yet

another, a third Taliban commander that the defendant

had an important relationship with.  And the evidence

1    will show that that was with a man known as Commander

2    Khona.  For Commander Khona, much like he did for

3    Maulawi Kabir, the defendant provided him cash.  And

4    much like he did with Maftoon, he also provided him

5    cash.  But for Commander Khona, the defendant went a

6    step further, and he provided him a broader array of

7    support, including food and supplies for Commander

8    Khona's troops, things such as cooking oil and rice

9    and beans for those troops.

10           And he also provided him weapons and

11   ammunition.  And not just any weapons, ladies and

12   gentlemen, but the type you may have seen on

13   television; military-grade weapons, such as

14   rocket-propelled grenade launchers that need to be put

15   on the shoulder and the grenades that go in those.

16   And assault rifles, known in Afghanistan as

17   *Kalashnikov.*  For shorthand here, you may know them as

18   AK-47s and the bullets to go with them.

19           And that was an overview, ladies and

20   gentlemen, of this man's support that you will hear

21   right here on the witness stand from live witness

22   accounts of these three Taliban commanders.

23           Now, ladies and gentlemen, why would the

24   defendant provide this support to the Taliban?  Well,

25   you see, for the defendant, supporting the Taliban in

1    the manners I've just described was a wise business

2    decision.  For, you see, without those American men

3    and women serving in Afghanistan, there are no

4    checkpoints, there are no operations against his

5    clandestine heroin labs, and his business could

6    flourish freely.  His heroin could be transported

7    inside the country and outside the borders of the

8    country to those faraway places, those twenty-two

9    countries and right here to the United States.  So

10   supporting the Taliban was a wise business decision.

11          Ladies and gentlemen, perhaps there was a

12   more important reason why the defendant supported the

13   Taliban.  For -- you see, by his own words, you'll

14   hear that deep down inside his heart, he supported the

15   Taliban's jihad.  Now, that's a difficult concept to

16   decide what's inside somebody's heart, but you'll hear

17   it from his own words.

18          And one occasion, ladies and gentlemen, is

19   very telling.  On one occasion, the defendant went to

20   a place called the Shadaal bazaar, there in that

21   Nangarhar province in Afghanistan.  And this is

22   nothing more than a market where opium farmers would

23   come to sell their opium to heroin traffickers, such

24   as the defendant.  And you'll hear, ladies and

25   gentlemen, that opium from that poppy flower you may

have seen on television.

Opium is extracted from there, and in short through a process that you'll learn about, that opium is mixed with a variety of chemicals to eventually make heroin.

So back to the Shadaal bazaar.  On that day, the defendant arrived, and in order to motivate those opium farmers to keep farming opium, he said to them, in his own words, grow poppies to kill the infidels. Send opium to the bazaar so Americans can get addicted.  This is also jihad.

And that is how we know what was in this man's heart, through his own words.

Now, ladies and gentlemen, the evidence will show that the defendant was the head of a large heroin trafficking organization there in Afghanistan.  He had some approximately 200 or 300 people working for him. Everyone from heroin swallowers that would transport heroin abroad from Afghanistan in their stomachs to people making this heroin at heroin labs, to people transporting heroin for him, to people creating special suitcases to transport that heroin, to actually having police officers in Afghanistan, corrupt police officers, protect his heroin business.

But above all these people, these 2- to 300

```
 1   people, there were two important men that worked for
 2   him.  One was his top chemist, a man by the name of
 3   Fahrman Shah.  And Fahrman Shah was the man who made
 4   that famous product, that highest, purest form of
 5   heroin coming out of Afghanistan, ladies and
 6   gentlemen.
 7            Now, beyond simply being his chemist,
 8   Fahrman Shah had an important relationship with the
 9   defendant.  He lived in a compound next door to him --
10   approximately from here to the door there -- and
11   Fahrman Shah's daughter was married to one of the
12   defendant's sons.
13            And you'll hear throughout the course of
14   trial that they had a very close relationship, ladies
15   and gentlemen.  But perhaps the most important person
16   working for the defendant was his own son, a man by
17   the name of Sucha Gul.
18            Now, Sucha Gul had two key duties for the
19   defendant.  The first was to receive money from all
20   over the world from those approximately twenty-two
21   countries and the United States at an office in
22   Pakistan at a marketplace that the defendant kept for
23   that very purpose to receive money.  Sucha Gul would
24   then take that money and take it to various banks in
25   Pakistan and exchange houses that work in Afghanistan
```

1    and in Pakistan.  You'll learn all about it.

2          And, ladies and gentlemen, perhaps Sucha

3    Gul's most important, most critical duty for the

4    defendant in his organization was to keep detailed

5    notes of his father's heroin business.

6          At every major transaction, there was Sucha

7    Gul, keeping notes.  Not just any notes, ladies and

8    gentlemen, very detailed notes.  Notes that would

9    memorialize the amount of heroin to be sold in a

10   particular deal, to whom it was sold, the quality, and

11   the quantity and all manner of notes.

12         Now, ladies and gentlemen, you'll hear

13   throughout the course of this case there were a

14   variety of search warrants executed by Afghan police

15   working together with DEA.  And there was one search

16   warrant at the defendant's compound.  And during that

17   search warrant in late 2006, Afghan police and DEA

18   found a number of items of evidence.  But perhaps the

19   most important find that they made that day was this

20   young man here before you.  He's known as Qari.

21         Now, Qari is a young man who grew up in the

22   mountains of northeastern Afghanistan in that

23   Nangarhar province in a very small, rural village.

24   When the Taliban took over in Afghanistan, they began

25   closing schools down.  And they began forcing parents

1    to send their kids to religious schools known as

2    madrassas, particularly their young sons.

3           And Qari's family was no different.  Soon

4    they found themselves shipping their young boy to one

5    of those madrassas on the Pakistan and Afghanistan

6    border in Pakistan.

7           Now, Qari eventually found himself learning

8    religious studies, learning the Qur'an and the Islamic

9    religion over the course of three and a half years.

10          At the end of those three and a half years,

11   he was well schooled in Islam and the Qur'an, but he

12   found himself on the streets of Pakistan simply

13   looking for a job and survival.

14          He eventually came across a man who took him

15   into his home to be an errand boy, a chai boy, to take

16   care of his guests at his house and all manner of

17   errands as he was asked to do.

18          Now, that man had an electronic shop, and

19   that electronic shop was in a market.  And above that

20   electronic shop was the defendant and his son, Sucha

21   Gul's office.  And you recall that was the office

22   where they would collect money from the heroin

23   business coming in from different countries.

24          Now, one day this man brought Qari to that

25   electronic shop and introduced him to the defendant's

1    son, Sucha Gul.  Eventually, the two struck up a

2    friendship.  And, eventually, throughout the course of

3    that friendship, Sucha Gul offered Qari a job.  And

4    what would that job be?  Well, it would simply be to

5    be his assistant by his side twenty-four hours a day,

6    seven days a week.  And Sucha Gul particularly needed

7    somebody to be with him when he would deliver that

8    money to those banks or exchange houses in Pakistan.

9            Now, throughout the course of time, Qari

10   began working with Sucha Gul.  And on one particular

11   day, the defendant came and visited his son, Sucha

12   Gul.  And for some reason, Qari must have struck

13   something special in the defendant's eye because he

14   invited him to come back to Afghanistan, to Nangarhar

15   province, to his compound with the twenty-foot high

16   walls and come and work with him in his house with his

17   family.  And what would the job be?  Well, it would be

18   to be a religious adviser, a teacher to the

19   defendant's sons, to his children, his young children,

20   to his son's children, to other families' children.

21           For, you see, at this point, Qari had

22   qualified to become a Qari.  In the Afghan Pashto

23   language, you'll learn that "Qari" means one who

24   teaches the Qur'an.  And so it was that Qari went to

25   live with the defendant.  He would teach the kids

religious prayers a few times a day.  He would teach

them religious manners, religious etiquette, and he

would help out around the house.

Eventually, Qari was raised within those

twenty-foot high walls.  At the time Qari came to live

with the defendant, he was a young boy going from

adolescence into adulthood.  And Qari became an

indispensable member of the family.  Qari was always

inside that compound.  He was trusted to go anywhere

within the compound.

At every meeting that the defendant had,

eventually, Qari would be present.  Every heroin deal,

Qari was simply there next to him.  At every meeting

with the Taliban, at every payment with the Taliban,

Qari was next to him.  So trusted was Qari, ladies and

gentlemen, that he would be allowed to go everywhere.

Including the kitchen where he would be able to see

the females and the defendant's family.

This is something unheard of and, in fact,

prohibited culturally, largely in Afghanistan.

Now, as time went on, as the years went on,

Qari began to wonder, what would life be like outside

these walls?  And he began growing tired of having to

ask for permission for everything, including going to

visit his own family.

1           And, eventually, ladies and gentlemen,

2     you'll hear that Qari left the defendant's compound

3     and his family and agreed to cooperate with the Afghan

4     police and DEA as to the defendant's heroin business.

5           Now, ladies and gentlemen, around this time,

6     DEA and Afghan police working together began

7     developing an investigation in a case into a

8     conspiracy to send heroin to those approximately

9     twenty-two countries and the United States by the

10    defendant's organization and the defendant himself.

11    And I'll speak just about a few of the deals that

12    you'll hear about to send heroin abroad from

13    Afghanistan.

14          The first was a 1,000-kilo deal.  And it's

15    notable in its size.  Ladies and gentlemen, you'll

16    hear Qari, himself, testify that it was so much heroin

17    that the defendant had sold to two men from another

18    province to send abroad that it took approximately ten

19    days to pack that heroin in all manners of cars,

20    trucks, and vans out of the defendant's compound while

21    the defendant, himself, was supervising the shipping

22    out of that heroin out of his gates.

23          Ladies and gentlemen, I briefly spoke to you

24    about the celebration related to that 250-kilo deal

25    coming to -- as the defendant called it -- the heart

1    of the United States, New York City.  And this was a

2    very important deal, you'll hear throughout the course

3    of trial, because this was a new heroin smuggling

4    route for the defendant.

5           It was such an important deal with the new

6    contact, ladies and gentlemen, that the defendant

7    ordered that his top chemist, that man named Fahrman

8    Shah, come to his compound in preparation for the

9    deal, and he ordered him to cook it twice, meaning to

10   make it of even the higher, purer quality of heroin so

11   that the buyers would be satisfied in New York City.

12          Now, ladies and gentlemen, you'll also hear

13   testimony as to a three-kilo deal of heroin coming to

14   the United States.  On one particular occasion, the

15   defendant had three women at his compound.  The

16   defendant had three women go without eating for an

17   entire week.  And why would he do that?  Well, he

18   needed their stomachs to be empty so that they could

19   each swallow one kilo of heroin to transport it to the

20   United States, and that's what this man did.

21          Now, ladies and gentlemen, throughout the

22   course of trial, you'll hear about two other deals

23   that are notable.  One was for two kilos of heroin

24   coming to the United States, and the other one was for

25   four kilos of heroin coming to the United States.  And

what's particularly notable and important about these

two deals is that Afghan police and DEA caught this

man, in his own words, arranging for the details of

these two transactions of heroin coming to the United

States.  Let me speak briefly about each of those.

Now, ladies and gentlemen, the first was for

those two kilos of heroin.  For this deal, DEA and

Afghan police found a man by the name of Farid.  And

you'll hear Farid.  He's coming from Afghanistan to

testify before you in this case.

Now, Farid was able to approach the

defendant to engage in this heroin transaction because

his father had a preexisting business relationship

with the defendant dating back years.

And you'll hear throughout the course of

trial, ladies and gentlemen, that in Afghanistan,

heroin trafficking is based fundamentally on trust.

The defendant wasn't about to get into a heroin

transaction with just anyone, but he got into one with

Farid because he knew his father.

Now, for this deal, the story that Farid

told the defendant was that there was a buyer of

heroin that wanted an initial test run of sorts with

those two kilos and then a broader, bigger

relationship might ensue of heroin coming from

1    Afghanistan to the United States over a number of

2    calls.  And you'll hear these calls here in the Pashto

3    language, but you'll have transcripts translated into

4    English before you.  The defendant and Farid engaged

5    in a variety of discussions, discussions about the

6    quantities of heroin, the quality of heroin, the place

7    of delivery.

8              And, ladies and gentlemen, throughout those

9    calls, this man, himself, will again convict himself

10   with his own words arranging for that deal.

11             At some point, Farid arrives at the

12   defendant's compound and enters the courtyard and

13   calls the defendant on the cell phone.  And the

14   defendant sends a young boy, another young boy much

15   like Qari, to come and deliver those two kilos of

16   heroin to Farid.

17             And after receipt of the heroin, Farid calls

18   the defendant and acknowledges that he has received

19   it.  And you'll hear these calls, ladies and

20   gentlemen.

21             In fact, sometime after Farid receives the

22   heroin, he actually calls the defendant.  He tells him

23   that at least one kilo of that heroin has arrived on

24   the streets of the United States and that the buyers

25   are very happy.

1          Now, ladies and gentlemen, you'll hear that

2     Farid is known as the confidential source, person

3     working with law enforcement, in this case with Afghan

4     police and with the DEA.

5          And for his services, Farid was paid

6     handsomely, to the tune of some $30,000.  But, ladies

7     and gentlemen, you'll hear that this was not one lump

8     sum for this one occasion.  For this $30,000, you'll

9     hear that Farid has worked on a number of cases, on

10    many cases over a course of many years for law

11    enforcement.

12         Now, ladies and gentlemen, as time went on,

13    this investigation continued.  And this time, DEA and

14    Afghan law enforcement were able to approach the

15    defendant for a four-kilo deal of heroin coming from

16    Afghanistan to the United States.

17         But this time the story they advanced was

18    that there was a Japanese heroin buyer that would buy

19    the defendant's heroin, take it to Japan, and then

20    send it to the United States.  And this first

21    four-kilo deal was sort of an initial test run for a

22    broader, bigger relationship where this buyer would

23    buy the defendant's heroin, send it to Japan and then

24    eventually to the streets of the United States.

25         And, ladies and gentlemen, for this deal,

1      Afghan police and law enforcement -- and DEA

2      approached Qari.  You recall this young man was the

3      defendant's religious adviser at his home who was

4      allowed to be at every meeting and see it all.  And

5      Qari eventually engaged in a number of calls with

6      other individuals, with the defendant, and in-person

7      meetings that were recorded.

8                And much like the first deal, once again,

9      this man right here, in his own words, will convict

10     himself, putting together this deal as to the

11     quality -- the quantity, the quality, the place of

12     delivery.

13               And, eventually, the deal is culminated.

14     You'll see video of a roadside where the defendant

15     eventually turns the deal over to one of his top

16     lieutenants, and that heroin is delivered to an

17     undercover Afghan police officer.

18               Now, after the four-kilo deal was

19     culminated, ladies and gentlemen, the Afghan police

20     and DEA wanted to keep advancing that broader, bigger

21     heroin relationship with the defendant.  There's an

22     undercover police officer who also comes from

23     Afghanistan -- and you'll hear from him on the witness

24     stand -- who engage in a variety of calls with the

25     defendant.

1          And, ladies and gentlemen, at one point,

2    police ask Qari to make one of those calls to advance

3    that bigger, broader deal.

4          And somehow this man right here must have

5    found out that Qari was working with police because in

6    a moment of true outrage, he threatened to kill Qari.

7    And you'll hear this in his own words.  And he

8    threatened to kill him in a violent way.  He told him,

9    you were like a son to me.  I will eat you alive.  I

10   will tie you by a car and drag you around.

11         And, ladies and gentlemen, you'll see Qari

12   right here, face this man, the man who threatened to

13   kill him, come and testify before you.

14         Now, ladies and gentlemen, much like Farid,

15   Qari is also known as a confidential source.  For his

16   services, he's been paid some $40,000.  But you'll

17   also learn that this was not one lump sum.  For those

18   $40,000 or so, Qari has worked on many cases, a

19   variety of cases, over a number of years.

20         In fact, at the direction of DEA, he's put

21   himself in harm's way consistently by working on

22   terrorism cases where the intersection of terrorism

23   and heroin trafficking take place.

24         Now, ladies and gentlemen, as I mentioned,

25   there are a number of search warrants that took place

1    in this case.  And one search warrant is very telling.

2    For this search warrant, police arrived at the

3    defendant's chemist compound.  You recall that was the

4    man that lived right next door to him and whose

5    daughter was married to the defendant's son.

6              And during the search warrant, police found

7    a number of items of evidence.  But perhaps the two

8    most important things that they found was this man's

9    heroin trafficking ledgers.  And we'll have those in

10   court for you, and we'll have those translated for

11   you.

12             And together those two heroin trafficking

13   ledgers memorialize an account for some 120,000 kilos

14   of this man's heroin, that *spin mal*, the white goods,

15   the highest, purist form of heroin coming out of

16   Afghanistan worth -- not by our accounting but by the

17   very words on those ledgers -- some $250 million, a

18   quarter of a billion dollars, ladies and gentlemen.

19             And you'll hear testimony that these are in

20   Sucha Gul's handwriting.  You recall that perhaps the

21   most important duty that Sucha Gul had was to keep

22   notes of the defendant's heroin trafficking.

23             Now, ladies and gentlemen, in 2009, the

24   defendant was eventually arrested.  And as he was on

25   an airport tarmac handcuffed and waiting to be brought

1    here to face justice and eventually you all today --

2    and as you could hear the rotors from the helicopters

3    in the distance, this man turned to an Afghan police

4    officer -- he'll testify here -- and said, you cannot

5    be arrested for what has happened in the past.  You

6    cannot be found guilty unless you're caught with

7    something in your hands.

8            Now, ladies and gentlemen, we are going to

9    give you each an opportunity to prove this man wrong.

10    For, you see, here in the United States, yes, you can

11    be held responsible for what you've done in the past,

12    and you can be found guilty of narco-terrorism, of

13    conspiracy, and of distribution of heroin for

14    importation to the United States regardless of whether

15    or not you're caught with something in your hands, as

16    he said.

17            And, ladies and gentlemen, at the close of

18    all evidence, the close of all testimony, we'll come

19    here again, look you in the eye, and ask you to return

20    the only inescapable verdict in this case, and that is

21    a verdict of guilty.  Thank you.

22            Thank you, Your Honor.

23            THE COURT:  You're welcome.

24            Okay, ladies and gentlemen, thank you for

25    your patience.  I am sorry for interruptions.  We'll

 1   take up the next opening tomorrow morning.

 2            Breakfast will be available to you at 9.

 3   Everybody must arrive by 9:30 in that jury room.  And

 4   please do not discuss the case with anyone.  Don't

 5   turn on the news if it has anything about this.  I

 6   don't anticipate that it will.

 7            Leave your notebooks there.  They will be

 8   safe.  And you are to be in the jury room no later

 9   than 9:30 tomorrow morning.  Have a very good evening,

10   and don't do research; just watch something silly.

11   Watch the weather forecast.  Okay.  Thank you very

12   much.   Have a good evening.

13            (Whereupon, at 4:59 p.m. the jury left the

14            courtroom and the following ensued:)

15            THE COURT:  Okay.  Counsel, if there's

16   anything you need to address to us, do it through my

17   law clerk by e-mail, and I will assume that anything

18   you have to say will be said by 8:30.  Okay?  Thank

19   you.

20            Tomorrow morning at 9:30.

21            (Whereupon, at 5:05 p.m. the proceedings

22            concluded.)

23

24

25

REPORTER'S CERTIFICATE

I, Chantal M. Geneus, a Certified Realtime Reporter and Registered Professional Reporter of the United States District Court for the District of Columbia, do hereby certify that I stenographically reported the proceedings in the matter of CR 06-334-1, *USA versus Haji Bagcho*, on Wednesday, February 22, 2012, in the United States District Court for the District of Columbia, before the Honorable Ellen S. Huvelle, United States District Judge (and a jury).

I further certify that the Page Numbers 1 through 166 constitute the official transcript of the proceedings as transcribed by me from my stenographic notes to the within typewritten matter.

In witness whereof, I have affixed my signature this __25th__ day of September 2012.


                              /s/ Chantal M. Geneus
                              Chantal M. Geneus, RPR, CRR
                              Official Court Reporter

**$**

**$250** [1] - 164:17
**$30,000** [2] - 161:6, 161:8
**$40,000** [2] - 163:16, 163:18
**$66,000** [1] - 148:2

**'**

**'70s** [1] - 88:6
**'74** [4] - 100:9, 100:13, 102:15, 103:9
**'77** [6] - 100:8, 100:9, 100:13, 101:17, 103:9
**'97** [4] - 100:11, 100:12, 100:13, 100:14
**'petit** [1] - 45:1

**0**

**0039** [1] - 80:1
**0067** [3] - 74:21, 74:22, 76:20
**0112** [19] - 109:14, 133:13, 133:15, 133:17, 133:19, 133:21, 133:25, 134:7, 134:15, 134:18, 134:24, 135:7, 135:15, 135:18, 135:21, 136:2, 136:17, 140:4, 140:10
**0123** [1] - 109:6
**0151** [1] - 109:8
**0309** [5] - 76:22, 76:24, 99:11, 100:15, 105:9
**0340** [1] - 109:7
**0380** [3] - 80:2, 80:3, 85:9
**0399** [1] - 109:13
**0451** [3] - 85:10, 85:11, 90:20
**0509** [2] - 109:12
**0524** [1] - 109:7
**06-334-1** [3] - 1:3, 51:10, 167:7
**0621** [1] - 109:14
**0674** [1] - 109:9
**0769** [1] - 95:2
**0775** [2] - 109:15
**08** [1] - 16:10
**0851** [1] - 109:12
**0877** [1] - 109:13
**0919** [4] - 70:12,

70:16, 70:17, 74:17

**1**

**1** [13] - 3:15, 27:21, 27:25, 28:2, 31:24, 31:25, 54:6, 74:20, 109:3, 109:5, 109:10, 125:22, 167:12
**1,000-kilo** [1] - 157:14
**1,200** [30] - 9:24, 10:1, 11:18, 12:11, 12:12, 12:15, 13:1, 13:4, 13:7, 15:15, 15:20, 16:3, 16:5, 17:22, 18:3, 18:19, 28:18, 30:20, 31:2, 31:11, 33:25, 34:2, 34:3, 36:4, 36:14, 38:23, 42:15, 42:18, 42:21, 48:22
**10** [9] - 57:9, 57:12, 90:21, 109:14, 133:7, 133:11, 133:12, 139:16, 139:17
**100,000** [1] - 144:7
**102** [1] - 1:18
**103** [6] - 11:1, 13:1, 13:3, 13:9, 19:2, 20:25
**10:48** [1] - 51:2
**11** [5] - 57:13, 57:15, 109:13
**1155** [4] - 70:15, 90:21, 90:22, 93:15
**11:00** [1] - 50:25
**11:17** [1] - 51:3
**12** [4] - 58:23, 59:2, 109:13, 129:25
**120,000** [1] - 164:13
**12:07** [1] - 95:23
**12:30** [2] - 125:22, 129:25
**13** [2] - 59:3, 109:13
**14** [5] - 59:15, 95:2, 109:4, 109:5, 109:12
**1400** [1] - 1:13
**141** [1] - 3:5
**147** [9] - 9:23, 10:3, 10:20, 11:4, 13:8, 15:11, 19:5, 20:25, 48:16
**15** [4] - 57:20, 58:14, 59:17, 59:22
**16** [1] - 59:23, 60:1, 80:5, 80:11
**166** [1] - 167:13
**17** [1] - 60:2, 60:11

**18** [5] - 60:14, 113:12, 113:24, 114:18, 115:12
**250** [1] - 142:12
**250-kilo** [1] - 157:24
**26** [3] - 3:10, 64:14, 64:18
**27** [2] - 3:15, 64:22
**28** [5] - 3:15, 64:23, 64:25, 85:10, 87:16
**28th** [1] - 130:4
**29** [8] - 65:1, 76:23, 77:9, 77:12, 80:5, 90:21, 97:8, 97:9
**2:20** [1] - 108:10
**2:31** [1] - 108:11
**2D** [1] - 92:2

**2**

**2** [15] - 1:8, 32:22, 54:7, 54:18, 58:23, 74:19, 95:1, 95:13, 109:10, 113:12, 113:25, 114:19, 115:12, 151:25
**2.5** [2] - 23:25, 36:1
**20** [2] - 44:24, 62:21
**200** [1] - 151:17
**20001** [1] - 1:23
**20004** [1] - 1:18
**2005** [5] - 57:19, 113:2, 117:6, 119:24, 141:24
**2006** [4] - 58:3, 113:17, 120:16, 153:17
**2007** [2] - 58:13, 115:1
**2008** [3] - 58:9, 114:11, 121:7
**2009** [3] - 57:20, 58:14, 164:23
**2012** [3] - 1:5, 167:9, 167:17
**202** [2] - 1:14, 1:18
**20530** [1] - 1:14
**208-7500** [1] - 1:18
**21** [12] - 52:12, 52:14, 52:20, 58:9, 63:8, 113:9, 113:10, 113:22, 114:11, 114:17, 115:10, 121:7
**22** [11] - 1:5, 63:9, 63:24, 70:20, 70:22, 76:23, 77:11, 80:5, 90:21, 91:20, 167:8
**23** [2] - 63:25, 64:4
**235** [2] - 21:1, 22:3
**24** [2] - 64:5, 64:9
**25** [5] - 58:3, 64:10, 64:13, 113:17,

120:16
**250** [1] - 142:12
**250-kilo** [1] - 157:24
**26** [3] - 3:10, 64:14, 64:18
**27** [2] - 3:15, 64:22
**28** [5] - 3:15, 64:23, 64:25, 85:10, 87:16
**28th** [1] - 130:4
**29** [8] - 65:1, 76:23, 77:9, 77:12, 80:5, 90:21, 97:8, 97:9
**2:20** [1] - 108:10
**2:31** [1] - 108:11
**2D** [1] - 92:2

**3**

**3** [11] - 54:19, 54:25, 94:6, 94:8, 94:9, 95:2, 96:20, 109:9, 139:14, 139:15, 139:16
**30** [4] - 65:4, 65:8, 96:22, 105:20
**300** [2] - 151:17, 151:25
**300-some** [1] - 17:14
**305-3646** [1] - 1:14
**309** [2] - 97:18, 99:8
**31** [7] - 65:9, 65:13, 65:17, 80:5, 85:10, 87:16
**32** [1] - 65:18
**33** [3] - 65:21, 65:24, 80:5
**333** [1] - 1:22
**34** [2] - 65:25, 66:6
**35** [2] - 66:7, 66:23
**353** [4] - 11:19, 13:7, 18:4, 42:22
**36** [2] - 66:24, 67:1
**362** [5] - 18:6, 18:7, 18:13, 18:14, 42:23
**366** [1] - 50:13
**37** [2] - 67:2, 67:7
**38** [2] - 67:8, 67:11
**382** [1] - 19:4
**39** [2] - 67:12, 67:14
**3:27** [1] - 131:8
**3:52** [1] - 131:9

**4**

**4** [6] - 31:24, 55:1, 55:12, 94:22, 95:1, 109:8
**40** [2] - 67:15, 67:17
**400** [1] - 31:6
**41** [2] - 67:18, 67:20

**412** [1] - 109:9
**42** [4] - 16:9, 16:10, 67:21, 68:6
**43** [2] - 68:7, 68:12
**44** [5] - 68:13, 68:20, 85:10, 86:16, 87:13
**45** [2] - 68:21, 68:23
**46** [2] - 68:24, 69:2
**47** [2] - 69:3, 69:5
**48** [2] - 69:6, 69:22
**485** [3] - 18:23, 19:15, 20:10
**49** [3] - 69:23, 70:1, 85:10
**4:02** [1] - 132:1
**4:23** [1] - 140:21
**4:30** [1] - 56:11
**4:59** [1] - 166:13

**5**

**5** [13] - 55:13, 55:16, 84:24, 94:6, 94:8, 94:9, 95:2, 109:8, 125:24, 129:24, 139:12, 139:15, 139:17
**500** [1] - 18:21
**500,000** [1] - 28:20
**51** [1] - 3:3
**550** [1] - 1:17
**5:05** [1] - 166:21

**6**

**6** [3] - 55:17, 56:2, 109:7
**6.92** [1] - 16:9
**625** [1] - 1:17
**668** [2] - 44:15, 50:19

**7**

**7** [6] - 3:9, 56:3, 56:23, 109:3, 109:5, 109:6
**7,000** [1] - 143:17
**7.42** [1] - 16:8
**700** [1] - 18:20
**700,000** [2] - 12:22, 28:17
**715** [4] - 27:10, 39:25, 48:21, 50:4

**8**

**8** [6] - 56:24, 57:2, 109:4, 109:5, 109:15
**818** [1] - 109:10
**84.75** [1] - 16:12
**841(a** [1] - 115:10

**841(b)(1)(A)(i** [1] - 115:11
**8:30** [1] - 166:18
**8th** [1] - 1:13

## 9

**9** [5] - 57:3, 57:8, 109:14, 125:19, 166:2
**959** [2] - 52:15, 113:10
**959(a)(1** [2] - 113:23, 114:17
**959(a)(2** [2] - 113:23, 114:17
**960(a** [1] - 115:10
**960(b)(1)(A** [3] - 113:11, 113:23, 114:17
**960a** [1] - 52:20
**963** [2] - 52:12, 113:11
**99** [1] - 50:19
**9:30** [6] - 56:11, 125:21, 129:24, 166:3, 166:9, 166:20
**9:52** [2] - 1:4, 4:2

## A

**a.m** [4] - 1:4, 4:2, 51:2, 51:3
**abetting** [4] - 113:12, 113:24, 114:18, 115:11
**abhor** [1] - 86:22
**ability** [9] - 55:15, 57:5, 64:21, 67:6, 75:15, 79:1, 81:2, 87:6, 107:17
**able** [22] - 12:3, 24:21, 25:1, 25:23, 27:12, 42:4, 42:11, 51:1, 52:3, 56:8, 56:14, 56:16, 63:7, 94:5, 111:19, 130:21, 134:11, 134:19, 135:22, 156:17, 159:11, 161:14
**abroad** [5] - 82:3, 82:5, 151:19, 157:12, 157:18
**accepting** [1] - 68:10
**accidentally** [2] - 120:23, 121:23
**accommodate** [3] - 130:4, 130:16, 135:23
**accommodation** [1] - 141:5
**according** [3] - 4:25,

**83:14, 94:19
account** [2] - 21:7, 164:13
**accounting** [1] - 164:16
**accounts** [1] - 149:22
**accused** [5] - 67:21, 68:3, 69:25, 85:18, 106:18
**achieved** [1] - 117:1
**acknowledge** [1] - 148:17
**acknowledges** [1] - 160:18
**act** [7] - 39:8, 40:7, 41:8, 41:11, 49:17, 49:18, 87:1
**Act** [1] - 49:19
**acting** [1] - 119:2
**action** [2] - 39:2, 46:8
**actions** [1] - 119:18
**active** [2] - 31:19, 32:4
**activity** [6] - 52:20, 58:20, 115:9, 121:15, 122:2, 122:5
**acts** [8] - 67:19, 67:22, 68:2, 68:4, 68:15, 119:14, 119:18, 142:22
**actual** [4] - 24:10, 42:6, 42:13, 145:8
**Adam** [1] - 133:9
**add** [1] - 14:1
**addicted** [1] - 151:11
**addiction** [2] - 133:22, 133:24
**additional** [1] - 93:19
**address** [4] - 11:24, 137:3, 139:11, 166:16
**addresses** [1] - 41:2
**addressing** [1] - 53:9
**Administration** [3] - 60:8, 61:3, 143:13
**admission** [1] - 55:11
**admit** [1] - 126:18
**ADMITTED** [1] - 3:14
**admitted** [2] - 27:21, 123:21
**adolescence** [1] - 156:7
**adulthood** [1] - 156:7
**advance** [2] - 118:16, 163:2
**advanced** [1] - 161:17
**advancing** [1] - 162:20
**advise** [1] - 32:23
**adviser** [2] - 155:18, 162:3

**affect** [10] - 55:15, 64:20, 67:5, 75:15, 79:1, 81:2, 86:6, 91:18, 107:16, 146:5
**affected** [1] - 66:4
**affects** [1] - 74:5
**affixed** [1] - 167:16
**Afghan** [17] - 62:4, 62:5, 62:6, 142:19, 153:14, 153:17, 155:22, 157:3, 157:6, 159:2, 159:8, 161:3, 161:14, 162:1, 162:17, 162:19, 165:3
**Afghanistan** [64] - 59:4, 59:7, 59:9, 59:21, 61:25, 62:1, 62:3, 67:3, 67:5, 67:10, 67:14, 67:15, 68:17, 73:15, 78:22, 79:3, 80:16, 80:23, 84:13, 84:17, 113:3, 113:17, 114:11, 115:2, 129:9, 141:11, 142:6, 142:18, 143:15, 143:16, 144:5, 144:8, 144:9, 144:14, 144:17, 145:15, 145:21, 146:3, 146:16, 146:21, 147:16, 148:5, 148:11, 149:16, 150:3, 150:21, 151:16, 151:19, 151:23, 152:5, 152:25, 153:22, 153:24, 154:5, 155:14, 156:20, 157:13, 159:9, 159:16, 160:1, 161:16, 162:23, 164:16
**Afghans** [1] - 62:8
**African** [14] - 15:21, 16:9, 17:8, 20:4, 38:20, 40:21, 41:15, 41:16, 41:18, 41:20, 41:25, 47:19, 49:2, 98:23
**African-America** [1] - 41:15
**afternoon** [17] - 51:24, 52:3, 56:9, 56:12, 80:6, 95:20, 96:3, 96:4, 96:5, 96:6, 100:17, 100:19, 100:20, 103:18, 103:19, 125:23,

**143:5
afterwards** [1] - 95:14
**age** [6] - 10:6, 11:8, 11:11, 32:25, 33:1, 41:15
**agency** [4] - 33:7, 63:13, 64:12, 88:18
**Agency** [1] - 92:18
**Agent** [12] - 2:5, 60:6, 61:3, 61:6, 61:10, 61:12, 61:14, 61:15, 61:17, 61:19, 62:16, 95:18
**agent** [1] - 143:12
**agents** [2] - 144:13, 144:15
**ago** [5] - 29:20, 61:4, 88:7, 91:6, 102:13
**agree** [5] - 55:18, 66:16, 93:22, 98:22, 107:10, 116:7, 137:23
**agreed** [2] - 118:8, 157:3
**agreeing** [1] - 57:22
**agreement** [15] - 117:7, 117:14, 117:19, 118:5, 118:7, 118:11, 118:19, 118:21, 118:24, 119:1, 119:4, 119:25, 120:6, 145:16, 145:18
**agrees** [1] - 118:13
**aid** [1] - 111:11
**aided** [1] - 1:25
**aiding** [4] - 113:11, 113:24, 114:18, 115:11
**Air** [1] - 135:4
**airport** [1] - 164:25
**AK-47s** [1] - 149:18
**Alcohol** [1] - 63:22
**Alexandria** [6] - 100:2, 101:5, 101:6, 101:16, 101:18
**alive** [1] - 163:9
**allegations** [1] - 86:17
**allege** [1] - 46:4
**alleged** [6] - 66:11, 67:2, 116:18, 116:20, 119:15
**allegedly** [1] - 97:13
**alleges** [4] - 57:19, 58:2, 58:8, 58:13
**alleging** [1] - 68:13
**allow** [3] - 4:10, 70:9, 111:2
**allowed** [9] - 47:14,

**143:5
afterwards** 127:7, 127:9, 127:21, 127:24, 128:3, 129:1, 156:16, 162:4
**almost** [1] - 108:21
**alone** [3] - 49:5, 125:2, 125:6
**alongside** [1] - 144:12
**alternate** [7] - 94:6, 94:16, 136:21, 137:2, 137:6, 138:2, 139:15
**alternates** [4] - 52:23, 127:14, 127:15, 139:17
**alternative** [1] - 137:2
**ambulance** [1] - 33:6
**AMERICA** [1] - 1:2
**America** [2] - 41:15, 51:11
**American** [11] - 15:21, 16:9, 17:8, 20:4, 40:21, 47:19, 142:25, 144:7, 144:12, 147:16, 150:2
**Americans** [8] - 38:20, 41:17, 41:18, 41:20, 42:1, 49:2, 98:23, 151:10
**ammunition** [2] - 147:14, 149:11
**amount** [20] - 31:8, 57:24, 58:5, 58:11, 58:17, 113:7, 113:20, 114:14, 115:6, 116:4, 116:11, 116:23, 117:11, 117:22, 120:2, 120:10, 120:18, 121:12, 126:1, 153:9
**analysis** [5] - 43:6, 44:12, 47:4, 50:5, 55:21
**analyst** [1] - 71:9
**Analyst** [1] - 61:22
**analysts** [1] - 90:6
**analyze** [2] - 89:20
**AND** [1] - 1:9
**anger** [2] - 104:20, 147:18
**angry** [1] - 104:17
**annotated** [1] - 33:4
**another's** [1] - 111:16
**answer** [12] - 5:18, 20:7, 53:7, 53:12, 87:13, 98:8, 98:11, 99:18, 106:3, 106:24, 106:25,

3

127:6
answered [3] - 107:2, 107:3, 107:11
answering [1] - 107:8
answers [3] - 75:2, 80:11, 127:1
anticipate [1] - 166:6
antitrust [4] - 71:3, 71:4, 71:18, 72:22
anyplace [1] - 127:23
anyway [1] - 100:6
anyways [4] - 4:15, 25:16, 107:19, 130:9
apologize [1] - 77:9
appear [2] - 98:5, 125:6
APPEARANCES [1] - 1:10
appellant [2] - 50:6, 50:7
application [1] - 64:11
applied [1] - 63:2
appointed [7] - 14:7, 14:9, 14:10, 14:11, 14:12, 32:10, 73:9
appreciate [2] - 109:24, 138:1
approach [3] - 128:20, 159:11, 161:14
approached [1] - 162:2
appropriate [1] - 98:4
appropriately [2] - 82:24, 88:1
area [6] - 59:7, 59:13, 62:1, 62:17, 73:16, 73:23
areas [1] - 71:20
argue [2] - 124:16, 138:25
argument [4] - 38:19, 39:10, 40:16, 98:18
arguments [2] - 54:8, 54:20
Armed [1] - 92:5
armed [5] - 32:4, 65:2, 77:25, 81:24, 82:17
arms [1] - 147:9
arrangement [1] - 69:8
arranging [2] - 159:3, 160:10
array [1] - 149:6
arrested [9] - 65:11, 65:15, 82:12, 101:1, 101:2, 102:24, 105:24, 164:24, 165:5
arrests [3] - 98:6, 102:21, 107:6

arrive [3] - 45:13, 96:22, 166:3
arrived [4] - 105:16, 151:7, 160:23, 164:2
arrives [1] - 160:11
Asia [2] - 59:5, 73:18
Asian [3] - 16:10, 17:10, 47:20
aside [2] - 27:8, 134:12
asleep [1] - 56:20
assault [1] - 149:16
assigned [7] - 61:11, 61:13, 61:15, 61:16, 61:18, 61:20, 61:23
assist [2] - 68:14, 86:18
assistance [1] - 89:6
assistant [1] - 155:5
assisted [1] - 60:6
associated [1] - 66:3
association [1] - 63:23
assume [8] - 30:20, 40:19, 40:21, 40:24, 41:3, 97:13, 139:11, 166:17
assuming [3] - 38:25, 39:3, 47:23
asymptomatic [1] - 38:19
attack [1] - 144:2
attempt [2] - 22:13, 120:19
attempted [2] - 86:17, 91:13
attempting [1] - 45:17
attention [5] - 26:18, 32:21, 126:3, 127:19
Attorney [1] - 63:18
attorney [2] - 71:3
attorneys [4] - 60:5, 123:1, 123:3, 124:8
Attorneys' [2] - 63:17, 66:3
audience [2] - 109:23, 131:3
authorities [1] - 106:8
authority [1] - 77:17
automatically [7] - 5:12, 10:6, 10:14, 13:17, 15:1, 45:5, 98:7
available [3] - 7:2, 125:18, 166:2
Avenue [3] - 1:13, 1:17, 1:22

## B

bad [2] - 101:13, 106:12
Bagchagul [2] - 59:2, 119:17
BAGCHO [1] - 1:4
Bagcho [10] - 51:11, 52:7, 52:9, 59:1, 112:22, 119:7, 119:16, 131:15, 138:11, 167:8
Bagh [1] - 119:16
banks [2] - 152:24, 155:8
Barry [2] - 60:6, 143:9
BARRY [1] - 2:4
based [15] - 9:4, 9:6, 12:23, 12:24, 22:14, 24:12, 24:25, 25:9, 26:4, 35:5, 48:22, 52:25, 57:8, 129:13, 159:17
basic [1] - 122:7
basing [1] - 48:18
basis [3] - 19:19, 35:8, 46:4
bazaar [3] - 150:20, 151:6, 151:10
beans [1] - 149:9
bear [1] - 108:16
became [2] - 119:17, 156:7
become [4] - 118:12, 118:19, 118:22, 155:22
becomes [2] - 139:15, 139:16
bedrock [1] - 44:12
BEFORE [1] - 1:9
began [6] - 153:24, 153:25, 155:10, 156:22, 156:23, 157:6
begin [1] - 127:10
beginning [2] - 112:3, 123:11
behalf [1] - 124:2
behavior [1] - 136:22
beliefs [2] - 57:4, 64:19
bell [1] - 102:16
belongings [1] - 109:1
bench [2] - 107:12, 125:13
benefit [1] - 69:17
better [1] - 5:24
between [7] - 13:19, 42:14, 52:9, 117:8, 125:22, 129:25,

145:17
beyond [22] - 53:23, 53:25, 54:11, 54:14, 54:4, 55:7, 59:11, 59:14, 66:19, 115:22, 116:15, 117:5, 118:1, 119:23, 120:13, 121:18, 122:11, 122:13, 122:17, 122:23, 140:24, 152:7
bias [2] - 43:5, 52:24
biased [4] - 25:18, 112:16, 133:23, 138:11
bicycle [1] - 83:9
big [1] - 44:2
bigger [4] - 159:24, 161:22, 162:20, 163:3
billion [1] - 164:18
birth [1] - 103:10
bit [2] - 73:20, 89:22
black [3] - 49:7, 93:20, 93:21
blacks [2] - 40:23, 50:12
Board [1] - 88:15
board [1] - 49:7
bodies [1] - 64:3
books [1] - 129:8
border [3] - 59:7, 147:5, 154:6
borders [1] - 150:7
born [1] - 103:10
bother [2] - 100:23, 104:25
bottom [3] - 97:23, 98:16, 107:18
bought [1] - 142:3
box [11] - 94:4, 94:16, 94:18, 94:19, 100:18, 108:18, 109:2, 109:4, 109:21, 128:14, 137:15
boy [6] - 154:4, 154:15, 156:6, 160:14
branch [1] - 32:8
break [11] - 56:12, 93:24, 108:1, 108:3, 125:21, 125:22, 129:23, 129:25, 130:5, 130:13
breakfast [4] - 125:18, 126:2, 130:16, 166:2
breakup [1] - 20:11
brief [1] - 132:8

briefly [4] - 84:11, 144:22, 157:23, 159:5
bring [9] - 6:25, 95:7, 95:8, 96:19, 99:7, 109:1, 115:16, 125:16, 142:25
Brittain [1] - 61:13
broader [5] - 149:6, 159:24, 161:22, 162:20, 163:3
broadly [1] - 63:14
broken [1] - 87:20
brother [2] - 78:2, 135:2
brother's [2] - 134:11, 140:8
brothers [1] - 133:21
brought [7] - 11:14, 20:19, 103:25, 104:3, 106:9, 154:24, 164:25
Budget [1] - 88:24
building [2] - 72:9, 77:15
bullets [1] - 149:18
burden [10] - 7:3, 49:14, 49:15, 49:23, 53:24, 54:1, 55:6, 55:8, 122:12, 122:14
Bureau [2] - 63:20, 63:22
business [10] - 135:20, 142:10, 150:1, 150:5, 150:10, 151:24, 153:5, 154:23, 157:4, 159:13
but.. [1] - 99:25
button [2] - 34:2, 46:9
buy [3] - 139:6, 161:18, 161:23
buyer [3] - 159:22, 161:18, 161:22
buyers [2] - 158:11, 160:24
buzzer [1] - 125:14
BY [27] - 3:9, 3:10, 7:11, 8:19, 10:12, 11:3, 11:12, 12:1, 13:6, 14:24, 15:4, 15:13, 16:6, 17:19, 19:11, 19:23, 20:14, 22:21, 23:23, 24:20, 26:7, 26:14, 28:6, 29:16, 29:24, 30:10, 35:22

# C

**cable** [1] - 85:1
**calendar** [2] - 143:23
**California** [1] - 88:19
**camera** [1] - 81:22
**cameras** [1] - 81:19
**cannot** [14] - 5:3, 8:10, 8:20, 8:22, 8:25, 48:25, 50:3, 50:6, 50:7, 50:9, 54:5, 129:14, 165:4, 165:6
**capable** [1] - 126:5
**capacity** [5] - 59:21, 59:25, 60:11, 71:8, 80:13
**Capitol** [1] - 63:16
**Captain** [2] - 62:3, 62:5
**car** [1] - 163:10
**card** [1] - 53:6
**cards** [1] - 70:7
**care** [3] - 34:16, 46:4, 154:16
**cared** [1] - 35:2
**career** [1] - 79:17
**careful** [2] - 126:3, 127:19
**carry** [3] - 54:17, 54:24, 77:18
**cars** [1] - 157:19
**case** [101] - 4:19, 5:6, 7:15, 7:19, 8:3, 8:11, 9:15, 10:17, 26:19, 34:1, 36:1, 40:15, 42:2, 42:3, 43:13, 44:7, 44:11, 44:16, 45:7, 45:13, 45:18, 46:8, 46:16, 47:22, 49:20, 50:21, 51:9, 52:6, 52:23, 56:1, 56:3, 57:10, 57:16, 58:18, 58:25, 62:23, 62:25, 64:17, 64:22, 65:20, 66:6, 66:8, 66:14, 66:19, 67:2, 74:14, 75:5, 75:16, 78:21, 79:6, 79:24, 81:3, 83:11, 83:24, 85:8, 87:14, 87:18, 88:7, 90:17, 91:11, 91:12, 91:13, 91:18, 93:11, 109:22, 111:12, 112:9, 122:8, 123:11, 123:16, 123:23, 124:3, 124:11, 124:17, 126:15, 126:19, 127:9, 127:23, 128:10,
128:18, 128:21, 129:2, 129:12, 129:13, 143:2, 143:11, 143:14, 144:21, 145:6, 145:9, 146:2, 146:4, 153:13, 157:7, 159:10, 161:3, 164:1, 165:20, 166:4
**Case** [1] - 51:10
**cases** [12] - 45:12, 47:1, 50:21, 72:22, 73:1, 128:13, 161:9, 161:10, 163:18, 163:19, 163:22
**cash** [7] - 146:24, 147:14, 148:2, 148:3, 148:14, 149:3, 149:5
**catch** [2] - 82:21, 87:22
**categories** [8] - 10:23, 10:24, 14:2, 15:5, 32:23, 33:8, 33:11, 43:2
**category** [5] - 10:25, 11:15, 13:10, 13:11, 14:5
**Caucasian** [3] - 16:8, 17:9, 20:4
**caught** [4] - 103:24, 159:2, 165:6, 165:15
**causes** [3] - 41:8, 41:12, 56:19
**causing** [4] - 38:15, 42:5, 74:1
**caution** [1] - 69:16
**celebrate** [2] - 141:25, 142:2
**celebration** [5] - 142:2, 142:8, 142:11, 142:21, 157:24
**cell** [2] - 127:25, 160:13
**census** [2] - 4:25, 38:5
**center** [1] - 44:3
**central** [2] - 59:5, 73:18
**certain** [7] - 36:5, 39:15, 45:16, 47:10, 51:22, 99:24, 123:20
**certainly** [1] - 97:25
**CERTIFICATE** [1] - 167:1
**Certified** [2] - 1:21, 167:3
**certify** [2] - 167:6, 167:12
**cetera** [3] - 31:19,
37:22, 48:4
**Chagul** [1] - 119:16
**chai** [1] - 154:15
**chair** [1] - 136:9
**chance** [2] - 37:19, 124:14
**change** [1] - 84:21
**changed** [3] - 67:13, 67:16, 84:22
**Channel** [3] - 80:15, 84:24, 84:25
**channel** [1] - 85:1
**CHANTAL** [1] - 1:20
**Chantal** [2] - 167:3, 167:20
**Chantilly** [4] - 61:5, 61:21, 61:23
**charge** [10] - 54:11, 54:14, 68:1, 86:25, 106:7, 116:14, 116:16, 121:17, 144:23, 145:12
**charged** [19] - 52:9, 53:16, 57:17, 65:11, 65:15, 82:12, 87:2, 87:18, 101:3, 101:19, 105:24, 106:3, 112:23, 115:24, 122:19, 144:24, 145:13, 145:21, 146:2
**charges** [21] - 53:18, 54:10, 54:11, 54:14, 58:21, 66:20, 75:8, 87:5, 91:10, 99:23, 112:24, 113:13, 114:7, 114:20, 116:1, 120:7, 121:3, 121:6, 121:8, 144:21
**charging** [1] - 115:15
**charities** [1] - 86:6
**charity** [1] - 86:1
**chat** [1] - 133:8
**check** [2] - 89:21, 109:24
**checkpoints** [1] - 150:4
**chemicals** [1] - 151:4
**chemist** [5] - 62:14, 152:2, 152:7, 158:7, 164:3
**Chemist** [1] - 62:11
**child** [2] - 134:24, 134:25
**children** [7] - 5:11, 59:19, 63:11, 155:19, 155:20
**choices** [1] - 98:16
**choose** [3] - 25:21, 47:21, 123:11
**chooses** [1] - 48:24
**choosing** [2] - 48:23, 51:22
**chose** [2] - 20:12, 24:18
**chosen** [7] - 7:1, 45:1, 47:10, 108:15, 109:21, 127:14, 127:17
**Circuit** [1] - 4:19
**circumstances** [8] - 47:7, 103:21, 105:22, 106:11, 106:13, 106:20, 119:9, 119:11
**cites** [1] - 44:11
**citing** [3] - 44:16, 50:18
**citizen** [3] - 29:23, 68:7, 68:9
**citizens** [3] - 5:3, 12:22, 45:24
**city** [9] - 18:13, 37:19, 40:15, 41:9, 41:14, 43:2, 43:3, 43:4, 45:25
**City** [3] - 142:16, 158:1, 158:11
**civil** [4] - 57:10, 71:18, 72:21, 75:4
**civilian** [2] - 59:21, 59:25
**claim** [1] - 83:22
**claimed** [1] - 118:10
**clandestine** [1] - 150:5
**Class** [1] - 82:9
**clear** [2] - 6:9, 47:22
**clearly** [1] - 115:13
**CLERK** [5] - 97:5, 97:9, 130:18, 132:16, 136:11
**clerk** [4] - 5:23, 133:16, 133:19, 166:17
**clerks** [1] - 6:1
**client** [3] - 79:6, 106:14, 108:3
**close** [27] - 59:17, 59:19, 59:23, 59:24, 63:12, 63:25, 64:1, 64:5, 64:10, 64:14, 65:1, 65:9, 65:10, 65:14, 65:18, 65:21, 65:22, 65:25, 67:8, 67:18, 77:21, 142:5, 152:14, 165:17, 165:18
**closing** [2] - 124:15, 153:25
**closings** [3] - 123:14, 124:17, 124:20
**cloud** [1] - 87:6
**Cobar** [8] - 51:12, 60:3, 123:2, 132:5, 139:20, 140:15, 141:1, 143:6
**COBAR** [12] - 1:12, 3:5, 95:16, 96:5, 132:6, 132:8, 132:15, 132:20, 139:21, 139:25, 140:17, 141:4
**code** [1] - 33:4
**Code** [3] - 52:12, 113:11, 113:23
**cognizable** [1] - 50:14
**coincide** [1] - 126:23
**colleagues** [2] - 80:16, 84:12
**collect** [3] - 44:6, 70:7, 154:22
**collected** [1] - 111:24
**colloquy** [1] - 136:8
**Colorado** [2] - 61:18, 61:19
**COLUMBIA** [1] - 1:1
**Columbia** [8] - 11:20, 32:6, 32:9, 33:3, 63:18, 64:8, 167:6, 167:10
**combat** [1] - 67:10
**combination** [1] - 89:8
**comfortable** [2] - 35:24, 137:1
**coming** [19] - 6:21, 34:20, 43:15, 56:9, 73:24, 99:2, 109:25, 142:18, 152:5, 154:23, 157:25, 158:13, 158:24, 158:25, 159:4, 159:9, 159:25, 161:15, 164:15
**Commander** [4] - 149:1, 149:2, 149:5, 149:7
**commander** [3] - 62:4, 148:10, 148:24
**commanders** [1] - 149:22
**commenced** [1] - 4:3
**commences** [1] - 47:2
**comments** [1] - 126:9
**Commerce** [2] - 71:7
**commit** [5] - 68:15, 116:8, 117:8, 118:2, 145:17
**committed** [3] - 89:10, 115:22, 146:2

**committing** [1] - 146:3
**common** [3] - 117:17, 118:1, 129:16
**communicate** [1] - 127:25
**communicating** [1] - 128:11
**communications** [2] - 88:11, 89:8
**communities** [2] - 144:11, 144:17
**Community** [1] - 88:17
**community** [4] - 44:18, 44:22, 45:2, 88:12
**compare** [4] - 40:17, 42:17, 43:3, 48:6
**comparison** [2] - 44:3, 47:25
**compensation** [1] - 33:5
**complete** [6] - 16:16, 23:20, 23:21, 35:21, 70:9, 136:20
**completed** [3] - 23:22, 35:13, 145:19
**completely** [2] - 46:6, 143:23
**comply** [2] - 49:17, 49:18
**compound** [12] - 142:6, 152:9, 153:16, 155:15, 156:9, 156:10, 157:2, 157:20, 158:8, 158:15, 160:12, 164:3
**computer** [27] - 1:25, 12:14, 15:17, 15:18, 21:5, 21:16, 22:6, 23:4, 28:23, 29:6, 29:9, 29:18, 29:21, 30:11, 34:3, 34:6, 36:24, 36:25, 41:3, 46:10, 46:12, 46:18, 46:22, 128:12
**computer-aided** [1] - 1:25
**concealment** [3] - 101:14, 101:17, 102:11
**concept** [1] - 150:15
**concern** [3] - 4:17, 138:7, 138:12
**concerned** [1] - 105:23
**concerning** [3] - 66:11, 67:4, 104:16
**concerns** [4] - 9:4,

133:17, 133:18, 135:16
**concluded** [1] - 166:22
**concludes** [1] - 70:5
**conclusion** [5] - 45:14, 115:18, 117:3, 119:9, 119:12
**conduct** [3] - 67:2, 69:11, 125:8
**confident** [1] - 137:4
**confidential** [2] - 161:2, 163:15
**conflict** [1] - 130:4
**confuse** [1] - 107:14
**connected** [1] - 112:9
**Connecticut** [1] - 82:2
**connection** [3] - 77:5, 91:21, 132:21
**conscience** [1] - 55:22
**consciously** [2] - 120:22, 121:22
**consider** [8] - 36:10, 53:18, 55:20, 69:16, 102:21, 119:14, 119:18, 125:5
**consideration** [4] - 28:25, 33:19, 33:22, 37:6
**considerations** [2] - 29:6, 68:9
**considered** [2] - 7:20, 69:16
**considering** [1] - 126:18
**considers** [1] - 29:6
**consist** [3] - 8:5, 12:19, 32:13
**consistent** [1] - 4:18
**consistently** [2] - 137:23, 163:21
**consists** [1] - 12:21
**conspiracy** [23] - 112:24, 116:16, 116:18, 116:20, 117:4, 118:12, 118:17, 118:20, 118:23, 119:5, 119:7, 119:8, 119:10, 119:12, 119:13, 119:17, 119:20, 119:22, 145:13, 145:14, 145:16, 157:8, 165:13
**conspired** [2] - 57:21, 113:4
**conspiring** [3] - 52:10, 116:1, 116:8

**constitute** [1] - 167:13
**constitutes** [1] - 6:4
**Constitution** [1] - 1:22
**constitutional** [2] - 4:9, 39:13
**constitutionally** [1] - 49:10
**constructed** [5] - 28:10, 28:11, 30:18, 45:20, 45:21
**contact** [2] - 18:17, 158:6
**containing** [17] - 57:24, 58:5, 58:10, 58:16, 113:6, 113:19, 114:14, 115:6, 116:4, 116:11, 116:23, 117:10, 117:21, 120:2, 120:10, 120:17, 121:12
**contentions** [1] - 124:19
**continuance** [3] - 38:11, 42:11, 46:25
**continue** [1] - 50:3
**Continued** [1] - 2:1
**continued** [1] - 161:13
**continuing** [4] - 113:2, 115:1, 117:7, 119:24
**control** [2] - 25:19, 126:24
**controlled** [6] - 66:9, 117:12, 117:23, 120:3, 120:15, 121:19
**conversations** [1] - 80:25
**convict** [2] - 160:9, 162:9
**convicted** [2] - 87:18, 119:22
**convictions** [2] - 56:21, 98:6
**convinced** [1] - 115:21
**cook** [1] - 158:9
**cooking** [1] - 149:8
**cooperate** [1] - 157:3
**copy** [1] - 26:23
**Corps** [1] - 92:8
**correct** [23] - 6:2, 20:13, 27:2, 27:15, 27:19, 30:21, 31:20, 32:19, 33:11, 33:12, 34:12, 34:13, 34:22, 70:21, 73:11, 76:5, 84:1, 88:23, 94:8, 94:17, 99:9, 105:18, 105:21

**correctional** [1] - 63:19
**correctly** [2] - 70:20, 87:11
**corrupt** [1] - 151:24
**counsel** [13] - 45:17, 60:12, 95:9, 96:16, 108:16, 108:19, 109:16, 123:9, 132:4, 141:6, 143:8, 166:15
**Count** [9] - 57:18, 58:2, 58:8, 112:24, 113:13, 114:7, 114:10, 120:7, 121:8
**count** [9] - 52:10, 52:15, 58:13, 112:23, 114:20, 114:25, 116:1, 121:3, 121:6
**countries** [13] - 73:15, 73:25, 79:7, 80:20, 84:15, 141:13, 141:18, 148:22, 150:9, 152:21, 154:23, 157:9
**country** [10] - 59:4, 60:1, 66:16, 73:18, 80:13, 143:17, 144:10, 144:18, 150:7, 150:8
**counts** [3] - 52:12, 57:17, 115:25
**County** [1] - 88:17
**couple** [6] - 56:8, 80:10, 85:16, 88:13, 135:18, 142:5
**course** [15] - 64:25, 88:6, 88:7, 130:11, 144:14, 146:7, 152:13, 153:13, 154:9, 155:2, 155:9, 158:2, 158:22, 159:15, 161:10
**court** [13] - 34:21, 36:19, 64:9, 65:19, 104:9, 104:11, 104:13, 106:16, 129:21, 132:9, 140:2, 146:1, 164:10
**COURT** [319] - 1:1, 4:5, 5:18, 5:22, 6:1, 6:14, 6:18, 6:20, 6:25, 8:16, 8:18, 9:21, 9:25, 10:3, 10:8, 10:15, 10:20, 11:2, 11:7, 11:22, 12:19, 12:23, 13:1, 14:17, 14:21, 14:23, 15:3, 15:8, 15:11,

16:3, 17:12, 17:18, 18:23, 19:1, 19:4, 19:8, 19:14, 19:18, 20:3, 20:7, 20:10, 20:23, 21:18, 21:21, 21:25, 22:3, 22:6, 22:9, 22:13, 22:16, 22:20, 23:11, 23:14, 24:8, 24:12, 24:15, 24:19, 25:14, 27:1, 27:7, 27:10, 27:14, 27:16, 27:23, 29:9, 29:12, 29:19, 30:4, 35:8, 35:17, 37:10, 37:13, 37:25, 38:3, 38:8, 38:21, 38:25, 39:6, 40:11, 40:19, 41:13, 42:2, 42:7, 42:17, 42:20, 43:6, 43:21, 44:1, 47:13, 51:5, 51:18, 51:21, 61:8, 62:19, 70:4, 70:14, 70:17, 70:19, 70:22, 71:1, 71:4, 71:8, 71:11, 71:14, 71:17, 71:21, 71:24, 72:2, 72:5, 72:10, 72:14, 74:4, 74:6, 74:12, 74:18, 74:24, 75:1, 75:4, 75:7, 75:11, 75:14, 75:19, 75:23, 76:1, 76:3, 76:6, 76:10, 76:14, 76:19, 76:23, 77:1, 77:4, 77:7, 77:11, 77:15, 77:17, 77:20, 77:24, 78:4, 78:6, 78:8, 78:12, 79:21, 80:5, 80:10, 80:18, 80:20, 80:24, 81:6, 81:10, 81:13, 81:16, 81:18, 81:23, 82:1, 82:3, 82:6, 82:10, 82:16, 82:19, 82:21, 82:23, 83:1, 83:5, 83:12, 83:17, 83:21, 83:24, 84:2, 84:7, 84:10, 85:5, 85:10, 85:13, 85:15, 85:23, 85:25, 86:3, 86:7, 86:11, 86:15, 86:25, 87:12, 87:16, 87:22, 87:25, 88:3, 88:8, 88:13, 88:19, 88:21, 88:25, 90:14, 90:21, 90:23, 91:1, 91:3, 91:7, 91:10, 91:14, 91:17, 91:20, 91:24, 92:1, 92:4, 92:9, 92:11, 92:13, 92:19, 92:22, 92:24, 93:3,

93:5, 93:7, 93:13, 93:16, 93:22, 94:10, 94:17, 94:25, 95:5, 95:13, 95:17, 95:19, 95:22, 96:3, 96:7, 96:14, 96:16, 97:8, 97:11, 98:7, 98:13, 99:1, 99:6, 99:11, 99:15, 99:20, 100:1, 100:5, 100:12, 100:17, 100:21, 100:23, 101:3, 101:5, 101:8, 101:12, 101:14, 101:22, 101:24, 102:4, 102:7, 102:10, 102:14, 102:20, 102:25, 103:9, 103:12, 103:15, 104:24, 105:5, 105:10, 105:14, 105:16, 105:18, 106:2, 107:10, 107:13, 107:24, 108:9, 108:14, 108:23, 109:16, 109:20, 110:5, 110:10, 130:20, 131:18, 131:22, 131:25, 132:3, 132:7, 132:11, 132:17, 132:23, 133:1, 133:16, 133:24, 134:2, 134:9, 134:16, 134:19, 134:25, 135:8, 135:11, 135:13, 135:17, 135:19, 135:22, 136:3, 136:9, 136:12, 136:18, 137:9, 137:12, 137:23, 138:13, 138:17, 139:2, 139:15, 139:24, 140:2, 140:6, 140:11, 140:19, 140:23, 165:23, 166:15
**Court** [35] - 1:20, 1:22, 4:12, 4:18, 4:19, 14:20, 27:22, 32:23, 33:2, 38:11, 44:15, 46:12, 47:11, 47:13, 50:3, 50:19, 64:7, 64:8, 66:4, 72:17, 75:6, 91:9, 98:2, 98:3, 106:9, 107:12, 107:21, 112:15, 131:12, 141:6, 167:5, 167:9, 167:21

**Court's** [4] - 106:24, 107:11, 137:1, 138:1
**COURTROOM** [13] - 7:5, 51:8, 74:10, 74:21, 76:21, 80:2, 90:22, 94:9, 95:9, 97:1, 108:24, 110:7, 133:13
**courtroom** [40] - 21:2, 21:4, 37:5, 51:4, 52:5, 53:1, 53:10, 60:17, 70:12, 70:13, 74:17, 74:23, 76:20, 76:25, 80:1, 80:4, 85:9, 85:12, 90:20, 93:15, 96:11, 100:16, 105:9, 108:12, 110:4, 110:22, 111:18, 111:23, 129:14, 130:22, 131:9, 132:2, 133:14, 133:16, 133:19, 134:13, 136:17, 140:5, 140:22, 166:14
**courts** [1] - 56:17
**courtyard** [1] - 160:12
**cover** [1] - 4:6
**covered** [1] - 52:1
**Cowles** [2] - 61:6, 61:10
**coworkers** [1] - 77:22
**CR** [2] - 1:3, 167:7
**cracks** [2] - 10:17, 30:2
**Cramer** [4] - 132:15, 132:22, 139:22, 140:1
**create** [3] - 7:15, 7:16, 21:14
**created** [2] - 17:2, 29:1
**creates** [1] - 28:14
**creating** [1] - 151:21
**creation** [1] - 37:3
**credibility** [3] - 63:1, 125:4, 128:14
**crew** [1] - 33:7
**crime** [20] - 65:5, 65:6, 65:11, 65:12, 65:15, 65:16, 82:13, 82:14, 105:25, 116:8, 117:8, 118:3, 118:9, 118:24, 119:21, 119:22, 145:17, 145:18
**crimes** [4] - 116:18, 145:25, 146:3
**Criminal** [1] - 51:10

**criminal** [23] - 53:15, 53:20, 55:1, 57:10, 57:11, 64:15, 64:17, 65:20, 66:2, 67:24, 68:5, 69:11, 71:17, 72:21, 73:1, 75:4, 75:5, 87:18, 87:21, 88:5, 91:4, 91:12, 122:8
**critical** [1] - 153:3
**cross** [4] - 40:6, 40:14, 48:8, 124:10
**CROSS** [2] - 3:10, 26:13
**CROSS-EXAMINATION** [2] - 3:10, 26:13
**cross-examine** [1] - 124:10
**CRR** [2] - 1:20, 167:20
**CSI** [1] - 69:4
**culminated** [2] - 162:13, 162:19
**culturally** [1] - 156:20
**curiosity** [2] - 21:22, 99:16
**cushion** [1] - 21:7
**customs** [1] - 63:21
**CVS** [1] - 103:5

# D

**D.C** [3] - 141:24, 144:6, 146:4
**dad** [1] - 81:8
**daily** [1] - 130:6
**Dallas** [1] - 62:17
**damage** [1] - 74:1
**danger** [1] - 78:25
**Dari** [1] - 59:16
**data** [5] - 42:6, 45:13, 46:5, 47:3, 79:14
**data-intensive** [1] - 47:3
**date** [4] - 8:7, 13:14, 96:19, 103:10
**dating** [1] - 159:14
**daughter** [2] - 152:11, 164:5
**David** [1] - 61:17
**day-to-day** [1] - 143:21
**days** [4] - 135:18, 143:24, 155:6, 157:19
**DC** [18] - 1:4, 1:14, 1:18, 1:23, 4:19, 12:4, 12:5, 25:13, 26:3, 75:6, 78:6, 81:11, 82:19, 82:20,

91:25, 143:21, 144:11
**DEA** [32] - 2:5, 61:2, 61:3, 61:6, 61:11, 61:12, 61:14, 61:15, 61:17, 61:19, 61:21, 62:11, 62:12, 62:14, 62:16, 64:2, 143:13, 144:13, 144:15, 153:15, 153:17, 157:4, 157:6, 159:2, 159:7, 161:4, 161:13, 162:1, 162:20, 163:20
**deal** [27] - 44:5, 73:9, 135:5, 138:4, 138:5, 142:12, 153:10, 156:12, 157:14, 157:24, 158:2, 158:5, 158:9, 158:13, 159:7, 159:21, 160:10, 161:15, 161:21, 161:25, 162:8, 162:10, 162:13, 162:15, 162:18, 163:3
**dealing** [3] - 5:1, 5:2, 22:4
**deals** [5] - 141:12, 141:13, 157:11, 158:22, 159:2
**dealt** [1] - 45:7
**decades** [1] - 45:13
**decide** [6] - 115:21, 124:25, 125:7, 126:12, 129:13, 150:16
**deciding** [4] - 44:5, 64:21, 119:13, 119:15
**decision** [9] - 8:24, 9:2, 9:3, 34:7, 36:11, 55:10, 133:23, 150:2, 150:10
**decisions** [2] - 36:8, 46:11
**deep** [1] - 150:14
**Defendant** [2] - 1:5, 1:15
**defendant** [133] - 4:10, 49:13, 50:7, 51:13, 53:15, 53:17, 53:20, 53:24, 54:2, 54:10, 54:13, 55:2, 55:8, 57:17, 57:20, 58:3, 58:9, 58:14, 58:21, 59:1, 68:1, 68:7, 68:14, 69:19, 83:2, 87:1, 95:8, 96:8,

96:10, 112:13, 112:18, 112:22, 112:24, 113:4, 113:13, 113:17, 114:7, 114:12, 114:20, 115:3, 115:18, 115:22, 118:7, 118:18, 119:1, 119:5, 119:19, 119:21, 120:5, 120:8, 120:16, 120:21, 120:25, 121:8, 121:19, 121:23, 122:8, 122:10, 122:13, 122:15, 122:18, 122:24, 123:3, 123:5, 123:7, 124:3, 124:5, 134:6, 134:20, 142:1, 142:9, 144:24, 145:3, 145:10, 145:20, 146:2, 146:8, 146:11, 146:23, 147:2, 147:3, 147:7, 147:8, 147:9, 147:12, 147:13, 147:24, 148:7, 148:13, 148:16, 148:24, 149:3, 149:5, 149:24, 149:25, 150:12, 150:19, 150:24, 151:7, 151:15, 152:9, 152:16, 152:19, 152:22, 153:4, 154:20, 155:11, 155:25, 156:6, 156:11, 157:10, 157:17, 157:21, 157:25, 158:4, 158:6, 158:15, 158:16, 159:12, 159:14, 159:18, 159:22, 160:4, 160:13, 160:14, 160:18, 160:22, 161:15, 162:6, 162:14, 162:21, 162:25, 164:24
**defendant's** [23] - 49:23, 54:22, 115:19, 124:10, 145:12, 148:3, 152:12, 153:16, 154:25, 155:13, 155:19, 156:18, 157:2, 157:4, 157:10, 157:20, 160:12, 161:19,

161:23, 162:3,
164:3, 164:5, 164:22
**defendants** [6] -
67:21, 67:24, 68:3,
68:5, 69:24, 85:18
**Defender** [2] - 1:16,
60:13
**Defender's** [1] - 64:13
**defense** [11] - 47:8,
55:9, 55:11, 60:12,
64:16, 64:17, 64:20,
106:14, 123:9,
124:8, 132:4
**Defense** [2] - 92:17,
92:20
**defer** [4] - 5:19, 13:17,
97:21, 98:2
**deferral** [2] - 33:16,
36:7
**deferrals** [3] - 30:23,
33:20, 38:15
**deferred** [7] - 9:5,
13:12, 13:13, 13:20,
13:24, 14:2
**deferring** [1] - 39:24
**define** [1] - 25:21
**defined** [1] - 63:14
**definition** [2] - 19:2,
131:19
**delay** [1] - 108:7
**delays** [1] - 125:17
**deliberating** [1] -
138:12
**deliberations** [6] -
55:19, 56:6, 110:20,
111:10, 111:17,
127:10
**deliver** [6] - 25:12,
40:1, 43:8, 111:23,
155:7, 160:15
**deliverable** [2] - 26:9,
27:11
**deliverables** [1] -
40:20
**delivered** [4] - 18:9,
42:23, 42:24, 162:16
**delivery** [2] - 160:7,
162:12
**demand** [1] - 148:21
**demographics** [1] -
43:4
**demonstrate** [1] -
49:16
**demonstration** [1] -
49:17
**denies** [1] - 58:21
**deny** [1] - 47:12
**department** [6] -
18:17, 63:15, 63:21,
64:1, 103:4

**Department** [13] -
1:12, 12:25, 28:13,
28:21, 60:4, 63:19,
70:25, 71:7, 91:23,
92:19, 123:1, 143:7
**departments** [1] - 32:5
**DEPUTY** [17] - 7:5,
51:8, 74:10, 74:21,
76:21, 80:2, 90:22,
94:9, 95:9, 97:1,
97:5, 97:9, 108:24,
110:7, 130:18,
132:16, 133:13
**described** [3] - 48:13,
121:20, 150:1
**DESCRIPTION** [1] -
3:14
**Desert** [3] - 78:2,
78:15
**designed** [1] - 28:24
**despite** [1] - 144:3
**destroyed** [1] - 111:25
**detail** [1] - 48:13
**detailed** [4] - 110:18,
117:2, 153:4, 153:8
**details** [3] - 117:16,
118:9, 159:3
**detectable** [17] -
57:24, 58:5, 58:11,
58:16, 113:7,
113:20, 114:14,
115:6, 116:4,
116:11, 116:23,
117:11, 117:21,
120:2, 120:10,
120:18, 121:12
**detecting** [1] - 69:11
**determine** [8] - 12:7,
25:11, 25:24, 27:12,
38:13, 39:4, 43:4,
125:2
**determining** [3] -
26:20, 28:25, 66:18
**detriment** [1] - 84:4
**developing** [1] - 157:7
**development** [2] -
86:12, 86:13, 89:9
**developmental** [1] -
86:10
**Dick** [1] - 61:14
**dictionaries** [1] -
129:17
**difference** [2] - 13:19,
121:6
**differences** [1] - 144:4
**different** [20] - 5:7,
7:22, 7:24, 14:22,
23:1, 23:3, 26:21,
29:4, 44:2, 55:14,
57:14, 104:2,

116:16, 116:17,
118:22, 118:23,
143:20, 143:23,
154:3, 154:23
**differently** [3] -
143:19, 143:22,
144:25
**difficult** [5] - 66:5,
66:13, 134:17,
134:21, 150:15
**difficulty** [5] - 55:25,
68:10, 68:17, 86:16,
87:14
**dig** [1] - 46:5
**DIRE** [1] - 3:3
**dire** [5] - 47:2, 51:17,
52:21, 53:3, 105:23
**DIRECT** [2] - 3:9, 7:10
**directed** [1] - 104:20
**direction** [1] - 163:20
**directly** [3] - 32:10,
121:13, 121:25
**director** [2] - 86:10,
86:14
**disagree** [1] - 66:15
**discovered** [2] -
20:15, 107:5
**discovery** [2] - 50:4,
50:24
**discretion** [2] - 4:9,
4:20
**discriminatory** [1] -
38:17
**discuss** [15] - 10:24,
72:25, 73:1, 74:14,
79:24, 85:7, 90:17,
93:10, 127:9,
127:11, 128:18,
128:23, 139:4,
139:18, 166:4
**discussed** [1] - 140:6
**discussion** [2] - 38:4,
144:23
**Discussion** [4] - 5:25,
96:15, 105:15,
135:12
**discussions** [4] -
84:12, 108:6, 160:5
**dismissed** [3] -
101:23, 102:13,
102:18
**disparity** [4] - 38:15,
42:14, 50:8, 50:10
**displeasure** [1] -
138:23
**dispositions** [1] -
99:16
**disproportionate** [1] -
49:2
**dispute** [1] - 57:11

**disqualifications** [4] -
5:4, 30:22, 33:21,
38:14
**disqualified** [13] -
10:10, 10:14, 10:22,
11:1, 11:7, 13:3,
13:9, 19:2, 20:25,
29:10, 98:5, 98:8,
138:22
**disqualifiers** [1] - 31:5
**disqualifies** [1] - 10:9
**disqualify** [3] - 10:13,
10:25, 106:23
**disregard** [1] - 126:14
**distance** [1] - 165:3
**distinctive** [1] - 44:21
**distracts** [1] - 111:6
**distribute** [12] - 52:17,
57:22, 58:15,
112:25, 113:5,
115:4, 115:5,
117:20, 120:1,
120:19, 121:10,
145:14
**distributed** [9] - 58:3,
58:9, 58:14, 113:18,
114:12, 114:22,
120:16, 121:19,
121:21
**distributing** [12] -
52:13, 52:16,
103:23, 113:13,
114:8, 114:21,
116:3, 116:10,
116:21, 117:9,
120:9, 121:10
**distribution** [10] -
66:9, 66:12, 100:10,
100:14, 101:15,
101:19, 120:14,
121:4, 145:21,
165:13
**district** [2] - 49:8,
91:24
**District** [18] - 1:22,
11:20, 27:22, 32:6,
32:9, 33:2, 33:3,
39:19, 63:18, 64:7,
64:8, 71:25, 92:25,
167:5, 167:9,
167:10, 167:11
**DISTRICT** [3] - 1:1,
1:1, 1:9
**DMV** [5] - 16:18, 30:5,
34:10, 35:6, 35:8
**Docket** [1] - 1:3
**documentation** [1] -
9:7
**documents** [1] - 42:13
**dollars** [1] - 164:18

**domestic** [1] - 74:1
**done** [16] - 8:3, 8:11,
12:16, 28:8, 39:8,
39:22, 49:12, 49:25,
50:1, 79:14, 79:15,
89:12, 97:17,
139:25, 140:9,
165:11
**door** [6] - 37:5, 47:6,
48:7, 152:9, 152:10,
164:4
**doubt** [20] - 53:23,
53:25, 54:11, 54:15,
54:21, 55:5, 55:7,
66:20, 115:22,
116:15, 117:6,
118:1, 119:23,
120:14, 121:19,
122:11, 122:13,
122:17, 122:23,
140:2
**down** [44] - 20:24,
31:12, 48:15, 53:8,
53:12, 54:6, 54:18,
54:25, 55:12, 55:16,
56:2, 56:23, 57:1,
57:8, 57:12, 57:15,
59:22, 60:11, 60:18,
62:20, 63:24, 64:4,
64:9, 64:18, 64:22,
65:8, 65:24, 66:22,
67:7, 67:14, 67:20,
68:6, 68:11, 68:20,
68:23, 69:1, 69:5,
70:1, 87:11, 117:15,
138:4, 138:5,
150:14, 153:25
**downtown** [2] - 92:1,
92:3
**dozen** [1] - 142:5
**dozens** [1] - 144:13
**Dr** [1] - 76:3
**drag** [1] - 163:10
**dramas** [1] - 69:4
**drastically** [1] - 84:22
**draw** [2] - 46:23,
115:18
**drawn** [3] - 44:17,
44:20, 46:6
**draws** [1] - 30:15
**driver's** [1] - 45:25
**Driving** [1] - 65:7
**drug** [2] - 133:22,
144:16
**Drug** [3] - 60:7, 61:2,
143:12
**drugs** [2] - 84:18,
145:8
**Drunk** [1] - 65:7
**due** [1] - 48:11

**Dulles** [1] - 62:13
**duly** [1] - 7:8
**dumping** [1] - 73:23
**duration** [5] - 7:25,
8:2, 8:8, 8:9, 56:14
**Duren** [8] - 44:10,
44:13, 45:6, 48:10,
49:24, 50:12, 50:17,
50:20
**DUREN** [1] - 50:13
**during** [19] - 4:15,
4:16, 9:8, 53:3, 55:8,
55:19, 59:3, 69:6,
84:13, 110:16,
111:2, 111:9,
111:17, 111:18,
112:6, 130:11,
147:12, 153:16,
164:6
**duties** [2] - 84:13,
152:18
**duty** [11] - 14:16,
54:12, 54:15, 54:17,
54:24, 72:17, 83:10,
122:19, 124:23,
153:3, 164:21

## E

**e-mail** [1] - 166:17
**easier** [2] - 99:14,
133:2
**easily** [1] - 107:8
**East** [6] - 67:11,
71:12, 73:14, 73:18,
79:7, 84:16
**eat** [1] - 163:9
**eating** [1] - 158:16
**economist** [1] - 71:15
**educational** [1] -
131:6
**Edward** [1] - 62:16
**effect** [2] - 40:4, 125:9
**efficient** [1] - 125:9
**eight** [4] - 25:2, 97:2,
97:4, 97:5
**eighteen** [8] - 4:25,
6:4, 11:11, 30:1,
30:6, 31:17, 37:21,
48:1
**eighty** [3] - 16:12,
16:21, 46:18
**eighty-five** [2] - 16:12,
46:18
**eighty-four** [1] - 16:21
**either** [23] - 9:5, 11:16,
13:12, 31:16, 32:10,
39:25, 40:23, 52:24,
59:20, 59:25, 60:10,
60:14, 65:10, 83:2,

87:23, 88:11, 100:2,
121:24, 121:25,
122:2, 122:4, 126:2,
136:23
**elected** [3] - 32:10,
32:11, 48:3
**electronic** [4] -
154:18, 154:19,
154:20, 154:25
**element** [3] - 118:4,
122:18, 122:22
**elements** [5] - 116:15,
117:4, 120:14,
121:5, 121:18
**eleven** [1] - 138:19
**eligible** [3] - 31:13,
31:23, 37:18
**Ellen** [2] - 52:7,
167:10
**ELLEN** [1] - 1:9
**ELMO** [1] - 132:13
**elsewhere** [4] - 63:15,
67:10, 113:3, 115:2
**Embassy** [1] - 62:8
**emergency** [1] - 83:13
**emphasize** [1] -
110:17
**employed** [5] - 62:8,
63:12, 64:6, 64:15,
70:23
**employee** [2] - 80:14,
81:14
**employment** [2] -
64:11, 79:13
**empty** [1] - 158:18
**encyclopedias** [1] -
129:18
**end** [15] - 39:23,
94:23, 104:10,
110:19, 111:22,
114:2, 115:20,
123:22, 124:10,
124:13, 126:6,
127:25, 131:13,
141:23, 154:10
**ended** [2] - 20:20,
42:15
**endorses** [1] - 68:21
**energy** [1] - 135:24
**enforce** [1] - 43:14
**enforcement** [19] -
62:22, 63:1, 63:6,
63:13, 63:24, 64:12,
70:23, 71:2, 77:5,
77:8, 77:11, 77:21,
81:7, 91:21, 106:8,
161:3, 161:11,
161:14, 162:1
**Enforcement** [3] -
60:7, 61:2, 143:12

**engage** [2] - 159:12,
162:24
**engaged** [9] - 52:19,
58:19, 115:8,
121:15, 122:2,
122:4, 160:4, 162:5
**engages** [6] - 52:19,
58:19, 114:24,
115:9, 121:15, 122:5
**engineer** [1] - 81:17
**English** [2] - 57:1,
160:4
**ensue** [1] - 159:25
**ensued** [5] - 4:3, 96:2,
108:13, 131:10,
166:14
**entered** [12] - 51:4,
70:12, 74:22, 76:24,
80:3, 85:11, 96:10,
100:15, 108:12,
132:1, 140:4, 140:21
**enters** [1] - 160:12
**entire** [7] - 16:1, 16:5,
23:20, 40:15, 128:5,
128:9, 158:17
**entirely** [1] - 111:4
**entitled** [1] - 68:8
**entry** [1] - 79:15
**equals** [1] - 39:2
**equating** [1] - 39:12
**errand** [1] - 154:15
**errands** [1] - 154:17
**especially** [2] - 50:4,
139:8
**ESQ** [4] - 1:11, 1:12,
1:15, 1:16
**essentially** [3] - 14:3,
106:14, 145:2
**establish** [1] - 50:16
**et** [3] - 31:19, 37:22,
48:4
**ethical** [1] - 56:21
**etiquette** [1] - 156:2
**evaluated** [1] - 62:24
**evaluating** [1] - 63:1
**evening** [3] - 142:8,
166:9, 166:12
**event** [1] - 63:4
**events** [3] - 59:4, 59:5,
146:16
**eventual** [1] - 145:22
**eventually** [15] - 31:3,
151:4, 154:7,
154:14, 155:1,
155:2, 156:4,
156:12, 157:1,
161:24, 162:5,
162:13, 162:15,
164:24, 165:1
**everywhere** [1] -

156:16
**evidence** [50] - 28:5,
45:9, 46:11, 49:5,
50:15, 53:1, 54:3,
54:7, 54:20, 57:8,
62:25, 66:7, 66:19,
68:19, 87:7, 111:5,
111:12, 111:13,
111:15, 112:9,
115:14, 115:17,
115:21, 122:16,
123:14, 123:15,
123:16, 123:19,
123:21, 123:24,
124:4, 124:6, 124:7,
124:13, 124:16,
124:18, 125:3,
126:18, 126:19,
126:22, 127:4,
145:9, 146:7,
146:24, 148:12,
148:25, 151:14,
153:18, 164:7,
165:18
**exactly** [4] - 4:14,
48:1, 101:10, 121:5
**EXAMINATION** [4] -
3:9, 3:10, 7:10,
26:13
**examine** [1] - 124:10
**examined** [1] - 7:8
**example** [3] - 29:17,
29:25, 35:6
**examples** [1] - 88:14
**exceed** [1] - 28:17
**except** [2] - 133:6,
133:15
**exception** [3] - 34:10,
50:1, 133:10
**exchange** [2] - 69:9,
152:25, 155:8
**exclude** [9] - 25:12,
41:17, 41:19, 44:21,
45:15, 46:13, 48:2,
48:3, 48:15
**excluded** [3] - 5:13,
32:17, 45:5
**excluding** [3] - 38:13,
41:24, 48:17
**exclusion** [7] - 25:9,
31:23, 41:23, 48:11,
49:24, 50:11, 50:17
**exclusions** [2] -
10:21, 48:5
**excusals** [1] - 38:14
**excuse** [17] - 8:25,
32:18, 32:19, 32:22,
32:24, 33:14, 36:6,
36:9, 37:14, 56:17,
94:20, 95:2, 96:17,

110:13, 133:6,
136:4, 138:1
**excused** [29] - 9:5,
9:6, 9:11, 9:19, 9:22,
10:6, 10:24, 11:5,
11:14, 11:16, 13:8,
13:13, 13:20, 13:24,
14:2, 14:4, 14:6,
15:9, 19:5, 19:9,
20:25, 31:23, 48:16,
76:15, 79:22, 85:6,
90:15
**excuses** [2] - 10:4,
33:20, 139:8
**excusing** [6] - 20:24,
25:11, 39:23, 50:1,
93:8
**executed** [1] - 153:14
**executive** [1] - 32:7
**exempt** [8] - 14:5,
14:14, 14:17, 14:21,
14:23, 15:1, 15:6,
15:7
**exempted** [3] - 14:16,
32:2, 32:16
**exemptions** [1] - 14:6
**exercise** [5] - 10:21,
94:3, 94:5, 94:17,
108:17
**exercising** [1] - 4:20
**Exhibit** [3] - 27:21,
27:25, 28:2
**exhibits** [3] - 123:18,
123:20, 123:24
**existed** [5] - 117:8,
119:10, 119:11,
119:12, 119:13
**existence** [1] - 118:5
**exists** [2] - 38:16,
117:19
**expect** [9] - 4:23, 5:6,
5:14, 5:15, 24:2,
56:3, 112:4, 128:21,
135:25
**expected** [2] - 66:7,
97:9
**expecting** [1] - 31:2
**experience** [8] -
23:16, 66:1, 67:19,
75:15, 91:17, 99:22,
129:16, 131:7
**experiences** [1] - 81:1
**explain** [10] - 7:14,
8:10, 28:7, 44:18,
44:25, 86:18, 89:14,
89:22, 103:20,
110:15
**explains** [1] - 8:7
**explanation** [1] -
22:18

9

**exposed** [1] - 129:14
**expound** [1] - 73:20
**expressed** [2] - 126:13, 133:18
**expresses** [1] - 138:12
**expressing** [2] - 55:25, 138:23
**expression** [2] - 137:18, 137:20
**Ext** [1] - 1:18
**extent** [2] - 68:22, 125:7
**external** [1] - 34:5
**extra** [1] - 105:19
**extracted** [1] - 151:2
**eye** [2] - 155:13, 165:19
**eyesight** [1] - 56:25

## F

**face** [3] - 142:25, 163:12, 165:1
**facie** [1] - 47:8
**fact** [16] - 22:16, 39:13, 44:12, 46:5, 46:14, 78:24, 84:2, 89:11, 105:25, 106:5, 112:18, 143:16, 143:22, 156:19, 160:21, 163:20
**factors** [2] - 34:6, 35:5
**facts** [7] - 58:24, 119:8, 119:11, 125:1, 125:2, 126:12, 147:21
**Fahrman** [5] - 152:3, 152:8, 152:11, 158:7
**fail** [2] - 44:22, 127:3
**failed** [1] - 122:22
**failure** [2] - 49:16, 49:18
**fair** [33] - 30:24, 32:12, 32:14, 33:9, 44:3, 55:15, 57:7, 64:21, 66:5, 66:13, 66:22, 67:6, 68:18, 69:1, 72:11, 75:16, 76:6, 79:2, 79:6, 79:9, 81:2, 84:7, 86:16, 86:23, 87:6, 87:9, 87:14, 107:17, 125:9, 134:6, 134:20, 135:6, 139:3
**Fairfax** [2] - 100:2, 102:15
**fairly** [2] - 44:17, 107:16
**fall** [1] - 56:20

**falsely** [2] - 69:18, 106:18
**familiar** [3] - 59:9, 69:23, 85:17
**familiarity** [1] - 59:11
**families** [1] - 144:2
**families'** [1] - 155:20
**family** [26] - 59:17, 59:23, 63:10, 63:25, 64:5, 64:10, 64:14, 65:1, 65:9, 65:13, 65:18, 65:21, 65:25, 67:8, 67:18, 80:11, 92:5, 127:21, 142:5, 154:3, 155:17, 156:8, 156:18, 156:25, 157:3
**famous** [2] - 148:20, 152:4
**far** [6] - 9:8, 18:10, 42:24, 82:24, 143:15, 146:15
**faraway** [1] - 150:8
**Farid** [15] - 61:25, 159:8, 159:9, 159:11, 159:20, 159:21, 160:4, 160:11, 160:16, 160:17, 160:21, 161:2, 161:5, 161:9, 163:14
**farmers** [2] - 150:22, 151:8
**farming** [1] - 151:8
**fashion** [1] - 28:8
**father** [2] - 159:13, 159:20
**father's** [1] - 153:5
**fault** [1] - 43:12
**FBI** [2] - 64:2, 81:8
**fear** [1] - 147:18
**February** [2] - 1:5, 167:8
**federal** [6] - 14:12, 102:5, 143:6, 145:25, 146:1
**Federal** [2] - 1:16, 60:12
**feeds** [2] - 81:20
**feelings** [6] - 55:13, 64:19, 66:10, 67:4, 68:24, 104:15
**fellow** [7] - 55:21, 56:1, 112:12, 127:12, 128:24, 139:4, 143:9
**felon** [2] - 10:11, 31:17
**felons** [7] - 11:10, 29:25, 37:21, 41:16,

41:18, 41:19, 48:3
**felt** [2] - 65:23, 134:7
**females** [1] - 156:18
**few** [7] - 43:19, 51:23, 98:23, 129:23, 130:7, 156:1, 157:11
**fewer** [1] - 40:20
**fiber** [1] - 81:20
**fiber-optic** [1] - 81:20
**field** [2] - 71:15, 77:8
**fifteen** [2] - 16:11, 46:15
**fifth** [1] - 22:11
**fifty** [10] - 21:13, 21:17, 21:18, 22:24, 23:6, 36:15, 36:21, 36:22, 36:24, 37:1
**fifty-two** [10] - 21:13, 21:17, 21:18, 22:24, 23:6, 36:15, 36:21, 36:22, 36:24, 37:1
**fighting** [1] - 147:15
**figure** [6] - 6:2, 13:2, 30:23, 40:25, 42:5, 133:5
**figures** [3] - 17:12, 38:5, 47:24
**figuring** [1] - 27:3
**fill** [8] - 10:16, 23:16, 23:17, 24:17, 35:17, 94:4, 94:18, 108:18
**filled** [2] - 24:4, 94:19
**filling** [1] - 109:4
**final** [3] - 36:13, 50:25, 55:21
**finalizing** [1] - 142:12
**finally** [1] - 73:19
**financial** [1] - 9:10
**fine** [8] - 74:13, 74:25, 91:1, 100:22, 105:19, 140:12, 140:14, 140:20
**finish** [2] - 53:9, 140:20
**finished** [2] - 56:5, 142:11
**fire** [3] - 32:5, 37:21, 48:4
**firefighters** [1] - 33:6
**First** [1] - 82:9
**first** [28] - 4:6, 7:8, 7:14, 7:16, 23:17, 53:14, 87:11, 94:2, 95:1, 95:17, 97:15, 110:13, 116:1, 116:19, 118:4, 119:23, 123:6, 127:16, 131:5, 132:4, 144:23, 152:19, 157:14,

159:6, 161:20, 162:8
**five** [8] - 5:11, 5:15, 16:12, 46:18, 53:6, 65:4, 90:12, 131:13
**fixed** [1] - 136:13
**flaw** [1] - 40:8
**flawed** [3] - 45:4, 45:9, 45:14
**fledged** [1] - 139:16
**Floor** [1] - 1:13
**floor** [2] - 85:8, 110:1
**Florida** [2] - 61:12, 61:17
**flourish** [1] - 150:6
**flower** [1] - 150:25
**focus** [3] - 26:17, 28:9, 47:5
**folks** [3] - 25:9, 42:14, 97:21
**Follis** [1] - 62:16
**follow** [13] - 54:5, 54:23, 55:22, 63:8, 69:21, 77:4, 85:16, 85:17, 100:7, 100:24, 112:21, 124:23, 128:8
**follow-up** [1] - 85:16
**follow-ups** [1] - 27:3
**followed** [4] - 69:24, 85:20, 85:22, 86:4
**following** [9] - 4:3, 56:10, 61:1, 68:11, 96:2, 108:12, 121:18, 131:9, 166:14
**follows** [1] - 7:9
**food** [3] - 143:25, 145:8, 149:7
**foot** [3] - 142:7, 155:15, 156:5
**Footnote** [1] - 44:24
**FOR** [1] - 1:1
**forbid** [1] - 138:3
**Force** [1] - 135:4
**forces** [5] - 32:5, 65:2, 68:16, 77:25, 81:24
**forcing** [1] - 153:25
**forecast** [1] - 166:11
**foreign** [1] - 62:7
**Forensic** [1] - 62:11
**forever** [1] - 43:22
**forget** [1] - 31:6
**forgot** [1] - 130:19
**form** [15] - 8:1, 8:5, 8:6, 18:23, 19:16, 23:12, 23:17, 24:4, 24:17, 25:4, 35:18, 72:8, 142:18, 152:4, 164:15
**formal** [3] - 53:17,

115:15, 117:14
**formed** [2] - 84:15, 84:19
**former** [1] - 146:13
**forth** [1] - 131:1
**forty** [16] - 5:13, 5:14, 5:15, 17:16, 21:1, 21:3, 21:11, 21:16, 21:17, 23:24, 24:16, 36:25, 37:4, 42:17, 47:17, 52:2
**Forum** [1] - 88:16
**forum** [1] - 66:17
**forward** [2] - 4:6, 9:9
**Foundation** [2] - 85:21, 85:24
**four** [14] - 4:24, 5:7, 8:16, 8:17, 16:21, 57:17, 72:1, 112:23, 115:25, 155:5, 158:25, 161:15, 161:21, 162:18
**four-count** [1] - 112:23
**four-kilo** [3] - 161:15, 161:21, 162:18
**fourteen** [4] - 34:15, 35:3, 94:4, 127:13
**fourth** [2] - 85:8, 110:1
**Fox** [3] - 80:15, 81:13, 84:25
**frame** [1] - 140:15
**Franklin** [3] - 125:25, 128:23, 130:10
**franklin** [1] - 130:21
**frankly** [4] - 39:16, 78:25, 138:19, 139:7
**free** [4] - 109:23, 112:1, 125:16, 130:10
**freely** [1] - 150:6
**Friday** [4] - 56:7, 56:9, 129:24, 130:2
**friend** [14] - 59:19, 59:24, 64:1, 64:6, 64:11, 64:15, 65:10, 65:14, 65:19, 65:22, 66:1, 67:8, 67:19, 128:15
**friends** [5] - 63:12, 77:8, 77:21, 81:6, 142:5
**friendship** [2] - 155:2, 155:3
**front** [1] - 109:3
**full** [6] - 56:15, 80:14, 81:14, 127:19, 130:3, 139:16
**full-fledged** [1] - 139:16

**full-time** [2] - 80:14, 81:14
**fund** [6] - 86:9, 86:11, 88:8, 88:12, 89:5, 89:10
**fund-raiser** [2] - 86:9, 86:11
**fund-raising** [4] - 88:8, 88:12, 89:5, 89:10
**fundamental** [2] - 40:8, 43:19
**fundamentally** [2] - 143:3, 159:17
**funding** [1] - 142:24
**funeral** [1] - 130:1

## G

**gallery** [1] - 94:15
**gates** [1] - 157:22
**gather** [2] - 25:7, 109:1
**gender** [1] - 55:14
**general** [3] - 7:3, 49:7, 94:14
**General's** [1] - 63:18
**generalization** [1] - 39:16
**generalizations** [1] - 49:9
**generally** [3] - 37:23, 56:11, 125:23
**generate** [1] - 28:24
**generates** [1] - 37:1
**generating** [1] - 29:7
**GENEUS** [1] - 1:20
**Geneus** [2] - 167:3, 167:20
**gentleman** [1] - 98:14
**gentlemen** [71] - 5:22, 51:19, 60:25, 70:5, 108:24, 109:20, 110:10, 123:17, 124:25, 125:8, 131:5, 132:3, 136:12, 141:8, 141:15, 141:23, 142:15, 142:17, 142:22, 143:2, 143:5, 143:14, 144:3, 144:20, 145:20, 145:24, 146:6, 146:22, 147:15, 147:19, 148:7, 148:13, 148:23, 149:12, 149:20, 149:23, 150:11, 150:18, 150:25, 151:14,

152:6, 152:15, 153:2, 153:8, 153:12, 156:16, 157:1, 157:5, 157:15, 157:23, 158:6, 158:12, 158:21, 159:6, 159:16, 160:8, 160:20, 161:1, 161:7, 161:12, 161:25, 162:19, 163:1, 163:11, 163:14, 163:24, 164:18, 164:23, 165:8, 165:17, 165:24
**Georgetown** [1] - 76:2
**given** [9] - 9:13, 37:6, 41:14, 67:23, 68:4, 86:17, 99:4, 124:20, 124:22
**goal** [2] - 52:22, 52:24
**God** [4] - 137:21, 138:3, 142:9, 142:10
**gonna** [2] - 4:11, 79:2
**goodies** [1] - 126:2
**goods** [3] - 142:20, 148:18, 164:14
**govern** [1] - 122:7
**government** [39] - 32:8, 32:9, 51:12, 53:25, 60:20, 64:2, 65:23, 66:18, 68:13, 69:8, 69:9, 69:12, 69:18, 83:3, 83:6, 84:5, 89:24, 98:18, 107:5, 116:14, 116:25, 117:5, 117:25, 118:10, 118:20, 119:10, 119:22, 120:13, 121:17, 122:12, 122:17, 122:22, 122:25, 123:5, 124:1, 124:3, 124:9, 124:11
**Government** [1] - 1:11
**Government's** [2] - 27:25, 28:2
**government's** [3] - 55:6, 123:8, 123:10
**governor** [2] - 146:13, 146:18
**GOVT.'S** [1] - 3:13
**grade** [2] - 140:25, 149:13
**Grand** [2] - 57:13, 65:20
**grand** [2] - 33:1, 36:14
**granted** [2] - 9:1, 9:2

**granting** [1] - 33:20
**Grantmakers** [1] - 88:17
**great** [2] - 44:5, 141:17
**greater** [3] - 50:15, 63:4, 68:22
**Greg** [1] - 61:12
**grenade** [1] - 149:14
**grenades** [1] - 149:15
**grew** [1] - 153:21
**gritty** [1] - 31:12
**grounds** [3] - 32:18, 32:22, 106:23
**group** [13] - 19:5, 34:12, 38:18, 47:16, 48:12, 49:24, 50:14, 50:17, 52:1, 65:6, 65:7, 65:8, 147:10
**groups** [6] - 32:13, 44:21, 45:16, 45:24, 46:13, 47:11
**grow** [1] - 151:9
**growing** [1] - 156:23
**guarantee** [2] - 130:22, 140:24
**Guard** [3] - 65:3, 81:24, 92:6
**guess** [9] - 17:24, 18:3, 31:25, 33:16, 47:18, 93:24, 94:21, 127:6, 140:19
**guests** [1] - 154:16
**guidelines** [1] - 63:2
**guides** [1] - 26:20
**guilt** [5] - 53:19, 54:22, 55:12, 115:17, 115:19
**guilty** [19] - 53:23, 53:24, 54:10, 54:14, 54:15, 54:22, 55:4, 55:7, 65:12, 65:16, 82:12, 106:15, 122:11, 122:13, 122:19, 122:24, 165:6, 165:12, 165:21
**Gul** [10] - 152:17, 152:18, 152:23, 153:7, 155:1, 155:3, 155:6, 155:10, 155:12, 164:21
**Gul's** [3] - 153:3, 154:21, 164:20
**gun** [1] - 77:18
**Gwen** [8] - 51:6, 74:9, 93:25, 94:12, 99:7, 105:1, 107:25, 136:10

## H

**HAJI** [1] - 1:4
**Haji** [10] - 51:11, 52:7, 59:1, 112:22, 119:7, 119:15, 119:16, 167:8
**half** [12] - 17:9, 17:10, 17:11, 24:15, 47:20, 90:12, 107:14, 140:15, 154:9, 154:10
**hall** [2] - 105:3, 105:6
**halls** [1] - 128:19
**HAMIDY** [1] - 2:7
**hand** [9] - 7:6, 13:23, 51:15, 54:19, 112:10, 114:3, 117:16, 122:21
**handcuffed** [1] - 164:25
**handled** [1] - 131:17
**hands** [5] - 110:8, 130:12, 130:15, 165:7, 165:15
**handsomely** [1] - 161:6
**handwriting** [1] - 164:20
**happy** [3] - 100:7, 130:16, 160:25
**hard** [1] - 89:14
**harder** [1] - 43:7
**hardship** [6] - 10:4, 10:21, 13:15, 48:19, 56:22, 136:19
**hardship-type** [1] - 10:4
**hardships** [2] - 10:5, 56:18
**harm's** [1] - 163:21
**hat** [1] - 65:7
**head** [2] - 6:6, 151:15
**head's** [1] - 136:12
**health** [3] - 56:19, 135:15, 136:1
**hear** [43] - 59:3, 68:18, 69:6, 78:22, 79:2, 97:22, 112:5, 123:17, 130:11, 132:4, 136:7, 139:9, 141:1, 143:13, 144:14, 146:25, 147:19, 147:21, 148:16, 148:19, 149:20, 150:14, 150:16, 150:24, 152:13, 153:12, 157:2, 157:12, 157:16, 158:2,

158:12, 158:22, 159:9, 159:15, 160:2, 160:19, 161:1, 161:7, 161:9, 162:23, 163:7, 164:19, 165:2
**heard** [9] - 46:21, 58:25, 86:22, 87:10, 87:12, 143:15, 144:25, 145:13, 146:14
**hearing** [1] - 54:7, 54:19, 56:24
**heart** [5] - 142:15, 150:14, 150:16, 151:13, 157:25
**Heidi** [1] - 62:13
**held** [5] - 5:25, 96:15, 105:15, 135:12, 165:11
**helicopters** [1] - 165:2
**hello** [1] - 90:23
**help** [5] - 69:9, 89:24, 123:15, 124:18, 156:3
**helping** [1] - 142:10
**helps** [3] - 44:7, 111:5, 119:2
**hereby** [1] - 167:6
**heroin** [97] - 57:24, 58:5, 58:11, 58:17, 66:10, 66:25, 112:25, 113:7, 113:14, 113:20, 114:8, 114:14, 114:22, 115:6, 116:4, 116:12, 116:23, 117:11, 117:22, 120:3, 120:10, 120:18, 121:5, 121:12, 134:1, 141:10, 141:12, 141:13, 141:17, 142:13, 142:17, 142:18, 142:23, 142:24, 144:19, 145:2, 145:8, 145:14, 145:21, 145:23, 148:18, 148:19, 150:5, 150:6, 150:23, 151:5, 151:15, 151:18, 151:19, 151:20, 151:21, 151:22, 151:24, 152:5, 153:5, 153:9, 154:22, 156:12, 157:4, 157:8, 157:12, 157:16,

157:19, 157:22,
158:3, 158:10,
158:13, 158:19,
158:23, 158:25,
159:4, 159:7,
159:12, 159:17,
159:18, 159:23,
159:25, 160:6,
160:16, 160:17,
160:22, 160:23,
161:15, 161:18,
161:19, 161:23,
162:16, 162:21,
163:23, 164:9,
164:12, 164:14,
164:15, 164:22,
165:13
**hesitancy** [1] - 138:1
**HIGGINS** [1] - 2:5
**Higgins** [4] - 60:7,
61:4, 95:18, 143:11
**high** [6] - 38:23,
142:7, 148:20,
148:21, 155:15,
156:5
**higher** [3] - 41:19,
44:1, 158:10
**highest** [3] - 142:17,
152:4, 164:15
**highlight** [2] - 35:19,
99:13
**himself** [10] - 148:16,
154:7, 154:12,
157:10, 157:16,
157:21, 160:9,
162:10, 163:21
**hinted** [1] - 126:14
**historically** [1] - 44:4
**history** [1] - 77:16
**hmm** [1] - 134:15
**hold** [2] - 83:1, 126:25
**holding** [1] - 44:16
**holidays** [1] - 141:25
**home** [13] - 21:24,
23:7, 24:22, 102:24,
103:8, 111:21,
141:11, 144:17,
147:3, 147:4, 147:9,
154:15, 162:3
**honestly** [2] - 128:13,
134:19
**Hong** [1] - 61:15
**Honor** [45] - 5:9, 6:11,
26:12, 27:20, 27:24,
37:12, 38:10, 70:3,
76:13, 76:18, 77:3,
80:9, 93:4, 93:17,
94:24, 95:4, 95:16,
96:4, 96:6, 96:13,
97:25, 98:21, 99:14,

99:17, 99:21,
100:11, 103:14,
105:22, 106:22,
107:20, 108:22,
109:18, 109:19,
131:11, 132:6,
132:8, 132:20,
135:9, 136:2,
136:25, 139:21,
139:22, 140:17,
141:4, 165:22
**Honorable** [1] -
167:10
**HONORABLE** [1] - 1:9
**hope** [1] - 131:6
**hopeful** [1] - 56:4
**hoping** [1] - 31:3
**hospital** [1] - 83:19
**hour** [1] - 140:16
**hours** [1] - 155:5
**house** [3] - 154:16,
155:16, 156:3
**housekeeping** [1] -
92:23
**houses** [2] - 152:25,
155:8
**human** [4] - 39:8,
39:21, 50:2, 88:18
**hurt** [1] - 66:25
**Huvelle** [2] - 52:8,
167:11
**HUVELLE** [1] - 1:9
**hybrid** [1] - 4:7

# I

**ID** [1] - 45:25
**idea** [5] - 9:21, 20:11,
22:12, 27:5, 27:17
**identifiable** [3] -
45:23, 46:13, 47:11
**identification** [3] -
20:3, 28:1, 28:4
**identified** [1] - 112:5
**identify** [3] - 19:15,
27:17, 47:21
**identity** [1] - 118:9
**ideologically** [1] -
89:3
**II** [3] - 58:2, 113:13,
120:7
**III** [3] - 58:8, 114:7,
114:10
**ill** [1] - 83:2
**illnesses** [1] - 9:6
**illustration** [1] - 148:3
**imagine** [1] - 128:6
**immediate** [1] - 63:10
**immediately** [4] -
112:10, 123:8,

123:10, 128:22
**impact** [2] - 38:18,
38:20
**impartial** [22] - 55:16,
57:7, 64:21, 66:5,
66:13, 66:22, 67:6,
68:18, 69:1, 72:11,
75:16, 76:6, 81:2,
84:7, 86:17, 86:24,
87:6, 87:9, 87:14,
107:18, 134:6, 135:6
**implies** [1] - 39:7
**important** [21] -
110:16, 127:8,
127:24, 129:20,
146:8, 146:11,
146:20, 148:6,
148:10, 148:25,
150:12, 152:1,
152:8, 152:15,
153:3, 153:19,
158:2, 158:5, 159:1,
164:8, 164:21
**importation** [3] -
145:13, 145:22,
165:14
**imported** [16] - 57:25,
58:6, 58:12, 113:8,
113:15, 113:21,
114:10, 114:16,
116:6, 116:13,
116:25, 117:13,
117:23, 120:4,
120:12, 121:1
**imports** [1] - 73:24
**impossible** [1] - 46:15
**impression** [1] -
137:20
**imprisonment** [1] -
102:1
**in-person** [1] - 162:6
**inadmissible** [1] -
127:4
**inadvertently** [2] -
120:24, 121:24
**inappropriate** [1] -
107:7
**incident** [1] - 103:21
**include** [5] - 10:20,
19:25, 47:18, 63:14,
102:22
**included** [1] - 16:18
**includes** [2] - 11:7,
41:19
**including** [6] - 60:17,
65:2, 111:25, 149:7,
156:17, 156:24
**inconvenience** [1] -
56:16
**independent** [1] -

128:11
**Indiana** [1] - 1:17
**indicate** [2] - 16:20,
50:22
**indicated** [3] - 80:10,
86:15, 91:20
**indicates** [1] - 75:19
**indication** [2] - 53:19,
126:11
**indicted** [1] - 115:19
**indictment** [14] -
52:10, 53:16, 53:19,
57:19, 58:2, 58:8,
112:23, 114:5,
114:6, 115:14,
115:17, 120:7, 121:8
**indirectly** [3] - 119:8,
121:13, 122:1
**indispensable** [1] -
156:8
**individual** [2] - 36:10,
62:2
**individually** [1] -
53:10
**individuals** [4] - 33:9,
61:24, 69:7, 162:6
**industry** [1] - 74:2
**inescapable** [1] -
165:20
**infidels** [1] - 151:9
**influence** [3] - 90:1,
112:19, 129:6
**influenced** [1] -
111:16
**inform** [1] - 29:14
**informant** [1] - 69:15
**informants** [2] - 69:7,
69:22
**information** [11] -
9:18, 18:3, 20:15,
20:18, 35:6, 35:11,
35:13, 35:15, 35:20,
84:20, 89:19
**informing** [1] - 53:17
**inherent** [1] - 49:3
**inherently** [1] - 25:18
**initial** [3] - 12:11,
159:23, 161:21
**initiated** [1] - 83:21
**injured** [2] - 67:9,
83:18
**injury** [1] - 74:1
**innocence** [5] - 54:2,
58:22, 122:9,
122:16, 124:5
**innocent** [3] - 53:21,
55:2, 122:8
**inside** [4] - 150:7,
150:14, 150:16,
156:9

**instance** [3] - 23:18,
50:8, 50:10
**instead** [1] - 5:21
**instill** [1] - 147:18
**Institution** [1] - 77:14
**instruct** [8] - 53:2,
62:24, 69:10, 69:14,
74:7, 124:21,
125:10, 126:10
**instruction** [2] -
69:21, 127:24
**instructions** [9] -
54:8, 54:21, 54:24,
63:8, 110:18,
110:21, 114:3,
117:2, 128:9
**insufficient** [2] -
50:16, 50:23
**Intelligence** [1] -
61:22
**intelligent** [1] - 135:25
**intended** [7] - 68:14,
110:21, 120:25,
121:24, 122:3,
123:15, 124:18
**intending** [17] - 57:24,
58:5, 58:11, 113:7,
113:14, 113:20,
114:9, 114:14,
115:7, 116:5,
116:12, 116:23,
117:11, 117:22,
120:3, 120:11,
121:13
**intensive** [1] - 47:3
**intent** [7] - 38:17,
52:16, 58:15,
114:22, 115:4,
118:16, 121:10
**intentional** [3] - 40:7,
41:8, 41:11
**intentionally** [22] -
52:13, 52:16, 98:19,
113:4, 113:5,
113:18, 114:12,
115:3, 116:2,
116:10, 116:21,
117:9, 117:20,
118:7, 118:15,
118:21, 120:1,
120:5, 120:8,
120:22, 121:9,
121:22
**interception** [1] -
143:3
**interested** [2] - 43:23,
86:6
**interesting** [1] - 45:11
**interests** [1] - 117:18
**interfere** [2] - 56:21,

57:5
**intern** [1] - 5:23
**Internal** [1] - 63:21
**international** [5] - 73:9, 73:10, 73:12, 141:10, 143:3
**Interpreter** [2] - 2:6, 2:7
**INTERPRETER** [1] - 131:24
**interpreter** [6] - 112:14, 112:17, 112:19, 131:15, 131:23
**interpreters** [2] - 108:2, 108:6
**interruptions** [2] - 130:7, 165:25
**intersection** [1] - 163:22
**introduced** [3] - 53:4, 112:4, 154:25
**investigate** [1] - 73:23
**investigating** [1] - 71:10
**investigation** [6] - 64:3, 64:17, 67:3, 107:5, 157:7, 161:13
**investigatory** [1] - 64:2
**invite** [1] - 98:14
**invited** [2] - 142:4, 155:14
**involve** [2] - 73:14, 73:22
**involved** [5] - 64:3, 64:16, 117:15, 118:2, 134:8
**involvement** [1] - 67:5
**involves** [3] - 67:2, 78:21, 79:6
**involving** [2] - 71:12, 73:11
**Iraq** [4] - 67:10, 67:14, 73:14, 78:23
**irrelevant** [2] - 42:21, 42:22
**Islam** [3] - 68:21, 68:24, 154:11
**Islamic** [3] - 60:1, 80:13, 154:8
**issue** [9] - 50:4, 89:16, 98:3, 137:3, 137:5, 138:4, 138:5, 138:14
**issues** [10] - 47:2, 71:10, 71:12, 73:8, 73:12, 73:13, 73:21, 125:12, 130:15, 136:1
**IT** [1] - 18:17

**items** [2] - 153:18, 164:7
**itself** [5] - 54:9, 54:13, 119:4, 123:23, 145:19
**IV** [2] - 114:20, 121:8

## J

**jail** [2] - 65:12, 65:17
**Jalalabad** [1] - 62:1
**Japan** [2] - 161:19, 161:23
**Japanese** [1] - 161:18
**Javid** [1] - 62:6
**JEFFREY** [1] - 2:5
**Jeffrey** [3] - 60:7, 61:3, 143:11
**jeopardize** [2] - 128:5, 128:9
**jihad** [7] - 147:14, 147:17, 147:20, 147:25, 150:15, 151:11
**job** [11] - 81:16, 124:25, 125:8, 127:3, 134:23, 135:5, 140:12, 154:13, 155:3, 155:4, 155:17
**jobs** [1] - 88:9
**John** [1] - 62:9
**joined** [6] - 67:17, 118:21, 119:1, 120:5
**joining** [1] - 105:7
**joins** [1] - 118:15
**JSSA** [1] - 49:19
**judge** [7] - 14:12, 14:19, 100:6, 108:4, 133:1, 138:8, 138:18
**JUDGE** [1] - 1:9
**Judge** [9] - 7:17, 51:9, 52:7, 79:11, 92:15, 144:20, 145:1, 145:14, 167:11
**judges** [1] - 125:1
**judicial** [1] - 32:8
**juries** [3] - 44:17, 47:4, 98:12
**juries'** [1] - 45:1
**jurisdictions** [1] - 99:25
**juror** [43] - 30:13, 33:1, 33:2, 54:6, 55:17, 56:13, 56:22, 66:13, 66:22, 69:1, 70:14, 74:7, 80:2, 90:22, 95:1, 97:13, 99:8, 105:16, 106:16, 107:22,

108:25, 109:6, 109:7, 109:8, 109:9, 109:12, 109:13, 109:14, 109:15, 128:16, 133:5, 133:7, 133:11, 133:12, 133:13, 138:12, 139:1, 139:16, 140:7
**Juror** [24] - 70:12, 74:17, 74:22, 76:20, 76:21, 76:24, 80:1, 80:3, 85:9, 85:11, 90:20, 93:15, 94:22, 100:15, 105:9, 109:4, 109:10, 109:11, 109:14, 133:15, 133:17, 133:19, 136:17, 140:4
**JUROR** [165] - 70:16, 70:18, 70:21, 70:24, 71:2, 71:6, 71:9, 71:13, 71:16, 71:19, 71:23, 72:1, 72:4, 72:7, 72:13, 72:18, 72:23, 73:3, 73:6, 73:11, 73:17, 73:22, 74:16, 74:25, 75:3, 75:5, 75:9, 75:13, 75:17, 75:21, 75:24, 76:2, 76:5, 76:8, 76:17, 77:2, 77:6, 77:9, 77:13, 77:16, 77:19, 77:22, 78:1, 78:5, 78:7, 78:10, 78:16, 78:19, 79:4, 79:8, 79:14, 79:18, 79:25, 80:8, 80:14, 80:19, 80:22, 81:4, 81:8, 81:11, 81:14, 81:17, 81:19, 81:25, 82:2, 82:4, 82:8, 82:14, 82:17, 82:20, 82:22, 82:25, 83:4, 83:8, 83:14, 83:19, 83:23, 84:1, 84:6, 84:9, 84:19, 84:25, 85:14, 85:21, 85:24, 86:2, 86:5, 86:9, 86:13, 86:20, 87:8, 87:15, 87:19, 87:24, 88:2, 88:5, 88:10, 88:15, 88:20, 88:23, 89:7, 89:16, 89:23, 90:5, 90:9, 90:12, 90:19, 90:24, 91:2, 91:5, 91:9, 91:12, 91:16, 91:19, 91:22, 91:25, 92:3, 92:7, 92:10, 92:12, 92:14,

92:17, 92:21, 92:23, 93:1, 93:12, 93:14, 100:20, 100:22, 101:2, 101:4, 101:6, 101:9, 101:13, 101:21, 101:23, 101:25, 102:6, 102:9, 102:12, 102:17, 102:23, 103:2, 103:11, 103:16, 103:19, 103:22, 104:4, 104:7, 104:12, 104:17, 104:21, 105:8, 133:21, 133:25, 134:7, 134:15, 134:18, 134:24, 135:7, 135:15, 135:18, 135:21, 136:2, 140:10
**jurors** [64] - 4:4, 7:17, 8:1, 9:5, 9:7, 15:15, 16:13, 21:6, 21:7, 21:9, 21:10, 21:11, 21:13, 21:16, 22:7, 23:4, 28:18, 30:15, 31:11, 33:25, 34:2, 34:25, 37:7, 44:20, 45:8, 48:9, 51:1, 51:7, 51:16, 51:22, 52:2, 52:6, 52:22, 55:21, 56:1, 70:11, 74:11, 93:19, 93:25, 94:5, 95:6, 96:17, 98:10, 105:4, 105:6, 106:24, 108:11, 108:15, 109:21, 110:3, 110:7, 110:23, 112:12, 127:12, 128:2, 128:14, 128:24, 130:14, 131:8, 133:14, 137:5, 139:5, 140:9
**jury)** [1] - 167:11
**Justice** [6] - 1:12, 60:5, 63:19, 70:25, 123:1, 143:7
**justice** [4] - 66:2, 88:6, 143:1, 165:1
**justify** [1] - 50:23

## K

**Kabir** [13] - 146:12, 146:13, 146:18, 146:25, 147:2, 147:8, 147:10, 147:11, 147:13, 148:1, 148:5, 148:9, 149:3
**Kabir's** [1] - 147:23
**kabobs** [1] - 142:4
**Kabul** [1] - 62:9
**Kalashnikov** [1] - 149:17
**keep** [17] - 8:20, 8:23, 9:12, 11:21, 12:2, 15:14, 26:8, 39:11, 61:8, 89:20, 98:17, 129:3, 134:11, 151:8, 153:4, 162:20, 164:21
**keeping** [4] - 90:4, 138:24, 144:1, 153:7
**keeps** [1] - 143:10

41:2, 42:6, 42:12, 42:15, 43:9, 43:10, 43:11, 43:17, 43:18, 44:18, 46:9, 48:2, 48:12, 50:12, 51:3, 51:14, 51:24, 52:4, 52:21, 52:25, 55:19, 56:15, 57:6, 57:10, 57:11, 57:14, 66:17, 70:8, 70:10, 71:21, 72:16, 74:8, 74:15, 75:2, 75:3, 76:15, 78:4, 79:23, 85:6, 85:8, 90:16, 90:18, 91:4, 93:8, 93:10, 93:18, 93:25, 94:7, 96:24, 99:4, 99:7, 109:2, 109:21, 109:24, 110:1, 110:9, 111:9, 112:3, 125:19, 125:20, 127:11, 128:14, 130:25, 132:1, 133:10, 137:14, 138:9, 138:15, 140:21, 141:8, 141:15, 166:3, 166:8, 166:13

**Keiken** [1] - 61:18
**kept** [2] - 138:15, 152:22
**key** [2] - 21:15, 152:18
**Khona** [3] - 149:2, 149:5
**Khona's** [1] - 149:8
**kids** [2] - 154:1, 155:25
**kill** [4] - 151:9, 163:6, 163:8, 163:13
**killed** [1] - 67:9
**killing** [1] - 147:15
**kilo** [6] - 158:13, 158:19, 160:23, 161:15, 161:21, 162:18
**kilogram** [22] - 57:23, 58:4, 58:10, 58:15, 112:25, 113:6, 113:14, 113:18, 114:8, 114:13, 114:22, 115:5, 116:3, 116:10, 116:22, 117:10, 117:20, 120:1, 120:9, 120:16, 121:4, 121:11
**kilograms** [1] - 142:12
**kilos** [7] - 148:18, 158:23, 158:25, 159:7, 159:24, 160:15, 164:13
**kind** [10] - 28:8, 39:2, 86:23, 89:13, 91:11, 92:16, 102:5, 119:20, 133:24, 136:22
**kindly** [3] - 53:8, 60:18, 74:7
**kinds** [1] - 88:9
**kitchen** [1] - 156:17
**knowing** [19] - 43:24, 46:19, 79:6, 113:7, 113:14, 113:20, 114:8, 114:15, 115:7, 116:5, 116:12, 116:24, 117:11, 117:22, 119:3, 120:3, 120:11, 121:12, 145:22
**knowingly** [19] - 52:13, 52:15, 113:4, 113:5, 113:18, 114:12, 115:3, 116:2, 116:9, 116:21, 117:9, 117:19, 117:20, 119:1, 119:25,

120:8, 120:21, 121:9, 121:22
**knowledge** [5] - 19:20, 28:22, 52:23, 58:24, 59:13
**known** [13] - 23:25, 59:1, 119:16, 141:21, 146:9, 146:12, 148:19, 149:1, 149:16, 153:20, 154:1, 161:2, 163:15
**knows** [2] - 30:11, 60:22
**Kong** [1] - 61:15

**L**

**L-A-R-R-Y** [1] - 6:24
**Laboratory** [1] - 62:13
**laboratory** [1] - 62:14
**labs** [2] - 150:5, 151:20
**lacerations** [1] - 83:20
**ladies** [69] - 51:18, 60:25, 70:5, 108:24, 109:20, 110:10, 123:16, 124:25, 125:8, 131:5, 132:3, 141:8, 141:15, 141:23, 142:15, 142:17, 142:22, 143:2, 143:5, 143:14, 144:3, 144:20, 145:20, 145:24, 146:6, 146:22, 147:15, 147:19, 148:7, 148:13, 148:23, 149:11, 149:19, 149:23, 150:11, 150:18, 150:24, 151:14, 152:5, 152:14, 153:2, 153:7, 153:12, 156:15, 157:1, 157:5, 157:15, 157:23, 158:6, 158:12, 158:21, 159:6, 159:16, 160:8, 160:19, 161:1, 161:6, 161:12, 161:25, 162:19, 163:1, 163:11, 163:14, 163:24, 164:18, 164:23, 165:8, 165:17, 165:24
**lamb** [1] - 142:3
**Lancaster** [1] - 62:15

**Lance** [1] - 61:16
**Land** [2] - 85:21, 85:24
**language** [3] - 142:19, 155:23, 160:3
**languages** [1] - 59:16
**larceny** [2] - 101:15, 102:15
**large** [3] - 48:21, 142:3, 151:15
**largely** [1] - 156:20
**larger** [1] - 41:16
**LARRY** [2] - 3:8, 7:7
**Larry** [9] - 6:7, 6:23, 7:5, 7:12, 26:15, 28:7, 37:13, 46:21, 47:15
**laryngitis** [1] - 110:14
**last** [14] - 13:10, 13:11, 35:16, 56:6, 58:13, 65:4, 83:5, 83:8, 92:4, 101:16, 102:14, 127:16, 139:7
**last-minute** [1] - 139:7
**lastly** [1] - 145:20
**late** [3] - 134:3, 142:8, 153:17
**launchers** [1] - 149:14
**Law** [1] - 69:4
**law** [52] - 5:5, 5:21, 5:23, 6:1, 31:13, 31:16, 41:23, 47:13, 47:22, 49:20, 52:14, 53:2, 54:5, 57:18, 62:22, 63:1, 63:6, 63:13, 63:23, 64:12, 64:24, 67:24, 68:6, 68:11, 69:22, 70:23, 71:2, 77:5, 77:8, 77:11, 77:21, 81:7, 87:2, 88:7, 91:21, 106:8, 116:2, 116:7, 116:9, 122:15, 124:4, 124:21, 125:11, 126:10, 145:18, 161:3, 161:10, 161:14, 162:1, 166:17
**LAW** [1] - 136:11
**lawlessness** [1] - 84:17
**LAWRY** [1] - 6:23
**laws** [4] - 52:11, 57:21, 66:16, 86:6
**lawsuit** [1] - 83:21
**lawyer** [9] - 64:16, 64:23, 83:23, 88:3, 88:4, 112:8, 126:21, 127:1, 127:2

**lawyers** [4] - 64:20, 124:13, 126:9, 129:12
**lawyers'** [3] - 54:8, 54:20, 130:4
**lead** [2] - 119:9, 119:12
**leader** [2] - 148:4, 148:8
**leadership** [1] - 146:20
**leading** [1] - 146:20
**learn** [4] - 151:3, 153:1, 155:23, 163:17
**learning** [2] - 154:7, 154:8
**least** [5] - 36:1, 46:17, 72:23, 79:7, 160:23
**leave** [3] - 131:2, 136:23, 166:7
**leaving** [1] - 137:1
**ledgers** [3] - 164:9, 164:13, 164:17
**left** [16] - 31:6, 70:11, 74:17, 76:20, 80:1, 85:9, 90:20, 93:15, 105:9, 106:12, 110:3, 131:8, 133:14, 136:17, 157:2, 166:13
**legal** [5] - 64:24, 110:15, 124:23, 125:10, 125:12
**legislative** [1] - 32:7
**Lehnhoff** [1] - 61:16
**length** [1] - 144:21
**less** [2] - 67:23, 68:4
**lesser** [1] - 63:5
**letting** [1] - 46:10
**level** [1] - 38:24
**license** [1] - 45:25
**lieutenants** [1] - 162:16
**life** [6] - 66:25, 78:24, 93:1, 143:19, 143:20, 156:22
**light** [1] - 20:19
**lights** [1] - 83:16
**likely** [1] - 25:25
**Lima** [1] - 61:13
**limit** [1] - 87:7
**limited** [2] - 34:11, 126:1
**Line** [4] - 96:20, 96:22, 97:8, 105:20
**line** [2] - 97:9, 136:13
**list** [17] - 7:2, 12:23, 12:24, 16:24, 17:7, 22:3, 22:16, 22:24,

28:24, 28:25, 29:7, 29:13, 30:5, 37:1, 60:20, 94:19
**listen** [1] - 136:6
**listening** [1] - 111:6
**lists** [6] - 16:19, 28:12, 30:12, 31:10, 35:11
**literally** [2] - 34:1, 142:20
**live** [8] - 25:12, 26:2, 26:3, 27:3, 43:7, 149:21, 155:25, 156:5
**lived** [10] - 18:13, 18:14, 59:20, 59:24, 71:24, 78:6, 80:12, 92:24, 152:9, 164:4
**lives** [3] - 62:15, 143:21, 144:5
**living** [2] - 79:2, 141:9
**local** [3] - 43:25, 63:15, 100:6
**located** [2] - 59:4, 61:4, 76:1
**locked** [2] - 102:18, 111:18
**long-term** [1] - 39:18
**look** [22] - 23:24, 34:16, 34:17, 35:3, 35:14, 36:9, 40:10, 41:13, 42:6, 42:12, 43:1, 44:10, 45:3, 45:6, 45:11, 45:12, 46:2, 46:3, 49:20, 100:6, 111:25, 165:19
**looking** [5] - 34:24, 95:9, 128:2, 129:17, 154:13
**looks** [2] - 100:5, 100:9
**low** [1] - 44:4
**lower** [1] - 5:17
**luck** [1] - 46:23
**lump** [2] - 161:7, 163:17
**lunch** [11] - 56:12, 74:14, 76:15, 79:24, 85:7, 90:16, 93:10, 93:13, 125:22, 129:25, 130:5
**luncheon** [1] - 95:23

**M**

**ma'am** [11] - 77:13, 78:14, 91:5, 91:16, 91:19, 92:12, 92:21, 93:2, 93:12, 100:17, 135:14

machine [1] - 1:25
Machinist's [1] - 82:8
Macri [1] - 61:20
madrassas [2] - 154:2, 154:5
Maftoon [5] - 148:9, 148:12, 148:17, 149:4
Mah [1] - 61:14
mail [9] - 11:17, 16:13, 25:12, 25:17, 25:21, 26:8, 30:22, 41:4, 166:17
mailed [3] - 11:18, 18:10, 27:12
mailman [1] - 41:1
main [1] - 143:11
maintains [1] - 58:21
major [2] - 88:6, 153:6
majority [5] - 23:19, 24:6, 40:21, 144:18, 146:16
makeup [4] - 20:20, 23:7, 34:12, 99:4
mal [3] - 142:19, 148:18, 164:14
malarkey [1] - 140:3
male [1] - 93:21
man [32] - 141:7, 141:16, 141:22, 141:25, 142:21, 142:25, 143:10, 146:12, 148:4, 148:8, 149:1, 152:2, 152:3, 152:16, 153:20, 153:21, 154:14, 154:18, 154:24, 158:7, 158:20, 159:3, 159:8, 160:9, 162:2, 162:9, 163:4, 163:12, 164:4, 165:3, 165:9
man's [6] - 142:11, 147:20, 149:20, 151:13, 164:8, 164:14
managed [1] - 72:8
Management [1] - 88:24
management [1] - 12:14
manager [2] - 75:24, 101:11
manner [5] - 65:23, 83:7, 125:9, 153:11, 154:16
manners [3] - 150:1, 156:2, 157:19
manually [3] - 12:6,

19:22, 27:3
manufactured [1] - 115:4
manufacturing [2] - 114:21, 121:9
marijuana [5] - 101:15, 101:20, 103:21, 103:23, 103:25
Marine [1] - 92:8
MARKED [1] - 3:14
marked [2] - 28:1, 28:3
market [2] - 150:22, 154:19
marketplace [1] - 152:22
Marlon [3] - 51:12, 60:3, 143:6
MARLON [1] - 1:12
married [2] - 152:11, 164:5
marshal [1] - 108:5
Marshals [1] - 63:20
marshals [1] - 44:6
Maryland [1] - 134:25
master [20] - 12:15, 12:19, 12:21, 28:9, 28:11, 28:15, 28:16, 28:18, 28:24, 29:7, 30:16, 30:18, 31:10, 33:25, 37:4, 45:19, 45:20, 46:3, 46:23
Mate [1] - 82:8
material [1] - 46:6
math [2] - 5:9, 5:21
matter [6] - 44:13, 46:25, 66:19, 129:21, 167:7, 167:15
matters [3] - 41:7, 107:15, 130:7
MATTHEW [1] - 1:11
Matthew [3] - 51:11, 60:3, 143:9
Maulawi [14] - 146:12, 146:13, 146:18, 146:25, 147:2, 147:8, 147:10, 147:11, 147:13, 147:23, 148:1, 148:5, 148:9, 149:3
MDA [2] - 92:14, 92:17
mean [25] - 9:6, 20:23, 21:18, 23:15, 31:5, 40:25, 43:9, 43:15, 44:25, 59:10, 59:18, 61:2, 81:18, 84:17, 88:19, 89:20, 97:17, 101:25, 102:24,

105:19, 134:3, 134:13, 135:19, 135:23, 136:22
meaning [1] - 158:9
means [15] - 11:23, 13:13, 13:20, 24:16, 25:15, 45:21, 69:11, 99:22, 100:3, 120:19, 120:22, 121:21, 128:10, 145:2, 155:23
meant [2] - 47:5, 110:17
mechanism [1] - 29:5
media [1] - 59:14
medical [2] - 75:25, 130:14
medication [1] - 56:19
meet [1] - 49:15
meeting [5] - 147:12, 147:13, 156:11, 156:13, 162:4
meetings [1] - 162:7
member [21] - 33:10, 59:17, 59:23, 63:9, 63:25, 64:5, 64:10, 64:14, 65:2, 65:9, 65:14, 65:18, 65:21, 65:25, 67:8, 67:18, 92:5, 118:12, 118:19, 119:17, 156:8
members [6] - 32:4, 32:5, 33:6, 33:10, 80:11, 127:22
memorialize [2] - 153:9, 164:13
memorize [1] - 114:1
memory [4] - 111:11, 111:13, 111:15, 126:7
men [9] - 41:15, 93:20, 144:7, 144:9, 147:11, 147:16, 150:2, 152:1, 157:17
mention [4] - 105:25, 106:9, 135:1, 146:14
mentioned [2] - 112:8, 163:24
merchandise [3] - 101:14, 101:17, 102:11
mere [2] - 106:5, 118:23
merely [4] - 63:5, 117:16, 118:25, 119:3
merged [1] - 28:14
meritorious [1] - 36:9
met [2] - 47:8, 61:4

method [1] - 9:22
Metropolitan [1] - 91:23
Miami [1] - 61:17
Michelle [2] - 51:13, 60:13
mICHELLE [1] - 1:16
Michigan [1] - 88:20
microphone [1] - 81:20
Middle [6] - 67:11, 71:12, 73:14, 73:18, 79:7, 84:16
might [12] - 27:11, 30:1, 30:2, 46:17, 62:20, 84:12, 97:20, 106:17, 112:7, 127:6, 133:25, 159:25
miles [1] - 143:17
military [10] - 14:7, 15:1, 37:21, 48:4, 59:21, 59:25, 77:10, 78:25, 79:1, 149:13
military-grade [1] - 149:13
million [1] - 164:17
mind [7] - 6:21, 105:5, 126:20, 133:6, 133:20, 135:14, 136:15
mine [2] - 126:16, 131:20
minimum [1] - 40:13
minor [2] - 87:20, 118:13
minus [3] - 18:3, 37:20
minute [6] - 35:16, 99:1, 99:12, 130:24, 136:16, 139:7
minutes [4] - 95:15, 129:23, 131:13, 140:18
mirror [1] - 45:1
MIRWAIS [1] - 2:7
misdemeanor [2] - 101:7, 102:12
misled [1] - 98:19
Miss [20] - 4:5, 6:23, 7:5, 7:12, 26:15, 27:2, 28:7, 37:13, 46:21, 47:15, 60:15, 93:16, 123:4, 125:25, 128:23, 130:10, 130:21, 134:9, 135:8, 138:20
Missile [1] - 92:17
missing [3] - 97:2, 97:6

Missouri [1] - 45:4
mistake [1] - 103:25
mistaken [1] - 105:23
mistakenly [2] - 120:23, 121:23
mixed [1] - 151:4
mixture [17] - 57:23, 58:4, 58:10, 58:16, 113:6, 113:19, 114:13, 115:5, 116:3, 116:11, 116:22, 117:10, 117:21, 120:2, 120:9, 120:17, 121:11
MM [1] - 82:8
moment [11] - 6:10, 59:12, 61:4, 75:22, 105:13, 132:8, 133:7, 135:10, 139:10, 140:23, 163:6
Monday [3] - 56:7, 130:19, 130:20
money [9] - 69:10, 141:20, 145:7, 147:24, 152:19, 152:23, 152:24, 154:22, 155:8
monitor [2] - 52:8, 90:6
monitors [1] - 132:9
months [2] - 45:12, 47:3
months-long [1] - 47:3
Moore [8] - 51:13, 60:13, 60:14, 72:15, 78:13, 84:10, 93:3, 123:4
MOORE [36] - 1:15, 70:3, 72:16, 72:20, 72:25, 73:5, 73:8, 73:13, 73:19, 74:3, 76:13, 78:14, 78:17, 78:21, 79:5, 79:10, 79:16, 79:19, 84:11, 84:24, 85:2, 89:18, 90:3, 90:7, 90:10, 90:13, 92:15, 93:4, 95:4, 95:11, 96:4, 96:12, 103:14, 108:4, 136:5, 138:18
moral [2] - 56:20, 57:3
morning [29] - 6:16, 6:18, 6:19, 7:12, 7:13, 26:15, 26:16, 47:18, 51:5, 51:18, 51:20, 56:12, 60:23, 60:24, 74:24, 77:1,

77:2, 80:7, 80:8, 85:13, 85:14, 85:15, 96:25, 97:14, 125:23, 130:2, 166:1, 166:9, 166:20
**most** [8] - 23:25, 24:3, 152:15, 153:3, 153:19, 164:8, 164:21
**mostly** [3] - 73:23, 79:15, 79:16
**Mothers** [1] - 65:6
**motion** [2] - 47:12, 105:11
**motivate** [1] - 151:7
**motivated** [1] - 69:18
**motivating** [1] - 139:3
**motor** [1] - 45:22
**Motor** [3] - 12:25, 28:13, 28:22
**mountains** [1] - 153:22
**mouth** [1] - 106:13
**move** [3] - 39:14, 51:1, 105:18
**moved** [2] - 11:20, 48:25
**moves** [1] - 25:19
**moving** [2] - 4:5, 49:15
**MPD** [1] - 84:3
**MR** [98] - 3:5, 3:10, 6:17, 6:19, 26:14, 27:20, 28:6, 29:16, 29:24, 30:7, 30:10, 35:22, 37:9, 44:10, 60:23, 60:25, 61:10, 70:3, 72:16, 72:20, 72:25, 73:5, 73:8, 73:13, 73:19, 74:3, 74:5, 76:12, 76:13, 78:14, 78:17, 78:21, 79:5, 79:10, 79:16, 79:19, 79:20, 84:11, 84:24, 85:2, 85:4, 89:2, 89:15, 89:17, 89:18, 90:3, 90:7, 90:10, 90:13, 92:15, 93:4, 93:6, 94:12, 95:4, 95:11, 95:16, 95:18, 95:21, 96:4, 96:5, 96:6, 96:9, 96:12, 97:4, 99:10, 99:13, 99:17, 100:10, 103:14, 103:18, 103:20, 104:2, 104:6, 104:10, 104:14, 104:19, 104:23, 105:2, 105:12,

105:21, 106:5, 108:4, 108:21, 109:19, 132:6, 132:8, 132:15, 132:20, 132:25, 136:5, 137:17, 137:25, 138:18, 139:14, 139:21, 139:25, 140:17, 141:4
**MS** [65] - 3:9, 5:9, 5:20, 6:11, 7:11, 8:19, 10:12, 11:3, 11:12, 12:1, 13:6, 14:19, 14:24, 15:4, 15:13, 16:6, 17:19, 18:25, 19:3, 19:11, 19:23, 20:14, 22:21, 23:23, 24:10, 24:20, 25:23, 26:7, 26:11, 27:24, 37:11, 38:10, 38:22, 39:3, 40:2, 40:13, 41:6, 41:22, 42:3, 42:10, 42:19, 43:1, 43:11, 43:23, 93:17, 94:24, 97:25, 98:10, 98:21, 99:3, 99:21, 100:3, 105:17, 106:22, 107:11, 107:20, 109:18, 131:11, 131:21, 135:9, 136:25, 137:10, 138:7, 138:14, 139:13
**mugged** [1] - 87:19
**mugging** [1] - 82:18
**multiple** [1] - 83:20
**multirace** [1] - 16:10
**murder** [2] - 75:10, 91:13
**Muslim** [1] - 68:25
**Muslims** [1] - 67:12
**must** [34] - 5:18, 44:17, 44:20, 45:1, 49:15, 54:22, 55:17, 55:18, 55:19, 55:22, 79:22, 85:6, 101:13, 115:16, 116:14, 117:5, 118:5, 118:6, 119:6, 119:10, 119:23, 120:13, 121:17, 122:23, 125:5, 125:6, 126:3, 126:7, 128:21, 155:12, 163:4, 166:3

## N

**NAIM** [1] - 2:6

**name** [7] - 62:10, 76:4, 112:5, 143:6, 152:2, 152:17, 159:8
**named** [5] - 61:25, 62:2, 62:9, 148:9, 158:7
**names** [4] - 34:3, 44:19, 60:10, 62:20
**Nangarhar** [10] - 59:6, 59:10, 62:1, 62:2, 143:18, 146:14, 147:5, 150:21, 153:23, 155:14
**narco** [3] - 144:25, 145:2, 165:12
**narco-terrorism** [1] - 144:25, 145:2, 165:12
**narcotics** [12] - 52:11, 52:13, 52:14, 52:17, 57:18, 57:21, 66:12, 66:16, 87:2, 116:2, 116:9, 143:4
**nasty** [1] - 125:13
**nasty-sounding** [1] - 125:13
**nation** [1] - 44:1
**national** [3] - 62:4, 62:5, 62:6
**National** [4] - 65:3, 81:24, 88:15, 92:6
**nationality** [1] - 55:14
**nationals** [1] - 62:7
**nationwide** [2] - 43:16, 43:24
**natural** [1] - 77:16
**nature** [4] - 13:16, 53:17, 66:20, 118:14
**Navy** [2] - 81:25, 82:7
**NCIS** [1] - 69:4
**near** [1] - 59:7
**necessarily** [6] - 23:14, 31:15, 39:18, 49:8, 117:18, 127:16
**necessary** [1] - 118:8
**need** [17] - 27:1, 34:2, 36:25, 42:4, 51:23, 54:2, 61:7, 86:20, 96:16, 97:20, 100:23, 127:15, 133:5, 145:19, 147:13, 149:14, 166:16
**needed** [3] - 35:20, 155:6, 158:18
**needs** [1] - 130:13
**negatively** [1] - 91:18
**neighborhood** [2] - 40:17, 65:6
**nephew** [1] - 91:22

**neutral** [4] - 45:21, 46:7, 48:15, 112:15
**never** [1] - 13:20, 54:1, 55:8, 71:23, 72:4, 72:8, 72:19, 73:17, 75:2, 102:8, 102:18, 122:14, 123:21
**new** [2] - 158:3, 158:5
**New** [6] - 1:13, 85:21, 85:24, 142:16, 158:1, 158:11
**News** [2] - 80:15, 84:25
**news** [3] - 80:17, 129:1, 166:5
**newspaper** [2] - 59:11, 59:14
**newspapers** [1] - 129:10
**next** [12] - 22:23, 32:22, 34:3, 76:21, 134:16, 135:18, 138:15, 152:9, 156:13, 156:15, 164:4, 166:1
**nice** [3] - 74:14, 79:23, 93:9
**Nick** [1] - 61:20
**nine** [1] - 5:7
**nitty** [1] - 31:12
**nitty-gritty** [1] - 31:12
**NO** [1] - 3:14
**no-show** [3] - 21:8, 44:4, 96:20
**noise** [1] - 125:13
**noncitizen** [1] - 10:11
**noncitizens** [1] - 11:10
**noncross** [2] - 41:8, 41:10
**nondeliverable** [3] - 25:17, 27:4, 39:1
**none** [1] - 9:18
**nonprofit** [4] - 86:5, 86:8, 88:11, 89:11
**nonprofits** [2] - 89:5, 89:9, 89:13
**nonresident** [1] - 10:11
**nonresidents** [1] - 11:9
**nonresponse** [1] - 27:4
**Norfolk** [1] - 82:2
**normal** [1] - 34:23
**normally** [1] - 34:23
**Northeast** [1] - 26:4
**northeastern** [5] - 141:11, 142:6,

148:5, 148:11, 153:22
**northern** [1] - 146:15
**Northwest** [3] - 12:5, 22:17, 26:3
**northwest** [1] - 40:22
**nosey** [1] - 103:15
**notable** [3] - 157:15, 158:23, 159:1
**note** [1] - 93:19
**notebooks** [5] - 111:8, 111:17, 111:19, 111:24, 166:7
**noted** [1] - 107:24
**notes** [16] - 111:2, 111:3, 111:5, 111:11, 111:14, 111:16, 112:1, 126:7, 153:5, 153:7, 153:8, 153:11, 164:22, 167:15
**nothing** [8] - 26:11, 27:14, 49:10, 75:18, 90:14, 102:7, 145:16, 150:22
**noticed** [2] - 110:24, 110:25
**notices** [2] - 17:23, 43:14
**nowhere** [1] - 128:19
**nuance** [1] - 38:6
**Number** [16] - 27:25, 28:2, 54:6, 56:23, 65:4, 70:20, 76:21, 80:2, 80:11, 94:22, 95:1, 95:2, 109:5, 109:6, 109:11, 133:13
**number** [30] - 31:6, 34:19, 36:5, 41:16, 49:1, 49:2, 51:23, 53:8, 53:11, 53:13, 54:7, 56:3, 56:24, 57:9, 60:2, 60:16, 60:18, 63:9, 66:24, 70:14, 99:8, 108:25, 109:12, 153:18, 160:1, 161:9, 162:5, 163:19, 163:25, 164:7
**Numbers** [1] - 167:12
**numbers** [3] - 13:2, 94:2, 127:17
**NW** [3] - 1:13, 1:17, 1:22

## O

**Oakland** [2] - 88:17, 88:18

**object** [3] - 25:14, 118:17, 127:3
**objection** [5] - 6:9, 27:23, 107:22, 127:5, 137:7
**objections** [2] - 126:8, 127:1
**objective** [2] - 116:20, 116:21
**objectives** [2] - 116:18, 117:1
**obligation** [1] - 55:9
**obtain** [1] - 35:15
**obviously** [10] - 31:1, 66:15, 78:22, 80:21, 80:22, 83:24, 106:11, 106:15, 134:14, 138:8
**occasion** [11] - 35:11, 125:12, 147:1, 147:2, 147:7, 148:15, 148:16, 150:18, 150:19, 158:14, 161:8
**occasions** [1] - 106:19
**occupation** [1] - 75:20
**occur** [1] - 134:2
**occurred** [2] - 67:3, 121:7
**OF** [3] - 1:1, 1:2, 1:8
**offense** [8] - 115:16, 115:23, 116:17, 121:4, 122:18, 122:20, 122:23, 122:24
**offenses** [2] - 115:23, 146:5
**offered** [1] - 155:3
**office** [53] - 6:7, 8:23, 12:8, 13:8, 25:8, 25:19, 26:20, 32:10, 32:11, 32:19, 33:20, 34:24, 36:8, 37:6, 38:12, 39:23, 40:3, 41:2, 42:6, 42:12, 43:10, 46:9, 61:6, 61:12, 61:14, 61:15, 61:17, 61:19, 61:21, 61:23, 63:17, 64:12, 64:13, 74:8, 74:15, 76:16, 79:23, 81:12, 85:7, 85:8, 90:16, 90:18, 93:8, 93:10, 94:1, 96:25, 99:7, 109:24, 110:1, 152:21, 154:21
**Office** [4] - 63:17, 63:18, 66:3, 88:23
**office's** [2] - 43:9,

43:12
**officer** [12] - 62:4, 63:6, 63:16, 63:19, 77:14, 78:9, 81:9, 83:10, 83:15, 162:17, 162:22, 165:4
**officer's** [1] - 63:1
**officers** [7] - 14:8, 32:7, 62:23, 63:23, 84:3, 151:23, 151:24
**OFFICIAL** [1] - 1:8
**official** [2] - 14:9, 167:13
**Official** [1] - 167:21
**officials** [3] - 14:7, 37:20, 48:4
**often** [1] - 127:15
**oil** [1] - 149:8
**okeydoke** [1] - 140:14
**old** [5] - 52:2, 100:8, 101:1, 103:9, 107:16, 140:3
**older** [1] - 92:7
**OMB** [6] - 88:22, 89:19, 89:21, 90:4, 90:7
**on-duty** [1] - 83:10
**once** [5] - 17:2, 30:18, 35:13, 94:15, 162:8
**one** [118] - 4:6, 5:23, 13:10, 18:23, 19:16, 22:10, 22:11, 27:1, 30:12, 32:11, 36:19, 45:13, 45:17, 45:18, 47:15, 47:16, 52:10, 52:15, 56:16, 57:22, 58:3, 58:9, 58:15, 61:25, 62:9, 75:12, 80:11, 84:22, 85:23, 86:20, 88:21, 92:1, 93:20, 93:21, 94:6, 94:11, 96:7, 96:17, 97:12, 97:14, 98:23, 99:8, 100:5, 100:9, 100:13, 101:12, 101:16, 102:7, 102:10, 102:14, 105:12, 105:17, 107:22, 111:25, 112:25, 113:5, 113:14, 113:18, 114:8, 114:13, 114:22, 115:5, 116:3, 116:10, 116:22, 117:6, 117:9, 117:20, 120:1, 120:9, 120:15, 120:16, 121:4, 121:11,

124:7, 125:23, 129:23, 132:8, 132:21, 133:5, 134:1, 135:10, 136:11, 142:8, 146:11, 146:22, 147:1, 147:5, 148:2, 148:15, 150:18, 150:19, 152:2, 152:11, 153:15, 154:4, 154:24, 155:10, 155:23, 158:14, 158:19, 158:23, 158:24, 159:19, 160:23, 161:7, 161:8, 162:15, 163:1, 163:2, 163:17, 164:1
**one's** [2] - 62:9, 99:2
**one-step** [1] - 36:19
**ones** [3] - 15:7, 19:17, 131:19
**ongoing** [3] - 146:23, 148:3, 148:14
**open** [2] - 6:10, 147:9
**opening** [12] - 4:10, 4:15, 4:16, 4:21, 95:14, 123:6, 123:7, 123:9, 123:12, 124:1, 131:4, 166:1
**OPENING** [1] - 3:4
**openings** [2] - 110:12, 123:13
**Operation** [1] - 78:15
**operation** [1] - 34:23
**operations** [1] - 150:4
**opinion** [4] - 67:4, 84:19, 126:11, 126:14
**opinions** [4] - 55:20, 55:25, 84:21, 84:22
**opium** [8] - 150:22, 150:23, 150:25, 151:2, 151:3, 151:8, 151:10
**opportunity** [7] - 39:4, 108:17, 123:6, 124:11, 124:15, 131:14, 165:9
**opposed** [1] - 41:23
**optic** [1] - 81:20
**option** [1] - 10:7
**options** [1] - 6:10
**or..** [1] - 101:5
**orally** [1] - 128:12
**orange** [1] - 65:7
**order** [7] - 21:11, 42:11, 94:1, 94:8, 115:16, 129:21, 151:7

**Order** [1] - 69:5
**ordered** [3] - 142:2, 158:7, 158:9
**orderly** [1] - 125:9
**ordinary** [1] - 45:24
**organization** [17] - 52:18, 58:18, 68:15, 86:18, 90:3, 90:8, 114:24, 115:8, 121:14, 122:1, 122:4, 141:21, 145:5, 146:9, 151:16, 153:4, 157:10
**organizations** [3] - 68:19, 88:14, 89:4
**organize** [1] - 96:16
**organized** [1] - 143:10
**organizing** [1] - 88:12
**otherwise** [2] - 97:23, 127:25
**ought** [3] - 41:13, 108:1, 111:1
**outrage** [1] - 163:6
**outright** [2] - 47:12, 138:2
**outside** [8] - 4:3, 107:5, 121:2, 129:5, 129:15, 140:19, 150:7, 156:22
**overnight** [2] - 111:19, 111:21
**oversight** [1] - 136:20
**overview** [2] - 114:6, 149:19
**own** [17] - 4:10, 55:22, 55:25, 111:13, 111:15, 142:2, 144:17, 150:13, 150:17, 151:9, 151:13, 152:16, 156:25, 159:3, 160:10, 162:9, 163:7
**oy** [1] - 137:18

**P**

**p.m** [10] - 95:23, 96:1, 108:10, 108:11, 131:8, 131:9, 132:1, 140:21, 166:13, 166:21
**pace** [1] - 143:20
**pack** [1] - 157:19
**package** [1] - 111:1
**pad** [1] - 111:1
**PAGE** [1] - 3:2
**Page** [5] - 31:24, 44:13, 44:15, 50:13, 167:12

**pages** [1] - 111:24
**paid** [4] - 69:7, 69:22, 161:5, 163:16
**Pakistan** [17] - 59:8, 59:22, 73:15, 78:23, 79:3, 84:13, 84:17, 115:2, 147:3, 147:4, 152:22, 152:25, 153:1, 154:5, 154:6, 154:12, 155:8
**Pakistan/ Afghanistan** [1] - 147:5
**panel** [11] - 16:25, 17:2, 17:16, 21:15, 24:10, 30:24, 47:9, 51:14, 94:14, 98:24, 110:5
**panels** [1] - 44:19
**paper** [5] - 99:23, 100:4, 103:2, 103:3, 111:1
**papered** [2] - 102:8, 103:1, 106:3
**paperwork** [2] - 99:6, 99:11
**Paragraph** [3] - 31:24, 31:25, 32:22
**paragraph** [1] - 32:22
**paralegal** [1] - 64:25
**Paralegal** [2] - 2:4, 60:6
**parameters** [1] - 25:10
**pardon** [1] - 137:18
**parents** [4] - 59:18, 63:11, 103:7, 153:25
**parole** [1] - 63:22
**part** [13] - 13:1, 13:3, 15:3, 15:8, 15:11, 92:19, 118:13, 118:18, 118:22, 119:5, 119:7, 136:20, 141:16
**participant** [1] - 112:15
**participants** [4] - 53:4, 118:25, 119:3, 119:15
**participated** [3] - 65:5, 68:1, 87:1
**participating** [3] - 67:22, 68:3, 118:11
**particular** [18] - 8:7, 22:18, 26:18, 40:4, 40:17, 47:5, 49:21, 57:16, 80:20, 84:15, 85:19, 86:3, 144:1, 146:23, 147:1, 153:10, 155:10, 158:14

**particularly** [5] - 31:23, 106:13, 154:2, 155:6, 159:1
**parties** [3] - 47:1, 47:14, 97:12
**partnership** [1] - 119:21
**parts** [1] - 49:25
**party** [1] - 49:16
**Pashto** [7] - 2:6, 2:7, 59:16, 112:13, 142:19, 155:22, 160:2
**pass** [3] - 94:6, 94:7, 125:16
**past** [4] - 106:18, 129:10, 165:5, 165:11
**pathetic** [1] - 136:13
**patience** [1] - 165:25
**pattern** [1] - 50:16
**pay** [4] - 45:25, 126:3, 127:18, 140:25
**paying** [1] - 147:24
**payment** [1] - 156:14
**pecuniary** [10] - 52:18, 58:17, 87:3, 114:23, 115:7, 121:14, 121:25, 145:4, 145:7
**peddling** [1] - 83:9
**pediatric** [1] - 75:25
**penalties** [1] - 128:17
**pencil** [2] - 53:6, 111:2
**pending** [1] - 64:11
**Pennsylvania** [1] - 62:15
**people** [112] - 5:1, 5:2, 8:22, 8:25, 9:19, 10:1, 10:13, 10:17, 10:18, 10:22, 10:25, 11:10, 11:19, 14:5, 14:7, 14:13, 15:5, 15:8, 16:4, 17:14, 18:2, 18:6, 18:13, 18:14, 19:1, 19:5, 19:9, 19:14, 23:2, 23:3, 23:16, 24:3, 24:22, 25:4, 25:11, 25:12, 25:17, 25:20, 26:2, 26:3, 27:3, 27:10, 29:4, 30:1, 30:20, 31:2, 31:22, 32:2, 32:13, 32:16, 32:17, 32:23, 33:13, 34:15, 35:17, 36:21, 36:22, 37:4, 37:19, 37:21, 38:18, 38:25, 39:1, 39:13, 39:23, 41:24, 43:6, 43:12, 43:14, 43:17, 43:20,

44:6, 47:21, 47:25, 48:3, 48:7, 48:15, 48:17, 48:18, 48:20, 55:13, 56:18, 60:22, 66:15, 74:19, 89:24, 96:24, 97:3, 97:14, 98:24, 107:14, 111:4, 117:8, 117:17, 118:10, 118:22, 135:6, 135:23, 135:25, 137:13, 143:24, 144:8, 144:9, 145:17, 151:17, 151:20, 151:21, 151:25, 152:1
**per** [1] - 94:6
**percent** [32] - 4:24, 5:12, 5:13, 5:14, 5:15, 16:8, 16:9, 16:10, 16:11, 16:12, 16:21, 17:8, 17:9, 17:10, 17:11, 23:25, 24:15, 34:15, 35:3, 36:1, 37:24, 38:1, 46:15, 46:18, 47:18, 47:19, 47:20
**percentage** [2] - 6:3, 43:17
**percentages** [1] - 6:3
**peremptories** [1] - 94:18
**perfect** [1] - 97:22
**perhaps** [12] - 28:21, 34:10, 84:14, 107:25, 132:21, 138:2, 150:11, 152:15, 153:2, 153:18, 164:7, 164:20
**period** [1] - 148:14
**permissible** [1] - 129:9
**permission** [2] - 39:22, 156:24
**permit** [3] - 4:13, 4:20, 112:17
**permitted** [3] - 69:12, 111:8, 111:21
**perplexed** [1] - 135:2
**person** [28] - 11:24, 40:7, 41:11, 48:24, 52:8, 58:18, 66:3, 69:17, 83:12, 96:21, 97:18, 103:25, 104:5, 104:21, 107:1, 114:23, 115:18, 115:15, 118:12, 118:13, 118:14, 121:14,

122:1, 122:4, 145:5, 152:15, 161:2, 162:6
**person's** [1] - 66:11
**personal** [16] - 59:19, 59:24, 60:11, 63:12, 64:1, 64:6, 64:11, 64:15, 65:10, 65:14, 65:19, 65:22, 66:1, 67:19, 109:1
**personally** [2] - 27:6, 55:22
**personnel** [1] - 33:5
**persons** [5] - 17:16, 30:11, 32:25, 33:1, 69:12
**perspective** [1] - 12:22
**persuaded** [2] - 54:9, 54:13
**Peru** [1] - 61:13
**PETERSON** [66] - 1:16, 3:9, 5:9, 5:20, 6:11, 7:11, 8:19, 10:12, 11:3, 11:12, 12:1, 13:6, 14:19, 14:24, 15:4, 15:13, 16:6, 17:19, 18:25, 19:3, 19:11, 19:23, 20:14, 22:21, 23:23, 24:10, 24:20, 25:23, 26:7, 26:11, 27:24, 37:11, 38:10, 38:22, 39:3, 40:2, 40:13, 41:6, 41:22, 42:3, 42:10, 42:19, 43:1, 43:11, 43:23, 93:17, 94:24, 97:25, 98:10, 98:21, 99:3, 99:21, 100:3, 105:17, 106:22, 107:11, 107:20, 109:18, 131:11, 131:21, 135:9, 136:25, 137:10, 138:7, 138:14, 139:13
**Peterson** [10] - 4:5, 27:2, 51:13, 60:13, 60:15, 93:16, 123:4, 134:9, 135:8, 138:20
**petit** [3] - 33:2, 44:17, 57:14
**petty** [2] - 101:15, 102:15
**philosophical** [1] - 57:4
**phone** [5] - 74:12, 74:19, 127:25, 128:12, 160:13
**phones** [1] - 128:1
**pick** [3] - 10:18, 25:21,

52:3
**picked** [2] - 72:8, 137:21
**picking** [2] - 51:24, 108:15
**place** [11] - 14:6, 21:10, 59:6, 143:15, 143:18, 146:17, 150:20, 160:6, 162:11, 163:23, 163:25
**placed** [2] - 21:13, 94:15
**places** [1] - 150:8
**plaintiff** [1] - 49:13
**plan** [8] - 3:15, 26:22, 27:22, 31:16, 31:24, 32:1, 117:15, 118:15
**play** [1] - 118:13
**plowed** [2] - 83:9, 83:13
**plus** [2] - 20:11, 124:22
**plus..** [1] - 96:25
**point** [23] - 12:9, 12:10, 13:25, 34:9, 36:7, 38:21, 39:4, 41:5, 42:20, 42:21, 45:3, 48:14, 50:18, 70:6, 134:11, 137:4, 137:11, 138:4, 139:1, 142:9, 155:21, 160:11, 163:1
**points** [3] - 38:22, 55:20, 146:15
**Police** [2] - 63:16, 91:23
**police** [38] - 14:8, 32:5, 37:21, 48:4, 62:4, 62:5, 62:6, 63:15, 63:16, 65:23, 66:2, 69:3, 77:14, 79:11, 82:23, 83:6, 83:10, 83:14, 87:25, 129:14, 151:23, 151:24, 153:14, 153:17, 157:4, 157:6, 159:2, 159:8, 161:4, 162:1, 162:17, 162:19, 162:22, 163:2, 163:5, 164:2, 164:6, 165:3
**policy** [2] - 26:19, 90:5
**political** [1] - 57:4
**pool** [29] - 4:23, 6:13, 7:15, 7:16, 7:18, 7:21, 7:22, 7:23, 7:24, 7:25, 9:24,

52:3
12:15, 12:19, 12:21, 13:22, 16:1, 16:5, 20:21, 21:1, 22:4, 23:4, 42:15, 46:15, 46:18, 48:2, 93:18, 97:19, 99:4
**pools** [2] - 22:13, 44:19
**poppies** [1] - 151:9
**poppy** [1] - 150:25
**population** [8] - 4:24, 5:12, 5:17, 35:4, 37:18, 39:17, 40:5, 47:24
**populations** [1] - 39:15
**portion** [2] - 48:21, 141:20
**position** [4] - 98:22, 99:3, 126:5, 134:17
**possessed** [2] - 58:15, 115:4
**possessing** [3] - 52:16, 114:21, 121:10
**possession** [2] - 66:8, 66:11
**possible** [2] - 46:16, 52:6
**possibly** [2] - 26:6, 106:3
**post** [1] - 146:20
**postponed** [1] - 13:14
**potential** [5] - 30:13, 34:25, 35:4, 37:7, 51:6
**potentially** [1] - 34:1
**practice** [1] - 75:25
**prayer** [1] - 142:9
**prayers** [1] - 156:1
**precedent** [1] - 50:19
**precisely** [1] - 140:17
**predict** [1] - 56:6
**preexisting** [1] - 159:13
**preface** [1] - 67:25
**preliminary** [1] - 110:20
**preparation** [1] - 158:8
**prepared** [3] - 136:4, 139:4, 139:11
**prescreening** [3] - 8:1, 8:5, 8:6
**presence** [4] - 4:4, 112:11, 118:23, 127:11
**Present** [1] - 2:4
**present** [8] - 75:21, 113:3, 115:2, 117:7,

119:25, 124:3,
129:12, 156:12
**presented** [3] - 53:1,
66:8, 115:21
**President** [2] - 14:10,
14:12
**presumed** [3] - 53:21,
55:2, 122:8
**presumption** [3] -
53:21, 55:3, 122:9
**pretrial** [1] - 99:22
**pretty** [2] - 100:8,
130:6
**prevention** [1] - 65:5
**previous** [1] - 139:25
**previously** [2] - 28:3,
124:22
**prewarning** [1] - 47:16
**priced** [1] - 73:25
**prima** [1] - 47:8
**primarily** [2] - 59:6,
79:16
**principle** [1] - 68:11
**principles** [4] - 54:5,
122:7, 124:23,
124:24
**printed** [4] - 15:23,
16:1, 16:24, 17:2
**prison** [2] - 102:1,
103:23
**prisoner** [1] - 102:5
**Prisons** [1] - 63:20
**private** [1] - 57:10
**privately** [1] - 112:11
**privilege** [1] - 89:12
**pro** [1] - 4:20
**probation** [1] - 63:22
**probe** [1] - 106:25
**problem** [10] - 43:9,
43:19, 43:21, 43:24,
43:25, 45:18, 49:3,
56:19, 129:5, 132:12
**problems** [6] - 56:24,
56:25, 128:1,
136:14, 144:16
**procedure** [1] - 41:9
**procedures** [1] -
112:21
**proceed** [3] - 6:8,
51:24, 107:21
**proceeding** [1] - 17:5
**proceedings** [6] -
1:25, 4:2, 130:12,
166:21, 167:7,
167:14
**process** [19] - 16:2,
21:4, 21:12, 21:14,
38:13, 40:8, 48:12,
48:13, 48:14, 49:25,
52:21, 53:3, 70:10,

89:25, 90:2, 108:14,
128:7, 128:9, 151:3
**processed** [1] - 106:6
**produce** [2] - 54:3,
122:16
**produced** [2] - 1:25,
45:10
**product** [2] - 148:20,
152:4
**Professional** [3] -
1:21, 88:16, 167:4
**professional** [1] -
60:10
**professionally** [1] -
60:15
**profits** [1] - 141:17
**program** [1] - 30:19
**programmed** [1] -
46:12
**programming** [1] -
84:14
**prohibited** [1] -
156:20
**prohibits** [1] - 145:18
**projecting** [1] - 132:9
**projects** [1] - 88:12
**promptly** [2] - 95:6,
125:21
**proof** [1] - 122:14
**propelled** [1] - 149:14
**properly** [2] - 98:9,
98:11
**proportion** [1] - 41:19
**prosecutor** [2] -
143:6, 143:9
**prosecutor's** [2] -
63:17, 64:12
**prosecutors** [1] -
64:20
**prospective** [8] - 4:4,
8:1, 21:8, 51:3,
51:14, 51:16, 70:11,
108:11
**Prospective** [13] -
70:12, 74:17, 74:22,
76:20, 76:24, 80:1,
80:3, 85:9, 85:11,
90:20, 93:15,
100:15, 105:9
**PROSPECTIVE** [153] -
70:16, 70:18, 70:21,
70:24, 71:2, 71:6,
71:9, 71:13, 71:16,
71:19, 71:23, 72:1,
72:4, 72:7, 72:13,
72:18, 72:23, 73:3,
73:6, 73:11, 73:17,
73:22, 74:16, 74:25,
75:3, 75:5, 75:9,
75:13, 75:17, 75:21,

75:24, 76:2, 76:5,
76:8, 76:17, 77:2,
77:6, 77:9, 77:13,
77:16, 77:19, 77:22,
78:1, 78:5, 78:7,
78:10, 78:16, 78:19,
79:4, 79:8, 79:14,
79:18, 79:25, 80:8,
80:14, 80:19, 80:22,
81:4, 81:8, 81:11,
81:14, 81:17, 81:19,
81:25, 82:2, 82:4,
82:8, 82:14, 82:17,
82:20, 82:22, 82:25,
83:4, 83:8, 83:14,
83:19, 83:23, 84:1,
84:6, 84:9, 84:19,
84:25, 85:14, 85:21,
85:24, 86:2, 86:5,
86:9, 86:13, 86:20,
87:8, 87:15, 87:19,
87:24, 88:2, 88:5,
88:10, 88:15, 88:20,
88:23, 89:7, 89:16,
89:23, 90:5, 90:9,
90:12, 90:19, 90:24,
91:2, 91:5, 91:9,
91:12, 91:16, 91:19,
91:22, 91:25, 92:3,
92:7, 92:10, 92:12,
92:14, 92:17, 92:21,
92:23, 93:1, 93:12,
93:14, 100:20,
100:22, 101:2,
101:4, 101:6, 101:9,
101:13, 101:21,
101:23, 101:25,
102:6, 102:9,
102:12, 102:17,
102:23, 103:2,
103:11, 103:16,
103:19, 103:22,
104:4, 104:7,
104:12, 104:17,
104:21, 105:8
**protect** [1] - 151:24
**protection** [2] - 67:23,
68:5
**prove** [16] - 54:2, 55:7,
116:14, 116:15,
117:1, 117:5,
119:10, 119:23,
120:13, 121:17,
121:18, 122:12,
122:15, 122:22,
124:5, 165:9
**proved** [2] - 66:18,
119:8
**proven** [4] - 53:23,
55:4, 122:11, 122:17

**proves** [2] - 117:25,
118:20
**provide** [9] - 7:17, 9:7,
35:11, 50:3, 115:7,
121:13, 121:25,
141:20, 149:24
**provided** [13] - 58:17,
112:15, 123:19,
145:3, 145:10,
146:23, 148:1,
148:13, 148:17,
149:3, 149:4, 149:6,
149:10
**providing** [4] - 52:17,
87:3, 114:23, 142:24
**province** [12] - 59:7,
59:10, 62:1, 62:3,
143:17, 146:14,
146:15, 147:6,
150:21, 153:23,
155:15, 157:18
**proving** [1] - 53:24
**public** [6] - 32:7,
32:10, 33:7, 37:20
**Public** [3] - 1:16,
60:12, 64:13
**published** [2] - 73:4,
73:7
**pull** [3] - 15:25, 34:20,
42:12
**purely** [1] - 20:22
**purer** [1] - 158:10
**purest** [1] - 152:4
**purist** [2] - 142:17,
164:15
**purpose** [3] - 120:23,
121:23, 152:23
**purposes** [1] - 144:22
**purse** [1] - 135:3
**pushing** [2] - 34:2,
46:9
**put** [8] - 6:5, 6:12,
21:10, 27:8, 36:23,
55:9, 55:11, 55:12,
63:24, 78:24, 94:22,
97:23, 98:16, 103:3,
123:18, 124:6,
124:7, 124:11,
125:13, 126:20,
134:16, 135:24,
136:21, 139:11,
140:3, 142:15,
149:14, 163:20
**puts** [1] - 124:3
**putting** [3] - 141:12,
143:25, 162:10
**puzzled** [1] - 95:10

## Q

**Qais** [1] - 62:10
**Qari** [32] - 62:2,
153:20, 153:21,
154:7, 154:24,
155:3, 155:9,
155:12, 155:21,
155:22, 155:23,
155:24, 156:4,
156:5, 156:7, 156:8,
156:12, 156:13,
156:15, 156:22,
157:2, 157:16,
160:15, 162:2,
162:5, 163:2, 163:5,
163:6, 163:11,
163:15, 163:18
**Qari's** [1] - 154:3
**quadrant** [1] - 27:4
**quadrants** [1] - 22:14
**qualification** [1] - 31:8
**qualified** [11] - 23:4,
29:23, 37:20, 38:2,
48:2, 48:9, 51:22,
94:4, 95:1, 97:6,
155:22
**qualify** [1] - 41:21
**quality** [6] - 148:20,
153:10, 158:10,
160:6, 162:11
**quantities** [1] - 160:6
**quantity** [4] - 29:3,
30:22, 153:11,
162:11
**quarter** [8] - 74:19,
95:6, 95:11, 95:22,
125:24, 129:24,
131:4, 164:18
**questioned** [2] -
47:15, 106:10
**questioning** [1] - 98:1
**questionnaire** [6] -
16:16, 19:24, 23:20,
29:22, 35:13, 35:20
**questionnaires** [5] -
11:18, 16:14, 26:2,
36:20, 43:18
**questions** [28] - 6:8,
53:5, 53:7, 53:9,
70:6, 74:4, 74:5,
76:12, 76:13, 79:20,
84:10, 85:4, 85:16,
89:1, 93:3, 94:10,
98:15, 103:12,
106:24, 107:12,
107:13, 123:14,
124:9, 125:10,
127:1, 130:9,
131:16, 134:10

quickly [1] - 28:9
quite [6] - 6:9, 78:25, 80:6, 83:25, 95:12, 130:17
quoting [3] - 44:13, 44:15, 50:12
Qur'an [3] - 154:8, 154:11, 155:24

## R

race [28] - 15:14, 16:15, 16:17, 16:20, 16:23, 19:8, 19:22, 20:1, 24:3, 24:23, 25:1, 27:5, 27:17, 28:25, 32:13, 33:10, 34:24, 35:4, 36:10, 37:6, 45:21, 46:7, 46:17, 46:19, 48:14, 48:18, 48:22, 50:2
race-neutral [1] - 45:21
races [1] - 55:14
racial [7] - 20:20, 23:6, 33:22, 34:11, 42:14, 43:5
radio [1] - 129:3
raise [7] - 7:6, 47:2, 51:15, 110:8, 112:10, 130:12, 130:15
raised [1] - 156:4
raiser [2] - 86:9, 86:11
raising [4] - 88:8, 88:12, 89:5, 89:10
random [3] - 12:13, 21:5, 22:2
randomization [1] - 46:22
randomized [3] - 20:22, 21:12, 21:15
randomly [11] - 12:14, 21:5, 21:6, 21:16, 23:3, 36:25, 39:25, 46:20, 49:25, 127:14, 127:17
range [1] - 9:7
rank [1] - 82:7
rate [2] - 31:8, 44:4
rather [4] - 26:18, 138:19, 147:1, 148:15
raw [1] - 29:3
Razi [1] - 76:3
reach [7] - 52:25, 55:17, 72:9, 75:12, 91:15, 132:16, 145:23
read [8] - 4:8, 47:13,

59:15, 99:14, 125:15, 125:16, 129:1
reading [3] - 47:1, 56:25, 59:11
reads [4] - 113:1, 113:16, 114:10, 114:25
ready [6] - 108:20, 132:5, 139:20, 141:1, 141:25, 142:1
real [2] - 101:13, 138:7
realize [2] - 100:25, 112:7
realizes [1] - 138:10
really [13] - 14:1, 31:11, 31:12, 34:11, 35:3, 35:15, 44:12, 48:6, 50:5, 89:10, 89:23, 103:4, 130:16
Realtime [2] - 1:21, 167:3
reason [17] - 4:13, 5:20, 41:23, 42:24, 46:24, 46:25, 54:16, 56:13, 57:6, 86:3, 98:20, 107:4, 129:11, 142:10, 144:15, 150:12, 155:12
reasonable [19] - 53:23, 53:25, 54:11, 54:14, 54:21, 55:5, 55:7, 66:19, 115:22, 116:15, 117:5, 118:1, 119:23, 120:14, 121:18, 122:11, 122:13, 122:17, 122:23
reasonably [1] - 44:22
reasons [6] - 9:10, 9:12, 9:20, 49:1, 123:22
rebuttal [1] - 124:12
receipt [1] - 160:17
receive [5] - 15:15, 35:12, 37:23, 152:19, 152:23
received [4] - 11:19, 17:23, 28:4, 160:18
receives [2] - 69:17, 160:21
recess [4] - 51:2, 95:23, 108:10, 130:25
recesses [1] - 111:18
recipient [1] - 122:3
reckoning [1] - 36:14
recognize [2] - 60:9, 112:7

recognized [2] - 62:19, 69:10
recollection [2] - 126:24
record [14] - 5:25, 6:12, 8:23, 16:23, 17:5, 93:18, 96:15, 96:18, 97:13, 97:16, 99:18, 105:15, 107:15, 135:12
recorded [1] - 162:7
records [8] - 9:12, 9:16, 12:8, 15:25, 16:18, 26:1, 26:5, 34:10
refer [1] - 122:25
reference [1] - 123:20
referring [2] - 123:1, 123:3
refers [1] - 126:22
reflect [1] - 19:12
reflects [2] - 16:8, 17:8
reform [1] - 90:2
refuse [2] - 20:7, 128:22
regard [1] - 117:3
regarding [2] - 66:8, 69:22
regardless [3] - 106:7, 146:1, 165:14
regime [1] - 146:19
Regina [3] - 5:5, 6:7, 6:20
REGINA [2] - 3:8, 7:7
Regional [1] - 88:16
Registered [2] - 1:21, 167:4
registration [4] - 28:12, 49:4, 49:5, 49:11
regrettably [1] - 107:13
regular [4] - 7:21, 7:23, 7:24, 69:3
regularly [1] - 90:6
regulatory [2] - 89:25, 90:2
related [4] - 7:1, 59:5, 134:13, 157:24
relationship [10] - 66:24, 146:12, 148:6, 148:25, 152:8, 152:14, 159:13, 159:25, 161:22, 162:3
relationships [1] - 146:8
relatives [3] - 77:7, 77:20, 81:7

relevance [1] - 50:5
religion [2] - 55:14, 154:9
religions [1] - 68:22
religious [9] - 56:20, 57:3, 154:1, 154:8, 155:18, 156:1, 156:2, 162:3
rely [5] - 50:9, 111:15, 126:7, 130:20, 130:23
remain [4] - 12:8, 107:18, 108:2, 111:18
remaining [1] - 110:3
remains [3] - 53:21, 55:3, 122:9
remarks [1] - 110:17
remember [4] - 14:19, 78:17, 78:19, 101:8, 101:9, 111:5, 111:10
remind [1] - 122:6
repeat [3] - 86:21, 87:10, 130:13
repeated [2] - 114:2, 124:22
replace [1] - 111:12
replaces [1] - 139:12
report [9] - 21:6, 23:21, 35:14, 35:21, 44:15, 74:8, 76:15, 83:15, 93:9
reported [9] - 1:25, 16:17, 21:14, 21:17, 23:6, 23:11, 23:25, 24:25, 167:7
Reporter [6] - 1:20, 1:21, 1:21, 167:4, 167:21
reporter [2] - 126:5, 140:3
REPORTER'S [2] - 1:8, 167:1
reporting [3] - 24:13, 81:1, 95:13
reports [1] - 80:17
representation [2] - 4:8, 42:5
representational [1] - 5:8
representative [4] - 44:18, 44:23, 48:8, 49:22
represented [1] - 60:3
request [9] - 9:5, 9:11, 36:6, 38:11, 42:8, 42:10, 42:22, 147:23
requested [1] - 15:25
require [3] - 89:6, 122:15, 124:5

required [5] - 49:24, 50:17, 116:25, 124:4, 130:1
requirement [2] - 40:6, 44:25
requires [1] - 48:10
rescue [1] - 33:6
Research [1] - 62:12
research [2] - 128:11, 166:10
researching [2] - 128:3, 129:10
reselected [1] - 23:1
reserves [3] - 65:3, 81:24, 92:6
residents [2] - 22:17, 39:18
residing [1] - 62:17
resolution [1] - 83:11
respect [4] - 73:21, 93:18, 107:22, 136:7
respond [16] - 18:6, 18:7, 18:11, 27:11, 27:16, 38:1, 39:14, 39:25, 42:23, 43:8, 43:12, 43:17, 48:20, 48:24, 82:23, 87:25
responded [3] - 19:15, 19:17, 147:24
responding [2] - 43:20, 83:15
response [3] - 19:25, 79:10, 86:15
responses [1] - 36:6
responsibilities [1] - 110:23
responsibility [1] - 126:15
responsible [1] - 165:11
responsive [1] - 128:7
rest [3] - 100:6, 105:3, 105:6
rests [1] - 53:25
result [4] - 41:10, 67:13, 67:16, 83:3
results [1] - 43:5
resume [5] - 50:25, 95:5, 130:3, 130:18, 130:20
resumed [1] - 96:1
retains [1] - 146:19
retired [4] - 62:16, 75:21, 92:8, 92:12
return [8] - 16:16, 31:8, 57:7, 79:22, 85:6, 90:16, 96:21, 165:19
returned [4] - 18:5, 18:11, 18:21, 42:13

**returning** [2] - 26:1
**Revenue** [1] - 63:21
**revenue** [2] - 12:25, 28:13
**review** [2] - 9:4, 144:24
**reviewed** [1] - 144:21
**reward** [1] - 136:22
**RHODES** [2] - 2:4, 132:25
**Rhodes** [3] - 60:6, 139:20, 143:9
**rice** [1] - 149:8
**rifles** [1] - 149:16
**rights** [1] - 68:8
**ring** [1] - 102:16
**rise** [2] - 51:15, 110:8
**road** [3] - 48:16, 138:5, 138:6
**roadside** [1] - 162:14
**robbery** [2] - 75:9, 82:17
**Robert** [1] - 62:11
**Rock** [1] - 61:22
**rocket** [1] - 149:14
**rocket-propelled** [1] - 149:14
**rolls** [3] - 45:22
**room** [11] - 21:19, 70:8, 111:9, 125:19, 125:20, 127:11, 130:25, 133:10, 166:3, 166:8
**ROTC** [1] - 65:3
**rotors** [1] - 165:2
**route** [1] - 158:4
**row** [4] - 94:2, 109:3, 109:11
**RPR** [2] - 1:20, 167:20
**rule** [2] - 125:9, 126:8
**rules** [1] - 110:16
**run** [8] - 56:17, 83:13, 106:8, 130:22, 139:22, 140:1, 159:23, 161:21
**run-ins** [1] - 106:8
**run-through** [2] - 139:22, 140:1
**running** [1] - 135:20
**rural** [1] - 153:23

## S

**safe** [2] - 144:2, 166:8
**safety** [1] - 33:4
**SAIDI** [1] - 2:6
**sales** [1] - 142:24
**sat** [2] - 117:15, 128:14
**satellite** [1] - 81:20

**satisfied** [2] - 55:23, 158:11
**satisfy** [1] - 49:22
**saw** [2] - 31:7, 143:11
**scattershot** [1] - 28:8
**scene** [1] - 118:24
**schedule** [3] - 74:18, 125:18, 129:22
**scheduled** [1] - 22:22
**school** [3] - 5:21, 64:24
**schooled** [2] - 94:12, 154:11
**schools** [2] - 153:25, 154:1
**screen** [2] - 132:10, 139:19
**se** [1] - 4:20
**search** [7] - 153:14, 153:15, 153:17, 163:25, 164:1, 164:2, 164:6
**Seat** [18] - 109:6, 109:7, 109:8, 109:9, 109:10, 109:12, 109:13, 109:14, 109:15, 133:7, 133:11, 133:12
**seat** [5] - 91:3, 100:18, 109:2, 127:17, 140:13
**seated** [2] - 94:1, 143:7
**seats** [2] - 110:24, 127:14
**Seats** [2] - 109:3
**second** [14] - 96:7, 96:12, 96:17, 109:3, 109:11, 118:6, 119:6, 129:23, 133:8, 137:2, 137:6, 138:2, 139:8, 145:12
**Secret** [1] - 63:21
**section** [6] - 18:13, 40:6, 40:15, 41:8, 41:10, 48:8
**Section** [3] - 31:25, 52:12, 52:15, 52:20, 113:9, 113:12, 113:25, 114:19, 115:12
**Sections** [2] - 113:11, 114:17
**sector** [2] - 88:11, 89:11
**security** [4] - 78:8, 79:15, 79:16, 144:9
**see** [31] - 4:13, 8:2, 16:17, 19:22, 25:8, 26:25, 42:14, 43:2,

72:20, 82:11, 84:14, 95:22, 99:6, 99:11, 129:2, 133:9, 139:5, 139:19, 141:7, 143:2, 144:6, 147:3, 149:25, 150:2, 150:13, 155:21, 156:17, 162:4, 162:14, 163:11, 165:10
**seek** [1] - 32:18
**seem** [2] - 110:14, 143:16
**Segal** [1] - 52:7
**segments** [1] - 8:18
**select** [3] - 43:13, 52:22, 52:25
**selected** [16] - 6:13, 12:12, 13:25, 17:16, 21:5, 21:6, 21:16, 23:3, 28:19, 30:20, 33:24, 46:20, 47:4, 54:5, 56:13, 72:19
**selection** [17] - 3:15, 12:13, 16:2, 21:4, 21:12, 21:14, 22:2, 26:22, 27:21, 31:15, 37:4, 48:12, 48:13, 52:6, 52:21, 70:10, 112:3
**Selection** [1] - 49:19
**selects** [3] - 12:14, 26:21, 46:22
**self** [4] - 16:17, 19:15, 20:3, 24:13
**self-identification** [1] - 20:3
**self-identify** [1] - 19:15
**self-reported** [1] - 16:17
**self-reporting** [1] - 24:13
**sell** [1] - 150:23
**send** [16] - 8:1, 9:25, 12:11, 21:24, 36:19, 43:14, 44:6, 141:13, 142:12, 151:10, 154:1, 157:8, 157:12, 157:18, 161:20, 161:23
**sending** [4] - 29:22, 41:25, 141:17, 142:23
**sends** [2] - 41:3, 160:14
**sense** [6] - 7:3, 7:21, 23:15, 89:2, 110:21, 129:16
**sent** [17] - 13:7, 15:16,

15:20, 16:22, 17:24, 18:2, 23:7, 24:22, 25:4, 34:14, 36:17, 38:23, 42:13, 42:16, 42:18, 102:24, 103:7
**separate** [4] - 11:4, 106:19, 116:16, 116:17
**separately** [1] - 107:1
**September** [5] - 58:3, 113:1, 113:17, 120:16, 167:17
**series** [1] - 53:5
**serious** [3] - 129:21, 135:20, 144:16
**serve** [8] - 5:3, 13:25, 14:13, 14:14, 14:15, 29:15, 56:14, 92:9
**served** [13] - 33:1, 33:5, 57:9, 57:13, 65:2, 67:9, 78:1, 78:2, 78:15, 78:20, 78:25, 81:23, 98:12
**Service** [3] - 49:19, 63:20, 63:21
**service** [6] - 31:19, 32:3, 32:4, 56:15, 62:7, 88:18
**servicemen** [1] - 144:12
**services** [5] - 99:22, 112:13, 112:19, 161:5, 163:16
**Services** [1] - 92:6
**serving** [7] - 14:16, 14:20, 14:25, 67:9, 144:7, 147:16, 150:3
**set** [4] - 25:10, 132:10, 132:14, 132:15
**seven** [3] - 13:13, 81:15, 155:6
**seventy** [4] - 10:6, 13:13, 32:25
**seventy-seven** [1] - 13:13
**several** [3] - 46:21, 61:24, 80:16
**severe** [1] - 83:20
**Shadaal** [2] - 150:20, 151:6
**Shah** [4] - 152:3, 152:8, 158:8
**Shah's** [1] - 152:11
**Shaheen** [1] - 62:4
**SHAWN** [1] - 1:15
**Shawn** [2] - 51:12, 60:13
**shed** [1] - 20:19
**sheet** [1] - 108:19
**sheets** [1] - 89:19

**sheriff's** [1] - 63:20
**shifts** [3] - 54:1, 55:8, 122:14
**shipping** [2] - 154:4, 157:21
**shock** [1] - 31:7
**shoehorn** [1] - 45:17
**shop** [4] - 154:18, 154:19, 154:20, 154:25
**shores** [1] - 145:23
**short** [3] - 52:24, 145:1, 151:2
**shorthand** [2] - 1:25, 149:17
**shortly** [2] - 105:7, 125:20
**shoulder** [1] - 149:15
**show** [25] - 18:16, 21:8, 21:9, 24:3, 25:2, 38:16, 38:17, 39:1, 40:2, 44:4, 49:14, 49:21, 50:6, 50:7, 96:20, 107:23, 117:19, 118:25, 125:20, 145:9, 146:7, 146:24, 148:12, 149:1, 151:15
**showed** [5] - 36:15, 36:21, 36:22, 106:25, 132:22
**showing** [3] - 47:9, 50:9, 50:23
**shown** [4] - 118:5, 118:6, 119:6, 124:17
**shows** [1] - 16:2
**sibling** [1] - 92:7
**siblings** [2] - 59:19, 63:10
**sic** [1] - 102:2
**side** [4] - 52:24, 83:3, 127:2, 155:5
**sides** [4] - 67:6, 72:12, 76:7, 84:8
**sidewalk** [1] - 128:19
**signature** [1] - 167:16
**significant** [5] - 59:18, 63:11, 131:14, 131:19, 144:4
**significantly** [1] - 5:17
**silly** [1] - 166:10
**similar** [1] - 117:18
**simple** [1] - 129:11
**simply** [8] - 25:11, 38:17, 98:22, 147:24, 152:7, 154:12, 155:4, 156:13
**single** [5] - 46:8, 50:8,

50:10, 50:15, 144:6
**siphoning** [1] - 45:8
**sirens** [1] - 83:16
**sit** [13] - 8:2, 8:9, 48:9,
56:8, 56:11, 57:5,
70:7, 106:25,
129:24, 130:2,
139:1, 139:5, 140:7
**sitting** [7] - 21:18,
56:7, 56:22, 96:24,
134:22, 141:7,
141:16
**situated** [1] - 131:12
**situation** [5] - 97:23,
106:17, 134:12,
140:8
**six** [14] - 22:22, 22:23,
23:3, 47:17, 50:25,
51:6, 52:2, 60:17,
93:19, 94:20, 96:25,
97:3, 97:7, 105:19
**sixteen** [1] - 94:18
**sixty** [14] - 7:17, 17:9,
21:5, 21:7, 21:10,
21:13, 22:7, 22:24,
24:9, 31:1, 31:2,
31:3, 36:17, 47:18
**sixty-two** [3] - 17:9,
24:9, 47:18
**size** [2] - 28:18,
157:15
**skeptical** [1] - 139:7
**skip** [1] - 94:25
**slaughtered** [1] -
142:3
**slip** [1] - 30:1
**slips** [1] - 10:17
**slowly** [1] - 60:21
**small** [5] - 43:16, 52:1,
130:7, 147:10,
153:23
**Smithsonian** [1] -
77:14
**smuggling** [1] - 158:3
**snatching** [1] - 135:3
**social** [1] - 57:4
**socially** [1] - 60:15
**soft** [1] - 92:16
**sold** [3] - 153:9,
153:10, 157:17
**solely** [2] - 57:8,
126:15
**solution** [1] - 132:12
**someone** [8] - 14:10,
14:11, 66:25, 79:2,
102:1, 112:8, 116:7
**sometime** [7] - 113:2,
115:1, 117:6,
119:24, 125:22,
129:25, 160:21

155:13
**specialist** [1] - 89:4
**specific** [1] - 36:18
**specifically** [4] -
32:21, 34:19, 59:5,
73:14
**specified** [1] - 33:3
**speculate** [1] - 127:6
**spellings** [1] - 61:7
**spend** [2] - 44:4,
129:19
**spews** [2] - 22:9,
22:10
**spill** [2] - 81:1, 84:4
**spin** [3] - 142:19,
148:18, 164:14
**spits** [1] - 34:3
**spouse** [1] - 70:24
**sprains** [1] - 83:20
**Springs** [1] - 61:19
**squad** [1] - 33:6
**staff** [1] - 9:1
**stand** [5] - 123:18,
124:9, 147:22,
149:21, 162:24
**Standards** [1] - 88:16
**standing** [2] - 60:4,
136:15
**start** [10] - 31:11,
95:14, 108:18,
109:4, 110:12,
110:13, 110:20,
118:19, 125:21,
131:3
**started** [1] - 138:10
**starting** [1] - 109:11
**state** [3] - 63:14, 64:1,
124:24
**statement** [7] - 4:11,
4:21, 93:23, 114:5,
123:8, 123:9, 126:22
**statements** [7] -
119:14, 119:18,
123:7, 124:1,
124:15, 126:11,
131:4
**STATEMENTS** [1] -
3:4
**STATES** [3] - 1:1, 1:2,
1:9
**States** [65] - 1:22,
32:6, 32:8, 33:2,
51:11, 52:7, 52:11,
57:22, 58:1, 58:7,
58:12, 60:2, 63:17,
63:19, 64:7, 67:23,
68:8, 68:9, 69:25,
70:1, 113:9, 113:10,
113:16, 113:22,
113:23, 114:10,

114:16, 116:9,
116:13, 117:24,
120:5, 120:12,
121:2, 141:14,
141:18, 142:13,
142:14, 142:16,
142:23, 143:7,
143:12, 145:15,
145:22, 146:5,
148:22, 150:9,
152:21, 157:9,
158:1, 158:14,
158:20, 158:24,
158:25, 159:5,
160:1, 160:24,
161:16, 161:20,
161:24, 165:10,
165:14, 167:5,
167:9, 167:11
**States'** [4] - 67:5,
67:13, 67:16, 68:16
**station** [1] - 80:15
**stationed** [2] - 82:1,
82:4
**statistic** [1] - 24:8
**statistically** [1] - 25:24
**statistics** [6] - 15:14,
25:8, 38:12, 40:10,
40:11, 42:12
**stenographic** [1] -
167:14
**stenographically** [1] -
167:6
**step** [3] - 36:19, 123:6,
149:6
**Stiglitz** [11] - 6:15,
44:8, 51:12, 60:3,
76:11, 89:1, 93:5,
105:10, 123:2,
137:12, 143:9
**STIGLITZ** [52] - 1:11,
3:10, 6:17, 6:19,
26:14, 27:20, 28:6,
29:16, 29:24, 30:7,
30:10, 35:22, 37:9,
44:10, 60:23, 60:25,
61:10, 74:5, 76:12,
79:20, 85:4, 89:2,
89:15, 89:17, 93:6,
94:12, 95:18, 95:21,
96:6, 96:9, 97:4,
99:10, 99:13, 99:17,
100:10, 103:18,
103:20, 104:2,
104:6, 104:10,
104:14, 104:19,
104:23, 105:2,
105:12, 105:21,
106:5, 108:21,
109:19, 137:17,

137:25, 139:14
**still** [7] - 5:10, 22:4,
35:14, 47:24, 51:22,
83:10, 136:9
**stole** [1] - 103:7
**stomachs** [2] -
151:19, 158:18
**stop** [2] - 125:24,
140:20
**store** [3] - 101:11,
103:4, 103:6
**Storm** [2] - 78:2, 78:15
**story** [2] - 159:21,
161:17
**streamline** [1] - 89:25
**street** [2] - 72:17, 91:8
**streets** [3] - 154:12,
160:24, 161:24
**strengthen** [1] - 89:13
**stricken** [2] - 106:20,
126:19
**strictly** [1] - 5:8
**strike** [4] - 84:16,
94:6, 94:11, 107:7
**strikes** [5] - 94:3,
94:5, 94:15, 94:16,
108:17
**striking** [1] - 94:14
**strong** [1] - 66:10
**struck** [5] - 98:1,
98:23, 99:5, 155:1,
155:12
**studied** [2] - 59:12,
64:23
**studies** [1] - 154:8
**stuff** [1] - 41:2
**subject** [1] - 49:9
**subjects** [1] - 128:16
**submit** [1] - 46:24
**substance** [37] -
57:23, 57:25, 58:4,
58:6, 58:10, 58:12,
58:16, 66:9, 113:6,
113:8, 113:15,
113:19, 113:21,
114:9, 114:13,
114:15, 115:6,
116:4, 116:5,
116:11, 116:12,
116:22, 116:24,
117:10, 117:12,
117:21, 117:23,
120:2, 120:4,
120:10, 120:11,
120:15, 120:17,
121:1, 121:11,
121:20, 121:21
**substantial** [3] -
49:16, 56:18, 56:22
**substantive** [1] -

**sometimes** [6] -
35:12, 35:16, 35:25,
97:16, 102:25,
137:23
**somewhat** [1] -
100:25
**somewhere** [4] -
25:16, 49:6, 81:10,
128:15
**son** [9] - 78:1, 78:14,
78:24, 152:16,
154:20, 155:1,
155:11, 163:9, 164:5
**son's** [1] - 155:20
**sons** [3] - 152:12,
154:2, 155:19
**soon** [2] - 131:3,
154:3
**sorry** [26] - 24:9, 27:8,
42:8, 49:13, 50:7,
50:20, 54:11, 54:12,
58:23, 70:14, 72:7,
73:5, 89:9, 92:15,
100:12, 100:23,
103:15, 104:25,
113:2, 133:18,
134:23, 136:2,
136:5, 139:16,
165:25
**sort** [9] - 26:19, 48:8,
59:14, 87:5, 89:3,
89:4, 89:6, 106:7,
161:21
**sorts** [1] - 159:23
**sound** [2] - 101:16,
103:1
**sounding** [1] - 125:13
**source** [5] - 16:19,
16:24, 28:12, 35:10,
44:17, 45:19, 46:3,
46:5, 144:18, 161:2,
163:15
**sources** [2] - 28:14,
29:4
**south** [1] - 59:5
**Southeast** [5] - 12:4,
25:13, 26:4, 40:20,
43:7
**Southwest** [1] - 26:4
**speaking** [3] - 4:14,
17:15, 57:1
**Special** [9] - 60:6,
61:3, 61:10, 61:12,
61:14, 61:15, 61:19,
62:12, 62:16
**special** [13] - 7:18,
7:20, 7:22, 7:24,
12:17, 61:6, 61:17,
63:16, 77:14, 79:11,
89:11, 151:22,

121:3
substitute [1] - 110:18
subtract [1] - 18:20
succeed [1] - 49:15
Sucha [13] - 152:17, 152:18, 152:23, 153:2, 153:6, 154:20, 155:1, 155:3, 155:6, 155:10, 155:11, 164:20, 164:21
sudden [1] - 137:13
suddenly [1] - 112:6
sufficient [1] - 40:5
suggesting [2] - 25:16, 42:1
suggestion [2] - 46:16, 133:4
suitcases [1] - 151:22
Suite [1] - 1:17
sum [2] - 161:8, 163:17
summarized [1] - 115:14
summary [6] - 113:1, 113:16, 114:4, 114:11, 114:25, 119:20
summoned [1] - 8:7
summons [8] - 10:16, 11:18, 18:9, 19:25, 29:19, 29:22, 37:24, 41:4
summonsed [1] - 43:20
summonses [9] - 9:25, 16:14, 29:25, 30:2, 34:15, 36:5, 36:18, 36:20, 43:18
sunny [1] - 83:9
Superior [5] - 14:20, 64:8, 72:17, 75:6, 91:9
supervising [1] - 157:21
supplement [1] - 93:18
supplies [2] - 145:8, 149:7
support [10] - 134:24, 134:25, 146:24, 147:20, 147:25, 148:3, 148:14, 149:7, 149:20, 149:24
supported [2] - 150:12, 150:14
supporting [1] - 144:8, 149:25, 150:10

suppose [1] - 30:8
supposed [3] - 19:25, 45:8, 98:25
Supreme [3] - 44:15, 50:18, 50:19
surprising [1] - 132:18
surrounding [1] - 142:7
survival [1] - 154:13
suspect [2] - 30:21, 34:16
sustain [1] - 127:5
sustained [1] - 49:14
swallow [1] - 158:19
swallowers [1] - 151:18
swear [1] - 110:5
sworn [5] - 7:8, 51:6, 51:17, 110:9, 123:17
sympathize [1] - 106:17
symptomatic [1] - 40:4
sync [1] - 89:3
system [28] - 12:14, 15:17, 15:18, 18:16, 19:12, 19:18, 19:21, 20:16, 23:9, 23:14, 24:2, 24:21, 26:5, 26:18, 27:7, 28:23, 38:23, 41:24, 43:19, 45:4, 45:14, 48:23, 66:2, 72:8, 99:19, 99:24, 106:6
system's [2] - 19:20, 49:3
systematic [3] - 38:18, 44:20, 45:18
systematically [3] - 44:21, 45:14, 47:10
systemic [10] - 25:9, 25:15, 38:18, 39:2, 39:7, 39:11, 48:11, 49:23, 50:11, 50:16
systemically [1] - 25:18

**T**

table [2] - 143:8, 144:1
taint [1] - 138:15
Taliban [28] - 58:19, 68:15, 87:4, 141:20, 141:21, 142:25, 144:2, 145:6, 145:11, 146:9, 146:10, 146:19, 146:20, 147:11, 147:20, 147:25,

148:4, 148:8, 148:10, 148:24, 149:22, 149:24, 149:25, 150:10, 150:13, 153:24, 156:14
Taliban's [1] - 150:15
Tampa [1] - 61:12
tape [2] - 123:23, 148:17
tapes [1] - 123:23
Tarantino [1] - 4:18
TARANTINO [1] - 4:19
targeted [1] - 40:17
tarmac [1] - 164:25
taste [1] - 106:12
tax [3] - 12:24, 28:12, 45:22
taxes [2] - 30:7, 46:1
taxpayer [1] - 128:8
Taylor [2] - 44:11, 44:16
teach [2] - 155:25, 156:1
teacher [1] - 155:18
teaches [1] - 155:24
Teaching [1] - 88:16
technologically [1] - 136:14
technology [1] - 133:2
teenager [1] - 101:7
television [3] - 69:4, 149:13, 151:1
temporary [1] - 33:14
ten [6] - 37:23, 37:25, 130:24, 131:13, 148:17, 157:18
ten-minute [1] - 130:24
tends [1] - 25:12
term [2] - 39:18, 46:22
terms [2] - 48:22, 107:17
terribly [1] - 127:23
terrorism [21] - 52:19, 58:20, 64:3, 67:20, 68:19, 69:25, 85:19, 86:18, 86:22, 87:1, 114:24, 115:9, 121:16, 122:5, 143:4, 144:25, 145:2, 145:5, 163:22, 165:12
terrorist [14] - 52:19, 58:20, 67:22, 68:2, 68:4, 68:14, 68:19, 115:9, 121:15, 122:2, 122:5, 141:21, 145:5, 146:9
test [2] - 159:23,

161:21
testified [2] - 7:9, 65:19
testifies [1] - 69:15
testify [10] - 4:11, 7:2, 54:3, 55:9, 55:11, 69:18, 157:16, 159:10, 163:13, 165:4
testifying [1] - 84:3
testimony [16] - 56:5, 62:24, 63:3, 63:5, 69:7, 69:15, 111:5, 112:8, 123:17, 123:25, 125:5, 126:4, 146:25, 158:13, 164:19, 165:18
Testing [1] - 62:12
tests [1] - 135:16
Texas [2] - 62:17, 85:22
thanked [1] - 142:9
THE [397] - 1:1, 1:9, 4:5, 5:18, 5:22, 6:1, 6:14, 6:18, 6:20, 6:24, 6:25, 7:5, 8:16, 8:17, 8:18, 9:21, 9:23, 9:25, 10:2, 10:3, 10:5, 10:8, 10:10, 10:15, 10:19, 10:20, 10:23, 11:2, 11:7, 11:9, 11:22, 11:25, 12:19, 12:21, 12:23, 12:24, 13:1, 13:5, 14:17, 14:18, 14:21, 14:22, 14:23, 15:3, 15:8, 15:10, 15:11, 15:12, 16:3, 16:5, 17:12, 17:15, 17:18, 18:23, 19:1, 19:4, 19:7, 19:8, 19:10, 19:14, 19:17, 19:18, 19:21, 20:3, 20:6, 20:7, 20:9, 20:10, 20:13, 20:23, 21:3, 21:18, 21:20, 21:21, 21:24, 21:25, 22:1, 22:3, 22:5, 22:6, 22:8, 22:9, 22:12, 22:13, 22:15, 22:16, 22:19, 22:20, 23:11, 23:13, 23:14, 23:19, 24:8, 24:11, 24:12, 24:14, 24:15, 24:18, 24:19, 25:14, 26:6, 27:1, 27:6, 27:7, 27:9, 27:10, 27:13, 27:14, 27:15, 27:16, 27:19, 27:23,

29:9, 29:11, 29:12, 29:14, 29:19, 29:21, 30:4, 30:9, 35:8, 35:10, 35:17, 35:19, 37:10, 37:13, 37:23, 37:25, 38:2, 38:3, 38:7, 38:8, 38:9, 38:21, 38:25, 39:6, 40:11, 40:19, 41:13, 42:2, 42:7, 42:17, 42:20, 43:6, 43:21, 44:1, 47:13, 51:5, 51:8, 51:18, 51:20, 51:21, 60:24, 61:8, 62:19, 70:4, 70:14, 70:17, 70:19, 70:22, 71:1, 71:4, 71:8, 71:11, 71:14, 71:17, 71:21, 71:24, 72:2, 72:5, 72:10, 72:14, 74:4, 74:6, 74:10, 74:12, 74:18, 74:21, 74:24, 75:1, 75:4, 75:7, 75:11, 75:14, 75:19, 75:23, 76:1, 76:3, 76:6, 76:10, 76:14, 76:19, 76:21, 76:23, 77:1, 77:4, 77:7, 77:11, 77:15, 77:17, 77:20, 77:24, 78:4, 78:6, 78:8, 78:12, 79:21, 80:2, 80:5, 80:10, 80:18, 80:20, 80:24, 81:6, 81:10, 81:13, 81:16, 81:18, 81:23, 82:1, 82:3, 82:6, 82:10, 82:16, 82:19, 82:21, 82:23, 83:1, 83:5, 83:12, 83:17, 83:21, 83:24, 84:2, 84:7, 84:10, 85:5, 85:10, 85:13, 85:15, 85:23, 85:25, 86:3, 86:7, 86:11, 86:15, 86:25, 87:12, 87:16, 87:22, 87:25, 88:3, 88:8, 88:13, 88:19, 88:21, 88:25, 90:14, 90:21, 90:22, 90:23, 91:1, 91:3, 91:7, 91:10, 91:14, 91:17, 91:20, 91:24, 92:1, 92:4, 92:9, 92:11, 92:13, 92:19, 92:22, 92:24, 93:3, 93:5, 93:7, 93:13, 93:16, 93:22, 94:9, 94:10, 94:17, 94:25, 95:5, 95:9, 95:13, 95:17, 95:19, 95:22, 96:3, 96:7,

96:14, 96:16, 97:1, 97:5, 97:8, 97:9, 97:11, 98:7, 98:13, 99:1, 99:6, 99:11, 99:15, 99:20, 100:1, 100:5, 100:12, 100:17, 100:21, 100:23, 101:3, 101:5, 101:8, 101:12, 101:14, 101:22, 101:24, 102:4, 102:7, 102:10, 102:14, 102:20, 102:25, 103:9, 103:12, 103:15, 104:24, 105:5, 105:10, 105:14, 105:16, 105:18, 106:2, 107:10, 107:13, 107:24, 108:9, 108:14, 108:23, 108:24, 109:16, 109:20, 110:5, 110:7, 110:10, 130:18, 130:20, 131:18, 131:22, 131:24, 131:25, 132:3, 132:7, 132:11, 132:16, 132:17, 132:23, 133:1, 133:13, 133:16, 133:24, 134:2, 134:9, 134:16, 134:19, 134:25, 135:8, 135:11, 135:13, 135:17, 135:19, 135:22, 136:3, 136:9, 136:11, 136:12, 136:18, 137:9, 137:12, 137:23, 138:13, 138:17, 139:2, 139:15, 139:24, 140:2, 140:6, 140:11, 140:19, 140:23, 165:23, 166:15

**themselves** [3] - 27:18, 144:1, 154:4
**theoretically** [1] - 30:7
**theory** [1] - 29:12
**thereabouts** [1] - 95:16
**thereafter** [4] - 113:2, 115:1, 117:7, 119:24
**thereby** [1] - 44:22
**therefore** [3] - 30:12, 73:25, 127:18

**thereof** [1] - 44:23
**they've** [1] - 48:25
**thinking** [1] - 138:10
**thinks** [2] - 4:14, 98:3
**third** [3] - 121:3, 139:9, 148:24
**thirdly** [1] - 33:4
**thirty** [17] - 4:24, 5:7, 5:15, 17:8, 24:9, 39:18, 47:19, 72:1, 95:15, 97:1, 97:2, 97:3, 97:4, 97:5, 97:7, 140:18
**thirty-eight** [3] - 97:2, 97:4, 97:5
**thirty-five** [1] - 5:15
**thirty-four** [3] - 4:24, 5:7, 72:1
**thirty-nine** [1] - 5:7
**thirty-six** [2] - 97:3, 97:7
**thirty-somethings** [1] - 39:18
**thirty-three** [1] - 140:18
**thirty-two** [1] - 97:1
**Thompson** [1] - 62:12
**thoughts** [1] - 55:25
**threatened** [3] - 163:6, 163:8, 163:12
**three** [23] - 8:13, 8:16, 8:17, 29:4, 30:12, 33:8, 33:11, 53:6, 56:4, 56:5, 98:16, 106:19, 120:25, 137:8, 138:16, 140:18, 146:10, 149:22, 154:9, 154:10, 158:13, 158:15, 158:16
**three-kilo** [1] - 158:13
**three-week** [1] - 8:13
**threw** [1] - 104:8
**throughout** [16] - 53:22, 54:1, 55:3, 122:10, 127:20, 144:14, 146:6, 148:21, 152:13, 153:13, 155:2, 155:9, 158:2, 158:21, 159:15, 160:8
**throwing** [1] - 101:10
**thrown** [1] - 128:16
**tie** [1] - 163:10
**tired** [1] - 156:23
**Title** [9] - 52:12, 52:20, 113:9, 113:10, 113:12, 113:22, 113:24, 114:16,

114:18
**Tobacco** [1] - 63:22
**today** [11] - 18:12, 20:19, 20:21, 21:25, 22:2, 22:22, 34:21, 51:21, 52:2, 143:11, 165:1
**together** [10] - 28:14, 32:3, 36:20, 117:15, 117:17, 141:12, 153:15, 157:6, 162:10, 164:12
**tomorrow** [4] - 129:24, 166:1, 166:9, 166:20
**took** [8] - 59:6, 88:5, 110:24, 146:16, 153:24, 154:14, 157:18, 163:25
**top** [3] - 152:2, 158:7, 162:15
**torn** [1] - 111:24
**total** [4] - 17:13, 35:4, 36:14, 97:6
**totally** [2] - 14:5, 21:12
**tours** [2] - 78:18
**towards** [4] - 52:24, 83:2, 141:23, 147:20
**track** [6] - 8:20, 12:2, 26:8, 90:4, 129:3, 143:10
**trade** [5] - 71:10, 71:12, 73:8, 73:10, 73:21
**trafficker** [2] - 141:10, 145:3
**traffickers** [1] - 150:23
**trafficking** [7] - 143:4, 151:16, 159:17, 163:23, 164:9, 164:12, 164:22
**training** [1] - 64:25
**transaction** [3] - 153:6, 159:12, 159:19
**transactions** [1] - 159:4
**transcribed** [1] - 167:14
**Transcript** [1] - 1:25
**transcript** [1] - 167:13
**TRANSCRIPT** [1] - 1:8
**transcription** [1] - 1:25
**transcripts** [2] - 126:6, 160:3
**transfer** [2] - 120:19, 120:20
**transient** [2] - 39:15, 39:17

**translated** [3] - 142:20, 160:3, 164:10
**transport** [3] - 151:18, 151:22, 158:19
**transported** [1] - 150:6
**transporting** [1] - 151:21
**travel** [1] - 9:8
**traveled** [5] - 59:13, 59:20, 59:24, 80:12, 80:18
**treated** [3] - 65:22, 83:6, 104:16
**trial** [55] - 7:25, 8:2, 8:8, 8:9, 8:14, 9:9, 21:4, 53:4, 53:15, 53:20, 53:22, 54:1, 54:3, 54:9, 54:13, 55:1, 55:4, 55:8, 56:14, 59:3, 59:6, 60:5, 61:1, 68:18, 69:6, 96:1, 106:16, 110:16, 110:19, 111:2, 111:22, 112:6, 112:14, 112:16, 114:3, 115:16, 115:20, 117:3, 122:7, 122:10, 125:8, 125:17, 126:6, 127:20, 128:6, 128:7, 128:16, 134:20, 135:20, 144:15, 146:7, 152:14, 158:3, 158:22, 159:16
**TRIAL** [1] - 1:8
**trials** [3] - 69:24, 85:17, 85:20
**troops** [2] - 149:8, 149:9
**Trovena** [1] - 61:22
**trucks** [1] - 157:20
**true** [3] - 42:1, 49:8, 163:6
**trust** [2] - 5:23, 159:17
**trusted** [2] - 156:9, 156:15
**try** [5] - 89:23, 89:24, 90:1, 129:2, 132:20
**trying** [6] - 13:2, 37:16, 129:8, 132:16, 133:4, 136:5
**Tucker** [2] - 61:6, 61:10
**Tuesday** [4] - 56:10, 130:3, 130:5, 130:19
**tune** [1] - 161:6

**turn** [4] - 31:24, 129:3, 129:4, 166:5
**turned** [1] - 165:3
**turning** [2] - 32:21, 57:16
**turns** [2] - 98:19, 162:15
**TV** [5] - 59:14, 80:15, 81:17, 81:21, 129:4
**tweeting** [2] - 128:2, 128:14
**twelfth** [1] - 139:1
**twelve** [4] - 21:22, 23:7, 24:22, 52:22
**twenty** [13] - 5:11, 78:11, 79:12, 141:13, 141:18, 142:7, 148:21, 150:8, 152:20, 155:5, 155:15, 156:5, 157:9
**twenty-five** [1] - 5:11
**twenty-foot** [3] - 142:7, 155:15, 156:5
**twenty-four** [1] - 155:5
**twenty-two** [6] - 141:13, 141:18, 148:21, 150:8, 152:20, 157:9
**twice** [1] - 158:9
**two** [63] - 8:18, 17:9, 17:10, 21:13, 21:17, 21:18, 22:24, 23:6, 24:9, 24:15, 33:3, 36:15, 36:21, 36:22, 36:24, 37:1, 47:18, 47:19, 47:20, 52:12, 52:22, 62:7, 78:20, 91:5, 93:20, 94:11, 97:1, 97:3, 97:6, 98:24, 100:9, 100:24, 105:17, 117:8, 120:21, 127:14, 127:16, 127:17, 133:21, 141:13, 141:18, 145:17, 148:21, 150:8, 152:1, 152:18, 152:20, 155:1, 157:9, 157:17, 158:22, 158:23, 159:2, 159:4, 159:7, 159:24, 160:15, 164:7, 164:12
**two-week** [1] - 8:18
**type** [6] - 10:4, 30:24, 31:22, 64:24, 79:12, 149:12
**typewritten** [1] -

167:15
**typical** [1] - 59:14
**typically** [1] - 100:3

## U

**U.S** [18] - 1:12, 5:3, 52:12, 60:7, 62:8, 63:16, 66:3, 68:4, 71:7, 73:24, 74:1, 81:25, 85:18, 89:12, 100:5, 116:6, 116:25, 117:13
**U.S.C** [5] - 52:14, 113:12, 114:19, 115:10, 115:12
**ultimately** [1] - 29:15
**unable** [4] - 29:15, 54:16, 68:25, 69:21
**unanimous** [1] - 55:19
**unclear** [1] - 137:19
**undeliverable** [8] - 11:17, 11:19, 11:23, 13:8, 30:22, 40:12, 48:21
**undeliverables** [5] - 12:3, 12:4, 38:14, 40:3, 40:14
**under** [19] - 9:22, 14:14, 30:1, 30:5, 31:13, 31:15, 31:16, 37:21, 41:15, 45:9, 47:7, 67:24, 68:5, 105:22, 106:12, 106:13, 106:19, 146:19
**undercover** [2] - 162:17, 162:22
**underlying** [1] - 116:17
**underrepresent** [1] - 45:15
**underrepresentation** [3] - 39:9, 48:11, 50:14
**underrepresented** [1] - 45:15
**underrepresents** [1] - 47:10
**understandings** [1] - 129:15
**understood** [1] - 107:9
**undertaking** [1] - 128:7
**undue** [1] - 90:1
**unfair** [2] - 65:24, 83:7
**unfairly** [1] - 73:25
**unfortunately** [1] - 139:23

**unheard** [2] - 137:13, 156:19
**unhesitatingly** [1] - 148:1
**united** [1] - 1:22
**UNITED** [3] - 1:1, 1:2, 1:9
**United** [68] - 32:6, 32:8, 33:2, 51:10, 52:6, 52:11, 57:22, 57:25, 58:6, 58:12, 60:2, 63:17, 63:18, 64:6, 67:4, 67:13, 67:16, 67:22, 68:8, 68:9, 68:16, 69:24, 70:1, 113:9, 113:10, 113:16, 113:22, 114:10, 114:16, 116:9, 116:13, 117:24, 120:4, 120:12, 121:2, 141:14, 141:18, 142:13, 142:14, 142:16, 142:23, 143:7, 143:12, 145:15, 145:22, 146:5, 148:22, 150:9, 152:21, 157:9, 158:1, 158:14, 158:20, 158:24, 158:25, 159:4, 160:1, 160:24, 161:16, 161:20, 161:24, 165:10, 165:14, 167:5, 167:9, 167:11
**unknowingly** [1] - 119:2
**unknown** [6] - 16:13, 16:22, 17:11, 20:6, 24:16, 47:20
**unlawful** [2] - 118:14, 118:16
**unlawfully** [13] - 113:8, 113:15, 113:21, 114:9, 114:15, 116:6, 116:13, 116:24, 117:12, 117:23, 120:4, 120:12, 121:1
**unless** [5] - 37:14, 53:22, 55:4, 122:10, 165:6
**unrelated** [1] - 83:25
**unusual** [2] - 30:23, 30:25
**unwilling** [3] - 54:4, 54:17, 69:21
**up** [54] - 7:2, 10:18, 15:24, 20:20, 25:2,

25:10, 25:21, 34:3, 34:20, 36:15, 36:21, 36:22, 39:23, 42:15, 45:23, 45:24, 46:5, 60:4, 61:9, 72:8, 77:4, 85:16, 94:11, 94:18, 96:19, 100:24, 102:18, 104:10, 107:23, 108:5, 108:18, 109:1, 111:4, 125:10, 125:13, 125:15, 127:25, 128:3, 128:20, 129:11, 129:12, 129:17, 130:8, 132:10, 132:14, 132:15, 136:23, 139:8, 140:3, 141:10, 153:21, 155:1, 166:1
**ups** [1] - 100:7
**upset** [1] - 104:18
**urban** [1] - 44:2
**urge** [1] - 129:18
**USA** [1] - 167:8
**uses** [1] - 112:17
**utility** [1] - 138:24

## V

**vacation** [1] - 13:16
**value** [12] - 52:18, 58:18, 87:3, 114:23, 115:8, 121:14, 121:25, 125:3, 145:4, 145:7
**vans** [1] - 157:20
**variety** [4] - 123:22, 151:4, 153:14, 160:5, 162:24, 163:19
**various** [7] - 9:10, 9:20, 38:22, 73:24, 89:3, 146:15, 152:24
**vast** [1] - 24:6
**vehemently** [1] - 138:25
**vehicle** [1] - 45:22
**Vehicles** [3] - 12:25, 28:13, 28:22
**venire** [5] - 7:3, 47:5, 47:9, 49:21, 50:15
**venires** [2] - 26:21, 44:19
**verbatim** [1] - 114:4
**verdict** [13] - 52:25, 55:17, 55:18, 55:23, 57:7, 75:12, 91:15, 111:23, 126:15,

165:20, 165:21
**versus** [3] - 51:11, 52:7, 167:8
**vets** [1] - 78:3
**victim** [6] - 65:10, 65:14, 82:11, 82:14, 87:17, 135:3
**video** [1] - 162:14
**Vietnam** [2] - 78:2, 92:10
**view** [5] - 34:11, 42:20, 42:22, 55:10, 55:20
**viewer** [1] - 69:3
**views** [3] - 67:12, 67:15, 84:15
**village** [1] - 153:23
**violate** [5] - 52:10, 57:21, 116:1, 116:8, 129:21
**violating** [2] - 57:17, 87:2
**violation** [14] - 39:12, 40:6, 52:11, 52:14, 52:20, 113:9, 113:10, 113:12, 113:22, 113:24, 114:16, 114:18, 115:10, 115:11
**violence** [2] - 68:16, 68:22
**violent** [1] - 163:8
**Virginia** [7] - 61:5, 61:21, 61:23, 62:13, 92:18, 100:1
**virtue** [1] - 43:13
**visit** [1] - 156:25
**visited** [4] - 147:2, 147:8, 155:11
**visiting** [3] - 101:25, 103:22, 104:22
**visitor** [1] - 104:2
**voice** [2] - 61:9, 92:15
**voir** [5] - 47:2, 51:17, 52:21, 53:3, 105:23
**VOIR** [1] - 3:3
**VOLUME** [1] - 1:8
**voluntarily** [3] - 118:15, 120:22, 121:23
**volunteer** [1] - 33:4
**vote** [4] - 42:1, 46:1, 54:15, 54:22
**voter** [8] - 12:23, 12:24, 28:12, 30:5, 45:21, 49:4, 49:10
**voters** [2] - 41:25, 49:6
**vs** [1] - 1:3

## W

**wait** [4] - 96:8, 99:1, 105:2, 123:10
**waiting** [3] - 96:17, 105:5, 164:25
**waiving** [1] - 137:6
**walk** [4] - 21:2, 21:3, 21:23, 37:5
**walked** [2] - 42:18, 48:7
**walks** [1] - 47:6
**walls** [4] - 142:7, 155:16, 156:5, 156:23
**wants** [2] - 131:16, 138:8
**war** [2] - 67:13, 67:17
**warrant** [5] - 153:16, 153:17, 164:1, 164:2, 164:6
**warrants** [2] - 153:14, 163:25
**Washington** [9] - 1:4, 1:14, 1:18, 1:23, 141:24, 143:21, 144:5, 144:11, 146:4
**watch** [5] - 65:6, 89:21, 129:1, 166:10, 166:11
**Watch** [3] - 88:22, 89:19, 90:7
**water** [2] - 125:15, 126:2
**weak** [1] - 50:9
**wealth** [1] - 137:15
**weapons** [5] - 145:8, 147:14, 149:10, 149:11, 149:13
**weather** [1] - 166:11
**Web** [1] - 129:18
**Wednesday** [2] - 1:4, 167:8
**week** [4] - 8:13, 8:18, 155:6, 158:17
**weeks** [4] - 56:4, 56:5, 137:8, 138:16
**weigh** [2] - 34:6, 125:5
**weight** [2] - 63:5, 125:2
**welcome** [5] - 72:10, 100:8, 105:8, 125:14, 165:23
**welcomed** [1] - 147:9
**what'd** [1] - 100:12
**whatsoever** [2] - 46:4, 46:11
**wheel** [17] - 12:15, 13:18, 28:10, 28:11, 28:15, 28:16, 28:18,

30:16, 30:18, 33:25, 37:4, 45:19, 45:20, 46:3, 46:6, 46:23
**wheels** [1] - 44:19
**whereof** [1] - 167:16
**whichever** [1] - 6:4
**white** [8] - 15:22, 47:19, 49:6, 93:20, 142:20, 148:18, 164:14
**whites** [3] - 40:22, 41:17, 50:11
**whole** [3] - 89:18, 128:15, 146:5
**wife** [2] - 71:17, 72:21
**wise** [2] - 150:1, 150:10
**wish** [5] - 32:18, 32:24, 111:14, 112:2, 124:12
**wishes** [1] - 107:21
**witness** [30] - 6:22, 7:8, 26:12, 37:11, 37:14, 63:3, 63:5, 65:11, 65:15, 65:20, 82:12, 87:17, 95:17, 100:18, 110:13, 112:7, 112:18, 123:18, 123:25, 125:7, 126:9, 128:15, 131:5, 131:14, 146:25, 147:22, 149:21, 162:23, 167:16
**WITNESS** [56] - 6:24, 8:17, 9:23, 10:2, 10:5, 10:10, 10:19, 10:23, 11:9, 11:25, 12:21, 12:24, 13:5, 14:18, 14:22, 15:10, 15:12, 16:5, 17:15, 19:7, 19:10, 19:17, 19:21, 20:6, 20:9, 20:13, 21:3, 21:20, 21:24, 22:1, 22:5, 22:8, 22:12, 22:15, 22:19, 23:13, 23:19, 24:11, 24:14, 24:18, 26:6, 27:6, 27:9, 27:13, 27:15, 27:19, 29:11, 29:14, 29:21, 30:9, 35:10, 35:19, 37:23, 38:2, 38:7, 38:9
**witnessed** [1] - 62:23
**witnesses** [12] - 4:15, 60:20, 61:1, 69:13, 111:7, 112:4, 124:2, 124:8, 125:4, 125:6, 126:4, 131:19

**WITNESSES** [1] - 3:7
**Wojno** [1] - 62:13
**woman** [1] - 93:20
**women** [9] - 45:5, 93:20, 144:7, 144:10, 144:13, 147:16, 150:3, 158:15, 158:16
**wonder** [1] - 156:22
**wondered** [1] - 133:19
**wondering** [2] - 4:14, 133:22
**word** [1] - 39:11
**words** [14] - 79:5, 147:17, 147:18, 148:17, 150:13, 150:17, 151:9, 151:13, 159:3, 160:10, 162:9, 163:7, 164:17
**works** [3] - 7:20, 40:9, 70:24
**world** [2] - 143:16, 152:20
**world's** [1] - 144:18
**worry** [1] - 114:1
**worrying** [1] - 143:25
**worth** [1] - 164:16
**worthy** [1] - 47:25
**write** [38] - 53:8, 53:12, 54:6, 54:17, 54:24, 55:16, 56:1, 56:23, 57:1, 57:8, 57:12, 57:14, 59:22, 60:11, 60:18, 62:20, 64:4, 64:9, 64:18, 64:22, 65:8, 65:17, 65:24, 66:22, 67:1, 67:7, 67:14, 67:17, 67:20, 68:6, 68:11, 68:20, 68:23, 69:1, 69:5, 69:22, 70:1, 112:1
**written** [2] - 26:19, 114:3
**wrote** [1] - 87:11

## Y

**Yaseen** [1] - 62:3
**year** [2] - 83:8, 103:10
**years** [20] - 32:25, 33:1, 33:3, 45:13, 47:4, 65:5, 72:1, 78:11, 78:20, 79:12, 81:15, 88:7, 90:12, 91:5, 154:9, 154:10, 156:21, 159:14, 161:10, 163:19
**years-long** [1] - 47:4

**yesterday** [13] - 4:7, 15:23, 15:24, 17:17, 21:17, 22:17, 23:6, 48:7, 51:23, 52:1, 94:12, 98:14, 134:22
**York** [4] - 1:13, 142:16, 158:1, 158:11
**young** [9] - 153:20, 153:21, 154:2, 154:4, 155:19, 156:6, 160:14, 162:2
**younger** [1] - 39:16
**yourself** [3] - 80:12, 87:7, 90:25
**yourselves** [2] - 125:14, 127:22

## Z

**Zaeb** [1] - 62:9
**zone** [1] - 67:10